IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>THOMAS OSADZINSKI<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:   19 CR 869<br><br>Magistrate Judge Jeffrey Cole |

## ORDER

Counsel for defendant has advised the court by email that defendant is waiving the detention hearing set for 11/22/2019 without prejudice to defendant's right to move at a later time for release on conditions. Defendant is remanded to the continued custody of the U.S. Marshal. Status hearing is set for November 22, 20`19 at 9:30 am for a report on whether defendant wishes to have a preliminary examination

Date:   November 20, 2019

_____
Jeffrey Cole
U.S. Magistrate Judge

(T:0:20)