

**INTAKE**
DEC 12 2019

**FILED**
DEC 12 2019
Magistrate Judge Sidney I. Schenkier
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS OSADZINSKI | Case No. 19 CR 869<br><br>Violation: Title 18, United States Code, Section 2339B(a)(1)<br><br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE HARJANI** |

The SPECIAL JULY 2018 GRAND JURY charges:

1. At times material to this indictment:

    a. On or about October 15, 2004, the United States Secretary of State designated al-Qa'ida in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224.

    b. On or about May 15, 2014, the Secretary of State amended the designation of al-Qa'ida in Iraq as a foreign terrorist organization under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant as its primary name. The Secretary also added the following aliases to the foreign terrorist organization listing: The Islamic State of Iraq and al-Sham, the Islamic State

of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furquan Establishment for Media Production.

  c. On or about September 21, 2015, the Secretary of State added the following aliases to the foreign terrorist organization listing: Islamic State, ISIL, and ISIS.

  d. On or about March 21, 2019, the Secretary of State added the following aliases to the foreign terrorist organization listing: Amaq News Agency and Al Hayat Media Center.

  2. Beginning no later than in or about June 2018, and continuing until in or about November 2019, in the Northern District of Illinois, and elsewhere,

THOMAS OSADZINSKI,

defendant herein, knowingly attempted to provide material support and resources, namely, services, to a foreign terrorist organization, namely, the Islamic State of Iraq and al Sham, knowing that the organization was a

designated foreign terrorist organization, and that the organization had engaged in and was engaging in terrorist activity and terrorism;

In violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL:

_____<br>FOREPERSON

_____
UNITED STATES ATTORNEY