# Government Exhibit 1

and many others gave you many other tutorials 8:23:52 AM

**к** 8:24:35 AM
yes alhamdulillah

**Elhajji** 8:24:52 AM
Alhamdulillah indeed

**к** 8:25:03 AM
very good information from the chat

**Elhajji** 8:25:05 AM
but be very careful of what you want to do with it

**к** 8:25:08 AM
i will be doing studying

yes. i think it will be some time before i try anything 8:25:23 AM

**Elhajji** 8:25:29 AM
**к ж**
i will be doing studying
you mean studying for school?

**к** 8:25:48 AM
for jihad

**Elhajji** 8:26:11 AM
Alllllah Akbar

where akhi, Sham? 8:26:33 AM

**к** 8:26:41 AM
dar al kufr

the mukhabarat know who i am 8:26:48 AM

hijrah will be very hard 8:26:53 AM

**Elhajji** 8:26:56 AM
What do you mean?

**к** 8:27:17 AM
they visited me, the dogs of taughut

many spies at the masjid 8:27:24 AM

alhamdulillah i am quiet and reserved. they have nothing but suspicions 8:27:43 AM

**Elhajji**
which dar al kufr akhi. There is plenty of those all over the world? 8:28:21 AM

**к** 8:28:27 AM
America

the worst one 8:28:30 AM

what about you? 8:28:56 AM

**Elhajji** 8:28:59 AM
The head of the snake. May Allahg SWT destroy it and if He does, all the kuft will go away

**к ж** 8:29:10 AM
what about you?
I am in Sham, Lubnan

**к** 8:29:12 AM
inshaAllah

alhamdulillah wow 8:29:16 AM

you made hijrah? 8:29:21 AM

or will 8:29:27 AM

**Elhajji** 8:29:30 AM
No I did not. I live here

**к** 8:29:35 AM
)

**Elhajji** 8:30:55 AM
its not as hard to make hijra as one thinks but why would one want to make hijra if they are in dar al kufr. Many brothers here from american and Oropa are learning so they cna go back home and do what they learned here back home

**к** 8:32:40 AM
very interesting. i did not know they came back

**Elhajji** 8:33:15 AM
yes especially to oropa

**к** 8:33:35 AM
i thought hijrah was very hard

inshaAllah i am learning Arabic 8:33:44 AM

but what happened at the masjid and what did the dogs look for? 8:33:57 AM

к ж 8:34:15 AM
inshaAllah i am learning Arabic

Ma Sha Allah. I can help you with Arabic if you like

к 8:34:18 AM
they have informants who identify people

and then surveill the people 8:34:29 AM

the Muslims 8:34:33 AM

8:34:49 AM
La Hawla wa la quwata illa Billah

к 8:35:09 AM

8:35:47 AM
but akhi you really have to pick and choose your target carefully even in dar al harb so not to harm innocent muslims especially now that ramadan is coming to an end soon

к 8:38:03 AM
yes

always purify the intention 8:38:09 AM

best to Target the government rafidah 8:38:18 AM

8:38:50 AM
that should be easy

к 8:38:53 AM
citizens can be risky unless they are in blatant kufr (alcohol bars, LGBT parade/club)

8:39:31 AM
Mumtaz-excellent. Seems that you have done your himework and found a suitable target in SHa Allah

к 8:41:52 AM
alhamdulillah

the government rafidah are the worst. they have spilled the blood of the shuhadah and imprisoned the brothers 8:42:23 AM

**Elhajji**

Akhi, go to google and search for an app valled Wickr. 9:41:51 AM

download it 9:41:55 AM

on you mobile and contact me there 9:42:07 AM

my ID is Hamaoudi 9:42:18 AM

**K** 9:42:27 AM

yes will do

**Elhajji** 9:42:39 AM

And for me to know that it is really you,

use the following pass phrase 9:42:49 AM

Allah al Musta'an 9:42:59 AM

and tell me here what your Wickr ID is so I know where it is coming from 9:43:35 AM

**K** 9:43:36 AM

) will do

Friday, June 29, 2018

**Elhajji** 1:06:02 PM

Assalamu Alaykum wa rahmatullah wa barakatuh akhi

Kayfa Halukah? 1:06:10 PM

**K** 1:43:11 PM

walaikum assalam

I've just been busy 1:43:29 PM

i have to stay passive for now because of mukhabarat 1:43:45 PM

**Elhajji** 1:44:30 PM

what do you mean? WHat are you talking about?

**K** 1:54:02 PM

can't get into contact with brothers

for now 1:54:06 PM

**Elhajji** 1:55:33 PM

Let me help you akhi. I am worried about you.

**K**

how come? i am safe for now alhamdulillah 1:58:35 PM

**Elhajji** 1:59:42 PM
Alhamdulillah

Akhi, we are ikhwa fillah 2:00:01 PM

We are supposed to stand side by side with each other 2:00:22 PM

**к** 2:11:22 PM
yes

i want to 2:11:29 PM

i was told by a knowledgeable brother to wait for now 2:11:47 PM

**Elhajji** 2:11:57 PM
Wait for what?

**к** 2:12:17 PM
because wallahi the FBI is watching me

you know sheyk Anwar al-Awlaki rahiamullah 2:12:32 PM

**Elhajji** 2:12:36 PM
You got me scared for you akhi.

**к** 2:12:49 PM
he was watched by the FBI for two years

**Elhajji** 2:12:55 PM
> **к ж**
> you know sheyk Anwar al-Awlaki rahiamullah

Yes of course, who does not know this great mujahid

**к** 2:13:05 PM
alhamdulillah He did not get in prison

**Elhajji** 2:13:12 PM
why you think you are watched?

**к** 2:13:16 PM
because he waited patiently for two years

I'll send 2:13:22 PM

but wallah pls don't share 2:13:31 PM

**Elhajji** 2:13:42 PM
no akhi. of course not

**к**

slanderous rafid whore with American mukhabarat intelligence 2:14:49 PM

they have 5+ agents surveilling me 2:15:02 PM

**Elhajji** 2:15:23 PM
La Hawla Wa la Quwata illa Billah

**к** 2:15:41 PM
i am not afraid wallahi

increases my iman 2:15:45 PM

**Elhajji** 2:15:53 PM
can you fight them if you have to?

**к** 2:15:57 PM
inshaAllah

if i must i will attain Shahadah 2:16:09 PM

**Elhajji** 2:16:21 PM
ALLLLLLLAH AKBARRRRRR

**к** 2:16:26 PM
ALLAHU AKBAR

**Elhajji** 2:16:34 PM
I can't wait to hear that news on al-akhbar

**к** 2:16:56 PM
inshaAllah. i know a brother in contact with IS media department

if i do it there will be an isdar 2:17:07 PM

**Elhajji** 2:17:20 PM
> **к ж**
> if i must i will attain Shahadah

You have weapons in sha Allah?

**к** 2:17:26 PM
not yet

only a knife 2:17:30 PM

**Elhajji** 2:17:36 PM
thats a good start.

**к**

inshaAllah i will get some 2:17:37 PM

but a sharp knife 2:17:47 PM

it can do anything b'ithnillah 2:17:55 PM

**Elhajji** 2:17:58 PM
you can get some real weapons?

**K** 2:18:01 PM
yes

i am not old enough yet 2:18:09 PM

**Elhajji** 2:18:17 PM
How old are you?

**K** 2:18:22 PM
about 20

one more year 2:18:25 PM

**Elhajji** 2:18:48 PM
if there is a will, there is a way

maybe someone can help you 2:18:53 PM

**K** 2:18:55 PM
b'ithnillah

i know some Brothers with guns but 2:19:07 PM

i prefer the kalashnikov 2:19:15 PM

**Elhajji** 2:19:22 PM
its all good

**K** 2:19:22 PM
they have only pistols

i know how to build a kalashnikov 2:19:35 PM

**Elhajji** 2:19:39 PM
but you have to REALLY careful not to harm innocent people

**K** 2:19:46 PM
inshaAllah

only mukhabarat 2:20:00 PM

**Elhajji**

its hard sometimes to differenciate between innocent and not innocent people 2:20:14 PM

**K** 2:20:28 PM

any American employee will be not innocent

American who works for American law enforcement 2:20:40 PM

the agents who follow me 2:20:46 PM

they imprisoned a brother 2:20:51 PM

they have stopped his hijrah 2:21:00 PM

**Elhajji** 2:21:14 PM

ALLLLLLAHH AKBAAARRRR

**K** 2:21:50 PM

i will send these brothers money anonymously in prison inshaAllah

**Elhajji** 2:21:57 PM

whats this?

**K** 2:21:59 PM

the kuffar treat them bad

FBI report of two brothers 2:22:08 PM

they are in prison 2:22:14 PM

i knew them 2:22:30 PM

**Elhajji** 2:22:48 PM

Damn them. They mistreat our prisoners, invade our land, desecrate our rayat al Uqab.

Not fair at all 2:22:53 PM

**K** 2:25:27 PM

they will be bound into jahanam inshaAllah ta'ala

**Elhajji** 2:26:49 PM

In Sha Allah

Akhi, all i ask you is that you be careful not to harm innocent muslims 2:27:07 PM

**K** 2:27:47 PM

never wallahi

**Elhajji**

# Government Exhibit 2

Telegram (295310)
رز مقلي
last seen recently
March 1
ISIS Watch
260 terrorist bots and channels banned on February, 28.
Total in February 2019: 8000
Report terrorist content using the in-app 'Report' button or to abuse@telegram.org.
Telegram today deleted alot of groups and channels 3:41 AM
3:42 AM
La hwla wla qoa ila billah 3:42 AM
they delete 1 we make 2 more 3:42 AM
It's a big problem 3:42 AM
bithnillah 3:42 AM
Yes akhi 3:42 AM
But we should find another platforms 3:42 AM
brother no name showed me how to copy channels 3:42 AM
yes I think so too 3:42 AM
Because they are deleting a lot 3:42 AM
رز مقلي
brother no name showed me how to copy channels

Telegram (295310)
رز مقلي
last seen recently
2625 3:45 AM
Forwarded from HORIZONS_LIB
UPDATE :
Updates Conversations tutorial has been updated to include
Conversationd 2.0
Conversationd Legacy
Pix-Art messenger
1439-12-20
2018-09-02
#Updates | Conversations tutorial has been updated to include :
Conversations 2.0
Conversations Legacy
Pix-Art messenger
https://t.me/Horizons_l1b/594
6642 3:45 AM
Forwarded from HORIZONS_LIB
Conversations EN.pdf
2.6 MB
2794 3:45 AM
I think these are good 3:46 AM
I use sometimes Twitter but they are like telegra...
I made one and I was banned in 2 minutes 3:46 AM
wallahi 3:46 AM
2 minutes only 3:46 AM

Telegram (295310)
رز مقلي
last seen recently
I made one and I was banned in 2 minutes 3:46 AM
wallahi 3:46 AM
2 minutes only 3:46 AM
Yes I know most of them 3:47 AM
I uploaded Amaq news statement and I was banned 3:47 AM
Threema I like it 3:47 AM
It's good 3:47 AM
And safe 3:47 AM
But there is not a lot of brothers there 3:47 AM
yes not many 3:47 AM
رز مقلي
I uploaded Amaq news statement and I ...
Yes I know brother same here 3:47 AM
the mukhabarat salibiun are on telegram 3:47 AM
do you know about PGP encryption? 3:48 AM
رز مقلي
the mukhabarat salibiun are on telegram
I know akhi they are everywhere 3:48 AM
رز مقلي
do you know about PGP encryption?
I heard about it but I never use it



Telegram (295310)
رز مقلي
last seen recently
رز مقلي
do you know about PGP encryption?
I heard about it but I never use it 3:48 AM
it is very powerful 3:48 AM
Al Qaida made a PGP application for windows a long time ago 3:48 AM
I think I can make our own 3:48 AM
Oh by the way do you have threema a account? In case my telegram got deleted I will not lose you 3:49 AM
but it might be hard 3:49 AM
رز مقلي
Al Qaida made a PGP ...
Oh really! 3:49 AM
yes SubhanAllah 3:49 AM
let me find it 3:49 AM
رز مقلي
let me find it
Ok my brother 3:50 AM
I can't find a picture 3:51 AM
but it used RSA 2048 bit encryption 3:51 AM
Oh wow 3:51 AM
year 1427 hijri I think 3:51 AM

Telegram (295313)
رز مقلي
last seen recently
Oh wow 3:51 AM
year 1427 hijri I think 3:51 AM
now we have RSA 4096 bit 3:52 AM
it is completely impenetrable 3:52 AM
That's really good but the problem that no one use it 3:52 AM
the mukhabarat could spend $1 billion dollars and they cannot break the code 3:52 AM
yes 3:52 AM
All the brothers are on telegram 3:52 AM
only brothers in cells use it 3:52 AM
That's sad 3:53 AM
I wish everyone used it 3:53 AM
Because the brothers don't want to 3:53 AM
Change 3:53 AM
yes 3:53 AM
They say telegram is easy and fast 3:53 AM
They like it 3:53 AM
I agree 3:53 AM
But not safe

Telegram (295313)
رز مقلي
last seen recently
I agree 3:53 AM
But not safe 3:53 AM
yes they work with mukhabarat 3:53 AM
I wish dawla made their own telegram 3:54 AM
رز مقلي
I wish dawla made th...
It's hard 3:54 AM
did you see INSIDE 8 3:54 AM
I saw it 3:54 AM
the brothers made their own telegram 3:54 AM
SubhanAllah 3:55 AM
MashaAllah
إعادة رفع الإصدار المرئي الأخير وهو جاهز للنشر
08:06 AM
جيد، هل أبدأ بنشره في جميع المنصات؟
08:06 AM

Telegram (295312)
رز مقلي
last seen recently
08:06 AM
جيد، هل أبدأ بنشره في جميع المنصات؟
08:06 AM
Yes looks really cool 3:55 AM
in sha Allah they release it 3:56 AM
someday 3:56 AM
I Wish 3:56 AM
So all of us will use it 3:56 AM
mukhabarat would do everything to break it 3:56 AM
In shallah they can't do anything 3:56 AM
I am very good at computer security akhi 3:57 AM
don't use windows for jihad work 3:57 AM

D_OCE2-CHS-COM_001-000072

Telegram (295315)
رز مقلي
last seen recently
رز مقلي
Photo
you can't tell them i don't want to go !!! 4:35 AM
Refusal to register with Selective Service is a Federal crime punishable by a fine and imprisonment. Men who refuse to register may be unable to obtain U.S. citizenship, and are not eligible for certain Federal benefits, such as job training, student financial aid and employment in the Executive Branch of the Federal Government. Registration protects that eligibility. Our objective is to register you, not to have you prosecuted.
If you need help in completing the form, or have questions about registering, phone us at: 1-847-688-6888.
Sincerely,
Donald M. Benton
Director
رز مقلي
Photo
read 4:35 AM
but alhamdulillah akhi 4:35 AM
I am on the terrorist watch list 4:35 AM
they will never pick me 4:35 AM
alhamdulillah 4:35 AM
رز مقلي
I am on the terrorist ...
hahah 4:36 AM



D_OCE2-CHS-COM_001-000073

Telegram (295315)
رز مقلي
last seen recently
رز مقلي
if they pick me...
may allah be with you my brother 4:38 AM
he joined the American army and killed 12 of them on their base
4:38 AM
رز مقلي
there was one mujahi...
who ? 4:38 AM
let me find it 4:38 AM
رز مقلي
he joined the America...
allah akbar 4:38 AM
ALHAMDULILLAH
may allah accept the brother and make him enter jana
4:38 AM
https://en.m.wikipedia.org/wiki/2009_Fort_Hood_shooting
Wikipedia
2009 Fort Hood shooting - Wikipedia
mass murder that took place on November 5, 2009

رز مقلي
last seen recently

may allah accept the brother and make him enter jana
4:38 AM

https://en.m.wikipedia.org/wiki/2009_Fort_Hood_shooting

Wikipedia
**2009 Fort Hood shooting - Wikipedia**
mass murder that took place on November 5, 2009

4:38 AM

Hasan was shot and as a result paralyzed from the waist down.[6] Hasan was arraigned by a military court on July 20, 2011 and was charged with 13 counts of premeditated murder and 32 counts of attempted murder under the Uniform Code of Military Justice. His court-martial began on August 7, 2013. Due to the nature of the charges (more than one premeditated, or first-degree, murder case, in a single crime), Hasan faced either the death penalty or life in prison without parole upon conviction.[7][8] Hasan was found guilty on 13 counts of premeditated murder and 32 counts of attempted premeditated murder on August 23, 2013, and was sentenced to death on August 28, 2013.
4:39 AM

he almost killed 50 of them
4:39 AM

Telegram (295315)
رز مقلي
last seen recently
charges (more than one premeditated, or first-degree, murder case, in a single crime), Hasan faced either the death penalty or life in prison without parole upon conviction.[7][8] Hasan was found guilty on 13 counts of premeditated murder and 32 counts of attempted premeditated murder on August 23, 2013, and was sentenced to death on August 28, 2013. 4:39 AM
he almost killed 50 of them 4:39 AM
Allah Akbar 4:39 AM
alhamdulillah 4:39 AM
he is still alive 4:39 AM
may allah accept him 4:39 AM
in prison 4:39 AM
oh noo 4:39 AM
but 4:39 AM
he has death sentence 4:40 AM
so he will be killed 4:40 AM
i thought he did Martyrdom operation 4:40 AM
and then he will be in Jannah bithnillah 4:40 AM
almost 4:40 AM
رز مقلي
and then he will be in ...
bithnillah 4:40 AM



Telegram (295317)
رز مقلي
last seen recently
oh noo 4:39 AM
but 4:39 AM
he has death sentence 4:40 AM
so he will be killed 4:40 AM
i thought he did Martyrdom operation 4:40 AM
and then he will be in Jannah bithnillah 4:40 AM
almost 4:40 AM
رز مقلي
and then he will be in ...
bithnillah 4:40 AM
he is paralyzed Allahu akbar 4:40 AM
Allah is testing him for Jannah firdaus 4:40 AM
WeaponsFN Five-seven pistol 4:41 AM
the mujahid used only 1 pistol 4:41 AM
wow 4:41 AM
MashaAllah
if he used rifle... I think they would all die 4:41 AM

Telegram (295319)
رز مقلي
last seen recently
if he used rifle... I think they would all die 4:41 AM
راشاشا 4:41 AM
i wish he had one 4:42 AM
4:42 AM
i always think about martyrdom operation 4:42 AM
w allah the brothers who do it they are very strong 4:43 AM
wallahi yes 4:43 AM
I keep thinking about it but leaving the dunya is hard 4:43 AM
even though I know the ayah 4:43 AM
Sarah tawbah 4:43 AM
verse 36 37 4:43 AM
what is wrong with you that you stay closely to the dunya 4:43 AM
you should have really good faith 4:44 AM
I wonder.. 4:44 AM
is it fard? 4:44 AM
or mustahab 4:44 AM
I am in the home of the salibiun 4:44 AM
its not Fard

Telegram (295319)
رز مقلي
last seen recently
I wonder.. 4:44 AM
is it fard? 4:44 AM
or mustahab 4:44 AM
I am in the home of the salibiun 4:44 AM
its not Fard 4:44 AM
jihad if fard akhi 4:44 AM
yes 4:44 AM
I do jihad in media 4:44 AM
but... the sword is the other part 4:45 AM
رز مقلي
I do jihad in media
barak allah feek akhi 4:45 AM
I need the sword 4:45 AM
but I also want a wife 4:45 AM
and kids 4:45 AM
رز مقلي
I need the sword
one day inshallah 4:45 AM
and raise children that will be slaves of Allah 4:45 AM
before I ever do istishadi 4:46 AM



Telegram (295318)
رز مقلي
last seen recently
رز مقلي
I need the sword
one day inshallah 4:45 AM
and raise children that will be slaves of Allah 4:45 AM
before I ever do istishadi 4:46 AM
I want to read the full Quran in arabic 4:46 AM
I still am not good enough 4:46 AM
رز مقلي
I want to read the full Quran in arabic
yes akhi barak allah feek its very important 4:46 AM
did you know I have weapons training? 4:47 AM
رز مقلي
did you know I have w...
mashallah 4:47 AM
no 4:47 AM
so you know how to use weapons 4:47 AM
yes. I have never touched a real one 4:47 AM
but we have airsoft 4:47 AM
رز مقلي
but we have airsoft
nice 4:48 AM

Telegram (295317)
رز مقلي
last seen recently
and they say its the land of freedom 4:59 AM
please make dua for brothers Schimenti and Jones 5:00 AM
they were set up by the mukhabarat 5:00 AM
they helped a spy make hijrah 5:00 AM
may allah help them 5:00 AM
they are awaiting trial to go to prison now 5:00 AM
amin ya rabb 5:00 AM
رز مقلي
they are awaiting trial to g...
لا حول ولا قوة الا بالله 5:00 AM
the same mukhabarat that locked them up 5:00 AM
they watch me 5:00 AM
if they ever come to arrest me by Allah I will make dawah with the sword
5:01 AM
I will never go to their false man made court 5:01 AM
رز مقلي
if they ever come to arrest me by Al...
you will make waht akhi ? 5:02 AM
5:02 AM
ohhhh 5:02 AM

Telegram (295317)
رز مقلي
last seen recently
5:02 AM
ohhhh 5:02 AM
haaa 5:02 AM
sorry i didn't understand 5:02 AM
in sha Allah it won't happen but if Allah wills it 5:02 AM
may allah protect you 5:02 AM
I will make the jihad 5:02 AM
akhi 5:02 AM
amin 5:03 AM
make dua for me 5:03 AM
and those 2 brothers 5:03 AM
i will make dua for u akhi every day 5:03 AM
and I'll make dua for you too 5:03 AM
in my pray 5:03 AM

Saturday, March 30, 2019

الفوشيا 12:16:39 AM

haaaa

only at home 12:16:42 AM

12:17:04 AM

12:17:33 AM

Write a message...



12:17:33 AM



bithnillah I will fix my gun                                    12:17:47 AM

 الفوشيا                 12:44:09 AM



 Write a message...                        

D_OCE2-CHS-COM_001-000265

  

الفوشيا last seen recently



it looks easy akhi but wallahi it took me 15 minutes


12:54:33 AM



ما شاء الله

12:57:56 AM



Write a message...




  

الفوشيا last seen recently

ما شاء الله

12:57:56 AM

1:00:55 AM

Write a message...

D_OCE2-CHS-COM_001-000267

الفوشيا last seen recently

1:00:55 AM

I will attach them

1:02:01 AM

Write a message...

 

الفوشيا last seen recently

1:02:01 AM



 **Video** 970 KB

Download   Play video

1:10:17 AM



Write a message...

 

D_OCE2-CHS-COM_001-000269

الفوشيا last seen recently

**Video** 970 KB
Download Play video
1:10:17 AM

**Video** 1.1 MB
Download Play video
1:10:36 AM

**Video** 5.6 MB
Download Play video
1:11:51 AM

Write a message...

   الفوشيا last seen recently

0:40

**Video** 5.6 MB

Download Play video

1:11:51 AM

1:14:09 AM

Write a message...

D_OCE2-CHS-COM_001-000271

  

الفوشيا last seen recently



1:16:15 AM



safety is very important akhi. never let negative touch positive

1:16:27 AM

Write a message...

 

D_OCE2-CHS-COM_001-000272

 الفوشيا last seen recently  

safety is very important akhi. never let negative touch positive 1:16:27 AM

Video 1.3 MB 1:19:38 AM
Download Play video

I am very good at soldering akhi alhamdulillah 1:19:39 AM

   9:25:29 AM

Allah akbar 9:25:33 AM

Ma Sha allah akhi 9:25:36 AM

Do you know how to use them ? 9:25:51 AM

الفوشيا last seen recently
Allah akbar 9:25:33 AM
Ma Sha allah akhi 9:25:36 AM
Do you know how to use them ? 9:25:51 AM
Are u good at using them ? 9:26:03 AM
10:04:18 AM
الفوشيا
Photo
ma sha allah akhi
are you building a bomb ? 10:04:32 AM
الفوشيا 10:04:59 AM
Photo
this is an ak47 yes 😀?
akhi if you are building a bomb you need t be carful 10:05:28 AM
الفوشيا 10:13:05 AM
Photo
This is the Islamic State Flag 😍😍😍😍😍😍😍😍😍😍😍
Write a message...

الفوشيا last seen recently
الفوشيا
Photo
This is the Islamic State Flag 😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍😍
? 10:13:12 AM
الفوشيا 11:20:41 AM
are you building a bomb ?
I want to learn how
I was fixing my gun 11:20:52 AM
11:25:50 AM
الفوشيا
I was fixing my gun
Nice brother 👍
Did u fix it 11:25:53 AM
?? 11:25:54 AM
الفوشيا 11:26:20 AM
Write a message...

please i love these gif

hahhaha pretty cool

الفوشيب

hhhaaaaa sure

click it and add to GIFs

you can post them in chats quickly then

akhi. do you think you have a guide to make a detonator?

الفوشيب

akhi. do you think you have a guide to make a detonator?

Yes my brother I can but u need to explain for me what you want to do

So I can help more

The bomb for a car or for a person

?

Because there is a lot of methods

الفوشيب

not sure

i want to study it and practice making them so I know

الفوشيب

i want to study it and practice making them so I know

 



الفوشيا

[redacted] 5:01:51 PM

> الفوشيا
> i want to study it and practice making them so I know

Ok my brother like I said it's a big word but I can help

But u need to be very careful ok 5:02:51 PM

There is a lot of ways to make bombs 5:03:02 PM

Every bomb is different than the other some of them are designed to target people and some for cars 5:04:32 PM

Do you have any knowledge of making them ??? Did u try before 5:04:50 PM

I have a lot of things in my archive to help you 5:05:06 PM

Are u interested in specific one ? 5:05:34 PM

الفوشيا 5:07:03 PM

SubhanAllah

you are so smart 5:07:08 PM

well I was wondering 5:07:15 PM

the acetone and peroxide ones. they are not safe, right? 5:07:28 PM

they can explode from heat and they become less powerful after a long time 5:07:49 PM

[redacted] 5:10:27 PM

Yes they are dangerous

You need to be card 5:10:31 PM

Carful 5:10:35 PM

[redacted] Write a message...

May god bless you

amin

I saw Baghuz and it made me hate this country

I can't sit in the chair

while muslims are dying

Ma Sha Allah akhi

Barak Allah feek

I just want you to be careful don't talk to anyone about this

I will help you inshallah but you can't trust anyone brother

I have a good opportunity here because the city is big

How about you pray istikharra akhi

Your niyyah should be pure to Allah

I just want you to be careful don't talk to anyone about this

yes wallahi

I haven't spoken much for one year

I was on the mukhabarat watch list but bithnillah they gave up



OCE2-CHS-COM_001-000308

I will make Dua for you akhi 5:39:10 PM

May Allah provide you with hidayah 5:39:22 PM

الفوشيا 6:00:55 PM

> [redacted]
> You should be patient and careful so u can succeed

SubhanAllah

I will start to make my salah longer 6:01:10 PM

in sha Allah 6:01:14 PM

[redacted] 6:05:50 PM

Barak Allah feek akhi

Did you do بيعة ⁉️ 6:06:02 PM

Bayah? 6:06:27 PM

الفوشيا 6:14:02 PM

I tried

I copied the mujahideen when they said it in the isdar Upon the Prophetic Methodology 6:14:25 PM

but I cant do it perfect 6:14:32 PM

hhh 6:14:35 PM

Voice message 29 KB 6:15:28 PM

Download Play

[redacted] 6:17:38 PM

> الفوشيا

[redacted]

Write a message...

hhh 6:14:35 PM
Voice message 29 KB 6:15:28 PM
Download Play
6:17:38 PM
الفوشيا
Audio
ma sha allah akhi
6:17:41 PM
barak allah feek 6:17:45 PM
الفوشيا 6:19:00 PM
do you have the full text in arabic?
6:19:06 PM
yes akhi
i will send it to you 6:19:10 PM
الفوشيا 6:19:11 PM
send
6:19:22 PM
إن شاء الله
6:19:34 PM
بسم الله الرحمن الرحيم
Bismillah ir-Rahman ir-Rahim
Write a message...



6:19:34 PM

بسم الله الرحمن الرحيم
Bismillah ir-Rahman ir-Rahim
In the name of Allah, the Most Merciful, the Most Beneficent

أُبَايِعُ
Ubayi'u
I give the pledge of allgiance to
خَلِيْفَةَ المُسْلِمِين
Khalifat al-Muslimin
Islamic Caliphate
الشَيْخ
Ash-Shaykh
The Shaykh
إِبْرَاهِيْم إِبْنُ عَوَّاد إِبْنُ إِبْرَاهِيْم الحُسَيْنِي القُرَشِيْ
Ibrahim ibn ul-'Awwad ibnu Ibrahim al-Husaini al-Qurasyi
Ibrahim son of al-'Awwad son of Ibrahim the descendant of Hussain the tribe of Quraysh
عَلَى السَّمْعِ وَالطَّاعَةِ
Ala sam'i wa ta'ah'
To hear and obey
فِي الْمَنْشَطِ وَالْمَكْرَهِ
Fil-mansyati wal-makrah
In what is pleasing and displeasing
وَفِي الْيُسْرِ وَالعُسْرِ
Wa-fil-yusri wal-'usr
In times of ease and hardship
وَ عَلَى أَثَرَةٍ عَلَيَّ
Wa-'ala atharatin 'alayya
And selflessly
وَ أَنْ لا أُنَازِعُ الامْرَ اهْلَهُ
Wa-a(n)lla unazi' ul-amra ahlahu

Write a message...





In times of ease and hardship
وَ عَلى أَثَرَة عَليّ
Wa-'ala atharatin 'alayya
And selflessly
وَ أنْ لا أنَازِعُ الامْرَ اهْلَه
Wa-a(n)lla unazi' ul-amra ahlahu
And to not contest (argue / question) the matter of authority with those in charge (amir of Wilayat / amaliyat / askarat / hijrat (and such
إلا أنْ أرَى كُفْرًا بَوَاحًا
Illa an ara kufran bawahan
(Except if we see open disbelief (blatant Kufr
عِنْدي مِنَ اللهِ فِيهِ بُرْهَان
Indi min Allahi fihi burhan'
Which we have clear proof from Allah for
وَ إنْ أقُولُ بِا لحَقّ
Wa-an aqulu bil-Haqqi ayna ma kuntu
And to say the truth whereever I am
لا أخَافُ فِي اللهِ لَوْمَة لائِمْ
La akhafu fillahi lawmata la`im
I am not afraid of Allah's suitable reprimand
وَ الله عَلَى مَا أقُوْلُ شَهِيْد
Wallahu 'ala ma aqulu syahid
!And Allah is the Witness to what I have said
this is it my brother
6:21:39 PM
الفوشيا
6:31:20 PM
Voice message 103 KB
Download Play
6:32:22 PM
الفوشيا
Write a message...

الفوشيا last seen recently
this is it my brother
6:21:39 PM
الفوشيا
6:31:20 PM
Voice message 103 KB
Download Play
6:32:22 PM
الفوشيا
Audio
ALLAH AKBAR ❤️😍
الفوشيا
6:32:32 PM
GIF
6:32:35 PM
may allah accept from you my brother
الفوشيا
6:32:41 PM
amin
6:33:33 PM
i am so proud of you my brother
الفوشيا
6:33:54 PM
Write a message...

# Government Exhibit 3



Thomas
June 28, 10:09 PM

8:48
Thomas
June 28, 10:09 PM