# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

ss

## AFFIDAVIT

I, John P. Farley, being duly sworn, state as follows:

### Background of Affiant

1.      I am a Special Agent with the Federal Bureau of Investigation. I have been so employed since approximately October 2009.

2.      As part of my duties as an FBI Special Agent, I investigate criminal violations relating to international terrorism, including the provision and attempted provision of material support or resources to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1).

### Basis and Purpose of Affidavit

3.      The statements in this Affidavit are based on my personal knowledge, my training and experience, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts.

4.      This Affidavit is submitted for the limited purposes of establishing that there are specific and articulable facts showing that there are reasonable grounds to believe that the information sought in the attached Application, pursuant to Title 18, United States Code, Section 2703, is relevant and material to an ongoing criminal investigation involving the provision and attempted provision of material support and resources to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B (the **"Subject Offense"**). Because of the limited

purpose of this Affidavit, I have not included all of the facts known to me or other law enforcement officers about the investigation.

## BACKGROUND INFORMATION

### I. Background on Service Providers

### A. Facebook

5. Based on my training and experience, I have learned the following about Facebook:

a. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

b. Facebook asks users to provide basic contact information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

c. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, to all Facebook users, or to

2

2703D_001-000011

anyone with access to the Internet, including people who are not Facebook users. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

d.  Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "Mini-Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

e.  Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

3

f.      Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (*i.e.*, label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

g.      Facebook users can exchange private messages via Facebook (through the Facebook Messenger app) with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

h.      In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

i.      Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed

4

information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

j.      Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

k.      Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts

2703D_001-000014

between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

**B.    Twitter**

6.    The following paragraphs are based on my training and experience and information available from Twitter:

a.    Twitter is a free-access social networking website that can be accessed at www.twitter.com.

b.    Twitter users may use the platform to communicate publicly, privately, and in groups.

c.    To sign up for Twitter, a user may provide an email address or phone number.

d.    Twitter keeps Internet Protocol address ("IP address")[1] logs for each user. These logs contain information about the user's logins to Twitter, including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

7.    Accordingly, the computers of Twitter are likely to contain all the material described above, including stored electronic communications and

---

[1] Based on my training and experience and conversations with other agents with experience investigating computer crimes, I know that the Internet Protocol address (or simply "IP" address) is a unique numeric address used by computers on the Internet. IP addresses typically have looked like a series of four numbers, each in the range 0–255, separated by periods (e.g., 121.56.97.178). Recently, IP addresses may also appear as a series of six hexadecimal digits separated by colons. Every computer attached to the Internet must be assigned an IP address so that Internet traffic to and from that computer may be properly directed from its source to its destination.

2703D_001-000015

information concerning subscribers and their use of Twitter, such as account access, and transaction and other information.

### C. Yahoo and Microsoft Email (Hotmail, Live, and Outlook)

8.     Based on my training and experience, I have learned the following about Yahoo and Hotmail (collectively, the "Email Service Providers"):

      a.     Yahoo also offers a free web based electronic mail service;

      b.     Hotmail, Live, and Outlook are electronic mail services owned by Microsoft;[2]

      c.     Subscribers obtain an account by registering on the Internet with the Email Service Providers. The Email Service Providers request subscribers to provide basic information, such as personal/biographical and alternative contact information;

      d.     The Email Service Providers maintain electronic records pertaining to the individuals and companies for which they maintain subscriber accounts. These records often include account access information, email transaction information, and account application information;

      e.     Any email that is sent to one of the Email Service Providers' subscribers is stored in the subscriber's "mail box" on the Email Service Providers' servers until the subscriber deletes the email or the subscriber's mailbox exceeds the

---

[2] Based on my training and experience, I am aware that Microsoft owns and operates a number of email, social media, gaming, and electronic communication programs and apps, including Hotmail, Live, MSN, X-box, Windows Live Messenger, Windows Live Spaces, and MSN Groups.

2703D_001-000016

storage limits preset by the Email Service Providers. If the message is not deleted by the subscriber, the account is below the maximum storage limit, and the subscriber accesses the account periodically, that message can remain on the Email Service Providers' servers indefinitely;

        f.    When the subscriber sends an email, it is initiated by the user, transferred via the Internet to the Email Service Providers' servers, and then transmitted to its end destination. The Email Service Providers' users have the option of saving a copy of the email sent. Unless the sender of the email specifically deletes the email from the Email Service Providers' server, the email can remain on the system indefinitely.

        g.    Email Service Providers often keep records that can reveal accounts accessed from the same electronic device, such as the same computer or mobile phone, including accounts that are linked by "cookies," which are small pieces of text sent to the user's Internet browser when visiting websites.

**D.    Google**

9.    Based on my training and experience and information available from Google's website (google.com), I have learned the following information about Google and Gmail:

        a.    Google offers a collection of internet-based services, including email and online data storage, which is owned and controlled by Google. The services are available at no cost to internet users, though there are certain options, such as additional online data storage, that users may elect to pay money to receive.

8

2703D_001-000017

Subscribers obtain an account by registering on the internet with Google and providing Google with basic information, including name, gender, zip code, and other personal/biographical information. Subscribers are given a Google account, which ends in "@gmail.com" which is utilized to access these online services.

b.      Google maintains electronic records pertaining to the individuals and entities who maintain Google online subscriber accounts. These records often include account access information, email transaction information, account application information, and in some circumstances billing and payment information.

c.      Any email that is sent to a Google online account subscriber is stored in the subscriber's "mail box" on Google's servers until the subscriber deletes the email or the subscriber's mailbox exceeds the storage limits preset by Google. If the message is not deleted by the subscriber, the account is below the maximum storage limit, and the subscriber accesses the account periodically, that message can remain on Google's servers indefinitely.

d.      When a subscriber sends an email, it is initiated by the user, transferred via the internet to Google's servers, and then transmitted to its end destination. Google online account users have the option of saving a copy of the email sent. Unless the sender of the email specifically deletes the email from the Google server, the email may remain on the system indefinitely.

2703D_001-000018

e.  According to the public comments of a Google representative in 2010, the "point of Gmail" is to "never delete. Archive everything, have a searchable index of your email that you can access from anywhere for any purpose you want, forever."

f.  In or around May 2018, Google unveiled new security and privacy features for Gmail, including:

i.  Time-expired (or self-destruct) messages: The sender of an email can set a time limit for how long the message is able to be read by the receiver. The receiver does not receive traditional email, but rather a link to read the message. After the set time expires, the message will no longer be accessible by the receiver.

ii.  "Unsend" feature: A sender of an email (via the link described for the time-expired messages) can revoke access to the message, thus preventing a receiver from have continued access to and control over the message.

iii.  Content controls: A sender of an email can prevent the receiver from forwarding, copying, downloading, or printing specific messages.

iv.  Two-factor authentication: The receiver of an email must have a passcode to review the email.

g.  Google online account subscribers can store files, including but not limited to emails, documents, and image files, on servers maintained and/or owned by Google.

10

h.  Google online account subscribers can also utilize a feature known as "History" that allows a user to track various historical account activity, including past Google internet searches performed, information regarding devices which have been used to login to the Google online account, and physical location information regarding from where the Google online account was accessed.

i.  Google keeps records that can reveal accounts accessed from the same electronic device, such as the same computer or mobile phone, including accounts that are linked by "cookies," which are small pieces of text sent to the user's internet browser when visiting websites.

10.  I have learned that Google allows users to access a number of services through the user's Gmail account, including but not limited to:

a.  **Google Drive**: Google online account subscribers can store files, including but not limited to emails, documents, and image files, on servers maintained and/or owned by Google. The online data storage service is known as "Google Drive." According to Google, Google Drive provides users with "15 GB of free Google online storage, so you can keep photos, stories, designs, drawings, recordings, videos – anything." Further, according to Google, files in a Google Drive account "can be reached from any smartphone, tablet, or computer. So wherever you go, your files follow." In addition, according to Google, Google Drive allows users to share files by allowing others to "view, download, and collaborate on all the files you want–no email attachment needed." Based on my training and experience, an individual engaged in criminal activity may store information related to the criminal activity, fruits of a

11

crime, and/or instrumentalities of a crime to their Google Drive and then email a link to a record to co-conspirators or witnesses, which grants access to the record stored on Google Drive.

b. **Google Docs**: According to Google, Google Docs is a free-online document management application that allows users to create, edit, and access documents from their phone, tablet, and computer. Further according to Google, Google Docs allows users to, among other things: (a) work both on and off line; (b) to share documents, edit in real-time, and to chat and comment; (c) automatically save their work as it saves as a user types; (d) track revision history so that a user can see old versions of the same document sorted by date and who made the change; and (e) take advantage of pre-made documents and templates.

c. **Google Voice:** Google Voice is a telephony application that provides a user calling features "no matter what kind of phone [the user has] or which carrier [the user uses]." By using Google Voice, a user can, among other things:

i. have a Google Voice number that will allow a user to have one number for all of the user's devices, which allows for all of the devices to ring simultaneously upon the Google Voice number being dialed;

ii. choose a Google Voice number with a specific area code of the user's choosing or a number that spells out words;

iii. have a Google Voice number that will stay the same regardless of whether the user moves, or changes carriers or devices;

iv. automatic voice mail message transcription, including sending

2703D_001-000021

the transcription to the user's email account;

      v. receiving SMS or text messages on the user's device, in the Google Voice account, and in the user's email account;

      vi. international calls for "low rates";

      vii. call blocking;

      viii. call screening that allows a user to listen to a voicemail being left in real time and accept the call while the message is being left; and

      ix. conference calling.

      d.    **Google Maps**: Google Maps is an online map that provides users real-time traffic information, turn-by-turn directions, and the ability to browse reviews and photos from local businesses. Google Maps allows users to save "home and work addresses" and to access the user's "Android and iPhone contacts to quickly look up saved addresses." Google Maps also allows users to "keep track of the places [they've] reviewed, and [maintain] quick access to places [they've] recently searched for."

      e.    **YouTube**: YouTube is an internet forum that allows users to share, search for, view and comment on video content. YouTube is owned and operated by Google. A video uploaded to YouTube is public by default. This means that anyone can view the video by visiting YouTube. However, a user also can change the privacy settings to permit only certain users to view a video. A user then can do this by "linking" their YouTube account with their Google+ account. The user also can select the email addresses or profiles of other Google+ users with which the video

13

2703D_001-000022

will be shared. A user can also make a video "unlisted," which means only those with a link to the video can view it. Unlisted videos are not visible to others who visit the channel page and generally do not show up in YouTube's search results. Google also collects a variety of data on YouTube videos. This includes information for each time a video was watched; the comments and shares of a video; the demographics of viewers; and the sources of traffic to the videos (i.e., the source webpages and links that a viewer used to land on the video).

      f.     **Google+**: Google + is a social networking service provided by Google.

      g.     While anyone can watch videos on YouTube, a Google+ account is necessary to take advantage of YouTube's customizable features. For example, a Google+ account enables users to "like" videos, save their favorite videos, subscribe to video channels, save videos to watch later, maintain a history of videos they've watched, and flag videos. YouTube also can personalize video recommendations based on a user's video preferences and subscriptions. All of this information is maintained by YouTube in a user's private profile.

      11.     Further, Google typically retains certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (*i.e.*, session) times and durations, the types of service used, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website), and

2703D  001-000023

other log files that reflect usage of the account. In addition, Google often has records of the IP address used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the internet must use an IP address, IP address information can help to identify the computers or other devices used to access the email account.

12.     In addition, Google collects device-specific information, such as a user's hardware model, operating system version, unique device identifiers, and mobile network information including phone number. Google states it also may collect and process information about a user's location, based on IP address, GPS, and other sensors that, for example, may provide Google with information on nearby devices, Wi-Fi access points and cell towers.

13.     Therefore, the computers of Google are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Google, such as account access information, transaction information, location, and account application.

**E.     Wickr**

14.     The following is based on information available from Wickr.com:[3]

Wickr is a free app that provides military-grade encryption of text, picture, audio and video messages. Senders control who can read their messages and how long their message will live for. Encrypted messages are stored on our servers and are deleted after they are downloaded by the recipient's devices. We do not have plaintext copies of messages exchanged by anybody on our system. We also don't have

---

[3] The quoted material in this section was obtained from Wickr's website. All of the other material is based on my training and experience or paraphrased from information on Wickr's website.

2703D_001-000024

the keys to decrypt users' communications. We can't read any of the messages sent through Wickr, nor do we know who our users are, or with whom they communicate.

15.     According to Wickr's law enforcement guideline, Wickr has the following information about user accounts:

      a.      Date an account was created;

      b.      Type of device(s) on which such account was used;

      c.      Date of last use;

      d.      Total number of sent/received messages;

      e.      A ciphertext copy of any undelivered encrypted messages which have not been deleted yet from our server, which we are not able to decrypt;

      f.      Privacy list mode setting (allow/block list);

      g.      Number of users on the privacy list;

      h.      Number of external ID's (email addresses and phone numbers) connected to the account, but not the plaintext external IDs themselves;

      i.      Limited records of recent account activity (does not include data and message content or routing and delivery information);

      j.      Wickr version number; and

      k.      Emails associated with certain customer service inquiries.

**F.      Ask.fm**

16.     Based on my training and experience, and information available from Ask.fm's website[4] (including all quoted material below), Ask.fm is "an online social

---

[4] *See* http://safety.ask.fm/ask-fm-guide-for-law-enforcement-requests.

2703D_001-000025

network that enables people to send questions to each other and answer them, when they want to. Ask.fm is available as a [mobile device] application as well as a desktop website. The Ask.fm service provides a way for users to ask each other questions in an anonymous or non-anonymous fashion."

17.    According to the Ask.fm website, although Ask.fm is an Irish company, it also accepts legal process in the United States because of the storage of Ask.fm user data on servers located in the U.S. The company's website states that it has an "additional presence" in Oakland, California.[5]

18.    Based on my training and experience, and my experience in using Ask.fm, I know that even if a user posts a question "anonymously" to another user, that question—and any response—will appear in the "anonymous" poster's Ask.fm account.

19.    Based on my training and experience, I know that Ask.fm does not list the dates of postings. Rather, it lists how many days or months previously a posting was made—a number which will shift based on when the website is viewed.

**G.    Tumblr**

20.    Based on my training and experience (and according to tumblr.com and yahoo.com), I have learned the following about Tumblr:

a.    Tumblr, which is owned by Yahoo! Inc., is a social media network and microblogging site that allows users to create, post, share, and follow digital media created, posted or shared by other Tumblr users.

---

[5] *See* http://about.ask.fm/about.

2703D_001-000026

b. A Tumblr user can make his or her posts available publicly or privately. Tumblr users can comment on other user's posts.

c. Tumblr allows users and in certain circumstances nonusers to communicate directly through Tumblr. For example, Tumblr allows users to communicate through the Tumblr Ask feature. The Ask feature allows other Tumblr users or anonymous readers to ask questions to a Tumblr user. The Tumblr user who receives a question can choose to answer publicly by publishing to his/her blog, or privately by sending a response that will appear in the other user's inbox.

d. Additionally, the Tumblr Submit feature allows other Tumblr users to submit posts to another Tumblr user's blog. Whether a post that is submitted is published is up to the Tumblr user who receives the submission. Lastly, a Tumblr user who is following another Tumblr user's blog can send "Fan Mail" to the Tumblr blog the user is following.

2703D_001-000027

## H.    Instagram

21.    Based on my training and experience and information available from Instagram's website (instagram.com): Instagram, which is owned by Facebook, operates a free social networking application and website (accessed through web-enabled electronic devices and at Instagram.com), which is centered on photography. Instagram users establish accounts and create a profile, which they can use to post and share photographs and other information from web-enabled electronic devices, such as certain cellular phones, tablets, and computers. An Instagram user can adjust the privacy settings for his/her account. If an Instagram user allows his/her account to be public, anybody who has an Instagram account can observe activity in that user's account. If an Instagram user designates his account as "private," he/she must approve all other users before they are allowed to "follow," meaning observe electronically, the private account. Further, Instagram users can use the service to comment on posts and to communicate with other accounts.

## I.    Snapchat

22.    According to Snapchat's law enforcement guide and based on my training and experience, I am aware of the following:

a.    Snapchat is an application for sending and receiving "self-destructing" messages, pictures, and videos. Snapchat is a messaging application for mobile phones with Apple's iOS operating system and Google's Android operating

2703D_001-000028

system. Snapchat offers three primary ways for users to communicate with each other.[6]

      b.      **Snaps.** A user takes a photo or video using their camera phone in real-time. The user then selects a time limit of 1-10 seconds for the receiver to view the photo or video. A user can elect to have the photo/video saved in their phone's photo gallery or just sent via Snapchat, without being saved. The photo/video can then be sent to a friend in Snapchat. The snap is deleted after the selected amount of time. If a recipient attempts to take a screenshot of the snap to save on his/her phone, the application will notify the sender of this behavior.

      c.      Snapchat states that it deletes each snap from its servers once all recipients have viewed it. If a snap has not been viewed by all recipients, Snapchat states that it retains the snap for thirty days.

      d.      **Stories.** A user can also add the photo/video Snap to their "Story." Depending on the user's privacy settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours.

      e.      **Chat.** A user can also type messages to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties – and both parties swipe away from the Chat screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save

---

[6] Snapchat Law Enforcement Guide, available at https://www.snapchat.com/static_files/lawenforcement.pdf?version=20150604.

2703D 001-000029

part of the Chat by tapping on the message (text or photo) that he or she wants to keep. The user can clear the message by tapping it again.

### J.    WhatsApp

23.    According to WhatsApp (www.whatsapp.com), "More than 1 billion people in over 180 countries" use WhatsApp for internet based calling and messaging including text, audio, and video. According to WhatsApp, "[o]ur product now supports sending and receiving a variety of media: text, photos, videos, documents, and location, as well as voice calls. Our messages and calls are secured with end-to-end encryption, meaning that no third party including WhatsApp can read or listen to them." More specifically, according to WhatsApp, WhatsApp offers its customers:

- text messaging (SMS);
- group chats that allows users to share messages, photos, and videos with up to 256 people at once;
- a sync of all of a users' chats between devices, including desktop computers;
- international voice and video calls for free through an internet connection;
- voice messages; and
- document sharing.

### K.    Skype

24.    According to its website (www.skype.com), is online communication application that allows its users to communicate through voice calls, video conversations, text messaging, and file sharing.

2703D_001-000030

25.    With respect to voice calls, Skype allows its users to communicate through: calls between Skype accounts for free, calls to mobile and landline phones for a low rate, group calls, and call forwarding, among other features.

26.    With respect to video communication, Skype provides its users the ability to have one-to-one video calls and group video calls.

27.    With respect to text messaging, Skype allows its users to send video messages, instant messages, text messages (SMS), and group messages (that allows the users to share messages, photos and their location).

28.    With respect to file sharing, Skype users can send files, photos, and videos of any size over Skype. Users can also share screens individually or in a group.

### L.    Tango

29.    According to Tango (www.tango.me), Tango "is a leading mobile messaging service with more than 390 million registered members around the world." Tango provides its users with: (a) free video calling; (b) free international and domestic calls to any number in the US, Canada, Mexico, and India; (c) international calls worldwide for a low rate; (d) the ability to send and receive text, stickers, photos, video and location messages to individuals and groups; and (e) the ability to play video games during a video call.

### M.    Amazon

30.    According to its 2017 Annual Report, Amazon organizes it operations into three segments: North America, International, and Amazon Web Services.

2703D_001-000031

31.     According to Amazon, Amazon provides online and physical retail sales that enables "hundreds of millions of unique products to be sold by [Amazon] and by third parties across dozens of product categories." According to Amazon, customers access Amazon through its websites, mobile apps, Alexa, and its physical stores. According to Amazon, Amazon manufactures and sells electronic devices, including Kindle e-readers, Fire tablets, Fire TVs, and Echo devices, and it produces media content.

32.     According to Amazon, it also serves customers through its Amazon Web Services segment. According to Amazon, it serves developers and enterprises of all sizes, including start-ups, government agencies, and academic institutions, through Amazon Web Services, "which offers a broad set of global computer, storage, database, and other service offerings."

33.     According to its privacy policy, Amazon collects information from its customers, such as:

        a.     Information Customers Provide to Amazon: names, addresses,, shipping information, phone numbers, email address, information related to searches, orders, reviews and ratings, methods of payment, reviews and ratings, correspondence with Amazon, and financial information, including Social Security and driver's license numbers.

        b.     Information Amazon Automatically Collects: Amazon collects and analyzes IP addresses of its users; login information; email addresses; password; computer and connection information such as browser type, version, and time zone

23

setting, browser plug-in types and versions, operating system, and platform; purchase history; the full Uniform Resource Locator (URL) clickstream to, through, and from Amazon's site, including date and time; cookie number; products viewed or searched for; and the phone number used to call Amazon's 800 number. Amazon may also use browser data such as cookies, Flash cookies (also known as Flash Local Shared Objects), or similar data on certain parts of its Web site. Amazon also uses tools such as JavaScript to measure and collect session information, including page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), and methods used to browse away from the page.

    c. Mobile: For users that downloaded apps created by Amazon, Amazon may receive information about the user's location and the user's mobile device, including a unique identifier for the device.

**N. EBay**

  34. According to ebayinc.com, EBay connects "millions of buyers and sellers around the world, empowering people and creating economic opportunity for all." Further, according ebayinc.com, "Whether you are buying new or used, plain or luxurious, commonplace or rare, trendy or one-of-a-kind – if it exists in the world, it probably is for sale on eBay. Our mission is to be the world's favorite destination for discovering great value and unique selection."

  35. As of June 2018, EBay claims to have 171 million active buyers, 1 billion live listings, and 402 million app downloads.

2703D_001-000033

36.     According to its privacy policy, EBay collects a variety of information about its users, including:

a.  Personal information, such as name, address, phone numbers, or email addresses, age, gender, interests, and favorites;

b.  Bidding, buying, and selling information;

c.  Transactional history;

d.  Financial information;

e.  Shipping information;

f.  Communications between members and EBay;

g.  Advertising preferences;

h.  Location information;

i.  Computer and connection information, such as referral URL, ad data, IP addresses, browsing history, and web log information;

j.      Cookies, web beacons, unique identifiers, and similar technologies to collect information about the pages its users view, the links they click, and other actions they take when using our Services; and

k.      Personal information retained by third-party social media providers about EBay users, when the EBay user connects the EBay account and social media account together (e.g., content viewed by the user, content liked by the user, and information about the advertisements the user has been shown or have clicked on, etc.).

25

2703D_001-000034

**O.    Apple**

37.    Based on my training and experience, I have learned the following information about Apple, Inc. and iCloud:

a.    Apple offers a collection of Internet-based services to users of Apple devices including services such as email, online data storage and sharing, and electronic voice, video, text communication. This collection of services is known as iCloud, which is owned and controlled by Apple. Apple's iCloud service provides users an online means to store, backup, access, and share information generated and stored on Apple devices. Users of the iCloud service commonly store the following information in their iCloud accounts: photographs, documents, videos, calendar information, contact information, location data, digital-backups of devices, apps, and communication accounts, electronic messages, and email. Apple's iCloud service also provides subscribers the ability to send and receive email messages utilizing e-mail accounts ending in "@icloud.com."

b.    Subscribers with an Apple device obtain access to the iCloud services by registering on the Internet with Apple utilizing an existing or a newly created "AppleID." The AppleID is a user name unique to each Apple subscriber that corresponds to an email address provided by the subscriber to Apple. Other information provided during the AppleID registration includes name, address, and date of birth. Once a subscriber has an AppleID account, the subscriber may then register online with Apple to utilize the iCloud services. Upon registration for the iCloud services, a subscriber is given an email account that ends in "@icloud.com,"

2703D_001-000035

which may be used to send and receive e-mail messages. Apple currently gives users the ability at the time of AppleID creation to utilize an e-mail address ending in @icloud.com as the AppleID.

      c.    Apple keeps electronic records pertaining to the individuals and entities who maintain subscriber accounts. These records often include account access information, email transaction information, and account application information

      d.    Any email that is sent to an iCloud email account subscriber is stored in the subscriber's "mail box" on Apple's servers until the subscriber deletes the e-mail or the subscriber's mailbox exceeds the storage limits preset by Apple. If the message is not deleted by the subscriber, the account is below the maximum storage limit, and the subscriber account remains active, that message can remain on Apple's servers indefinitely.

      e.    When an iCloud email account subscriber sends an email, it is initiated by the user, transferred via the Internet to Apple's servers, and then transmitted to its end destination. iCloud email account subscribers have the option of saving a copy of the e-mail sent. Unless the sender of the email specifically deletes the e-mail from the iCloud email account, the email may remain on the system indefinitely.

      f.    Apple's iCloud service can also store Apple device location data including GPS coordinates for users who utilize applications such as "Find My iPhone."

2703D_001-000036

g.    Apple offers video and audio chat through its "FaceTime" feature, and Apple maintains logs of Facetime call invitations for a period of 30 days.

h. Apple offers an electronic instant messaging through its "iMessage" feature and maintains records of "iMessage" look-ups. According to Apple, "Apple does have iMessage capability query logs. These logs indicate that a query has been initiated by a device application (which can be Messages, Contacts, Phone, or other device application) and routed to Apple's servers for a lookup handle (which can be a phone number, email address, or Apple ID) to determine whether that lookup handle is 'iMessage capable.'"

i.    According to Apple, Apple will provide at least the following records in response to a 2703(d) order:

    i.    iTunes purchase/download transactional records and records of the specific content purchased or downloaded;

    ii.    Mail logs;

    iii.    Find My iPhone transactional activity for requests to remotely lock or erase a device;

    iv.    Game Center transactional records and/or records of the specific games accessed;

    v.    FaceTime call invitation logs; and

    vi.    iMessage capability query logs.

2703D_001-000037

### Background on ISIS

38.    Based on my training and experience, I have learned the following about the Islamic State of Iraq and al-Sham (commonly referred to as "ISIS"):

a.    On or about October 15, 2004, the United States Secretary of State designated al-Qaeda in Iraq, then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act, and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.

b.    According to the State Department, on or about May 14, 2014, the State Department "announced the amendment of the designation of al-Qa'ida in Iraq (AQI) as a Foreign Terrorist Organization (FTO) under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order (E.O.) 13224 to add the alias Islamic State of Iraq and the Levant ('ISIL') as its primary name and remove all aliases associated with al-Nusrah Front (ANF)."

c.    On or about May 15, 2014, the Secretary of State amended the designation of al-Qaeda in Iraq as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant as its primary name. The Secretary of State also added the following aliases to the FTO listing: The Islamic State of Iraq and al-Sham, The Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and

29

2703D_001-000038

Al-Furquan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS (hereinafter, "ISIS"). To date, ISIS remains a designated FTO.

d.      On or about June 29, 2014, public news sources reported a video purportedly of Abu Bakr al-Baghdadi speaking at Friday prayers at a mosque in Mosul, Iraq declaring the establishment of a caliphate, and that al-Baghdadi would be the leader of ISIS. Also, according to the same reporting, ISIS was shortening its name to the "Islamic State."

e.      Based on my training and experience, I am aware that foreign terrorist organizations frequently rely on "media" components to produce and disseminate official communications of the foreign terrorist organizations. In fact, the communications are frequently branded with the logos for the "media" components for the foreign terrorist organizations. For example, I know that the respective media components of al-Qaeda in the Arabian Peninsula and ISIS have produced high quality magazines (e.g., Inspire and Dabiq) and the media components of ISIS and al-Shabaab have used high quality editing, graphics and music to produce videos.

39.     I am further aware, based on my training and experience, that the content of the official communications produced by ISIS (including the magazines and videos described above) commonly focuses on:

a.      Providing religious justification (often described as an Islamic obligation or duty) for killing, joining the mujahedeen and/or carrying violent jihad;

2703D_001-000039

   b.  Highlighting the purported defense of oppressed populations and purported provision of humanitarian aid, social services and infrastructure improvements;

   c.  Distributing how-to instructions for making explosive devices;

   d.  Providing examples of how to carry out mass killings; and

   e.  Highlighting purported military or terror successes.

  40.  Based on my training and experience, I am aware that ISIS uses its respective 'media' components to, among other things:

   a.  Recruit mujahedeen fighters and various other types of support including money, doctors, nurses, and engineers, among other roles and professions;

   b.  Call for attacks in the West and against other governments and populations deemed as enemies;

   c.  Intimidate adversaries, including governments, private entities and innocent civilians; and

   d.  Claim responsibility for terrorist attacks.

  41.  Based on my training and experience, I am also aware that the use of blogs and social media applications have allowed foreign terrorist organizations to distribute their official communications inexpensively, safely, and broadly. In addition, I am aware that terrorist organizations use these blogs and social media applications to communicate (publicly and privately) with sympathizers and potential recruits, and to distribute their respective messages to legitimate media outlets, in

2703D_001-000040

order to draw attention to the organizations, all in an effort to carry out the terrorism

related goals of the organizations.

## THE SUBJECT AND TARGET ACCOUNTS

### Thomas Osadzinski's Alleged Support of ISIS

42.     On or about April 27, 2018, law enforcement interviewed Individual A[7]

at his/her home in the presence of Individual A's parents. Individual A stated that

he/she has known Thomas Osadzinski for at least four years.[8] Individual A stated

that, on or about February 21, 2018, he/she submitted an anonymous online tip to the

FBI because he/she was concerned that Osadzinski supported ISIS.

43.     According to Individual A, Osadzinski regularly downloaded ISIS

propaganda, including videos and images depicting violence, death, and military

combat and technology.  Individual A recalled an occasion when Osadzinski showed

him/her a video of the aftermath of airstrikes on Syria, which depicted children and

women with significant carnage and missing body parts. According to Individual A,

Osadzinski downloaded videos from publicly available websites and maintained

about 100 to 300 ISIS related videos in a password encrypted folder on his personal

desktop computer, which Individual A observed to have two monitors and a "rainbow"

keyboard. Individual A did not believe that Osadzinski watched videos depicting

violence on other laptops and tablets. Individual A last saw Osadzinski's videos in

---

[7] Individual A's name and identifying information is not included in this affidavit for privacy purposes.

[8] Individual A reported that he/she was previously in a romantic relationship with Osadzinski.

32

2703D_001-000041

January 2018 at his residence. On the date of the interview, Individual A believed that Osadzinski had since moved into his sibling's apartment in Chicago, Illinois.

44.    According to Individual A, Osadzinski stated that he had an Electronic Communication App A[9] account, which he used to communicate with ISIS supporters from the United States in password-encrypted ISIS channels. Based on my training and experience, I am aware that ISIS, its members, and supporters use Electronic Communication App A to communicate and distribute propaganda.

**Apple**

45.    According to Apple, the Apple account with Apple ID: tommy.osadzinski@att.net and DSID: 1329939115 (**Subject Account 1**) is associated with phone number 847-668-1888. As discussed below, this phone number was provided by Individual B. Further, according to Apple, the account is also associated with phone number 847-272-0944 (a **Target Account**). Also, according to Apple, the account is associated with 1649 Central, Northbrook, Illinois, which according to Osadzinski's parents, is Osadzinski's current residence.

---

[9] The government has redacted the specific name of the app, but can provide it to the Court, if necessary. Based on my training and experience, I have learned that Electronic Communication App A is a mobile and desktop messaging application. It can be used on smartphones, such as Apple iOS and Google Android devices, and on desktop computers, by users to send messages and media to each other. To sign up for Electronic Communication App A, a user must provide a phone number. Electronic Communication App A verifies the phone number through a text message sent to the phone number. Electronic Communication App A users can also select a username but are not required to. Usernames are unique, meaning only one user can have a username. Electronic Communication App A users can find other users by searching for the username or by using the known phone number of a user. However, users cannot view the phone number associated with a username. Users can also select a display name, such as a first and last name. Display names are not unique.

2703D_001-000042

**Snapchat Account**

46.    On or about May 12, 2018, the FBI interviewed Individual B,[10] an associate of Osadzinski, who provided Osadzinski's cell phone as 847-668-1888 (a **Target Account**) and his Snapchat account as fgsfdsfgh (**Subject Account 2**).

47.    According to Snapchat, Snapchat account fgsfdsfgh (**Subject Account 2**) was associated with email address ired7up@gmail.com (**Subject Account 3**)[11] and with the telephone number 18476681888 (a **Target Account**), and the same number identified by Individual B as being the cell phone number for Osadzinski.

48.    Further, according to Snapchat, the display name for the account associated with 847-668-1888 is "tommy osa," which is substantially similar to Osadzinski's name.

**DePaul Related Email Addresses**

49.    According to DePaul University, Osadzinski is a student at DePaul, and his school email address is tosadzin@mail.depaul.edu (a **Target Account**) and his non-official school email address is tomasz.osadzinski@gmail.com (**Subject Account 4**).

---

[10] Individual B's name and identifying information is not included in this affidavit for privacy purposes.

[11] According to Google, **Subject Account 3**, is in the name of "asdf asdfsdf" and associated with SMS number 18476681888, and email address tommy.osadzinski@att.net (compare with **Subject Account 1**). In addition, according to Google, Subject Account 3 is associated with a number of Google Services including (this is not an exhaustive list of the services) Gmail, Google Calendar, Google Docs, Google Drive, Google Hangouts, Google Pay, Google Payments, Google Photos, Google Play, Google Sites, Google URL Shortener, Google+, and YouTube.

2703D_001-000043

**WhatsApp**

50.     According to WhatsApp, phone number 847-668-1888, is associated with WhatsApp Account "1-847-668-1888" (**Subject Account 5**). Further, according to WhatsApp, the service started on April 5, 2018, and the device associated with the account was a Samsung Dream2QLTESQ.

## Planned Investigation

51.     FBI plans to use the information requested in the attached Application to, among other things: (a) assist in identifying the individual or individuals who created and used the **Subject Accounts** and the associated domains, and those who communicated with the users of those accounts; (b) assist in identifying additional electronic communication, social media, and storage accounts used by the user(s) of the **Subject Accounts**; and (c) determine whether the user or users of the **Subject Accounts** was communicating with other known or suspected supporters, recruiters, or fighters for ISIS.

52.     Therefore, the non-content information from the **Subject Accounts** that is likely to be obtained will be relevant to the ongoing criminal investigation.

## Relevancy & Materiality of
## Subscriber Information to the Investigation

53.     Based on my training and experience, I know that information identifying the subscriber of social media, email, instant messaging, electronic communication, and blogging accounts used by persons involved with criminal activity and by those in contact with persons involved with criminal activity is likely to yield information that is relevant and material to the investigation. Customer or

35

subscriber account information, non-content header information for social media and electronic messages sent to and from the **Subject Accounts** will assist the FBI in the investigation. Similarly, identifying additional social media, email, and instant messaging accounts associated with the **Target Accounts** will assist the FBI in identifying other accounts likely to be used by the subject of this investigation or witnesses of the criminal activity. In particular, this information will likely allow the FBI to determine:

    a.    subscriber (including other electronic communication means associated with the users of the **Subject Accounts**) and log-in information for the users of the **Subject Accounts**, which may provide geographic location of the user and how the user accesses the internet (such as his internet connection and whether he uses Tor or a VPN or VPS service or other anonymization technique);

    b.    whether and how the user(s) of the **Subject Accounts** anonymizes their online activity and their use of aliases, monikers, or *noms de guerre*;

    c.    the identity of the users of the **Subject Accounts**, and the identity of individuals who may have violated or attempted to violate the **Subject Offense** or were witnesses to a violation of the **Subject Offense** or were in communication with an individual who violated or attempted to violate the **Subject Offense**;

    d.    additional accounts used by individuals who engaged in, attempted to engage in or where in communication with an individual who attempted to violate or violated the **Subject Offense**; and

36

2703D_001-000045

     e.    the timing of communications among individuals engaged in the **Subject Offense** or witnesses to the **Subject Offense**.

    54.    Finally, I submit that notification of the existence of this Order would jeopardize the ongoing investigation, including by giving the users of the **Subject Accounts** or the users of the unknown accounts associated with the **Subject Accounts**, an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

### Conclusion

    55.    I respectfully submit there are specific and articulable facts showing there are reasonable grounds to believe that the information sought in the attached Application pursuant to Title 18, United States Code, Section 2703 is relevant and material to an ongoing criminal investigation.

FURTHER AFFIANT SAYETH NOT.

John P. Farley
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on this 5th day of July 2018.

NOTARY PUBLIC

OFFICIAL SEAL
DENISE M SWIDER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/04/19

37

2703D_001-000046