# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO KNOWN AND UNKNOWN APPLE, GOOGLE, MICROSOFT, INSTAGRAM, TWITTER, FACEBOOK, TUMBLR, ASK.FM, WICKR, YAHOO, SNAPCHAT, SKYPE, TANGO, AMAZON, EBAY, AND WHATSAPP ACCOUNTS | UNDER SEAL<br>No. 18 GJ 385<br><br>Rubén Castillo<br>Chief Judge |
|---|---|

## ORDER

THIS MATTER has come before the Court pursuant to an application by Tiffany Ardam and Matt Hiller, attorneys for the government, which application relates to the following online communication, social media, and storage accounts (collectively, the "**Subject Accounts**"):

| Account Identifier(s) | Provider | Subject Account |
|---|---|---|
| Apple ID: tommy.osadzinski@att.net (DSID: 1329939115) | Apple | Subject Account 1 |
| fgsfdsfgh | Snapchat | Subject Account 2 |
| ired7up@gmail.com | Google | Subject Account 3 |
| tomasz.osadzinski@gmail.com | Google | Subject Account 4 |
| 1-847-668-1888 | WhatsApp | Subject Account 5 |

In addition, this application also seeks Court orders to Apple, Google, Microsoft, Instagram, Twitter, Facebook, Tumblr, Ask.fm, Wickr, Yahoo, Snapchat, Skype, Tango, and WhatsApp relating to identifying accounts associated with at least one or more of the following email accounts or phone numbers (collectively, the "**Target Accounts**"):

- (847) 668-1888;
- (847) 272-0944
- tomasz.osadzinski@gmail.com
- ired7up@gmail.com
- tosadzin@mail.depaul.edu; and
- tommy.osadzinski@att.net.

In its Application, the government requests that this Court enter an order granting the following relief:

- Requiring Google, Snapchat, WhatsApp, and Apple to provide historical records and other non-content information for the **Subject Accounts** for the period of time from the creation of the account to the present;

- Requiring Apple, Google, Microsoft, Instagram, Twitter, Facebook, Tumblr, Ask.fm, Wickr, Yahoo, Snapchat, Skype, Tango, Amazon, EBay, and WhatsApp (the "service providers") to provide historical records and other non-content information for any of their respective accounts (active, suspended, and removed), from the account creation date to the present for any accounts associated with the **Target Accounts**; and

- Requiring Apple and Google to provide historical records and other non-content information related to Google Play transactional records related to **Subject Accounts 1** (Apple), **3** (Google), and **4** (Google), including but not limited to app downloads, app purchases, any devices associated with iTunes, Apple's App Store, and Google Play downloads or

2703D_001-000048

purchases, and financial transaction records, including the dates and times of the downloads, purchases, or the use of the devices.

UPON REVIEW OF THE APPLICATION, THIS COURT HEREBY FINDS THAT:

1. The government has set forth specific and articulable facts showing that there are reasonable grounds to believe that the historical records and other non-content information sought are relevant and material to an ongoing criminal investigation into providing and attempting to provide material support and resources to a designated foreign terrorist organization, namely the Islamic State and Iraq and al-Sham (commonly referred to as ISIS), in violation of Title 18, United States Code, Section 2339B (the "**Subject Offense**").

2. There is reason to believe that notifying any other person, including the subscribers of the **Subject Accounts** or the subscribers of the unknown accounts associated with the **Subject** or **Target Accounts**, of the existence of the application of the government, or the existence of this Order, would jeopardize the ongoing investigation.

Upon consideration of the government's Application:

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Google,[12] Apple, Snapchat, and WhatsApp, respectively, provide:

---

[12] For Google this order should apply to all services associated with **Subject Accounts 3 and 4**, such as Gmail, Google Calendar, Google Docs, Google Drive, Google Hangouts, Google Pay, Google Payments, Google Photos, Google Play, Google Sites, Google URL Shortener, Google+, and YouTube.

3

a. For the period of time from the creation of each respective account to the present, customer or subscriber account information for the **Subject Accounts**, including any means and source of payment for services (including any credit card or bank account number), friend lists, push tokens, and associated email accounts or phone numbers;

b. For the period of time from the creation of each respective account to the present, all available non-content header information for messages sent to and from the **Subject Accounts**, including but not limited to address information, usernames of the sender and recipients of messages, date and time of the communication, routing information, IP address connection records, and data transfer volume;

c. For the period of time from the creation of each respective account to the present, customer or subscriber account information for any Google, Snapchat, WhatsApp, and Apple accounts linked by cookies, email address, IP address, or phone number to the **Subject Accounts**;

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Google and Apple provide related to the **Subject Accounts**:

a. For **Subject Account 1** (Apple), **3** (Google) and **4** (Google) to provide historical records and other non-content information related to Apple iTunes and App Store and Google Play transactional records, including but not limited to app downloads, app purchases, any devices associated with iTunes, Apple's App

4

Store, and Google Play downloads or purchases, and financial transaction records, including the dates and times of the downloads, purchases, or the use of the devices;

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Apple, Google, Microsoft, Instagram, Twitter, Facebook, Tumblr, Ask.fm, Wickr, Yahoo, Snapchat, Skype, Tango, Amazon, Ebay, and WhatsApp, respectively, provide:

    a.    For the period of time from the account creation date to the present, customer or subscriber account information for any Apple, Google, Microsoft, Instagram, Twitter, Facebook, Tumblr, Ask.fm, Wickr, Yahoo, Snapchat, Skype, Tango, Amazon, Ebay, and WhatsApp accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services (including any credit card or bank account number), friend lists, push tokens, and associated email accounts or phone numbers;

For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers.

IT IS FURTHER ORDERED THAT the application and Order are sealed until otherwise ordered by the Court, and that pursuant to Title 18, United States Code, Section 2705(b), Apple, Google, Microsoft, Instagram, Twitter, Facebook, Tumblr, Ask.fm, Wickr, Yahoo, Snapchat, Skype, Tango, Amazon, Ebay, and WhatsApp shall not disclose to any person (including the subscriber or customer to which the

materials relate) the existence of this Order, unless and until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that this Court's orders and the application be sealed until further notice of this Court, except that copies of the Order to the Service Provider, in full or redacted form, may be served by law enforcement officers assisting in the investigation, on any service provider and their representatives, agents, and employees, as necessary to effectuate this Court's Order to the Service Provider.

ENTERED:

*[signature]*

RUBÉN CASTILLO
Chief Judge
United States District Court

Date: 7/5/18

2703D_001-000052

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO UNKNOWN FACEBOOK ACCOUNTS | UNDER SEAL<br>No. 18 GJ 385<br><br>Rubén Castillo<br>Chief Judge |

**ORDER TO SERVICE PROVIDER**

THIS MATTER has come before the Court pursuant to an application by Tiffany Ardam and Matt Hiller, attorneys for the government, which application relates to identifying Facebook accounts (including Facebook and Facebook Messenger) associated with at least one or more of the following email accounts or phone numbers (collectively, the "**Target Accounts**"):

- (847) 668-1888;
- (847) 272-0944
- tomasz.osadzinski@gmail.com
- ired7up@gmail.com
- tosadzin@mail.depaul.edu; and
- tommy.osadzinski@att.net.

In its Application, the government requests that this Court enter an order granting the following relief:

- Requiring Facebook to provide historical records and other non-content information for any of its respective accounts (active, suspended, and

removed), from the account creation date to the present for any accounts associated with the **Target Accounts**.

Upon consideration of the government's Application:

IT IS HEREBY FOUND THAT: The government has set forth specific and articulable facts showing that there are reasonable grounds to believe that the historical records and other non-content information sought are relevant and material to an ongoing criminal investigation.

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Facebook provide:

    a. For the period of time from the account creation date to the present customer or subscriber account information for any Facebook accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services (including any credit card or bank account number), friend lists, push tokens, and associated email accounts or phone numbers; and

    b. For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers.

IT IS FURTHER ORDERED THAT the application and Order are sealed until otherwise ordered by the Court, and that pursuant to Title 18, United States Code, Section 2705(b), Facebook shall not disclose to any person (including the subscriber or customer to which the materials relate) the existence of this Order, unless and

FBI2703D_001-000004

until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that this Court's orders and the application be sealed until further notice of this Court, except that copies of the Order to the Service Provider, in full or redacted form, may be served by law enforcement officers assisting in the investigation, on any service provider and their representatives, agents, and employees, as necessary to effectuate this Court's Order to the Service Provider.

ENTERED:

_____
RUBÉN CASTILLO
Chief Judge
United States District Court

Date: 7/5/18

3

FBI2703D_001-000005