# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

AUG 1 7 2018

JUDGE VIRGINIA M. KENDALL
U.S. DISTRICT COURT

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
AN ORDER RELATING TO KNOWN AND
UNKNOWN DISCORD ACCOUNTS

UNDER SEAL

No. 18 GJ 385

Virginia M. Kendall
Acting Chief Judge

## APPLICATION FOR ORDER RELATING TO
## KNOWN AND UNKNOWN ELECTRONIC COMMUNICATION ACCOUNTS

Tiffany Ardam and Matt Hiller, attorneys of the United States Department of

Justice, hereby apply to the Court for an order to Discord relating to the following

known accounts:

| Account Identifier(s) | Provider | Subject Account |
|---|---|---|
| friend of Tawheed#6284 | Discord | Subject Account 7 |
| friend of Tawheed#1258 | Discord | Subject Account 8 |

In addition, the application seeks an order to Discord relating to identifying

accounts associated with at least one or more of the following email accounts or phone

numbers (collectively, the "**Target Accounts**"):

- (847) 668-1888;

- (847) 272-0944;

- tomasz.osadzinski@gmail.com;

- ired7up@gmail.com;

- tosadzin@mail.depaul.edu;

- tommy.osadzinski@att.net; and

- 170032@glenbrook225.org.

By this Application, the government requests that this Court enter an Order granting the following relief:

- Requiring Discord to provide historical records and other non-content information for the **Subject Accounts** and any accounts (active, suspended, and/or removed) associated with the **Target Accounts** for the period of time from the creation of the account(s) to the present.

This Application also requests, as set forth more fully below, that this Court's orders and this Application be sealed.

In support of this Application, applicant states the following:

## Authority to Seek Orders

1.     Applicants are Attorneys for the government as defined by Federal Rule of Criminal Procedure 1(b)(1)(B) and, therefore, may apply for orders requesting the specified relief pursuant to Title 18, United States Code, Section 2703 (records concerning electronic communications).

## Request for Records & Other Non-Content Information Pursuant to 18 U.S.C. § 2703(d)

2.     Because Discord, through its online community and communication tools functions as an electronic communications service provider (*e.g.*, it provides its customers access to electronic communication services, including messaging) and/or a remote computing service (*e.g.*, it provides computer facilities for the storage and processing of electronic communications), Title 18, United States Code, Section 2703 sets out particular requirements that the government must satisfy in order to compel disclosure of the subscriber and other records it is seeking.

2703D_002-000012

3.      Service of a subpoena allows the government to obtain from a provider of an electronic communications service or a remote computing service a subscriber's or customer's name, address, length and type of service, connection and session records, instrument number including any temporarily assigned network address, and means and source of payment information. 18 U.S.C. § 2703(c)(2). The government may also compel such information through an order issued pursuant to Title 18, United States Code, Section 2703(d). *See* 18 U.S.C. § 2703(c)(1)(B), (c)(2).

4.      To obtain records and other information pertaining to subscribers of a provider of an electronic communications service or remote computing service, the government must comply with Title 18, United States Code, Section 2703(c)(1), which provides, in pertinent part:

> (A) governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications) only when the governmental entity
>
> . . . .
>
> (B) obtains a court order for such disclosure under subsection (d) of this section.

Section 2703(d), in turn, provides in pertinent part:

> A court order for disclosure under subsection (b) or (c) may be issued by any court that is a court of competent jurisdiction and shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation. . . . A court issuing an order pursuant to this section, on a motion made promptly by the service provider, may quash or modify such order, if the information or records requested are unusually voluminous in nature or compliance with such order otherwise would cause an undue burden on such provider.

3

5.     The Federal Bureau of Investigation and the Department of Justice are conducting a criminal investigation of whether Thomas Osadzinski materially supports or is attempting to materially support the Islamic State of Iraq and al-Sham (commonly referred to as ISIS), which is a Foreign Terrorist Organization as designed by the United States Secretary of State. Further, according to a witness who appears to have had sufficient access, Osadzinski uses electronic communication applications, and he watches ISIS propaganda through the internet. Members of the investigation (based on prior investigative work) are aware that ISIS propaganda frequently calls for individuals to join, support, and carry out attacks in the name of ISIS.

6.     On or about February 21, 2018, law enforcement received an anonymous online tip regarding Osadzinski and his "possible communications with ISIS supporters and [his] thinking about going to Syria." The online tip also stated that Osadzinski possessed 100-600 ISIS videos on his desktop computer.

7.     Law enforcement subsequently interviewed the individual who provided the anonymous tip ("Individual A").[1] According to Individual A, he/she was concerned that Osadzinski supported ISIS and regularly downloaded ISIS propaganda, including videos and images depicting violence, death, and military combat and technology. According to Individual A,[2] Osadzinski communicated with ISIS supporters and downloaded images from web based applications.

---

[1] Individual A's name and identifying information is not included in this affidavit for privacy purposes.

[2] Individual A reported that he/she was previously in a romantic relationship with Osadzinski.

4

8.     On or about July 19, 2018, FBI personnel conducted an in person interview of Individual D.  Individual D stated that he/she has been using Discord for about two years and has observed servers pertaining to hitmen groups, groups selling weapons, ISIS, and terrorism groups. Individual D explained that users of Discord can create voice and chat channels within public or private servers. Individual D stated that he/she was using Discord on or about May 28, 2018. According to Individual D, the user of **Subject Account 7 (Discord: friend of Tawheed#6284)** entered a server Individual D was in and began speaking over the voice channel. Individual D recalled that the user of **Subject Account 7** stated words to the effect that he was being watched by the FBI, that the FBI "banged" on his door, and that he had a FBI "handler." According to Individual D, the user of **Subject Account 7** provided a phone number that he purported to be the number for his FBI "handler," which Individual D subsequently called.

9.     It appears that Osadzinski is affiliated with **Subject Account 7** based on the following: (1) Individual D provided a screenshot of the profile for **Subject Account 7**, which included a photograph of an individual who appears to be Thomas Osadzinski; and (2) The contact information of the FBI Agent provided by the user of **Subject Account 7** was accurate contact information provided to Osadzinski by an FBI agent involved in this investigation.

10.     On or about August 11, 2018, an FBI agent conducting research online and on various Discord servers observed **Subject Account 8 (Discord: friend of Tawheed#1258)** in a Discord server, specifically a text channel. **Subject Account**

5

8 appears to be associated with **Subject Account 7** and Osadzinski because: (1) the profile picture appears to depict Osadzinski; (2) the profile picture for **Subject Account 8** is the same profile picture for **Subject Account 7** and Subject Account 5, which is a Whatsapp account linked to a known telephone number for Osadzinski; (3) the username for the account is similar "friend of Tawheed#6284" (**Subject Account 7**) versus "friend of Tawheed#1258" (**Subject Account 8**); and (4) an unknown user of Discord asked **Subject Account 8** why the user left a number of servers and the user of **Subject Account 8** responded: "old account got compromised" (thus, apparently explaining the need for a second account).

11.    It appears that Osadzinski is affiliated with the **Target Accounts** based on the records of Osadzinski's high school and college, WhatsApp, Google, Apple, Snapchat, and Apple, which identify Osadzinski as identifying the Target Accounts as means of communication he uses.

12.    FBI plans to use the information requested in the attached Application to, among other things: (a) assist in identifying the individual or individuals who created and used the **Subject Accounts**, and those who communicated with the users of the **Subject Accounts**; (b) assist in identifying additional Discord accounts used by the user of the **Subject Accounts**; (c) identify IP addresses used by the user of the **Subject Accounts** to establish use and control of the **Subject Accounts**; and (d) determine whether the user or users of the **Subject Accounts** was communicating with other known or suspected supporters, recruiters, or fighters for ISIS.

6

13. Information identifying the subscriber of social media, email, instant messaging, electronic communication, and blogging accounts used by persons involved with criminal activity and by those in contact with persons involved with criminal activity is likely to yield information that is relevant and material to the investigation. Customer or subscriber account information, non-content header information for social media and electronic messages sent to and from the **Subject Accounts** will assist the FBI in the investigation identify witnesses with knowledge of relevant information. Similarly, identifying additional social media, email, and instant messaging accounts associated with the **Subject** and **Target Accounts** will assist the FBI in identifying other accounts likely to be used by the subject of this investigation or witnesses of the criminal activity. In particular, this information will likely allow the FBI to determine:

a. subscriber (including other electronic communication means associated with the users of the **Subject Accounts**) and log-in information for the users of the **Subject Accounts**, which may provide geographic location of the user and how the user accesses the internet (such as his internet connection and whether he uses Tor or a VPN or VPS service or other anonymization technique);

b. whether and how the user(s) of the **Subject Accounts** anonymizes their online activity and their use of aliases, monikers, or *noms de guerre*;

c. the identity of the user(s) of the **Subject Accounts**, and the identity of individuals who may have violated or attempted to violate the **Subject Offense** or were witnesses to a violation of the **Subject Offense** or were in

2703D_002-000017

communication with an individual who violated or attempted to violate the **Subject Offense**;

        d.    additional accounts used by individuals who engaged in, attempted to engage in or where in communication with an individual who attempted to violate or violated the **Subject Offense**; and

        e.    the timing of communications among individuals engaged in the **Subject Offense** or witnesses to the **Subject Offense**.

14.    There are reasonable grounds to believe that the **Subject Accounts** (a prior order, pursuant to Title 18, United States Code, Section 2703(d), was issued on July 5, 2018, with respect to **Subject Accounts 1-5**), and the individual or individuals who use and communicate with those accounts, will have information that is relevant to an ongoing federal criminal investigation regarding the provision or attempted provision of material support or resources to a designated foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339B (the "**Subject Offense**").

15.    Non-content header information for messages sent to and from **Subject Accounts 7-8** (and any accounts associated with the **Target Accounts**) will assist FBI by revealing the existence of communications of the subject, and the identity of other individuals, including potential witnesses and co-conspirators, and communications devices and accounts possibly involved in violations of the **Subject Offense**.

8

16.    In addition, a search of Discord for accounts related to **Subject Accounts 7-8** (through accounts associated by cookies, IP addresses, phone numbers, and email addresses) and the **Target Accounts** will assist FBI by revealing other accounts associated with the user or users of the **Subject Accounts** or individuals who may have knowledge of the criminal activity and individuals involved in the criminal activity. Each of the **Target Accounts** are email accounts or phone numbers associated with the subscriber of the **Subject Accounts** and/or the apparent user(s) of the **Subject Accounts**.

17.    The information sought pursuant to Title 18, United States Code, Section 2703(d) includes the following information:

        a.    For the period of time from the creation of each respective account to the present, customer or subscriber account information for the **Subject Accounts 7-8,** including any means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, associated email accounts or phone numbers, browser information, operating system, and device information, and transactional information related to the purchase of products and services;

        b.    For the period of time from the creation of each respective account to the present, all available non-content header information for messages (including private messages, mail, chats, and posts) sent to and from **Subject Accounts 7-8**, including but not limited to address information, usernames of the sender and

9

recipients of messages, date and time of the communication, routing information, IP address connection records, and data transfer volume;

       c.     For the period of time from the creation of each respective account to the present, customer or subscriber account information for any Discord accounts linked by cookies, email address, IP address, or phone number to **Subject Accounts 7-8**;

       d.     For the period of time from the account creation date to the present, customer or subscriber account information for any Discord accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, and associated email accounts or phone numbers;

       e.     For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers; and

       f.     For the period of time from the creation of **Subject Accounts 7-8** to the present, any third-party social media accounts linked to **Subject Account 7-8**.

      18.    The information requested should be readily accessible to Discord, and its production is not anticipated to be burdensome.

2703D_002-000020

**Nondisclosure and Sealing of this Application and this Court's Orders**

19.     The United States requests that this application and Order be sealed by the Court until such time as the Court directs otherwise.

20.     The United States requests that, pursuant to the preclusion of notice provisions of Title 18, United States Code, Section 2705(b), Discord ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this Order until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice. Notification of the existence of this Order would jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

WHEREFORE, it is respectfully requested that the Court grant the attached Orders (1) directing the service providers to provide the United States with the records and information identified in paragraph 17 above; (2) directing the service providers not to notify any person (including the subscriber or customer to which the materials relate) of the existence of each respective Order until: (a) a year from the date of the Order to the service provider, unless extended; or (b) further order of the Court, except that each service provider may disclose the Order to an attorney for the service provider for the purpose of receiving legal advice; and (3) directing that the application and Order be sealed.

11

2703D_002-000021

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: August 17, 2018

Tiffany Ardam
Matt Hiller
Assistant United States Attorneys
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

12

2703D_002-000022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO KNOWN AND UNKNOWN DISCORD ACCOUNTS | UNDER SEAL No. 18 GJ 385 Virginia M. Kendall Acting Chief Judge |
|---|---|

## **ORDER**

THIS MATTER has come before the Court pursuant to an application by Tiffany Ardam and Matt Hiller, attorneys for the government, which application relates to the following Discord accounts:

| Account Identifier(s) | Provider | Subject Account |
|---|---|---|
| **friend of Tawheed#6284** | **Discord** | **Subject Account 7** |
| **friend of Tawheed#1258** | **Discord** | **Subject Account 8** |

In addition, this application also seeks Court orders to Discord relating to identifying accounts associated with at least one or more of the following email accounts or phone numbers (collectively, the **"Target Accounts"**):

- (847) 668-1888;
- (847) 272-0944;
- tomasz.osadzinski@gmail.com
- ired7up@gmail.com
- tosadzin@mail.depaul.edu;
- tommy.osadzinski@att.net; and
- 170032@glenbrook225.org.

In its Application, the government requests that this Court enter an order granting the following relief:

2703D_002-000001

- Requiring Discord to provide historical records and other non-content information for the **Subject Accounts** and any accounts (active, suspended, and/or removed) associated with the **Target Accounts** for the period of time from the creation of the account(s) to the present.

UPON REVIEW OF THE APPLICATION, THIS COURT HEREBY FINDS THAT:

1.    The government has set forth specific and articulable facts showing that there are reasonable grounds to believe that the historical records and other non-content information sought are relevant and material to an ongoing criminal investigation into providing and attempting to provide material support and resources to a designated foreign terrorist organization, namely the Islamic State and Iraq and al-Sham (commonly referred to as ISIS), in violation of Title 18, United States Code, Section 2339B (the "**Subject Offense**").

2.    There is reason to believe that notifying any other person, including the subscribers of the **Subject Accounts** or the subscribers of the unknown accounts associated with the **Target Accounts**, of the existence of the application of the government, or the existence of this Order, would jeopardize the ongoing investigation.

Upon consideration of the government's Application:

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Discord provide:

a.    For the period of time from the creation of each respective account to the present, customer or subscriber account information for the **Subject Accounts**

2

2703D_002-000002

**7-8,** including any means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, associated email accounts or phone numbers, browser information, operating system, and device information, and transactional information related to the purchase of products and services;

b. For the period of time from the creation of each respective account to the present, all available non-content header information for messages (including private messages, mail, chats, and posts) sent to and from **Subject Accounts 7-8,** including but not limited to address information, usernames of the sender and recipients of messages, date and time of the communication, routing information, IP address connection records, and data transfer volume;

c. For the period of time from the creation of each respective account to the present, customer or subscriber account information for any Discord accounts linked by cookies, email address, IP address, or phone number to **Subject Accounts 7-8;**

d. For the period of time from the account creation date to the present, customer or subscriber account information for any Discord accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, and associated email accounts or phone numbers;

3

e.      For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers; and

f.      For the period of time from the creation of **Subject Accounts 7-8** to the present, any third-party social media accounts linked to **Subject Account 7-8**.

IT IS FURTHER ORDERED THAT the application and Order are sealed until otherwise ordered by the Court, and that pursuant to Title 18, United States Code, Section 2705(b), Discord shall not disclose to any person (including the subscriber or customer to which the materials relate) the existence of this Order, unless and until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that copies of the Order to the Service Provider, in full or redacted form, may be served by law enforcement officers assisting in the

4

2703D_002-000004

investigation, on Discord, its counsel and their representatives, agents, and employees, as necessary to effectuate this Court's Order to the Service Provider.

ENTERED:

_____
VIRGINIA M. KENDALL
Acting Chief Judge
United States District Court

Date: ____8-17-18____

5

RECEIVED

AUG 2 2 2018

Chief Judge Ruben Castillo
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER RELATING TO KNOWN AND UNKNOWN DISCORD ACCOUNTS | UNDER SEAL<br>No. 18 GJ 385<br><br>Rubén Castillo<br>Chief Judge |

## APPLICATION FOR ORDER RELATING TO
## KNOWN AND UNKNOWN ELECTRONIC COMMUNICATION ACCOUNTS

Tiffany Ardam and Matt Hiller, attorneys of the United States Department of Justice, hereby apply to the Court for an order to Discord relating to the following known accounts:

| Account Identifier(s) | Provider | Subject Account |
|---|---|---|
| friend of Tawheed#6284<br>UserID: 132529776748527616 | Discord | Subject Account 7 |
| friend of Tawheed#1258<br>UserID: 472119195790868493 | Discord | Subject Account 8 |

In addition, the application seeks an order to Discord relating to identifying accounts associated with at least one or more of the following email accounts or phone numbers (collectively, the "**Target Accounts**"):

- (847) 668-1888;

- (847) 272-0944;

- tomasz.osadzinski@gmail.com;

- ired7up@gmail.com;

- tosadzin@mail.depaul.edu;

- tommy.osadzinski@att.net; and

- 170032@glenbrook225.org.

By this Application, the government requests that this Court enter an Order granting the following relief:

- Requiring Discord to provide historical records and other non-content information for the **Subject Accounts** and any accounts (active, suspended, and/or removed) associated with the **Target Accounts** for the period of time from the creation of the account(s) to the present.

This Application also requests, as set forth more fully below, that this Court's orders and this Application be sealed.

In support of this Application, applicant states the following:

### Authority to Seek Orders

1.     Applicants are Attorneys for the government as defined by Federal Rule of Criminal Procedure 1(b)(1)(B) and, therefore, may apply for orders requesting the specified relief pursuant to Title 18, United States Code, Section 2703 (records concerning electronic communications).

### Request for Records & Other Non-Content Information Pursuant to 18 U.S.C. § 2703(d)

2.     Because Discord, through its online community and communication tools functions as an electronic communications service provider (*e.g.*, it provides its customers access to electronic communication services, including messaging) and/or a remote computing service (*e.g.*, it provides computer facilities for the storage and processing of electronic communications), Title 18, United States Code, Section 2703 sets out particular requirements that the government must satisfy in order to compel disclosure of the subscriber and other records it is seeking.

2

3.     Service of a subpoena allows the government to obtain from a provider of an electronic communications service or a remote computing service a subscriber's or customer's name, address, length and type of service, connection and session records, instrument number including any temporarily assigned network address, and means and source of payment information. 18 U.S.C. § 2703(c)(2). The government may also compel such information through an order issued pursuant to Title 18, United States Code, Section 2703(d). *See* 18 U.S.C. § 2703(c)(1)(B), (c)(2).

4.     To obtain records and other information pertaining to subscribers of a provider of an electronic communications service or remote computing service, the government must comply with Title 18, United States Code, Section 2703(c)(1), which provides, in pertinent part:

(A) governmental entity may require a provider of electronic communication service or remote computing service to disclose a record or other information pertaining to a subscriber to or customer of such service (not including the contents of communications) only when the governmental entity

. . . .

(B) obtains a court order for such disclosure under subsection (d) of this section.

Section 2703(d), in turn, provides in pertinent part:

A court order for disclosure under subsection (b) or (c) may be issued by any court that is a court of competent jurisdiction and shall issue only if the governmental entity offers specific and articulable facts showing that there are reasonable grounds to believe that the contents of a wire or electronic communication, or the records or other information sought, are relevant and material to an ongoing criminal investigation. . . . A court issuing an order pursuant to this section, on a motion made promptly by the service provider, may quash or modify such order, if the information or records requested are unusually voluminous in nature or compliance with such order otherwise would cause an undue burden on such provider.

3

Case: 1:19-cr-00869 Document #: 67-4 Filed: 04/12/21 Page 22 of 35 PageID #:473

5.     The Federal Bureau of Investigation and the Department of Justice are conducting a criminal investigation of whether Thomas Osadzinski materially supports or is attempting to materially support the Islamic State of Iraq and al-Sham (commonly referred to as ISIS), which is a Foreign Terrorist Organization as designed by the United States Secretary of State. Further, according to a witness who appears to have had sufficient access, Osadzinski uses electronic communication applications, and he watches ISIS propaganda through the internet. Members of the investigation (based on prior investigative work) are aware that ISIS propaganda frequently calls for individuals to join, support, and carry out attacks in the name of ISIS.

6.     On or about February 21, 2018, law enforcement received an anonymous online tip regarding Osadzinski and his "possible communications with ISIS supporters and [his] thinking about going to Syria." The online tip also stated that Osadzinski possessed 100-600 ISIS videos on his desktop computer.

7.     Law enforcement subsequently interviewed the individual who provided the anonymous tip ("Individual A").[1] According to Individual A, he/she was concerned that Osadzinski supported ISIS and regularly downloaded ISIS propaganda, including videos and images depicting violence, death, and military combat and technology. According to Individual A,[2] Osadzinski communicated with ISIS supporters and downloaded images from web based applications.

---

[1] Individual A's name and identifying information is not included in this affidavit for privacy purposes.

[2] Individual A reported that he/she was previously in a romantic relationship with Osadzinski.

4

2703D_002-000026

8.    On or about July 19, 2018, FBI personnel conducted an in person interview of Individual D.  Individual D stated that he/she has been using Discord for about two years and has observed servers pertaining to hitmen groups, groups selling weapons, ISIS, and terrorism groups. Individual D explained that users of Discord can create voice and chat channels within public or private servers. Individual D stated that he/she was using Discord on or about May 28, 2018. According to Individual D, the user of **Subject Account 7 (Discord: friend of Tawheed#6284)** entered a server Individual D was in and began speaking over the voice channel. Individual D recalled that the user of **Subject Account 7** stated words to the effect that he was being watched by the FBI, that the FBI "banged" on his door, and that he had a FBI "handler."  According to Individual D, the user of **Subject Account 7** provided a phone number that he purported to be the number for his FBI "handler," which Individual D subsequently called.

9.    It appears that Osadzinski is affiliated with **Subject Account 7** based on the following: (1) Individual D provided a screenshot of the profile for **Subject Account 7**, which included a photograph of an individual who appears to be Thomas Osadzinski; and (2) The contact information of the FBI Agent provided by the user of **Subject Account 7** was accurate contact information provided to Osadzinski by an FBI agent involved in this investigation.

10.    On or about August 11, 2018, an FBI agent conducting research online and on various Discord servers observed **Subject Account 8 (Discord: friend of Tawheed#1258)** in a Discord server, specifically a text channel. **Subject Account**

5

2703D_002-000027

8 appears to be associated with **Subject Account 7** and Osadzinski because: (1) the profile picture appears to depict Osadzinski; (2) the profile picture for **Subject Account 8** is the same profile picture for **Subject Account 7** and Subject Account 5, which is a Whatsapp account linked to a known telephone number for Osadzinski; (3) the username for the account is similar "friend of Tawheed#6284" (**Subject Account 7**) versus "friend of Tawheed#1258" (**Subject Account 8**); and (4) an unknown user of Discord asked **Subject Account 8** why the user left a number of servers and the user of **Subject Account 8** responded: "old account got compromised" (thus, apparently explaining the need for a second account).

11.     On or about August 14, 2018, law enforcement located **Subject Account 8** in a public Discord server and observed the User ID 472119195790868493. That same day, law enforcement observed a historic post in a Discord Server, which displayed the user ID 132529776748527616 for **Subject Account 7**.

12.     It appears that Osadzinski is affiliated with the **Target Accounts** based on the records of Osadzinski's high school and college, WhatsApp, Google, Apple, Snapchat, and Apple, which identify Osadzinski as identifying the Target Accounts as means of communication he uses.

13.     FBI plans to use the information requested in the attached Application to, among other things: (a) assist in identifying the individual or individuals who created and used the **Subject Accounts**, and those who communicated with the users of the **Subject Accounts**; (b) assist in identifying additional Discord accounts

6

used by the user of the **Subject Accounts**; (c) identify IP addresses used by the user of the **Subject Accounts** to establish use and control of the **Subject Accounts**; and (d) determine whether the user or users of the **Subject Accounts** was communicating with other known or suspected supporters, recruiters, or fighters for ISIS.

14. Information identifying the subscriber of social media, email, instant messaging, electronic communication, and blogging accounts used by persons involved with criminal activity and by those in contact with persons involved with criminal activity is likely to yield information that is relevant and material to the investigation. Customer or subscriber account information, non-content header information for social media and electronic messages sent to and from the **Subject Accounts** will assist the FBI in the investigation identify witnesses with knowledge of relevant information. Similarly, identifying additional social media, email, and instant messaging accounts associated with the **Subject** and **Target Accounts** will assist the FBI in identifying other accounts likely to be used by the subject of this investigation or witnesses of the criminal activity. In particular, this information will likely allow the FBI to determine:

a. subscriber (including other electronic communication means associated with the users of the **Subject Accounts**) and log-in information for the users of the **Subject Accounts**, which may provide geographic location of the user and how the user accesses the internet (such as his internet connection and whether he uses Tor or a VPN or VPS service or other anonymization technique);

2703D_002-000029

b.    whether and how the user(s) of the **Subject Accounts** anonymizes their online activity and their use of aliases, monikers, or *noms de guerre*;

c.    the identity of the user(s) of the **Subject Accounts**, and the identity of individuals who may have violated or attempted to violate the **Subject Offense** or were witnesses to a violation of the **Subject Offense** or were in communication with an individual who violated or attempted to violate the **Subject Offense**;

d.    additional accounts used by individuals who engaged in, attempted to engage in or where in communication with an individual who attempted to violate or violated the **Subject Offense**; and

e.    the timing of communications among individuals engaged in the **Subject Offense** or witnesses to the **Subject Offense**.

15.    There are reasonable grounds to believe that the **Subject Accounts** (a prior order, pursuant to Title 18, United States Code, Section 2703(d), was issued on July 5, 2018, with respect to **Subject Accounts 1-5**), and the individual or individuals who use and communicate with those accounts, will have information that is relevant to an ongoing federal criminal investigation regarding the provision or attempted provision of material support or resources to a designated foreign terrorist organization, in violation of Title 18, United States Code, Sections 2339B (the "**Subject Offense**").

16.    Non-content header information for messages sent to and from **Subject Accounts 7-8** (and any accounts associated with the **Target Accounts**) will assist

8

2703D_002-000030

FBI by revealing the existence of communications of the subject, and the identity of other individuals, including potential witnesses and co-conspirators, and communications devices and accounts possibly involved in violations of the **Subject Offense**.

17. In addition, a search of Discord for accounts related to **Subject Accounts 7-8** (through accounts associated by cookies, IP addresses, phone numbers, and email addresses) and the **Target Accounts** will assist FBI by revealing other accounts associated with the user or users of the **Subject Accounts** or individuals who may have knowledge of the criminal activity and individuals involved in the criminal activity. Each of the **Target Accounts** are email accounts or phone numbers associated with the subscriber of the **Subject Accounts** and/or the apparent user(s) of the **Subject Accounts**.

18. The information sought pursuant to Title 18, United States Code, Section 2703(d) includes the following information:

a. For the period of time from the creation of each respective account to the present, customer or subscriber account information for the **Subject Accounts 7-8,** including any means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, associated email accounts or phone numbers, browser information, operating system, and device information, and transactional information related to the purchase of products and services;

9

b. For the period of time from the creation of each respective account to the present, all available non-content header information for messages (including private messages, mail, chats, and posts) sent to and from **Subject Accounts 7-8**, including but not limited to address information, usernames of the sender and recipients of messages, date and time of the communication, routing information, IP address connection records, and data transfer volume;

c. For the period of time from the creation of each respective account to the present, customer or subscriber account information for any Discord accounts linked by cookies, email address, IP address, or phone number to **Subject Accounts 7-8**;

d. For the period of time from the account creation date to the present, customer or subscriber account information for any Discord accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, and associated email accounts or phone numbers;

e. For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers; and

f. For the period of time from the creation of **Subject Accounts 7-8** to the present, any third-party social media accounts linked to **Subject Account 7-8**.

10

19.   The information requested should be readily accessible to Discord, and its production is not anticipated to be burdensome.

**Nondisclosure and Sealing of this Application and this Court's Orders**

20.   The United States requests that this application and Order be sealed by the Court until such time as the Court directs otherwise.

21.   The United States requests that, pursuant to the preclusion of notice provisions of Title 18, United States Code, Section 2705(b), Discord ordered not to notify any person (including the subscriber or customer to which the materials relate) of the existence of this Order until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice. Notification of the existence of this Order would jeopardize the ongoing investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

WHEREFORE, it is respectfully requested that the Court grant the attached Orders (1) directing the service providers to provide the United States with the records and information identified in paragraph 17 above; (2) directing the service providers not to notify any person (including the subscriber or customer to which the materials relate) of the existence of each respective Order until: (a) a year from the date of the Order to the service provider, unless extended; or (b) further order of the Court, except that each service provider may disclose the Order to an attorney for the

2703D_002-000033

service provider for the purpose of receiving legal advice; and (3) directing that the application and Order be sealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on: August 22, 2018

Tiffany Ardam
Matt Hiller
Assistant United States Attorneys
219 S. Dearborn Street
Chicago, Illinois 60604
(312) 353-5300

2703D_002-000034

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF THE APPLICATION | UNDER SEAL
OF THE UNITED STATES OF AMERICA FOR | No. 18 GJ 385
AN ORDER RELATING TO KNOWN AND |
UNKNOWN DISCORD ACCOUNTS | Rubén Castillo
| Chief Judge

**ORDER**

THIS MATTER has come before the Court pursuant to an application by

Tiffany Ardam and Matt Hiller, attorneys for the government, which application

relates to the following Discord accounts:

| Account Identifier(s) | Provider | Subject Account |
|---|---|---|
| friend of Tawheed#6284<br>UserID: 132529776748527616 | Discord | Subject Account 7 |
| friend of Tawheed#1258<br>UserID: 472119195790868493 | Discord | Subject Account 8 |

In addition, this application also seeks Court orders to Discord relating to

identifying accounts associated with at least one or more of the following email

accounts or phone numbers (collectively, the "**Target Accounts**"):

- (847) 668-1888;

- (847) 272-0944;

- tomasz.osadzinski@gmail.com

- ired7up@gmail.com

- tosadzin@mail.depaul.edu;

- tommy.osadzinski@att.net; and

- 170032@glenbrook225.org.

In its Application, the government requests that this Court enter an order granting the following relief:

- Requiring Discord to provide historical records and other non-content information for the **Subject Accounts** and any accounts (active, suspended, and/or removed) associated with the **Target Accounts** for the period of time from the creation of the account(s) to the present.

UPON REVIEW OF THE APPLICATION, THIS COURT HEREBY FINDS THAT:

1.     The government has set forth specific and articulable facts showing that there are reasonable grounds to believe that the historical records and other non-content information sought are relevant and material to an ongoing criminal investigation into providing and attempting to provide material support and resources to a designated foreign terrorist organization, namely the Islamic State and Iraq and al-Sham (commonly referred to as ISIS), in violation of Title 18, United States Code, Section 2339B (the "**Subject Offense**").

2.     There is reason to believe that notifying any other person, including the subscribers of the **Subject Accounts** or the subscribers of the unknown accounts associated with the **Target Accounts**, of the existence of the application of the government, or the existence of this Order, would jeopardize the ongoing investigation.

Upon consideration of the government's Application:

IT IS ORDERED THAT, pursuant to Title 18, United States Code, Section 2703(d), Discord provide:

2

2703D_002-000007

a.      For the period of time from the creation of each respective account to the present, customer or subscriber account information for the **Subject Accounts 7-8,** including any means and source of payment for services (including any credit card or bank account number), Discord servers used, friend lists, push tokens, associated email accounts or phone numbers, browser information, operating system, and device information, and transactional information related to the purchase of products and services;

b.      For the period of time from the creation of each respective account to the present, all available non-content header information for messages (including private messages, mail, chats, and posts) sent to and from **Subject Accounts 7-8,** including but not limited to address information, usernames of the sender and recipients of messages, date and time of the communication, routing information, IP address connection records, and data transfer volume;

c.      For the period of time from the creation of each respective account to the present, customer or subscriber account information for any Discord accounts linked by cookies, email address, IP address, or phone number to **Subject Accounts 7-8**;

d.      For the period of time from the account creation date to the present, customer or subscriber account information for any Discord accounts associated with the **Target Accounts** (active, suspended, and removed), including any names, dates of service, IP addresses, means and source of payment for services

3

2703D_002-000008

(including any credit card or bank account number), Discord servers used, friend lists, push tokens, and associated email accounts or phone numbers;

      e.     For any accounts identified in response to subparagraph (d), customer or subscriber account information for any accounts linked by cookies, email addresses, IP addresses, or phone numbers; and

      f.     For the period of time from the creation of **Subject Accounts 7-8** to the present, any third-party social media accounts linked to **Subject Account 7-8**.

IT IS FURTHER ORDERED THAT the application and Order are sealed until otherwise ordered by the Court, and that pursuant to Title 18, United States Code, Section 2705(b), Discord shall not disclose to any person (including the subscriber or customer to which the materials relate) the existence of this Order, unless and until: (a) a year from the date of the Order to Service Provider, unless extended; or (b) further order of the Court, except that the Service Provider may disclose the Order to Service Provider to an attorney for the Service Provider for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that copies of the Order to the Service Provider, in full or redacted form, may be served by law enforcement officers assisting in the

2703D_002-000009

investigation, on Discord, its counsel and their representatives, agents, and employees, as necessary to effectuate this Court's Order to the Service Provider.

ENTERED:

RUBÉN CASTILLO
Chief Judge
United States District Court

Date: _____8/22/18_____

5

2703D_002-000010