# EXHIBIT B



*U.S. Department of Justice*

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Barry Jonas*<br>*Assistant United States Attorney* | *Dirksen Federal Courthouse*<br>*219 South Dearborn Street, Fifth Floor*<br>*Chicago, IL  60604* | *Direct Line  (312) 886-8027*<br>*Fax  (312) 353-4322*<br>*E-mail  Barry.Jonas@usdoj.gov* |

April 7, 2021

Sent via electronic mail

Joshua G. Herman  
53 W. Jackson Blvd.  
Suite 457  
Chicago, IL 60604  

Steven Greenberg  
53 W. Jackson Blvd.  
Suite 1260  
Chicago, IL  60604  

Re: ***United States v. Thomas Osadzinski,*** **No. 19 CR 869**

Dear Josh and Steve:

Please accept this letter as the government's response to your January 23, 2021, formal request for discovery.

### I.     Rule 16 Discovery Requests

1. The government has previously provided you with the statements that the defendant has made to known law enforcement agents. These can be found at FBI302 01-000005, FBI302 001-000046, and Media 17. The government does not anticipate using any of the statements at trial.

2. The government has previously provided six binders containing recorded or memorialized communications between the defendant and government actors.

3. See response I.1 above.

4. The defendant did not testify before the grand jury.

5. Defendant's criminal history is enclosed.

6. The government has previously provided you, or has made available, all discoverable materials other than information related to the government's CIPA Section 4 filing.

7. Beyond the six binders identified in I.2. above, the government has not yet identified the materials that we will seek to admit at trial.

8. All materials belonging to the defendant that are in the government's possession have either been provided to you or are available for your review.

9. The government has not conducted any physical or mental examinations, or scientific tests during the investigation.

## II.     Brady, Kyles, Giglio, et. al.

The government has provided you with a large volume of material, in a searchable format, to include six binders of the defendant's communications with government actors, 27 media discs, and approximately 10,000 pages of documents on searchable discs (some items in native format may not be searchable). The government is not obligated to identify, within the material, which items may be material to the defense or which items the defense may consider to be exculpatory. *United States v. Gray*, 648 F.3d 562, 567 (7th Cir. 2011).

The government will provide prior to trial, to the extent any exists, all *Giglio* and *Jencks* material within its possession that have not previously been provided.

## III.    Rule 12 Motions

The government has provided to you, either in unclassified discovery or classified discovery, any discoverable material, except to the extent any material has been submitted to the Court pursuant to CIPA Section 4. Moreover, it is the government's position that a FISA notice is not required in this matter.

## IV.     Rule 1006 Fed. R. Evid.

The government has not yet identified the materials it intends to offer at trial. At the appropriate time, the government will inform the defense of any summary chart, any statement pursuant to Fed. R. Evid 801(d)(2), or any 404(b) material we may seek to introduce at trial.

The government is aware of its discovery obligations and will continue to provide any additional discoverable material that comes into our possession.

Please call us if you have any questions.

    Very truly yours,

    JOHN R. LAUSCH, JR.
    United States Attorney

By:   */s/ Barry Jonas*
    Barry Jonas
    Melody Wells
    Tiffany Ardam
    Assistant United States Attorneys