# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19 CR 869 |
| ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR EARLY RETURN OF TRIAL SUBPOENAS

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN A. GREENBERG** and **JOSHUA G. HERMAN,** respectfully moves this Court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for entry of its Order permitting the early return of trial subpoenas to be issued by the parties in this case.

Undersigned counsel has conferred with AUSA Barry Jonas, who has indicated that defense counsel may represent that this motion is unopposed, as the government would also seek the relief requested herein.

WHEREFORE, counsel respectfully requests that the Court grant this unopposed motion for early return of trial subpoenas for both parties in the case.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 1260
Chicago, Illinois 60604
(312) 879-9500

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on June 2, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      /s/ Joshua G. Herman
      **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com