# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number: 19 CR 869-1 |
| ) | |
| THOMAS OSADZINSKI ) | |
| ) | Judge Robert W. Gettleman |
| ) | |

**Request for a Separate Jury Panel Pursuant to Local Rule 47.1(b)**

    Pursuant to Local Rule 47.1(b), I am requesting that a separate jury panel be summoned for 19 CR 869-1, *U.S. v. Thomas Osadzinski*, a case to be tried before me.

    It is anticipated that this trial will last 3 to 4 weeks, necessitating a large pool of potential jurors to enable the Court and counsel to select a jury.

    Jury selection is set for October 4, 2021.


Robert W. Gettleman, Trial Judge
United States District Court

Dated: 7/16/2021

Rev. 05/20/2016