UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ORDER DIRECTING THAT A SEPARATE JURY PANEL BE SUMMONED

Pursuant to Local Rule 47.1(b), it is hereby ordered that a separate jury panel be summoned for trial in 19 CR 869-1, *U.S. v. Thomas Osadzinski*, a case to be tried before Honorable Robert W. Gettleman.

It is further ordered that requests to be excused from service on this jury panel shall be decided by the Honorable Robert W. Gettleman.

Honorable Rebecca R. Pallmeyer, Chief Judge
United States District Court

Dated: July 16, 2021