IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CR 869 |
| | ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S
MOTION IN LIMINE, DKT. NO. 121**

NOW COMES the Defendant, Thomas Osadzinski, by and through his counsel, responding to the Government's Motion *in Limine*, Dkt. No. 121, as follows:

The Government seeks to bar the defendant from arguing, presenting evidence, or making any inquiry that may encourage jury nullification. This motion is unnecessary.

It is axiomatic that argument tending to invite jury nullification is improper. *United States v. Anderson*, 716 F.2d 446, 450 (7th Cir. 1983); *United States v. Kerley*, 838 F.2d 932, 938 (7th Cir. 1988); *United States v. Brown*, 548 F.2d 204, 210 (7th Cir. 1977). The Defendant understands this rule and is capable of complying with it.

Essentially, the Government seeks a ruling now to bar defendant from even the slightest possibility of making an improper argument at trial. There is simply no need for this motion. The defense has no intention of making any improper argument at trial and does not need to be instructed not to do so. If the Government believes that an argument made a trial is improper; its recourse is to object.

For the reasons stated, the Defendant respectfully requests that this Honorable Court deny the Government's *Motion in Limine*, Dkt. No. 121, and for such other and further relief as this Court may deem just.

        Respectfully submitted,

        /s/ Steven A. Greenberg
        **STEVEN A. GREENBERG,**

        /s/Joshua G. Herman
        **JOSHUA G. HERMAN**
        Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 1260
Chicago, Illinois 60604
(312) 879-9500

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com