

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Illinois*

| | | |
|---|---|---|
| *Melody Wells* | *Dirksen Federal Courthouse* | *Direct Line: (312) 353-1110* |
| *Assistant United States Attorney* | *219 South Dearborn Street, Fifth Floor* | *E-mail: melody.wells@usdoj.gov* |
| | *Chicago, IL 60604* | |

September 29, 2021

Sent via email

Joshua G. Herman  
53 W. Jackson Blvd.  
Suite 457  
Chicago, IL 60604

Steven Greenberg  
53 W. Jackson Blvd.  
Suite 1260  
Chicago, IL 60604

Re: ***United States v. Thomas Osadzinski,*** **No. 19 CR 869**

Dear Mr. Herman and Mr. Greenberg:

In accordance with Federal Rule of Criminal Procedure 16(a)(1)(G), the government hereby supplements its August 20, 2021 expert notice regarding Dr. Aaron Zelin. In addition to the scope of the testimony described in the government's initial notice, Dr. Zelin is expected to testify to the following:

- Dr. Zelin is expected to offer testimony describing how ISIS functions as a bureaucratic entity, with delineated internal offices and departments.
    - o Dr. Zelin will explain that at the head of ISIS's organizational structure is the Khalifah, or leader. Beneath the leader are ISIS committees and offices and the Dawawin, or departments. Dr. Zelin will note that there is media department, also known as the Media Diwan.
    - o In addition to this structure, Dr. Zelin will explain how ISIS divided its territories into Wilayats, or provinces. Each province in turn had its own media office and produces and disseminate additional media content.
    - o Dr. Zelin will explain that within the Media Diwan, there are official ISIS entities, which include Al-Hayat and Al Furqan. Dr. Zelin will explain the role each of these official entities perform.

- Dr. Zelin will opine that in addition to the official ISIS media entities referenced above, ISIS relied on supporter organizations to produce and disseminate ISIS propaganda. In addition, he will render the opinion that while these entities were not officially part of the Media Diwan, they coordinated with the media Diwan and would receive instruction from official ISIS entities.

- Dr. Zelin will opine that social media companies' removal of ISIS propaganda forced ISIS to adapt its dissemination techniques. This included through the reliance on encrypted channels and the creation of redundancies in how it stored its media online.

- Dr. Zelin will render the opinion that ISIS views its media production and dissemination efforts as central to its continued existence.
    - Dr. Zelin will explain this is why ISIS invests significant resources—to include personnel and monetary resources—in its media productions. These resources included not only producing high production value videos and other media, but imbedding videographers with fighters so operations could be filmed, and that footage could then be utilized in propaganda materials.
    - Dr. Zelin will reference a document titled *Media Man, You Are a Mujahid, Too* (Gov't Ex. 407), an official ISIS publication.[1] Dr. Zelin will explain how this document describes the importance of media and provides guidance for how Islamic State media operations should be constructed.

- In addition to certain photos and demonstrative exhibits, Dr. Zelin will be asked to render an opinion about five videos[2]:

    - **The Structure of the Khalifa**
        - Dr. Zelin will testify that this video accurately describes ISIS's internal bureaucratic structure and will discuss certain of the bureaucratic entities listed in the video.

---

[1] This document was found in the defendant's "Every Isdar Ever" Telegram Channel and has been disclosed to the defense.

[2] Each of these videos was found in the defendant's possession and/or was sent by the defendant to an OCE, and has been provided to the defense in discovery. While the videos include graphic violence, the government will not play those portions to the jury. These clips are available for the Court's review upon request.

- **Inside 8**
  - Dr. Zelin will testify that this video explains the importance of media to ISIS's continued operations and contains messages recruiting people to participate in "media jihad." He will explain this video is an example of how ISIS embedded videographers with ISIS fighters and used that footage to create propaganda material.

- **Holding Firm to the Pledge**
  - Dr. Zelin will opine that this video is an example of media produced by an unofficial ISIS media entity, here, Al Abd al-Faqir. He will explain that this is an example of how an official ISIS statement is disseminated through unofficial channels.
  - He will explain how ISIS's goal of global expansion is represented through the superimposition of the ISIS flag over various foreign cities.

- **The Fighting Has Just Begin**
  - Dr. Zelin will opine this video is an example of unofficial media organizations collaborating to produce pro-ISIS media content. As is clear from the opening credits, this video was produced by Al Abd Al-Faqir, Al-Battar Media, and the Al-Saqri Foundation.

- **Crusader State of Russia**
  - Dr. Zelin will opine that this video is an example of ISIS's efforts to reach non-Arabic or English-speaking individuals. He will also explain how this video is an example of a media release from one of the Wilayats (provinces).

Very truly yours,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/*Barry Jonas*
Barry Jonas
Melody Wells
Assistant United States Attorney

Alexandra Hughes
Trial Attorney, Counterterrorism Section