UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 869 |
| ) | |
| vs. ) | Honorable Robert W. Gettleman |
| ) | |
| THOMAS OSADZINSKI ) | |

GOVERNMENT'S PRELIMINARY WITNESS LIST

The UNITED STATES OF AMERICA, by JOHN R. LAUSCH JR., United States Attorney for the Northern District of Illinois, respectfully submits this list of potential witnesses in the above-captioned matter:

1) FBI Online Covert Employee 1 - Muhammad Hazeem

2) FBI Online Covert Employee 2 – Jack Rodgers

3) FBI Online Covert Employee 3 - Khalil

4) FBI Online Covert Employee 4 – Bill Smith

5) FBI Confidential Human Source – Akim Abbas

6) Aaron Zellin

7) Mark Baggett

8) FBI Special Agent Michael Fee

9) FBI Special Agent Jacob Schaffer

10) FBI Special Agent Ryan Furman

                              Respectfully submitted,
                              JOHN R. LAUSCH, JR.
                              United States Attorney

By:    */s/Barry Jonas*
                              BARRY JONAS
                              MELODY WELLS
                              Assistant United States Attorneys
                              219 South Dearborn Street, 5th Floor
                              Chicago, Illinois 60604

                              ALEXANDRA HUGHES
                              Trial Attorney
                              Department of Justice
                              National Security Division
                              950 Pennsylvania Ave.
                              Washington, D.C.

Dated: September 30, 2021