# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:19−cr−00869
Honorable Robert W. Gettleman

Thomas Osadzinski

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/13/2021. Evidence entered. The parties are directed to submit a full set of updated jury instructions conforming to the court's rulings set forth on the record and email a copy to the Courtroom Deputy by 10/14/2021. Jury trial continued to 10/14/2021 at 9:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.