IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| v. | Case No. 19 cr 869-1 |
| | Judge Robert W. Gettleman |
| Thomas Osadzinski, | |
| Defendants. | |

### ORDER

Jury deliberation continued and concluded on 10/18/2021. Jury returns its verdict finding Defendant Thomas Osadzinski is guilty as charged in the Indictment. Jury is discharged. Defendant's Post-trial motions to be filed by 12/23/2021; Government's response due by 1/17/2022; Defendant reply due 2/7/2022. In person hearing set for 2/18/2022 at 10:00 a.m.

(01:30)

Date: 10/18/2021

United States District Judge
Robert W. Gettleman