# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Thomas Osadzinski

Defendant.

Case No.: 1:19−cr−00869
Honorable Robert W. Gettleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 13, 2021:

MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defense counsel's unopposed e−mailed request for a 30−day continuance for post−trial motions is granted. The briefing schedule set forth on 10/18/2021 [153] is modified as follows: Defendant's Post−trial motions to be filed by 1/20/2022; Government's response due by 2/10/2022; Defendant reply due 2/28/2022. In person hearing set for 3/18/2022 at 11:00 a.m. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.