```
1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3
     UNITED STATES OF AMERICA,        )
4                                     )
                    Plaintiff,        )
5                                     )
               vs.                    )  No. 19 CR 869
6                                     )
     THOMAS OSADZINSKI,               )  Chicago, Illinois
7                                     )  October 5, 2021
                    Defendant.        )  9:13 a.m.
8

9           TRANSCRIPT OF PROCEEDINGS - Volume No. 1 AM

10         BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                         and a Jury

12
     APPEARANCES:
13
     For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                             United States Attorney
                               BY:  MR. BARRY JONAS
15                                  MS. MELODY WELLS
                               Assistant United States Attorneys
16                             219 South Dearborn Street, Fifth Floor
                               Chicago, Illinois  60604
17                             (312) 353-5300

18
                               MS. ALEXANDRA HUGHES
19                             Trial Attorney, Department of Justice
                               National Security Division
20                             950 Pennsylvania Avenue, NW
                               Washington, D.C.  20530
21

22

23   Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                               219 South Dearborn Street, Room 1706
24                             Chicago, Illinois 60604
                               (312) 435-7626
25                             nancy_bistany@ilnd.uscourts.gov
```

1  APPEARANCES:  (Continued)

2

3  For the Defendant:          GREENBERG TRIAL LAWYERS
                               BY:  MR. STEVEN GREENBERG
                               53 West Jackson Boulevard, Suite 1260
4                              Chicago, Illinois  60604
                               (312) 879-9500
5

6                              LAW OFFICE OF JOSHUA G. HERMAN
                               BY:  MR. JOSHUA G. HERMAN
7                              53 West Jackson Boulevard, Suite 404
                               Chicago, Illinois  60604
8                              (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          I N D E X

2

3    OPENING STATEMENT                              14
     ON BEHALF OF THE GOVERNMENT by MS. HUGHES
4
     OPENING STATEMENT                              20
5    ON BEHALF OF DEFENDANT by MR. GREENBERG

6

7

8
     WITNESS                                     PAGE
9
     MUHAMMAD HAZEEM
10
          DIRECT EXAMINATION BY MS. HUGHES         27
11
          CROSS-EXAMINATION BY MR. HERMAN          69
12
          REDIRECT EXAMINATION BY MS. HUGHES      118
13
          RECROSS-EXAMINATION BY MR. HERMAN       128
14

15
     JACK RODGERS
16
          DIRECT EXAMINATION BY MR. JONAS         130
17

18

19

20

21

22

23

24

25

1        (Jury in.  Proceedings heard in open court:)

2              THE CLERK:  19 CR 869, USA versus Thomas Osadzinski.

3              THE COURT:  Good morning, everybody.  As you can see,

4   we have some technical help here for the monitors that are in

5   the jury box, but I think we could actually begin the

6   evidence -- the witness testimony, because the people in the

7   jury box can see the witness just like they used to see the

8   witness.

9              The other folks, we're going to be broadcasting the

10  witness on the big screen, so they'll be able to see them on

11  the big screens.

12             MR. JONAS:  Your Honor, the only issue is when we

13  present evidence on the screen, we want to make sure the jurors

14  can see that.

15             THE COURT:  Well, right now let's start.  Let's just

16  wait until our tech people finish.

17        (Discussion off the record.)

18             THE COURT:  All right, folks.  We're going to plow

19  ahead here without our perfect technology totally in place.

20  But I want to give you some preliminary instructions to guide

21  you in your participation in this trial.

22             So, first of all -- and you've heard some of this

23  before, but I'm going to -- it's worth repeating.  It will be

24  your duty as jurors to find from the evidence what the facts

25  are.  You and you alone are the judges of the facts, and then

1    you'll have to apply those facts to the law as I give it to you

2    during the trial, now, and at the end of the trial.  And you

3    have to follow that law whether or not you agree with it.  We

4    are all -- we are a nation of laws, and all of us, including

5    the Court, have to follow the law.

6          Now, nothing that I might say or do during the course

7    of the trial is intended to indicate or should be taken by you

8    as indicating what your verdict should be.  That's your job.

9          Now, I'm going to talk about evidence just for a

10   moment.  The evidence from which you will find the facts

11   consists of the testimony of the witnesses, any documents or

12   other things received into the record as exhibits, and any

13   facts that the lawyers agree or stipulate to or any facts that

14   I instruct you to find should there be such things.

15         Now, certain things are not evidence, and they must

16   not be considered by you.  So, first of all, I'm going to list

17   these.  Statements, arguments, and questions by lawyers are not

18   evidence.  It's the answers to the questions that are the

19   evidence.

20         Objections to questions are not evidence and have to

21   be disregarded.  Lawyers have an obligation to object to a

22   question if they think it's improper or violates the rules of

23   evidence or for some other reason, and their objections help me

24   make a determination as to whether to receive evidence into the

25   record.

1    Don't hold the objections against the lawyers.  Don't
2    even consider that.  If I sustain an objection, just disregard
3    the question.  Don't try to guess what the answer would be.  If
4    I overrule the objection, treat the answer to the question just
5    the way you would treat the answer to any question regardless
6    of whether an objection was made.

7    Sometimes I might ask you to consider a particular
8    answer for a particular purpose, and you must follow that
9    instruction and consider that evidence only for that purpose.

10   Any evidence or testimony that I have excluded and
11   told you to disregard -- sometimes a witness will answer over a
12   question before an objection is made or even while an objection
13   is being made.  If I sustain that objection or tell you to
14   disregard that answer, just disregard it like it never
15   happened.

16   Sometimes the jury will be excused from the courtroom
17   while we discuss evidence and other matters that might come up
18   during the trial.  Sometimes we go to sidebar.  We used to all
19   huddle over there, and we may -- we may still be able to do
20   that.  But don't try to guess what we're talking about or
21   anything else.  Just this is the way we have to sometimes
22   discuss matters.  We may even go into my chambers to do that
23   across the hall to discuss matters.  Don't try to guess what's
24   happening there or anything else.

25   Some things must be heard outside the jury's

1   presence.  That's because those things are not evidence that

2   should be considered by you.

3          Now, any delays during the trial, again, might be

4   caused by something that happens in the case or it might be

5   caused by something that happens in another case.  This is a

6   very busy federal court, as I'm sure you know, and I have a

7   number of other matters that I have on my calendar, and

8   sometimes I have to attend to an emergency matter.  So, again,

9   if there's an unexpected delay -- we try to avoid those things,

10  of course -- don't read anything into that.

11         Now, anything you've seen or heard outside the

12  courtroom is not evidence and must be disregarded by you.  You

13  are to decide the case solely on the evidence that is presented

14  here during the trial in the courtroom.

15         Now, there's two kinds of evidence, direct and

16  circumstantial.  You've heard these terms, I'm sure.  Direct

17  evidence is the direct proof of a fact, such as an eyewitness

18  testimony or a document, that sort of thing.  Circumstantial

19  evidence is proof of a fact from which you can infer or

20  conclude that another fact exists.

21         I'll give you further instructions about this at the

22  end of the trial, but I want you to make -- just to know now

23  that you may consider both direct and circumstantial evidence

24  and give it the weight you deserve -- you think it deserves.

25         It will be up to you, the jury, to decide which

1  witnesses to believe, which witnesses not to believe, and how

2  much of any witness's testimony to accept or reject.  That's

3  your job.  I'll give you some other guidance about credibility

4  of witnesses at the end of the case.

5  Now, you know this is a criminal case, and you've

6  heard me say this several times before.  But as I say, it's

7  important enough to mention it more than once.

8  First, the defendant is presumed innocent of the

9  charges, and that presumption stays with the defendant

10  throughout the trial until the jury actually begins to

11  deliberate.

12  The indictment, as I mentioned -- you may hear that

13  word mentioned from time to time -- it's only the accusation.

14  That's all it is.  It's not proof of guilt.  It's not proof of

15  anything.  The defendant starts off with an entirely clean

16  slate.

17  The burden of proof is on the government until the

18  very end of the case, and the defendant has no burden to prove

19  anything, to offer any evidence, or to testify.  The Fifth

20  Amendment gives us all the right not to testify if we choose to

21  do so.  If he chooses not to testify, you are not to consider

22  that at all.  If he chooses to testify, you'll treat his

23  testimony the way you treat anybody's testimony.  That's his

24  decision to make.  He and his lawyers will make that decision

25  at the end of the government's case.

1     And once more, the government must prove guilt beyond

2  a reasonable doubt.  I'll give you some more instructions at

3  the end of the case, but we don't define that term for you, the

4  jury.  That's a term that you will decide has been met or not

5  met at the end of the trial.

6     Now, I just want to repeat a couple things I said

7  yesterday about your conduct as jurors.  Please do not discuss

8  the case or permit anybody to discuss the case with you or in

9  your presence.  Don't even talk about the merits of the case

10  among yourselves.  In other words, we don't want you to start

11  deliberating early.  We want you only to deliberate at the very

12  end of the case after all the evidence is in.  That's when you

13  start to collaborate as a jury and deliberate your verdict.

14     Of course, you can tell people, as I mentioned

15  before, that you are on a jury here in the federal building,

16  but don't tell them anything about the case.  Don't mention the

17  name of the defendant or the lawyers or anything else.  We've

18  actually had some incidents in the past -- I've been doing this

19  a long time -- where somebody mentions that "Well, Mr. So and

20  So did a great job today" or "did a lousy job today," and

21  somebody will say, "Oh, I know him" or "I know his father or

22  mother or neighbor," or whatever.

23     So we don't even want you to tell people who the

24  lawyers are or who the witnesses are, just because we don't

25  want anybody to have a conversation about the case until the

1    case is completed.

2          And, again, if you see any of the folks that you've

3    come to recognize as participating in the case in the building

4    or on the street or anywhere else, just ignore them, just walk

5    right by them, don't have any conversation with them at all so

6    we don't have to get into any kind of proceeding to see what

7    was talked about.

8          If there is any media, publicity about the case --

9    I'm not suggesting there will be.  We have a very active press

10   corps here in the building, and they pick up interesting cases,

11   and sometimes there will be newspaper articles, TV or radio,

12   media presentations about the case.  If you happen to be

13   watching the local news and something comes up about the case,

14   if that happens -- I'm not saying it will -- but if it does

15   happen, just turn off the TV or leave the room or something

16   else.  We don't want you to hear anything -- anybody else's

17   ideas about the case in any way at all, because, again, you are

18   to decide the case and the facts based solely on the evidence

19   that's presented here in the courtroom.

20         Don't do any research.  Don't go to any locations if

21   there are any such locations discussed.  Don't do any internet

22   research.  It's so easy now.  You pick up your phone, and you

23   ask Siri a question, and you get an answer.  Please don't do

24   that about this case, even about terms that are used in the

25   case or people or places or anything else.

1       While you're sitting on the jury, just keep an open

2   mind about the evidence you're going to hear in the courtroom

3   and don't do any type of independent research of any kind about

4   the case.  Again, this is because you are to decide the facts

5   based only on the evidence that you hear.

6       If you're having any problems with your employer or

7   anybody else about your jury service, just let me know.  You

8   can tell anybody on my staff or my secretary or me directly

9   that you need a letter from me.  I just wrote a letter

10  yesterday for someone who had to change some travel plans.  I'm

11  sorry about that, but I'll do everything I can to make sure

12  that you have -- you suffer no consequences as a result of your

13  service on the jury.  You are serving your country by being

14  here today, and your country is very grateful for that service,

15  and we will do everything we can to make sure it is as

16  pleasant, interesting, and harmless to you as possible.

17      If anybody -- we sometimes are long-winded.  So if we

18  go on a little too long, somebody would like to use the

19  restroom, just raise your hand, let us know, and we will take a

20  break and make sure you're comfortable.

21      This is a time when I used to say there's no smoking

22  anywhere in the building, but I think everybody knows that.

23  And I used to say it's a good time to quit if you were trying.

24      Finally, don't form any opinion about the case itself

25  and your verdict until all the evidence is in.  Keep that open

1    mind I mentioned a moment ago until you start your
2    deliberations.  That's when you start deciding the case based
3    on all the evidence.
4              Now, have we passed out notepads?
5              THE CLERK:  Yes.
6              THE COURT:  Okay.  You all have notepads.  Put your
7    name on the front of the notepad, please.  These are for
8    your -- this is for the benefit of each juror to take notes.
9    Some people can't really listen without taking notes.  I'm one
10   of them.
11             You don't have to take notes.  If the person next to
12   you and near you is taking notes, it doesn't mean you have to.
13   But this is an aid to your memory, each of you.  We do not look
14   at your notes.  They are not evidence, obviously, but they
15   might help you remember what a witness said or what a
16   particular exhibit said or whatever you want to put into the
17   notepad.
18             At the end of the trial -- and leave them in the jury
19   room when you leave during a break or at the end of the day,
20   and then you can pick them up at the next time you come into
21   the courtroom.
22             At the end of the trial, my assistant will go into
23   the jury room, rip off all the pages that have any kind of
24   writing on them at all, and put them into the shredder.  We do
25   not keep them.  We don't look at them at all.  They are for

1    each of your aid -- each of you to aid your memory of what

2    happens here at the trial, because we cannot give you a

3    transcript of the testimony.  So keep that in mind, too.

4          So when you deliberate, in other words, you won't

5    have a transcript to read.  You'll have to use your memory and

6    any notes you might have taken.

7          Okay.  Finally, we're going to begin the trial.  The

8    government's going to make an opening statement, and then the

9    defendant will make an opening statement through counsel.  And

10   the purpose of the opening statement is merely -- not just

11   merely -- but it's to tell you what the parties think the

12   evidence will show in the case.  It's not argument.  It's not

13   meant to be persuasive.  It's what they think the evidence is

14   going to show for their respective clients in the case.  And

15   then -- it's sort of the roadmap, if you will, of the case.

16         Then you're going to hear the evidence in the case.

17   Witnesses will take the stand.  They'll be examined on direct

18   and cross-examination.  And then after all of the evidence is

19   in, there will be exhibits as well, and then there will be

20   closing arguments.  And then I will instruct you on the law,

21   and you will begin your deliberations.

22         Now, you will also -- we're going to break in around

23   an hour because of COVID.  Unfortunately, we have to -- we have

24   to test everybody several times a week.  That includes

25   everybody.

1      (Discussion off the record.)

2          THE COURT:  You may notice that the only people in

3   this room are the folks who are in the trial -- who are

4   participating in the trial and the jury.  We don't have any --

5   because of the spacing, the social distancing, we don't have

6   any room for any spectators.  So if anybody is wondering why

7   there's not anybody else in the courtroom, that's why.  We only

8   have room -- it's a big courtroom, but it's not that big.  We

9   only have room for you folks and the folks who are

10  participating in the trial.

11         Okay.  Now I will recognize the government for

12  opening statement.  Ms. Hughes.

13         OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

14         MS. HUGHES:  Good morning.

15         "I do jihad in media."  Those were the defendant's

16  words.  Now, you're going to learn what jihad means.  It means

17  struggle or battle.  I do battle for ISIS in media.  That's

18  what the defendant meant.  And those are the words that are at

19  the center, at the core of the government's case and the core

20  of the conduct you'll be asked to consider over the course of

21  this trial.

22         Now, you're going to learn what the defendant

23  actually meant by "I do battle in media."  You're going to

24  learn that the defendant applied a computer process, that he

25  applied this process to organize, copy, save, and ultimately,

1    in his own words, spread everywhere ISIS propaganda.

2                 Now, for this service, the government has charged the

3    defendant, Thomas Osadzinski, with attempt to provide material

4    support to a terrorist organization, ISIS, otherwise known as

5    the Islamic State of Iraq and al-Sham.

6                 Now, the government bears the burden of proof in this

7    case.  We bear that burden beyond a reasonable doubt.  And what

8    I'm going to do this morning is I'm going to spend some time

9    explaining to you how we are going to meet that burden.

10                First, you're going to learn some things about ISIS.

11   You're going to learn that it's a terrorist organization that

12   is based in the Middle East, that promotes violence against

13   individuals it sees as its enemies.  And you're going to learn

14   that while it's based in the Middle East, it, in fact, has

15   supporters around the world and that an important part of its

16   supporter base is spreading media, that this propaganda plays a

17   critical role in how it recruits individuals and sends out its

18   message.

19                You're going to learn that as a result ISIS spends a

20   lot of time, a lot of money, and a lot of personnel in making

21   this media.  You will also learn that social media

22   organizations have taken and continue to take steps to remove

23   this media, that they closed groups.  They delete this content,

24   and that creates a problem.

25                And this is the problem that the defendant tried to

1    solve when he created and applied this process that again

2    preserves, copies, and disseminates ultimately ISIS propaganda.

3         Now, I want to talk a little bit specifically about

4    the evidence you will hear over the government's case.

5         You're going to hear from four FBI employees and one

6    FBI source.  Now, all five of these individuals operated

7    undercover, and they presented themselves, they portrayed

8    themselves as supporters of ISIS or as members of pro-ISIS

9    media organizations.

10        First, in June of 2018 the defendant was in a chat

11   room.  You will learn this chat room was on Telegram, a social

12   media application, and this chat room was called "Weapons."

13   The defendant posted a document in this chat room and asked if

14   anyone had any information about the document.  Now, the

15   document was an ISIS document.

16        What the defendant didn't know was that also in this

17   chat room was an undercover FBI employee.  This FBI employee

18   responded to the defendant, and they engaged in communication.

19   You will learn that the defendant and this employee only talked

20   for two days.  But over these two days, the defendant told this

21   undercover FBI employee, one, that he goes to a top school for

22   computers, that he hoped to become very, very skilled; and two,

23   that he wanted to use those skills to support ISIS.  He also

24   tells this employee that he has to lie low, that the FBI is on

25   to him, and he needs to lie low for some time.

1           Then several months later after the defendant says,

2   "I have to lie low," the defendant reemerges.  He engages with

3   two pro-ISIS media organizations.  First, the defendant reaches

4   out to a pro-ISIS media organization that you will learn is

5   known for sharing and disseminating explosive material online.

6   He reaches out to this organization and responds -- someone who

7   appears to be a member of that organization responds.  You will

8   learn that this person is, in fact, an FBI undercover employee.

9           Now, this defendant and this FBI employee again

10  engage in conversations.  And this follows a very similar

11  pattern.  The defendant tells the FBI employee, one, that he's

12  very good at computers; and, two, that he wants to use those

13  skills to support ISIS.

14          But this time the defendant goes further.  He

15  outlines some of the ways he wants to help ISIS.  He talks

16  about creating his own propaganda material.  He talks about

17  translations.  He also talks about the specific ways he wants

18  to use his computer knowledge to help ISIS.

19          Now, you're going to learn that some of these ideas

20  didn't work, but one does.  And in the summer of 2019, he

21  shares with this FBI employee something he calls his own

22  computer script.  Those are his words, his own computer script.

23  And you'll learn what a computer script is.  That is

24  essentially a list of commands given to a computer program.

25          He also shares with this employee a document, a

1    manifesto, if you will, titled "Heralds of the Internet."

2              And what this document does is it outlines why the

3    defendant is doing this, that it's to support ISIS, that it's

4    to preserve this media.

5              Another key part of the defendant's plan, you will

6    learn, is to teach others.  This document, this Heralds of the

7    Internet, is also a manual.  It includes screenshots.  It

8    includes a step-by-step analysis of what he's doing.

9              He also tells this FBI employee:  "I want to teach

10   you how to use this."  The FBI employee then engages in these

11   conversations, and you will hear some of this testimony.

12             Then the defendant reaches out to a second pro-ISIS

13   media organization.  And this organization, you will learn, is

14   known for distributing, producing English language ISIS media

15   online.

16             And when he reaches out to this pro-ISIS media

17   organization, again, an undercover FBI employee responds to

18   him.  They engage in a conversation, and the defendant once

19   again shares a script, shares this process.  But this time he

20   spends hours trying to explain to him how to use it.  He goes

21   through lengths, great lengths that you will see in trying to

22   teach this person how to use it.

23             This FBI employee will also tell you that the

24   defendant shared with him, with the FBI employee, the media

25   propaganda that the defendant had saved using this process.

1     And he will tell that you it is thousands upon thousands of

2     media products, that it is a map that would take an exponential

3     amount of time to download manually but that his process saves

4     time.  It automates what you'd have to sit there and click

5     through one by one to do.

6              Now, you'll also learn that the defendant engaged

7     with two additional individuals.  He engaged with another

8     undercover FBI employee, and he reached out to this employee

9     thinking that this individual was involved in the translation

10    of explosives instructions.  And, again, these conversations

11    followed a similar pattern.  The defendant tells him he's good

12    at computers and that he wants to use those skills to help

13    ISIS.

14             And finally, you will hear from an FBI source.  Now,

15    this FBI source will tell you that the defendant, like with the

16    others, shared with him two versions of this computer script.

17    But he will also tell you that the defendant explained why he

18    was doing this, that he viewed what he was doing as the highest

19    form of jihad and that he believed very few people could be

20    doing what he was doing for ISIS.

21             Now, I'm going to spend some time talking about the

22    very specific testimony you'll hear over the coming weeks.

23             You will hear from these five individuals.  You will

24    hear from these four FBI employees and this one FBI source.

25    You're going to see their communications with the defendant,

Opening - defendant                                    20

 1   and in some cases you're going to hear the defendant's voice.

 2           You're also going to hear from a computer expert.

 3   Now, this individual, this government witness, is going to

 4   explain to you some of the concepts that you will hear

 5   referenced throughout the trial.  And he will also explain to

 6   you that at the bottom line, the defendant's process worked,

 7   that it did what it was supposed to do.

 8           Now, at the conclusion of the trial, the government

 9   will come back, and we'll ask you to consider all this

10   evidence, the evidence of the defendant's intent and the steps

11   he took to support ISIS through this service.  And we will ask

12   that you find the defendant guilty of attempt to provide

13   material support.  Thank you.

14           THE COURT:  Thank you, Ms. Hughes.

15           Mr. Greenberg.

16           MR. GREENBERG:  Thank you, Judge.

17           Is it okay if I close this computer up?  Excuse me.

18   Government, is it okay if I close this?

19           MS. HUGHES:  Yes, please do.

20           MR. GREENBERG:  Thank you.

21             OPENING STATEMENT ON BEHALF OF DEFENDANT

22           MR. GREENBERG:  Okay.  Good morning.  Let me

23   reintroduce myself.  I am Steve Greenberg, and I'm one of the

24   attorneys for Tom.

25           Tom, why don't you stand up again.

1          THE DEFENDANT:  Good morning.

2          MR. GREENBERG:  And we're assisted here by Ben.  And

3   forgive me.  Ben works with Josh, and I can't remember his last

4   name, but Ben is -- wants to go to law school.  He's graduated

5   college.  Josh Herman is one of the lawyers that's helping out.

6   And then Josie, who has graduated from law school, and if you

7   see her looking exceptionally happy one day, it's because she

8   got her bar results while the trial is going on.

9          We're all here because we believe that what Tom was

10  doing was not only lawful but important.  And I want you to

11  think about that for a minute.

12         He's charged, as the government just told you, with

13  providing material support to ISIS.  It's a very fine line

14  they're going to ask you to look at at the end of this case.

15  Because as the Judge has told you for two days in a row now, we

16  have a system in this country -- and I don't normally talk in

17  an opening statement about our legal system, but it's important

18  here.  We have a system of laws and constitutional rights, and

19  an individual has a First Amendment right -- I don't want us to

20  just forget that term -- they have a First Amendment right to

21  advocate on behalf of anyone they want to no matter how much we

22  may dislike what they are doing.

23         I think we can all agree -- except, perhaps, for

24  Tommy, we can all agree that ISIS is a bad organization.  They

25  are doing bad things.  And we're not asking you to support ISIS

1    or to find that you like ISIS or to find that you like what

2    they did.

3            He is entitled as a citizen to independently advocate

4    on behalf of anyone he wants to advocate on behalf of, and

5    that's very important.

6            So to prove him guilty -- and the government didn't

7    tell you this -- they have to establish that what he did was in

8    coordination with or at the direction of ISIS.  Let me restate

9    that again.  They have to prove that what he did was in

10   coordination with or at the direction of ISIS.

11           MS. HUGHES:  Your Honor, we are going to have to

12   object to that.

13           THE COURT:  I'm going to overrule the objection, but

14   try to not the cross the line in argument.

15           MR. GREENBERG:  Okay.  Thank you, Judge.

16           You are going to hear from all of these people, and

17   none of them are ever going to tell you that they told Tommy

18   that they were ISIS members, working on behalf of ISIS, that he

19   needed to do something for ISIS.

20           They said just now, "I do battle for ISIS in media."

21   You are not going to hear that phrase during this trial.  He

22   never said that.

23           He said, "I do battle in media.  I do jihad in

24   media," which he can do.  The word "ISIS, I do it for ISIS,"

25   you're not going to hear that.  The evidence is not going to

1    show you that.

2          What it's going to show you is that this is a young

3    kid.  He had just graduated from high school, and he was having

4    some personal issues, girlfriends, friends, stuff like that,

5    and he found solace in converting to -- to become a Muslim.

6    And that's what he did at college; he converted.

7          So he started to follow Muslim practices.  He would

8    go to the temple -- I'm using the wrong word -- the mosque, the

9    mosque, and he would pray and so forth.

10         And these government employees that you are going to

11   hear from, including you're going to hear that there was a

12   confidential source that they implanted that befriended Tommy.

13   They would go to the mosque together.  They would go out to eat

14   together.  They would play hours and hours of video games

15   together.  That person over time has made hundreds and hundreds

16   and hundreds of thousands of dollars and after Tommy got

17   charged in this case got paid a bonus for his good work.

18         You're going to hear there were a couple of people

19   who received these huge amounts of money and took advantage of

20   this young man who was trying to find his way in life.

21         He says, "I go to a top computer school.  I'm an

22   expert at computers."  He fails his computer classes or he gets

23   a D in computer class.  He does terrible in the classes.

24         He's no different than the person who gets on their

25   dating profile and says, "I'm 6 foot 3, and I have abs of

1    steel" when they're built like me.  You know, it's the same

2    thing.  He's puffing.  He's puffing.  And as he puffs, you're

3    going to hear when we cross-examine these people, they're,

4    like, "He's saying stuff, but it's not enough.  We have to push

5    him.  We have to get him over the line."

6          That's going to be the evidence.  They call him --

7    they have these online chats, these FBI agents and the

8    informant, where they're talking about it in the -- in the FBI

9    somewhere in some chat room that they have.  They refer to

10   Tommy as a fanboy of ISIS, a fanboy of ISIS, somebody who likes

11   them.  But he's just an outsider looking in.

12         The videos he assembles, yes, he wrote some -- you'll

13   hear it called a script.  You'll hear it called a bot.  He

14   writes this thing.  And what it essentially does is it takes a

15   lot of videos, and it makes it easier to download them all at

16   once and maybe a little better quality.  I to this day am not

17   even sure it ever worked or it didn't work.

18         But where was he getting the videos from?  He was

19   getting the videos from a lawfully maintained site -- almost

20   all the videos from a lawfully maintained site who -- which was

21   maintained by someone who the government is going to call as an

22   expert witness.  So it's okay for him to have it, but it's not

23   okay, they're telling you, for Tommy.

24         He is designing his own sharing process for this

25   media, which is, again, perfectly permissible.

1          At the end of this case -- well, let me, before I get

2    to the end of the case.

3          During the case you're going to hear not only from

4    these witnesses, you're going to see videos.  You're going to

5    hear about articles that were written, maybe even a paper that

6    Tommy wrote at one point that's going to be put into evidence.

7    And again, awful videos, bad stuff, bad stuff.

8          And they said social media entities take this stuff

9    down.  Social media entities are private companies.  They can

10   tell me:  Hey, Greenberg, we're shutting down your Instagram.

11   And there's nothing I can do.  They did it to the last

12   president, and there's nothing you can do.  They have that

13   right to do that.  But that does not mean that an individual

14   citizen doesn't have a right on his own to post stuff.

15         So we're going to see all of this stuff.  And it's

16   going to be disgusting, and it's going to be distasteful, and

17   we're going to disagree, I'm sure.  We all agree, the

18   government, the defense attorneys, and so forth, and all of

19   you, the Judge, all of us are going to agree we don't like the

20   stuff that Tommy put out there.  But he was independently

21   advocating, and he has an absolute right to do that.

22         And at the end of the case, as difficult as it may be

23   or as distasteful as it may be, the only verdict is going to be

24   not guilty, because he was not working with or at the direction

25   of ISIS.  Thank you.

 1          THE COURT:  Thank you, Mr. Greenberg.

 2          All right.  I don't know if the monitors are working

 3   yet.  Are the monitors working up on the jury box?

 4          COURT SECURITY OFFICER:  No, Your Honor.

 5          THE COURT:  They're not.  All right.  So -- but the

 6   big monitors are working, correct?

 7          MR. JONAS:  Yes, Your Honor.

 8          THE COURT:  So for the folks who are -- the jurors

 9   who are in the gallery, you'll be able to see the witness on

10   the big monitor.  For the other folks who are -- the three

11   jurors who are in the jury box, you're close enough to the

12   witness box, I think, we don't need the monitors.

13          JUROR SRINIVASAN:  That one works.

14          THE CLERK:  The monitor on the right side of the jury

15   box --

16          THE COURT:  Okay.  We have one monitor working.  So

17   if you could all see that -- can you all see that?

18          JUROR GREEN:  The right side, they're working.

19          THE COURT:  Okay.  All right.  So if you need any

20   exhibits, then they'll be able to see it on that monitor.

21          MR. JONAS:  That's fine, Judge.  As long as they can

22   see the exhibits.  Thank you.

23          THE COURT:  Okay.  Sorry about that, but we'll get it

24   fixed hopefully before the afternoon.

25          Before I ask the government to present its first

1    witness, we are going to break at 10:30 so you guys can be

2    tested for COVID.  I hate to do that this early in the case,

3    but we're going to have to do that from time to time.  And,

4    again, we break at 3:30 today.

5            MS. HUGHES:  Thank you, Your Honor.  The government

6    now calls Muhammad Hazeem, also known as OCE 1.

7            (Witness entered courtroom.)

8            THE COURT:  Please raise your right hand.  Do you

9    solemnly swear or affirm that the testimony you're about to

10   give in this cause will be the truth, the whole truth, and

11   nothing but the truth?

12           THE WITNESS:  I do.

13           (Witness duly sworn.)

14           THE COURT:  You may take your mask off while you're

15   testifying.

16           MUHAMMAD HAZEEM, GOVERNMENT'S WITNESS, SWORN

17                       DIRECT EXAMINATION

18   BY MS. HUGHES:

19   **Q.**  Good morning.

20   **A.**  Good morning.

21   **Q.**  Could you please state and spell your name.

22   **A.**  My name is Mahmmad, M-a-h-m-m-a-d [sic]; Hazeem,

23   H-a-z-e-e-m.

24   **Q.**  And is that your real name?

25   **A.**  No, it's not.

1  **Q.** But is that the name you'll be using for today's testimony?

2  **A.** Correct.

3  **Q.** What is your current employment?

4  **A.** My current employment is, I'm a language analyst with the

5  FBI and an OCE and online covert employee.

6  **Q.** What is a language analyst for the FBI?

7  **A.** A language analyst provides simultaneous and interpretation

8  and translations for the FBI.

9  **Q.** And you said OCE.  Is that also online covert employee?

10  **A.** Yes, it is.

11  **Q.** And what kinds of duties do you have as an online covert

12  employee?

13  **A.** As an OCE my job is to scour social media and to find

14  people who are planning or discussing acts of terrorism against

15  the United States.

16  **Q.** And how long have you been a language analyst with the FBI?

17  **A.** Since 2006.

18  **Q.** How long have you been an OCE with the FBI?

19  **A.** For 10 years now.

20  **Q.** What languages do you speak, Agent Muhammad?

21  **A.** I speak English and Arabic.

22  **Q.** And as a -- going back to your responsibilities as an OCE,

23  how do you go about investigating these kinds of activities

24  online?

25  **A.** By asking questions, by probing, by trying to figure out

1    what they're trying to -- what the persons are trying to do or

2    not to do.

3    **Q.**  Where do you engage in these kinds of questions?

4    **A.**  Either in private or in public on social media platforms.

5    **Q.**  Are there any particular social media platforms you engage

6    in?

7    **A.**  I mainly engage in Telegram and sometimes other platforms,

8    like Wickr.

9    **Q.**  Are there any particular groups that you have investigated

10   as an OCE?

11   **A.**  I investigate ISIS-inspired groups.

12   **Q.**  When you were in -- in these online applications, who do

13   you purport to be, generally?

14   **A.**  I purport to be a sympathizer, somebody who is a supporter

15   of the Islamic State.

16   **Q.**  Agent Muhammad, before you there's a folder that's been

17   marked as Government's Exhibit 100-1.  Are you familiar -- if

18   you wouldn't mind opening it and looking at the document.

19              Are you familiar with this document?

20   **A.**  Yes, I am.

21   **Q.**  How do you know that this is a document you are familiar

22   with?

23   **A.**  Because those are screenshots that I have taken.

24   **Q.**  And have you had a chance to previously look over this

25   document?

1    **A.** Yes, I have.

2    **Q.** Were you asked to initial this document?

3    **A.** Correct.

4    **Q.** And is this a fair and accurate representation of your

5    communications with the defendant in this case?

6    **A.** Yes, it is.

7    **Q.** Have you also had a chance to review the electronic copy of

8    this document?

9    **A.** Yes, I have.

10   **Q.** And for purposes of this investigation, were you referred

11   to as OCE 1?

12   **A.** Yes.

13          MS. HUGHES:  At this time the government moves to

14   admit 100-1.

15          MR. HERMAN:  No objection.

16      (Said exhibit admitted in evidence.)

17          MS. HUGHES:  And, Your Honor, I believe we have a

18   stipulation at this time as well.

19          Government Exhibit 100-1 is a true and accurate copy

20   of the written communications, including attachments between

21   the defendant and the undercover FBI employee identified as

22   OCE 1, a/k/a Muhammad Hazeem.

23          Permission to publish?

24          THE COURT:  Yes.

25          MS. HUGHES:  Can we just confirm everyone can see?

1        THE COURT:  I can't.  I can see.  It's hard to read

2   because it's so small.

3        MR. GREENBERG:  Very small.

4   BY MS. HUGHES:

5   **Q.**  What is this -- what is this a -- first of all, how did you

6   capture this image?

7   **A.**  I captured it by clicking on print screen on my computer

8   and pasting it on a Word document.

9   **Q.**  And when you captured this, do you do this in real time?

10  **A.**  Yes.

11  **Q.**  What is this a picture of?

12  **A.**  This is a picture of a Telegram group called "Weapons" and

13  a screenshot of an individual by the name of K-Star posting a

14  recipe of TATP.

15  **Q.**  And is the name of the group are you referring to at the

16  top of the page?

17  **A.**  Correct.

18  **Q.**  Again, what is Telegram?

19  **A.**  Telegram is a platform where people communicate with each

20  other and post news in either groups or channels or in private.

21  **Q.**  Were you in this group at the time of this posting?

22  **A.**  No, I was not.

23  **Q.**  How were you able to see this if you weren't in this group?

24  **A.**  Depending on the group settings when it was established,

25  the administrator or the group owner has the ability of making

1    the previous posts visible to new incomers or not.

2            At this time they were visible to new people joining

3    the group.

4    **Q.** And could you just explain a bit, what is a Telegram group?

5    **A.** A Telegram group, as opposed to a channel, a channel is

6    when somebody joins it, people don't know each other in that

7    channel.  The members do not know each other.  The back-end

8    administrator knows who is in the channel, and they post news,

9    ads, videos.

10           As a group, I am able to see who the members are and

11   who the administrators are.  And I can post.  I can interact

12   with other members and with other posts.

13   **Q.** And, Agent Muhammad, did you create this group?

14   **A.** I did not.

15   **Q.** Zooming in on the post you referred to K-Star, what is this

16   K-Star?  Is this a user?

17   **A.** That's a member of the group, yes.  That's the display

18   name.

19   **Q.** And what, in general terms, did K-Star post?

20   **A.** He posted a recipe for TATP as it's shown on the bottom

21   half of that post.

22   **Q.** Now, Agent Muhammad, are you familiar with explosives?  Do

23   you have any explosives experience -- expertise?

24   **A.** I have no experience in explosives, no.

25   **Q.** Do you know in general what TATP refers to?

1  **A.** It's a mixture of a number of material -- chemicals to

2  produce an explosive.

3  **Q.** Focusing in on the black box -- and for the record, I'm

4  zooming in on the white box inside the black box -- is this a

5  symbol you are familiar with?

6  **A.** I am familiar with this symbol.

7  **Q.** What is this symbol?

8  **A.** It is a symbol used by -- at the time by ISIS supporters

9  and members.

10  **Q.** Moving to page 3 of Government's Exhibit 100-1, Agent

11  Muhammad, what is this a screenshot of?

12  **A.** This screenshot is a -- the user -- the user information

13  for display name K-Star, and his user name is @kahxy8s7.

14  **Q.** Is this the same individual who posted that previous

15  document?

16  **A.** Correct.

17  **Q.** Moving to Government's Exhibit 100-1, page 4, now, Agent

18  Muhammad, what is the dates of these postings?

19  **A.** The date is June 6th, 2018.

20  **Q.** And how do you know that?

21  **A.** It's right there in the center of the screen.

22  **Q.** Who joins this chat group at approximately 7:31 a.m.?

23  **A.** Omar -- Elhajji Omar.

24  **Q.** Who is Elhajji Omar?

25  **A.** Elhajji Omar is my persona that I used at that time.

1   **Q.** Does K-Star post anything else on this page?

2   **A.** K-Star replies to his own previous post asking:  "Anyone

3   have a video for this guide?"

4   **Q.** And on this image, Agent Muhammad, how many members are in

5   this Weapons chat group?

6   **A.** It says 86 members, and 6 of them were online at the time.

7   **Q.** Moving to page 5, Agent Muhammad, could you please read

8   what the user Marwan S wrote at 7:32?

9   **A.** Marwan S wrote:  "May Allah avenge the" death -- "the

10  deaths of our brothers and sisters and spare not one last

11  kuffar."

12  **Q.** Is he responding to anyone?

13  **A.** He is responding to that post initially done by KS for the

14  TATP recipe.

15  **Q.** What does kuffar mean?

16  **A.** The infidels.

17  **Q.** And does K-Star respond to Marwan S?

18  **A.** He replies by "inshaAllah."

19  **Q.** What does inshallah mean?

20  **A.** God willing.

21  **Q.** Is that a form of agreement?

22  **A.** Correct.

23  **Q.** Moving to page 6, Agent Muhammad, could you please read

24  what Marwan S posts at 7:35 a.m.?

25  **A.** Marwan says, "I heard it can be hard to handle, but

1    Alhamdulillah it is extremely effective."

2    **Q.**  And does K-Star reply?

3    **A.**  "Yes, be very careful and watch the video first."

4    **Q.**  And what does K-Star write at 7:37 a.m.?

5    **A.**  "And be careful getting supplies.  They are watched

6    heavily."

7    **Q.**  Moving to page 8 -- and just on this page, on page 8, Agent

8    Muhammad, could you please read what K-Star writes at

9    7:41 a.m.?

10   **A.**  "And try to work alone unless you trust a brother very

11   much.  The spies are common.  Three brothers from my city in

12   dar al kufr were set up."

13   **Q.**  What do you understand "dar al kufr" to mean?

14   **A.**  Dar al-Kufr is a reference to -- dar is house, house of the

15   infidels, house of sin.

16   **Q.**  So when he says "three brothers" -- "three brothers from my

17   city in dar al kufr," what do you interpret that to mean?

18   **A.**  I interpret that three brothers from his town were set up.

19   **Q.**  At 7:45, could you please read what K-Star writes?

20   **A.**  "Yes, there was a much better detailed video guide in

21   Arabic plus English translation."

22   **Q.**  And again, Agent Muhammad, is it your understanding that

23   K-Star was the account used by the defendant?

24   **A.**  Correct.

25   **Q.**  Moving to page 9, Agent Muhammad, could you please read

1    what Marwan S writes at 7:48?

2    **A.**   Marwan says, "Was it an official release from Dawlah?  With

3    English subtitles, or did you mean a different one?"

4    **Q.**   What do you understand "Dawlah" to mean?

5    **A.**   Dawlah is a short for Dawlah Islamiya, the Islamic State.

6    **Q.**   And what does K-Star respond?

7    **A.**   "Yes, Dawlah, with English subtitles."

8    **Q.**   What does he mean then when he says it's a release by

9    Dawlah?

10                   MR. HERMAN:  Objection.

11   BY MS. HUGHES:

12   **Q.**   What do you interpret him to mean when he says, this is a

13   release by Dawlah?

14   **A.**   It means that was released by the Islamic State as an

15   official video.

16   **Q.**   Moving to page 12, have you had a chance to review the

17   following pages, Agent Muhammad?

18   **A.**   I have.

19   **Q.**   Without going into the detail about the substance of what's

20   posted, what -- what do you see is posted in these pages?

21   **A.**   I see explosives tutorials and videos on how to make

22   explosives.

23   **Q.**   And, again, are these posted by K-Star?

24   **A.**   Those were -- were not posted by K-Star.

25   **Q.**   They're posted by other --

1    **A.**  Other members of the group.

2    **Q.**  And the government is scrolling through pages 12 through 17

3    of Government's Exhibit 100-1.

4              Moving to page 19, Agent Muhammad, what is this a

5    screenshot of?

6    **A.**  This screenshot is of my direct and private communication

7    with K-Star.

8    **Q.**  What -- what date was this communication on?

9    **A.**  Wednesday, June 6, 2018.

10   **Q.**  How do you directly communicate with someone on Telegram?

11   **A.**  If you go back to page 3, you will see the user

12   information.  There's a button there that says "click here to

13   send message" right in the center of the page.

14   **Q.**  Showing Government's Exhibit 100-1, page 3 --

15   **A.**  And if you click that, it will directly -- it will allow

16   you to direct message that person directly, privately.

17   **Q.**  Agent Muhammad, you can actually touch the screen in front

18   of you.  Will you just circle where it says "Send message"?

19   **A.**  Right there.

20   **Q.**  And so is this how you communicated with the defendant

21   directly?

22   **A.**  Correct.

23   **Q.**  Returning to government's page 19, what do you write the

24   defendant on June 6th when you engage in this private chat?

25   **A.**  I write to him:  "Salamu Alaykum wa rahmatullah wa

1    barakatuh.  How are you akhi?"

2    **Q.**  What does that mean?

3    **A.**  It's a greet -- it's Islamic greeting.  It God's peace and

4    mercy be upon you.  How are you, my brother?

5    **Q.**  And just to orientate the jury, who are you in this

6    screenshot?

7    **A.**  I am on the right-hand side with the green background.

8    **Q.**  And who is the defendant?

9    **A.**  On the left side with the white background.

10   **Q.**  Can you please read what K-Star responds with at 8:21?

11   **A.**  "Alhamdulillah MashAllah, may Allah make" you -- "make your

12   fast easy for you."

13   **Q.**  What do you interpret him saying "your fast easy" to mean?

14   **A.**  At that time around June 6th, at that time it was the time

15   of Ramadan, an Islamic feast holiday.  And usually people fast

16   from certain time and only eat at certain times of the day or

17   night.  And supposedly we were fasting at that time.

18   **Q.**  Agent Muhammad, do you see a symbol that the defendant then

19   posts at 8:22 a.m.?

20   **A.**  I do.

21   **Q.**  What do you -- what do you understand this symbol to be?

22   **A.**  The black heart is a sign of affection, welcoming back,

23   too, and the index finger is the sign of Tawheed, the oneness

24   of God.

25   **Q.**  And is this symbol something you have seen before?

1    **A.** I have seen before, yes.

2    **Q.** Is it associated with any particular groups?

3    **A.** It's associated at the time with ISIS-inspired groups and

4    members.

5    **Q.** Agent Muhammad, is it associated with ISIS alone or is it

6    associated with other groups as well?

7    **A.** Mainly ISIS groups.

8    **Q.** On page 20, could you please -- could you please read what

9    you wrote to the defendant at 8:23?

10   **A.** "And many others gave you many other tutorials."

11          Once I posted that TATP for him, I made that comment.

12   **Q.** So are you reposting his post from before in the bigger

13   group?

14   **A.** Yes, I took it from that Weapons group and pasted it in our

15   chat.

16   **Q.** And what does he respond with at 8:24 a.m.?

17   **A.** "Yes alhamdulillah."

18   **Q.** And --

19   **A.** Very --

20   **Q.** Sorry.  Continue, please.

21   **A.** And I say, "Alhamdulillah indeed."

22          He replies:  "Very good information from the chat."

23          And I tell him:  "But be very careful of what you

24   want to do with it."

25   **Q.** And why do you say this to him?  Why do you say, be careful

1  with what you want to do with it?

2  **A.**  Because I didn't want him to do anything foolish and stupid

3  and hurt himself and others.

4  **Q.**  Moving to page 21, what does the defendant write at

5  8:25 a.m.?

6  **A.**  "I will be doing studying.  Yes, I think it will be some

7  time before I try anything."

8          I ask him:  "You mean studying for school?"

9          And he replies:  "For jihad," with those --

10  **Q.**  When -- sorry.  And --

11  **A.**  -- with those three emojis.

12  **Q.**  And when he responds that he's studying for jihad, could

13  you again explain what those emojis mean?

14  **A.**  I'm not sure what the first one is with the -- with the red

15  cheeks, but it's -- and then the heart and then the index

16  finger, the sign of Tawheed.

17  **Q.**  What do you understand "jihad" to mean?

18  **A.**  Jihad is a struggle, fighting for the -- for his cause.

19  **Q.**  And what do you interpret the cause to be in the

20  combination of jihad with the symbol?

21  **A.**  For the Islamic State, fighting for the Islamic State.

22  **Q.**  Moving to page 22, Agent Muhammad, what do you write at

23  8:26 a.m.?

24  **A.**  I tell him:  "Allah Akbar.  Where akhi, Sham?"

25  **Q.**  And what does "Allah Akbar" mean?

1   **A.**  God is great.

2   **Q.**  Why do you say this in response to him saying he's studying

3   for jihad?

4   **A.**  To see what he wants to do with his studies.

5   **Q.**  And what do you ask him at 8:26 a.m.?

6   **A.**  I ask him:  Where akhi, in Sham?

7   **Q.**  And what does he respond?

8   **A.**  He replies:  "Dar al kufr.  The mukhabarat know who I am.

9   Hijrah will be very hard."

10  **Q.**  Taking this one step at a time, what does "dar al kufr"

11  mean?

12  **A.**  "Dar" is house of.  "Kufr" is the infidels and the kuffar.

13  **Q.**  What --

14  **A.**  The muk -- the "mukhabarat" is -- translates as intelligent

15  services, and in this case the FBI.

16          "Hijrah" is the migration from one land to the

17  Islamic land for the purpose of fighting in jihad.

18  **Q.**  So "dar al kufr," what do you interpret that to mean in

19  terms of where in the world?

20  **A.**  At -- in this instance, the United States of America.

21  **Q.**  And what does -- you said "kufr" means infidels.  What does

22  infidels mean?

23  **A.**  Infidels are those who do not abide by Islamic laws and

24  traditions.  Infidels who are -- don't abide by those prins --

25  those Islamic principles.

1  **Q.** When he writes "the mukhabarat know who I am," what does

2  that mean then? You said this is the FBI. What does that mean

3  in context?

4  **A.** It means the FBI know of who he is.

5  **Q.** And, again, could you repeat, what does "hijrah" mean?

6  **A.** Hijrah is migration from non-Islamic land to Islamic land

7  for the purpose of fighting.

8  **Q.** Does it have a particular meaning in the context of ISIS?

9  **A.** It's going from the United States here to the Islamic State

10  and to join the Islamic State to fight, to be a member of the

11  Islamic State.

12  **Q.** Moving to page 23, what do you respond with at 8:26 a.m.?

13  **A.** I ask him: "What do you mean?"

14          He replies: "They visited me, the dogs of taughut.

15  Many spies at the masjid. Alhamdulillah I am quiet and

16  reserved. They have nothing but suspicions."

17  **Q.** What does "the dogs of taughut" mean?

18  **A.** Taughut are tyrants, so he's referring to the dogs of the

19  tyrants, which is the mukhabarat from the previous screenshot.

20  **Q.** Meaning FBI?

21  **A.** FBI.

22          MR. HERMAN: Objection.

23  BY MS. HUGHES:

24  **Q.** What do you interpret then this in context, "they visited

25  me, the dogs of taughut" to mean?

1    **A.**  He's referring to the FBI, the mukhabarat.

2    **Q.**  And "many spies at the masjid," what does that mean?

3    **A.**  Masjid is a mosque.  So he's saying that there are many

4    spies in his -- in the mosque.

5    **Q.**  What do you ask him at 8:28 a.m.?

6    **A.**  I ask him:  "Which dar al kufr akhi.  There is plenty of

7    those all over the world?"

8              And he replies:  "America, the worst one."

9    **Q.**  Moving to page 26, what do you write him at 8:35 a.m.?

10   **A.**  I tell him:  "But akhi you really have to pick and choose

11   your target carefully even in dar al harb so not to harm

12   innocent Muslims especially now that Ramadan is coming to an

13   end soon."

14   **Q.**  What does "even in dar al harb" mean?

15   **A.**  Dar al harb is the house of war, which is a reference to

16   the United States.

17   **Q.**  And why are you saying this to him?

18   **A.**  I am trying to slow him down, trying to see what he's

19   thinking and what he's planning on doing.

20   **Q.**  What does he respond with to this caution?

21   **A.**  He replies:  "Yes.  Always purify the intention.  Best to

22   target the government rafidah."

23   **Q.**  What does "government rafidah" mean?

24   **A.**  Rafidah are the rejectionists.  The ones who reject the

25   rule of -- the succession of the caliph.  So the government --

1   in this case, he's referencing the government of the United

2   States.

3   **Q.**  So when he says, best to target the government

4   rejectionists, what do you interpret that to mean?

5   **A.**  As the government of the United States.

6   **Q.**  What do you write at 8:38 a.m.?

7   **A.**  And I tell him:  "That should be easy."

8   **Q.**  And what does he respond with?

9   **A.**  Citizens can be risky unless they are in a blatant kufr,

10  alcohol bars, LGBT parade/club.

11  **Q.**  What does "blatant kufr" mean?

12  **A.**  Those who commit sins openly in bars -- in alcohol bars, in

13  LGBT parade, and clubs.

14  **Q.**  So what do you interpret him to say "citizens can be risky

15  unless they are" these categories?

16  **A.**  It means citizens are -- are -- could be in the way, could

17  be harmed, too.

18  **Q.**  Moving to page 27, what do you respond with to this

19  statement that citizens can be risky except for these groups at

20  8:39?

21  **A.**  I tell him:  "Mumtaz - excellent.  Seems that you have done

22  your homework and found a suitable target in Sha Allah."

23  You --

24  **Q.**  What does "mumtaz" mean?

25  **A.**  Excellent.

**Q.** What does he respond with at 8:41?

**A.** "Alhamdulillah.  The government rafidah are the worst.
They have spilled the blood of the shuhadah and imprisoned the
brothers.  May Allah punish them for their atrocities against
Islam."

**Q.** What does "the government rafidah" mean?

**A.** It's the same as what we discussed before, the government
agents.

**Q.** And what does "shuhadah" mean?

**A.** It's plural for martyrs.

**Q.** Moving to page 29, what do you write at 8:48 a.m.?

**A.** "But what are you going to do about it?  As I said, you are
in a very unique position.  Many brothers here envy you for
your location.  Do you know how many brothers wish they can be
where you are to do the right thing for our ummah?"

**Q.** What do you say -- when you write "many brothers here envy
you," who are you referring to by the brothers?

**A.** I am referring to them -- those who migrated from the
United States or other countries to the Islamic State.

**Q.** And what do you mean by they would envy the defendant's
position?

**A.** Because he mentioned earlier that he's in America, and not
too many brothers from the Islamic State make it back to
America.

                    MR. HERMAN:  Objection, misstates --

1          THE COURT:  Excuse me?  Can you please stand when you
2    make an objection?
3          MR. HERMAN:  Oh, I'm sorry.  I'm objecting that it's
4    a mischaracterization of the chat.
5          THE COURT:  Well, that's how he interpreted it.  You
6    can cross-examine him on it.
7    BY MS. HUGHES:
8    **Q.**  What do you mean by "ummah"?
9    **A.**  Ummah is the Islamic nation, Islamic world.
10   **Q.**  And so in the context of this statement, do the right thing
11   for ummah, what does that mean?  What did you intend that to
12   mean?
13   **A.**  It means to do the right thing for the Islamic nation.
14   **Q.**  What does the defendant respond with?
15   **A.**  "Yes, I truly wish the brothers" here -- "were here with
16   me.  Oops.  I think I left the weapons chat or it got deleted.
17   Were you in it?"
18   **Q.**  And moving back up, when he says, I wish the brothers were
19   here with me, what do you interpret that to mean?
20   **A.**  I -- he's -- I interpret that the way -- he's saying that
21   he wishes that the brothers who made hijrah from one place to
22   another are in -- are with him.
23   **Q.**  And what is this weapons chat a reference to?
24   **A.**  It's the previous area where we were chatting in public
25   where he posted the TATP recipe.

1  **Q.** In the course of your work, is it common for these kinds of

2  groups to be deleted?

3  **A.** They get deleted all the time.

4  **Q.** Still on page 29, what do you write him at 9:03?

5  **A.** I ask him:  "Do you want me to help you find someone?"

6          And in reply to the deleted group, I say, "Yes

7  deleted."

8  **Q.** Moving to page 31 -- my apologies -- 30, what does the

9  defendant write at 9:04 a.m.?

10 **A.** He says, "Aha, at least I downloaded almost everything."

11 **Q.** And what do you interpret that to be in reference to?

12 **A.** That means he downloaded all the con -- almost all the

13 contents of the Weapons group.

14 **Q.** Moving to page 31, on page 31 what does he write at

15 9:07 a.m.?

16 **A.** He writes:  Many brothers here became set up.

17 **Q.** What do you ask him at 9:07?

18 **A.** "Akhi, you know much about computers and internet

19 security?"

20          He replies:  "Yes alhamdulillah.  I am in the top

21 school for computers trying my best.  In a few years inshaAllah

22 I will be very skilled."

23 **Q.** And, again, what does alhamdulillah mean?

24 **A.** Praise be to God.

25 **Q.** What do you respond with at 9:09?

1    **A.** Well, that's a -- "yes I can help many brothers."

2    **Q.** What do you interpret him to mean by "yes I can help many

3    brothers"?

4    **A.** That means he can help many brothers with his computer

5    skills.

6    **Q.** Moving to page 32, what do you write at 9:11 a.m.?

7    **A.** "Alhamdulillah.  That's a very good start for your security

8    before introducing you to others if it works out."

9    **Q.** What does the defendant respond with at 9:12?

10   **A.** "Yes, makes me very proud.  Alhamdulillah yes.  All of my

11   computer is encrypted, and I use anonymous networks for

12   everything.  If any brothers need help with security tell them

13   to come to me."

14   **Q.** What do you interpret him to mean by saying, if any of the

15   brothers need help with security, tell them to come to me?

16   **A.** He is offering his computer skills and his computer

17   security to others, to other brothers.

18   **Q.** Moving to page 34, what do you write at 9:16 a.m.?

19   **A.** "When you are ready and if you are really serious about

20   meeting like minded brothers in your country, I can start to

21   talk to the diwan here and see if they want to help you."

22   **Q.** What does diwan mean?

23   **A.** Diwan is a bureau.

24   **Q.** What does diwan mean in the context of ISIS?

25   **A.** For ISIS they had different diwans, different bureaus.  One

1    for media, one for internal security, one for external security

2    and other things.

3          So the diwan here is reference to the diwan in ISIS

4    where they would arrange for -- for him to help --

5          MR. HERMAN:  I'm going to object.

6    BY THE WITNESS:

7    A.  -- in his country.

8          MR. HERMAN:  Judge, objection.

9          MS. HUGHES:  No further questions on the topic.

10   We're moving on anyway.

11         THE COURT:  Well, again, it's his interpretation, and

12   that's all it's meant for.

13   BY MS. HUGHES:

14   Q.  At 9:27 a.m., what does the defendant respond with?

15   A.  "Alhamdulillah inshaAllah.  I have much learning to do.

16   InshaAllah in the near future."

17   Q.  And what do you respond with?

18   A.  "I will start looking around for you in Sha Allah."

19   Q.  What do you say -- what do you mean when you write "I will

20   start looking around for you"?

21   A.  I will start to look around to find him some help in his

22   country.

23   Q.  And what do you respond -- what do you write again at

24   9:33 a.m.?

25   A.  "But as I said, many questions to follow.  Just be prepared

1    to answer if you want to connect with like minded brothers."

2    **Q.**  And what does he respond with at 9:33 a.m.?

3    **A.**  "Alhamdulillah.  Everything can be at their pace they're

4    comfortable with.  This business requires big care."

5    **Q.**  What did you interpret him to mean by "This business

6    requires big care"?

7    **A.**  This big business of the TATP recipes and contacting people

8    from the diwan.

9    **Q.**  What do you write at 9:33 a.m.?

10   **A.**  I tell him:  "Not just questions, but change of platform to

11   more secure one."

12              And he replies:  "Yes."

13              I tell him:  "Stand by.  I will get you a link to a

14   more secure mobile platform that we use here."

15   **Q.**  And do you propose a -- moving to a more secure platform?

16   **A.**  I do.

17   **Q.**  What platform do you propose moving to?

18   **A.**  I propose that we move to a platform called "Wickr."

19   **Q.**  What is Wickr?

20   **A.**  Wickr is a very similar platform to Telegram with the

21   impression that it's more secure.

22   **Q.**  Moving to page 35, in general, what are you --

23              THE COURT:  When you finish with this page, we're

24   going to break for the test.

25   BY MS. HUGHES:

1    **Q.**  In general, what are you -- what are you discussing here?

2    **A.**  We are discussing our -- to move our chat from Telegram to

3    Wickr.  I direct him to Wickr, and I give him my Wickr ID

4    num -- user name.  And I tell him to go there and to use the

5    phrase "Allah al Musta'an" as a pass phrase when we move to

6    Wickr to identify himself with that phrase.

7             MS. HUGHES:  And this is a good place to stop, Your

8    Honor.

9             THE COURT:  We're going to have to break now,

10   unfortunately, for the COVID test.  Claire will take you for

11   that.  And as soon as you are done, we'll resume again, and

12   we'll break for lunch around 12:30.

13            THE CLERK:  All rise.

14        (Recess from 10:31 a.m. until 10:58 a.m.  Jury in.)

15            THE COURT:  Please be seated, folks.

16   BY MS. HUGHES:

17   **Q.**  And, Mr. Muhammad, we are still on page 35 of Exhibit -- of

18   Government's Exhibit 100-1.

19   **A.**  I do not have a screen.

20   **Q.**  Okay.

21        (Discussion off the record.)

22   BY MS. HUGHES:

23   **Q.**  Okay.  So we're still on Government's -- in Government's

24   Exhibit 100-1, we're on page 35.

25            And you had mentioned that you had offered a pass

1    phrase for this transfer to Wickr.  Could you repeat that pass

2    phrase again?

3    **A.**  "Allah al Musta'an."

4    **Q.**  And what was he supposed to do with this pass phrase?

5    **A.**  He was supposed to mention it when we moved from Telegram

6    to Wickr.

7    **Q.**  And what is the time stamp?

8    **A.**  At 9:43 a.m.

9    **Q.**  And for the record, I have circled the defendant's last

10   communication at the bottom left hand of the page, and this is

11   page 35.

12          Moving to page 36, what is this a screenshot of?

13   **A.**  This is a screenshot of the private communication on Wickr.

14   **Q.**  And who are you?

15   **A.**  I am on the right-hand side with the letter H in a circle.

16   **Q.**  Would you mind just circling on your screen?

17          Who is the defendant?

18   **A.**  On the left side with the circle K.

19   **Q.**  And would you mind circling the defendant's name as well?

20          MS. HUGHES:  And for the record, the witness has

21   circled the defendant's name on the left side and his name on

22   the right side.

23   BY MS. HUGHES:

24   **Q.**  Now, do you see the pass code you had given the defendant

25   on this page?

1   **A.** Yes, it is the second sentence on the left side.

2   **Q.** Could you just underline that pass phrase?

3          And what time does he communicate with you?

4   **A.** At 10:12 a.m.

5   **Q.** What is your recollection about the date of this

6   communication?

7   **A.** June 6, 2018.

8   **Q.** What was the date of your last communication with him?

9   **A.** Same, June 6, 2018.

10  **Q.** Same day?

11  **A.** Correct.

12  **Q.** There's again -- the defendant again shares this symbol.

13  Could you please explain what this symbol means?

14  **A.** The --

15          MR. HERMAN:  Objection.  Objection.

16  BY MS. HUGHES:

17  **Q.** Could you explain how you interpret this symbol?

18          THE COURT:  Why?  Tell me why.

19          MR. HERMAN:  Ms. Hughes rephrased it in a manner --

20  Ms. Hughes rephrased it in a manner that I believe addresses my

21  objection.

22          THE COURT:  Overruled.

23  BY MS. HUGHES:

24  **Q.** What does this symbol mean to you?

25  **A.** This symbol is the same symbol that he left me in the

1    Telegram chat.  It is the index finger indicating the Tawheed,

2    the oneness of God.

3    **Q.**  And, again, is this a symbol that's associated with any

4    particular group?

5    **A.**  It is associated with ISIS.

6    **Q.**  Moving to page 38 --

7              THE COURT:  Can you get rid of the lines?

8    BY MS. HUGHES:

9    **Q.**  -- what does the defendant write at 10:23 a.m.?

10   **A.**  "InshaAllah.  I will let you know when.  For now the FBI is

11   surveilling me and I would not want them to possibly get my

12   phone and information of brothers."

13   **Q.**  What do you interpret him to mean when he says, "get my

14   phone and information of brothers"?

15   **A.**  He's afraid that he might get arrested and for his phone to

16   be confiscated and looked at.  That would endanger information

17   of brothers.

18   **Q.**  What do you write at 10:24 a.m.?

19   **A.**  "I will be in touch soon for more chat."

20   **Q.**  What does he respond with?

21   **A.**  "It might be a long time.  InshaAllah me too."

22   **Q.**  Moving to page 39, could you please read this conversation

23   between yourself and the defendant starting at 10:24 a.m.?

24   **A.**  I ask him:  "What do you mean surveilling you?  How do you

25   know."

1    He replies: "They've been interviewing acquaintances

2    of mine about me. They asked questions like 'Does he pray 5

3    times per day? Is he Muslim? What does he think about the

4    Islamic State?' Alhamdulillah, I have been very secretive

5    about everything."

6    **Q.** What, again, does "alhamdulillah" mean?

7    **A.** Praise be to God.

8    **Q.** Could you please read this portion of your conversation as

9    well starting with your comments at 10:27 a.m.?

10   **A.** "Why would they do that? Did you give them a reason" -- "a

11   reason it?

12   "Everyone answered that I am not interested in these

13   activities. Not sure. In America all Muslims are surveilled.

14   Allah help us."

15   **Q.** Moving to page 40, what does the defendant write at

16   10:32 a.m.?

17   **A.** "On judgement day, they will be the ones running. Not the

18   Muslims."

19   I reply: "In Sha Allah that judgement day is soon

20   and in the books that were shared in the weapons group."

21   **Q.** What do you mean when you say: Judgment day is soon and in

22   the books that were shared in the weapons room?

23   **A.** The books that were shared in the weapons group that we saw

24   earlier about the explosives tutorial. And judgment day is

25   when people are judged when they die in front of God.

1    **Q.** What does he respond to you with at 10 --

2    **A.** "InshaAllah.  I have all the books.  You want?"

3    **Q.** What do you interpret him to mean by "I have all the

4    books"?

5    **A.** He is offering me the books that he downloaded from the

6    weapons group before it was deleted.

7    **Q.** What do you respond with at 10:33?

8    **A.** I ask them -- I ask him:  "Are they Arabic or English?"

9              He replies:  "English."

10             I tell him:  "Yes send them, please.  I have the

11   Arabic ones."

12   **Q.** What is the time of your -- of this communication on page

13   41?

14   **A.** Between 10:33 and 10:36 a.m.

15   **Q.** Moving to Government's Exhibit 100-1, page 47, now, Agent

16   Muhammad, after you communicated on Wickr, were there any

17   additional communications after the one we just reviewed?

18   **A.** No.

19   **Q.** And what is the date of the communication on your screen on

20   page 47?

21   **A.** Friday, June 29, 2018.

22   **Q.** Between June 26th and June 29th, were there any

23   communications between you and the defendant anywhere else on

24   Wickr or otherwise?

25   **A.** No, there was not.

1   **Q.**  What is this a screenshot of?

2   **A.**  This is a screenshot of back to our private conversation on

3   Telegram.

4   **Q.**  And June 29th, what year is this?

5   **A.**  2018.

6   **Q.**  Why did you reach out?

7   **A.**  To see what -- how much he progressed with his plans.

8   **Q.**  What does the defendant write at 1:43?

9   **A.**  Walaikum assalam.  I've been busy.  I have to stay passive

10  for now because of mukhabarat.

11  **Q.**  And, again, what does the "mukhabarat" mean?

12  **A.**  Intelligent services, which is the FBI.

13  **Q.**  And backing up for a second, could you just remind the

14  jurors who you are?

15  **A.**  I am the person with the green -- the text with the green

16  background with the coffee cup on the left-side picture.

17  **Q.**  Who is the defendant?

18  **A.**  The one with the white background.

19  **Q.**  After he responds, I have to stay passive for now because

20  of the mukhabarat, what do you say?

21  **A.**  I ask him:  "What do you mean?  What are you talking

22  about?"

23          He replies:  "Can't get into contact with brothers

24  for now."

25          I ask him:  "Let me help you akhi.  I am worried

1    about you."

2    **Q.**  What does he respond at 2:11 p.m.?

3    **A.**  "Yes.  I want to.  I was told by a knowledgeable brother to

4    wait for now."

5                I ask him:  "Wait for what?"

6    **Q.**  Moving to page 50, what does he respond when you ask him

7    "Wait for what"?

8    **A.**  He replies:  "Because wallahi the FBI is watching me.  You

9    know Sheyk Anwar al-Awlaki rahlamullah."

10               I reply:  "You got me scared for you akhi."

11               He says, "He was watched by the FBI for two years."

12   **Q.**  Who is Sheyk Anwar al-Awlaki?

13   **A.**  Anwar al-Awlaki is an influencer and a person who made

14   speeches and sermons inspiring jihad -- terrorism acts.

15   **Q.**  Was sheyk Anwar al-Awlaki affiliated with any particular

16   group?

17   **A.**  He -- initially he was affiliated with the al-Qaeda group

18   but turned to be an ISIS, inspiring members, too.

19   **Q.**  When the defendant writes "He was watched by the FBI for

20   two years," what do you interpret "he" to be a response -- to

21   be a reference to?

22   **A.**  I interpret that to be him saying that Anwar al-Awlaki,

23   too, was watched by the FBI for two years.

24   **Q.**  What does the defendant write at 2:13 p.m.?

25   **A.**  "Alhamdulillah he did not get in prison."

1           I say, "Why do you think you are watched?"

2           He replies:  "Because he waited patiently for two

3       years."

4   **Q.**  What do you interpret -- again, "he waited patiently for

5       two years," who do you interpret that to be a reference to?

6   **A.**  The Anwar al-Awlaki, he waited for two years while he was

7       being watched by the FBI.

8   **Q.**  Moving to page 54, what does defendant write at 2:14 p.m.?

9   **A.**  "They have five plus agents surveilling me."

10          I tell him:  "La Hawla Wa la Quwata illa Billah."

11  **Q.**  What does -- let's pause a second here.

12          What does that mean?  I'm not even going to try and

13      repeat that.

14  **A.**  It's a -- there is no God -- there's no -- there's no help

15      but from God.

16  **Q.**  What does he respond with at 2:15?

17  **A.**  I -- "I am not afraid wallahi.  Increases my iman."

18  **Q.**  What does "wallahi" mean?

19  **A.**  By God.

20  **Q.**  And what does "increases my iman" mean?

21  **A.**  Increases my faith.

22  **Q.**  What do you ask him at 2:15?

23  **A.**  "Can you fight them if you have to?"

24          And he replies:  "InshaAllah.  If I must I will

25      attain Shahadah."

1  **Q.**  What does "inshaAllah" mean?

2  **A.**  God willing.

3  **Q.**  And, again, what does "attain Shahadah" mean?

4  **A.**  It means he's willing to be martyred.

5  **Q.**  Why do you ask him:  Can you fight if you have to?

6  **A.**  To see what his -- if he has weapons or not, if he's

7  capable of fighting or not, to see -- I'm trying to investigate

8  and to assess the situation to see what his capacities are.

9  **Q.**  And when he says if you must -- "if I must I will attain

10  martyrdom," what do you respond with?

11  **A.**  I say, "Allah Akbar," God is great.

12  **Q.**  What does he respond?

13  **A.**  He replies with the same, "Allah Akbar."

14  **Q.**  What do you respond with?

15  **A.**  "I can't wait to hear the news on al-Akhbar."

16  **Q.**  What does "I can't wait to hear the news on al-Akhbar"

17  mean?

18  **A.**  It means I cannot wait to hear the news of his martyrdom on

19  the news.

20  **Q.**  What does he respond with?

21  **A.**  "InshaAllah.  I know a brother in contact with IS media

22  departments."

23  **Q.**  What does "IS media department" mean to you?

24  **A.**  To me it means the Islamic State's media department.

25  **Q.**  And is the Islamic State another word for ISIS?

1   **A.**  Correct.

2   **Q.**  What does he write at 2:17 p.m.?

3   **A.**  "If I do it there will be an Isdar."

4   **Q.**  What does "Isdar" mean?

5   **A.**  It's a news release.

6   **Q.**  What do you ask him at 2:17 p.m.?

7   **A.**  I ask him:  "You have weapons in sha Allah?"

8           And he replies:  "Not yet.  Only a knife."

9           And I tell him:  "That's a good start."

10          He replies:  "InshaAllah.  I will get some.  But a

11  sharp knife it can do anything b'ithnillah."

12  **Q.**  What does -- what does -- what do you interpret him to mean

13  when he says a sharp knife can do anything b'ithnillah?

14  **A.**  That means he can put up a fight with a knife.

15  **Q.**  What does "b'ithnillah" actually mean?

16  **A.**  God willing or with God's permission.

17  **Q.**  What do you say in response?

18  **A.**  I ask him:  "You can get some real weapons?"

19          And he replies "Yes."

20  **Q.**  Why do you ask him "You can get real weapons"?

21  **A.**  To see if he actually can get weapons and to see who is

22  going to sell him the weapons and get him the weapons and to

23  see what kind of a fight he might put up.

24  **Q.**  Moving to page 57, what does he respond when you ask him

25  "You can get some real weapons"?

1    **A.**  He replies:  Yes.  I am not afraid -- I am not old enough

2    yet.

3              I ask him:  "How old are you?

4              "About 20.  One more year."

5              And I tell him:  "If there is a will, there is a way.

6    Maybe someone can help you."

7              And he replies:  "B'ithnillah.  I know some brothers

8    with guns, but I prefer the Kalashnikov."

9    **Q.**  Why are you asking him if someone can help him?

10   **A.**  To see who his weapons supplier is or if he can actually

11   does -- can get a weapon.

12   **Q.**  Are you familiar with this word "Kalashnikov"?

13   **A.**  I am.

14   **Q.**  What does "Kalashnikov" mean?

15   **A.**  It's a high-powered rifle.

16   **Q.**  What do you respond when he says, "I prefer the

17   Kalashnikov"?

18   **A.**  I tell him "It's all good."

19             He replies:  "They have only pistols.  I know how to

20   build a Kalashnikov."

21             And I tell him:  But you -- but you have to really be

22   careful not to harm innocent people.

23             He replies:  "InshaAllah.  Only mukhabarat."

24   **Q.**  When he says he will only harm mukhabarat, what do you

25   interpret that to mean?

1   **A**.  I interpret that that he only wants to target government

2   officials, government employees.

3   **Q**.  What do you respond with at 2:20?

4   **A**.  I say, "it's hard sometimes to differentiate between

5   innocent and not innocent people."

6   **Q**.  Moving to page 61 -- apologies -- page 60, what does he --

7   I'll do this in portions so it's a little more legible.

8          What does he respond with at 2:19?

9   **A**.  "InshaAllah.  Only mukhabarat."

10          I ask him:  "It's hard sometimes to differentiate

11  between innocent and not innocent people."

12          He replies:  Any American employee will be not

13  innocent.  American who works for American law enforcement, the

14  agents who follow me, they imprisoned my brother.  They have

15  stopped his hijrah.

16  **Q**.  What do you interpret him to mean when he says, "They have

17  stopped his hijrah"?

18  **A**.  That means the American law enforcement have stopped the

19  brother's hijrah.

20  **Q**.  And what does "hijrah" mean?

21  **A**.  Migration from the United States in this instance to the

22  Islamic State.

23  **Q**.  What does he post -- in response to "They have stopped his

24  hijrah," what do you post?

25  **A**.  I say, "Allah akbar," God is great.

1    **Q.** And what does he post at 2:21?

2    **A.** He posts what looks like the complaints or a document.

3    **Q.** Do you know what these documents are?

4    **A.** It looks like the complaint of those people who stopped the

5    hijrah.  Maybe that's the -- some court documents maybe or

6    legal documentation.

7    **Q.** What does he write at 2:21?

8    **A.** "I will send these brothers money anonymously in prison

9    inshaAllah."

10              I asked him:  "What's this?"

11              He replies:  "The kuffar treat them bad."

12   **Q.** Moving to page 61, what does he write at 2:22 p.m.?

13   **A.** He says, "FBI report of two brothers.  They are in prison.

14   I knew them."

15   **Q.** What do you interpret him to be -- when he's saying "FBI

16   report of two brothers," what do you interpret him to be

17   referring to?

18   **A.** To those two documents that he showed me previously.

19   **Q.** At 2:28 p.m., what do you write?

20   **A.** I ask him:  "So what are you going to do about all this?  I

21   worry about you."

22              He replies:  "I must wait only.  It can be up to two

23   years.  Those to brothers I sent were watched for 3 years."

24              And I say, "I am not sure that I follow.  Wait for

25   what?"

1          He replies:  "For FBI to stop watching."

2     **Q.** Moving to page 63, what do you ask him at 2:38 p.m.?

3     **A.** I ask him:  "What's the legal age for you to get a gun?"

4          He replies:  "21."

5          I ask him:  "Can you get one from your friends to

6     defend yourself at least?"

7          He replies:  "I will try.  I know a guy, but he's a

8     kafir.  Sells and does drugs.  Would it be Haram to get one

9     from him."

10    **Q.** What does a "kafir" mean?

11    **A.** An infidel.

12    **Q.** And what does "haram" mean?

13    **A.** Not permissible Islamically.

14    **Q.** So what does it mean or what do you interpret it to mean

15    when he asks you if he can get a gun from a kafir?

16    **A.** I interpret that for that to be he's looking for a source

17    to get a gun, and his only source is somebody who is a

18    non-Muslim who is a kafir that would get him a gun.

19    **Q.** What do you respond with at 2:40?

20    **A.** I say, one must do what one must -- what one has to do.

21    **Q.** Why do you respond in this way?

22    **A.** To see if he's actually going to go through it and get that

23    gun from what he calls a kafir.

24    **Q.** Moving to page 65, what does he respond with at 2:50 p.m.?

25    **A.** "Yea, it's the only way to get a gun for me.  I would get

1    Glock 17, .9 millimeter hollow tip FMJ armor piercing rounds."

2              I tell him:  "Akhi, slow down.  That's a lot to

3    swallow.  Make sure you think about it real hard."

4              He replies --

5    **Q.**  Just -- can we just pause a second?

6              Are you familiar with what a Glock 17 is?

7    **A.**  It's a type of a pistol.

8    **Q.**  And do you know what .9 millimeter hollow tip FMJ is?

9    **A.**  Most likely the type of ammunition used in that Glock 17.

10   **Q.**  When you write "That is a lot to swallow," what did you

11   mean by that?

12   **A.**  I am trying to slow him down a little bit, to think about

13   what he wants to do and where he's going to be getting his guns

14   from and how to use them.

15   **Q.**  What does he respond with at 2:51 p.m.?

16   **A.**  "Yes."

17   **Q.**  And what do you suggest at 2:51 p.m.?

18   **A.**  At 2:51 I suggest and I tell him to make an Istikhara.

19             And I ask him, do you know what Istikhara is?

20   **Q.**  What do you mean -- what did you mean by "Istikhara"?  What

21   is an Istikhara?

22   **A.**  "Istikhara" is an Islamic prayer for guidance.  One prays

23   it multiple times until they are inspired to get an answer from

24   God.

25   **Q.**  Why do you suggest that he make an Istikhara?

1    **A.** I'm trying to buy time.  I'm trying to assess his

2    situation, see how serious it is about his -- his -- what he

3    wants to do, trying to slow him down, trying to buy us some

4    more time.

5    **Q.** Moving to page 66, what do you write him at 3:02 p.m.?

6    **A.** "I am here for you akhi.  Keep me posted."

7    **Q.** What does he write at 3:03 p.m.?

8    **A.** "I am doing a lot of reading of materials."  I --

9    **Q.** What do -- what do you ask him?

10   **A.** I ask him:  "Quran and Hadith?"

11   **Q.** What is Quran and Hadith?

12   **A.** Quran is the Islamic holy book, and the Hadith are the

13   writings of the Prophet Muhammad.

14   **Q.** What does he respond when you ask him if he's reading the

15   Quran and the Hadith?

16   **A.** "Like explosive making and Quran and Hadith."

17   **Q.** And what do you respond to him?

18   **A.** I say, "Yes, it is very important to read the Quran because

19   it will guide you in the right path no matter what it is.  Even

20   if the Istikhara says don't do anything silly but do what you

21   need to do fi Sabil Allah in a different way, like da'wa,

22   teaching, and many other ways."

23   **Q.** What do you mean by this?

24   **A.** With this I'm trying to tell him to slow it down, to revert

25   back on his thoughts of trying to do -- to commit a terrorist

1   act, and there is another way to spread Islam beside violence.

2   There's spreading the word of God and teaching others what --

3   about Islam.

4   **Q.**  Moving to page 68, what does he respond with when he says,

5   "I do dawah" -- what do you -- what does he respond when he

6   suggests he does dawah?

7   **A.**  He says, "I do dawah too alhamdulillah to many.  I've

8   gotten many sisters to start wearing hijab, and they committed

9   minor shirk and don't anymore."

10  **Q.**  And what does "Dawlah" mean actually, the literal

11  translation --

12  **A.**  Spreading the word of Islam.

13  **Q.**  And what does a "hijab" mean?

14  **A.**  A face covering.

15  **Q.**  And what does "they committed minor shirk and don't

16  anymore" mean?

17  **A.**  That means they have -- at one point they have committed

18  some minor acts of sin, and they don't do that anymore.

19  **Q.**  What do you respond with at 3:12?

20  **A.**  I say, "Mumtaz.  Excellent.  This is excellent on your end

21  and for the day of judgment."

22  **Q.**  What do you advise him at 3:13 p.m.?

23  **A.**  "Just make an Istikhara prayers and keep thinking hard

24  about it."

25              He replies:  "InshaAllah.  Once I get my gun and

1    explosive belt, the mukhabarat will never get me b'ithnillah."

2    **Q.** And, again, what does "mukhabarat" mean?

3    **A.** Intelligence services and the FBI.

4    **Q.** What do you respond with?

5    **A.** "B'ithnillah.  But you need to be cautious not to harm

6    yourself in the process."

7    **Q.** And what does b'ithnillah mean?

8    **A.** God willing.

9    **Q.** And what does he respond with at 4:59 p.m.?

10   **A.** "Yea, I'm talking with a brother who knows a lot."

11              He replies -- I reply:  "Alhamdulillah.  Just don't

12   rush into things."

13              And he replies "InshaAllah."

14   **Q.** And what was the date of this communication?

15   **A.** Friday, June 29, 2018.

16   **Q.** Did you communicate with the defendant again?

17   **A.** No.

18   **Q.** Outside of June 6th and June 29th, did you have any other

19   communications with the defendant?

20   **A.** No.

21              MS. HUGHES:  No further questions.

22                        CROSS-EXAMINATION

23   BY MR. HERMAN:

24   **Q.** Good afternoon, sir.

25   **A.** Good afternoon.

1    **Q.** You've been working for the FBI for 14 years now?

2    **A.** No.  Since 2006, so 15 years.

3    **Q.** 15 years.  Okay.

4           And currently you're a language analyst for the FBI?

5    **A.** Yes.

6    **Q.** And so you're employed to this day?

7    **A.** Yes.

8    **Q.** And you're essentially on the clock right now for the FBI?

9    **A.** Yes.

10   **Q.** Did you go through any special training about how to talk

11   to people online?

12   **A.** I did --

13          MS. HUGHES:  Objection, Your Honor.  Your Honor, this

14   is covered by certain protected procedures the government --

15          MR. HERMAN:  Withdraw the question.

16   BY MR. HERMAN:

17   **Q.** Your job in these chat rooms or groups is to, as you say,

18   to determine if anybody is planning or discussing anything,

19   correct?

20   **A.** Correct.

21   **Q.** And if you see something of concern, you engage with the

22   people, correct?

23   **A.** Correct.

24   **Q.** And you do this by going into different chat rooms in

25   groups online, right?

1   **A.** Correct.

2   **Q.** And social media applications like Telegram?

3   **A.** Yes.

4   **Q.** And there are others that you go into as well?

5   **A.** Correct.

6   **Q.** And you strike up conversations with people, right?

7   **A.** Yes.

8   **Q.** You see what kind of information you can get out of them?

9   **A.** Yes.

10  **Q.** You see if they will disclose if they have any plans,

11  correct?

12  **A.** Correct.

13  **Q.** And you also want to get identifying information from them,

14  right?

15  **A.** Correct.

16  **Q.** Such as handles -- and by "handle," I mean, as the

17  government asked you, the K and it looks like a K -- a

18  backwards K and another K, correct?

19  **A.** I don't have to find out.  It's there on their -- once you

20  click on their picture, it displays the identifying

21  information.

22  **Q.** And in addition to getting the identifying information, you

23  want to see if these people are specifically talking about acts

24  of violence, right?

25  **A.** Correct.

1    **Q.** That's your number one concern?

2    **A.** Correct.

3    **Q.** To identify, right, any acts or plans, correct?

4    **A.** Correct.

5    **Q.** And then to hopefully disrupt any actual plans of violence,

6    right?

7    **A.** Correct.

8    **Q.** And you -- sometimes it's hard in your job to get people to

9    talk about these plans, right?

10   **A.** Sometimes.

11   **Q.** Sometimes they -- they won't even respond to you, right?

12   **A.** Correct.

13   **Q.** You reach out to them in one-on-one chats, and you'll be

14   ignored, right?

15   **A.** Yes.

16   **Q.** People in these chat rooms or groups can be a little

17   suspicious, right?

18   **A.** They could be.

19   **Q.** They talk about FBI spies, right?

20   **A.** Yes.

21   **Q.** They talk about being watched, right?

22   **A.** Right.

23   **Q.** And they talk about surveillance, correct?

24   **A.** Yes.

25   **Q.** They talk about counter-surveillance, right?

1    **A.** They could.

2    **Q.** And in these chat rooms, all of these interactions, unless

3    somebody says this is who I am and where I live, they're all

4    anonymous, right?

5    **A.** Correct.

6    **Q.** You couldn't identify Mr. Osadzinski in this courtroom if I

7    asked you to, right?

8    **A.** No.

9    **Q.** People sitting behind the computer are completely

10   anonymous, right?

11   **A.** Yes.

12   **Q.** You didn't know where any of these people were in this

13   group, right?

14   **A.** Unless I -- once I talk to them privately and if they tell

15   me where they are, that's how I would know.

16   **Q.** In fact, there were -- I believe there was an image posted

17   where there were 86 people in this group, right?

18   **A.** Correct.

19   **Q.** And in these groups you can't see -- if somebody is behind

20   a computer screen, they could be across -- across the world,

21   right?

22   **A.** Correct.

23   **Q.** You can't see their demeanor, can you?

24   **A.** No.

25   **Q.** You can't tell if they're joking, can you?

1    **A.**  No.

2    **Q.**  You can't tell if they're exaggerating, right?

3    **A.**  By -- by the way they write, sometimes you can.

4    **Q.**  Okay.  You can't tell if they're just being provocative?

5    **A.**  Again, by the way they write, sometimes you can.

6    **Q.**  You can't tell if they're -- you know the term "puffing,"

7    making yourself appear to be bigger than you actually are.

8    Sometimes that happens?

9    **A.**  I say it does sometimes; but, again, the way they write

10   things, you can tell all those things that you're talking about

11   if they're true or not.

12   **Q.**  Well, if somebody says, "I've got a bomb in my room,"

13   there's no way that you can tell if that's true or not if it's

14   just posted -- a message posted in a chat, correct?

15   **A.**  Unless I chat him personally and I try to engage him more

16   and try to get more information from him, I would not know.

17   **Q.**  But you wouldn't actually know if the person had a bomb in

18   his room unless you were in his room, right?

19   **A.**  Correct.

20   **Q.**  So you can't tell what's real and what's not simply by

21   what's based on a chat, right?

22   **A.**  But depending on what he's saying and the way he says

23   things.

24   **Q.**  Well, people have -- people have a right you know in

25   America, a First Amendment right, to say all sorts of stuff,

1   right?

2   **A.**  Correct.

3   **Q.**  Including provocative things, right?

4   **A.**  Yes.

5   **Q.**  Including things that you may sense are dangerous, right?

6   **A.**  Yes.

7   **Q.**  That's their right to say that, correct?

8   **A.**  Correct.

9   **Q.**  And you know that in these -- in any type of online

10  messages, people lie all the time, correct?

11  **A.**  They could.

12  **Q.**  In fact, when you're in these groups, you're lying, right?

13  **A.**  Sometimes.

14  **Q.**  Well, you never say, "I'm an FBI OCE"?

15  **A.**  No, I would not.

16  **Q.**  The first thing you put in this chat room is a lie, your

17  name.  I'm looking at page 1, I believe.  "Elhajji Omar, joined

18  the group," that's not your real name, correct?

19  **A.**  No, it's not.

20  **Q.**  Okay.  So that was a lie; the first time you entered this

21  room, you lied?

22  **A.**  That's a persona.

23  **Q.**  Okay.  Which is not true.

24          And when people in these chat rooms say wild things

25  like people can do online, there's no accountability, right?

1    You can -- correct?

2    **A.**  Correct.

3    **Q.**  Okay.  You can say whatever you want, and the worst thing

4    that could happen is somebody says -- you know, somebody says

5    "You're crazy" or "Shut up"?

6    **A.**  They can say whatever they want.  I cannot.  I have

7    limitations on what I can say.

8    **Q.**  I'm -- thank you.  I'm saying what they can say, not what

9    you can say?

10   **A.**  Right.

11   **Q.**  And speaking of those limitations, when you're in these

12   chat rooms, you are also communicating with other members of

13   the FBI, correct?

14   **A.**  In this chat --

15   **Q.**  No, not -- let me be clear.

16              Not -- I am not suggesting that there are other

17   members of the FBI in this particular chat, but outside of this

18   chat, you are communicating with other members of the FBI,

19   correct?

20   **A.**  I am reporting my findings to my handlers, yes.

21   **Q.**  How many handlers did you have?

22   **A.**  At least one.

23   **Q.**  And you report back to that handler what you see in this

24   chat?

25   **A.**  Correct.

1    **Q.** And you asked if there is any other information that people

2    had about this person, correct?

3    **A.** At the time I was told that he was a subject, and I think

4    that was it.  That was what they told me.

5    **Q.** And there was one particular individual who you

6    communicated with who will be also testifying at this trial,

7    correct?

8    **A.** I don't know.

9    **Q.** Okay.  Another OCE?

10   **A.** Well, I've talked to many OCEs, so I'm not sure if he's

11   testifying or not.

12   **Q.** So when you joined this chat room on June 6th, 2018, you

13   joined via an invite link, correct?

14   **A.** Correct.

15   **Q.** Okay.  So all somebody needed to do was to get a link to

16   get into this chat room, correct?

17   **A.** Correct.

18   **Q.** Okay.  And you only had -- out all of that direct

19   examination there and all these questions and all these pages,

20   you just talked to this other individual twice on two dates,

21   right?

22   **A.** Correct.

23   **Q.** And you had one conversation on Telegram on June 6th, 2018?

24   **A.** Yes.

25   **Q.** And then you moved that conversation to Wickr on June 6th,

1    2018, correct?

2    **A.**  Correct.

3    **Q.**  And then you reached out 23 days later on Telegram again,

4    correct?

5    **A.**  Yes.

6    **Q.**  That's the universe of the communications that you've had

7    with my client, right?

8    **A.**  Correct.

9    **Q.**  This -- could you go back one.

10            When you initially -- during your testimony you had

11   indicated that this sign that -- or this TATP thing that was

12   posted was done by ISIS supporters, correct, or members,

13   correct?

14   **A.**  Correct.

15   **Q.**  Okay.  When you communicated to Tommy, you copied that and

16   pasted it into a -- into an individual chat, correct?

17   **A.**  Correct.

18   **Q.**  So somebody could just -- if they see it somewhere else,

19   could just copy it and paste it, correct?

20   **A.**  They could.

21   **Q.**  And you're not an ISIS supporter or ISIS member, correct?

22   **A.**  No.

23   **Q.**  And at most, I think your testimony was clear, you

24   pretended to be an ISIS support -- sympathizer; that was your

25   word, right?

1    **A.**  Correct.

2    **Q.**  Not an ISIS member, correct?

3    **A.**  Correct.

4    **Q.**  You never advertised yourself in this chat to be an ISIS

5    member, correct?

6    **A.**  No, but I told them I have --

7    **Q.**  I -- in your first message to him, your first message to

8    him was "How are you, akhi?"  Correct?  This is the individual

9    message.  I'm at June 6th, 2018.  The first thing you say is

10   "How are you, akhi," correct?

11   **A.**  Yes.

12   **Q.**  And "akhi" means brother?

13   **A.**  Yes.

14   **Q.**  And that is a common saying in -- in the Islamic tradition

15   and in Muslim lands, correct, to call people brother?

16   **A.**  Yes.

17   **Q.**  And when you -- you meet somebody on the street you may

18   say, "How are you, akhi," correct?

19   **A.**  Yes.

20   **Q.**  So "akhi" does not -- and it means brother, right?  Right?

21   **A.**  Yes.

22   **Q.**  It does not mean Islamic State member, correct?

23   **A.**  Correct.

24   **Q.**  And you testified -- on several occasions you were asked a

25   number of questions about this emoji, the finger?

1    **A.**  Uh-huh.

2    **Q.**  And I believe I took your testimony down that the finger is

3    a Tawheed, correct?

4    **A.**  Tawheed.

5    **Q.**  Tawheed.  Okay.  And the Tawheed is -- represents a

6    unification of oneness of Allah, correct?

7    **A.**  Yes.

8    **Q.**  It's a universal symbol of monotheism in Islam, correct?

9    **A.**  Yes.

10   **Q.**  It is used by -- the singular finger is used by people all

11   over the world to signify the oneness of God, correct?

12   **A.**  Yes.

13   **Q.**  The central pillar of Islam, correct?

14   **A.**  Yes.

15   **Q.**  22.  And in this here we again have the singular finger,

16   correct?

17   **A.**  Yes.

18   **Q.**  And during your direct testimony, you said that he was --

19   he said that he was going to do jihad for ISIS, correct?

20   **A.**  Yes.

21   **Q.**  That's your -- he doesn't say ISIS, does he?

22   **A.**  That's my interpretation of it.

23   **Q.**  Okay.  And is your interpretation based on the word "jihad"

24   and three emojis, correct?

25   **A.**  One emoji, the single -- the index finger raised up and the

1    black heart and the word "jihad."

2    **Q.** Okay. The index finger that is used universally around the

3    world by every Muslim to indicate their belief in monotheism,

4    correct?

5    **A.** Also adopted by ISIS, yes.

6    **Q.** And the word "jihad," jihad can mean internal struggle as

7    well, correct?

8    **A.** Correct.

9    **Q.** It doesn't mean warfare all the time, does it?

10   **A.** Not all the time.

11   **Q.** Okay. It's a complex word, wouldn't you agree?

12   **A.** Absolutely.

13   **Q.** And you do not know what he meant when he said "jihad," do

14   you?

15   **A.** I interpreted it based on what he was saying earlier about

16   the TATP posting and the books that he had downloaded and read.

17   **Q.** But what he was saying earlier was simply asking if anybody

18   had a video, correct?

19   **A.** Right.

20   **Q.** Go back to 19. And when you say -- during this chat he

21   also says that it would be some time before he does anything,

22   correct?

23   **A.** Yes.

24   **Q.** Okay. Right before he says "jihad," he says there will be

25   some time before he does anything, and this is -- correct?

1    **A.**  Yes.

2    **Q.**  And this is a theme that you come up against in many of

3    these chats where Tommy says, "Maybe some time in the future,"

4    right?

5    **A.**  Yes.

6    **Q.**  You ask him often, "What are your plans," and he says,

7    "Maybe something in the future," right?

8    **A.**  Yes.

9    **Q.**  And he's having this conversation with you about jihad

10   within five minutes of you guys chatting, right?

11   **A.**  I would think so.  I don't know exactly the time, but yes.

12   **Q.**  Okay.  Well, this -- he mentions jihad at 8:25 a.m., right?

13   **A.**  Yes.

14   **Q.**  Okay.  And these chats -- you message him at 8:20 a.m.,

15   correct?

16   **A.**  Yes, it is five minutes.

17   **Q.**  So about five minutes, and he's already blabbing his mouth

18   about jihad, right?

19   **A.**  Yes.

20   **Q.**  And then he comes up with an excuse about how he can't do

21   anything because the FBI is watching him, right?

22   **A.**  Right.

23   **Q.**  You think that somebody really determined to do something

24   for the Islamic State wouldn't care if the FBI was watching

25   them, wouldn't you?

1   **A.**  I'm not sure what he is thinking.

2   **Q.**  You say also that you're in Sham/Lubnan, correct?

3   **A.**  Correct.

4   **Q.**  What's "Lubnan" mean?

5   **A.**  Lebanon.  It's the Arabic word for Lebanon.

6   **Q.**  And Sham is a description of the general area in the Middle

7   East, correct?

8   **A.**  That's correct.

9   **Q.**  So you're aware that at the time ISIS was in Syria --

10  primarily in Syria, correct?

11  **A.**  Yes.

12  **Q.**  And in Iraq, correct?

13  **A.**  Yes.

14  **Q.**  Not in Lebanon?

15  **A.**  Correct.

16  **Q.**  And, in fact, in Lebanon the primary jihadi group would be

17  Hezbollah, right?

18  **A.**  They are one of the primary groups, yes.

19  **Q.**  Which is a Shia group, right?

20  **A.**  Yes.

21  **Q.**  And ISIS is primarily a Sunni group, right?

22  **A.**  Correct.

23  **Q.**  And those are often opposing denominations or sects of

24  Islam, correct?

25  **A.**  Yes.

1  **Q.** So you're portraying yourself to be an ISIS supporter with

2  contacts to ISIS in the middle of Lebanon, right?

3  **A.** Correct.

4  **Q.** And Tommy doesn't pick up on that, right?

5  **A.** I don't know.

6  **Q.** Well, he doesn't ask you, what are you doing in Lebanon?

7  **A.** Right.

8  **Q.** He doesn't even appear to understand that you said Lebanon,

9  correct?

10  **A.** It appears not.

11  **Q.** Because you're talking about hijrah, right?  And hijrah --

12  correct?

13  **A.** Yes.

14  **Q.** And hijrah is an emigration to fight on the battlefield

15  often?

16  **A.** Yes.

17  **Q.** Nobody goes to Lebanon to make hijrah, right?

18  **A.** They go to Lebanon as a stopping point to go to Syria.

19  **Q.** And Tommy says he can't travel, right?

20  **A.** Yes.

21  **Q.** And he also mentions -- and in a lot of these chats, you

22  say, "I'll help you, brother," right?

23  **A.** Yes.

24  **Q.** Okay.  And in here he says -- this is page 25 -- "I thought

25  hijrah was very hard.  InshaAllah I am learning Arabic"?

1              So -- yes?

2      **A.** Yes.

3      **Q.** So at this point you understand he's not a native Arabic

4      speaker, right?

5      **A.** Yes.

6      **Q.** Which should have been apparent because you're talking in

7      English, though, right?

8      **A.** Right.

9      **Q.** And then you ask -- you tell him "Ma Sha Allah.  I can help

10     you with Arabic if you like," correct?

11     **A.** Yes.

12     **Q.** Okay.  He didn't take you up on that, though, did he?

13     **A.** No.

14     **Q.** You offered to help him on many occasions, and he didn't

15     accept the help, right?

16     **A.** In Arabic, he did not.

17     **Q.** Do you recall -- you were asked some questions also about

18     targeting places, right?

19     **A.** Yes.

20     **Q.** Do you recall who first used the word "target"?

21     **A.** It seems that I have said that at 8:35.

22     **Q.** At 8:35 a.m. you bring up the word "target," correct?

23     **A.** Yes.

24     **Q.** He's talking about just general stuff, and then you say

25     specifically targeting, correct?

1    **A.** Yes.

2    **Q.** And then he responds to you saying targeting with some

3    specific items, correct?

4    **A.** Yes.

5    **Q.** Specific places?

6    **A.** Yes.

7    **Q.** And then in the same exchange, you tell him:  "What are you

8    going to do about it?"  Or you ask him:  "As I said, you are in

9    a unique position.  Many brothers here envy you for your

10   location," correct?

11   **A.** Yes.

12   **Q.** And here, again, you're -- we assume you're still talking

13   about Lebanon, right?

14   **A.** Correct.

15   **Q.** Not Syria?

16   **A.** Lebanon.

17   **Q.** Not Iraq?

18   **A.** Correct.

19   **Q.** Not any capital of ISIS's caliphate, correct?

20   **A.** Correct.

21   **Q.** And Tommy says, "Yes, I truly wish the brothers were here

22   with me," correct?

23   **A.** Yes.

24   **Q.** And on direct examination you said:  Oh, he said I wish

25   ISIS was with me, right?

1   **A.** Yes.

2   **Q.** Or you said that was your interpretation of what he was

3   saying?

4   **A.** Right.

5   **Q.** Okay.  But he doesn't say ISIS, does he?

6   **A.** He does not.

7   **Q.** It's completely your interpretation of what he's saying?

8   **A.** Correct.

9   **Q.** And just to be clear here, you say, "What are you going to

10  do about it?"  And he doesn't say what he's going to do about

11  it, correct?

12  **A.** Yes.

13  **Q.** He doesn't say he has any kind of plans, does he?

14  **A.** Not in this particular exchange, no.

15  **Q.** And after you offer the help with the brothers -- again,

16  you don't say ISIS when you say "brothers"; you just say

17  "brothers" -- Tommy responds:  "If you trust the brothers,

18  sure.  InshaAllah, send them my way," correct?

19  **A.** Correct.

20  **Q.** And you never did send anybody his way, right?

21  **A.** No, I did not.

22  **Q.** But you were thinking about it as a potential plan?

23  **A.** I was putting him under the impression that I can send

24  brothers his way.

25  **Q.** Wasn't it your plan, though, to set him up to meet somebody

1       in the United States?

2       **A.**  If -- if he wanted to meet someone, I would arrange it for

3       him to meet somebody in the U.S.

4       **Q.**  And, in fact, we mentioned earlier that you were having

5       chats with your handlers or other people in the FBI, right?

6       **A.**  Correct.

7       **Q.**  And didn't you write in a chat:  "We talked about meeting

8       like-minded people in the U.S.  I told him that I can try to

9       find someone to help him.  I am setting him up to meet someone

10      in the United States"?  Didn't you write that?

11      **A.**  To who -- who are you reading this from?

12      **Q.**  The question is, did you write -- do you remember writing

13      that?

14      **A.**  Possibly I wrote that.

15      **Q.**  Possibly or would seeing something help refresh your

16      recollection if you wrote it?

17      **A.**  I would like to see it, please.

18              MR. HERMAN:  If we can switch just to -- or I can

19      hand it up.  Which would you prefer?  I can switch to just

20      witness only or I can --

21              THE CLERK:  Okay.

22      BY MR. HERMAN:

23      **Q.**  Now I'm going to show you a document that the jury is not

24      going to see --

25      **A.**  Okay.

1    **Q.** -- because this is solely to refresh your recollection.

2    Okay?

3    **A.** Okay.

4    **Q.** I just want to make sure that the jury can't -- it's not up

5    on the jury screens right now, correct?

6              JUROR GREEN:  No.

7              MR. HERMAN:  Thank you.

8    BY MR. HERMAN:

9    **Q.** Sir, at the bottom of page 55, do you see what's written

10   there?

11   **A.** As an OCE, an online covert employee, I am not authorized

12   to meet face to face with people.

13   **Q.** Sir, my question is, do you see what's on the document?

14   **A.** I do.

15   **Q.** And does it refresh your recollection if you wrote in a

16   chat with other FBI people, if you wrote "I am setting him up

17   to meet someone in the United States"?

18   **A.** Yes.

19             MR. HERMAN:  Can you go back to defense table 1,

20   please?

21   BY MR. HERMAN:

22   **Q.** So after -- after, I guess, 47 minutes in the exchange,

23   you -- you bring up computers, right?

24   **A.** Yes.

25   **Q.** Tommy doesn't bring up computers, right?

1    **A.**  Correct.

2    **Q.**  You introduce that subject, and he says he's in the top

3    school for computers, right?

4    **A.**  Yes.

5    **Q.**  Do you know that he got an F in coding in his computer

6    school?

7    **A.**  No.

8              MS. HUGHES:  Objection, Your Honor.

9              THE COURT:  He's already answered the question.

10   BY MR. HERMAN:

11   **Q.**  And you were asked about this exchange, but one thing that

12   was skipped over on your direct examination is after Tommy says

13   he's in a top school for computers, he says, "Trying my best.

14   In a few years inshaAllah I'll be very skilled"?

15   **A.**  Yes.

16   **Q.**  So somebody who is good at computers and skilled at

17   computers and wants to impress you is not going to say, "I'm

18   going to be good in a few years," right?

19   **A.**  Yes.

20   **Q.**  And talking about helping his brothers again, he doesn't

21   say -- in all of these chats on page 31, he doesn't say

22   anything about ISIS.  He just says "brothers," right?

23              If you know trusted brothers, again, sure, send them

24   my way.  This is what we talked about before, right?

25   **A.**  Yes.

1   **Q.** Doesn't say ISIS?

2   **A.** It does not.

3   **Q.** He does not say -- when he says, "I can help many brothers"

4   here, he does not say ISIS, does he?

5   **A.** All this inferring to ISIS, though.  He does not say them.

6   **Q.** He never says ISIS, right?

7   **A.** The word "ISIS," no.

8   **Q.** Okay.  But your interpretation is that he would do anything

9   to connect with ISIS, right?

10  **A.** Correct.

11  **Q.** Your interpretation is that as soon as he was offered a

12  question to do something with ISIS, he would take it, right?

13  **A.** Correct.

14  **Q.** But that's not what he did, right?

15          In fact, you offered him the opportunity to be in

16  touch with the diwan, correct?

17  **A.** Correct.

18  **Q.** You, in fact, dangled that chance to him to connect with

19  people in the diwan, right?

20          THE COURT:  What page is that?

21          MR. HERMAN:  I'm sorry?

22          THE COURT:  What page is that?

23          MR. HERMAN:  33.

24  BY MR. HERMAN:

25  **Q.** You wrote:  When you are ready and if you are, quote,

1    really -- or emphasis, really serious about meeting like-minded

2    brothers in your country, I can start to talk to the diwan here

3    and see if they want to help you.  That's what you wrote,

4    correct?

5    **A**.  Correct.

6    **Q**.  And this is the first time in this chat somebody says the

7    word "diwan," right?

8    **A**.  Correct.

9    **Q**.  And diwan means ISIS, right?

10   **A**.  It's a bureau in ISIS, yes.

11   **Q**.  Excuse me?

12   **A**.  It's a bureau.  It's a section --

13   **Q**.  But it's part of --

14   **A**.  Yes.

15   **Q**.  It's part of ISIS, right?

16   **A**.  Yes.

17   **Q**.  So when you say "diwan" here, you mean ISIS, right?

18   **A**.  The brothers that we were talking about earlier.

19   **Q**.  The brothers that he never -- he never said "diwan" before,

20   did he?

21   **A**.  No, but he said the brothers--

22   **Q**.  He never said ISIS before -- I'm sorry.

23            He never said ISIS before, right?

24   **A**.  No.

25   **Q**.  You're the first person who says "the diwan"?

1    **A.** Yes.

2    **Q.** Okay.  And his response, this person who is chomping at the

3    bit to meet ISIS, says "I have much learning to do," correct?

4    **A.** Yes.

5    **Q.** Maybe in the near future, correct?

6    **A.** Correct.

7    **Q.** He doesn't say, yeah, send them my way, right?

8    **A.** Right.

9    **Q.** When you said "brothers" before, he said send them my way,

10   right?

11   **A.** Yes.

12   **Q.** But when you connect the brothers to the diwan, he says,

13   maybe in the future, I have learning to do, right?

14   **A.** Right.

15   **Q.** And this is all in your response to see if he was really

16   serious, right?

17   **A.** Correct.

18   **Q.** And then you switch to Wickr, correct?

19   **A.** Yes.

20   **Q.** And you were instructed by your FBI handler to change the

21   conversation to Wickr, correct?

22              MS. HUGHES:  Objection.  Not in evidence.

23              THE COURT:  It's a question.  Overruled.

24              Can you answer that?

25   BY THE WITNESS:

1    **A.**  I don't recall them saying switch him to Wickr, but we've

2    done that before.

3    BY MR. HERMAN:

4    **Q.**  And you do that so you can get some information about his

5    identity, right?

6    **A.**  I do that so he can be more comfort -- feel more

7    comfortable in a different platform.

8    **Q.**  And you instructed him how to do download that app, right?

9    **A.**  Correct.

10   **Q.**  He did not have that app, correct?

11   **A.**  No.

12   **Q.**  And you gave him a password to talk on Wickr, right?

13   **A.**  Correct.

14   **Q.**  And that password, Allah al Musta'an -- I'm sorry for any

15   mispronunciation -- what does that mean?

16   **A.**  May God be -- may God be an aide.

17   **Q.**  May God be --

18   **A.**  God is an aide or a helper.

19   **Q.**  Okay.  It wasn't some secret ISIS password, right?

20   **A.**  No.

21   **Q.**  It's, again, something that's universally said amongst

22   Muslims across the world?

23   **A.**  Correct.

24   **Q.**  And, again, after you switched to Wickr, you ask him,

25   again, if the question, your words, switching to Wickr will

 1    also make the bros feel more comfortable if you are really

 2    serious about doing what you said you want to do in Dar

 3    al-Kufr, right?

 4    **A.**  Yes.

 5    **Q.**  So, again, you're asking him if he's really serious?

 6    **A.**  Correct.

 7    **Q.**  And the next thing he does in response to you asking if he

 8    was really serious is to say, "I will let you know when.  It

 9    might be a long time."

10              He's not saying he's serious -- is that correct?

11    That's what the words say?

12    **A.**  Correct.

13    **Q.**  Those are his words?

14    **A.**  Correct.

15    **Q.**  "It might be a long time"?

16    **A.**  Yes.

17    **Q.**  And he, again, talks about FBI surveillance, right?

18    **A.**  Yes.

19    **Q.**  And he says that the FBI surveillance is holding him back

20    from doing anything, or that's your interpretation, right?

21    **A.**  Yes.

22    **Q.**  He never asks you for help in how to get rid of the FBI

23    surveillance, right?

24    **A.**  Correct.

25    **Q.**  You mentioned the diwan?  You're the person that mentioned

1    the diwan, right --

2    **A.** Yes.

3    **Q.** -- earlier?

4    **A.** Yes.

5    **Q.** He never asked you how to get in touch with the diwan?

6    **A.** No.

7    **Q.** He never asked you, how do I get in touch with ISIS,

8    correct?

9    **A.** Correct.

10   **Q.** He never asked you how to help him travel overseas?

11   **A.** No, he did not.

12   **Q.** He never asked you for help in obtaining weapons or guns?

13   **A.** No.

14   **Q.** And at the end of this chat, you talk about -- he talks

15   about downloading all the books, right?

16   **A.** Correct.

17   **Q.** And you ask for them to be sent to you?

18   **A.** Yes.

19   **Q.** He never sent them to you, did he?

20   **A.** No.

21   **Q.** You don't even know if he downloaded them, do you?

22   **A.** He said he did.

23   **Q.** Okay.  But those are just his words in an anonymous chat

24   room, right?

25   **A.** Correct.

1    **Q.** Okay.  And if -- you said earlier you can tell if somebody

2    is telling the truth by their actions in the chat room, right?

3    **A.** Yes.

4    **Q.** Okay.  And here he says, "I downloaded them all."  One

5    second, please.

6              "I have all the books.  You want?"  I'm on 41.

7    Correct?

8    **A.** Yes.

9    **Q.** "Are they in Arabic or English," that's you, correct?

10   **A.** Yes.

11   **Q.** He says, "English," right?

12             And then you say, "Yes send them please," correct?

13   **A.** Correct.

14   **Q.** And he never sends them, right?

15   **A.** Not to my recollection.

16   **Q.** But you'd remember if he sent you a bunch of books on bomb

17   making, wouldn't you?

18   **A.** As I said, I don't remember him sending those books.

19   **Q.** You would include it in a report to the other FBI handlers

20   if this kid sent you a bunch of books on bomb making, wouldn't

21   you?

22   **A.** Yes.

23   **Q.** And you never wrote a report like that, did you?

24   **A.** No.

25             MR. HERMAN:  We could take a break -- we could take a

1    break for lunch.

2              THE COURT:  How much longer do you have on cross?

3              MR. HERMAN:  15, 20 minutes.

4              THE COURT:  We were going to break around 12:30, so

5    we could break then.

6    BY MR. HERMAN:

7    Q.  We said -- we talked earlier about you had two chats with

8    him on June 6th and June 29th, right?

9    A.  Correct.

10   Q.  So 23 days pass between the chats, right?

11   A.  Yes.

12   Q.  He doesn't reach out to you, right?

13   A.  No, he does not.

14   Q.  After having -- talking about jihad, within five minutes of

15   talking -- of meeting a total stranger online, he doesn't reach

16   out to you a single time after that?

17   A.  Correct.

18   Q.  You're the person who initiates communication, right?

19   A.  Yes.

20   Q.  And you testified on direct examination that the reason

21   that you reached out to him was to see how much progress he

22   made, right?

23   A.  Right.

24   Q.  He made no progress because there was no plan that he had,

25   right?

**A.**  I don't know if he had any plans -- made plans or not.

**Q.**  But if he had a plan or if he actually had a plan that he told you, you wouldn't have waited 23 days to communicate with him, would you?

**A.**  Probably not.

**Q.**  Yeah.  I mean, we're talking about somebody who -- somebody who is realistic about bomb-making; you want to stop that right away?

**A.**  Correct.

**Q.**  Okay.  Not wait 23 days?

**A.**  Right.

**Q.**  If somebody was, in your words, really serious about it?

**A.**  Right.

**Q.**  And you reach out to him, 45, and the first thing he says -- the first thing he says is, after the greeting, "I've just been busy.  I have to stay passive for now because of the Mukhabarat," right?

You didn't even ask him to -- and then he says right after that, "What do you mean?  What are you talking about?"

And he says, can't get in touch with the brothers, right?

**A.**  Right.

**Q.**  You don't even ask him about the brothers, do you?

**A.**  No.

**Q.**  He's preemptively saying, "I know what you're asking about.

1    I can't get in touch with them.  I've just been busy," right?

2    **A.**  Right.

3    **Q.**  So after he makes that excuse to put you off, you said

4    you're worried about him, correct?

5    **A.**  Yes.

6    **Q.**  You weren't really worried about him, though; you were

7    trying to get information from him, right?

8    **A.**  I'm worried about him to see what his plans are.

9    **Q.**  These plans that he's never actually said to you?

10   **A.**  Not at this time, but before he did.

11   **Q.**  And then you guys engage in a conversation, and he

12   mentions -- you ask him if he has any -- he's got any weapons,

13   right?

14   **A.**  Correct.

15   **Q.**  And he just says that he's got a very sharp knife, right?

16   **A.**  Yes.

17   **Q.**  Which you say is a good start?

18   **A.**  Right.

19   **Q.**  Prior to that, 54, in all of his talking, he says, I know a

20   brother in contact with the ISIS media department, right?

21   **A.**  Yes.

22   **Q.**  You never followed up on that statement once, did you?

23   **A.**  No.

24   **Q.**  You never said you'd try to get information about who this

25   other brother was, right?

1    **A.**  Correct.

2    **Q.**  Okay.  And this is coming from somebody, Tommy, who, when

3    you asked to get in touch with the diwan, said maybe in the

4    future, right?

5    **A.**  Right.

6    **Q.**  Okay.  So you don't know if this statement -- there's any

7    truth to this statement that he has a contact in the IS media

8    department is true, do you?

9    **A.**  I do not know.

10   **Q.**  And when you start asking Tommy about can you get a gun,

11   his response is:  "I'm not old enough," right?  He says, I'm

12   only -- I'm not even 20, right?

13   **A.**  Right.

14   **Q.**  Okay.  Now, I don't want to ask where you're from, but you

15   know in Chicago -- you read the newspaper, right?

16   **A.**  Yeah, periodically.

17   **Q.**  There's a lot of gun violence in Chicago, right?

18   **A.**  Yes.

19          MS. HUGHES:  Objection, Your Honor.

20          THE COURT:  It's cross-examination.  Overruled.

21   BY MR. HERMAN:

22   **Q.**  There's a lot of gun violence -- there's a lot problems

23   with guns in Chicago, right?

24   **A.**  According to the news, yes.

25   **Q.**  It's not difficult to find a gun if you really want to,

1    right?

2    **A.**  Possibly.

3    **Q.**  And he's talking about, I can't buy a gun legally yet,

4    right?

5    **A.**  Right.

6    **Q.**  It sounds like an excuse, doesn't it?

7    **A.**  Could be.

8    **Q.**  And then he talks about -- do you know actually that you

9    can purchase a firearm in Illinois with parents' permission

10   when you're 18?

11              MS. HUGHES:  Objection, Your Honor.

12              THE COURT:  It's a question.  Overruled.

13   BY THE WITNESS:

14   **A.**  I do not know that, no.

15   BY MR. HERMAN:

16   **Q.**  And then he starts talking about a Kalashnikov, right?

17   **A.**  Yes.

18   **Q.**  And a Kalashnikov he describes is a semi-automatic weapon,

19   right, a rifle?

20   **A.**  Right.

21   **Q.**  And it's got one of those banana clips on it, right?

22   **A.**  Correct.

23   **Q.**  That we see in the Middle East a lot, people using

24   Kalashnikovs, right?

25   **A.**  Right.

1    **Q.** And the Vietcong use Kalashnikovs?  It's a Russian-made

2    weapon, right?

3    **A.** Correct.

4    **Q.** Okay.  The AK stands -- the Kalashnikov is the guy from

5    Russian who invented it, right?

6              MS. HUGHES:  Objection, Your Honor, outside the scope

7    of his testimony.

8              THE COURT:  Overruled.

9    BY MR. HERMAN:

10   **Q.** And Tommy says that he can actually build a Kalashnikov,

11   right?

12   **A.** Is that what his response was?  Can we go back to that

13   screen, please?

14   **Q.** He says he prefers the Kalashnikov, right?

15   **A.** Correct.

16   **Q.** And "I know how to build a Kalashnikov," right?

17              Do you know whether or not one could obtain parts to

18   build a Kalashnikov here in Illinois?

19   **A.** I do not know.

20   **Q.** And you're the one who tells him -- when he says he's only

21   20, you tell him, where there's a will, there's a way,

22    right?

23   **A.** Correct.

24   **Q.** And that meant if he had a will to get a gun, he would,

25   right?

1    **A.** Or to build a Kalashnikov, yes.

2    **Q.** Okay.  Well, you're aware he never built a Kalashnikov,

3    right?

4    **A.** I don't know.

5    **Q.** You're aware that he never had a gun, right?

6    **A.** I don't know.

7    **Q.** Okay.  You know he's not charged with having a gun, right?

8    **A.** I don't know.

9    **Q.** Do you know what he's charged with?

10   **A.** Supporting terrorism.

11   **Q.** Okay.  By building a Kalashnikov?

12   **A.** I -- I'm not a law person.

13   **Q.** And there's a reference as well to -- after you were shown

14   this complaint about Tommy saying, "I knew them," the people in

15   the complaint -- here, I'm on page 61.  "I knew them," do you

16   see that?

17   **A.** Yes.

18   **Q.** Okay.  You don't know whether or not he knew these people?

19   **A.** He said he does.

20   **Q.** Okay.  But you do not know whether or not he did.  You

21   don't know if he was lying?

22   **A.** I do not know.

23   **Q.** And then you ask him again:  What are you going to do about

24   this?  "What are you going to do about all this," right?

25   **A.** Yes.

1    **Q.** And you're doing this to try to determine whether or not he

2    has any plans, correct?

3    **A.** Yes.

4    **Q.** Okay.  And his response again, "I must wait only."  It may

5    be up to two years.  Making another excuse, right?

6    **A.** Yes.

7    **Q.** And later on in the communication, he continues to talk

8    about things that are concerning, like explosive belts, right?

9    **A.** Right.

10   **Q.** And your response to that was, don't hurt yourself?

11   **A.** Yes.

12   **Q.** And after saying -- after this young man says, wait until I

13   get my explosive belt, you say, don't rush into it, right?

14   **A.** Yes.

15   **Q.** And then that's the last exchange you have with him,

16   correct?

17   **A.** Yes.

18   **Q.** Okay.  Nowhere in these chats does he talk about a computer

19   code, does he?

20   **A.** Computer code, no.

21   **Q.** Nowhere in these chats does he talk about sharing videos,

22   does he?

23   **A.** Unless the videos that he downloaded from the weapons

24   group -- I mean, what he downloaded from the weapons group are

25   videos also, no, he does not.

1   **Q.** The things that he said he downloaded and would share with

2   you, but he never did?

3   **A.** Correct.

4   **Q.** He never shared anything with you in terms of files or

5   video, right?

6   **A.** I don't think he did.

7   **Q.** You realize that all of these talk about guns and weapons

8   and bombs, he's not on trial for providing support to ISIS for

9   any of that, don't you?

10  **A.** I -- I don't know.

11            MR. HERMAN:  Okay.  One second, please.

12       (Counsel conferring.)

13            MR. HERMAN:  Can I have one second?

14            THE COURT:  Sure.

15       (Brief pause.)

16            MR. HERMAN:  Nothing further.  Thank you.

17            THE COURT:  All right.  Thanks.

18            Why don't we take our lunch break now before

19  redirect.  You're going to be right next door.  We brought

20  lunch in for you.  There is such thing as a free lunch.

21            So why don't we come back at five after 1:00.  That

22  will give us about 50 minutes.

23            THE CLERK:  All rise.

24       (Jury out.)

25            THE COURT:  All right.  You can step down.

1      THE WITNESS:  Okay.

2          (The witness left the witness stand.)

3      THE COURT:  I just have one thing I want to say to

4  counsel before we take our break.

5          I understand the next witness, there will be a

6  sensitive document presented, so I will give that instruction

7  we talked about, and that involves Organization 1.  Is that

8  correct?

9      MR. JONAS:  That's correct, Your Honor.  It's --

10  we're going to have this twice in the trial, once this week and

11  once next week.  The instruction is almost exactly the same for

12  both.  I have another copy here.  I swapped out one word.  I

13  can give --

14      THE COURT:  Okay.  I was also -- when I talked to our

15  friends from DOJ here, they asked if I added to that, "Please

16  don't include the description of that exhibit in your notes."

17  That way we won't have to ask them to take separate notes and

18  put them in the SCIF and all that.  So I'm just going to tell

19  them not to put that down in their notes.

20      MR. GREENBERG:  That's fine.

21      MR. JONAS:  I appreciate that.

22      MR. GREENBERG:  Judge, we have two things we want to

23  raise before the lunch break.

24      THE COURT:  Okay.

25      MR. GREENBERG:  One I spoke to Mr. Jonas about, but I

1  haven't spoken to him about it since the witness when we

2  resumed again.

3          I believe one of the jurors, Ms. Williams, is falling

4  asleep.  The person next to her on at least two or three

5  occasions has woken her up.  I don't know if that's something

6  the Court wants to inquire of or you want to excuse her.  But

7  certainly from our perspective, she is not showing the ability

8  to be a juror.

9          MR. JONAS:  Your Honor, Mr. Greenberg raised that

10  with me during a break.  We've -- in the morning --

11          THE COURT:  I can't see her because you're in the way

12  there, so --

13          MR. GREENBERG:  I -- you're the first one to call me

14  tall in a long time.

15          THE COURT:  Well, you're just in the way.

16          MR. JONAS:  Judge, Mr. Greenberg brought that to my

17  attention during the morning break.  Then in the -- after that

18  morning break, Ms. Wells and I periodically would turn around

19  and look at that juror, and she seemed like she was awake and

20  paying attention to us.

21          My suggestion is, let's just keep going as is.  We

22  can keep an eye on it as we proceed and see what happens.

23          MR. GREENBERG:  That's I think -- she's back here,

24  Judge.  So if you want to watch, that's fine.  I'm not --

25          THE COURT:  Well, I would like to keep an eye on it

1    before I make that determination.

2              MR. GREENBERG:  Okay.

3              THE COURT:  I appreciate your telling me that.

4              MR. GREENBERG:  And the second thing, Judge, I want

5    to flag, there's a -- because I'm not sure.  We thought it was

6    maybe going to come up with this witness, and it didn't.

7              There is a complaint that our client had in his

8    possession, which was a complaint, I believe, regarding a prior

9    attack by someone who was certainly an ISIS sympathizer --

10             MR. HERMAN:  I can talk to that.

11             MR. GREENBERG:  -- who was -- who was the Orlando

12   shooter.  Is that right?

13             MR. JONAS:  No.

14             MR. GREENBERG:  No.  Okay.  You talk.

15        (Counsel conferring.)

16             MR. HERMAN:  Judge, it actually came up briefly

17   during this examination of OCE 1 of a picture of the complaint

18   that Mr. Osadzinski sent to OCE 1 and talked about the

19   brothers.  I asked a question about not knowing them.

20             The full complaint was recovered in Mr. Osadzinski's

21   apartment during the execution --

22             THE COURT:  This was the photograph that was --

23             MR. HERMAN:  Yeah, there's a photograph.  The case is

24   *United States versus Jones and Schimenti*, and Mr. Jonas

25   prosecuted it.  It's the full complaints and exhibit.  We

1    understand the full complaint was found in Mr. Osadzinski's

2    apartment.  At the same time, it's like introducing the

3    complaint in this case.  There's all sorts of things that are

4    in it.

5            If the government wants to -- and previously I think

6    they made an argument that the complaint is relevant to show

7    Mr. Osadzinski's state of mind as to knowing whether or not

8    ISIS was a foreign terrorist organization.  The allegations in

9    that complaint are completely different here.  These are

10   individuals.  And Mr. Jonas can jump in because of his

11   familiarity with the case, but these are people who sent cell

12   phones overseas to be detonators for violence.

13           And looking forward to the future -- and I think this

14   is a witness who may come up tomorrow or Friday, tomorrow or

15   Wednesday -- sorry, tomorrow or Thursday --

16           MR. JONAS:  This week.

17           MR. HERMAN:  -- the full complaint we would -- should

18   not go back to the jury because of, you know, the contents of

19   it.  And given the dissimilarity of what happened in that case

20   and in this case, it just gives a -- it's overly prejudicial.

21           THE COURT:  Is this a 403?

22           MR. HERMAN:  This is a 403, Judge.

23           THE COURT:  Okay.

24           MR. JONAS:  Your Honor, can we -- I think this is

25   something we can work out with defense counsel.  And then if we

1    don't, we'll just report back to the Court.

2            THE COURT:  I can think of a lot of middle ground

3    here.

4            MR. JONAS:  I mean, off the top of my head, I'm just

5    thinking we can introduce the particular pages that we're

6    interested in that describes ISIS as a terrorist organization

7    without getting into the specifics of the allegations against

8    those defendants.

9            THE COURT:  Okay.  All right.  So do you have

10   another -- Mr. Jonas, do you have another jury -- that jury

11   instruction?

12           MR. JONAS:  Yeah.  Judge, I just swapped out one word

13   in the one we gave you prior.  And the bracketed language is

14   for when Your Honor reads it next week.

15           THE COURT:  All right.  Well, this is the one I got

16   before, isn't it?

17           MR. JONAS:  There is a word that's switched.  I'm

18   reluctant to say it on the record, Judge, but there would be

19   one word that was swapped out.

20           THE COURT:  Okay.  All right.  And I'm going to add

21   "Don't take notes"?

22           MR. JONAS:  Yes.  Thank you, Judge.

23           THE COURT:  All right.  Thank you.  See you after

24   lunch.

25        (Recess at 12:25 until 1:05 p.m.)

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
        UNITED STATES OF AMERICA,        )
 4                                       )
                        Plaintiff,       )
 5                                       )
                   vs.                   )  No. 19 CR 869
 6                                       )
        THOMAS OSADZINSKI,               )  Chicago, Illinois
 7                                       )  October 5, 2021
                        Defendant.       )  1:11 p.m.
 8

 9            TRANSCRIPT OF PROCEEDINGS - Volume No. 1 PM

10           BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                          and a Jury

12
        APPEARANCES:
13
        For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                                United States Attorney
                                  BY:  MR. BARRY JONAS
15                                     MS. MELODY WELLS
                                  Assistant United States Attorneys
16                                219 South Dearborn Street, Fifth Floor
                                  Chicago, Illinois  60604
17                                (312) 353-5300

18
                                  MS. ALEXANDRA HUGHES
19                                Trial Attorney, Department of Justice
                                  National Security Division
20                                950 Pennsylvania Avenue, NW
                                  Washington, D.C.  20530
21

22

23      Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                  219 South Dearborn Street, Room 1706
24                                Chicago, Illinois 60604
                                  (312) 435-7626
25                                nancy_bistany@ilnd.uscourts.gov
```

APPEARANCES:   (Continued)

For the Defendant:                    GREENBERG TRIAL LAWYERS
                                      BY:   MR. STEVEN GREENBERG
                                      53 West Jackson Boulevard, Suite 1260
                                      Chicago, Illinois  60604
                                      (312) 879-9500


                                      LAW OFFICE OF JOSHUA G. HERMAN
                                      BY:   MR. JOSHUA G. HERMAN
                                      53 West Jackson Boulevard, Suite 404
                                      Chicago, Illinois  60604
                                      (312) 909-0434

1          (Jury out.  Proceedings heard in open court:)

2          THE COURT:  Was there something you wanted to talk to

3     me about before we brought the jury in?

4          MS. WELLS:  Yes, Your Honor.  Thank you.

5          The government, having reviewed sort of our notes

6     from opening statements, is a little bit concerned that the

7     defense's opening statement characterized the law in a

8     particular way that we don't think -- we at least do not agree

9     with.  And I would point to three issues based on our

10    observations that we would raise.

11         One is that we think the defense described the

12    required connection to the FTO as being direction and control,

13    which exceeds what we think we actually have to prove in a

14    services case.  The statute specifies that in a personnel case,

15    that's the standard, and that's under 2339B(h).

16         The second thing is that we've charged this case as

17    an attempt.  So it's not our view that we actually have to

18    prove that all of these things took place but, rather, that a

19    substantial step was taken.

20         And then the third thing that we're concerned about

21    based on the characterization of the law is the description of

22    the First Amendment.  And certainly there is a carve-out in the

23    2339B statute for First Amendment protected conduct, but under

24    the leading Supreme Court case, *Humanitarian Law Project*, if we

25    have shown that there's coordination, that's what takes us out

1    of First Amendment land and into material support land.

2    The conclusion from all of this, Your Honor, is that

3    I think what we're proposing is some kind of curative

4    instruction that would simply be a reminder that it is the

5    Court's responsibility to instruct the jurors as to the law at

6    the end of the case and that they should not take any -- draw

7    any conclusions about what those will -- instructions will be

8    until the Court provides them.

9    And we'd be happy to propose some language for Your

10   Honor, but we just wanted to raise this issue now.

11   MR. GREENBERG:  Judge, we have discussed this issue

12   with the government.  I would point out that what I argued as

13   far as the law on coordination and so forth comes from the

14   government's proposed instruction, docket 96, page 24.  The

15   language comes out of that instruction.

16   And I think the fact that it's charged as an attempt

17   case doesn't change that.  They still, even under the wording

18   of that instruction, their own wording, need to show that he

19   attempted to work under the control and/or direction.  It's

20   right out of the instruction that the government proposed, so I

21   don't think that anything needs to be said.

22   As far as the First Amendment, I correctly stated the

23   law.  The law provides for First Amendment.  And if you act at

24   the direction or control, arguably, it's not First Amendment

25   protected, although *Holder versus Humanitarian Project* involves

1    allegations that are quite different.

2           I had -- and I was telling the government I had

3    pulled a Law Review article that talks about tweeting in

4    support of terrorism and so forth.  And the premise of the Law

5    Review article is that in a situation where you're talking

6    about online charts, the Supreme Court is likely to view it

7    differently, but I understand we haven't gotten to that point

8    yet.  As one lawyer once said, the first step to a winning

9    appeal is a losing trial.

10          But I quoted directly from their instruction when

11   I -- when I argued.  So I don't think the Court needs to remind

12   the jurors of anything.  You said it was -- opening statements

13   are the statements by the lawyers what they expect the evidence

14   to show; I'm going to instruct you at the end of the case.  And

15   all this has been covered.

16          THE COURT:  Well, look, I'm not going to give a

17   curative instruction.  I think that would draw too much

18   attention to it at this point.

19          I've already told the jury that arguments of lawyers

20   are not evidence.  I've already told the jury that I'm going to

21   instruct them on the law during and after the case, and it's

22   that law that they are going to follow.

23          I think Mr. Greenberg probably did step over the line

24   several times as far as being argumentative in his opening

25   statement.  There was one objection.  I tried to handle that.

1    I don't like interrupting people in their opening and closing
2    arguments.  It's just something I don't have a good feeling
3    about.  So I did what I did during Mr. Greenberg's opening and
4    told him to stick to the evidence.
5            I will be instructing them on the law, and that's the
6    law that they will follow.  So to do a curative instruction now
7    kind of distracts them and points a finger that I don't feel
8    like pointing right now.  I appreciate what you're saying,
9    though.
10           All right.  Let's keep going.
11       (Brief pause.)
12           THE CLERK:  All rise.
13       (Jury in.)
14           THE COURT:  Good afternoon, folks.  Please be seated.
15           I've been told some of you thought it was rather
16   chilly in here.
17           THE CLERK:  The other courtroom.
18           THE COURT:  Oh, it's the other courtroom that was
19   chilly.  Okay.
20           I'm always afraid to tell them to warm it up a bit
21   because it will become tropical pretty quickly.  So if anybody
22   is uncomfortable at all or feels that they need a break, again,
23   please don't be shy about asking me.  We're going to go until
24   3:30, so I would like to go the next two hours.
25           MS. HUGHES:  Thank you, Your Honor.  And can I just

1    confirm if it's being displayed for the jurors?

2            THE CLERK:  Okay.  Hang on one second.  You said you

3    do want it on for the jurors?

4            MS. HUGHES:  Yes, please.  Thank you.

5            THE CLERK:  So now, counsel, from now if you see that

6    screen, you know the jury is seeing it.  We fixed it.

7            MS. HUGHES:  Thank you.

8            THE CLERK:  So you should have your screens perfect.

9            MS. HUGHES:  Thank you very much.

10        HAZEEM MUHAMMAD, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

11                    REDIRECT EXAMINATION

12   BY MS. HUGHES:

13   **Q.**  Good afternoon, Agent Muhammad.

14   **A.**  Good afternoon.

15   **Q.**  You were asked some questions on cross-examination by the

16   defense, and I just have a few clarifying questions for you.

17   **A.**  Okay.

18   **Q.**  As part of your investigative duties as an online covert

19   employee, do you go into -- is it your goal to go into every

20   room on Telegram?

21   **A.**  No.

22   **Q.**  What kinds of rooms do you specifically enter and

23   investigate in?

24   **A.**  Groups with a catchy name, groups that have people that I

25   think I have encountered before.  But, no, not every group or

1    every channel.

2    **Q.** When you say "catchy name," are you saying, like, Bulls

3    fans?  Like what do you mean by "catchy name"?

4    **A.** Weapons, bombs, explosives, those are the catchy names that

5    I was referring to.

6    **Q.** And, again, what is the name of the specific room where you

7    first engaged with the defendant?  What is it called?

8    **A.** Weapons.

9    **Q.** This is on page 2 of Government's Exhibit 101.  Zooming in

10   on the black box on page 2, and more specifically, Agent

11   Muhammad, could you please read the text in this box, this text

12   that accompanies the TATP recipe?

13   **A.** "In the Name of Allah, the Most Gracious, the Most

14   Merciful.  All praise is due to Allah, the Lord of the

15   Universe, and may his peace and blessings be upon His Messenger

16   Muhammad and those who follow his footsteps.

17          "And now a gift to the mujahideen who operate in the

18   kuffar lands.  We now provide to you a recipe for TATP that you

19   might strike a blow behind the enemy lines, like we did in

20   Paris."

21   **Q.** What does -- what do you interpret "a gift to the

22   mujahideen" to mean?

23          MR. HERMAN:  Objection, Judge.  This is also beyond

24   the scope of cross.

25          MS. HUGHES:  Your Honor, the -- sorry.

1           THE COURT:  Go ahead.

2           MS. HUGHES:  If I can respond.

3           It has been implied that the defense -- that the

4    defendant's connection to ISIS was opaque or not clear, and

5    this document puts that front and center.

6           THE COURT:  Overruled.

7    BY MS. HUGHES:

8    **Q.**  Go ahead.  Thank you.

9    **A.**  Could you repeat your question, please?

10   **Q.**  So it says, "This is a gift to the mujahideen."  Could you

11   please explain what the mujahideen are?

12   **A.**  Mujahideen are the fighters, the freedom fighters.

13   **Q.**  And the kuffar lands, could you remind the jurors what

14   kuffar means?

15   **A.**  Kuffar are the infidels.  The land of the infidels,

16   referring to the United States in this instance.

17   **Q.**  So continue reading if you wouldn't mind.

18   **A.**  "We now provide you a recipe for TATP that you might strike

19   a blow behind the enemy lines, like we did in Paris."

20   **Q.**  What if anything do you understand "like we did in Paris"

21   to mean?

22          MR. HERMAN:  Objection, Judge.

23          MS. HUGHES:  Again, this is -- this was part of

24   cross, was "This was all opaque.  This was run-of-the-mill

25   Islamic talk."

 1            THE COURT:  Overruled.

 2            MR. HERMAN:  Just for the record, a Rule 403

 3    objection as well.

 4            THE COURT:  I understand.

 5    BY MS. HUGHES:

 6    Q.  Please continue.

 7    A.  If I recall correctly, not too long before this

 8    composition, there was a terrorist attack in Paris.

 9    Q.  And what does it say under this?

10    A.  "Materials to Acquire."

11    Q.  And that is enough.  I won't have you read the actual

12    recipe.

13            And just for the record, again, what is the symbol at

14    the top of this gift to the mujahideen paragraph?

15    A.  A symbol used at the time by ISIS.

16    Q.  And just to be clear, this KX-Star, is this the first

17    communication you see from the defendant?

18    A.  Yes, it is.

19    Q.  Moving to page 8 of Government's Exhibit 100-1, what does

20    the defendant write at 7:45 a.m.?

21    A.  "Yes, there was a much better detailed video guide in

22    Arabic plus English translation."

23    Q.  And on page 9, when asked -- Marwan asks a question.  Could

24    you please read the question and the defendant's response?

25    A.  Marwan asks:  "Was it an official release from Dawlah?"

1          K-Star replies:  "Yes, Dawlah, with English

2     subtitles."

3     **Q.**  And, again, what does Dawlah mean?

4     **A.**  Dawlah is short for the Islamic State.

5     **Q.**  Meaning ISIS?

6     **A.**  Correct.

7     **Q.**  Is this a term you find in Islamic theology?

8     **A.**  No.

9     **Q.**  Moving to page 22, could you please read what the defendant

10    writes starting at 8:26 a.m.?

11    **A.**  "Dar al kufr.  The mukhabarat know who I am.  Hijrah will

12    be very hard."

13    **Q.**  Again, what does the "mukhabarat" mean?

14    **A.**  Intelligence services, referencing the FBI.

15    **Q.**  What does "hijrah" mean?

16    **A.**  Hijrah is migration to Islamic land for the purpose of

17    fighting.

18    **Q.**  And in the context of ISIS, what does it mean?

19    **A.**  It means leaving one's land to go to the Islam State and

20    join their fight.

21    **Q.**  And is this a term that you find in Islamic theology?

22    **A.**  No.

23    **Q.**  Moving to page 54, what does the defendant write at

24    2:16 p.m.?

25    **A.**  "InshaAllah, I know a brother in contact with IS media

1  department."  If I do -- if I do it, there will be an Isdar.

2  **Q.**  What does IS media department mean?

3  **A.**  Islamic State media department.

4  **Q.**  Moving to page 66, what does the defendant write at

5  3:03 p.m.?

6  **A.**  "I am doing a lot of reading of materials."

7            I ask:  "Quran and Hadith?

8            "Like explosive making and Quran and Hadith."

9  **Q.**  And, again, the Quran and Hadith are religious documents?

10 **A.**  Correct.

11 **Q.**  And when you ask him are you reading just the Quran and

12 Hadith, what does he respond with?

13 **A.**  He's reading both the making -- like explosive making and

14 Quran and Hadith.

15 **Q.**  Now, we talked a little bit about Sheyk Anwar al-Awlaki?

16 **A.**  Yes.

17 **Q.**  Is Sheyk Anwar al-Awlaki -- if you just first just remind

18 the jurors who is Sheyk Anwar Al-Awlaki?

19 **A.**  He is a --

20           MR. HERMAN:  Objection, Judge.  I didn't even mention

21 Al-Awlaki.

22           THE COURT:  No, but you -- overruled.

23 BY MS. HUGHES:

24 **Q.**  You can continue.  Thank you.

25 **A.**  Anwar al-Awlaki is a dead scholar, was an Islamic scholar

1    who was an influencer and instigating acts of terrorism.

2    **Q.** And is he sort of mainstream Islamic theology, or where

3    does he -- what is he known for in particular?

4    **A.** He's known for spreading hate speech and --

5                MR. HERMAN:  Objection, Judge.

6                THE COURT:  Where is his name in this?

7                MS. HUGHES:  The defendant raises his name and says

8    that he needs to be -- that Sheyk Anwar al-Awlaki is someone

9    who is surveilled for a long period of time, and he also needs

10   to lay low.

11               And, again, this goes to the point that he's not

12   referencing --

13               THE COURT:  I understand.  I don't want the argument

14   now.  Okay.  I'll overrule the objection.

15   BY MS. HUGHES:

16   **Q.** The question was, is he sort of mainstream Islamic

17   theology?

18   **A.** He was a -- he used to make sermons, broadcast sermons on

19   social media instigating jihad.

20   **Q.** And you were asked a question about you had written in a

21   communication with a colleague about setting up the defendant

22   to meet someone else.

23               You had referenced that there are certain limitations

24   on what you can do as an OCE.  Could you please elaborate on

25   that?

1    **A.** There are certain limitations on what we can do and say to

2    a person online. We cannot teach them anything. We cannot

3    instruct them on how to build a bomb. We cannot instruct them

4    on doing -- committing acts of violence.

5    **Q.** And what did you mean by I'm setting him up potentially to

6    meet someone?

7    **A.** Because if he came back to me and said, "I would like to

8    meet somebody from my land," my point was to hand him over to

9    somebody who does the face-to-face contact with him, because

10   I'm not certified to do such thing.

11   **Q.** Moving to page 26, you were asked some questions mentioning

12   that targeting was posed to you.

13           And what did the defendant respond with in terms of

14   what targets he had in mind?

15   **A.** "Yes," he replies, "always purify the intention. Best to

16   target the government rafidah."

17   **Q.** And what did you respond?

18   **A.** I replied:  "That should be easy."

19           And he replies:  "Citizens can be risky unless they

20   are in blatant kufr (alcohol bars, LGBT parade/club)."

21   **Q.** So is the defendant saying that all citizens are off

22   limits?

23   **A.** Only those who are -- who commit blatant kufr.

24   **Q.** Did you understand the defendant to be being provacative

25   with this or puffering?

1   **A.** The way I understand it is that those described in his

2   reply are fair targets.

3   **Q.** Did you know where the defendant was when he wrote this?

4   **A.** No.

5   **Q.** Did you know if he was in Illinois?

6   **A.** No.

7   **Q.** Moving to page 47, when the defendant says he's told --

8   he's laying low, could you please read what he says at

9   2:11 p.m.?

10  **A.** "Yes, I want to.  I was told by a knowledgeable brother to

11  wait for now."

12  **Q.** Do you know who this knowledge -- knowledgeable brother is?

13  **A.** No.

14  **Q.** Do you know if he's ISIS or elsewhere?

15  **A.** No.

16  **Q.** Moving to page 31, what does the defendant write starting

17  at 9:08 beginning with "I am in a top school for computers"?

18  **A.** "I am in a top school for computers trying my best.  In a

19  few years, inshaAllah I'll be very skilled."

20  **Q.** And I cut off the other part of the conversation.  My

21  apologies.  Hold on one second.  Let me get a better screenshot

22  for you.

23          You respond with what at 9:09?

24  **A.** "Well, that is excellent then."

25          And he replies:  "Yes, I can help many brothers."

1    **Q.** Does he say he's acquiring these skills for his own sort of

2    personal use then?

3    **A.** He's saying that he wants to use his skills to help other

4    brothers.

5    **Q.** What did you interpret him to mean when he said other

6    brothers?

7    **A.** I interpret that to be -- to help other brothers who are

8    sympathizers to ISIS or ISIS members.

9    **Q.** Moving to page 68, what does the defendant say about when

10   he will be able to reemerge?

11   **A.** He says, "Once I get my gun and explosive belt, the

12   mukhabarat will never get me b'ithnillah."

13          I replied:  "Bi'ithnillah.  But you need to be

14   cautious not to harm yourself in the process."

15          He says, "Yea, I am talking with a brother who knows

16   a lot."

17          I reply:  "Alhamdulillah, just don't rush into

18   things."

19          And he replies:  "InshaAllah."

20   **Q.** Now, in the course of your training and your experience,

21   does the fact that he said he's 20 years old, does that lessen

22   the threat?

23   **A.** Not at all.

24          MS. HUGHES:  No further questions.  Thank you, Your

25   Honor.

1                        RECROSS-EXAMINATION

2    BY MR. HERMAN:

3    **Q.** Sir, you said it doesn't lessen the threat that he's only

4    20 years old, right?  But after June 29th you never tried to

5    even communicate with him again; isn't that right?

6    **A.** Correct.

7    **Q.** This is a man who just said he was going to get an

8    explosive belt, a young man who says this, right?

9    **A.** Right.

10   **Q.** And you just got done telling everybody that it didn't

11   lessen the threat that he was only 20, yet you never try to

12   communicate with him again, right?

13   **A.** Correct.

14   **Q.** He's not charged with TATP instructions --

15            MS. HUGHES:  Objection, Your Honor.  This has been

16   covered.  He's not aware of the charges.

17            MR. HERMAN:  Judge, the government just walked

18   through everything --

19            THE COURT:  I'll let you go ahead.

20   BY MR. HERMAN:

21   **Q.** Are you aware that he's not charged with TATP?

22   **A.** I am now.

23   **Q.** Are you -- he's not charged with targeting anybody for

24   violence, right?

25   **A.** Yes, I know that now.

1    **Q.** And there's -- again, you were asked about guns, but you

2    know that he was never found with a gun, right?

3    **A.** I do know now.

4    **Q.** Not even with a knife?

5    **A.** I do --

6              MS. HUGHES:  Objection, Your Honor.  This is beyond

7    the scope of this witness --

8              THE COURT:  Please stand to make objections.

9              MS. HUGHES:  Apologies.  This is beyond the scope of

10   this witness, and he is essentially introducing facts that are

11   not in evidence.

12             THE COURT:  I'll sustain that.

13             MR. HERMAN:  Judge, I've got nothing else.

14             THE COURT:  All right.  You're excused, sir.  Thank

15   you.

16        (Witness excused.)

17             MR. JONAS:  Your Honor, the government calls Jack

18   Rodgers.

19             Judge, may I approach the bench to put the exhibits

20   up there?

21             THE COURT:  Sure.

22        (Witness entered courtroom.)

23             THE COURT:  Please raise your right hand.  Do you

24   solemnly swear or affirm that the testimony you're about to

25   give in this cause will be the truth, the whole truth, and

1    nothing but the truth?

2            THE WITNESS:  I do.

3         (Witness duly sworn.)

4            THE COURT:  Please have a seat.  And you can take off

5    your mask while you testify.

6            MR. GREENBERG:  Barry?

7            MR. JONAS:  Judge, one moment.

8         (Counsel conferring.)

9            MR. JONAS:  All right.  Judge, Mr. Greenberg reminded

10   me to put on the sock.

11           Judge, may I take my mask off?

12           THE COURT:  Yes.

13           MR. JONAS:  May I proceed?

14        JACK RODGERS, GOVERNMENT'S WITNESS, SWORN

15                   DIRECT EXAMINATION

16   BY MR. JONAS:

17   Q.  Good afternoon.

18   A.  Good afternoon.

19   Q.  Sir, what do you do for a living?

20   A.  I'm a special agent for the FBI.

21   Q.  And what name will you be testifying under here today?

22   A.  Jack Rodgers.

23   Q.  Could you spell that, please?

24   A.  Yes.  J-a-c-k, R-o-d-g-e-r-s.

25   Q.  Can you, if it's possible, pull the microphone a little

1    closer to you?

2    **A.** Absolutely.  Is that better?

3    **Q.** That is better.

4    **A.** Okay.

5    **Q.** Is that your real name?

6    **A.** It is not.

7           THE COURT:  Can you move over just a little bit so

8    that they can see you in the screen?

9           THE CLERK:  No, no.

10          THE COURT:  They've got to see him.  Okay.

11          MR. JONAS:  Thank you, Judge.

12   BY MR. JONAS:

13   **Q.** I'm sorry.  How long have you been with the FBI?

14   **A.** 13 years total.

15   **Q.** How long have you been a special agent with the FBI?

16   **A.** Five-and-a-half years.

17   **Q.** Prior to being a special agent, what did you do?

18   **A.** I was a linguist.

19   **Q.** What's a linguist do?

20   **A.** A linguist performs translations and interpretations.

21   **Q.** And were you a linguist for the FBI?

22   **A.** I was.

23   **Q.** What languages did you interpret and translate for the FBI

24   when you were a linguist?

25   **A.** Arabic and Norwegian.

1   **Q.** Prior to being a linguist, did you work in any capacity for

2   the government?

3   **A.** I did.

4   **Q.** What did do you?

5   **A.** I was in the military.

6   **Q.** What branch?

7   **A.** U.S. Navy.

8   **Q.** And what did you do in the Navy?

9   **A.** I was a linguist there as well, as well as an air crewman.

10  **Q.** What languages did you -- were you a linguist for in the

11  Navy?

12  **A.** Arabic and French.

13  **Q.** So you speak English, Arabic, French, and Norwegian?

14  **A.** I make do.  I make -- make my way.

15  **Q.** How long were you in the Navy for?

16  **A.** Six years.

17  **Q.** Did you go straight from the Navy into the FBI, or was

18  there any gap in between?

19  **A.** There was a gap of three years where I worked in the

20  private sector.

21  **Q.** I want to focus right now on your role and your

22  responsibilities as an FBI agent.

23         So what is it you do as an FBI agent?

24  **A.** I specialize in counterterrorism.

25  **Q.** Are you assigned to a particular squad with the FBI?

1  **A.** I am.

2  **Q.** And are squads -- do they have specialties?

3  **A.** They do.

4  **Q.** So what's the specialty of your squad?

5  **A.** My squad specializes in terrorist use of the internet.

6  **Q.** And how does your squad investigate terrorists' use of the

7  internet?

8  **A.** Primarily we have sources online and in places where

9  they're most likely to encounter or have visibility into

10  activities suggestive of terrorism or material support to

11  terrorism.

12  **Q.** Could you try to keep your voice up a little bit?

13  **A.** Yes.  I'm sorry.

14  **Q.** Thank you.  That's okay.

15       And you said sources.  Let's start with that.  What

16  is a source?

17  **A.** A source is someone who provides information in exchange

18  for compensation.

19  **Q.** Is there a term that you use for sources?

20  **A.** Yes.

21  **Q.** What is that term?

22  **A.** Confidential human source.

23  **Q.** CHS for short?

24  **A.** Correct.

25  **Q.** Is that FBI lingo?

1    **A.**  It is.

2    **Q.**  And what does the source do when they're on the internet?

3    **A.**  The source will try to position him or herself in a place

4    where they're likely to, as I said before, encounter activities

5    suggestive of terrorism or support for terrorism.

6    **Q.**  Do -- you say on the internet.  Do they go to just any old

7    space on the internet, or is there specific spaces they go to?

8    **A.**  Specific spaces.

9    **Q.**  And what type of spaces?

10   **A.**  Spaces that are -- where they're more likely -- most likely

11   to encounter terrorist activity.

12   **Q.**  And besides sources, do other people who are FBI employees,

13   people in your squad, do the same thing?

14   **A.**  Yes.

15   **Q.**  And those other employees, are they agents as well as other

16   linguists and analysts that do that?

17   **A.**  Yes.

18   **Q.**  So if there's an FBI employee who is sitting besides --

19   behind the keyboard, is there a term for that person?

20   **A.**  There is.

21   **Q.**  And what is that term?

22   **A.**  Online covert employee, OCE.

23   **Q.**  OCE?

24   **A.**  Correct.

25   **Q.**  More FBI lingo?

1    **A.** It is, yeah.

2    **Q.** Is there a difference between an OCE and a CHS when they're

3    online doing their work?

4    **A.** Functionally it's the same work.

5    **Q.** When you or a CHS or someone else in your squad are online,

6    do you -- are you there as yourself or do you adopt a persona?

7    **A.** I adopt a persona.

8    **Q.** What is a persona?

9    **A.** A persona is basically a fictitious personality.  It

10   doesn't have to be anchored to one specific account.  It can

11   operate through multiple accounts, but it's one fictitious

12   person.

13   **Q.** Does -- does -- what type of persona do you or your squad

14   mates or the CHS usually take on when they're doing this type

15   of work?

16   **A.** Generally it will be a persona that would be most likely to

17   appeal to a person of interest or the people that we are most

18   concerned with.

19   **Q.** And what are you trying to accomplish when you or a CHS are

20   online?

21   **A.** Like ultimately trying to prevent acts of terrorism or

22   support for terrorism.

23   **Q.** Are you familiar with the term "handler"?

24   **A.** I am.

25   **Q.** What does that term mean?

1  **A.** A handler is someone who is responsible for maintaining

2  communication with a source, for providing tasking, providing

3  compensation, receiving the source's reporting, and documenting

4  it.

5  **Q.** And I want to turn your attention to February 2019.

6              Were you working in the same FBI squad doing the same

7  thing that you just testified to about back then?

8  **A.** I was.

9  **Q.** And were you the handler for a CHS, a confidential human

10  source?

11  **A.** I was.

12  **Q.** And was this CHS -- how long -- up through today, how long

13  has that CHS worked for the FBI?

14  **A.** As of today, approximately six years.

15  **Q.** Has the CHS worked on multiple investigations during those

16  six years?

17  **A.** Yes.

18  **Q.** Has the CHS been compensated for their work?

19  **A.** Yes.

20  **Q.** Approximately how much has this CHS been paid up through

21  today?

22  **A.** Approximately $500,000.

23  **Q.** And that covers the six years?

24  **A.** Yes.

25  **Q.** Any other benefits that this person received that you're

1    aware of?

2    **A.**  No.

3    **Q.**  Now, in February 2019 the defendant and the CHS begin to

4    engage in communications with each?

5    **A.**  Yes.

6    **Q.**  And were you at the time familiar with these

7    communications?

8    **A.**  Yes.

9    **Q.**  In other words, was the CHS reporting to you what the

10   defendant was saying when the two of them were talking?

11   **A.**  Yes.

12   **Q.**  And at some point even did you yourself step in and take

13   over that persona?

14   **A.**  I did.

15   **Q.**  What social media -- was it a social media platform that

16   they were engaging on?

17   **A.**  It was.

18   **Q.**  And what social media platform was that?

19   **A.**  Telegram.

20   **Q.**  Are you familiar with Telegram?

21   **A.**  I am.

22   **Q.**  Have you used it in your work as part of being a special

23   agent that investigates terrorism activity online?

24   **A.**  I have.

25   **Q.**  Can you explain what Telegram is?

1    **A.**  Yes.  Telegram is a chat platform.  It's accessible through

2    a mobile handheld device or through a desktop client.  It

3    offers the user the ability to conduct one-on-one chats, to

4    create groups where members can interact or channels where only

5    administrators can post content.

6           You can also do video -- or I'm sorry, not video --

7    audio messages or phone calls, and you can also pass large

8    files and multimedia.

9    **Q.**  So these groups or channels that are in Telegram, do they

10   often have themes?

11   **A.**  They do.

12   **Q.**  In other words, could there be a Chicago Cubs group, for

13   example?

14   **A.**  There could.

15   **Q.**  In doing your work can you -- are you experienced with

16   groups that are focused or channels that are focused on ISIS?

17   **A.**  Yes.

18   **Q.**  Is that where a lot of the space -- when I say "space," I

19   mean online space -- is that where often you or your squad

20   mates or the CHS operate in?

21   **A.**  Yes.

22   **Q.**  And I forgot one thing to ask you.

23          So the persona that engaged with the defendant on

24   Telegram, first it was the CHS that you were the handler of,

25   and then it became you, correct?

1    **A.**  Correct.

2    **Q.**  For purposes of your testimony, can we call this persona

3    OCE 2?

4    **A.**  Yes.

5    **Q.**  So whether I'm referring to it when the CHS was behind the

6    screen or whether you were behind the screen, we'll just call

7    it OCE 2, okay?

8    **A.**  Yes.

9    **Q.**  And one other matter.

10              So are you aware of a different CHS that was involved

11   in the investigation that engaged with the defendant?

12   **A.**  I am aware, yes.

13   **Q.**  And is it your understanding that that CHS will testify in

14   this trial at some point?

15   **A.**  That is my understanding, yes.

16   **Q.**  And so we're clear, is that CHS different from the CHS that

17   you were the handler for?

18   **A.**  It is a different CHS, yes.

19   **Q.**  Okay.  Can you explain to the jury how communications

20   between the defendant and OCE 2 began on Telegram?

21   **A.**  Yes.  On February 7th, 2019, the defendant contacted

22   Organization 1.

23   **Q.**  So this is on Telegram?

24   **A.**  On Telegram, yes.

25   **Q.**  So you said Organization 1.  Does -- can you describe for

1    the jury what Organization 1 is?

2    **A.** Yes.  Organization 1 is a pro-ISIS online publishing group

3    which specializes in providing instructional material related

4    to IEDs and toxins primarily to would-be attackers, plotters.

5    **Q.** And is the name of the -- is there a real name to

6    Organization 1, or is it just named Organization 1?

7    **A.** There's real name, and it's not Organization 1.

8    **Q.** And is that name sensitive to the FBI?

9    **A.** It is.

10            MR. JONAS:  Your Honor, at this time we would like to

11   move into evidence Government's Exhibit Sensitive 1, have it

12   distributed to the jury, and if you can read the instruction to

13   the jury when it's being distributed.

14            THE COURT:  All right.  Ladies and gentlemen, because

15   this is sensitive information that the government is about to

16   show you, it must remain confidential even though it was

17   disclosed here in the courtroom to you and you will see it.

18            You are not to draw any inferences for or against

19   either party simply by the fact that the exhibit is sensitive,

20   but we want you to see it.

21            The exhibit identifies the organization that is

22   addressed here as Organization 1.  The real name of the

23   organization is contained in this exhibit.  Now, I'm going to

24   instruct you that you may not at any time during or after the

25   conclusion of this trial reveal or discuss with anyone any of

1    the sensitive information referenced in this exhibit.  It's a

2    very short exhibit, so you'll be able to see it very quickly.

3          The only time you'll be allowed to discuss the

4    exhibit and its contents will be during your deliberations.  So

5    you will be allowed to talk among each other when you

6    deliberate but not before and not after.

7          Also, if you are taking notes, please do not put the

8    name of this organization in your notes.  We want you to be

9    able to keep your notes just as they are.  Just take a look at

10   the exhibit.  It will be easy to remember the name of the

11   organization and the fact that it's Organization 1.

12         (Document shown to jury.)

13              MR. JONAS:  May I proceed, Your Honor?

14              THE COURT:  Please.

15              MR. JONAS:  Thank you.

16   BY MR. JONAS:

17   **Q.**  Agent Rodgers, you had said some things in describing

18   Organization 1.  I'd just like you to elaborate on it real

19   quick.

20         I think you used the term "IEDs"; is that correct?

21   **A.**  Correct.

22   **Q.**  Can you just briefly explain what that is?

23   **A.**  Yes.  IED stands for improvised explosive device.

24   **Q.**  And I think you used "toxins"?

25   **A.**  Toxins, yes.

1    **Q.** What did you mean by that?

2    **A.** Toxins, poisons, anything that could be used to poison

3    someone.

4    **Q.** Does Organization 1, and for lack of a better term,

5    advertise itself in certain Telegram rooms?

6    **A.** It does.

7    **Q.** And would these be ISIS-themed rooms, generally?

8    **A.** Generally, yes.

9    **Q.** And does it advertise itself elsewhere?

10   **A.** Primarily it's in ISIS-themed Telegram rooms but, yes,

11   elsewhere as well.

12   **Q.** And in these advertisements, are -- is it identified as

13   ways that people can reach out to Organization 1?

14   **A.** Yes.

15   **Q.** So the defendant -- did the defendant then reach out to

16   Organization 1 and was he -- did the CHS respond?

17   **A.** Yes.

18   **Q.** Were the communications preserved?

19   **A.** They were.

20   **Q.** How?

21   **A.** Primarily via screenshots, also export of the chat text.

22   **Q.** On the floor is a binder.  Do you have that?

23            Are you familiar with what's in that binder?

24   **A.** I am.

25   **Q.** What's in the binder?

1   **A.**  Screenshots depicting communications between the defendant

2   and OCE 2.

3   **Q.**  Is that every screenshot between OCE 2 and the defendant?

4   **A.**  It is not.

5   **Q.**  Are there a few pages that were taken out?

6   **A.**  There are.

7   **Q.**  Why were there a few pages taken out?

8   **A.**  Because they contain sensitive information.

9           MR. JONAS:  Your Honor, I'd like to read a

10  stipulation regarding this exhibit.

11          Government Exhibit 200 is a true and accurate copy of

12  the written communications, including attachments, between

13  defendant and the undercover FBI employee identified as OCE 2.

14          And at this time, Your Honor, I'd offer into evidence

15  Government's Exhibit 200.

16          MR. GREENBERG:  No objection.

17          THE COURT:  Thank you.

18      (Said exhibit admitted in evidence.)

19  BY MR. JONAS:

20  **Q.**  Before I do that, Agent Rodgers, do you see on the top

21  right-hand side there are numbers that are sort of going

22  vertical, essentially, letters and numbers?

23  **A.**  I do.

24  **Q.**  And that says, "OCE2-CHS-COM_001," and then there are five

25  zeros and a 1?

1    **A.** Yes.

2    **Q.** And that's -- that's essentially a Bates stamp number on

3    the page.  Is that your understanding?

4    **A.** Yes, that's my understanding.

5    **Q.** And where it says, "OCE2-CHS," do those pages that have

6    that reflect when the CHS was behind the computer monitor?

7    **A.** That's correct.

8    **Q.** And later on in the binder, does it just say "OCE2-COM"?

9    **A.** It does.

10   **Q.** And those reflect the pages when you were behind the

11   binder -- sorry -- behind the computer?

12   **A.** Correct.

13   **Q.** Okay.  When we refer to this binder, just for ease, I'm

14   going to refer to the page number of Government's Exhibit 200.

15   **A.** Understood.

16   **Q.** Starting with this first page, page 1, can you tell us

17   what's going on here?

18   **A.** Yes.  On February 9th, 2019, OCE 2 is responding to the

19   defendant's initial communications for the purpose of

20   establishing that OCE 2 is a representative of Organization 1.

21   **Q.** Is -- was February 9th the date that the defendant reached

22   out to Organization 1?

23   **A.** No.

24   **Q.** What was the date?

25   **A.** The initial date was February 7th, 2019.

1    **Q.** All right.  So can you explain, then, how OCE 2 is

2    identifying himself back to the defendant?

3    **A.** OCE 2 in the first four lines here is giving greetings and

4    states --

5    **Q.** We'll get to the translation in a moment.

6    **A.** All right.

7    **Q.** But is OCE 2 sort of spitting back to the defendant what

8    the defendant initially said to Organization 1?

9    **A.** Yes, yes.

10   **Q.** Why -- why is OCE 2 doing that?

11   **A.** To establish that OCE 2 is a representative of

12   Organization 1.

13   **Q.** Was OCE 2 responding from the same account that the

14   defendant reached out to?

15   **A.** OCE 2 is responding from a separate -- from a different

16   account, thus the need to establish that context.

17   **Q.** So by sort of regurgitating back to the defendant what the

18   defendant said to Organization 1, OCE 2 is identifying that

19   he's affiliated with Organization 1; is that fair to say?

20   **A.** Correct.

21   **Q.** Okay.  I notice there's a black box in the third line.  Did

22   that redact some words?

23   **A.** I'm sorry.  Can you repeat it?

24   **Q.** There's a black box in the third line of page 1.  Was that

25   to redact some words?

1    **A.**  That is a redaction, yes, of words.

2    **Q.**  And throughout the binder there are a few places where

3    there are some redactions?

4    **A.**  Yes.

5    **Q.**  How come there are redactions?

6    **A.**  Because they contain sensitive information.

7    **Q.**  Is there a translation to this document?

8    **A.**  There is.

9            MR. JONAS:  Your Honor, at this time I would, per

10   stipulation, move into evidence Government's Exhibit 200-T.

11   And for just expediency, I'll read the other translation

12   documents and move them in as well, Judge.  200-002-T,

13   200-003-T, 200-004-T, 200-005-T, 200-006-T, 200-58-T, 200-20-T,

14   401-107-T, 401-169-T, 605-T, and 606-T.

15           And the stipulation states that those exhibits are

16   true and accurate translations of Arabic text to English.

17           So I offer into evidence those exhibits.

18           MR. GREENBERG:  No objection.

19           THE COURT:  All right.

20       (Said exhibits admitted in evidence.)

21   BY MR. JONAS:

22   **Q.**  So, Agent, Government's Exhibit 200-T is on the screen.

23           Is it your understanding that this is a translation

24   of that first page of Government's Exhibit 200?

25   **A.**  That is my understanding, yes.

1    **Q.**  Can you read the English translation of the first exchange

2    between the defendant and OCE 2?

3    **A.**  Yes.  OCE 2:  "Peace, mercy and blessings of Allah be upon

4    you; how are you?  My brother, you have sent messages to the

5    Organization 1.  Your messages were received.  How can I help

6    you?  Praised be Allah."

7            These messages are being -- these are the messages

8    that defendant had initially sent on February 7th.

9            "Praised be Allah.  I am Brush in youth of the

10   Caliphate Magazine."

11   **Q.**  First it says "Ruz Maqli."  I don't know if I'm pronouncing

12   that right.  Do you understand what that is?

13   **A.**  Yes.

14   **Q.**  What is that?

15   **A.**  It's Arabic for fried rice.

16   **Q.**  And why does it say fried rice here?

17   **A.**  This is a display name chosen by the defendant initially in

18   Arabic and translated here in English -- transliterated,

19   actually, to English, but it would translate to fried rice.

20   **Q.**  It says, "I am Blush in youth of the Caliphate Magazine."

21            Are you familiar with a magazine called Youth of the

22   Caliphate?

23   **A.**  I am.

24   **Q.**  Did you find a magazine or an issue of Youth of the

25   Caliphate where there's an article written by someone named

1    Brush?

2    **A.**  I did.

3    **Q.**  By the way, what's your understanding of "caliphate" in the

4    term "Youth of the Caliphate" or in the title "Youth of the

5    Caliphate"?

6    **A.**  Caliphate as the name suggests or refers to the Islamic

7    caliphate in this context, the Islamic caliphate established by

8    the Islamic State, otherwise known as ISIS.

9    **Q.**  You should have a folder there marked Government's Exhibit

10   205.

11   **A.**  Okay.

12   **Q.**  And if you can look at that and tell us what that is.

13   **A.**  This is the fifth issue of the Youth of the Caliphate

14   magazine.

15   **Q.**  Is that the issue where you found the article written by

16   someone called Brush?

17   **A.**  It is.

18   **Q.**  Is that every page of the issue?

19   **A.**  It is not every page.

20            MR. JONAS:  Your Honor, at this time I would offer

21   into evidence Government's Exhibit 205.

22            MR. GREENBERG:  No objection.

23            THE COURT:  All right.

24        (Said exhibit admitted in evidence.)

25   BY MR. JONAS:

1   **Q.** Agent Rodgers, what do we see on the screen here?

2   **A.** This appears to be the cover page of Youth of the

3   Caliphate, issue five.

4   **Q.** Are you getting that because of the number five?

5   **A.** The number five.  The Arabic reads fifth issue.  Even

6   though the issue reads fourth issue, there was a previous

7   fourth issue, to the best of my knowledge.  So this would be

8   number five.

9   **Q.** Is the entire magazine in Arabic?

10  **A.** No.

11  **Q.** Does it indicate that there's other languages in there?

12  **A.** It does.

13  **Q.** Do you see the bottom right-hand corner?  What's that say?

14  **A.** "Final pages in the magazine is dedicated for non-Arabic

15  contributions."

16  **Q.** Would that be just English or other languages as well?

17  **A.** It can be English as well as other languages.

18  **Q.** And on the top right-hand corner, what do you see there?

19  **A.** You see a figure who is holding in the figure's right hand

20  the black banner of Tawheed which, in my knowledge and

21  experience, has been appropriated by ISIS as the ISIS banner.

22  **Q.** Turning to the next page of this exhibit and magazine -- I

23  went too far -- what -- what do you see in the top left-hand

24  side?

25  **A.** Top left-hand side, there's a fist on the left with a

1    superimposed image of the American flag, and on the right is

2    another fist with a superimposed image of the black banner of

3    ISIS.

4    **Q.** And the next page, page 4 of the issue, in the middle, what

5    is this?

6    **A.** This appears to be a banner for a video titled "To the

7    Crusader State of Russia."

8    **Q.** Is this video something you're going to testify about in a

9    little bit?

10   **A.** It is.

11   **Q.** And on this page, which for the Bates stamp number is page

12   17, is this the article written by someone named Brush?

13   **A.** Yes.

14   **Q.** And it's in English, correct?

15   **A.** It is.

16   **Q.** Could you read the title and the first paragraph?

17   **A.** Yes.  "A Message of Inspiration to the Mujahideen by Brush.

18   A message of inspiration to the mujahideen fighting the

19   American crusader soldiers and their puppets."

20   **Q.** What's your understanding of who the mujahideen are?

21   **A.** Mujahideen, to my understanding, are jihadist fighters.

22   **Q.** And the next page, is this a continuation of the article?

23   **A.** It is.

24   **Q.** Have you read this article?

25   **A.** I have.

1    **Q.** Can you summarize it for the jury?

2    **A.** It is about the tactics employed by U.S. military --

3              MR. GREENBERG:  I'm going to object to him

4    summarizing the article.

5              THE COURT:  Sustained.

6              MR. JONAS:  I'm just trying to avoid him reading the

7    whole thing, Judge.

8              THE COURT:  It will be -- the jury will have it.

9              MR. JONAS:  Okay.

10             THE COURT:  It's been admitted.

11   BY MR. JONAS:

12   **Q.** Agent Rodgers, is there a portion of the article, though,

13   that indicates who it's directed to?

14   **A.** Yes.

15   **Q.** Could you read where it says, "O mujahideen"?

16   **A.** Yes.  "O mujahideen, have no doubt in your mind that the

17   crusaders' minds are occupied with worldly problems as a result

18   of their own countries' manmade laws of falsehood.  Without

19   doubt they feel resentment toward the very cause they are

20   fighting for, risking their lives in order to uphold their evil

21   and criminal system of disbelief.  So remain firm, for you are

22   fighting on the path of the Lord of Muhammad."  And this is a

23   an abbreviation here for an Arabic term which means peace be

24   upon him.  "You fight for the sake of obtaining jannah."

25   **Q.** Let me just go to the next line.  Sorry, I didn't do that

1    well.  Okay.

2    **A.**  "You fight for the sake of obtaining jannah through

3    martyrdom."

4    **Q.**  And what's your understanding of what "jannah" means?

5    **A.**  My understanding is that "jannah" means paradise.

6    **Q.**  And martyrdom?

7    **A.**  Martyrdom, a suicide operation in this context.

8    **Q.**  Turning back to Government's Exhibit 200, in that first

9    page, on February 10th do you see the communications continued?

10   **A.**  Can I back up to what I just said?

11   **Q.**  Sure.

12   **A.**  Martyrdom I think can be expanded not only to encompass a

13   suicide operation but rather dying in combat.

14   **Q.**  Okay.  Turning to page -- back to page 200, the first page,

15   on February 10th it looks like the communications continue; is

16   that correct?

17   **A.**  Correct.

18   **Q.**  When I say "communications," I mean between the defendant

19   and OCE 2?

20   **A.**  Correct.

21   **Q.**  Can you explain here who is speaking in the white, who is

22   speaking in the green?

23   **A.**  Yes.  Defendant is speaking in the white, and OCE 2 is

24   speaking in green.

25   **Q.**  Was this also translated?

1    **A**.  It was.

2    **Q**.  You have on the screen the translation for the February

3    10th.  Can you read what's written, and who is speaking?

4    **A**.  Yes.  Defendant states:  "I know English well.  If you need

5    an assistance, let me know."

6              OCE 2:  "Yes, brother, we might need that.  May Allah

7    bless you."

8              Defendant:  "Allah willing."

9    **Q**.  Let me go back to that first -- let me go to the second

10   page of Government's Exhibit 200.  Is this a continuation of

11   that conversation?

12   **A**.  It is.

13   **Q**.  Is there -- on the top of the page, is there some overlap

14   from the prior page?

15   **A**.  There is.

16   **Q**.  Was that done intentionally?

17   **A**.  It is.

18   **Q**.  How come?

19   **A**.  To maintain continuity of communications and make sure that

20   nothing is missed.

21   **Q**.  There is a picture of two people hugging and a heart.  Who

22   sent that to whom?

23   **A**.  This was sent by the defendant to OCE 2.

24   **Q**.  And what's -- what do you notice in the top right-hand

25   side -- corner of the picture?

1   **A.**  The black banner of Tawheed or otherwise known as the black

2   banner of ISIS in this context.

3              MR. JONAS:  Sorry, Judge.  I skipped a page, I think.

4   BY MR. JONAS:

5   **Q.**  Okay.  On the bottom of page 2, there's exchange on

6   February 13th.  Do you see that?

7   **A.**  I do.

8   **Q.**  And does that reflect -- the green is OCE 2?

9   **A.**  Green is OCE 2, yes.

10  **Q.**  So I want to go back to the translation.  And what's said

11  on February 13th between OCE 2 and the defendant?

12  **A.**  OCE 2 asks:  "Brother, what have you translated for the

13  magazine?  Are you a participant in the translation workshop?"

14              Defendant responds:  "I have only translated video

15  clips.  My brother translates Arabic into English; then I make

16  it perfect."

17  **Q.**  Did the defendant ever identify a familial -- a family

18  brother in any of the conversations between OCE 2 and the

19  defendant?

20  **A.**  No.

21  **Q.**  But the term "brother," is that used multiple times

22  throughout the conversations?

23  **A.**  Yes.

24  **Q.**  What's your understanding of the use of the term "brother"?

25  **A.**  Like-minded believers in the similar ideology.

1    **Q.** Turning to page 3, after that exchange, did the defendant

2    send something to OCE 2?

3              After that last exchange that you just read the

4    English language of, the translation, did the defendant send

5    anything to OCE 2?

6    **A.** Yes, he did.

7    **Q.** What did he send?

8    **A.** A link to a YouTube video titled "ISIS operates freely in

9    Iraq and security forces unable to follow."

10   **Q.** What's the description of the video that he sent?

11   **A.** "Watch the latest versions of the organization of the

12   Islamic State which showed horrific footage of scenes of

13   kidnapping," and the word here is truncated, but I believe it

14   says "killing."

15   **Q.** Did the defendant send another video?

16   **A.** He does.

17   **Q.** What's the title of that video?

18   **A.** The title is "To the Crusader State of Russia."

19   **Q.** Is this the same or similar screenshot or is it the same

20   video that you identified in the Youth of Caliphate magazine?

21   **A.** It is the same banner as what appeared in Youth of the

22   Caliphate.

23   **Q.** Did the defendant just send the banner or did he send the

24   actual video?

25   **A.** The defendant sent the video.

1    **Q.**  Have you watched the video?

2    **A.**  I have.

3    **Q.**  Do you have Government's Exhibit 204 in a folder in front

4    of you or besides you?  What is in that exhibit?

5    **A.**  It's a compact disk.

6    **Q.**  And is that a disk that you watched?

7    **A.**  It is.

8    **Q.**  Your initials are on there?

9    **A.**  They are.

10   **Q.**  And is Government's Exhibit 204 the video or at least clips

11   of the video from the Crusader State of Russia?

12   **A.**  Yes.

13           MR. JONAS:  Your Honor, at this time I offer into

14   evidence Government's Exhibit 204-1 and 204-2, which are clips

15   from this video.

16           MR. GREENBERG:  Judge, we would have the same

17   objection we raised before trial.

18           THE COURT:  Same ruling.  So it will be admitted.

19           MR. JONAS:  Thank you, Judge.

20       (Said exhibits admitted in evidence.)

21   BY MR. JONAS:

22   **Q.**  I'm going to play clip 1.

23       (Said video played in open court.)

24   BY MR. JONAS:

25   **Q.**  Do you see where it just said -- I'm pausing the video for

1    a moment -- where it said "AF Media"?

2    **A.**  Yes.

3    **Q.**  What's your understanding -- do you know what AF Media is?

4    **A.**  I do.

5    **Q.**  What's your understanding what AF Media is?

6    **A.**  AF stands for Al-Abd al-Faqir.  It's a pro-ISIS supporter

7    media organization.

8    **Q.**  And do they produce videos?

9    **A.**  They do.

10   **Q.**  Resuming the video.

11       (Said video played in open court.)

12           MR. JONAS:  Judge, there should be sound, Judge.

13           Let's try it again.

14       (Discussion off the record.)

15           MR. JONAS:  Judge, I'm going to play it without the

16   sound.

17       (Said video played in open court.)

18   BY MR. JONAS:

19   **Q.**  What's this video about?

20   **A.**  This video is about a building which collapsed in

21   Chelyabinsk, Russia.  The video -- in the video responsibility

22   is claimed by ISIS or the assertion is made that ISIS was

23   actually behind the -- causing this building to collapse.

24   **Q.**  And do you remember what language the video was in?

25   **A.**  Yes, it's in Arabic, English, and some Russian.

1    **Q.** Is there English subtitles on the bottom?

2    **A.** There are.

3    **Q.** I'll play the second clip, Government's 204-2.

4         (Said video played in open court.)

5    BY MR. JONAS:

6    **Q.** Turning to page 6 of Government's Exhibit 200, is the top

7    of the page here where it's sort of this black and then white

8    underneath it, is that -- is that a sort of a screenshot of

9    that video?

10   **A.** It's -- yes, it's the way the video file renders in

11   Telegram.

12   **Q.** And did the defendant say something after the video was

13   sent?

14   **A.** Yes.

15   **Q.** Is that his writing in the white that says, "Edited

16   3:18 a.m."?

17   **A.** It is.

18   **Q.** Let me turn to Government Exhibit 200-T, the translation.

19              What did the defendant say about the video?

20   **A.** The defendant stated:  "I have provided them with

21   translations."

22   **Q.** And then is the rest his, or is that OCE 2?

23   **A.** OCE 2 says, "May Allah bless you, brother.  My brother, I

24   will add you to a core group for Organization 1."

25   **Q.** Turn to page 7 of Government's Exhibit 200, on February

1    17th, what did OCE 2 ask the defendant?

2    **A.** OCE 2 asked whether the defendant worked for other

3    foundations, media foundations in this context.

4    **Q.** And what did the defendant say in response?

5    **A.** The defendant stated AF Media.

6    **Q.** And is that the same media organization that created the

7    video we just saw, crusader state to Russia?

8    **A.** It is.

9    **Q.** Can you explain -- do you see at the -- at the top right

10   under the date February 17th where it's in green, it says, "I

11   speak English all my life." Who is saying that?

12   **A.** The defendant is the one who sent the message stating "I

13   speak English all my life."

14          Telegram allows you to respond directly to another

15   person's communication. You select it, and this is the way it

16   renders inside the chat when you're responding directly to that

17   message.

18   **Q.** Okay. Above it it says, "I learn Arabic for five months."

19   Is that the defendant saying that?

20   **A.** It is.

21   **Q.** So the defendant said -- well, let me back up a second.

22          OCE 2, and after asking if the defendant works for

23   other foundations, asks: "Can you translate this, akhi?"

24          What does akhi mean?

25   **A.** Akhi means my brother.

1    **Q.** And then there's a link underneath that?

2    **A.** Yes.

3    **Q.** What's happening here?

4    **A.** The link was to passage of text that OCE 2 was giving to

5    the defendant to see -- asking whether or not the defendant

6    could translate that.

7    **Q.** Why was OCE 2 sending the defendant a passage of text to

8    translate?

9    **A.** The defendant had already stated that he knew English well

10   and could provide translation assistance on February 10th, and

11   so OCE 2 was testing to see whether or not the defendant was

12   actually capable of doing this and willing.

13   **Q.** Did the defendant also say he provided translations to AF

14   Media?

15   **A.** He did.

16   **Q.** So what was sent to the defendant to translate?

17   **A.** It was a passage of Arabic text.

18   **Q.** And did that passage of Arabic text include references to

19   ISIS?

20   **A.** It did.

21   **Q.** Did the defendant say he would not translate it?

22   **A.** Yes, he said he would translate it.

23   **Q.** He said he would translate it?

24   **A.** Yes.

25   **Q.** Okay.  Did he translate it?

1    **A.** He did.  He provided a translation.

2    **Q.** On page 9 of Government's Exhibit 200, on February 15th, is

3    that the translation -- is that the translation provided by the

4    defendant to that text -- February 18th?

5    **A.** Yes.

6    **Q.** Let's jump to page 23.  What does OCE 2 say to the

7    defendant after he sent the translation back to OCE 2?

8    **A.** He says, May shallah akhi you are a really good translator.

9    "Barak Allah feek.  Do you still translate for Abd Al faqer?"

10   **Q.** The middle line I'm not even going to try to pronounce.

11   What does that mean?

12   **A.** "Barak Allah feek" means may Allah bless you.

13   **Q.** All right.  And is "Abd Al faqer" the AF Media Group that

14   you already testified about?

15   **A.** Yes.

16   **Q.** What was the defendant's response?

17   **A.** The defendant's response was:  "Yes alhamdulillah."

18   **Q.** On page 24 of Government's Exhibit 200, did the defendant

19   send OCE something?

20   **A.** Yes.

21   **Q.** What did he send?

22   **A.** A video titled "Holding Firm to the Pledge 2."

23   **Q.** Was that right on the heels of the defendant saying that he

24   still did translations for AF Media?

25   **A.** It is.  It was.

1    **Q.** You have before you in your pile of exhibits Government's

2    Exhibits 202, maybe 202-1 or 202-2?

3    **A.** I have 202-1 through 202-2.

4    **Q.** Okay. And what's in that exhibit?

5    **A.** Compact disk.

6    **Q.** Is that clips from Holding Firm to the Pledge 2?

7    **A.** It is.

8    **Q.** And did you watch that and initial that disk?

9    **A.** I did.

10              MR. JONAS: Your Honor, at this time I would offer

11   into evidence Government's Exhibits 202-1 and 202-2, which are

12   clips from Holding Firm to the Pledge.

13              THE COURT: Same objection from before?

14              MR. GREENBERG: Yes, Judge, to all these exhibits.

15              THE COURT: Right. We'll leave that as a standing

16   objection. Is that agreeable?

17              MR. GREENBERG: A standing objection, and I assume

18   there's a standing ruling.

19              THE COURT: Okay. Standing ruling. Thank you.

20              MR. GREENBERG: Thank you.

21          (Said exhibits admitted in evidence.)

22              MR. JONAS: Judge, I'm going to play 202-1.

23          (Said video played in open court.)

24   BY MR. JONAS:

25   **Q.** From your work as an FBI special agent who focuses on

1    terrorism, do you recognize this person?

2    **A.** Yes.

3    **Q.** Who is this?

4    **A.** Abu Muhammad al-Adnani, he was the official spokesman for

5    ISIS.

6         (Said video played in open court.)

7    BY MR. JONAS:

8    **Q.** Agent Rodgers, was there an English translation on the

9    bottom?

10   **A.** Yes.

11   **Q.** And did you see anywhere in that translation a reference to

12   the Islamic State?

13   **A.** Yes.

14   **Q.** And what is the Islamic State?

15   **A.** ISIS.

16        MR. JONAS:  Judge, I'm going to play clip -- the

17   second clip for this video.

18        (Said video played in open court.)

19   BY MR. JONAS:

20   **Q.** Agent Rodgers, can you read what's on the screen now from

21   the video?

22   **A.** Yes.  "Stay strong my mujahid brother, for this is their

23   last campaign.  Join the camps of the mujahideen in Iraq."

24   **Q.** And just so we're clear, there's Arabic writing, and then

25   there's English text?

1    **A.** Correct.

2    **Q.** And you read the English text?

3    **A.** Yes.

4    **Q.** What did we just see in this clip?

5    **A.** In the previous clip we saw the banner of ISIS flying over

6    the various cities of the world.

7    **Q.** What -- Istanbul?

8    **A.** Well, yes.  Istanbul, Jerusalem, and Mecca.

9    **Q.** Turning back to page -- turning to page 26, do you see the

10    top -- you have the clip again from the video "Holding Firm to

11    the Pledge"?

12    **A.** Yes.

13    **Q.** What did the defendant say he did for this video?

14    **A.** Defendant stated:  "I edited the translation for this one."

15    **Q.** And on the same page, did the defendant offer anything to

16    OCE 2?

17    **A.** Yes.  Defendant states:  "In sha Allah," God willing.  "If

18    you need any help, I will help too b'ithnillah," by the

19    permission of Allah.  "Sometimes I am busy with school, but

20    jihad is always more important than relaxing and games."

21    **Q.** What's your understanding of the word "jihad" in this

22    context?

23    **A.** Jihad on behalf of ISIS, holding war on behalf of ISIS.

24    **Q.** Turning to page 27, what did OCE 2 say in response?

25    **A.** "Ma shallah you go to school.  That's really good brother.

1    You should always learn."

2    **Q.**  And what else did he say?

3    **A.**  In response to the defendant's statement about being busy

4    with school but jihad being more important than relaxing and

5    games, OCE 2 states:  "Barak Allah feek," which means may Allah

6    bless you.

7    **Q.**  Did the defendant say where he was learning Arabic from?

8    **A.**  Yes.

9    **Q.**  What did he say?

10   **A.**  Defendant stated:  "Yes, I learned basic Arabic in school,

11   and I have a Quran tutor."

12   **Q.**  Turning to page 28, what did the defendant say about jihad?

13   **A.**  Defendant states:  "I read the hadith.  Deeds in Ramadan

14   are multiplied by 10, and deeds in jihad are multiplied by

15   900."

16   **Q.**  What's the hadith if you -- are you familiar with the

17   hadith?

18   **A.**  I am not particularly familiar with this hadith.

19   **Q.**  What is hadith in general?

20   **A.**  Hadith is a recorded saying of the Prophet Muhammad.

21   **Q.**  Okay.  And do you know what Ramadan is?

22   **A.**  Yes.

23   **Q.**  What is that?

24   **A.**  It is the month of -- it's the holy month of fasting in

25   Islam.

1    **Q.** And what does the -- OCE 2 say in response?

2    **A.** OCE 2 states: "We should continue in our jihad until the

3    Islamic State will rise and shine."

4    **Q.** When OCE 2 says "Islamic State" -- we should continue in

5    our jihad until the Islamic State rise and shine, did the

6    defendant give any indication that he didn't know what OCE 2

7    was talking about in reference to the Islamic State?

8    **A.** No.

9    **Q.** Did the defendant cut off all communications with OCE 2

10   once OCE 2 said "Islamic State"?

11   **A.** No.

12              MR. GREENBERG: Objection, Judge.

13              THE COURT: Ground?

14              MR. GREENBERG: It's irrelevant, and it's not

15   required.

16              THE COURT: Overruled.

17   BY MR. JONAS:

18   **Q.** Turning to page 32 of Government's Exhibit 200, did OCE 2

19   ask if the defendant was studying in the university?

20   **A.** Yes.

21   **Q.** What does he say?

22   **A.** OCE 2 asked: "Are you studying also in the university

23   akhi?"

24   **Q.** What was the defendant's response?

25   **A.** Defendant's response was: "Yes, but not Arabic anymore.

1   Computer programming."

2   **Q.** Turning to page 36, do you see there's a book there?

3   **A.** Yes.

4   **Q.** Who sent the book to whom?

5   **A.** The defendant sent this PDF of a book to OCE 2.

6   **Q.** What's the title of the book?

7   **A.** The title is "English for the Islamic State."

8   **Q.** Are you able to tell where the book came from?

9   **A.** Yes.  It was forwarded from a Telegram room whose title in

10  Arabic translates to "Islamic State Study Courses."

11  **Q.** And just so we're clear, what is the Islamic State?

12  **A.** ISIS.

13  **Q.** Turn to page 47, on the top of the page under March 1st,

14  there is -- it says the "ISIS Watch."  What does it say here?

15  **A.** So this is a screenshot of a message posted on March 1st by

16  ISIS Watch, which is a Telegram account, group -- I'm not

17  sure -- that says, "260 terrorist bots and channels banned on

18  February 28th.  Total in February 2019:  8,000.  Report

19  terrorist content using the in-app Report button or to

20  abuse@Telegram.org."

21  **Q.** And what does OCE 2 say -- well, let me back up a second.

22          Who is sending this to whom?

23  **A.** This is OCE 2 sending this to the defendant.

24  **Q.** And what does OCE 2 say about this?

25  **A.** OCE 2 states:  "Telegram today deleted a lot of groups and

1  channels."

2  **Q.**  And what else did OCE 2 say?

3  **A.**  I'm sorry, can you repeat?

4  **Q.**  What else did OCE 2 say on this page?

5  **A.**  OCE 2 stated:  "It's a big problem."

6         Defendant responded:  "Bithnillah."

7         OCE 2 responded:  "Yes akhi, but we should find

8  another platforms."

9  **Q.**  And what did defendant say?

10 **A.**  Defendant responds:  "Brother no name showed me how to copy

11 channels."

12        And in response to OCE 2's statement that we should

13 find other platforms, defendant stated:  "Yes, I think so too."

14 **Q.**  Where the defendant said, "Brother no name showed me how to

15 copy channels," is that something that's going to come back

16 later on in your testimony, copying channels?

17 **A.**  It will.

18 **Q.**  And I want to jump up on the page -- I missed a little bit

19 of the dialogue -- when OCE 2 sent that about bots and channels

20 being banned, what did the defendant say?

21 **A.**  Defendant sent a sad face emoji, followed by a statement:

22 "They delete one, we make two more, bithnillah," which is by

23 the permission of Allah.

24 **Q.**  Turning to the next page, page 48, what's the defendant say

25 in the top of the page?

1    A.  "I made one, and I was banned in two minutes.  Wallahi, two

2    minutes only."

3    Q.  Do you remember what the defendant -- when he said he made

4    one, what he was talking about?

5    A.  This is in the context of Twitter accounts.

6    Q.  And what else did he say?

7    A.  Defendant stated:  "I uploaded Amaq news statement, and I

8    was banned."

9    Q.  Do you know what Amaq is?

10   A.  I do.

11   Q.  What's your understanding of what Amaq is?

12   A.  An official ISIS news media outlet.

13   Q.  Continuing on the same page, what did the defendant say

14   regarding Telegram?

15   A.  Regarding the Telegram, the defendant stated:  "The

16   mukhabarat salibiun are on Telegram."

17   Q.  Let me stop you there.  What is mukhabarat?

18   A.  Mukhabarat is the Arabic term for law enforcement or

19   security and intelligence services.

20   Q.  And salibiun?

21   A.  Salibiun is crusaders.

22   Q.  What else does the defendant say about encryption?

23   A.  The defendant asked:  "Do you know about PGP encryption?"

24   Q.  Agent Rodgers, do you know about PGP encryption?

25   A.  I know that PGP stands for pretty good privacy.  Beyond

1    that, I don't know very much at all.

2    **Q.**  Turning to page 56 -- let me back up.

3          Does OCE 2 respond on this page to the statement of

4    the defendant asking if he knows about PGP encryption?

5    **A.**  Yes.

6    **Q.**  And what does OCE 2 say?

7    **A.**  OCE 2 states:  "I heard about it, but I never use it."

8    **Q.**  And what did the defendant respond?

9    **A.**  The defendant responds:  "It is very powerful.  Al-Qaida

10   made a PGP application for Windows a long time ago.  I think I

11   can make our own."

12   **Q.**  Just so we're clear, do you know what encryption is?

13   **A.**  Yes.

14   **Q.**  What's your understanding of encryption?

15   **A.**  Broadly, my understanding of encryption is that it is a

16   means to secure communications so that they can't be read or

17   accessed by others.

18   **Q.**  And the defendant says that al-Qaeda made a PGP application

19   for Windows a long time ago.  I think I can make our own.

20          What's your understanding of "our" when he says "our

21   own"?

22   **A.**  My understanding is that "our" is to distinguish both the

23   defendant and OCE 2 from al-Qaeda.  And in this context, I

24   believe "our" refers to ISIS or those that adhere to ISIS's

25   ideology and want to further its agenda.

1    **Q.** What does OCE 2 say in response?

2    **A.** OCE 2 states -- I'm sorry, at the top, is that where we

3    are?

4    **Q.** "Oh, by the way."

5    **A.** "Oh, by the way, do you have threema account?  In case my

6    Telegram got deleted I will not lose you."

7    **Q.** What did the defendant say in response?

8              Was the defendant in the next line responding to that

9    statement about threema, or was he responding, from what you

10   can tell, to the prior statement?

11   **A.** Defendant was responding to the prior statement about

12   making our own PGP application.

13   **Q.** Okay.  What did he say about that?

14   **A.** "It might be hard."

15   **Q.** And what else did the defendant say about encryption?

16   **A.** The defendant continued:  "Yes, SubhanAllah, let me find

17   it.  I can't find a picture."  Again, speaking about the

18   al-Qaeda application.  "But it used RSA 2048 bit encryption."

19   **Q.** Do you know what RSA 2048 bit encryption is?

20   **A.** Aside from the fact that it's a standard of encryption, no.

21   **Q.** Turning to page 57, continuing with this conversation, the

22   defendant says, "Year 1427 hijri I think."  What's your

23   understanding of what that is?

24   **A.** It's a reference to the Islamic calendar, which is

25   calculated from the year 622 Christian era A D.

1  **Q.** Does he go -- does he continue talking about the

2  encryption?

3  **A.** He did.

4  **Q.** How does he describe it?

5  **A.** "Now we have RSA 4096 bit.  It is completely impenetrable.

6  The mukhabarat can spend $1 billion, and they cannot break the

7  code."

8  **Q.** Turning to page 58 with the same subject area, what does

9  the defendant -- what does OCE 2 say?

10  **A.** "But not safe."

11  **Q.** What does the defendant say in response?

12  **A.** Defendant states:  "Yes, they work with mukhabarat.  I wish

13  dawla made their own Telegram."

14  **Q.** What's your understanding of "dawla"?

15  **A.** "Dawla" is the Arabic term for state, and in this context,

16  this is an abbreviation for the Islamic State, otherwise known

17  as ISIS.

18  **Q.** And what does OCE 2 say in response?

19  **A.** In response to the defendant's statement about wishing that

20  Dawlah made its own Telegram, OCE 2 states:  "It's hard."

21  **Q.** And the defendant says what?

22  **A.** The defendant states:  "Did you see Inside 8?"

23         OCE 2 responds:  "I saw it."

24         Defendant continues:  "The brothers made their own

25  Telegram, SubhanAllah."

1  **Q.** Do you know what Inside 8 is?

2  **A.** I do.

3  **Q.** What is it?

4  **A.** It's a video produced by al-Hayat Media.  It has to do with

5  media jihad and insights, supporters of Islamic State to

6  proliferate and disseminate ISIS propaganda and media.

7  **Q.** And you said al-Hayat Media?

8  **A.** Yes.

9  **Q.** Do you know what al-Hayat is?

10 **A.** Yes.

11 **Q.** What is that?

12 **A.** Al-Hayat Media is an official ISIS media production wing.

13 **Q.** Did the defendant send a screenshot?

14 **A.** Yes.

15 **Q.** Do you recognize that screenshot?

16 **A.** I do.

17 **Q.** What is that from?

18 **A.** From Inside 8.

19         MR. JONAS:  Your Honor, at this time I would offer

20 into evidence Government -- I'm sorry.  Let me withdraw that.

21 BY MR. JONAS:

22 **Q.** You have Government's Exhibit 409 in front of you?

23 **A.** I do.

24 **Q.** Do you have that?

25 **A.** I do, yes.

1    **Q.** And what's in there?

2    **A.** A compact disk.

3    **Q.** Do you know what's on the disk?

4    **A.** Yes, clips from Inside 8.

5    **Q.** Is that the clips 1 through, I believe, 8?

6    **A.** Correct.

7              MR. JONAS:  Your Honor, at this time I would offer

8    into evidence Government's Exhibit 409.

9              MR. GREENBERG:  Our continuing objection, Judge.

10             THE COURT:  All right.  It will be admitted.

11        (Said exhibit admitted in evidence.)

12             MR. JONAS:  Judge, I'm going to play clip 1 from 409.

13        (Said video played in open court.)

14   BY MR. JONAS:

15   **Q.** Agent Rodgers, do you understand what it says or means when

16   it says, "Inside the Khilafah"?

17   **A.** Yes, I do.

18   **Q.** What does "Khilafah" mean to you?

19   **A.** In this context, Khilafah refers to the caliphate, the

20   Islamic State.

21   **Q.** Play clip 2, 409-2.

22        (Said video played in open court.)

23   BY MR. JONAS:

24   **Q.** Does -- I was a little slow on the draw.

25             What we just saw on the screen is someone typing.

1    Does that correspond to the screenshots the defendant sent

2    you --

3  **A.**  Yes.

4  **Q.**  -- or sent OCE 2?

5         (Said video played in open court.)

6  BY MR. JONAS:

7  **Q.**  And this is clip 7.

8         (Said video played in open court.)

9  BY MR. JONAS:

10  **Q.**  Agent Rodgers, was the screenshot that the defendant sent

11  you translated?

12  **A.**  It was.

13  **Q.**  I'm not sure if I got --

14         MR. JONAS:  Judge -- well, Judge, may I approach?  I

15  don't have this one loaded up.

16  BY MR. JONAS:

17  **Q.**  I'm going to show you what's in evidence as Government's

18  Exhibit 409-2T.  Is that the translation for the screenshot the

19  defendant sent?

20  **A.**  Yes.

21  **Q.**  And can you read what it says?

22  **A.**  "The video publication has been uploaded again and is ready

23  to be published."

24         Response:  "Good.  Should I start publishing this on

25  all the platforms?"

1    **Q.** And is that -- I have page 58 on the screen.

2            Is that the translation for the screenshot sent on

3    page 58 of Government's Exhibit 200?

4    **A.** Yes.

5    **Q.** On page 59 did the defendant send some additional

6    screenshots from that video?

7    **A.** Yes.

8    **Q.** That's what's highlighted, enlarged?

9    **A.** The additional screenshots, yes.

10   **Q.** From Inside 8?

11   **A.** From Inside 8, correct.

12           MR. JONAS:  Judge, I made a mistake.  409-T, the

13   translation, was not one of the ones I read into evidence.  So

14   at this time I would offer it into evidence.

15           MR. GREENBERG:  No objection.

16           MR. JONAS:  I apologize, Judge.

17           THE COURT:  Okay.

18       (Said exhibit admitted in evidence.)

19   BY MR. JONAS:

20   **Q.** Did OCE 2 and the defendant discuss Inside 8?

21   **A.** Yes.

22   **Q.** What did OCE 2 say?

23   **A.** OCE 2 says, "Yes, looks really cool."

24   **Q.** What did the defendant say?

25   **A.** "In sha Allah they release it someday."

1    **Q.** Is it your understanding that the defendant is talking

2    about the video Inside 8, or was he referring back to the

3    Telegram channel that ISIS made?

4    **A.** The Telegram channel -- or I'm sorry. The Telegram -- the

5    ISIS version of Telegram.

6    **Q.** Sorry. So what else does OCE 2 say in response?

7    **A.** OCE 2 states: "I wish, so all of us will use it."

8    **Q.** And the defendant?

9    **A.** The defendant continues: "Mukhabarat would do everything

10   to break it."

11         OCE 2 responds: "In shallah they can't do anything."

12         Defendant states: "I am very good at computer

13   security akhi. Don't use Windows for jihad work."

14   **Q.** On the screen, Government's Exhibit 200-58T, which is in

15   evidence, is this the translation for those additional

16   screenshots from Inside 8 that the defendant sent to OCE 2?

17   **A.** Yes.

18   **Q.** Could you read these?

19   **A.** Yes. "Good. Should I start posting it on all platforms?

20   Hearing and obedience and hardship and" -- the message is

21   truncated by the screenshot. "May God bless. The tradition of

22   Allah is not devoid of seditions." And "IL" represents where

23   the word is illegible.

24         And then continuing: "Do you believers think that

25   you will be left without Allah proving who among you truly

1    struggles in his cause and never takes trusted allies other

2    than Allah, his messenger or the believers?  And Allah is all

3    aware of what you do," from the ninth chapter of the Quran,

4    which is translated as repentance here.

5    **Q.**  Let's turn to page 70 -- or 69.  Does OCE 2 ask the

6    defendant about writing an article?

7    **A.**  Yes.

8    **Q.**  And what is he asking?

9    **A.**  OCE 2 stated:  "Why don't you try to write an article for

10   Youth of the Caliphate magazine?"

11           This is in response to a previous statement by the

12   defendant in which defendant expressed a desire to write for a

13   magazine.

14   **Q.**  What did the defendant say in response?

15   **A.**  Defendant stated:  "I did.  I was Brush.  The most recent

16   copy I made a article about salibiun military recruiters."

17   **Q.**  And is that the article that you referred to earlier in

18   your testimony from the fifth issue of Youth of the Caliphate?

19   **A.**  It was.

20   **Q.**  Which is Government's Exhibit 205.

21           And although you didn't have an opportunity to

22   summarize the article, is this what the article is about,

23   salibiun military recruiters?

24   **A.**  Yes.

25   **Q.**  Does that come up later on or, actually, does it come up

1    now in conversation with the defendant about military

2    recruiters?

3    **A.** Yes.

4    **Q.** On page 70 of Government's Exhibit 200, what does the

5    defendant say about military recruiters?

6    **A.** The defendant stated:  "They visited me akhi.  They say if

7    I don't sign up for selective service (they randomly choose

8    soldiers) I will go to prison."

9    **Q.** Did defendant send something to OCE 2 regarding military

10   service?

11   **A.** Yes.

12   **Q.** Do you see on page 71 a document that says "Selective

13   Service System"?

14   **A.** Yes.

15   **Q.** Who sent that to whom?

16   **A.** Defendant sent that to OCE 2.

17   **Q.** It looks like there's some blue redactions.  Did the FBI do

18   those?

19   **A.** No.

20   **Q.** On page 72, did the defendant send more portions of the

21   Selective Service letter?

22   **A.** That's what it appears, yes.

23   **Q.** Okay.  What did the defendant say about Selective Service

24   and military recruitment?

25   **A.** In response to the image that defendant had just sent that

1    was just pulled out, defendant stated:  "Read" and continues,

2    "But alhamdulillah akhi, I am on the terrorist watch list,"

3    crying, laughing emoji.  "They will never pick me.

4    Alhamdulillah."

5    **Q.**  What's "alhamdulillah" mean?

6    **A.**  Praise be to God.

7    **Q.**  Turning to the next page, page 73, did the defendant say

8    what he would do if he was picked for the military?

9    **A.**  Yes.

10   **Q.**  What -- what would he do?  What did he say?

11   **A.**  Defendant stated:  "Never" and then continued, "if they

12   pick me" --

13          MR. GREENBERG:  Judge, we're going to object to this.

14   It's not relevant to anything here, and it's overly

15   prejudicial.

16          MR. JONAS:  It goes to the defendant's mind-set,

17   Judge.

18          THE COURT:  I agree.  Overruled.

19   BY MR. JONAS:

20   **Q.**  Agent Rodgers, can you say -- read what the defendant said

21   he would do if he was picked for Selective Service or for the

22   military?

23   **A.**  The defendant stated:  "If they pick me" -- there's three

24   emojis here -- one is furtive eyes; the next one is a bus or a

25   truck; and the third one is a stick of dynamite -- taken

1    together suggestive of a car bomb, explosion of some sort.

2    **Q.** And what else did he say then?

3    **A.** Defendant continued:  "There was one mujahid who did this."

4    **Q.** Who is -- in the pages that follow, who was it that the

5    defendant was talking about when he says there's one mujahid

6    who did this?

7    **A.** The defendant was speaking about Nidal Hasan, who

8    perpetrated the Fort Hood shooting.

9    **Q.** Jumping a few pages to page 79, did the defendant ask

10   questions of OCE 2 about hijrah, about leaving the United

11   States to travel to the Islamic State?

12   **A.** I believe here these questions are being asked about

13   martyrdom operations.

14   **Q.** What did the defendant ask about martyrdom operations?

15   **A.** The defendant asked:  "I wonder, is it fard?" -- and fard

16   is an Arabic term which means obligatory -- "or mustahab,"

17   which means it's looked favorably upon.  "I am in the home of

18   the salibiun," crusaders.

19   **Q.** And what does OCE 2 respond?

20   **A.** OCE 2 responds:  "It's not fard," obligatory, referring to

21   martyrdom operations, and then states jihad is -- states "if

22   here," but it's a misspelling, "it is fard akhi."  So jihad is

23   obligatory, my brother.

24   **Q.** So OCE 2 who -- is telling the defendant that jihad is

25   obligatory, but martyrdom operations are not?

1    **A.** Yes.

2    **Q.** What did the defendant say in response?

3    **A.** Defendant states:  "Yes, I do jihad in media but ... the

4    sword is the other part."

5    **Q.** Did the defendant disagree with OCE 2 about jihad?

6    **A.** No.

7    **Q.** And then what else did the defendant say?

8    **A.** "I need the sword, but I also want a wife and kids."

9    **Q.** Staying on this page, Government's Exhibit -- page 79 of

10   200, what else does he say?

11   **A.** "And raise children that will be slaves of Allah before I

12   ever do istishadi."

13   **Q.** What's your understanding of the word "istishadi"?

14   **A.** A suicide operation.

15   **Q.** Turning to page 84, what's the defendant say about

16   Americans feeling safe?

17   **A.** "Wallahi they are very afraid.  The Americans will never

18   feel safe bithnillah."

19   **Q.** What else did he say?

20   **A.** "It is funny.  Bush says 'These attacks were an attempt to

21   make Americans afraid, but they failed.'"

22          Defendant continues:  "But at school there are 5

23   buttons in the bathroom for security."

24   **Q.** Turning to page 85, did the defendant send a video?

25   **A.** He did.

1    **Q.** Did the FBI preserve the video?

2    **A.** Yes.

3    **Q.** Have you watched the video?

4    **A.** Yes.

5    **Q.** You should have Government's Exhibit 206 by you.

6    **A.** Okay.

7    **Q.** What is that?

8    **A.** C1 compact disk.

9    **Q.** Is that the video that the defendant sent?

10   **A.** Yes.

11         MR. JONAS:  Government -- Your Honor, I would offer

12   into evidence Government's Exhibit 206.

13         MR. GREENBERG:  No objection, Judge.

14      (Said exhibit admitted in evidence.)

15         MR. JONAS:  Judge, if I may publish 206.

16      (Said video played in open court.)

17   BY MR. JONAS:

18   **Q.** So that's a short video, Agent Rodgers.  What did we just

19   see?

20   **A.** I'm sorry, can you repeat that?

21   **Q.** It's a short video.  What did we just see?

22   **A.** We saw, ostensibly, the defendant pointing out emergency

23   buttons in the bathroom -- a bathroom.

24   **Q.** So staying -- going back to page 85, what did the defendant

25   say about these buttons after he sent the video?

**A.** The defendant stated:  "Look, you press the button and

police come in the bathroom because they are scared a mujahid

will do something.  Wallahi.  The news doesn't show it.  There

are these buttons everywhere."

**Q.** Page 86, does he continue describing the buttons?

**A.** He does.  "On the street, in buildings."

**Q.** And does he offer any advice as to what to -- to OCE 2

about what to do with the buttons for the mujahideen?

**A.** Yes.

**Q.** What does he say?

**A.** Defendant states:  "If you know mujahideen who are fighting

and feel like they are losing, tell them about these buttons."

**Q.** By the way, I think you may have mentioned the word

"mujahideen."  What's that?

**A.** Mujahideen refers to jihadist fighters.

**Q.** Is mujahid singular?

**A.** Mujahid is singular; mujahideen, plural.

**Q.** I apologize if I'm mispronouncing it.

So he says -- he tells OCE 2 to tell the mujahideen

about the buttons?

**A.** Yes.

**Q.** Page 86, I'm sorry, we were just there.  What does he say

about the mujahideen winning?

**A.** States "The mujahideen are winning."

**Q.** All right.  And that's following on the heels of telling

1    OCE 2 to tell them about the buttons, mujahideen?

2    **A.**  Correct.

3    **Q.**  Does he talk about Americans making hijrah?

4    **A.**  Yes.

5    **Q.**  What's he say?

6    **A.**  "Alhamdulillah.  You know only 200 Americans have made

7    hijrah, not many at all, very few brothers."

8    **Q.**  Next page, page 87 --

9    **A.**  Defendant --

10   **Q.**  -- what does OCE 2 say?

11   **A.**  OCE 2 states:  "Because they make it so hard for the

12   brothers to make hijrah.  That's why the brothers inside

13   America."

14   **Q.**  What does the defendant hope to happen with regard to

15   brothers inside of America?

16   **A.**  Defendant states:  "So I hope to inspire the Muslims in

17   sham that even in America there are brothers like me."

18   **Q.**  And what's your understanding of "sham"?

19   **A.**  "Sham" refers to the area of greater Syria.  In this

20   context, territory under control of the Islamic State, ISIS.

21   **Q.**  Does the defendant ask OCE 2 to do something with regard to

22   two other individuals?

23   **A.**  Yes.

24   **Q.**  What does he say?

25   **A.**  The defendant states:  "Please make dua for brothers

1    Schimenti and Jones."

2    **Q.**  Do you know what "dua" is?

3    **A.**  Yes.

4    **Q.**  What is that?

5    **A.**  It's supplication on behalf of someone else or for

6    something.

7    **Q.**  Like saying a prayer for somebody?

8    **A.**  Like a prayer.  I'm sorry.  Yes.

9    **Q.**  Do you know who Schimenti and Jones are?

10   **A.**  I'm familiar, yes.

11   **Q.**  Is that another case?

12   **A.**  Yes.

13   **Q.**  Page 88, what does he say about Schimenti and Jones?

14   **A.**  "They were set up by the mukhabarat.  They helped a spy

15   make hijrah."

16   **Q.**  What's your understanding of what that means?

17   **A.**  My understanding is that the defendant believes that

18   these -- Schimenti and Jones were set up by intelligence for

19   law enforcement services and --

20   **Q.**  I'm sorry.  I took that part off the screen.

21   **A.**  That's okay.

22              And that Schimenti and Jones helped a spy, someone

23   who turned out to be a spy, make hijrah.

24              Hijrah is immigration to an Islamic land.  In this

25   context, to the Islamic State.

1   **Q.** What did the defendant say about the law enforcement that

2   investigated and arrested Schimenti and Jones?

3   **A.** Defendant stated: "The same mukhabarat that locked them

4   up, they watch me. If they ever come to arrest me by Allah I

5   will make dawah with the sword. I will never go to their false

6   man-made court."

7   **Q.** What's your understanding of the word "dawah"?

8   **A.** Dawah is generally calling to Islam. It's religious

9   proselytization. It's used in a little bit of a different

10  context here, it looks like. And combined with sword, it's

11  suggestive of violence.

12  **Q.** And then what did the defendant say to OCE 2 right after

13  you said that?

14  **A.** Two emojis, the first a dagger or a knife, and the second,

15  what appears to be crossed swords.

16  **Q.** And the next page, page 89, continuing with the

17  conversation about what the defendant said would happen if he

18  was arrested, what else does he say?

19  **A.** He says, "Haaa. In sha Allah it won't happen, but if Allah

20  wills it, I will make the jihad."

21  **Q.** Flipping to page 119 of this exhibit, what does OCE 2

22  ask -- or sorry -- what does the defendant say to OCE 2

23  regarding AF Media?

24  **A.** The defendant states: "Akhi, did you know I did the voice

25  for AF Media?" This is the Arabic word "Isdar." It means

1    publication.

2    **Q.** And what did OCE 2 say in response?

3              Sorry.  Let me get that?

4    **A.** OCE 2 stated:  "Alhamdulillah that God take you to the

5    right path."  "God" is a typo here of "good."  That's "good

6    take you to the right path."

7    **Q.** What did the defendant then send?

8    **A.** Defendant sends a video titled "The Fighting Has Just

9    Begun."

10   **Q.** Have you watched that video?

11   **A.** I have.

12   **Q.** Did the FBI preserve the video when the defendant sent it

13   to them?

14   **A.** Yes.

15   **Q.** You should have before you Exhibit 203 -- 203-1, sorry,

16   203-2, 203-4 -- 3.

17   **A.** Okay.

18   **Q.** Is that one disk?

19   **A.** It is.

20   **Q.** And on that disk is a video, "The Fighting Has Just Begun,"

21   or clips from that video?

22   **A.** Yes.

23              MR. JONAS:  Your Honor, at this time I would offer

24   into evidence Government's Exhibits 203-1, -2, and -3.

25              MR. HERMAN:  Subject to the same objection, Your

1    Honor.

2              THE COURT:  All right.

3              MR. HERMAN:  No objection.

4         (Said exhibits admitted in evidence.)

5              MR. JONAS:  Your Honor, if I can publish that

6    exhibit.

7              THE COURT:  All right.

8              MR. JONAS:  I'll play 203-1.

9         (Said video played in open court.)

10   BY MR. JONAS:

11   **Q.**  Is this the same AF Media foundation that you testified

12   about earlier?

13   **A.**  Yes.

14        (Said video played in open court.)

15             MR. JONAS:  Play 203-2.

16        (Said video played in open court.)

17             MR. JONAS:  203-3.

18        (Said video played in open court.)

19   BY MR. JONAS:

20   **Q.**  Agent Rodgers, this is only three clips of the video.  Is

21   this the entire video?

22   **A.**  No.

23   **Q.**  What are we not seeing here?

24   **A.**  At the end there's a montage of beheadings and executions.

25   **Q.**  And were there screenshots taken from this last clip?

1    **A.**  There were.

2    **Q.**  In the folder before you is Government's 2 there -- 203-4

3    through 203-18 and 203-21 through 203-22.  You should have

4    those before you as well.

5    **A.**  Could you repeat those, please?

6    **Q.**  Sure.  203-4.

7    **A.**  Okay.

8    **Q.**  Through 203-18.

9    **A.**  203-18.  Okay.

10   **Q.**  And then 203-20 -- sorry -- 21 and 22.  Do you have those?

11   **A.**  I do.

12   **Q.**  And are those screenshots taken from the last clip we just

13   watched?

14   **A.**  Yes.

15           MR. JONAS:  Your Honor, at this time I would offer

16   into evidence Government's Exhibit 203-4 through 203-18 and

17   203-21 and 203-22.

18           MR. HERMAN:  Subject to the same objection.

19           THE COURT:  All right.  We'll admit them.

20       (Said exhibits admitted in evidence.)

21           MR. JONAS:  Your Honor, I'm going to publish 203-4.

22   BY MR. JONAS:

23   **Q.**  So this is a screenshot from that last clip, 203-3.  What

24   does it say here?

25   **A.**  As the title states, "Methods of Burning.  Set multiple

1    small fires at nearby sites to burn forests.  Use easy-made

2    Molotov cocktails and throw them at the target.  Set fire to

3    remote location by the means available (temporary or

4    otherwise).  Pour flammable materials (gasoline-oil) to ensure

5    the rapid spread of fire."

6    **Q.**  And so we're clear, when this scene or screen was on the

7    video, was there English speaking going on?

8    **A.**  Yes.

9    **Q.**  Was that clear in that question?

10   **A.**  Yes, I believe so.

11   **Q.**  Yes.  Okay.  And then 203-5, what does this one suggest

12   that people do?

13   **A.**  "Potential targets.  Burning high buildings and empty

14   houses.  Burning a forest near housings (especially in times of

15   drought).  Burning of commercial centers, warehouses, gas

16   stations, and other interests of the kuffar.  Destruction of

17   the money of the kuffar, be it cars, houses, shops and others."

18   **Q.**  And 203-6?

19   **A.**  Benefits of burnings.  The financial loss of disbelievers

20   and forcing them to intensify their guard.  Setting fire does

21   not require training or prohibited materials and spreads panic

22   in societies that fight Islam.

23   **Q.**  Turning to page 120 of Government's Exhibit 200, is the top

24   of the page, again, like with the other videos we've seen, sort

25   of like a last screenshot or a screenshot of that video that we

1    just watched?

2    **A.** Yes, it should be a continuation of the previous

3    communication stream.

4    **Q.** And what did the defendant say he did with regard to that

5    video?

6    **A.** "I did the voice," laughing emoji.

7    **Q.** And what did he say on the bottom of the page regarding

8    that?

9    **A.** Defendant states:  "Allah akbar.  Amin," Amen.  "I made

10   niyyah for it."

11   **Q.** Do you know what niyyah is?

12   **A.** I do.

13   **Q.** What's your understanding of niyyah?

14   **A.** Niyyah is an expression of intent for which one expects to

15   be rewarded in the afterlife.

16   **Q.** And the next page, page 121, did OCE 2 ask the defendant

17   why he was doing these voiceovers for these ISIS videos?

18   **A.** Yes.

19   **Q.** What did OCE 2 ask?

20   **A.** OCE asks:  "So akhi are you doing this for supporting the

21   Islamic State or just for jihad?"

22   **Q.** Did the defendant respond?

23   **A.** Yes.

24   **Q.** And was that response -- sorry -- following, again, one of

25   these screens from the video?

1    **A.**  Yes.

2    **Q.**  What did the defendant say?

3    **A.**  The defendant responds:  "Both."

4    **Q.**  And that was in response to the question of doing this for

5    Islamic State and jihad?

6    **A.**  That's my understanding, yes.

7    **Q.**  Did the defendant and OCE 2 discuss nasheeds?

8    **A.**  They did.

9    **Q.**  What's your understanding of what a nasheed is?

10   **A.**  My understanding of a nasheed is that it's a -- it's an

11   acapella anthem, often marshal or religious in nature.

12              THE COURT:  Can you spell that?

13              MR. JONAS:  Sorry?

14              THE COURT:  Spell it, please.

15              MR. JONAS:  Sure, Judge.  N-a-s-h-i-d.

16   BY MR. JONAS:

17   **Q.**  Is that correct, Agent Rodgers?

18   **A.**  That sounds great, yes.

19   **Q.**  All right.  Turning to page 134 of Government's Exhibit

20   200, do you see on the top half of the page there appears to

21   be -- are those audios, audio files?

22   **A.**  Yes.

23   **Q.**  And who is sending these audio files to whom?

24   **A.**  The defendant is sending these to OCE 2.

25   **Q.**  Are these nasheeds?

1   **A.** They are.

2   **Q.** And so we're clear, nasheeds aren't just something that's

3   strictly utilized by ISIS or other terrorist groups, are they?

4   **A.** No.

5   **Q.** Is it common in the religion -- the Islamic religion for

6   nasheeds to -- people to use nasheeds, sing nasheeds?

7   **A.** I would say so, yes.

8   **Q.** Did the defendant say whether he's writing a nasheed

9   himself?

10  **A.** Yes.

11  **Q.** What did he say?

12  **A.** The defendant stated:  "I am working on an English nasheed.

13  I wrote it myself."

14  **Q.** And did he say what he hoped would happen to the nasheed?

15  **A.** Yes.

16  **Q.** On page 135, what did he say about -- about it?

17  **A.** The defendant stated:  "Yes, I am trying to make it

18  perfect.  Maybe Dawla will use it.  I have a first copy."

19  **Q.** And, again, who is "Dawla"?

20  **A.** ISIS.

21  **Q.** Turning to page 136, on March 5th, 2019, did the defendant

22  send OCE 2 a recording of the nasheed that he said he was

23  writing?

24  **A.** Yes.

25  **Q.** What did he say about it?

1    **A.** He stated: "I recorded it with a bad software. In sha

2    Allah I get very good with Adobe Audition and it will be 100%

3    perfect."

4    **Q.** Do you have Government's Exhibit 216 by you?

5    **A.** Yes, I do.

6    **Q.** What is that?

7    **A.** It's a compact disk.

8    **Q.** What's on it?

9    **A.** An audio file depicted here, the sample.mp3.

10            MR. JONAS: Your Honor, at this time I would offer

11   into evidence Government's Exhibit 216.

12            MR. GREENBERG: No objection.

13        (Said exhibit admitted in evidence.)

14            MR. JONAS: If I can play that recording. Or maybe I

15   don't have it, Judge.

16            All right. Judge, I'm going to have to come back to

17   that. I don't think I have that loaded up. I'll do that

18   later.

19            THE COURT: We'll break in about 10 minutes.

20            MR. JONAS: Of course the technology is not

21   cooperating with me now, Judge.

22            THE COURT: I know the feeling.

23   BY MR. JONAS:

24   **Q.** Okay. So turning to page 140, does OCE 2 comment on

25   that -- the video we watched a few moments ago?

1    **A.**  Yes.

2    **Q.**  And what does OCE 2 say about it?

3    **A.**  OCE 2 states:  "I saw the AF video.  It's really good."

4    **Q.**  Is that the video "The Fighting Has Just Begun"?

5    **A.**  Yes.

6    **Q.**  What does the defendant say in response?

7    **A.**  The defendant stated:  "Yes, the end is the best."

8    **Q.**  What was at the end?

9    **A.**  A montage of the beheadings and executions.

10   **Q.**  Did the defendant talk about wanting to get guns?

11   **A.**  Yes.

12   **Q.**  What did he say?

13   **A.**  Defendant stated:  "I want to get guns.  I can't yet.  Two

14   years bithnillah," by the permission of God.

15          "Actually 1.  I must be 21.  I am going to be 20 soon

16   in sha Allah."

17   **Q.**  And OCE asks:  "This is the law"?

18   **A.**  Yes, OCE 2 asks:  "This is the law?"

19   **Q.**  And the defendant replied "Yes"?

20   **A.**  The defendant replied "Yes," correct.

21   **Q.**  That was page 190 of Government's Exhibit 200.

22          Turning to page 195, does OCE 2 ask the defendant how

23   it came to be that he was doing the voiceovers on these videos,

24   this last video that we just saw?

25   **A.**  Yes.  OCE 2 asked the defendant:  "How did you join AF

1    akhi?"

2    **Q.** And what did the defendant say?

3    **A.** Defendant states:  "I met brother no name and they needed

4    one English speaking brother.  After we trusted each other,

5    then he gave me work to do and alhamdulillah I am part of it.

6    1.5 years ago I met him."

7    **Q.** So this conversation is in March of 2019; is that correct?

8    **A.** Correct.

9    **Q.** So one-and-a-half years prior would have been roughly

10   September of 2017; is that correct?

11   **A.** I would say so, yes.

12   **Q.** Roughly?

13   **A.** Roughly.

14   **Q.** And are you familiar with what we've called OCE 1?

15   **A.** Yes.

16   **Q.** And the communications between the defendant and OCE 1?

17   **A.** Yes.

18   **Q.** Do you remember when those were?

19   **A.** My understanding is that those communications began June

20   6th, 2018, thereabouts.

21   **Q.** So where the defendant is saying he met a brother no name a

22   year and a half prior, that was prior to any communications

23   with the FBI?

24   **A.** Correct.

25   **Q.** Turning to page 204, what is this?  What do we see here?

1    **A.**  This appears to be a screenshot of a post to a sub -- a

2    Reddit or sub-Reddit on the website Reddit, titled "Al Furqan

3    announces impending release, either a speech by Baghdadi or Al

4    Muhajir."

5    **Q.**  Do you know who is sending this to whom?

6    **A.**  This is the defendant sending this to OCE 2.

7    **Q.**  And, again, can you remind us what Al-Furqan is?

8    **A.**  Al-Furqan is another official ISIS media production wing.

9    **Q.**  That's not the same AF that produced those videos we talked

10   about, right?

11   **A.**  It is not.  They are different.

12   **Q.**  Okay.  So what does the defendant say about this message

13   that he sent to OCE 2?

14   **A.**  The defendant asked:  "Should I message the people the

15   link?  I am trying to find people who want Dawla material."

16   **Q.**  And, again, what's "Dawla"?

17   **A.**  Dawla is a reference to ISIS.

18   **Q.**  Page 210, does the defendant go back and talk about sort of

19   security on the internet?

20   **A.**  Yes.

21   **Q.**  What does he say?

22   **A.**  He says to use TOR browser.  "It is for anonymous internet.

23   In the French magazine the brother showed how to use TAILS.  It

24   is so 0 data is saved on the computer."

25   **Q.**  Are you familiar with TOR?

**A.**  Yes.

**Q.**  What is that?

**A.**  TOR is a means of browsing the internet anonymously.

**Q.**  And do you know what TAILS is?

**A.**  Yes, some extent of my understanding is that TAILS is an operating system that is -- lends itself to increased security.

**Q.**  And what does OCE 2 say in response to this?

**A.**  "Which magazine."

**Q.**  What does the defendant say?

**A.**  The defendant answers:  "I'm not sure, but it was the one in French.  Official Dawla."

**Q.**  Just so we're clear, when OCE 2 asks about which magazine, he's referring to the French magazine that the defendant referred to in the prior communication?

**A.**  Yes.

**Q.**  And then the defendant says it came from an official Dawla magazine.  Official ISIS magazine?

**A.**  Yes.

**Q.**  Okay.  Page 230 of Exhibit 200, the -- sort of the screen has changed; the look is different now.  Why?

**A.**  This is a different interface of Telegram.  The screenshots that we previously saw were from Telegram as it was being accessed through a mobile handheld device, a telephone.

These are from the desktop client.  So this is how Telegram appears when you access it through either a browser or

1  the desktop application.

2  **Q.** And this would have been the OCE 2 persona accessing it

3  from a different application -- a different -- from a desktop?

4  **A.** Correct.

5          THE COURT:  We're going to break in a few minutes, so

6  pick a good spot.

7          MR. JONAS:  This is a good spot, Judge.  We can stop

8  now.

9          THE COURT:  That's fine.  I think you want to collect

10 these?

11         MR. JONAS:  Yes, I think they will be collected.

12         THE COURT:  Claire can collect them.  Katie.

13         Folks, we're going to be collecting that exhibit, and

14 we're going to be breaking for the day.  It's a little early,

15 but on Tuesdays I have another commitment to fulfill.  So I'm

16 going to say this every time we do take a long break; and that

17 is, please don't talk about the case at all while you're on

18 break, among yourselves or with anybody else.  Don't allow

19 anybody else to talk to you or in your presence about the case.

20         Use the elevators next to the courtroom here.  And

21 have a good evening.  We can start tomorrow at around 10

22 minutes after 9:00, and we will go tomorrow until about 4:30 at

23 the latest.

24         So have a good evening.  I want to thank you for your

25 service, your attention, and we'll see you tomorrow.

1      THE CLERK:  All rise.

2      (Jury out.)

3      THE COURT:  All right.  I was keeping my eye on

4  Ms. Wilson.  It looked like she might have closed her eyes for

5  a couple of minutes, but she was moving.  So I don't think she

6  was -- she didn't appear to be asleep.  She was -- appeared to

7  be awake -- she appeared to be awake to me.

8      We'll keep an eye on her and if we have to -- she

9  also had a child care issue that she told Claire about

10  yesterday, but she hasn't mentioned it today, so I think she's

11  been able to deal with that.

12      Just so you know, we do have another juror who had --

13  even though we had asked -- we told them how long this case

14  would go, had a plane reservation on the 15th, I believe.

15      THE CLERK:  Next Friday.

16      THE COURT:  I think the 15th.  So I wrote a letter to

17  Delta, and apparently she hasn't mentioned it either, so I

18  think we're okay.

19      MR. GREENBERG:  I'm sorry, Judge.  I can't hear you.

20      THE COURT:  I said she's okay.

21      MR. JONAS:  The Judge wrote a letter to Delta

22  Airlines to help the juror with travel plans.

23      MR. GREENBERG:  Judge, just so -- we don't know who

24  that juror is, but we would be reluctant to have someone

25  sitting on the jury who possibly wants --

1          THE COURT REPORTER:  I'm sorry, can you --

2          THE COURT:  Just take your mask off if you're going

3      to talk, because it's really hard to hear you with your mask

4      on.

5          MR. GREENBERG:  I'm sorry.

6          THE COURT:  She's -- no.  We wrote a letter.  She

7      asked us to write a letter to Delta and that she would be able

8      to change the reservation without penalty.

9          MR. GREENBERG:  Okay.  Thank you.

10         THE COURT:  We've taken care of it.  I'm not going

11     to -- I don't want a juror like that either.  I don't think we

12     have that.

13         All right.  See you all tomorrow.

14         MR. JONAS:  Thank you, Judge.

15     (Adjournment at 3:29 p.m. until 9:10 a.m., 10/5/2021.)

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on October 5, 2021, Volume No. 1, before the HON. ROBERT W. GETTLEMAN in the above-entitled matter.


*/s/ Nancy L. Bistany, CSR, RPR, FCRR*                    December 8, 2021

        Official Court Reporter                    Date
        United States District Court
        Northern District of Illinois
        Eastern Division