1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3

4

UNITED STATES OF AMERICA,           )
                                    )
               Plaintiff,           )

5

6

          vs.                       )  No. 19 CR 869
                                    )
THOMAS OSADZINSKI,                  )  Chicago, Illinois
                                    )  October 6, 2021
               Defendant.           )  9:11 a.m.

7

8

9

TRANSCRIPT OF PROCEEDINGS - Volume No. 2 AM

10

BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11

and a Jury

12

13

APPEARANCES:

14

For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
                          United States Attorney
                          BY:  MR. BARRY JONAS
                               MS. MELODY WELLS
                          Assistant United States Attorneys
                          219 South Dearborn Street, Fifth Floor
                          Chicago, Illinois  60604
                          (312) 353-5300

15

16

17

18

19

20

                          MS. ALEXANDRA HUGHES
                          Trial Attorney, Department of Justice
                          National Security Division
                          950 Pennsylvania Avenue, NW
                          Washington, D.C.  20530

21

22

23

Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                          219 South Dearborn Street, Room 1706
                          Chicago, Illinois 60604
                          (312) 435-7626
                          *nancy_bistany@ilnd.uscourts.gov*

24

25

1    APPEARANCES:   (Continued)

2

3    For the Defendant:              GREENBERG TRIAL LAWYERS
                                     BY:   MR. STEVEN GREENBERG
4                                    53 West Jackson Boulevard, Suite 1260
                                     Chicago, Illinois  60604
5                                    (312) 879-9500

6                                    LAW OFFICE OF JOSHUA G. HERMAN
                                     BY:   MR. JOSHUA G. HERMAN
7                                    53 West Jackson Boulevard, Suite 404
                                     Chicago, Illinois  60604
8                                    (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              I N D E X

2     WITNESS                                              PAGE

3
      JACK RODGERS
4
           DIRECT EXAMINATION (Resumed) BY MR. JONAS        212
5
           CROSS-EXAMINATION BY MR. GREENBERG               305
6
           CROSS-EXAMINATION (Resumed) BY MR. GREENBERG     325
7
           REDIRECT EXAMINATION BY MR. JONAS                387
8
           RECROSS-EXAMINATION BY MR. GREENBERG             398
9

10

11    MARK BAGGETT

12         DIRECT EXAMINATION BY MS. WELLS                  404

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              (Jury out.  Proceedings heard in open court:)
 2                   THE CLERK:  19 CR 869, USA versus Osadzinski.
 3                   MR. JONAS:  Good morning, Your Honor.
 4                   Barry Jonas for the United States.
 5                   MS. WELLS:  Good morning, Your Honor.
 6                   Melody Wells for the United States.
 7                   MS. HUGHES:  Good morning, Your Honor.
 8                   Alexandra Hughes for the United States.
 9                   MR. GREENBERG:  Good morning, Your Honor.
10                   Steve Greenberg and Josh Herman on behalf of
11      Mr. Osadzinski.
12                   THE COURT:  I know who you are.
13                   THE DEFENDANT:  Good morning.
14                   THE COURT:  Good morning, Mr. Osadzinski.
15                   Okay.  Was there something you wanted to bring up?
16                   MR. GREENBERG:  There is, Your Honor.  And I'll just
17      try and -- can you hear me okay, Miss Reporter?
18                   THE COURT REPORTER:  I can hear you fine.  Thank you.
19                   MR. GREENBERG:  Okay.  The -- so far we've heard a
20      day full of evidence, and I think it's what the government
21      suggests is 404(b) evidence.
22                   We had filed a 404(b) motion in this case for
23      disclosure.  They never made a formal 404(b) disclosure in this
24      case.  And I know we've raised this with Your Honor before
25      about what this evidence is.  We're concerned because there
```

1    hasn't been any instruction to the jury what the evidence is.

2    There's no -- nothing has been told to them.  And we've now

3    heard a full day of this evidence which doesn't establish any

4    of the elements in the crime and doesn't really go to the crime

5    on an uncontested issue.

6           And we're now going to hear probably another three

7    hours of it this morning, Judge.  And we don't think it's

8    proper.

9           THE COURT:  How is it 404(b)?

10          MR. GREENBERG:  It's 404(b) because it's all other

11   act evidence that they're talking about him doing.  They're

12   talking about all of these things that he did that -- wanting

13   to make a bomb.

14          I mean, they admitted that the first OCE that

15   testified was not on what Mr. Osadzinski is charged with.

16          The important thing here, Judge, is there's a

17   separate section of the statute or a statute -- Mr. Herman is

18   more of an expert on that -- but that charges you if you want

19   to join ISIS, if you want to do that.

20          He's charged under the material support statute with

21   an attempt.  So what's relevant is, did he intend to provide

22   material support?  And this dovetails in with what we talked

23   about yesterday with the instruction.  And was he doing it at

24   the direction or control of ISIS?  Was he reaching out for ISIS

25   to help him or tell him what to do?

1       We're hearing all of this stuff about just things he

2   did.  And did he like ISIS, and did he sympathize with ISIS and

3   so on and so forth?  None of that is illegal.  None of that is

4   wrong.  All of that is permissible.

5       He can want to -- he can like ISIS.  He can support

6   ISIS.  He just can't do it with ISIS.  That's the difference.

7   And I'm afraid that the jury is just hearing ISIS, ISIS, ISIS,

8   he loved ISIS, and that they're going to be left with the

9   impression that that can't happen.

10      It's not a contested issue.  It's not -- so there's

11  no reason for them to just keep going down this road and going

12  down this road and with all these chats that have nothing to do

13  with what's charged.

14      THE COURT:  Off the record for a second.

15  (Discussion off the record.)

16      THE COURT:  Mr. Jonas, what do you say?

17      MR. JONAS:  Judge, I agree with what you had said a

18  moment ago.  We do not consider this 404(b) at all.

19      This is a progression of communications between the

20  defendant and FBI OCEs where the defendant is expressing his

21  willingness and his intent to support ISIS.

22      It's a buildup, and we're getting to the point where

23  he's going to discuss providing the computer code.  But in

24  order to establish his intent when it comes to the provision of

25  that computer code, we have to show that he is wanting --

1    desirous of supporting ISIS.

2              Mr. Greenberg says there are things that are not in

3    dispute.  If the defense is willing to stipulate that the

4    defendant all along intended to support ISIS and work with

5    ISIS, we'll take that stipulation.  But I don't think they're

6    going to stipulate to that because it's a central issue.

7              THE COURT:  And rest your case.

8              MR. JONAS:  Yes, exactly, Judge.  Thank you.

9              MR. GREENBERG:  But that's not -- he can support

10   ISIS.  That's lawful.  He can't work with ISIS.  So it's the

11   second part of that.

12             And none of this goes to him working with ISIS.  All

13   of this goes to him supporting ISIS, common beliefs, and so

14   forth, all of which is permissible.

15             MR. JONAS:  Your Honor, do I need to respond?

16             THE COURT:  I don't think so.

17             I really agree with Mr. Jonas.  To me this is a

18   progression, if you will, of his initial contact and then his

19   continued contact with them.

20             The government bears a heavy burden here to show that

21   he actually did intend to coordinate with or work with, as you

22   say, ISIS.  And this goes directly to that intent.  This is not

23   a prior bad act or anything like that.  There's nothing prior

24   about it.

25             This is part of the continuum of his communications

1    with these folks.  So I'm having a problem taking your point at

2    all, to be honest with you.

3              MR. GREENBERG:  Okay.

4              THE COURT:  I just don't consider this.  So you've

5    made your --

6              MR. GREENBERG:  Right.  And, Judge, just to be clear,

7    he can -- he can coordinate in terms of running on parallel

8    tracks, that kind of coordination --

9              THE COURT:  But that's exactly what they're trying to

10   show he's not doing.

11             MR. GREENBERG:  Right.  Okay.

12             THE COURT:  That he switched on to their track, if

13   you will, if you're using a railroad analogy here.  But that's

14   what they're showing, and I think that they're allowed to do it

15   this way.  If I'm wrong, somebody will tell me I'm wrong some

16   day.

17             MR. GREENBERG:  Thank you, Judge.

18             THE COURT:  One other thing I want to make sure

19   before Claire brings the jury in.

20             We got your brief.  Thank you very much for getting

21   that to us.  When are you going -- you know, we said you had

22   until tomorrow to do it.  I would like to rule on that expert

23   issue tomorrow afternoon.

24             MR. JONAS:  That's -- that's fine, Judge.

25             THE COURT:  And so --

1      MR. JONAS:  I think we'll have a response to you by
2  the end of the day.
3         THE COURT:  Today?
4         MR. JONAS:  Yes.
5         THE COURT:  That will be great.  That will be great.
6  I know that's a -- you're all working real hard on this, but I
7  appreciate that.
8         MR. JONAS:  I turned to Ms. Hughes because it's her
9  witness and because I think she's done for the week otherwise.
10        THE COURT:  All right.  Claire.
11        MR. JONAS:  We'll get the witness, Judge.
12        THE COURT:  Claire will line them up in the hallway
13  and then bring the witness in.
14     (Witness entered courtroom.)
15        THE WITNESS:  Good morning, Your Honor.
16        MR. GREENBERG:  Judge, do you know what time we're
17  going to take our morning break because we --
18        THE COURT:  11:30, because they're going to have to
19  be tested again.
20        MR. GREENBERG:  Oh, the jurors have to be tested
21  today?
22        THE COURT:  Yes, that's what Claire told me.
23        MR. GREENBERG:  Weren't they tested yesterday?  I
24  think they get tomorrow.
25        THE COURT:  Why don't you go out and ask Claire.

 1    Just hang on one second.  This is off the record.

 2         (Discussion off the record.)

 3              THE CLERK:  All rise.

 4         (Jury in.)

 5              THE COURT:  Good morning, ladies and gentlemen.

 6    Please be seated.

 7              We will resume the direct examination of the witness.

 8              You're still under oath, sir.

 9              THE WITNESS:  Yes, sir.

10              MR. JONAS:  Can I continue, Judge?

11              THE COURT:  Please.

12         JACK RODGERS, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

13                   DIRECT EXAMINATION (Resumed)

14    BY MR. JONAS:

15    **Q.**  Good morning, Agent Rodgers.

16    **A.**  Good morning.

17    **Q.**  Before we progress with where we left off yesterday, I just

18    want to touch on a couple things, a question about yesterday

19    real quick.

20    **A.**  Understood.

21    **Q.**  I asked you yesterday about Organization 1 and it sort of

22    advertising out in Telegram and a few other places for the

23    ability of people to reach out to that organization.

24              Do you recall that question?

25    **A.**  I do.

1  **Q.** And I just want to make sure we're clear.  That doesn't

2  require, like, a special code or a special pass for someone to

3  reach out to Organization 1; in other words, it's open to

4  anyone who sees that, quote/unquote, advertisement?

5  **A.** That's correct.

6  **Q.** And I forgot to ask you yesterday about the Youth of the

7  Caliphate issue, Government's Exhibit 205, that issue 5 that

8  you testified where you saw the article by Brush written?

9  **A.** Yes.

10  **Q.** What was the date that that issue came out?

11  **A.** To the best of my knowledge, that was February 6th, 2019.

12  **Q.** And can you remind us when the defendant reached out to

13  Organization 1?

14  **A.** That was February 7th, 2019.

15  **Q.** All right.  And also yesterday I asked you about a nashid

16  that the defendant said he wrote.  Do you remember that?

17  **A.** Yes.

18  **Q.** Could you remind the jury what a nashid is?

19  **A.** Yes.  A nashid is usually an acapella anthem.  It is

20  usually marshal or religious in nature.

21          MR. JONAS:  Your Honor, I'm putting back on the

22  screen Government's Exhibit 200, page 136.

23  BY MR. JONAS:

24  **Q.** Agent Rodgers, can you just remind the jury what the

25  defendant said about a nashid or his nashid on March 5th?

1    **A.** Yes.  The defendant stated:  "I recorded it with a bad

2    software.  In sha Allah I get good with Adobe Audition and it

3    will be 100% perfect."

4          MR. JONAS:  Your Honor, one second.

5       (Counsel conferring.)

6          MR. JONAS:  Your Honor, I'd like to play Government's

7    Exhibit 216, which I believe is already in evidence.

8    BY MR. JONAS:

9    **Q.** And, Agent Rodgers, is that the nashid that the defendant

10   sent on March 5th?

11   **A.** It is.

12      (Said audio recording played in open court.)

13   BY MR. JONAS:

14   **Q.** Agent Rodgers, there were some terms used during that

15   nashid by the defendant.  "Johannam," if I'm pronouncing that

16   correctly?

17   **A.** Johannam.  It means hell.

18   **Q.** And "shuhada"?

19   **A.** Shuhada in this context means death upon the path of God.

20   **Q.** Were there other terms that you heard that were familiar to

21   you?

22   **A.** Yes.

23   **Q.** And what were some of those terms?

24   **A.** Kuffar.

25   **Q.** What does that mean?

1  **A.** Infidels.

2  **Q.** So what's your understanding of what the defendant was

3  saying in this nashid?

4  **A.** I think this nashid was meant to insight believers to take

5  up arms.

6  **Q.** Against whom?  Arms against whom?

7  **A.** Against the kuffar, against the infidels.

8  **Q.** Okay.  Turning back to Government's Exhibit 200, page

9  230 -- I'm sorry.

10        Before I proceed, do you recall what the defendant

11  said he hoped would happen to that nashid?

12  **A.** To the best of my recollection, the defendant stated he

13  hoped that Dawlah, ISIS, would use it.

14  **Q.** Turning to Government's Exhibit 200, page 230, did OCE 2

15  ask the defendant to translate anything?

16  **A.** Yes.

17  **Q.** What did he ask the defendant to translate?

18  **A.** A 14-page book on how to make a car bomb.

19  **Q.** Could you read that whole passage that's on the screen?

20  **A.** Yes.  How are you, my brother?  I need your help in

21  something very important.  There is a book of 14 pages on how

22  to make a car bomb.  It's from the brothers in the Islamic

23  State.  The problem, the book is in English, and the brothers

24  need it to be translated to Arabic.

25  **Q.** Does it continue to the next page?

1   **A.** It does.

2   **Q.** Turn to page 231, if you can finish the passage that OCE

3   sent the defendant.

4   **A.** "It will help the brothers and a lot of brothers want to

5   take revenge and kill the kufar everywhere.  This will help

6   them."

7   **Q.** Why did the FBI send or ask the defendant to translate a

8   car bomb manual?

9   **A.** Because the defendant had stated interest in providing

10  translations, so the FBI wanted to see whether or not he was

11  willing and capable of doing so.

12  **Q.** Why?

13  **A.** To see whether or not he would really help a terrorist if

14  given the opportunity.

15  **Q.** Were you trying to distinguish someone who was just talking

16  versus someone who is willing to do?

17  **A.** Yes, absolutely.

18  **Q.** And was this the second time that the FBI sent him some

19  documents to translate?

20  **A.** Correct.  There were --

21  **Q.** You testified yesterday about an earlier translation that

22  the OCE 2 sent the defendant to translate?

23  **A.** To my recollection, there were two earlier passages sent

24  for translation, and this would be the third.  But the two

25  earlier ones were sent at about the same time, so . . .

1    **Q.** I just want to go back to the prior page.

2              OCE 2 said -- sorry.  Go back to page 230.  OCE 2

3    said the car bomb manual, it's from the brothers in the Islamic

4    State.

5              Did the defendant ever say:  I don't want anything to

6    do with that if it's in the Islamic State?

7    **A.** No.

8              MR. GREENBERG:  Objection, Judge.

9              THE COURT:  Ground, briefly?

10             MR. GREENBERG:  Judge, what we were raising earlier

11   today would be one of them and just relevancy in general to the

12   charges.

13             THE COURT:  Overruled.

14             MR. GREENBERG:  But the argument we raised earlier

15   today.

16             THE COURT:  I understand.  Overruled.

17   BY MR. JONAS:

18   **Q.** Agent Rodgers, did the defendant ever state that he wanted

19   nothing to do with the Islamic State?

20   **A.** No, he did not.

21   **Q.** When OCE 2 sends -- well, let me ask you this.

22             Did, in fact, the FBI send the defendant a manual on

23   how to make a car bomb?

24   **A.** The FBI sent the first two or three pages of the

25   introduction of a manual of how to make a car bomb but no

1    actual instructions.

2    **Q.**  And can you remind us, why was OCE 2 saying what he did?

3    Like, what was the purpose that he was telling the defendant

4    that they wanted to -- the car bomb manual for?

5    **A.**  To help brothers in the Islamic State.

6    **Q.**  Do what?

7    **A.**  Build a car bomb.

8    **Q.**  If the defendant had contacted the FBI to report this,

9    would you have been made aware of that?

10   **A.**  I believe so.

11   **Q.**  And as far as you know, did the defendant contact the FBI

12   to report that someone's reaching out to him about people who

13   want to kill kuffar with a car bomb?

14   **A.**  To the extent of my knowledge, I am not aware of such a

15   contact or report.

16   **Q.**  Did the defendant respond to OCE 2?

17   **A.**  The defendant does.

18   **Q.**  What did he say?

19   **A.**  The defendant states:  "Wow.  SubhanAllah.  I was at school

20   akhi sorry for being late.  I'm not good at Arabic akhi."  Sad

21   face emoji.  "I know no name is but sometimes he is very busy.

22   I know one brother.  I will ask him if he wants to help us.  He

23   has never done work for a foundation before.  In sha Allah he

24   wants to.  I won't tell him it's for the foundation or you

25   first.  I will just ask him to translate."

1  **Q.** The defendant says, "I know no name is but sometimes he is

2  very busy." Is this, by my count, the third time that we've

3  heard him reference someone named "no name"?

4  **A.** I believe so.

5  **Q.** As far as you know, is "no name" someone who works for the

6  FBI?

7  **A.** No.

8  **Q.** No, he is not?

9  **A.** No, he is not.

10 **Q.** Turning to page 45, did OCE 2 -- of Government's Exhibit

11 200, did OCE 2 raise again the issue of having this manual

12 translated?

13 **A.** Yes.

14 **Q.** What did he say?

15 **A.** OCE 2 stated:  Akhi is the brother who will translate the

16 book is available?  Can you introduce me to him because I want

17 to translate a lot of things and it's very important for the

18 brothers in the Islamic State."

19          THE COURT:  What page was this?

20          MR. JONAS:  45, Judge.  Sorry.  245.  My mistake.

21          THE COURT:  245.

22 BY MR. JONAS:

23 **Q.** In the prior page, Government's Exhibit 31, the defendant

24 said to you that he won't tell this person he's going to

25 intro -- he's going to pass the translation to that it's being

1    done for the foundation.

2          What's your understanding of what the foundation is?

3    Is that Organization 1?

4    **A.** Correct.

5    **Q.** Okay.  So OCE 2 goes back and asks the defendant about that

6    other person who he's going to have -- who the defendant is

7    going to have translate.

8          What was the defendant's response?

9    **A.** Defendant's response is:  "Yes.  Can you send the file for

10   translation?  He sent you message."

11   **Q.** And did, in fact, the defendant put OCE 2 in touch with

12   this other person?

13   **A.** Yes.

14   **Q.** Did the defendant continue to gage -- engage with OCE 2

15   after this exchange about the car bomb manual for ISIS?

16   **A.** Yes.

17   **Q.** Let's go to page 256.  On or about -- would this be about

18   March 19th -- or mid-March 2019?

19   **A.** To the best of my recollection, yes.

20   **Q.** Okay.  Did the defendant talk about a new project he was

21   working on?

22   **A.** Yes.

23   **Q.** What did he say?

24   **A.** Defendant stated:  "Akhi, I will begin a new and very

25   valuable project.  I will be developing a custom Gentoo Linux

1    version designed for Ansar.  It can run on any computer and

2    will be very lightweight, fast, and secure."

3    **Q.**  Do you know what a custom Gentoo Linux is?

4    **A.**  Aside from the fact that it's, I believe, a Linux-based

5    operating system, no, I don't really know much about it at all.

6    **Q.**  An operating system for computers?

7    **A.**  Operating system for computers, yes, that's my

8    understanding.

9    **Q.**  And do you know what Ansar is?

10   **A.**  Yes.

11   **Q.**  What is your understanding of Ansar?

12   **A.**  Supporters -- in this context, supporters of the Islamic

13   State, ISIS.

14   **Q.**  Is this the first time that the defendant mentioned to

15   OCE 2 that he was working on a computer program?

16   **A.**  Yes.

17   **Q.**  Turning to page 259, did OCE 2 respond?

18   **A.**  Yes.

19   **Q.**  What did he say?

20   **A.**  OCE stated:  "Alhamdulillah akhi I am good.  Did you start

21   the project by yourself or are you working with other brothers

22   on it?  It seems pretty cool.  What is the general idea for

23   this project?  I mean how it gonna help the brothers in the

24   Islamic State?"

25   **Q.**  And was OCE 2 talking about that custom Gentoo Linux

1    project we talked about a moment ago?

2    **A.**  Yes.

3    **Q.**  Why was OCE 2, if you know, asking this question?

4    **A.**  To understand what benefit it would provide to ISIS and

5    whether or not the defendant was working in conjunction with

6    someone else.

7    **Q.**  Why did the FBI care?

8    **A.**  The FBI cared to see if the defendant was actually willing

9    to act on the things that he was talking about.

10   **Q.**  Turning to page 274, OCE 2 asked the defendant:  "Are you

11   building a bomb?"  Is that correct?

12   **A.**  Correct.

13   **Q.**  Why did OCE 2 ask the defendant if he was building a bomb?

14   **A.**  The defendant had sent a video of ostensibly himself

15   soldering something.  Wires were present.  It wasn't clear

16   immediately what it was.

17           And so that's the question, "Are you building a

18   bomb?"

19   **Q.**  And did OCE 2 also ask if that was an AK-47?

20   **A.**  Yes.

21   **Q.**  And that's a weapon, an AK-47?

22   **A.**  Yes.

23   **Q.**  Did you -- did you come to learn after viewing the videos

24   that it wasn't actually a bomb he was soldering?

25   **A.**  Yes.

1    **Q.** What was it?

2    **A.** Airsoft gun.

3    **Q.** And then OCE -- is this OCE 2 asking or saying, "This is

4    the Islamic State flag"?

5    **A.** Yes.

6    **Q.** Defendant -- did the defendant send him some -- did the

7    defendant send OCE 2 something that indicated there was an

8    Islamic flag in the picture?

9    **A.** Yes, Islamic State flag.

10   **Q.** Did the defendant respond to OCE 2's question about whether

11   the defendant was building a bomb?

12   **A.** Yes.

13   **Q.** What did the defendant say?

14   **A.** Defendant stated:  "I want to learn how.  I was fixing my

15   gun."

16   **Q.** Did the defendant also discuss more about this Islamic

17   State flag that OCE 2 made a comment on?

18   **A.** Yes.

19   **Q.** Turn to page 280.  What does OCE 2 say regarding the

20   Islamic State flag?

21   **A.** OCE 2 stated:  "Akhi I was surprised how did you get the

22   Islamic State flag in America," three heart eye emojis.

23   **Q.** What did the defendant respond?

24   **A.** The defendant responds:  Ha.  It's just a black flag -- oh,

25   I'm sorry.  "It's just a black fabric.  They sell a plain black

1   flag."

2   **Q.**  And turning to the next page, page 281 of Government's

3   Exhibit 200, what else does the defendant say about it?

4   **A.**  The defendant states:  "But no shahadah words.  I have to

5   paint it in sha Allah."

6   **Q.**  And what does OCE say in response?

7   **A.**  OCE 2 states:  "You can do it by yourself."

8   **Q.**  And what did defendant say?

9   **A.**  "Yes akhi."  I'm sorry.

10   That's OCE 2 that states "Yes akhi," followed by

11   defendant's statement, "Yes."

12   **Q.**  Okay.  Page 283, the defendant -- go back to the top of the

13   page.  On the top of the page, do they continue discussing the

14   making of an Islamic State flag?

15   **A.**  Yes.

16   **Q.**  What does OCE 2 say?

17   **A.**  "It's not that hard.  I think the brothers in Islamic State

18   posted a video how to do it."

19   **Q.**  What did the defendant say in response?

20   **A.**  Defendant responds:  "I need to just buy paint.  I saw two

21   ways."  Once -- or "One the brother cut out Styrofoam, and one

22   brother printed it out and cut it open and painted with that."

23   **Q.**  And I may have misspoke.  This was 282 of the exhibit.

24   Did the defendant then send OCE 2 another video?

25   **A.**  Yes.

1   **Q.** And is that on the bottom of page 282?

2   **A.** Yes.

3   **Q.** Let me jump to page 283.  What does the defendant first say

4   about the video?

5   **A.** Defendant asked:  "Did I send this before?"  Monkey --

6   **Q.** And -- I'm sorry.  Go ahead.

7   **A.** No, I'm sorry.  Followed by a monkey covering eyes emoji.

8   **Q.** Had the defendant sent this video before to OCE 2?

9   **A.** To my knowledge, no.

10  **Q.** Did the FBI download the video?

11  **A.** Yes.

12  **Q.** Do you have before you Government's Exhibit 213?

13  **A.** I do.

14  **Q.** What is that?

15  **A.** A compact disk.

16  **Q.** Is that the video that the defendant sent on this date

17  that's on Government's Exhibit 200-283 -- page 283?

18  **A.** It is.  It is.

19          MR. JONAS:  Your Honor, at this time I would offer

20  into evidence Government's Exhibit 213.

21          MR. GREENBERG:  No objection.

22          THE COURT:  It will be admitted.

23      (Said exhibit admitted in evidence.)

24          MR. JONAS:  And if I can publish 213.

25      (Said video played in open court.)

1    BY MR. JONAS:

2    Q.  Agent Rodgers, have you watched this video a few times?

3    A.  Yes.

4    Q.  Were you able to understand what the girl said at the end

5    of the video?

6    A.  I believe so.

7    Q.  What did she say?

8    A.  She says, Allah Akbar (speaking in Arabic), which to my

9    understanding translates to God is greatest, Islamic State.

10   ISIS is remaining and expanding.

11   Q.  Did you see her make a hand gesture at the end?

12   A.  Yes.

13   Q.  What does she do?

14   A.  Holds up the finger of Tawheed.  It's known as the finger

15   of Tawheed.

16   Q.  And is there a significance to that in context to what she

17   was saying and doing in this video?

18   A.  I understand this as an indicator of the oneness of Allah,

19   but it's a symbol that is often associated with ISIS.  It's

20   often seen in ISIS media content.

21   Q.  Did the defendant comment on the video?

22   A.  Yes.

23   Q.  What did he say?

24   A.  The defendant stated:  "That's why I want a daughter.

25   Hahahaha.  That's why I want a daughter.  In sha Allah," God

1   willing.

2   **Q.** That's page 284.  Let's jump to page 301.

3          Just to orientate us, what is the defendant saying at

4   the top of page 301?

5   **A.** Defendant states:  "Hahaha sure, click it and add to GIFs.

6   You can post them in chats quickly then akhi.  Do you think you

7   have a guide to make a detonator?"

8   **Q.** What was happening just prior to this comment by the

9   defendant in the exchanges between OCE 2 and the defendant?

10  **A.** Can we shrink the box so I can review the --

11  **Q.** Sure.

12  **A.** So initially there's a conversations about GIFs.

13  **Q.** Little images that are on the internet?

14  **A.** That are -- yes, that move.  They're motion images.

15  **Q.** And had the defendant just sent OCE 2 a few of those?

16  **A.** Yes.

17  **Q.** Okay.  So the defendant says, "Do you think you have a

18  guide to make a detonator"?

19  **A.** Yes.

20  **Q.** What did OCE 2 say in response?

21  **A.** OCE 2 responded:  "Yes my brother I can but you need to

22  explain for me what you want to do so I can help more.  The

23  bomb for a car or for a person?  Because there is a lot of

24  methods."

25  **Q.** Why would OCE 2 offer to help the defendant make a car --

1    get a detonator?

2    **A.**  To gain insight into what exactly the defendant intended or

3    wanted to do.

4    **Q.**  Were there additional reasons as well?

5    **A.**  To stop it from happening.

6    **Q.**  Would this allow the FBI to try to get their arms around

7    the situation?

8    **A.**  Yes.

9    **Q.**  What did the defendant say in response?

10   **A.**  The defendant states:  "Not sure.  I want to study it and

11   practice making them so I know."

12   **Q.**  Turning to the next page, 302, what does OCE 2 say in

13   response to the defendant saying "I want to study it and

14   practice making them so I know"?

15   **A.**  OCE 2 states:  "Okay my brother.  Like I said it's a big

16   word, but I can help but you need to be very careful ok.  There

17   is a lot of ways to make bombs.  Every bomb is different than

18   the other.  Some of them are designed to target people and some

19   for cars.  Do you have any knowledge of making them?  Did you

20   try before?  I have a lot of things in my archive to help you.

21   Are you interested in specific one?

22   **Q.**  What is the defendant's response?

23   **A.**  The defendant's response:  "SubhanAllah you are so smart.

24   Well, I was wondering.  The acetone and peroxide ones.  They

25   are not safe, right?  They can explode from heat, and they

1  become less powerful after a long time."

2  **Q.** Do you know what acetone and peroxide is?

3  **A.** I have an idea of what that is, yes.

4  **Q.** Are those ingredients that could be used as part of a bomb?

5  **A.** Yes.

6  **Q.** What did OCE 2 state in response?

7  **A.** OCE 2 stated:  Yes, they are dangerous.  You need to be

8  careful.

9  **Q.** Turning to page 303, could you continue with the

10  conversation?  I think it picks up with the OCE 2 saying,

11  "carful."  But I'm assuming that's a typo?

12  **A.** Yes, there's a typo in the line above "card," and then

13  retypo -- another typo.  That's supposed to be careful from the

14  appearance.

15          Defendant states:  "Yea.  That would be too hard to

16  make I think."

17          OCE 2 continues:  "If you did a mistake, it big

18  thing."

19          Defendant:  "Yea."

20          OCE 2:  "I will send manual for them."

21  **Q.** And just so we're clear, you had testified in the beginning

22  of your testimony yesterday that there's some redactions

23  throughout this binder of the communications with the

24  defendant.

25          In this instance, there's some redactions on the

1    page.  So just so we're clear, are those redactions redacting

2    OCE 2's moniker?

3    **A.**  Yes.

4    **Q.**  So where we see that blue circle, is that the defendant

5    speaking?

6    **A.**  It is.

7    **Q.**  And the redactions are OCE 2 speaking?

8    **A.**  Correct.

9    **Q.**  Okay.  Did OCE 2 send a manual on how to make a bomb or a

10   detonator?

11   **A.**  OCE 2 did not.

12   **Q.**  Turning to the next page, 304, what's being said?

13   **A.**  OCE 2 states:  "Yes akhi."

14          Defendant states:  "And then I think getting the

15   acetone will be hard.  I saw the video from wilayah Raqqa.

16   Only a very small amount of powder comes."

17          OCE 2 says:  "Yes, the video" (speaking in Arabic).

18   **Q.**  What's your understanding -- do you understand -- sorry.

19   Withdrawn.

20          Do you know what "wilayah Raqqa" is?

21   **A.**  That is a reference to -- "wilayah" means province.  Raqqa

22   was the capital of the ISIS caliphate.  So province of Raqqa --

23   ISIS province of Raqqa.

24   **Q.**  So what does OCE 2 say?

25   **A.**  OCE 2 says:  "Yes, the video" (speaking in Arabic).  "You

1    mean good video to watch and practice."

2    **Q.** And what does the defendant respond?

3    **A.** Defendant responds:  "Can't remember.  It was a brother in

4    a kitchen."

5    **Q.** Then OCE 2?

6    **A.** OCE 2 continues.  In direct response to defendant's

7    statement that getting acetone will be hard, OCE 2 states:  "It

8    need a lot of work and time."

9    **Q.** Turning to page 305, continue with this conversation, who

10   is speaking at the top?

11   **A.** At the top is OCE 2.

12   **Q.** And is this just an overlap from the prior page that you

13   just read?

14   **A.** It is.

15   **Q.** So where the defendant had said, "It was a brother in a

16   kitchen," is that where OCE 2 is responding, "Yes, I know it

17   akhi"?

18   **A.** Yes.

19   **Q.** And what -- what is OCE 2 offering to do?

20   **A.** OCE 2 states:  "I will check my archive and come back to

21   you akhi."

22   **Q.** So is OCE 2 offering to get him the instructions that the

23   defendant was looking for?

24   **A.** Yes.

25   **Q.** And -- sorry.  What did the defendant respond?

1    **A.** Defendant responds:  "In sha Allah."

2    **Q.** And what's your understanding what that means?

3    **A.** God willing.

4    **Q.** And continuing on the same page, page 305, what is OCE 2

5    asking?

6    **A.** OCE 2 asks:  "But akhi if you learn how to do it, are you

7    ready to use it?"

8    **Q.** What's the defendant say?

9    **A.** Defendant states:  "Not yet."

10   **Q.** Again, why was the FBI asking if the defendant is ready to

11   use it?

12   **A.** To get an idea of the imminency of what was going on here,

13   to get an idea as to whether or not the defendant was going to

14   act upon these words.

15   **Q.** And what does the OCE 2 say in response to the defendant

16   saying "Not yet"?

17   **A.** OCE 2 states:  "Because if not, Shaykh Anwar" -- this is --

18   "RA" stands for Allah have mercy -- "pointed out 44 other

19   ways."

20   **Q.** Do you know who Shaykh Anwar is?

21   **A.** Yes.

22   **Q.** Who is he?

23   **A.** This is a reference to Anwar al-Awlaki, who is the former

24   spokesman for al-Qaeda in the Arabian peninsula.  He created a

25   document at one point in time called 44 Ways of Jihad.  I'm

1    paraphrasing the title.  It's well known in the jihadist

2    community among supporters of the Islamic State as well as

3    Al-Qaida.

4    **Q.**  And why would OCE 2 tell the defendant that there are 44

5    other ways to commit jihad?

6    **A.**  To dissuade -- not to dissuade -- but to make the defendant

7    aware that there are other ways to fulfill what defendant saw

8    as his obligation that did not involve violence.

9    **Q.**  What did the defendant say in response to the comment by

10   OCE 2 about Shaykh Anwar?

11   **A.**  Defendant responds:  "I am thinking about it, but I don't

12   want to do martyrdom operation, and I don't want to be caught."

13   **Q.**  Turning to the next page, 306, what's the -- what's OCE 2

14   say in response to the defendant's last comment?

15   **A.**  OCE 2 states:  "I understand you akhi.  OK no problem akhi.

16   We will figure it out.  Let me check my archive."

17   **Q.**  What's the defendant say in response?

18   **A.**  Defendant states:  "In sha Allah.  I like to study and read

19   and understand."

20   **Q.**  And what did OCE 2 say in response to that?

21   **A.**  OCE 2 states:  That's really good.  You should always --

22   you should always learn more akhi.

23   **Q.**  And then the defendant's response?

24   **A.**  "I have a good opportunity here because the city is big and

25   there are many people."

1   **Q.** Did you learn -- or sorry.

2          Did OCE 2 learn later -- withdrawn.  Let me rephrase

3   that.

4          Did the defendant say at a later time what city he's

5   referring to --

6   **A.** Yes.

7   **Q.** -- where he's located?

8          What city was that?

9   **A.** Chicago.

10  **Q.** Turning to page 307, what did defendant say in response to

11  OCE 2's last comment?

12  **A.** OCE 2 stated:  "May God bless you."

13         Defendant responded:  "Amin," Amen.  "I saw Baghuz

14  and it made me hate this country.  I can't sit in the chair

15  while Muslims are dying."

16  **Q.** Did you understand what "Baghuz" is?

17  **A.** Yes.

18  **Q.** What is that?

19  **A.** Baghuz was the site of the last stand of ISIS, the physical

20  ISIS caliphate.

21  **Q.** What did OCE 2 say in response?

22  **A.** OCE 2 responded:  "Ma Sha Allah akhi.  Barak Allah Feek.  I

23  just want you to be careful don't talk to anyone about this.  I

24  will help you in sha Allah, but you can't trust anyone

25  brother."

1  **Q.** Why -- let me ask you this. Why would OCE 2 tell the

2  defendant not to talk to anyone else about this?

3  **A.** This is an attempt to ensure that the defendant did not

4  actually connect with real terrorists and, thus, you know, gain

5  the ability to actually carry out an act of violence.

6  **Q.** Did the FBI know at the time whether or not he was already

7  talking to real terrorists?

8  **A.** No.

9  **Q.** What did the defendant say in response to that?

10 **A.** You need to shrink the --

11 **Q.** I'm sorry. I don't know if you read the part about where

12 the defendant responded to OCE 2:  "I will help you inshallah,

13 but you can't trust another brother."

14        What was the defendant's response?  Or is this a

15 continuation of OCE 2's response?

16 **A.** This is a continuation of OCE 2's comms.

17 **Q.** Sorry. My mistake.

18 **A.** Defendant states:  "Yes wallahi. I haven't spoken much for

19 one year. I was on the mukhabarat watch list, but bithnillah

20 they gave up."

21 **Q.** What's your understanding of the "mukhabarat"?

22 **A.** It's a reference to security and intelligence services.

23 **Q.** And "bithnillah"?

24 **A.** By the permission of Allah.

25 **Q.** Turning to page 308, this is -- the top part is a

1    continue -- is an overlap from the last page, correct?

2    **A.**  Correct.

3    **Q.**  What else did the defendant say about law enforcement?

4    **A.**  The defendant stated:  "And even if I am ever caught, they

5    won't arrest me.  I will be a shahid before they ever capture

6    me."

7    **Q.**  What's your understanding of what a shahid means?

8    **A.**  Martyr.

9    **Q.**  What did OCE 2 say in response?

10   **A.**  OCE 2 stated:  "May Allah protect you my brother," praying

11   hands emoji.

12   **Q.**  Let me go to page 310 of Government's Exhibit 200.

13          Did OCE 2 try to sort of slow the defendant down in

14   this subject area?

15   **A.**  Yes.

16   **Q.**  What did he say?

17   **A.**  OCE 2 had stated:  "You should be patient and careful so

18   you can succeed."

19   **Q.**  And what did the defendant say in response?

20   **A.**  Defendant stated:  "SubhanAllah, I will start to make my

21   salah longer."

22   **Q.**  Do you understand what salah is?

23   **A.**  I do.

24   **Q.**  What is that?

25   **A.**  It's a reference to the five daily prayers prescribed in

1    Islam.

2    **Q.** Are you familiar with something called "bayah"?

3    **A.** Yes.

4    **Q.** What is that?

5    **A.** My understanding is that that's an oath of allegiance to

6    the leader of a -- usually a militant organization.

7    **Q.** And in your experience, do people pledge bayah to ISIS?

8    **A.** Yes, to the amir, the leader of ISIS.

9    **Q.** Did OCE 2 ask the defendant if he pledged bayah?

10   **A.** Yes.

11   **Q.** Can you read on the same page, page 310, what OCE 2 is

12   asking the defendant?

13   **A.** OCE 2 states:  "Barak Allah feek akhi.  Did you do bayah?"

14   And then repeats "bayah" in English.

15   **Q.** What did the defendant say in response?

16   **A.** The defendant states:  "I tried.  I copied the mujahideen

17   when they said it in the Isdar Upon the Prophetic Methodology,

18   but I can't do it perfect.  Hahaha."

19   **Q.** Right below where he said that on this page, did the

20   defendant send anything to OCE 2?

21   **A.** Yes.

22   **Q.** What did he send?

23   **A.** It's an audio file containing a recording of ostensibly the

24   defendant saying his bayah or his oath of allegiance to the

25   amir of ISIS.

1   **Q.** And was this recording downloaded by the FBI?

2   **A.** It was.

3   **Q.** Have you listened to it?

4   **A.** Yes.

5   **Q.** You should have Government's Exhibit 214 in front of you.

6   **A.** I do.

7   **Q.** And what is that?

8   **A.** It's a compact disk.

9   **Q.** And is what the defendant sent on page 310 contained in

10  that compact disk?

11  **A.** It is.

12  **Q.** Is that the defendant pledging bayah?

13  **A.** It is.

14          MR. JONAS:  Your Honor, at this time I would offer

15  into evidence Government's Exhibit 214.

16          MR. GREENBERG:  No objection.  I'm sorry.

17          MR. JONAS:  And I believe there's no objection from

18  the defense.

19          THE COURT:  Mr. Greenberg?

20          MR. GREENBERG:  No, Judge.

21          THE COURT:  Okay.

22          MR. GREENBERG:  Subject to the objections, Judge --

23  all of these are subject to the objections we articulated

24  before trial.

25          THE COURT:  I understand.

1              (Said exhibit admitted in evidence.)

2                   MR. JONAS:  Your Honor, if I may publish 214.

3              (Said audio recording played in open court.)

4    BY MR. JONAS:

5    Q.  Agent Rodgers -- sorry, Judge.

6                   Agent Rodgers, are you familiar with what was just

7    played?

8    A.  Yes.

9    Q.  And what's your understanding of what the defendant was

10   saying?

11   A.  That is the bayah, the oath of allegiance being directed to

12   the amir, the leader of the ISIS.

13   Q.  How do you know that this pledge was to the amir of ISIS

14   and not to some other organization?

15   A.  Because it addressed him by name.

16   Q.  In what he said, the leader of the name -- the leader of

17   ISIS was named?

18   A.  Yes.

19   Q.  And what was that name?

20   A.  I would need to see the -- to see it written down.  The

21   text of it follows in the subsequent coms.

22   Q.  Well, let me jump to page 312.  What's on page 312?

23   A.  312 is the text of the bayah or the oath of allegiance in

24   Arabic as well as English.

25   Q.  Who sent this to whom?

1   **A.** OCE 2 sent this to the defendant.

2   **Q.** Why would OCE 2 send to the defendant the pledge of the

3   bayah to ISIS?

4   **A.** Defendant asked for it.

5   **Q.** Let's go to page 311, the page prior.

6           Do you see where the defendant says, "Do you have the

7   full text in Arabic"?

8   **A.** Yes.

9   **Q.** Is that the defendant asking for the bayah pledge?

10  **A.** Yes.

11  **Q.** Jumping to page 333, what do we see in the top of the page?

12  **A.** At the top of the page we see a statement by the defendant,

13  "in sha Allah."

14  **Q.** What's the picture?

15  **A.** The picture is of what appears to be a shawarma plate.

16  **Q.** With some French fries and pickles and other food?

17  **A.** Yes.

18  **Q.** Was the OCE 2 and the defendant talking about food during

19  this time period?

20  **A.** They were.

21  **Q.** And turning to the next page 314 [sic], what does the

22  defendant say?

23  **A.** The defendant states:  "Because of zawja, what do you

24  think."

25  **Q.** What's your understanding of that?

1    **A.** This is a continuation of comms before where the defendant

2    had stated: "I don't think that I can be istishadi."

3            And he continues "because of zawja" -- zawja is a

4    word for -- is the Arabic word for wife -- and then continues

5    "What do you think?"

6    **Q.** So a moment ago in the prior page were conversations about

7    food and there was a picture of food. Did the subject matter

8    turn to istishadi, which is what again?

9    **A.** Suicide operation.

10   **Q.** Did the -- did the subject matter turn back to istishadi

11   because the defendant raised it or OCE 2 raised it?

12   **A.** The defendant raised it. Istishadi is one who conducts a

13   suicide operation.

14   **Q.** So what did OCE 2 say in response to the defendant saying

15   he doesn't think he can commit a suicide operation?

16   **A.** OCE 2 states: "It's ok akhi."

17   **Q.** What did the defendant say in response to that?

18   **A.** The defendant states: How will the Muslims have more kids

19   if so many men are shahids?

20   **Q.** And shahid is what?

21   **A.** Martyr.

22   **Q.** What does the defend -- sorry.

23           What does OCE 2 say in response?

24   **A.** OCE 2 states: "The Hadith says that the sincere intention

25   for jihad yields just as much Ajr as fighting jihad itself."

1   **Q.** So, first of all, what's "ajr"?

2   **A.** My understanding of ajr is that that is a reference to

3   reward in the after life, spiritual reward.

4   **Q.** So what is OCE 2 saying here to the defendant?

5   **A.** That it's okay.  The defendant doesn't have to martyr

6   himself in order to receive rewards in heaven.

7   **Q.** What does the defendant say in response?

8   **A.** The defendant states:  "Alhamdulillah I have made much

9   niyyah."

10  **Q.** What's your understanding of "niyyah"?

11  **A.** My understanding of niyyah is that it's an explicit

12  statement of intent for which one expects to receive a reward

13  for the action it refers to.

14  **Q.** What else did the defendant then say?

15  **A.** The defendant then says:  "If there was brothers and

16  weapons here I would do it."

17  **Q.** And did OCE 2 refer back to the 44 ways of jihad?

18  **A.** Yes.

19  **Q.** Turning to the next page -- I'm sorry.

20          Turning to page 353, who is sending this picture?

21  **A.** The defendant.

22  **Q.** To whom, to OCE 2?

23  **A.** To OCE 2, yes.

24  **Q.** And do you know what this is a picture of?

25  **A.** Yes.

1   **Q.** What is it a picture of?

2   **A.** I believe this is picture of the Trump Tower in downtown

3   Chicago.

4   **Q.** And do you see in the bottom frame of the picture -- bottom

5   part of the picture there's some writing?

6   **A.** Yes.

7   **Q.** On a piece of paper?

8   **A.** Yes.

9   **Q.** Can you make out what that is?

10  **A.** I believe that that's the Arabic for fuchsia, which is

11  identical to the display name above associated with the

12  defendant's user account.

13  **Q.** So where -- you see where the arrow is up on the screen?

14  Are you talking about that, what I'm pointing to?

15  **A.** I am, yes.

16  **Q.** And underneath the picture there's some additional Arabic

17  writing.  Do you understand what that is?

18  **A.** Yes.

19  **Q.** What is that?

20  **A.** That means soon God willing.

21  **Q.** In your testimony yesterday did we see a similar sentiment

22  of soon God willing?

23  **A.** Yes.

24  **Q.** I'm going to play a portion of the Government's Exhibit

25  202-2, one of the videos that we played yesterday.

 1          (Said video played in open court.)

 2     BY MR. JONAS:

 3     Q.  So what are we seeing here in this video?

 4     A.  We're seeing a sequence of cities over which are flying

 5     stylized versions of the ISIS banner.

 6     Q.  And in the top right-hand corner?

 7     A.  The top right-hand corner is the Arabic and English for

 8     soon God willing.

 9     Q.  Is that the same Arabic that we saw written underneath the

10     picture of the Trump Tower?

11     A.  It is.

12     Q.  Turning at page 354, does OCE 2 ask the defendant about the

13     photo?

14     A.  Yes.

15     Q.  Or asks a question in reference to the photo?

16     A.  Yes.

17     Q.  What does OCE 2 say?

18     A.  OCE 2 says:  "Ma sha Allah akhi.  What you want to do?"

19     Q.  And on April 5th, what did the defendant respond?

20     A.  Defendant responds:  "Anything akhi.  It is wilayah

21     Chicago."

22     Q.  And, again, what's "wilayah"?

23     A.  "Wilayah" means province.  In this context, "wilayah

24     Chicago, my understanding, insinuates that Chicago will be a

25     province of ISIS.

1    **Q.** And what does OCE 2 say in response to that?

2    **A.** OCE 2 states:  "Ma Sha Allah.  Inshallah soon it will be

3    part of the Islamic State."

4    **Q.** How does the defendant respond?

5    **A.** Defendant responds:  "Amin," Amen.

6    **Q.** Jumping to page 410, does the topic return -- the topic of

7    conversation return back to jihad?

8    **A.** Yes.

9    **Q.** What does the defendant say about that?

10   **A.** The defendant states:  "Alhamdulillah.  In Ramadan the

11   deeds are multiplied by 700 akhi.  Jihad in this month is

12   better than the entire world and everything in it."

13   **Q.** Do you recall what -- do you recall what the -- do you

14   recall what the defendant -- sorry, Judge -- what the defendant

15   and OCE 2 had been talking about just prior to this?

16   **A.** To my recollection, the defendant and OCE 2 had been

17   discussing an associate of the defendant's who was concerned,

18   had security concerned -- concerns.

19   **Q.** When you say security concerns, you mean about law

20   enforcement?

21   **A.** Yes.

22   **Q.** Okay.  So on the top of the page, is that where the

23   defendant -- OCE 2 is asking is there a danger to other

24   brothers, and the defendant says, "No akhi not the other

25   brothers, only two brothers"?

1    **A.** Yes.

2    **Q.** And then right after that, the defendant talks about jihad

3    in this month is better than the entire world?

4    **A.** Yes.

5    **Q.** That's referring to Ramadan -- jihad during Ramadan?

6    **A.** Yes.

7    **Q.** Do you see the moniker has changed --

8    **A.** Yes.

9    **Q.** -- for the defendant?

10             Can you explain that?

11   **A.** At this point defendant was communicating from a different

12   user account.

13   **Q.** Turning to page 413, what's happening here?  Is this OCE 2

14   responding back to the defendant's statement about jihad in

15   this month is better than in than the entire world?

16   **A.** Yes.

17   **Q.** And what does OCE 2 say?

18   **A.** OCE 2 states:  "Akhi you plan an amiliyat this blessed

19   month?"

20   **Q.** What is amiliyat?

21   **A.** Operation.

22   **Q.** And why is OCE 2 asking that?

23   **A.** It's in direct response to defendant's previous statement

24   about jihad during the month of Ramadan.

25   **Q.** What's the defendant's response?

1    **A.**  "It depends akhi.  If they somehow come to my door and

2    somehow try to arrest me" --

3    **Q.**  Turning to page 414, continue with the response.

4    **A.**  This is an excerpt from the Quran, Chapter 8, commonly

5    known as the steeds of war passage, which states:  "And prepare

6    against whatever you are able of power and of steeds of war by

7    which you may terrify the enemy of Allah and your enemy and

8    others besides them whom you do not know but whom Allah knows.

9    And whatever you spend in the cause of Allah will be fully

10   repaid to you, and you will not be wronged."

11   **Q.**  So what does the defendant then add to that?

12   **A.**  "I don't have many weapons, but by Allah I will fight

13   whoever stops the Salah and Zakah."

14   **Q.**  What's your understanding of Salah and Zakah?

15   **A.**  Salah, the five daily prayers prescribed by Islam, and

16   Zakah is alms giving.  Two of the five pillars.

17   **Q.**  Two of the five pillars of Islam?

18   **A.**  Correct.

19   **Q.**  So jumping to page 416, is that OCE -- OCE 2 responding to

20   what the defendant just said about if someone somehow come to

21   my door and they try to arrest me?

22   **A.**  Yes.

23   **Q.**  What does OCE 2 ask?

24   **A.**  OCE 2 asks:  "Why would they do that?  Because of the 2

25   brothers?"

1    **Q.**  And what does the defendant say?

2    **A.**  Defendant states:  "Yes, the mukhabarat might know of me.

3    Only Allah knows.  But like the scholars of the Salaf said, 'if

4    my body were mutilated, it would be more dear to me than to say

5    something about what Allah had decreed.'  'If only it weren't

6    so.'  They only can harm me by Allah's permission and that

7    would be Allah giving me the opportunity for Shahadah and

8    Jannah firdaus.  SubhanAllah."

9    **Q.**  What's your understanding of Shahadah?

10   **A.**  Shahadah in this context would be death upon the path of

11   god, death for the sake of the religion.

12   **Q.**  And Jannah?

13   **A.**  Jannah firdaus is the highest level of paradise.

14   **Q.**  Turning to page 42, what is this?

15   **A.**  This is a profile page of the channel titled "Al-Ansar OS

16   Development."

17            This channel was -- I don't remember if a link to the

18   channel was sent to OCE 2 or if OCE 2 was directly added to it

19   by the defendant.  But this was a channel created by the

20   defendant to post updates of his work on the Al-Ansar operating

21   system the defendant had spoken about.

22   **Q.**  When you say "the Al-Ansar operating system," are you

23   talking about that Gentoo Linux program he was talking about?

24   **A.**  I believe they are the same thing.  I believe they were the

25   same thing.

1  **Q.** Turning to page 423, what do we see here top of the page?

2  **A.** This is still a frame of the video, followed by comment

3  "Building the first version.  Available for the Ansar to use,"

4  Arabic, soon God willing.

5  **Q.** And so we're clear, is this a communication directly

6  between OCE 2 and the defendant?

7  **A.** No.

8  **Q.** Where is this coming from?  What is this?

9  **A.** This is the channel whose title appears above, "Al-Ansar OS

10 Development."  And these statements are ostensibly being posted

11 by the defendant.

12 **Q.** In that channel?

13 **A.** In that channel.

14 **Q.** And on the prior page when you first discuss the channel,

15 it said "4 subscribers"?

16 **A.** Correct.

17 **Q.** So this would be available to -- I'm assuming would one of

18 the subscribers be the defendant?

19 **A.** As the admin, I'm not a hundred percent sure if that

20 would -- if that would be rendered as a subscriber.

21 **Q.** So it may be four other people in addition to him or it may

22 be four people including him?

23 **A.** Perhaps, yes.

24 **Q.** Okay.  And one of the four, though, would be OCE 2?

25 **A.** Correct.

1   **Q.** Any idea who the other two are, two or three?

2   **A.** No.

3   **Q.** So this statement in this channel -- and by the way, I'm

4   sorry.  Before I go further, this is Telegram?

5   **A.** It is.

6   **Q.** Okay.  This statement in this Telegram channel is going out

7   to whoever is a subscriber to the channel; is that accurate?

8   **A.** Correct.

9   **Q.** Okay.  So what is the defendant -- or what is the defendant

10  posting in this channel here?

11  **A.** The defendant posted:  "First version will run on AMD 64

12  architecture only (64 bit processor).  Includes AMD and Intel

13  Core/Xeon/Pentium."

14  **Q.** You had said a moment ago that you weren't sure if the

15  defendant sent a link to -- for OCE 2 to join the channel.

16         Is the channel public?  Can anyone just join it, as

17  far as you know?

18  **A.** To my recollection, it required a link to get to it.

19         Actually, I don't know for sure whether you could

20  have searched this on Telegram if you knew a title or if you

21  were just using keyword searches or if it required an invite

22  link or if you had to be added directly by the defendant.  I

23  can't remember at this time.

24  **Q.** Okay.  What's in the bottom half of the page, page 423?

25  **A.** Bottom half of the page is a screen set -- or I'm sorry, a

1    screenshot of what appears to be command line codes or

2    commands, followed by "Manual kernel configuration, the hardest

3    part."  In the name of God, in Arabic.

4    **Q.**  Do you understand the commands on the screen, the

5    screenshot from inside that room or that channel?

6    **A.**  No.

7    **Q.**  Is it just that OCE 2 or someone else at the FBI is in

8    there taking pictures?

9    **A.**  Yes.

10   **Q.**  And the top half of 424 is just -- is an overlap from the

11   prior page, correct?

12   **A.**  Correct.

13   **Q.**  What's on the bottom half of 424?

14   **A.**  One commands -- or one line highlighted, both in blue and

15   with a red circle, followed by the statement:  "Kernel will not

16   be configured for UEFI boot due to security vulnerabilities

17   exploitable by crusader intelligence agencies."

18   **Q.**  What's your understanding of crusader intelligence

19   agencies?

20   **A.**  Law enforcement or other intelligence and security

21   agencies.

22   **Q.**  Page 425, what do we see here?

23   **A.**  It looks like file paths, screenshot of file paths,

24   followed by a statement "Building of the kernel."

25   **Q.**  And what does the defendant write on the bottom?

1    **A.**  "First version wouldn't boot.  Another attempt soon."

2    **Q.**  Is this just an enlargement of that last page, the file

3    path?

4    **A.**  Correct.

5    **Q.**  And same, page 427 is an enlargement of one of the other

6    screenshots?

7    **A.**  Correct.

8    **Q.**  Same for page 428?

9    **A.**  Correct.

10   **Q.**  So on the bottom of this page, it switched -- the Bates

11   number switched to OCE2-COM_001 and then five zeros and 1.

12            The Bates stamp is different because it doesn't say

13   0 -- CHS in it; is that correct?

14   **A.**  Correct.

15   **Q.**  Does this represent the point in time when you took over

16   behind the computer keyboard?

17   **A.**  It does.

18   **Q.**  And you began to interact with the defendant?

19   **A.**  Yes.

20   **Q.**  Did you tell him that someone else was now taking over that

21   persona?

22   **A.**  No.

23   **Q.**  So when I refer to the page numbers now, I'm going to refer

24   to this set of the exhibit.

25   **A.**  Okay.

1    **Q.** Do you remember the date is May 19th, 2019?  Is that

2    accurate from your recollection as to when you took over?

3    **A.** It is.

4    **Q.** Was there a couple of days earlier on when you were behind

5    the screen for a few days?

6    **A.** Yes.

7    **Q.** When was that?

8    **A.** April 10th and 11th, 2019.

9    **Q.** Okay.  And then the CHS took back reigns of the persona?

10   **A.** Correct.

11   **Q.** Turning to page 15, and where it's blacked out, that would

12   be OCE 2?

13   **A.** Correct.

14   **Q.** And the circles, that would be the defendant speaking?

15   **A.** Yes.

16   **Q.** What did OCE 2 ask the defendant on page 15?

17   **A.** OCE 2 asked:  Akhi, by the way are you still interested in

18   making translations?  There's a group of ikhwaan planning an

19   operation in the west Bi Izn Allah.  They have Arabic

20   instruction to make explosive but need translation in English

21   In Sha Allah.  Your English is perfect, and you are trusted

22   brother walhamdulillah and have translated for shabab Al

23   Khilafah, which is Arabic for Youth of the Caliphate, and AF.

24   Akhi is up to you, but let me know in Sha Allah if you want to

25   help these brothers with their amiliyah.

 1   **Q.**  What was happening here?

 2   **A.**  OCE 2 is offering the defendant the opportunity to conduct

 3   translations on behalf of the cell of operatives planning an

 4   attack in the west.

 5   **Q.**  What's the west?

 6   **A.**  The west is the -- be construed to mean the non-Muslim

 7   world.

 8   **Q.**  We're not talking California?

 9   **A.**  No, no.  The west could be the United States, Canada.  It

10   could be --

11   **Q.**  Europe?

12   **A.**  It could be.

13   **Q.**  What was the defendant's response?

14   **A.**  Defendant responded -- this was in -- in response to a

15   previous question by OCE 2 regarding a brother that defendant

16   had been speaking about.

17          Defendant responds:  Not sure.  Not sure akhi as to

18   whether or not that brother was upon the same ideology.

19   **Q.**  Okay.  But then in response to the request to do the

20   translations, what does the defendant say?

21   **A.**  "Yes, alhamdulillah I will do it.  Can I work with no name?

22   So he can check that there are no mistakes.  He is the most

23   trusted brother for me wallahi."

24   **Q.**  And then that's the same no name who's come up a few times

25   already as far as you know?

1    **A.**  It is.

2    **Q.**  Turning to page 16, who is speaking on the bottom of the

3    page?

4    **A.**  OCE 2.

5    **Q.**  What does he tell the defendant?

6    **A.**  OCE 2 states:  Allah reward you akhi.  Alhamdulillah no

7    name is a very trusted brother.  Allah yahfadhu, may Allah

8    preserve him.  These brothers trusted but independent so it's

9    their decision.  This the brother who is coordinating plans for

10   the amiliyah.  Username Khaleel229.

11            In Sha Allah he let you know more how to assist these

12   Ikhwaan fisabilillah, brothers upon the path of god.  And then

13   an Arabic phrase which means may Allah reward you, my beloved

14   brother.  Allah make it heavy on your meezan brother.

15   **Q.**  So OCE 2 is asking the defendant to do some translations,

16   and then is -- and am I correct gives him a -- an @Khaleel229?

17   **A.**  Yes.

18   **Q.**  What is that a handle for?

19   **A.**  The --

20   **Q.**  I'm sorry.  Let me -- let me clarify my question.

21            What social media account?  Telegram, Twitter,

22   Facebook, what would that be for?

23   **A.**  This is a Telegram user account.

24   **Q.**  Okay.  So why is OCE 2 giving the defendant a Telegram user

25   account?

1    **A.** This is the point of contact for conducting the translation

2    that was previously discussed for the brothers plotting an

3    attack in the west.

4    **Q.** And did the defendant, as far as you're aware, contact this

5    other person?

6    **A.** As far as I'm aware, yes.

7    **Q.** And was that an FBI OCE?

8    **A.** It was.

9    **Q.** For purposes of this conversation, can we call him OCE 3?

10   **A.** Yes.

11   **Q.** And as far as you know, is OCE 3 going to be testifying in

12   this trial?

13   **A.** Yes.

14   **Q.** Turning to page 19, what did you ask the defendant?

15   **A.** OCE 2 asks:  "Akhi anything happened with your Linux

16   project for the Ansar?"

17   **Q.** What did the defendant respond?

18   **A.** Defendant responded sad face emoji.  "It's too difficult

19   hahaha.  It is like writing your own operating system."

20   **Q.** That was August 5th, 2019?

21   **A.** Correct.

22   **Q.** And two days later, August 7th, what did OCE 2 respond?

23   **A.** OCE 2 responds:  "Yes, that is a lot of work for one person

24   wallahi.  It seems like you worked hard on it akhi.  You have

25   other plans then inshaa'Allah."

1    **Q.**  What did defendant say in response?

2    **A.**  Defendant stated:  "In sha Allah I did make something I

3    forgot to show you.  All iisdar," which means Arabic for

4    publications, "from all wilyah," the provinces.

5    **Q.**  Was this -- what appears to be a bunch of files or pictures

6    of files, was that translated?

7    **A.**  Yes.

8    **Q.**  Let me show you page 20.  Is that just an enlargement of

9    the prior screen?

10   **A.**  Yes.

11            MR. JONAS:  One moment, Your Honor.

12         (Counsel conferring.)

13            MR. JONAS:  Your Honor, I'd like to publish

14   Government's Exhibit 20 -- sorry -- 200-20-T, which is a

15   translation and moved into evidence yesterday.

16   BY MR. JONAS:

17   **Q.**  Agent Rodgers, is this on the screen now a translation of

18   those file folders that the defendant sent OCE 2?

19   **A.**  Yes.

20   **Q.**  And can you explain this exhibit to the jury?

21   **A.**  These are all provinces of ISIS.

22   **Q.**  It looks like Al-Anbar State, Al-Raqqa, Homs, all that?

23   **A.**  Yes.

24   **Q.**  Those are geographic regions in different parts of the

25   world?

1   **A.**  They are.

2   **Q.**  Turning back to Government's Exhibit 200, page 21, what did

3   the defendant say about those file folders he sent?

4   **A.**  The defendant states:  "I made my own Python scripts to

5   organize everything."

6   **Q.**  And do you know what Python is?

7   **A.**  Yes.

8   **Q.**  What is it?

9   **A.**  It's a scripting language, computer code.

10  **Q.**  Computer -- for computers?

11  **A.**  Yes.

12  **Q.**  And what did the defendant send right underneath that?

13  **A.**  The defendant stated screenshots which stated "3762 items,

14  totaling 380.9 gigabytes (some contents unreadable)."

15  **Q.**  What did OCE 2 respond?

16  **A.**  OCE 2 responds:  "MashAllah.  That is amazing akhi.  You

17  got all the isdaraat," all the publications.

18  **Q.**  What did the defendant say?

19  **A.**  "I think all."

20  **Q.**  What's on the bottom right underneath what the defendant --

21  when the defendant said "I think all"?

22  **A.**  It's a list of mp4 files, which appear to be video files.

23  **Q.**  Turning to the next page, page 22, the top part is just an

24  overlap from the last page, correct?

25  **A.**  Correct.

1   **Q.** Okay. What did the defendant say?

2   **A.** "That is one small section. That is only for the wilayah.

3   I will do (Arabic word) itisam and furqan."

4   **Q.** What's your -- do you understand what itisam is?

5   **A.** Yes.

6   **Q.** What is that?

7   **A.** It's reference to Al-I'tisam, which is, to my

8   understanding, an official ISIS media production wing.

9   **Q.** And what's Furqan?

10  **A.** Furqan is similarly an official ISIS media production wing.

11  **Q.** What does OCE 2 say in response?

12  **A.** "This is amazing akhi. Everything in one place subhan

13  Allah."

14  **Q.** What did defendant respond?

15  **A.** With a screenshot of what appears to be a snippet of code.

16  **Q.** Turning to page 23, that first would have enlarged more of

17  the code or a bit more of the screenshot that the defendant

18  sent?

19  **A.** Yes.

20  **Q.** And then what did the defendant say right under that

21  screenshot?

22  **A.** The defendant states: "I coded this. It organizes the

23  channels." There's a join link for a Telegram channel,

24  followed by "original channel," another join link, "channel I

25  made with the script."

1    **Q.** What -- are these Telegram channels?

2    **A.** They are.

3    **Q.** All right.  He sent you the links to these channels.  Did

4    you go into these channels?

5    **A.** I did.

6    **Q.** What did you see?

7    **A.** First link was to a channel titled "Isdaraat 1," appear to

8    be populated with an extensive volume of ISIS media, videos.

9         The second link was to a Telegram channel titled "HD

10   Isdaraat Only," and this was where, to my understanding, the

11   code was being executed and was being populated with organized

12   parsed-out video files.

13   **Q.** Did you actually see that channel being populated?

14   **A.** To the best of my recollection, yes.

15   **Q.** From what you recall, you would see videos just start to

16   appear?

17   **A.** I did.

18   **Q.** Do you remember the type of videos that were appearing?

19   **A.** It was only the HD versions of videos.  And the original,

20   the first link to Isdaraat 1, there were videos of multiple

21   resolution types.  In the second HD Isdaraat only, to the best

22   of my recollection, it was only HD high definition videos being

23   populated into the channel.

24   **Q.** So when you say different resolutions, what do you mean?

25   **A.** Different quality, different viewing quality which affects

 1    the file size of the video file.

 2    **Q.** And what did the defendant say on the bottom of the page

 3    underneath the link for the original channel?

 4    **A.** At the bottom of the page underneath the second link, the

 5    defendant stated:  "Channel I made with the script."

 6    **Q.** So what's your understanding of which channel he made with

 7    the script?

 8    **A.** The second link.

 9    **Q.** The one underneath "original channel"?

10    **A.** That's my understanding, yes.

11    **Q.** So the one above was a channel that -- well, what's your

12    understanding of how these videos were moving, from where to

13    where?

14    **A.** So the original channels were videos -- different versions

15    of the same videos, different resolutions all resided

16    undifferentiated -- undifferentiated.

17            The second channel is where the script was being

18    executed, whereby only certain resolutions of the videos were

19    being populated into the new channel.

20    **Q.** And I just want to make sure we're entirely clear when

21    we're talking first and second.

22            You see on the end of each link there is -- we'll

23    just use the last two letters -- one ends in RG and one ends in

24    Hw.

25            Which of those two is which channel that you just

1  described?

2  **A.**  The channel where the script was being executed was the

3  channel link ending in Hw.

4  **Q.**  So the channel in Hw is pulling videos from the channel

5  that ends in RG?

6  **A.**  That's my understanding, yes.

7  **Q.**  And did you also go on the channel that was identified as

8  RG?

9  **A.**  Yes.

10  **Q.**  Is that the one where you saw all the varying resolution

11  videos?

12  **A.**  Yes, it was all of the resolutions of videos, but it was

13  not organized.

14  **Q.**  And in Hw, it was just high definition videos?

15  **A.**  Just the high definition versions of the videos.

16  **Q.**  And were they organized in any certain way?

17  **A.**  It was just the high definition versions as opposed to

18  where in the original channel, they were high definition and

19  then other resolutions of the same videos.  Second channel was

20  just high definition.

21  **Q.**  Turning to the next page --

22          THE COURT:  What's the page number?

23          MR. JONAS:  Sorry, Judge.

24  BY MR. JONAS:

25  **Q.**  (Continuing) -- 24, continuing the conversation, do you

1    see -- so the first line that I enlarged, "channel I made with

2    the script," that's from the prior page as well, correct?

3    **A.**  Correct.

4    **Q.**  So what else did the defendant say?

5    **A.**  "So all isdar," publications, "are HD only, no 240p, 360p.

6    Then I downloaded" -- "then I downloaded the entire channel and

7    organized it."

8    **Q.**  The channel where the videos were being taken from, the one

9    that had the multiple resolution videos that wasn't organized,

10   do you know what channel that was?  Like, who controlled or

11   created that channel?

12   **A.**  I do not.

13   **Q.**  On page 25, did OCE 2 respond?

14   **A.**  Yes.

15   **Q.**  What did he -- did he say?

16   **A.**  OCE 2 responded:  "I see.  Look much cleaner with only HD."

17   **Q.**  Was that an accurate statement on your part?

18   **A.**  Yes.

19   **Q.**  Turning to page 26, right after OCE 2 made the comment

20   about being cleaner, what did the defendant say?

21   **A.**  Defendant stated:  "Alhamdulillah yes."

22   **Q.**  And what does that mean?

23   **A.**  Praise be to God, yes.

24   **Q.**  What did OCE 2 ask in response to that?

25   **A.**  OCE 2 asked:  "Both channels are your channels akh,"

1    brother?

2    **Q.** What did the defendant say?

3    **A.** Defendant stated:  "Yes, it was created by other brothers,

4    but I copied them so I could make the offline archive.  I think

5    after furqan and itisam, it will be 500 gigabytes."

6    **Q.** What did OCE 2 say in response?

7    **A.** OCE 2 said, "Wow."  Emoji.

8    **Q.** What did defendant say?

9    **A.** Defendant stated:  "And then in sha Allah I will make a

10   torrent file."

11   **Q.** Do you understand what torrent is?

12   **A.** To an extent, I believe so.

13   **Q.** What's your understanding of it?

14   **A.** My understanding is that torrent is a method which allows

15   you to download large file types from multiple vectors, large

16   file sizes from multiple places.

17   **Q.** And what did defendant say in response to that?

18   **A.** Defendant stated --

19   **Q.** Sorry.  I'm sorry.  What did OCE 2 say in response to what

20   the defendant said regarding a torrent file?

21   **A.** OCE stated:  What are you going to do with the offline

22   archive, akhi?

23   **Q.** What did the defendant say?

24   **A.** Defendant states:  "My internet speed is very fast" and

25   then "spread it everywhere."

1    **Q.** What was your understanding what the defendant meant when

2    he said "spread it everywhere"?  What was "it"?

3    **A.** I believe that was a direct response to the previous

4    question as to what defendant intended to do with the offline

5    archive.

6    **Q.** And an offline archive of what?

7    **A.** ISIS media material.

8    **Q.** Turning to page 27 on the bottom, continuing where the

9    defendant said, "My internet speed is very fast, spread it

10   everywhere," which was said on the prior page, what else does

11   the defendant say to OCE 2?

12   **A.** Defendant states:  "There are websites where kuffar can

13   watch combat footage.  They like to watch Dawla videos, but

14   they can't access them much.  So in sha Allah I will give them

15   access."

16   **Q.** Can you remind us what "kuffar" are?

17   **A.** Infidels.

18   **Q.** And "Dawla"?

19   **A.** ISIS.

20   **Q.** Turning to page 28, what did OCE 2 say in response?

21   **A.** OCE 2 stated or asked:  "Websites where akhi?  Most

22   websites that put dawlah videos are took down fast."

23   **Q.** What did the defendant say?

24   **A.** Defendant says:  "I know.  Torrent akhi."

25   **Q.** And what did defendant send?

1    **A.**  This appears to be a sub-Reddit on the website Reddit

2    titled "Combat Footage," I believe followed by the statement:

3    "They like to watch combat footage.  I will send the PM for the

4    torrent.  Do you know torrent?"

5    **Q.**  So, Agent Rodgers, you said Reddit and sub-Reddit.  Do you

6    understand what those are?

7    **A.**  I believe so, yes.

8    **Q.**  What are they?

9    **A.**  Reddit can be compared to a forum.  Particular topical

10   themes on that website where certain topics are discussed would

11   be referred to as sub-Reddits.

12   **Q.**  So would Reddit be, when you say "forum," a place where

13   people can go online and to talk to each other?

14   **A.**  Correct.

15   **Q.**  And the sub-Reddit would be specific rooms that are --

16   would they be subject matter based?

17   **A.**  Yes.

18   **Q.**  So the defendant says, "I will send the PM for the

19   torrent."

20              What's your understanding of what he meant by "PM"?

21   **A.**  Private message.

22   **Q.**  So with what he is sending you, what was he saying?  What

23   was your understanding of what the defendant was trying to say?

24   **A.**  He would go on to Reddit, contact people via private

25   message, send them torrent links whereby they could access the

 1    defendant's offline archive of official ISIS media content.

 2    **Q.** And then you questioned him on that?

 3    **A.** I did.

 4    **Q.** What did you say?

 5    **A.** "Oh okay.  You gonna PM torrent link on sites like Reddit?"

 6    **Q.** And this page 29, is this just an enlargement of the

 7    screenshot that the defendant sent you?

 8    **A.** It is.

 9    **Q.** This is what we saw on the prior page?

10    **A.** It is.

11    **Q.** So this would be that sub-Reddit or that Reddit channel

12    titled "Combat Footage"?

13    **A.** Correct.

14    **Q.** Turning to page 30, what does the defendant say in response

15    to OCE 2's question about if you -- if you -- are you going to

16    link PM -- are you going to PM torrent links on sites like

17    Reddit?

18    **A.** Defendant responds:  "Yes in sha Allah."

19    **Q.** What does OCE 2 say?

20    **A.** OCE 2, in response to defendant's previous question about

21    whether or not OCE 2 knew about torrent, states:  "I know

22    torrent a little but not much."

23    **Q.** What did the defendant say in response?

24    **A.** Defendant states:  "Many people want them, but Reddit

25    banned me before for posting dawla video.  It makes it so

1    nobody can take it down.  They can tell mukhabarat, and
2    mukhabarat can only watch."
3    **Q.**  Do you understand what the defendant was saying to you when
4    you were portraying yourself as OCE 2 at this moment?
5    **A.**  I believe so.
6    **Q.**  What was your understanding?
7    **A.**  My understanding is that because so many people have a
8    difficult time accessing official ISIS media content, defendant
9    wanted to create a method whereby they could and felt that this
10   method of PM-ing Torrent links to people on Reddit was a way
11   that could not be prevented by law enforcement or security
12   services.
13   **Q.**  The defendant says to OCE 2:  "Reddit banned me before for
14   posting Dawla video"?
15   **A.**  Yes.
16   **Q.**  What's your understanding of how this method would not get
17   him banned if he puts Dawlah video on Reddit?
18   **A.**  If he put an ISIS video out in the open on a website, it's
19   likely to be taken down by the administrators because it's
20   obvious in the open.
21          However, my understanding is the defendant believed
22   that sending a link -- a torrent link for specific download via
23   private message would not be removed by the administrators of
24   the website and, therefore, remain accessible to the recipient.
25   **Q.**  So the ISIS video is not actually going on Reddit?

1   **A.** Correct.

2   **Q.** It's just sending a link to somebody who can then access

3   the defendant's archive that he made?

4   **A.** That was my understanding, yes.

5   **Q.** And then what's your understanding when he says they can

6   tell law enforcement, and law enforcement can only watch?

7   **A.** That law enforcement was powerless to stop it.

8              THE COURT:  Let's take our morning break.

9              MR. JONAS:  Sure.

10             THE COURT:  All right, folks.  We'll take about a 10-

11  or 15-minute break.

12             THE CLERK:  All rise.

13      (Jury out.)

14             THE CLERK:  Government, I turned off your mics while

15  Barry is on.

16             And your mics are on so that you can make your

17  objections.  But I'm trying to turn off any mic that's not

18  needed to try and get rid of the --

19             THE COURT:  How much longer on direct, Barry?

20             MR. JONAS:  Judge, I'm guessing no more than a half

21  an hour.  Please don't hold me to that.

22             THE COURT:  I won't hold you to it.  But, you know,

23  when he's on adverse examination, he's sequestered.  So just

24  remember that.

25             MR. JONAS:  I understand that.  I've explained that

1    to the witness.

2            THE COURT:  Okay.  Good.

3         (Recess from 10:45 a.m. until 11:03 a.m.)

4         (Jury in.)

5            MR. JONAS:  May I proceed, Your Honor?

6            THE COURT:  Yes, please.

7    BY MR. JONAS:

8    **Q.**  Agent Rodgers, before we go forward on this page, I just

9    want to ask you a question about something you said a few

10   moments before we broke.

11           You had said to the defendant:  "This is amazing

12   akhi.  Everything in one place."  This is on page 23 of

13   Government Exhibit 200.  What did you mean by that?

14   **A.**  It appeared to be just as the defendant had stated.  All of

15   the official ISIS media videos collected into one place.

16   **Q.**  And as an agent who has done counter-terrorism work, is

17   that something that's unique in your experience?

18   **A.**  In my experience, it is increasingly difficult and by now

19   very difficult to find such an archive in one place.

20   **Q.**  Turning back to page 30, just picking up where we left off,

21   if you could just reread for the jury this passage that's by

22   the defendant?

23   **A.**  "Many people want them, but Reddit banned me before for

24   posting Dawla video.  It makes it so nobody can take it down.

25   They can tell mukhabarat and mukhabarat can only watch."

1    **Q.** And then what did the defendant say?

2    **A.** OCE 2 -- sorry.  OCE 2 states:  "Alhamdulillah."

3           Defendant:  "They cannot stop it because they use a

4    VPN and the VPN never stops.  Bithnillah amrika cannot do

5    anything."

6    **Q.** Do you understand what a VPN is?

7    **A.** I do.

8    **Q.** What is that?

9    **A.** VPN stands for virtual private network, and it obscures

10   your true IP address.

11   **Q.** And what is -- what is an IP address?

12   **A.** An IP address can in some cases be used to locate and

13   identify the user.

14   **Q.** So a VPN would prevent somebody for identifying where the

15   user was --

16   **A.** Yes.

17   **Q.** -- located?

18   **A.** Yes.

19   **Q.** And what's "amrika"?

20   **A.** America.

21   **Q.** Turning to page 31, what does the defendant say?

22   **A.** The defendant states:  "Wallahi yes, waAllahu ghalibun

23   amrihi wa la -- I forgot."

24   **Q.** Not you forgot.  That's what's written on the screen --

25   **A.** Yes.  I'm sorry.

1    **Q.**  -- the defendant said that?

2            What was that in response to?  Had OCE 2 made a

3    statement that the defendant was responding to?

4    **A.**  OCE 2 stated:  "Wallahi they plot but Allah is the best of

5    plotters."

6    **Q.**  Okay.

7    **A.**  This is a callback to a Quran -- a Quranic verse.

8    **Q.**  The defendant is calling back to a Quranic verse?

9    **A.**  No.  That statement by OCE 2 is a paraphrase of a Quranic

10   verse.

11   **Q.**  Okay.  And then do you understand what the defendant was

12   trying to say before he forgot?

13   **A.**  I believe this was -- this may have been another Quranic

14   verse.  He might have been continuing the one before.

15   **Q.**  Okay.

16   **A.**  I'm not completely sure.

17   **Q.**  Okay.  Then what does the defendant say?

18   **A.**  "And Allah is in control of all things, though most people

19   do not know."

20   **Q.**  And had -- OCE 2 said, "Akhi so if you torrent links, then

21   you gonna host the" -- and what did the defendant say in

22   response that?

23   **A.**  "In sha Allah," God willing.

24   **Q.**  What else did he say?

25   **A.**  "I think maybe I will make the archive 360p or 480p because

1    300 gigabytes is very big and maybe people won't download."

2    **Q.** Do you understand what he meant by 360p or 480p?

3    **A.** To my understanding, these are different resolutions of

4    video.

5    **Q.** Those are lower resolutions?

6    **A.** Lower, yes.

7    **Q.** And HD or high definition would be a higher resolution?

8    **A.** That's my understanding, yes.

9    **Q.** On this page did the defendant send, like, a chart, for

10   lack of a better term?

11   **A.** Yes.

12   **Q.** Let me go to the next page.  We can see it better, page 32.

13          Did the defendant explain what this chart is?

14   **A.** Yes.

15   **Q.** And what is it?

16   **A.** The defendant states:  "The file will be downloaded by one

17   person, then if another person downloads, the first person will

18   also upload files to them.  If 10 people download the file, the

19   file speed download is very fast.  But if it is only me, it

20   will still be fast in sha Allah.  I will also encrypt the files

21   so mukhabarat cannot read them.  Wallahi the medial jihad will

22   never end."

23   **Q.** So is it your understanding that this pertains to that

24   archive that he was going to private message links to people on

25   Reddit to access?

1    **A.**  Yes.

2    **Q.**  And he says he's going to encrypt the files.

3           What's your understanding of that?

4    **A.**  Encrypting the files so that they cannot be accessed by

5    others.

6    **Q.**  Would that be in this case law enforcement?

7    **A.**  Yes.

8    **Q.**  And what's the last line?

9    **A.**  "Wallahi the media jihad will never end."

10   **Q.**  Is media jihad a term that OCE 2 ever used with him -- with

11   the defendant, if you recall?

12   **A.**  Not to my recollection at this moment.

13   **Q.**  And is the next page, page 33, just an enlargement of that

14   flow chart?

15   **A.**  It is.

16   **Q.**  Page 34, what did OCE 2 say to the defendant?

17   **A.**  OCE 2 stated:  "Akh this is so good because a lot of

18   ikhwaan," brothers, "have tough time finding Dawlah

19   productions.  Even on Telegram sometimes it can be hard."

20   **Q.**  What did you mean by that?

21   **A.**  Over time -- over time it's become more and more difficult

22   in my -- again, in my experience, it's become more and more

23   difficult to access ISIS media publications because they get

24   taken down a lot.  They get reported and taken down or removed.

25   **Q.**  And so what was it about what the defendant was trying to

1    do that made you make this statement?

2    **A.**  Well, the defendant had created a process by which, if

3    successful, law enforcement would be able to do nothing or

4    nobody would be able to do anything about removing that

5    content.

6    **Q.**  What did the defendant say in response on page 35?

7    **A.**  In response to OCE 2's statement that these materials are

8    very difficult to find even on Telegram, defendant states:

9    "Yes I know.  Very true.  The torrent is only for kuffar.  It

10   is better for ikhwan to get it from Telegram."

11   **Q.**  So let me stop you there.

12                Do you understand what the defendant was saying?

13   **A.**  I believe so.

14   **Q.**  Can you tell the jury what your understanding was?

15   **A.**  At this point I believe the defendant was saying that the

16   torrent method or process as he had described it was only

17   intended for infidels, non-supporters of the Islamic State;

18   whereas, those who were supporters of the Islamic State should

19   continue to try to find this content on Telegram, as it's

20   ostensibly more secure.

21   **Q.**  And what else did the defendant state?

22   **A.**  The defendant states, in direct response to his own

23   statement about the torrent method being only for kuffar,

24   states:  "It will help too because when a kafir downloads the

25   file, the mukhabarat will get their IP address."

1    **Q.**  So what's your understanding of what he's saying here?

2    **A.**  This is something that would incriminate the person who

3    used the torrent link via PM.

4    **Q.**  So if someone was on Reddit, the defendant sent them a link

5    to his archive through torrent, they access the archives, and

6    it's your understanding the defendant is saying, law

7    enforcement will then track that person?

8    **A.**  Yes, that it would expose the recipient of that link to law

9    enforcement action.

10   **Q.**  And it's better, then, for the ikhwan or the brothers to

11   access it through Telegram because it's more secure?

12   **A.**  Yes, that's my understanding.

13   **Q.**  What else did the defendant say?

14   **A.**  The defendant states:  "Now that mukhabarat will waste

15   their time watching a kafir who doesn't support dawla."

16   **Q.**  And what did OCE say in response?

17   **A.**  OCE 2 responded:  "Ooooh."

18   **Q.**  And what did the defendant say?

19   **A.**  Defendant states:  "So that gives ikhwan who are planning

20   attacks less time being spied on."

21   **Q.**  What's your understanding what the defendant is saying

22   here?

23   **A.**  This is a red herring on Reddit.  The torrent file method

24   is something meant to distract law enforcement and cause them

25   to waste their time looking at people who are not actually

1    supporters of the Islamic State, while those who are and are

2    planning attacks will not fall under scrutiny.

3    **Q.** Is that essentially he's trying to send law enforcement on

4    a wild goose chase; is that your understanding?

5    **A.** Yes.

6    **Q.** And while you're -- you, an agent, who investigates

7    terrorism or investigating someone who is not actually trying

8    to support ISIS, those who support ISIS would be committing

9    attacks?

10   **A.** I'm sorry? Can you repeat?

11   **Q.** So you as an agent who investigates terrorism --

12   **A.** Yes.

13   **Q.** -- this would cause you to investigate someone who is not a

14   supporter of ISIS or has any plans to support ISIS while

15   someone who does plan on committing an attack for ISIS would be

16   able to do so?

17            MR. GREENBERG: Objection.

18            MR. JONAS: I'll withdraw the question, Judge.

19   BY MR. JONAS:

20   **Q.** So what else did the defendant say?

21   **A.** Defendant states -- in direct response to defendant's own

22   statement about what happens when a kafir downloads the file:

23   "And if they do become Muslim and ansar, by Allah's permission,

24   the mukhabarat will give up."

25   **Q.** So what's your understanding what the defendant is saying

1   here?

2   **A.**  "I believe that the defendant is saying that the recipients

3   of these torrent links may become converts through viewing this

4   content.

5           The second statement about the mukhabarat giving up,

6   I'm not sure.

7   **Q.**  It says -- he says, "If they do become Muslim and ansar."

8   What's your understanding of "Ansar"?

9   **A.**  Ansar is supporters in this context of the Islamic State.

10          I think he's saying hopefully the mukhabarat -- the

11  law enforcement or security services will give up.

12  **Q.**  Give up watching the people who were otherwise kuffar?

13  **A.**  Maybe.  I'm not a hundred percent sure.

14  **Q.**  Okay.  Turning to page 36, continuing with that statement

15  of the defendant on the next page, what else does he say?

16  **A.**  "They gave up following me.  Now I am making as much jihad

17  as possible."

18  **Q.**  What does OCE 2 say in response?

19  **A.**  OCE 2 states:  "Ma Sha Allah akhi.  Let them see."

20          Quranic verse in Arabic followed by translation --

21  partial translation in English.  "Allah is the best of

22  plotters.  He made makhrij for you akhi and removed the

23  mukhabarat from your path wallahi.  I ask Allah to increase

24  your ajr akhi and make your jihad heavy on your meezan."

25  **Q.**  What does all that mean?

1    **A.** Basically mirroring what the defendant said, expressing

2    happiness and satisfaction that the law enforcement gave up

3    following the defendant, and offering a prayer that the

4    defendant will be rewarded and that his efforts will yield good

5    deeds on his scales on judgment day.

6    **Q.** Did the defendant turn the topic of the conversation back

7    to the Islamic State flag?  We can turn to page 38.

8    **A.** Yes.

9    **Q.** What did the defendant say to OCE 2 on page 38?

10   **A.** "Amin.  Akhi want to see something cool?"

11   **Q.** What did OCE 2 say?

12   **A.** "Yes," God willing.

13   **Q.** What did the defendant send?

14   **A.** It appears to be a picture, an image depicting the ISIS

15   banner and what appears to be maybe a headband.

16   **Q.** And is this an enlargement of that picture?

17   **A.** It is.

18   **Q.** And on page 40, is he sending it -- what's that picture

19   there that the defendant -- did the defendant send this picture

20   to OCE 2 as well?

21   **A.** Correct.

22   **Q.** And what is being depicted in the second picture?

23   **A.** The second picture appears to be a computer screen and in

24   front of it the ISIS banner.

25   **Q.** What did the defendant say underneath that picture?

1    **A.** Flag of Tawheed.

2    **Q.** Did the defendant, if you recall, show you -- show OCE 2

3    any other flags?

4    **A.** No, not to my recollection.

5    **Q.** Did the defendant explain where he got the flag from?

6    **A.** Yes.

7    **Q.** What did he say?

8    **A.** The defendant stated:  "I paint it, and I sewed the flag."

9    **Q.** Is this -- didn't he have a prior conversation with OCE 2

10   where he talked about making a flag -- an ISIS flag?

11   **A.** Yes.

12   **Q.** Jumping back one page to page 44, what is the defendant

13   saying here in response to an OCE 2 comment about asking Allah

14   to increase your ajr?

15   **A.** "Amin amin amin," Amen, Amen, Amen.

16   **Q.** What else did he say?

17   **A.** "I will start the new archive for 360p tomorrow in sha

18   Allah.  I can teach you how I do it.  Do you want to learn

19   Python?  The programming language."

20   **Q.** What's your understanding of 360p -- an archive for 360p?

21   **A.** My understanding, referencing back to a previous

22   conversation with the defendant, that this would be an archive

23   of videos solely at the 360p resolution.

24   **Q.** Let's jump to page 52.  What did the defendant ask OCE 2?

25   **A.** "Do you use windows?  Or Linux."

1    **Q.** And what did OCE 2 respond?

2    **A.** OCE 2 responds:  "Windows akhi.  I used Linux before a long

3    time ago.  Ubuntu.  But not for a long time."

4    **Q.** What did the defendant respond?

5    **A.** The defendant responds:  "In sha Allah don't let mukhabarat

6    ever get your computer.  If your CPU has the TPM module you can

7    use bitlocker to encrypt the hard drive, or if it doesn't, then

8    you can encrypt it with a small USB drive and every time you

9    use the computer plug the USB in to decrypt it."

10   **Q.** What is he telling you here?

11   **A.** Telling -- advising on how to harden up a computer so that

12   law enforcement can't get into it that will make it more

13   secure.

14   **Q.** And then what does he say?

15   **A.** "If you don't have encryption, download the program

16   BleachBit.  It can securely delete files."

17   **Q.** Turning to the next page, page 53, what is the defendant

18   saying?

19   **A.** The defendant states:  "Yes, because akhi let me tell you.

20   When you delete a file in windows, and then it is in the

21   recycle bin, and then you empty the recycle bin, the mukhabarat

22   can still find that file.  But if you delete the file with

23   BleachBit, the program overwrites the part of your hard drive

24   with 0 data and the mukhabarat can never get it again.  Ansar"

25   recommended this program -- "recommend this program if you use

1    windows and don't use encryption."

2    **Q.**  What's your understanding of Ansar?

3    **A.**  Supporters in this context of the Islamic State.

4    **Q.**  And then continuing with the rest of the conversation on

5    this page, page 53, what does OCE 2 respond?

6    **A.**  "Akhi alhamdulillah this is greatness naseehah."  Naseehah

7    is the Arabic word for advice.  "You tell other brothers this?

8    Lot of ikhwaan aren't careful enough."

9    **Q.**  What does the defendant say in response?

10   **A.**  The defendant states:  "I am very good at computers akhi in

11   sha Allah, ask me any question and I will tell you."

12   **Q.**  Turning to the next page, page 54, continuing with that

13   statement the defendant just made asking -- you know, ask me

14   any question and I'll tell you, what else did he say?

15   **A.**  "Yes many."  My understanding was that this was a response

16   to OCE 2's previous question about whether or not defendant had

17   told other brothers this.

18          The defendant continues:  "The brothers from the

19   diwan of media ubuntu."

20   **Q.**  What's your understanding when he says, "The brothers from

21   the diwan of media"?

22   **A.**  I believe that's a reference to the official ISIS media

23   committee.

24   **Q.**  And do you understand what "ubuntu" is?

25   **A.**  Yes.

1    **Q.** What is that?

2    **A.** It's a Linux-based operating system, to my understanding.

3    **Q.** What did OCE 2 say in response?

4    **A.** OCE 2 states:  "Yes, that is very secure.  You are in

5    contact with the ikhwaan in the diwan akhi?"  With the

6    brothers --

7    **Q.** What did the defendant -- I'm sorry.

8            What did the defendant say in response?

9    **A.** Defendant states:  "No but in Inside 8 from al-Hayat, they

10   showed the computer has ubuntu."

11   **Q.** Okay.  What is Inside 8?

12   **A.** Inside 8 is the -- is the video produced by al-Hayat which

13   talks extensively about media jihad, the importance of

14   disseminating ISIS media content as a means of jihad.

15   **Q.** And did we play part of that video yesterday?

16   **A.** We did.

17   **Q.** And that's something that the defendant sent the

18   screenshots of from that video to OCE 2?

19   **A.** It was.

20   **Q.** And what's your understanding of what al-Hayat is?

21   **A.** Al-Hayat is an official ISIS media wing, to my

22   understanding.

23   **Q.** And what else did the defendant say here in response to OCE

24   2 asking about him being in contact with the media diwan?

25   **A.** The defendant states:  "I think no brothers have contact

1    with them.  They are very" secret -- "very very secret."

2    Sorry.

3    Q.  Turning to page 69.A, what are you saying at the -- or

4    what's OCE 2 saying at the top?

5    A.  OCE 2 states:  "Akhi that is incredible.  These channels

6    look like they have all the official isdarat from the ikhwaan

7    in Al-Furqan."

8    Q.  And what were you referring to.

9    A.  Publications by the Al-Furqan Media Foundation.

10   Q.  And which channels were you referring to when you say

11   "these channels"?

12   A.  Defendant had created a channel called "Furqan 360" -- this

13   is to the best of my recollection -- wherein were populated

14   only 360p resolution versions of Al-Furqan videos using

15   defendant's script.

16   Q.  This would have been on Telegram?

17   A.  Yes.

18   Q.  What did the defendant say in response?

19   A.  "Alhamdulillah yes."

20   Q.  The circle -- the icon on the top on the left is different

21   than prior.  What happened here?

22   A.  It appears that defendant changed his profile image.

23   Q.  And it says "ID."  We haven't seen that before.  What does

24   that mean, if you know?

25   A.  In this interface of Telegram, this was -- Telegram is

1    being accessed via the Google Chrome browser, and there are

2    plug-ins that you can use that reveal the user ID of a Tel --

3    of a given Telegram user account.

4    **Q.**  What did the OCE 2 say in response?

5    **A.**  OCE 2 states:  Akhi I am sorry for the delay.  I'm gonna

6    contact you with one my other accounts.  This one is in so many

7    groups it's getting too busy.

8    **Q.**  Then what did the defendant say?

9    **A.**  Defendant states:  "I made a PDF akhi."

10   **Q.**  Turning to page 69.B, again, we see a different icon or

11   symbol on the left.  Is it -- what's your understanding of why

12   it's different?

13   **A.**  Again, I believe that -- I believe that defendant had

14   changed his profile image to, in this case, an image with

15   Arabic script, which means Knights of Shuhada.

16   **Q.**  What did the defendant say?

17   **A.**  Defendant states:  "Akhi do you have any channels?

18   Bismillah I will start programming what we need."

19   **Q.**  Did he send you a link?

20   **A.**  He did.

21   **Q.**  What was that link for?

22   **A.**  The link was to, to the best of my recollection, the

23   channel Furqan 360.

24   **Q.**  And what did he say about it?

25   **A.**  The defendant stated:  "Alhamdulillah I finished furqan and

1    I am writing a document which teaches it.  I am downloading it

2    now."

3    **Q.**  Did you go into this Telegram channel --

4    **A.**  I did.

5    **Q.**  -- the Furqan channel?

6    **A.**  I did.

7    **Q.**  What did you see?

8    **A.**  An archive of Al-Furqan media content, all 360p resolution

9    videos.

10   **Q.**  Turning to page 70 -- well, let ask you this.

11           Did the defendant ultimately send you a document?

12   **A.**  Yes.

13   **Q.**  What was that document called?

14   **A.**  The document is titled "Heralds of the Internet."

15   **Q.**  And is this the first page of that document?

16   **A.**  It is.

17   **Q.**  It's about -- is it about a six-page document?

18   **A.**  To the best of my recollection, about that, yes.

19           MR. JONAS:  Your Honor, this is part of the 200

20   series.  It's what the defendant sent OCE 2, but we'd also like

21   to admit it as a separate exhibit, Government's Exhibit 201.

22           THE COURT:  It's already part of the 200 exhibit?

23           MR. JONAS:  It is part of the 200 series, but we'd

24   like to also have it as a separate exhibit.

25           MR. GREENBERG:  Subject to what we articulated

1    previously, Judge.

2              THE COURT:  Okay.

3              MR. JONAS:  And, Your Honor, for purposes of the

4    testimony, I'm just going to stick with the Government's

5    Exhibit 200 and the page numbers here.

6    BY MR. JONAS:

7    **Q.**  So, Agent Rodgers, on the screen, is this the PDF the

8    defendant sent?

9    **A.**  Yes.

10   **Q.**  And what's your understanding -- have you reviewed the PDF?

11   **A.**  I have.

12   **Q.**  What's your understanding of what it's supposed to be?

13   **A.**  My understanding is that this PDF outlines the defendant's

14   methodology for how he planned to organize and proliferate

15   official ISIS media content.

16   **Q.**  Okay.  Can you read the first paragraph and the objective

17   of this document?

18   **A.**  Yes.  "Intention/Niyyah:  Bring people to Islam and teach

19   everyone the transgressions of the crusaders and how the

20   Islamic State's response to transgressions is self-defense."

21   **Q.**  And then the objective?

22   **A.**  "Objective:  Convert each channel into a comprehensive 360p

23   archive through Python 3, then upload to archive.org, then

24   ANONYMOUSLY" all caps "seeding the dot torrent files created by

25   archive.org."

1    **Q.** And the next paragraph, "Priorities."

2    **A.** "Priorities."  There's a list of five.

3              "No. 1, al-Furqan," strike through, "Done.

4              "No. 2, al-I'tisam.

5              "No. 3, Office of Media Productions for the Wilayat

6    of the Islamic State.

7              "No. 4, al-Himmah Office.

8              "No. 5, Nasheed channels."

9    **Q.** What's your understanding, again, of what "al-Furqan" is?

10   **A.** An official ISIS media wing.

11   **Q.** And "al-I'tisam"?

12   **A.** An official ISIS media production wing as well.

13   **Q.** And then "Office of the Media Productions for Wilayat of

14   the Islamic State"?

15   **A.** Also ISIS media production wing.

16   **Q.** And "al-Himmah Office"?

17   **A.** Also an ISIS official media production wing.

18   **Q.** And "Nasheed channels"?

19   **A.** "Nasheed channels are just channels that would be populated

20   with Nasheed audio files, I assume.

21   **Q.** Does the defendant give instructions on how to do what he

22   was doing?

23   **A.** Yes.

24   **Q.** So can you read on the same page, which is for Government's

25   Exhibit 200, page 61, what does this passage say?

1    **A.**  "Beginning with Al-Furqan.  Export the channel to get the

2    comprehensive messages .html file.  We will use this to gather

3    message IDs.  We are looking for messages which have '360' in

4    them signifying the Isdarat we need.  This is not the case for

5    the Office of the Media Wilayat.  The process is much more

6    complicated but already finished alhamdulillah and will be

7    explained later on.  The Furqan channel is easier for

8    beginners."

9    **Q.**  Turning to page 62 of the exhibit, I'm just going to go

10   highlight the bottom.  What does that say?

11   **A.**  Appears to be what I assume is Python code, which states

12   "For string and Furqan IDs" and is followed by "Try:  Print"

13   parenthesis.  This appears to be Python code commands.

14   **Q.**  Turning to page 63 of the exhibit -- of the Government's

15   Exhibit 200, what is the defendant saying here?

16   **A.**  "Now we will use a modified version of a Python script

17   developed by a brother who is currently imprisoned, may Allah

18   free him and protect him and reward him for his valuable work

19   in this media Jihad."

20   **Q.**  The next paragraph?

21   **A.**  "Using the telethon API, by the grace of the Allah the

22   brothers have been able to automate 90% of work."

23   **Q.**  Do you understand what Telethon API is?

24   **A.**  Somewhat.  To my understanding, which is very rudimentary,

25   I believe that it's a code library.

1    **Q.** And then the bottom of the page, what is the defendant

2    writing?

3    **A.** "All praise is due to Allah for providing me the knowledge

4    to begin copying all 360p videos in a matter of 20 minutes

5    since sitting down and beginning this document.  By Allah's

6    permission, the brothers who have access to the disorganized

7    al-Furat Media and al-Hayat" --

8    **Q.** Turning to the next page, 64.

9    **A.** -- "al-Hayat Media Center channels will be able to organize

10   them or give me access to them so that I would be able to

11   organize them."

12   **Q.** What is your understanding of what the defendant meant in

13   this passage here?

14   **A.** This sounds like ideations that al-Furat or al-Hayat would

15   at some point give him access to their media archives so that

16   he would be able to put his process into practice and organize

17   their content, because right now they are unorganized.

18   **Q.** Al-Furat Media and al-Hayat Media Center are what?

19   **A.** Al-Furat is a province.  It's one of the wilayat of ISIS

20   and one of the media production wings specific to that

21   province.

22           And al-Hayat is a -- is an official ISIS media

23   production wing.

24   **Q.** So is it your understanding that the defendant is offering

25   assistance to these official ISIS media wings to organize their

1     Telegram channels?

2                MR. GREENBERG:  Objection, Judge.

3                THE COURT:  Sustained.  You can rephrase that.

4     BY MR. JONAS:

5     Q.  What is your understanding what the defendant is offering

6     to do here?

7                MR. GREENBERG:  Objection, Judge.

8                MR. JONAS:  Let me rephrase it one more time.

9     BY MR. JONAS:

10    Q.  Who is benefiting here?

11    A.  Those who wish to proliferate ISIS media content.

12    Q.  Is that official ISIS media content?

13    A.  Yes, those who wish to proliferate it and consume it.

14    Q.  Turning to that down, staying on the same page, page 64,

15    what does the defendant write here?

16    A.  "We will now copy this output into the same text file which

17    is opened by the copying program developed by the beloved

18    brother, may Allah free him."

19    Q.  Okay.  And I wanted to also -- a little higher up, I missed

20    this paragraph.

21                What does he write here?

22    A.  "Continuing, we are not finished.  We need to obtain the

23    banner of the isdars, the process is simple and as such" --

24    Q.  As such what?

25    A.  "On the left is the" -- "On the left is the output.  As you

1    can see, we get numbers of the picture message containing"

2    shihar (phonetic-Arabic word), which means banner, "and then we

3    add that before the 360p message.

4    **Q.** You said a moment ago:  "Continuing, we are not finished,

5    we need to obtain the banner of the isdars."  What are isdars?

6    **A.** Publications.

7    **Q.** And going to the bottom of this page, page 84, what does

8    the defendant write here?

9    **A.** "Note, there was a small inconsistency, and I had to

10   manually continue the bot with the message IDs offset from what

11   we wanted, but that is hopefully not too big of a deal when not

12   dealing with the channel for the wilayat, as that one has 8000

13   videos to sort through."

14   **Q.** Going to the next page, Government 200, page 85, what's

15   the -- what's the defendant saying?

16   **A.** "It appears we are short a few photos from the HD channel I

17   made a long time ago, which is fine because for archive

18   purposes we really only watch the video, and short one video,

19   which I cannot explain but it should be fine in sha Allah."

20   **Q.** Now what did he write?

21   **A.** "Now we finally export all media in the channel.  I found

22   out the missing file was (Arabic words) 2 and I simply

23   redownloaded it to the archive.  Arranging items by name

24   provides chronological order so there is no need to worry about

25   modification date."

**Q.** Keep reading.

**A.** "Now we will begin the same process with I'tisam media, by Allah's permission.  Export the channel data with all boxes not checked to get the messages.html file we will use."

**Q.** And the I'tisam media, that's number two on the list of priorities?

**A.** Correct.

**Q.** Keep reading, please.

**A.** "Without changing even one thing from the Furqan script we wrote, we obtained a comprehensive list of numbers from the messages.html.  This channel has no inconsistency like the furqan channel, so there should be no need for manual forwarding later by Allah's permission.  We now place these numbers into the text file."

**Q.** What does he say here?

**A.** "By the grace of Allah it works flawlessly."

**Q.** And the bottom of page 85?

**A.** "We will use the exact same script to copy the information from the wilayah channel.  I previously stated how it will difficult, but I have changed my mind since ALL videos are in a 360p format, so the script on the left which we wrote should STILL work."

**Q.** Turning to the next page, it's document page 86 of Government's Exhibit 200, what are we seeing up there?

**A.** It's a series of HTML files.

1    **Q.** And what does he say?

2    **A.** "Here we can see the massiveness of the office for the

3    wilayah.  We will run each one individually rather than

4    combining it into one file.  I will do this with a simple for

5    loop to accelerate the process."

6    **Q.** And then what does he say?

7    **A.** "Line count 2695.  We ran this modified version of the

8    furqan script to run on every messages.html file, giving us

9    every single number we need and it gives us 2695 lines."

10   **Q.** Please continue.

11   **A.** "And below we can see the bot is automatically copying

12   messages at a very fast rate if you watch the video I made.  It

13   will still take nearly 3 hours.  The process of copying can

14   also be done from your mobile Android phone, computer not

15   needed, unless you're organizing channels."

16   **Q.** And finally, what does he say at the end?

17   **A.** "We will write a script to organize every wilayah isdar

18   after we finish downloading them, since there are too many to

19   keep in just one folder."

20   **Q.** The paragraph right prior to this last one where the -- the

21   defendant said, "the process is fast"?

22   **A.** Yes.

23   **Q.** What's your understanding of what he meant?

24   **A.** It's a process that usually would take much longer and

25   would have to be done manually, but automated in this fashion

1    would take place much quicker, much more quickly.

2    **Q.** Turn to page 71 of the Government's Exhibit 200.  At this

3    point had you as the OCE 2 read that document when you're now

4    conversing with the defendant?

5    **A.** I reviewed it, yes.

6    **Q.** Okay.  And what did you ask the defendant?

7    **A.** "What means 'heralds' akhi?"

8    **Q.** And what did he say in response?

9    **A.** In response, "it is like an old word for someone who tells

10   news.  I like the isdar title 'Knights of the Desert' so I did

11   'Heralds of the Internet.'"

12   **Q.** What did OCE 2 say in response?

13   **A.** "Ma Sha Allah!  That's perfect name.  Akhi this PDF is very

14   technical.  Very clear and impressive."

15   **Q.** What did the defendant say?

16   **A.** "This document is very complicated."

17   **Q.** What else did the defendant say about the document?

18   **A.** "It is for organizing channels, but copying channels is

19   easy, and I will do a document for that on android so brothers

20   who don't have a computer can do it.  It will be much neater."

21   **Q.** What did OCE 2 say in response?

22   **A.** "I'm going to call you ustaadh now."

23   **Q.** What does that mean?

24   **A.** Professor.

25   **Q.** What did the defendant say?

1   **A.** "Hahahaha alhamdulillah professor."

2   **Q.** And what did OCE 2 ask?

3   **A.** "Akhi have you began this operation yet?"

4   **Q.** What did the defendant say?

5   **A.** "I am downloading the i'tisam channel and now I am almost

6   done organizing the wilayah channel since I found a mistake I

7   made."

8   **Q.** Turning to page 72, can you continue reading what the

9   defendant said?

10  **A.** Defendant states:  "There was an old Furat Media channel

11  and al-Hayat Media Center channel.  Almost all HD isdars, but I

12  lost the brothers who made it.  They are so important akhi

13  because they are in English so people understand."

14  **Q.** What was your understanding of why the defendant said that

15  they are important because they're in English?

16  **A.** Well, because a lot of the videos are in Arabic and,

17  therefore, inaccessible to people who do not speak Arabic.

18  These being in English are going to be more accessible to a

19  wider demographic.

20  **Q.** What did OCE 2 say in response?

21  **A.** Alhamdulillah akhi that's true.  What you mean you lost the

22  brothers that made it?

23  **Q.** The defendant's response?

24  **A.** Defendant stated:  "I deleted my old account, and I forgot

25  which brothers made it.'

1   **Q.**  What did the defendant say -- what else did the defendant

2   say?

3   **A.**  The defendant stated:  "In sha Allah we find them again.

4   The channel was called 'Martyrs' and it had so much media from

5   official dawla foundations."

6   **Q.**  What else did the defendant say?  Well, I'm sorry.  Let me

7   go back one second.

8              What did OCE 2 ask the defendant?

9   **A.**  OCE 2 asked:  "Akhi have you started the amiliyah to send

10  dawlah videos to kuffar who like combat videos?"

11  **Q.**  And, again, what's "amiliyah"?

12  **A.**  Operation.

13  **Q.**  And what did defendant say in response?

14  **A.**  "Very soon in sha Allah.  That is what this is for.  I will

15  upload .rar to archive.org" and provides the URL for

16  archive.org.  This is followed by a join link to a Telegram

17  channel.

18             "Akhi if you join you can see my bot forwarding

19  everything."

20  **Q.**  Did you join?

21  **A.**  I did.

22  **Q.**  What did you see?

23  **A.**  To the best of my recollection, this channel was titled

24  "Wilayah 360."  And what I saw was a large archive of media

25  content -- ISIS media content.

1    **Q.** OCE 2 asked about the project to send dawlah videos to

2    kuffar.  What project did you mean?

3    **A.** The project whereby defendant would send torrent links via

4    private message on Reddit.

5    **Q.** And is it your understanding that the defendant is

6    essentially making two separate -- doing two separate things

7    here?

8    **A.** That was my understanding, yes.

9    **Q.** And can you explain that?

10   **A.** On the one hand, there was the -- there was the operation

11   to send torrent links via PM on Reddit to nonbelievers to get

12   them in trouble or distract law enforcement, on the one hand.

13            And on the other hand, there was the process to make

14   ISIS media -- official ISIS media content more accessible on

15   Telegram, to proliferate -- to proliferate the content on

16   Telegram.

17   **Q.** Turning to page 73, what did OCE 2 ask?

18   **A.** OCE 2 asked:  "You use Telegram bot to forward these?"

19   **Q.** What did the defendant say in response?

20   **A.** The defendant states:  "Yes akhi.  I will make a guide for

21   ansar so they can do it themselves.  You see this one is

22   copying only 360p version."  I had to make it organize the

23   channel, but if you already have a channel done and you want to

24   copy the full channel, it's easy in sha Allah.

25   **Q.** What did OCE 2 say in response?

1    **A.** "Amazing. Akhi you have like 4 full channels now ma Sha
2    Allah."

3    **Q.** Did you as OCE 2 actually see four full channels?

4    **A.** I did, yes.

5    **Q.** And when I say that, you went into these Telegram rooms
6    that the defendant set up?

7    **A.** Yes.

8    **Q.** Please keep reading. What did the defendant say in
9    response?

10   **A.** "Alhamdulillah."

11   **Q.** And OCE 2?

12   **A.** OCE 2:  "Akhi you are building up ajr."

13        Can we -- can we walk back to the previous question
14   you asked me about the four channels --

15   **Q.** Sure.

16   **A.** -- very quickly? What -- can you repeat that question,
17   the --

18   **Q.** Did you actually see four full channels on Telegram?

19   **A.** I did.

20   **Q.** And what --

21   **A.** The four full channels I saw were -- there was Isdarat 1,
22   which is what the defendant stated was the original channel
23   from which content was being pulled.

24        The second channel I saw was called "HD Isdarat
25   Only," which in that context was the channel to which content

1    was being sent after it had been organized using script.

2            The third channel was Al-Furqan 360, which was a

3    channel full of Al-Furqan official licensed videos at 360p

4    resolution.

5            And then this latest one was Wilayah 360, which was

6    full of ISIS videos from the wilayat, the provinces, at 360p

7    resolution.

8            I wanted to make sure that I had those straight.

9    Q.  Understood.  Staying on this page, page 73, after you said,

10   "akhi you have like four full channels now," what did the

11   defendant stay?

12   A.  Defendant stated:  "Alhamdulillah."

13   Q.  Which means what?

14   A.  Praise be to God.

15   Q.  What did OCE 2 say in response?

16   A.  OCE 2 stated:  "Akhi you are building up ajr."

17   Q.  And what does that mean?

18   A.  Reward in the afterlife.

19   Q.  And what was the defendant's response?

20   A.  "I love to do it."

21   Q.  Did the defendant -- sorry.

22           Did OCE 2 ask the defendant a question?

23   A.  Yes.

24   Q.  What?

25   A.  "By the way you are still working with AF too?"

1    **Q.** And what did you mean by "AF"?

2    **A.** Al-Abd al-Faqir, the same ISIS supporter media organization

3    that created videos that we referenced earlier in testimony.

4    **Q.** What was the defendant's response?

5    **A.** Defendant's response was:  "Yea alhamdulillah."

6    **Q.** And did he say anything else he was doing?

7    **A.** Defendant stated:  I wrote an article.  It will be in the

8    next Youth of the Caliphate magazine in sha Allah.

9    **Q.** Was that the same article that you testified about

10   yesterday?

11   **A.** No.

12   **Q.** A different article?

13   **A.** Different.

14   **Q.** Turn to page 74, what is OCE 2 asking the defendant?

15   **A.** OCE 2 asks:  "I have seen AF videos.  These brothers work

16   for Diwan I think in Sha Allah?"

17   **Q.** What did the defendant state?

18   **A.** Defendant stated:  "I have no idea.  I only speak to one

19   brother from AF.  We operate like cells."

20   **Q.** And after saying "we operate like cells," what did he say?

21   **A.** "It is the safest for everyone."

22   **Q.** Jumping to page 76, right after the defendant said it's

23   safer for everyone, what did he say?

24   **A.** "I read even for brothers who worked in the diwan of media

25   worked like that.  So if a brother records an isdar with his

1    camera, then he drops the SD card or USB drive with the footage

2    in a random place and another brother picks it up.

3    Alhamdulillah the 360p wilayah channel finished."

4    **Q.**  What's your understanding of what he meant by that?

5    **A.**  By "alhamdulillah the 360p wilayah channel finished"?

6    **Q.**  Correct.

7    **A.**  That the process previously referenced whereby wilayah

8    videos were being populated into a Telegram channel was done.

9    **Q.**  What did OCE 2 say in response?

10   **A.**  So OCE 2 stated -- not in direct response to the

11   defendant's statement about the 360p wilayah channel, OCE 2

12   stated:  "Oh okay.  I know some media groups work direct for

13   Dawlah and other groups for munasireen," which is another word

14   for supporters.

15   **Q.**  And what did the defendant say?

16   **A.**  "SubhanAllah I never knew."

17   **Q.**  What did OCE 2 say?

18   **A.**  "Wasn't sure about AF."

19   **Q.**  And the defendant?

20   **A.**  "Me too."

21   **Q.**  Did the defendant ever say that he never wanted to contact

22   official ISIS diwan?

23   **A.**  He did not say that.

24   **Q.**  What did OCE 2 say after the defendant said "Me too"?

25   **A.**  The defendant stated:  "In sha Allah I will export to so I

1    get all" -- "I will export to so I get all the .mp4 files and
2    upload it to the internet."

3    **Q.**  I'm going to jump to page 82.  This is now later in
4    September.  So this is about a month after the last
5    conversation, Agent Rodgers.

6           What is the OCE 2 asking the defendant?

7    **A.**  OCE 2 asks:  "Akhi everything is okay with you in Sha
8    Allah?"

9    **Q.**  What did the defendant respond?

10   **A.**  Defendant responds:  "Yes.  Praise be to God.  How about
11   you?"

12   **Q.**  What did OCE 2 ask?

13   **A.**  OCE 2 asks -- OCE 2 states:  Alhamdulillah.  Have not heard
14   from you in a while.  Just assuring you're okay.

15   **Q.**  What the defendant say?

16   **A.**  Defendant states:  "Alhamdulillah yea I'm okay akhi just so
17   busy with school wallahi."

18   **Q.**  Turn to page 87, which is about October 6th, 2019.  What
19   did the defendant say?

20   **A.**  "Yea I want to make a system so I don't have to message
21   any" -- I believe this is a typo for the word "bots."  "Just
22   copy channel links.  It takes a lot of time and emergency akhi.
23   I pray Allah" Subhanahu wa ta'ala or "swt will give me the
24   energy."

25   **Q.**  Did the defendant explain how he came up with this -- the

1    idea for this job, what he was doing?

2              Page 89, OCE 2 asks how he came up with the idea?

3    **A.** Yes.  So OCE 2 had stated:  "Akhi how you came up with the

4    idea for this amaliya."

5              And in direct response defendant stated:  "Before I

6    was Muslim I wanted to find dawla videos but never could.

7    **Q.** What else does he say?

8    **A.** "It's very good for dawah.  The news lies about dawla

9    videos and will never show it full."

10   **Q.** What did OCE 2 say that the defendant responded to?

11   **A.** OCE 2 stated:  "SubhanAllah akhi may Allah give you the

12   energy you need."

13             And defendant responded:  "Amin."

14   **Q.** And then what did OCE 2 say?

15   **A.** OCE 2 stated:  "Also I did not know you know the ikhwaan

16   in" -- this is another ISIS supporter media group.

17             "Don't know them" --

18   **Q.** I'm sorry.  Before you -- what did you mean by that when

19   you wrote that?

20   **A.** Defendant previously made a statement about basically being

21   a fan of that group, to the best of my recollection.

22   **Q.** What did defendant say?

23   **A.** "I don't know them too close but I love their work.  I try

24   to help them."

25   **Q.** Was this pretty much the end of the communications between

1    the defendant and OCE 2?

2    **A.**  I believe so, yes.

3    **Q.**  This was -- would have been in October of 2019?

4    **A.**  Correct.

5    **Q.**  Is it your understanding that the defendant began

6    communicating around this time with someone known as OCE 4?

7    **A.**  Yes.

8    **Q.**  And is that person, as far as you know, going to be

9    testifying in this trial?

10   **A.**  Yes.

11               MR. JONAS:  Your Honor, I have no further questions.

12               THE COURT:  I was planning to break at around 12:15

13   since we took a late morning break.  I could break now if you

14   prefer, Mr. Greenberg.

15               MR. GREENBERG:  I can ask a few questions, Judge.

16               THE COURT:  Okay.

17               MR. GREENBERG:  If you want.

18               THE COURT:  That's fine.

19               MR. GREENBERG:  Thank you.

20                          CROSS-EXAMINATION

21   BY MR. GREENBERG:

22   **Q.**  Good morning.

23   **A.**  Good morning.

24   **Q.**  It's still morning, right?

25   **A.**  Yes.

1    **Q.** A couple of things I just want to clarify before we go to

2    lunch, maybe for my own mind.

3            You keep getting asked all these questions about what

4    did OCE 2 respond.  At the beginning there's some other person

5    who is OCE 2; is that right?

6    **A.** Correct.

7    **Q.** That person is working at your direction?

8    **A.** Correct.

9    **Q.** You know what's going on with them, right?

10   **A.** Correct.

11   **Q.** You're talking to them?

12   **A.** I am.

13   **Q.** You're advising them?

14   **A.** I am.

15   **Q.** Okay.  Is that another FBI employee?

16   **A.** No.

17   **Q.** All right.  It's someone -- but it's someone working --

18   that's the other -- that's the confidential source, right?

19   **A.** Correct.

20   **Q.** Confidential human source?

21   **A.** That's correct.

22   **Q.** All right.  You guys don't have sources that are not human,

23   do you?

24   **A.** Not that I'm aware, no, not yet.

25   **Q.** Okay.  We haven't gotten that far yet.  All right.

1    **A.**  No.

2    **Q.**  So the confidential human source that you were working with

3    initially is an individual who is paid to go into these rooms

4    and engage people?

5    **A.**  That is correct.

6    **Q.**  Okay.  And this particular individual over a period of time

7    has been paid in excess of a half a million dollars, right?

8    **A.**  That is correct.

9    **Q.**  So it's fairly lucrative for them, correct?

10   **A.**  I suppose that depends on how you define "lucrative" but --

11   **Q.**  The way that I understand -- and you can correct me if I'm

12   wrong -- that Tommy first met up with this individual was he

13   clicked on something in an online publication?

14   **A.**  I do not know that.

15   **Q.**  Okay.  You don't know how they first met up?

16   **A.**  I don't know whether Tommy clicked on something in an

17   online publication.

18   **Q.**  All right.  But he ended up going to a room to chat, right?

19   **A.**  I don't know that either.

20   **Q.**  Do you know how they first met?

21   **A.**  He reached out to Organization 1 --

22   **Q.**  Okay.

23   **A.**  -- through a representative account.

24            As to whether or not that was in a room or whether or

25   not that was clicking on a link in a publication, I can't say.

1  I don't --

2  **Q.** Did that -- that representative account, was that something

3  that was maintained by the FBI?

4          MR. JONAS:  Judge, I'm going to object.  Can we have

5  a sidebar, Judge?

6          THE COURT:  That's kind of tough.  Can you go --

7          MR. GREENBERG:  I can ask something else or we can

8  talk about it after.

9          THE COURT:  All right.

10          MR. GREENBERG:  Okay.  Thank you.

11  BY MR. GREENBERG:

12  **Q.** All right.  Well, let's talk about some general things

13  here.

14          I take it in the course of your work you've received

15  training on what people can and can't do, right?

16  **A.** What people?

17  **Q.** Well, what's lawful and what's not lawful?

18  **A.** Yes.

19  **Q.** Okay.  So you know that somebody can certainly be an ISIS

20  sympathizer, and that's lawful, right?

21  **A.** Yes.

22  **Q.** Somebody can re-post ISIS videos, and that's lawful?

23  **A.** Yes.

24  **Q.** Okay.  Somebody can recite the bayat, and that's lawful,

25  correct?

1           MR. JONAS:  Your Honor, I'm going to object.  He's

2    asking the witness to opine on legal matters.

3           THE COURT:  He's already done so in direct, so I

4    think these are fair questions.  Go ahead.

5           THE WITNESS:  Could you repeat the question, sir?

6    BY MR. GREENBERG:

7    **Q.** Sure.  Someone reciting the bayat, that's lawful, isn't it?

8    **A.** I believe so.

9    **Q.** Okay.  Someone going out and assembling videos, that's

10   lawful, isn't it?

11   **A.** Assembling videos for their own personal use I would

12   conjecture is lawful.

13   **Q.** Okay.  And assembling videos to just post somewhere for the

14   world at large would be lawful, wouldn't it?

15          MR. JONAS:  Judge, he's asking the witness to opine

16   on an ultimate fact that the jury needs to decide.

17          MR. GREENBERG:  I can rephrase it, Judge.

18   BY MR. GREENBERG:

19   **Q.** Taking a bunch of videos and watching them is lawful,

20   correct?  Any of us can do that?

21   **A.** Yes.

22   **Q.** Okay.  Do you have any information that Tommy went to some

23   secret website to get these videos?

24   **A.** I don't know where Tommy got all of these videos.

25   **Q.** Okay.  But you know where he got most of them, right?

1    **A.**  I know where he said he got some of them.

2    **Q.**  Okay.  And where was that?

3    **A.**  There were a couple of instances of videos being taken from

4    other Telegram channels.

5    **Q.**  All right.  And he also said that he got a bunch of them

6    from a site called "Jihadology," right?

7    **A.**  I don't recall that.

8    **Q.**  You don't recall that.  That's a site that's actually

9    maintained by a guy named Aaron Zelin, right?

10   **A.**  I don't know for sure.

11   **Q.**  Are you familiar with that site?

12   **A.**  I am familiar with the site, yes.

13   **Q.**  Okay.  But you're not familiar with who maintains that

14   site?

15   **A.**  Everything that you're saying sounds familiar and sounds

16   true.  I just can't confirm it 100 percent from my own personal

17   knowledge.

18   **Q.**  I see.  You don't have any information, as you sit there,

19   that Tommy ever engaged in any violent act, correct?

20   **A.**  I do not have any information, as I sit here, that the

21   defendant ever engaged in a violent act.

22   **Q.**  Right.  You don't have any evidence that he ever built a

23   bomb?

24   **A.**  No.

25   **Q.**  You don't have any evidence that he ever tried to build a

1    bomb?

2    **A.** I don't.

3    **Q.** You don't have any evidence that he ever made any actual

4    contact with anyone who was a member of ISIS?

5    **A.** Can you repeat that question?

6    **Q.** You don't have any evidence that he made any actual contact

7    with anyone who was a member of ISIS?

8              MR. JONAS:  Your Honor, I object.  I think this is

9    something that we should address at sidebar.  This goes to a

10   previous hearing before Your Honor.

11             MR. GREENBERG:  Okay.  I'll put that on the list,

12   Judge.

13             THE COURT:  All right.

14   BY MR. GREENBERG:

15   **Q.** He said that he was going to do shaheed if arrested?

16   **A.** I don't recall him saying that.

17   **Q.** Didn't you read that?  If arrested, he's going to do

18   shaheed?

19   **A.** Do shaheed?

20   **Q.** Well, what's -- shaheed is martyr -- martyrdom, right?

21   **A.** Shaheed is a martyr, yes, to my understanding.

22   **Q.** Okay.  Didn't he say if the "muka" -- what is the word?

23   **A.** Mukhabarat.

24   **Q.** Okay.  Comes -- that's law enforcement, right?

25   **A.** Correct.

1    **Q.** Comes to get him, didn't you read that he's going to do

2    shaheed?

3    **A.** He said -- he made a couple of statements about what he

4    would do if law enforcement came to get him, to my

5    recollection.

6    **Q.** And what were those?

7    **A.** I don't remember them verbatim.

8    **Q.** Okay. Do you remember these chats you had with him, or did

9    you have to look at the materials to refresh yourself?

10   **A.** I looked at the material to refresh my memory.

11   **Q.** All right. So --

12   **A.** And I do remember them.

13   **Q.** So do you remember him saying that if he was -- during

14   these chats, "If I'm -- if law enforcement comes to arrest me,

15   I'm going to kill myself"?

16   **A.** What I recall is based on the statements he made, it was

17   intimations of committing an act of violence if law enforcement

18   came to arrest him, yes.

19   **Q.** And you're aware that he had contact throughout the --

20   early on in the investigation with law enforcement, right?

21   **A.** Yes.

22   **Q.** Okay. He didn't do any act of violence after that, did he?

23   **A.** Did he do an act of violence after -- can we define the

24   time frame we're talking about?

25   **Q.** Well, do you know him to ever have done an act of violence?

1    **A.**  I knew him to resist arrest.  I don't know of any act of

2    other violence.

3    **Q.**  Okay.

4    **A.**  It guess it depends on how you define violence.

5    **Q.**  So when they came to arrest him in his apartment, he wasn't

6    a hundred percent cooperative?

7    **A.**  That's correct, to my understanding.

8    **Q.**  Okay.  He didn't punch anyone or anything like that?

9    **A.**  I would defer to those who were present there that day.

10   **Q.**  When all of this was going on, you were talking to your

11   fellow agents, correct?

12   **A.**  Correct.

13   **Q.**  You were coordinating not only with the CHS that you were

14   supervising but with the other OCEs that are still going to

15   testify, right?

16   **A.**  Not all of them but some of them, yes.

17   **Q.**  Okay.  And you described Tommy as a boob, b-o-o-b, right?

18   **A.**  That's incorrect.

19   **Q.**  That's incorrect?  You did not say that?

20   **A.**  No.

21   **Q.**  Okay.  Well, we'll come back to that after lunch when we

22   get the page.

23            You made fun of his ability to translate, didn't you?

24   **A.**  I do not recall making fun of his ability to translate.

25   **Q.**  In fact, he didn't know Arabic very well, did he?

1    **A.** He stated that he had trouble with Arabic, yes.

2    **Q.** All right.  And you were reading when he would try and

3    write things in Arabic, correct?

4    **A.** I was reading the Arabic written by the defendant?

5    **Q.** Yeah, during the chats, isn't there Arabic?  Doesn't he

6    respond sometimes in Arabic?  You don't remember?

7    **A.** I'm not sure what you're specifically referring to.  I

8    might remember if you can refresh my memory.  I'm happy to look

9    at it.

10   **Q.** Okay.  Do you remember looking and reading for the last day

11   all of these chats?

12   **A.** Yes.

13   **Q.** And weren't there times when Tommy would respond or write

14   things in English?

15   **A.** Yes.

16   **Q.** And weren't there times when Tommy would write things in

17   Arabic?

18   **A.** Yes.

19   **Q.** And weren't there times when Tommy would write things in

20   Arabic, and he was wrong?

21   **A.** Wrong as in the Arabic being imperfect?

22   **Q.** Yes.

23   **A.** I can't remember any specific examples, but that is likely

24   true.

25   **Q.** Okay.  And, in fact, this bayat, when he tried to do it, it

1    originally was in Arabic, and he did it wrong, right?

2    A.  I don't remember the original attempt.

3    Q.  The one that was played today, wasn't that the original

4    attempt?

5    A.  I think that was a full attempt.  I don't remember if it

6    was the original attempt, the first.

7    Q.  Well, after he did the one that he sent you today, didn't

8    you as OCE 2 then send him a bayat with the Arabic and the

9    English so that he could do it properly?

10   A.  OCE 2 did send that, yes.

11   Q.  Okay.  OCE 2 is you, right?

12   A.  At that time, that was the CHS --

13   Q.  That was the CHS.  All right.

14   A.  -- operating as the persona, OCE 2.

15   Q.  All right.  So -- so he said that, correct?

16   A.  Correct.

17   Q.  And he didn't send it because Tommy did it properly; he

18   sent it because Tommy did it wrong?

19   A.  He sent it because Tommy asked for it.

20   Q.  Well, wouldn't Tommy have had it if he just recorded it

21   properly?

22   A.  I don't know.

23   Q.  You knew that Tommy got married while all this was going

24   on, correct?

25   A.  I heard that, yes.

1    **Q.** Okay. It was in the chat, wasn't it?

2    **A.** In the chats amongst FBI personnel?

3    **Q.** In the chats with Tommy?

4    **A.** Yes.

5    **Q.** And then it was also in the chats with the FBI personnel,

6    right?

7    **A.** Yes.

8    **Q.** The same chat where you don't remember calling him a boob,

9    right?

10   **A.** I did not call him a boob. But, yes, the same chats.

11   **Q.** And you guys thought that was funny that he got married,

12   right?

13   **A.** Funny, I don't know about.

14   **Q.** Okay. You made fun of it, didn't you? Ironic maybe?

15   **A.** Ironic?

16   **Q.** Well, what did you think?

17   **A.** What did I think about --

18   **Q.** Him getting married.

19   **A.** -- the defendant getting married?

20   **Q.** Uh-huh.

21   **A.** I believed at the time that the defendant was a supporter

22   of terrorism and not, therefore, the kind of person you would

23   want to marry.

24   **Q.** Okay. Let me just ask this one question, and then maybe it

25   would be a good time to break.

1          An individual can be a supporter of terrorism, right?

2     **A.** Yes, it's possible for an individual to be a supporter of

3     terrorism.

4          MR. GREENBERG:  Thank you.  Judge, do you want to

5     break for lunch, or do you want me to keep going?  I can

6     keep --

7          THE COURT:  Well, I was going to go to quarter after,

8     but if you want to break now --

9          MR. GREENBERG:  No, no, I can keep going.  I just

10    didn't --

11         THE COURT:  I was going to go to quarter after.

12         MR. GREENBERG:  Okay.  I apologize.

13    BY MR. GREENBERG:

14    **Q.** You got asked the question:  Did Tommy ever say that he

15    wanted nothing to do with ISIS, correct?

16    **A.** Yes.

17    **Q.** And, of course, he never said that, right?

18    **A.** To my knowledge, the defendant never stated that he wanted

19    nothing to do with ISIS.

20    **Q.** Okay.  And in your role of this persona, either you or the

21    OCE, the two of you were actually encouraging him because you

22    wanted to draw out whatever he wanted to do, right?

23    **A.** We wanted to draw out what his intentions were, yes.

24    **Q.** Okay.  And this went on for nearly a year or longer?

25    **A.** From February 7th, 2019, until approximately October 6th,

1    2019, to my recollection.

2    **Q.** What's a fanboy?

3    **A.** Somebody who is a fan of something.

4    **Q.** Okay. Is there a term that you guys use in your line of

5    work referring to people as "fan-bois," f-a-n, b-o-i-s?

6    **A.** That's not a term specific to our line of work.

7    **Q.** All right. I'm sorry. Then what is your understanding of

8    what a fanboy is?

9    **A.** An eager, zealous fan of something.

10   **Q.** A fan, right?

11   **A.** Yes.

12   **Q.** And didn't you and your fellow agents describe Tommy as a

13   fanboy?

14   **A.** Yes, of a particular organization, yes.

15   **Q.** I'm sorry?

16   **A.** Yes, a fanboy of a particular organization.

17   **Q.** Okay. And, again, it's not illegal to be a fanboy, is it?

18   **A.** No, it's not illegal to be a fan.

19   **Q.** This script that you told us about at the end here, right,

20   that's what Tommy charged with; you know that, correct?

21   **A.** That's my understanding, yes.

22   **Q.** And all of the other stuff before that, he's not charged

23   with any of that, right?

24   **A.** Correct.

25   **Q.** Okay. So you told us about a -- you talked about a picture

1    of Trump Tower and, you know, someone taking a picture in front

2    of it with the saying underneath, right?

3    **A.** Yes.

4    **Q.** Do you remember that?

5    **A.** I do.

6    **Q.** Okay.  When that happened, you saw that?  That was sent to

7    you or the OCE?

8    **A.** I would have to check the date; but, yes, it was sent to

9    OCE 2.

10   **Q.** All right.  And when you got that information, did you

11   notify any other law enforcement?

12   **A.** Besides the FBI, like besides ourselves?

13   **Q.** Well, you are the FBI?

14   **A.** Yes.

15   **Q.** You did?

16   **A.** Did I notify any other law enforcement besides the FBI?

17   No, I did not personally notify any other law enforcement.

18   **Q.** Okay.  Did anyone go knocking on Tommy's door to see what

19   was up?

20   **A.** I don't know.

21   **Q.** Well, did you ask that anybody do that?

22          MR. JONAS:  Judge, I'm going to object.  I'm not sure

23   if I can state my objection on the record.

24          THE COURT:  All right.  Let's break now.  It's

25   getting too objectionable here.

1           Let's come back at 1:00, folks.  Have a good lunch.

2       (Jury out. )

3           THE COURT:  All right.  I think the witness maybe

4       should be excused at this --

5           MR. JONAS:  Your Honor, we have no plans on talking

6       to him, but because of his circumstance, can the agent --

7           THE COURT:  Maybe I should start by saying, while

8       you're under adverse examination, you're not supposed to talk

9       to anybody about your testimony or the case.  Okay?

10          THE WITNESS:  Yes, sir.

11          THE COURT:  All right.  You understand that?

12          THE WITNESS:  I do.

13          THE COURT:  Okay.

14          MR. GREENBERG:  And, Judge, I understand his concern

15      on the last question I asked.  It -- we had talked about it in

16      the hallway, and this is a different concern, but I'm going to

17      withdraw the question.

18          THE COURT:  Okay.

19          MR. JONAS:  All right.  Can the agents at least

20      escort him to where he needs to go?

21          THE COURT:  Yes.

22      (Witness left the courtroom.)

23      (Discussion off the record.)

24          THE COURT:  All right.  Let's talk about this just

25      for a second, a couple things.

1           First of all, when the witness is being examined, we
2   should have his face up on the screen.  I think that's the
3   whole point of doing it that way.
4           If you want to have an exhibit, just tell Claire, and
5   then she'll go to the exhibit.
6           MR. JONAS:  Okay.
7           THE COURT:  Because I noticed it was on an exhibit
8   when you were examining him without an exhibit, so that's why
9   we went to the screen.  So I just think that's the best for
10  everybody.
11          All right.  So let's try to get some rules of the
12  road here, if we can.  You can take your mask off, Barry.
13          MR. JONAS:  Thank you, Judge.
14          THE COURT:  It's easier to understand you.
15          So remind me of the basis of your objections.
16          MR. JONAS:  The last one is withdrawn because he's
17  going to walk away from the question.
18          The questions asked require classified answers,
19  Judge, and I think if we're going to have a fulsome
20  conversation, we need to have a classified hearing.
21          Mr. Greenberg was there for the CIPA hearing.  We
22  discussed some of the parameters of questions, and his
23  questions went beyond those parameters.
24          THE COURT:  I'll tell you what.  Why don't you folks
25  talk about this.  I think we know that -- I'll have to go back

1  to my file and look at that as well.

2         If we are going over that line, then obviously we

3  don't want to do that.  If we have to talk about this in a

4  secured forum, we could do it in chambers probably if we need

5  that.

6         So let me know before 1:00 whether you want to do

7  that.  Rather than clearing out the courtroom and everything

8  else, we could do it in chambers.

9         MR. JONAS:  That's fine.  Thank you, Judge.

10         THE COURT:  All right.

11         THE CLERK:  All rise.

12     (Recess from 12:15 p.m. until 1:00 p.m. )

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
        UNITED STATES OF AMERICA,       )
 4                                      )
                      Plaintiff,        )
 5                                      )
               vs.                      ) No. 19 CR 869
 6                                      )
        THOMAS OSADZINSKI,              ) Chicago, Illinois
 7                                      ) October 6, 2021
                      Defendant.        ) 1:07 p.m.
 8

 9          TRANSCRIPT OF PROCEEDINGS - Volume No. 2 PM

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                          and a Jury

12
        APPEARANCES:
13
        For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                                United States Attorney
                                  BY:  MR. BARRY JONAS
15                                     MS. MELODY WELLS
                                  Assistant United States Attorneys
16                                219 South Dearborn Street, Fifth Floor
                                  Chicago, Illinois  60604
17                                (312) 353-5300

18
                                  MS. ALEXANDRA HUGHES
19                                Trial Attorney, Department of Justice
                                  National Security Division
20                                950 Pennsylvania Avenue, NW
                                  Washington, D.C.  20530
21

22

23      Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                  219 South Dearborn Street, Room 1706
24                                Chicago, Illinois 60604
                                  (312) 435-7626
25                                nancy_bistany@ilnd.uscourts.gov
```

1    APPEARANCES:   (Continued)

2

3    For the Defendant:            GREENBERG TRIAL LAWYERS
                                   BY:   MR. STEVEN GREENBERG
                                   53 West Jackson Boulevard, Suite 1260
4                                  Chicago, Illinois  60604
                                   (312) 879-9500
5

6                                  LAW OFFICE OF JOSHUA G. HERMAN
                                   BY:   MR. JOSHUA G. HERMAN
7                                  53 West Jackson Boulevard, Suite 404
                                   Chicago, Illinois  60604
8                                  (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Jury in.  Proceedings heard in open court:)

2               THE COURT:  Good afternoon, everybody.  Thank you,

3     and please be seated.

4               Just to remind you about the schedule, we'll break no

5     later than 4:30 today, and we will start tomorrow at 9:30 --

6     around 9:30 tomorrow, and we'll go to 4:30 -- well, about 4:15

7     tomorrow because we have some business to attend to after we do

8     the trial.

9               So, Mr. Greenberg.

10              MR. GREENBERG:  Thank you, Your Honor.

11          JACK RODGERS, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

12                   CROSS-EXAMINATION (Resumed)

13    BY MR. GREENBERG:

14    **Q.**  Good afternoon now.

15    **A.**  Good afternoon.

16    **Q.**  I just wanted to follow up.  We were talking a little bit

17    about Tommy getting married while this was all going on, right?

18    **A.**  Yes.

19    **Q.**  And he discussed that with you or the CHS, with the OCE 2

20    persona, right?

21    **A.**  Correct.

22    **Q.**  Okay.  And you said that you didn't think because of his

23    beliefs he should be married to anyone; is that a --

24    **A.**  I didn't say that he shouldn't be married to anyone.

25    **Q.**  Okay.  I thought you said something about you didn't think

1   he should be married?

2   **A.**  I believe that as a supporter of terrorism, a marriage like

3   that would be unlikely to work out well.  This was just a

4   comment.

5   **Q.**  Do you know anything about his marriage?

6   **A.**  No.

7   **Q.**  Do you know who he married?

8   **A.**  No.

9   **Q.**  Do you know they live?

10  **A.**  No.

11  **Q.**  Do you know what they are like?

12  **A.**  What they are like?

13  **Q.**  Well, I mean, do you know their -- anything about their

14  family or anything like that?

15  **A.**  Well, that was -- my comment was based on my understanding

16  of what the defendant was like based on his words.  As far as

17  his wife, I do not know.

18  **Q.**  Okay.  He didn't -- you don't have any information that he

19  married anyone that was a member of a terrorist organization?

20  **A.**  I don't have that information.

21  **Q.**  Okay.  And you don't have any information that he married

22  anyone that was a sympathizer with a terrorist organization?

23  **A.**  I do not have that information.

24  **Q.**  And you are the FBI.  You've got pretty good access to

25  information, right?

1   **A.** I work for the FBI, yes.

2   **Q.** Yes.  You're not the FBI itself, right?

3   **A.** Correct.

4   **Q.** And while all of this is going on over time, you, the

5   CHSes, the other OCEs, you're all talking to each other,

6   correct?

7   **A.** Correct.

8   **Q.** And you're talking about a game plan, for lack of a better

9   term?

10  **A.** You could call it that.

11  **Q.** Okay.  What you guys think you need to do, correct?

12  **A.** Yes.  You're characterizing the nature of our

13  communications?  Yes, we're discussing what we think we would

14  need to do.

15  **Q.** At some point the OCE 2, I think when it was still the CHS,

16  is suggesting that we need to work a little harder so we can

17  get something to arrest this guy?

18  **A.** Where are you talking about?  Where --

19  **Q.** In your group chat?

20  **A.** Okay.

21  **Q.** Back in February of 2019, do you recall that?

22  **A.** Can you read the actual statements?  Then I can speak to

23  it.  I'm not sure what you're referring to.

24          MR. JONAS:  Your Honor, I would object to

25  Mr. Greenberg reading the statement.  I think the proper way is

1    to show the witness to refresh his recollection.

2              MR. GREENBERG:  Right.  I knew that.  Thank you.

3              I think that -- and I was incorrect.  This is Ben,

4    not Sam.  Sam is -- is a different person who worked, but his

5    name -- I'm sorry, this is Sam Bevenour.  And I introduced him

6    as Ben, so I was confused.  So this is Sam.  Sam is going to

7    put it on the screen for the witness, Judge.

8              So can we put this just to the witness, Claire?

9    Thank you.  I'd be the world's worst eyewitness with names.

10   BY MR. GREENBERG:

11   Q.  Okay.  If you look down on the page about halfway down,

12   2209?

13   A.  2209?  Okay.

14   Q.  Okay.  See if that refreshes your recollection.

15   A.  Yes.

16   Q.  Okay.  So, in fact, there was a discussion about doing more

17   so we can arrest him maybe, right?

18   A.  This is a statement by the CHS, yes.

19   Q.  Okay.  But that's in the sort of, for lack of a better

20   term, group chat?

21   A.  Yes.

22   Q.  And the group chat is about Tommy?

23   A.  Yes.

24   Q.  And that was in February of 2019, correct?

25   A.  Correct.

1   **Q.** Okay.  And by the way, before we broke I asked you about

2   whether anyone ever referred to Tommy as a boob, correct?

3   **A.** Yes, correct.

4   **Q.** And I think you said you may have.  It was the CHS who did

5   that, right?

6   **A.** The CHS did not refer to the defendant as a boob.

7   **Q.** All right.  Can you take a look at page 11?

8   **A.** Yes.

9   **Q.** At 9:14?

10  **A.** Yes.

11  **Q.** Okay.  Doesn't that word appear there?

12  **A.** That is what the word is, but that's not the context in

13  which it was said.

14  **Q.** What is the context?

15  **A.** Well, as you see, there are a number of participants in

16  this group chat.  There's one participant who, whenever

17  something good happens, will say, "boop."  I don't know why.

18  That's what he says, "boop," b-o-o-p.

19       The CHS as an Arabic speaker, at least in my

20  experience, often a P will be transmuted to a B, because P does

21  not exist in the Arabic alphabet.

22       This is the CHS's attempt to kind of mimic the

23  celebratory "boop" comment that the other participant often

24  uses, but he just says "boob."

25  **Q.** Okay.  So you wouldn't do that, right?

1    **A.** I would not say -- I would not do what?

2    **Q.** Say "boob?

3    **A.** I would not -- I don't know.  I mean, what is --

4    **Q.** Can we see page 14?

5            JUROR SRINIVASAN:  We cannot see anything.

6            THE CLERK:  Do we want it not to be shown to the --

7            MR. GREENBERG:  No.

8            MR. JONAS:  No, we don't.  The juror is questioning

9    about seeing the screen, and maybe Your Honor should instruct

10   them that this is not for their --

11           THE COURT:  Right.  What counsel is doing is

12   refreshing the witness's recollection, and the way they do that

13   is to show the witness anything.  They can show them anything.

14   They could show them a box of Altoids and say, "Does that

15   refresh your recollection?"

16           In this case he's showing him a document to do that,

17   and that's not evidence, so that's why it's not being published

18   to the jury.  It's just used to refresh the witness's

19   recollection.

20   BY MR. GREENBERG:

21   **Q.** Okay.  So if you could look at that towards the top of the

22   page?

23   **A.** Yes.

24   **Q.** You, in fact, use the word -- you say "big, big boob" or

25   "boop," right?

1   **A.** Correct.

2   **Q.** Okay. So you do use the word?

3   **A.** Yes, but not to refer to the defendant.

4   **Q.** You guys are talking about Tommy then, aren't you? You're

5   talking about the interactions with him, right?

6   **A.** The word "boob" is not used to refer to the defendant.

7   **Q.** All right. I'll move on from that.

8          You guys also would discuss in these chats what kind

9   of information to give to Tommy to sort of get him in trouble?

10  **A.** Not to get him in trouble. We were trying to prevent an

11  act of terrorism or support rendered to terrorism. That's the

12  purpose of this game plan.

13  **Q.** All right. But you had no information that this person was

14  going to engage in an act of terrorism?

15  **A.** No, I think we had strong indications based on this -- the

16  defendant's statements that that was a possibility.

17  **Q.** Well, because he had asked someone if they knew how to make

18  a bomb?

19  **A.** Yes. If we're talking about the timeline, the defendant

20  made multiple statements suggestive of his interest in

21  conducting all sorts of operations.

22  **Q.** Okay. Well, I'm now in March of 2019. So some, what, six,

23  seven months before he's arrested, right?

24  **A.** Let's see. I believe so.

25  **Q.** And you guys would talk to him for a day or two, right?

1    **A.**  I'm sorry?

2    **Q.**  There would be chats for a day or two, right?

3    **A.**  There -- sure, there might be.

4    **Q.**  And then there would be gaps where there would be no chats,

5    right?

6    **A.**  There could be gaps in the chats, yes.

7    **Q.**  Okay.  Well, I mean, you've got a timeline, don't you?

8    You're familiar -- someone talked to him in February 7th of

9    2019 and then talked to him again in March 2nd of 2019 and then

10   March 19th and then April 3rd, right?

11   **A.**  Yes.

12   **Q.**  So this wasn't something where it was pressing every day or

13   anything like that, this great threat?

14   **A.**  Well, just the fact that we're not talking to him every day

15   doesn't necessarily mean that it wasn't pressing or that we

16   were not concerned about it.

17   **Q.**  You were not concerned?

18   **A.**  We were concerned.  The fact that the communications were

19   intermittent is not an indication that we were not concerned.

20   **Q.**  Did anyone during these chats ever ask him for his

21   identifying information?

22   **A.**  Not to my knowledge, no.

23   **Q.**  Anyone ever ask for his email?

24   **A.**  I don't recall anyone asking for his email.

25   **Q.**  His address?

1    **A.** I do not recall anyone asking for the defendant's address.

2    **Q.** And, of course, I'm sure you would say that was because

3    that would compromise or he would then know you were on to him?

4    **A.** I don't think we would ask that because that would be a

5    strange thing to ask in the context. That would be a very

6    probing, alarming question.

7    **Q.** Okay. Didn't you wonder what he was doing during these

8    large time gaps --

9    **A.** Yes.

10   **Q.** -- if he was such a danger?

11   **A.** Yes.

12   **Q.** But nothing was done?

13   **A.** Define "nothing was done."

14   **Q.** Well, what did you do during those gaps?

15   **A.** During the gaps in conver -- I mean, depending on why there

16   was a gap in communication, we may have done a number of

17   things.

18   **Q.** Can we go to page 28? You initially began your

19   testimony -- you told us that he had this username "Fried

20   Rice"?

21   **A.** Display name Fried Rice, yes.

22   **Q.** Okay. Is there any significance to that name?

23   **A.** Not that I'm aware of. I don't know.

24   **Q.** Well, based on your understanding, there's no significance

25   other than it's a name, right?

1    **A.** Yes.

2    **Q.** It's not some name that aligns you with someone; it's not

3    like super warrior or anything like that?

4    **A.** No.

5    **Q.** Okay.  There's no great ancient fighter from, you know,

6    Middle Eastern times that was named Fried Rice?

7    **A.** Not to my knowledge, no.

8    **Q.** And he was -- you start out early in your testimony talking

9    about some entity called "Youth of the Caliphate," right?

10   **A.** Yes.

11   **Q.** What is Youth of the Caliphate?

12   **A.** To my understanding, Youth of the Caliphate is an online

13   pro-ISIS supporter magazine.

14   **Q.** Okay.  It is not an official ISIS magazine, right?

15   **A.** It is not.

16   **Q.** It's not illegal to read that magazine, correct?

17   **A.** Correct.

18   **Q.** It's not illegal to write for that magazine, correct?

19   **A.** To my understanding, no.

20   **Q.** No, that's not correct or that is correct?

21   **A.** I don't -- I don't know that that's illegal.

22   **Q.** Okay.  And you made something of pictures of the ISIS

23   banner, correct?  There was an ISIS flag in various things that

24   you said and so forth, right?

25   **A.** Yes, yes.

1    **Q.** Is the ISIS flag an illegal item?

2                MR. JONAS:  Judge, this line of questioning about

3    what's illegal or not illegal is improper for this witness.

4    He's not a lawyer.  He's not a judge.  It's an improper line of

5    questioning.

6                THE COURT:  I think you could rephrase the question.

7                MR. GREENBERG:  Okay.

8    BY MR. GREENBERG:

9    **Q.** Tommy wasn't breaking the law by having an ISIS flag?

10               MR. JONAS:  Judge, same objection.

11               THE COURT:  Maybe we should have a short sidebar on

12   this.  I think we can do it over this if you put your ears on.

13        (Proceedings heard at sidebar on the record:)

14               MR. JONAS:  Can you hear us?

15               THE COURT:  I can hear you.  Can you hear me?

16               MR. GREENBERG:  I can't hear you, Judge.

17        (Discussion off the record.)

18               THE COURT:  Can you hear me?  All right.

19               Mr. Greenberg, the way you're asking the question

20   really calls for a legal conclusion.  So the reason that I've

21   given you some leeway already is because in the direct

22   examination --

23               MR. GREENBERG:  Can you speak more into the

24   microphone?

25               THE COURT:  I am speaking right into the microphone.

1    Let me stop for a second.

2         (Discussion off the record.)

3         THE COURT:  Let me just say something, and then you

4    can continue.

5         MR. GREENBERG:  Okay.

6         THE COURT:  The reason I was giving you some latitude

7    is because in direct examination, you went into why they asked

8    questions, why they didn't ask questions.  And so I think that

9    the defense is allowed to explore why he asked questions and

10   why he didn't ask certain questions.

11        So the way you're putting it is really asking for a

12   legal conclusion, and I think the objection is well founded.

13   But what you're really trying to say is, you know, why did you

14   have the flag?  If you rephrased it, you could probably get to

15   his motivation, because they're pretending to be somebody, and

16   the motivation for doing it is something you explored.  So I

17   think it's only fair that the defense can explore that, too.

18        MR. GREENBERG:  That's not why, Judge, I'm asking the

19   question.

20        I'm asking the questions not to find out what the

21   agent's motivation was, but this, again, goes back to what

22   we've already talked about a little bit.  They have given this

23   impression that he's doing things that he shouldn't be doing,

24   and he sent the flag.  He did the bayat.  He did all that.  And

25   none of that is illegal.

1        I'm not asking for a legal conclusion on the ultimate

2   issue in the case, which I think would be totally improper.

3   I'm asking the FBI agent if in his interactions he perceived

4   that response or that action from the defendant to be illegal.

5   And it's not.

6        And I think I'm entitled to ask that because they've

7   brought out all of this conduct that they're suggesting was not

8   proper.  That was the purpose, to go to his intent.  So I'm

9   allowed to rebut that by showing that it was perfectly lawful

10  conduct.

11       And if I'm not allowed to do that, then the jury is

12  left with the impression that they were waiting -- he was doing

13  all of these bad things.  He was doing these illegal things.

14  He was having this illegal conduct -- contact with people out

15  in the hinterlands; and, you know, they were just waiting for

16  something bigger, so to speak.  So I should be allowed to do

17  that.

18            MR. JONAS:  May I respond, Judge?  I'll take this

19  off.

20       I agree with the Judge that it's -- you're asking him

21  it's not illegal, and that is an improper way -- I have -- I'm

22  a little reluctant.  I have a suggestion as to how to get to

23  what you want, and that's a -- when the defendant did X, you

24  didn't go out and arrest him, did you?

25            I think that's a factual question that gives the jury

1      the impression that you're trying to create without asking

2      about the legality of the action.

3              MR. GREENBERG:  But it's not illegal.  It's a fact

4      that he knows.  He's an FBI agent, and he knows --

5              MR. JONAS:  It's contextual.  So some of the things

6      that he was doing could arguably be a basis for arresting him.

7      And whether the FBI and the U.S. Government prosecute him for

8      those things is our discretion.

9              So it's improper for this witness to opine on whether

10     something is illegal or not.

11             MR. GREENBERG:  Well, and what I'm trying to avoid,

12     eventually, in these chats, Judge -- I don't know that it's

13     admissible; Josh thinks it is; Mr. Herman thinks it is -- is a

14     discussion in the fall of 2019 between the various OCEs about

15     getting creative and finding a way to charge this guy, and so

16     on and so forth.  It's in the chat.

17             I don't think that that -- Josh wanted me to get into

18     it, and I don't think I can get into it because I think that

19     that's -- that's just an area that gets -- that gets into the

20     opinion on the ultimate facts, a legal question in the case.

21             THE COURT:  Well, it's like in a drug or gun case,

22     "Why did you pull the car over?"  Because the license tag was

23     expired.  All right?

24             If we can sort of convert that into this case, that

25     would be the way to ask the question.  Why did you ask that

1   question?  Why did you put the flag -- what was your conclusion

2   when you saw the flag?  That sort of thing, without asking him

3   to give a legal opinion.  I think there's a lot of ways you can

4   do it without crossing that line.

5           MR. GREENBERG:  Okay.  I'll try.

6           MR. JONAS:  And I thought that's what I was trying to

7   do.

8           THE COURT:  Well, you suggested one way he could do

9   it, and I think there's different ways he can do it.

10          MR. GREENBERG:  And they're not going to argue that

11  it was illegal later on?

12          THE COURT:  No, they're not.  But, you see, if you

13  were to get into the agent now the way you were starting to do,

14  on redirect, I mean, they could unload.

15          MR. JONAS:  Yeah.

16          MR. GREENBERG:  Except it's not illegal, so I don't

17  know why they --

18          THE COURT:  Well, I mean, you don't know what he's

19  going to say.  He could say, "Yeah, I could have arrested him."

20          MR. GREENBERG:  Well, that's the point.

21          THE COURT:  We want -- yes.  So it may not get you

22  where you want to go, but his motivation for doing it, his

23  motivation for putting a particular chat up, responding to a

24  chat, initiating a chat, I think that's fair game now.

25          MR. JONAS:  I don't disagree.

 1            THE COURT:  You just have to figure out a way to do

 2    that.  I think we've given you --

 3            MR. GREENBERG:  Okay.

 4            THE COURT:  We've done enough trial ad today.

 5        (End of sidebar proceedings.)

 6            MR. GREENBERG:  May I continue, Judge?

 7            THE COURT:  Mr. Greenberg, tell us when you want the

 8    exhibit off?

 9            MR. GREENBERG:  I will.

10            THE COURT:  And the witness is --

11            MR. GREENBERG:  I will.  Thank you.

12    BY MR. GREENBERG:

13    Q.  We were talking about the flag, correct?

14    A.  Yes, sir.

15    Q.  Okay.  When Tommy sent the flag, no one took any action

16    against him, right, when he sent the flag in the chat?

17    A.  No one took -- I can't speak to who took what action.  I

18    did not --

19    Q.  Okay.

20    A.  -- when he sent the flag.

21    Q.  You were the handler for the original CHS, correct?

22    A.  Correct.

23    Q.  And you were the individual who, I think based on the

24    volume of materials here, had the most interaction with Tommy,

25    correct?

1  **A.** That's correct, yes, I would say so.

2  **Q.** Okay.  Were you also the handler for the actual CHS that

3  they used?

4  **A.** The actual CHS?

5  **Q.** Yes, the actual live person who went and --

6  **A.** No.

7  **Q.** -- pretended they were somebody?  No?

8  **A.** No, I was not.

9  **Q.** Okay.  Were you what they like to call one of the case

10  agents?

11  **A.** No.

12  **Q.** Are you familiar with the investigation?

13  **A.** Yes.

14  **Q.** Did you read all the reports?

15  **A.** No, I did not read all the reports.

16  **Q.** Okay.  Did you read enough reports to be familiar with the

17  investigation?

18  **A.** I would say I'm familiar with the investigation, yes.

19  **Q.** All right.  So you know that when Tommy was sending the

20  images of the flag, no one went out and arrested him?

21  **A.** I do not know that.

22  **Q.** You do not know that?  Is that what you said?

23  **A.** Can you repeat what you said?  I think I misunderstood.

24  **Q.** Sure.  When Tommy was sending you images of the flag, the

25  ISIS flag, nobody went out and arrested him?

1   **A.**  Correct.

2   **Q.**  Okay.  When he sent you this bayat, whether it was complete

3   or incomplete, right or wrong, nobody went out and arrested

4   him, right?

5   **A.**  Correct.

6   **Q.**  When he sent you that nashid that sounds like a children's

7   tune, nobody went out and arrested him, correct?

8   **A.**  Nobody went out to arrest him, correct.

9   **Q.**  And there was no reason to at that point, right?

10  **A.**  He was not arrested at that point, correct.

11  **Q.**  Can we look at page 28, please?  And this the jurors can

12  look at, Judge.  This is in evidence.

13          If you -- I just want to go over a few of the chats

14  that you told us about earlier and maybe a few that you didn't.

15  Okay?

16  **A.**  Okay.

17  **Q.**  Hopefully I won't do all of them.

18          At the bottom of that page --

19          MR. JONAS:  Judge, on the screen the page number is

20  cut off.  If we can just know what page number you're referring

21  to.

22          MR. GREENBERG:  Oh, I'm sorry.  It's page 28 -- I

23  think it's page 20 in your binders -- in the exhibit binder.

24          MR. JONAS:  Are you going by the Bates number?

25          THE COURT:  It says 28.

1          MR. GREENBERG:  Which number is -- 28.  Okay.

2          MR. JONAS:  Thank you.

3          MR. GREENBERG:  But you should look at page 20.

4   BY MR. GREENBERG:

5   Q.  At the bottom of that page, you actually say, "We should

6   continue" -- or you were OCE 2, and forgive me if I'm --

7   A.  That's okay.

8   Q.  -- using them interchangeably.  Okay?

9   A.  Understood.

10  Q.  "We should continue our jihad until the Islamic State will

11  rise and shine."  And he says -- is that "Amin"?

12  A.  Yes.

13  Q.  Is that like Amen?

14  A.  Yes.

15  Q.  Okay.  So you said, we should continue it until they rise

16  and shine, and he said basically I agree, right?

17  A.  Yes.

18  Q.  Okay.  He didn't say, we should do it and run out there and

19  help them and go enlist, and I want to go to the Middle East

20  and fight for them or anything like that, right?

21  A.  Not in these two lines, no.

22  Q.  Okay.  He said, at best one day I hope to be able to do

23  something?  That's about as close as he got to that in all your

24  chats, isn't it?

25  A.  I would disagree with that.

1    **Q.**  I'm sure.

2         MR. JONAS:  Objection to that last comment by

3    Mr. Greenberg.

4         THE COURT:  Strike the last comment.

5    BY MR. GREENBERG:

6    **Q.**  Okay.  He said he was trying to learn how to speak Arabic,

7    right?

8    **A.**  Correct.

9    **Q.**  Told you he had taken a class at school in speaking Arabic,

10   right?

11   **A.**  Correct.

12   **Q.**  Sent you -- page 36 -- sent you a book that actually -- it

13   looks like he -- 36.  He sent you a picture of a book, right?

14   **A.**  Yes.

15   **Q.**  All right.  And do you know who publishes this book?

16   **A.**  I don't.

17   **Q.**  Did you look into who published it?

18   **A.**  No.

19   **Q.**  Did you determine where the book was purchased?

20   **A.**  No.

21   **Q.**  Do you know if you can get it on Amazon?

22   **A.**  I don't.

23   **Q.**  So it says, "English for the Islamic State."  That's not

24   referring to ISIS, correct?

25   **A.**  Is it not referring to ISIS?  Are you asking me?

1   **Q.**  Right.  Do you know what it's referring to?  Maybe that's a

2   better question.

3   **A.**  "English for the Islamic State," Islamic State is

4   suggestive of ISIS and as is the kid with the Kalashnikov on

5   the cover.

6   **Q.**  I'm sorry, what?

7   **A.**  The cover in the picture here, there's a child with --

8   **Q.**  A gun?

9   **A.**  -- a gun, yes, a rifle on his back.

10  **Q.**  Right.

11  **A.**  That, and Islamic State, suggested Islamic State, I did not

12  look into it any further.

13  **Q.**  Okay.  So you -- so he sent you this book, and you didn't

14  try and find out whether he was communicating with this

15  terrorist organization to get literature?

16  **A.**  We were trying to ascertain whether or not he was

17  communicating with a terrorist organization the whole time.

18  **Q.**  Okay.  But you got this item, and you didn't -- you know,

19  it's physical evidence, right?

20  **A.**  It's -- yes, looking at it, it's evidence.

21  **Q.**  Okay.  And you didn't try and figure that out, right?

22  **A.**  This is not one of the things that we drilled down on, no.

23  **Q.**  In fact, you guys sent him back another book on Arabic,

24  didn't you?

25  **A.**  I do not recall, but if you --

 1   **Q.**  Page 38, please.  You see this, "Gateway to Arabic"?

 2   **A.**  Yes.

 3   **Q.**  So, in fact, it was forwarded to him, right?

 4   **A.**  Yes.

 5   **Q.**  You were helping him to learn Arabic?

 6   **A.**  Yes, in this case.

 7   **Q.**  And, again, circling back to Youth of Caliphate, which I

 8   think you said is it's not -- it's not a terrorist organization

 9   or -- right?

10   **A.**  It's an ISIS supporter media magazine.

11   **Q.**  Right, but it -- but you can write articles for it, right?

12   **A.**  Did I write articles for it?

13   **Q.**  No, no.  A person can do that?

14   **A.**  A person can do that.

15   **Q.**  Okay.  And can we go to page 69, please?

16          And, in fact, at one point during a chat -- and these

17   chats are all from February 7th of 2019 -- you or OCE 2

18   suggests that Tommy do that, right?

19   **A.**  The chat in front of me was not from February 7th, 2019.

20   **Q.**  Okay.  Do you know when it's from?

21   **A.**  I don't recall the exact date just from looking at this one

22   slide, but it's not from February 7th.

23   **Q.**  It's early on, isn't it?

24   **A.**  If you'd like for me to estimate, I can --

25   **Q.**  Could it be from March 2nd?

1    **A.**  It could be, yes.

2    **Q.**  Okay.  I'm sorry.  There's a range in the first tab.  My

3    mistake.

4              So anyway, someone, you or the OCE, suggested that he

5    write an article, right?

6    **A.**  Yes.

7    **Q.**  Suggesting that he write an article for this magazine, that

8    doesn't help you to figure out if he's a terrorist?

9    **A.**  His response to that was something that we thought might

10   give us greater insight into the nature of his connections, the

11   nature of the people that he was communicating with --

12   **Q.**  In fact, his response to that was he told you about how the

13   Selective Service had come to visit him?

14   **A.**  His response to what?

15   **Q.**  To that, to that suggestion?

16   **A.**  Oh, yes.  He confirmed that he was Brush.  In the most

17   recent copy I made an article about salibiun military

18   recruiters, yes.

19   **Q.**  Right.  And then he went on telling you how the Selective

20   Service had come, right?

21   **A.**  Yes.

22   **Q.**  And sent you copies of what they had sent him?

23   **A.**  Correct.  That's what it appeared to be.

24   **Q.**  Let's talk about guns.  Okay?

25   **A.**  Okay.

1    **Q.** This person that you were fearful was dangerous, he sent

2    you a picture of an Airsoft gun, didn't he?

3    **A.** Yes, sir, as I recall, yes.

4    **Q.** And an Airsoft gun is not a real gun that fires bullets?

5    **A.** To my understanding, it's not a real gun.

6    **Q.** Right.

7    **A.** Not a firearm.

8    **Q.** And, in fact, he told you that he was one of the best

9    soldiers in the field with the toy guns, right?

10   **A.** He did make that statement.

11   **Q.** And he sent you a video of him, I believe, playing paint

12   ball?

13   **A.** I understood that to be a video of the defendant playing

14   Airsoft.

15   **Q.** Airsoft.  Okay.

16   **A.** I'm not sure.

17   **Q.** So playing army, that's what he sent, right?

18   **A.** It is the defendant playing Airsoft, yes.

19   **Q.** At no time during all of your interactions with him did he

20   ever send you a picture of himself with a real gun?

21   **A.** Not to my recollection, no.

22   **Q.** Right.  In fact, he told you that he was too young to have

23   a gun, right?

24   **A.** That sounds familiar, yes.

25   **Q.** And at one point he told you -- he sent you pictures of

1    when he was trying to fix his gun, and you thought, because you

2    saw wires, that it might be a bomb, right?

3    **A.** Yeah, we're not sure what it was at first.

4    **Q.** Right.  And so he -- he's like, "No, no, this isn't a bomb.

5    I'm just fixing my Airsoft gun"?

6    **A.** He said, "I'm fixing my gun," yes.

7    **Q.** Right, right.  And it was an Airsoft gun, right?

8    **A.** It turned out to be later, yes.

9    **Q.** Yeah.  Because you could tell that from what he sent you,

10   right?

11   **A.** Tell that from what he sent me?

12   **Q.** Yes.

13   **A.** The -- from the video?

14   **Q.** Yeah.

15   **A.** At first glance the video just appeared to be -- it was

16   unclear to us at first what the video was of.

17   **Q.** Okay.  He wasn't trying to make you think he was building a

18   bomb?

19   **A.** From those particular interactions, no, I don't think so.

20   **Q.** All right.  And at one point this dangerous guy sends you

21   pictures or a video from the bathroom.  I think we watched it,

22   correct?

23   **A.** A video from the bathroom, yes.

24   **Q.** The bathroom at college, right?

25   **A.** It was a video in a bathroom.

1  Q.  And he says, there's a button next to each toilet, right?

2  A.  Yes.

3  Q.  And a button next to the sink?  Security buttons, right?

4  A.  Yes.

5  Q.  And he said, they're all there because they're afraid if

6  there's an attack at school?  If there --

7  A.  That's not exactly what he said.

8  Q.  What did he say?

9  A.  If you'd like to pull up the chat, I'm happy to --

10 Q.  Sure.  It's 85 in my book, Sam Ben.

11          He said because he was -- because they are scared

12 a -- I can't -- mujahid --

13 A.  Yes.

14 Q.  -- would do something, right?

15 A.  Yes.

16 Q.  What's mujahid?

17 A.  A jihadist fighter.

18 Q.  His what?

19 A.  A jihadist fighter, is my understanding.

20 Q.  So -- so he's telling you they put these buttons in the

21 bathroom because they're afraid someone is going to come and

22 attack, right?

23 A.  A mujahid, yes.

24 Q.  All right.  He didn't say that he was going to do it?

25 A.  No, not in these communications, he did not.

1    **Q.** He didn't say he was going to help someone do it?

2    **A.** Well, by advising of these buttons and advising OCE 2 to

3    tell any mujahid that OCE 2 knew that if they thought they were

4    losing to tell them about these buttons, that felt like

5    support.

6    **Q.** If they felt like they were losing, to tell them that there

7    were buttons next to the toilet, that's supporting them?

8    **A.** That seems to be a tip, something helpful to tell any

9    mujahid that believes he's losing.

10   **Q.** But he said they were everywhere.  He said they were on the

11   streets, in the building, on the walls, and everywhere, right?

12   **A.** He said that, yes.

13   **Q.** So -- so you took that as he was trying to offer help by

14   saying that there were alarms everywhere in America?

15   **A.** Yes.  So if you like, I can give context as to what I

16   believe this all meant.

17   **Q.** Sure.  I'm sure you'll get asked anyway.

18   **A.** Okay.  So the statement "If a mujahid is losing, tell them

19   about these buttons," in the context of what else was

20   communicated, it struck us -- and this is conjecturing -- it

21   struck me that what this meant was that if there is no other

22   recourse, if there's nothing left to lose, if there's nothing

23   left to be done, hit one of these buttons.  The cops will come,

24   and you go out in a blaze of glory.

25            That's what it seemed to be suggestive of to me.

1  **Q.** But he never talks about the cops, right?

2  **A.** He says with the -- you press the button, and police come.

3  **Q.** Okay. But he never says to do anything to the cops?

4  **A.** He does not say to do anything to the cops.

5  **Q.** He doesn't say anything about committing any violent act,

6  right?

7  **A.** In these comms -- in this set of communications, no.

8  **Q.** You took it that way because you were looking for

9  something?

10  **A.** I took it that way based on the context of previous

11  communications and the general understanding that we had

12  gathered from the things that the defendant had stated.

13  **Q.** So did you try and find out where the buttons were that he

14  had sent in the video?

15  **A.** I can't speak to that personally.

16  **Q.** Were --

17  **A.** I myself did not.

18  **Q.** Okay. Were these -- these were conversations that OCE 2,

19  not you, was having, right?

20  **A.** Correct.

21  **Q.** Okay. So the conversations he was having were being

22  reported to you as his handler, right?

23  **A.** Correct.

24  **Q.** So if that information was going to be shared with someone,

25  it would have been up to you to share it with them, correct?

1      **A.** Correct.

2      **Q.** And if action was going to be taken, based upon those

3      conversations, it would have been up to you to at least

4      initiate that process, right?

5      **A.** It would be up to me to take this information, document it,

6      make sure it was available to those who would be able to act on

7      it, yes.

8      **Q.** Right. To forward it, right?

9      **A.** Yes.

10     **Q.** All right. So when you say that you don't know if anything

11     was done, you know nothing was done because you never did

12     anything with the information?

13     **A.** I did do something with the information, though.

14     **Q.** You shared it with other people?

15     **A.** I did.

16     **Q.** But not then?

17     **A.** I documented this information in systems that would be

18     accessible by the rest of the FBI.

19     **Q.** Okay. You didn't highlight it?

20     **A.** I don't recall.

21     **Q.** You didn't flag it for anyone?

22     **A.** Flag it as in how?

23     **Q.** Like, hey, here's a matter of concern?

24     **A.** I don't recall.

25     **Q.** At some point the FBI had a CHS, a confidential human

1    source, actually meet up with Tommy, right?

2    **A.**  Correct.

3    **Q.**  And that person assumed a fake persona, right?

4    **A.**  To my understanding, yes.

5    **Q.**  They initially said they had work for him to do and

6    actually paid Tommy to do some computer work?

7    **A.**  I don't know that I can speak to that personally.  My

8    familiarity with the case, that sounds correct.

9    **Q.**  And, in fact, you talked to Tommy about that computer work,

10   right?

11   **A.**  OCE 2 did have communication with the defendant about

12   computer work, yes.

13   **Q.**  I'm sorry.  OCE 2.  Yes.

14          And Tommy said he was going to college, and not

15   surprisingly, he was a struggling college student, right?

16   **A.**  I don't recall struggling college student.

17   **Q.**  Well, do you recall him saying, "I don't have much food to

18   eat.  It's hard without money," to OCE 2?

19   **A.**  I don't recall that.

20   **Q.**  Let me see if this refreshes your recollection, 167.

21          Why don't you take a look at that and see if it

22   refreshes your recollection.

23   **A.**  It does.

24   **Q.**  So, in fact, he said that he didn't have much food to eat,

25   and it was hard without money, right?

1    **A.** He did.

2    **Q.** And that was in the context when he was talking about the

3    person that he didn't know was assisting the FBI that had paid

4    him to do some computer work, right?

5    **A.** I believe so.

6    **Q.** So the FBI sent someone in to initially employ Tommy,

7    right?

8    **A.** I believe so, based on my familiarity with the case, yes.

9    **Q.** Okay.  And then that person actually became his friend,

10   didn't they?

11   **A.** They became -- they communicated.  That's all I know.

12   **Q.** Well, they would play video games together; they would go

13   to the mosque together; they would go to eat together, right?

14   **A.** That sounds familiar, based on my familiarity with the

15   case, yes.  I don't know those details.  I can't confirm them

16   based on my own personal knowledge, though.

17   **Q.** Page 176.  And this -- can the jurors see this?

18            THE CLERK:  They're seeing everything.

19            MR. GREENBERG:  Oh, okay.  I'm sorry.

20            THE CLERK:  Unless you tell me --

21            MR. GREENBERG:  I'm sorry.  The last was to refresh,

22   but that's fine.

23   BY MR. GREENBERG:

24   **Q.** Do you see that page in front of you?

25   **A.** I do.

 1   **Q.** Okay. That's where the OCE 2 is saying that he's working
 2   on things to support the Islamic State, right?
 3   **A.** Yes. He states: I am trying to work on new things for
 4   supporting the Islamic State.
 5   **Q.** And Tommy responds that he's going to write an article,
 6   right?
 7   **A.** Tommy responds: "Me too. Me and the brothers will do
 8   something."
 9   **Q.** Right. I'm going to write on the English website, right?
10   **A.** Oh, "I will write about the English website where the
11   attacker posted in."
12   **Q.** Okay. He's going to write. So did he write?
13   **A.** Did he -- I'm not familiar. Well, I'm familiar. I can't
14   remember looking at this what exact website he's talking about
15   at the moment.
16           If we look through other comms, I might be able to
17   refresh my memory. I don't know just from looking at this
18   statement what this is a reference to.
19   **Q.** You talked about Reddit earlier?
20   **A.** Yes.
21   **Q.** Okay. What is Reddit?
22   **A.** Reddit, to my understanding, is a -- it's similar to a
23   forum. It has sub-Reddits which are organized around topics of
24   interest where people participate, post comments, links to
25   other media, and interact.

1    **Q.**  Reddit is a social media site, right?

2    **A.**  I think that's fair to say, yes.

3    **Q.**  Okay.  And it's a social media site where things are

4    ordered into dis -- or are organized into discussions of

5    various topics, correct?

6    **A.**  Correct, I believe so.

7    **Q.**  Okay.  And someone will -- and then people comment about

8    it, and they interact about it, and they post stuff about the

9    topic, right?

10   **A.**  Yes.

11   **Q.**  So it's -- let me see if I can draw an analogy.

12           It's like -- sort of like Facebook groups but very

13   topic specific instead of group specific?

14           That's all right.  Facebook is a bad subject these

15   days.

16           So Tommy was saying repeatedly that he wanted to post

17   videos on Reddit, correct?

18   **A.**  Correct.

19   **Q.**  Have you ever been on Reddit?

20   **A.**  Wait.  I don't recall actually the defendant stating that

21   he wanted -- stating repeatedly that he wanted to post videos

22   on Reddit.

23   **Q.**  Well, he said he wanted to post videos on Reddit, right?

24   **A.**  He said he once posted an ISIS video on Reddit, but it got

25   taken down.  I recall that.

1              As far as "I want to post videos on Reddit," I don't

2    at the moment recall the defendant stating that.

3    **Q.**  Okay.  We'll get back to that in a minute, but -- well,

4    let's look at page 204.  What's "Dawla material" mean?

5    **A.**  "Dawla material"?

6    **Q.**  I'm sorry?

7    **A.**  "Dawla" is ISIS.

8    **Q.**  Okay.

9    **A.**  And material is material.

10   **Q.**  So he's saying he's trying to find people who want ISIS

11   material, right?

12   **A.**  Apparently so, yes.

13   **Q.**  And we've talked about sharing material.  You can do,

14   right?

15   **A.**  Yes, you can share material.

16   **Q.**  And where does he say that he's trying to find people who

17   want the material?

18   **A.**  As in where are these people who --

19   **Q.**  Yes.

20   **A.**  It looks like, based on the previous posting of a

21   screenshot of Reddit, Reddit.

22   **Q.**  In fact, it says right after that "Reddit," right?  Where

23   is this Reddit?

24   **A.**  Yes.

25   **Q.**  Okay.  And then he goes on on the next page to describe it

1    as the biggest American website?

2    **A.** Okay.

3    **Q.** Right?

4    **A.** Yes.

5    **Q.** And you're aware that there are Reddits and sub-Reddits

6    that are ISIS related -- well, let me rephrase that -- that are

7    people who -- from people who support ISIS, correct?

8    **A.** No, I'm not aware of that necessarily.  You mean are the

9    sub-Reddits organized specifically around support for ISIS, or

10   are they organized -- could you clarify?

11   **Q.** Sure.  If you go to Reddit, it's got a search bar, doesn't

12   it?

13   **A.** Yes.

14   **Q.** And you could type in the search bar "ISIS," right?

15   **A.** You can, yes.

16   **Q.** And different sub-Reddit groups will come up when you type

17   that in, right?

18   **A.** I'm sure they will.

19   **Q.** And some of those subgroups are people who are sympathetic

20   to ISIS, and some of those subgroups are people who are not?

21   **A.** I can't confirm that from my own experience, no.

22   **Q.** Have you -- have you looked?

23   **A.** I have looked at Reddit before, yes.

24   **Q.** Okay.  But have you looked for that?

25   **A.** No, no, I don't go on Reddit just searching for --

1    **Q.** So when Tommy said he was interacting with people on

2    Reddit, you didn't look to see what he was maybe talking about?

3    **A.** Well, we did, yes.  We were -- that's the purpose of all of

4    these communications, is to figure out what he was talking

5    about --

6    **Q.** But --

7    **A.** -- and with whom.

8    **Q.** Okay.  So did you ask him what he's talking about at that

9    point in this communication?

10   **A.** So he stated he -- there were a lot of people on Reddit

11   that wanted Dawla material.

12              I don't know where there was going to be a moment

13   where we should ask him what he was -- it seemed self-stated

14   what he was talking about, at least at that point.

15   **Q.** Well, didn't you or OCE 2 say in your own little group

16   chat, your FBI group chat, that this guy just talks and talks

17   and talks?

18   **A.** I don't remember.

19   **Q.** Didn't you find him to be pretty chatty?

20   **A.** There's a lot of communications here, so yes.

21   **Q.** Right.  So there was nothing that prevented you from asking

22   these questions except you just didn't ask them?

23   **A.** Incorrect.

24   **Q.** You could have asked him where on Reddit, couldn't you?

25   **A.** We could have asked a lot of things, yes.

1   **Q.**  Okay.  And, in fact, he had sent you something that you

2   said appeared to be from Reddit originally, right, at the

3   beginning of that, the black square box?

4   **A.**  The screenshot, yes.

5   **Q.**  Yeah.  So you could have gone to -- just looked based on

6   the screenshot what he was looking at, right?

7   **A.**  We did.  And I do actually recall doing a little bit of

8   searching trying to find where that was, yes.

9   **Q.**  Okay.  And were you able to?

10  **A.**  I don't recall.  I don't -- I don't think so.

11  **Q.**  I want to ask you about this conversation on 230.

12          This is your OCE 2 saying, "I need you to help me

13  make a bomb," right?

14  **A.**  Yes.

15  **Q.**  Or translate instructions on how to make a bomb?

16  **A.**  Yes.

17  **Q.**  Correct?

18  **A.**  Correct.

19  **Q.**  Okay.  And eventually Tommy responds he'd been at school,

20  and that's why he hadn't responded right away, and I'm not good

21  at Arabic, right?

22  **A.**  Right.

23  **Q.**  And then he says that he'll -- he might know someone who

24  can help, right?

25  **A.**  Yes.

1   **Q.** And that someone was the FBI CHS, wasn't it?

2   **A.** Incorrect.

3   **Q.** Okay.

4   **A.** To my understanding -- no, incorrect.

5   **Q.** Okay.  Who was it?

6          MR. JONAS:  Objection, Your Honor.

7          MR. GREENBERG:  Well, let me -- I'll go through it,

8   Judge.  I'll rephrase it.  Okay?

9   BY MR. GREENBERG:

10  **Q.** He referenced someone "no name" who he said was busy,

11  right?

12  **A.** As I recall, yes.

13  **Q.** Can you go to the next page?

14  **A.** Yeah.

15  **Q.** And then there was a brother; he said he would ask him if

16  he would help out, right?

17  **A.** Yes.

18  **Q.** Okay.  Did he ever do that or did he ever translate it?

19  **A.** Did the defendant ever translate it?

20  **Q.** Yeah, yeah.

21  **A.** No, not to my recollection.

22  **Q.** 362.  We talked a little bit earlier about the pictures of

23  the Trump Tower, correct?

24  **A.** Correct.

25  **Q.** Before lunch?

1  **A.** Correct.

2  **Q.** 362, yeah.  Thank you.

3           MR. GREENBERG:  362, Barry.

4  BY MR. GREENBERG:

5  **Q.** And -- and immediately after that you got a screenshot that

6  he told you was from people on Reddit reaching out and wanting

7  stuff, right?

8  **A.** I don't recall the exact context of the chat, but I see the

9  screenshot, so go with it.

10 **Q.** Okay.  And on Reddit you can look up people, can't you?

11 **A.** On Reddit you can look for people, yes.  You can look up --

12 you can do searches for usernames.

13 **Q.** All right.  So you've got a list of names there, right?

14 **A.** Yes.

15 **Q.** Did you look these people up?

16 **A.** I don't -- I don't recall.  I don't know that I looked up

17 these usernames in particular.

18 **Q.** And this was all going on in March of 2019, right?  We're

19 still in March at this point?

20 **A.** I believe so, thereabouts.

21 **Q.** Then there was some more discussions, a little back and

22 forth in April and May, correct?

23 **A.** Yes, discussions through April and May.

24 **Q.** And then on April 11th the discussions end for quite a

25 while, don't they?

1  **A.** I don't remember how long they ended for.

2  **Q.** Well, do you remember your last -- by then you were the OCE

3  or you were doing the discussions, right?

4  **A.** On April 10th and 11th, yes.

5  **Q.** And you don't recall that they -- there were no discussions

6  from April all the way until August?

7  **A.** That's incorrect.

8  **Q.** Okay. You had chats with him after that?

9  **A.** Yes.

10  **Q.** Anything of any substance?

11  **A.** Was there anything of any substance in the chats that OCE 2

12  had with the defendant after April 11th?

13  **Q.** Yeah.

14  **A.** Yes.

15  **Q.** What?

16  **A.** Well, ideations of -- so now, like, this is a very general

17  question.

18  **Q.** Do you want me to be more specific?

19  **A.** If you wouldn't mind.

20  **Q.** After April 11th the discussions were about Tommy's school

21  work, right?

22  **A.** I recall that being part of the discussions, yes.

23  **Q.** How you calculate binary numbers in algebra, right?

24  **A.** Yes, that sounds familiar.

25  **Q.** Wishing him good luck on his final exams?

1    **A.** Yes, sounds familiar.

2    **Q.** Okay.  Ask him how his marriage was going?

3    **A.** Sounds familiar.

4    **Q.** And then in -- there was no discussion of really -- well,

5    strike that.  I'll just move on.  Thank you.

6              And then in August the discussions pick up again,

7    don't they?  That's when he sends these files, the picture we

8    saw of all the file folders?

9    **A.** Yes.

10   **Q.** Do you recall that?

11             Okay.  So this is from August 4th of 2019, and

12   someone reaches out to Tommy, right?

13   **A.** Yes, it appears so.

14   **Q.** And says, "How is your Linux project going?"

15             You told us about that Linux project, I think, on

16   direct?

17   **A.** Yes.

18   **Q.** And he says, "I couldn't do it.  It was too difficult,"

19   right?

20   **A.** Correct.

21   **Q.** But he says, "I forgot to show you," and he sends all these

22   file folders.  And these are -- what's in all these file

23   folders, all these yellow folders at the bottom?

24   **A.** Based on the statements, it appears that there are

25   publications from all of the provinces of ISIS.

1   **Q.** Okay.  Could you access those files?

2   **A.** These files, no.

3   **Q.** So you couldn't click on them and see what was in them?

4   **A.** No, this was just a screenshot.

5   **Q.** Did you ask him to send you the actual files to see what

6   was in them?

7   **A.** Well, my understanding, based on the communications, was

8   that the actual files were in the -- the Telegram channels and

9   that he had downloaded this archive from those Telegram

10  channels.  So being in the channels, I saw them present.

11  **Q.** You saw the folders?

12  **A.** I didn't see the folders, no.

13  **Q.** You saw the files?

14  **A.** Correct.

15  **Q.** Did you ask where he got the information in the files from?

16  **A.** He told me he downloaded it from the -- one of the

17  channels.  That was my understanding.

18  **Q.** From a different Telegram channel?

19  **A.** No.  My understanding was that once he executed his script,

20  it ported -- it organized and then ported over from an original

21  channel content into a new channel, which he then downloaded

22  into an offline archive.  That was my understanding.

23  **Q.** Okay.  Whose original channel?

24  **A.** So the first channel that the defendant referred to as the

25  original channel was titled "Isdarat 1."  And that was --

1    according to what the defendant stated, my understanding was

2    that was created by some other brothers.

3    **Q.**  Okay.  So that's on this -- is it Telegraph?

4    **A.**  Telegram.

5    **Q.**  Telegram.  That's on Telegram, right?

6    **A.**  Correct.

7    **Q.**  So did you go and look at that channel and see if it

8    existed?

9    **A.**  Yes.

10   **Q.**  And did it exist?

11   **A.**  Yes.

12   **Q.**  Okay.  And did you see what the content was?

13   **A.**  Yes.

14   **Q.**  And did you compare the content?

15   **A.**  Compare the content to what?

16   **Q.**  To what he supposedly had on his channels?

17   **A.**  Yes.  When I looked at the content on his channel, in that

18   particular communication what appeared were the same videos but

19   parsed out to where you only had HD versions of them.

20   **Q.**  Okay.  So he had HD versions of videos that he got that's

21   from something that someone else was maintaining, some other

22   individual, right?

23   **A.**  I don't know what the origin of that first channel was, but

24   from what the defendant stated, it was created by someone else.

25   **Q.**  So for all you know, that first channel is all perfectly

1    permissible videos, right, all properly constructed?

2    **A.**  What does that mean, "properly constructed"?

3    **Q.**  Well, perfectly permissible videos?

4    **A.**  He said they were disorganized.

5    **Q.**  Okay.

6    **A.**  Permissible to whom for what, I don't -- you mean legal

7    or --

8    **Q.**  Yeah.

9              MR. JONAS:  Objection, Judge.

10             THE COURT:  He asked a question.

11             MR. GREENBERG:  He asked a question.

12   BY THE WITNESS:

13   **A.**  I don't know that I'm qualified to comment on the legality

14   of those videos.  They're there.  They're accessible.  If we're

15   talking about the ability to watch them, view them, one can.

16   BY MR. GREENBERG:

17   **Q.**  Did you ever investigate that person?

18   **A.**  What person?

19   **Q.**  Whoever maintains this other channel.

20   **A.**  We don't know who that person is.

21   **Q.**  Did you ever try and figure it out?

22   **A.**  Yes.

23   **Q.**  And you couldn't figure it out?

24   **A.**  No.

25   **Q.**  Did you have the channel taken down?

1    **A.**  I don't recall.

2    **Q.**  Did you run this script that Tommy wrote?

3    **A.**  I did not personally run the script.

4    **Q.**  Do you know that a lot of it came from stuff that was just

5    free on the internet, freeware as they call it?

6    **A.**  I was aware that a portion of it came from elsewhere.

7    **Q.**  And you were telling us earlier about some software called

8    BleachIt -- BleachBit?

9    **A.**  The defendant told OCE 2 about that software, yes.

10   **Q.**  Right, to use BleachBit, right?

11   **A.**  Yes.

12   **Q.**  Okay.  BleachBit, do you know what that is?

13   **A.**  My understanding, based on what the defendant said, was

14   that it's a means of permanently deleting files.

15   **Q.**  Well, did you look it up?  Did you Google it?

16   **A.**  Yeah, I Googled it.

17   **Q.**  The FBI has Google, right?

18   **A.**  Yes.

19   **Q.**  Okay.  And it's freeware, right?  It's just a -- it's

20   software that's out there for anyone to download to clean up

21   stuff on their computer, isn't it?

22   **A.**  Yes, to my understanding.

23   **Q.**  Nothing mysterious or nefarious about it?

24   **A.**  About it in and of itself, no.  It's just a software.

25           MR. GREENBERG:  If I can have one minute, Judge.

1         (Counsel conferring.)

2    BY MR. GREENBERG:

3    Q.  And, in fact, when you were chatting -- by now it's you

4    having the chats with Tommy; is that right?

5    A.  Correct.

6    Q.  Okay.  When you were chatting with him, he told you that he

7    wanted to make an archive and put it on something called

8    "archive.org"?

9    A.  Yes.

10   Q.  Do you know what that is?

11   A.  Yes, I'm familiar with archive.org.

12   Q.  Okay.  Could you please tell the ladies and gentlemen of

13   the jury?

14        Could you please tell the ladies and gentlemen of the

15   jury?

16   A.  Yes.  My understanding of archive.org is it's a website

17   where there are -- pretty much anything can be uploaded, files,

18   media, videos.

19   Q.  Okay.  And, in fact, archive.org is one of these giant

20   websites where, in theory, you can go back and look at anything

21   on the internet from a day in the past, right?

22   A.  There's something called a Wayback Machine, which I believe

23   may be associated with archive.org, so yes.

24   Q.  So the idea is once you put something there, it's there,

25   right?

1    **A.**  That's one of the ideas I understand to be associated with

2    the site, yes.

3    **Q.**  Okay.  And it's a public accessible site, no different

4    than, you know, many other internet sites, right?

5    **A.**  It is.

6    **Q.**  You don't have to pay to put something on archive.org,

7    though?

8    **A.**  No.

9    **Q.**  If you don't -- right?  It's free?

10   **A.**  It's free, to my knowledge, yes.

11   **Q.**  Okay.  And Tommy told you that what he wanted to do was he

12   wanted to put this stuff on Reddit, didn't he?

13   **A.**  My understanding was that he wanted to send Torrent links

14   via private message on Reddit --

15   **Q.**  Right.

16   **A.**  -- to his offline archive, to his archive mentioned here.

17   **Q.**  And we saw on direct some file folders, and they're, like,

18   if you send it to one person, it will go to 10, and if you send

19   it to 10, it will go to 100 and all that, and a little example,

20   right?

21   **A.**  Yes.

22   **Q.**  And that's in front of you on the screen?

23            Can you make that bigger, the top part?  And that's

24   actually -- that's good.

25            This is from a website called "HowStuffWorks," isn't

1    it?

2    **A.**  Yes, it appears to be.

3    **Q.**  All right.  And it shows, like, how a song, "Baby Go Home,

4    was shared, right?

5    **A.**  It appears to.

6    **Q.**  Okay.  This isn't something he did.  This is just

7    something, again, he pulled off the internet and shared with

8    you?

9    **A.**  Appears to be.

10   **Q.**  Like virtually everything else that he sent you, isn't it?

11   **A.**  No, I would not say that.

12   **Q.**  At one point he sends you a photo of an ISIS flag; is that

13   right?

14   **A.**  Yes.

15   **Q.**  Said he went and got a black -- he explains it.  I got a

16   black sheet, and I sewed this myself, right?

17   **A.**  Yes.

18   **Q.**  Okay.  And there was nothing wrong with that, right?  He

19   can sew a flag if he wants, right?

20   **A.**  He can sew a flag if he wants, yes.

21   **Q.**  And you told us all about this "Heralds of the Internet"

22   that he had?

23             THE COURT:  Do you want this exhibit to stay up?

24             MR. GREENBERG:  Oh, do you want to -- it doesn't

25   matter.  Whatever is easier.  Do you want to take it down,

1    Claire?

2              Is that what you asked, Judge?

3              THE COURT:  Yes.

4              MR. GREENBERG:  Sure, you can take it down.

5              It's actually easier to question the witness without

6    his picture on the screen in front of me.

7    BY MR. GREENBERG:

8    Q.  The -- you talked about this "Heralds of the Internet,"

9    right?

10   A.  Correct.

11   Q.  Was that -- that was an article essentially?

12   A.  This is a document created by the defendant based on --

13   Q.  It was a what?

14   A.  A document, a PDF.  Defendant stated:  "I made a PDF."  And

15   that's -- "Heralds of the Internet" is what that was.

16   Q.  "Heralds of the Internet."  I'm sorry.  Okay.

17             And the premise was that he thought the Islamic State

18   was acting in self-defense, correct?

19   A.  That was his top-level objective, as I recall.  From the --

20   Q.  And --

21   A.  From the document, one of the objectives was to show that

22   the media misrepresented the Islamic State and that the Islamic

23   State was acting in self-defense, as I recall.

24   Q.  Okay.  And what's all the rest of this then -- I heard you

25   explain, but I didn't really follow it -- all this explanation?

1    **A.**  My understanding is that explanation is instructions on how

2    to sort, organize, copy content, ISIS media, official ISIS

3    media content, specifically five organizations; al-Furqan,

4    al-I'tisam, the productions from the provinces of ISIS,

5    al-Himmah, and Nasheed.

6              So that's four official, to my understanding, and one

7    just focused on nasheeds.

8    **Q.**  Okay.  And so how to get this stuff and organize it, right?

9    **A.**  Yes, how to parse it out, organize it, proliferate it.

10   **Q.**  Did you ever check to see if any of this worked?

11   **A.**  I myself did not test that code.

12   **Q.**  Okay.  Did -- you're not aware of him publishing that

13   article anywhere or that paper?

14   **A.**  Publishing it, I'm not aware of any other place it's been

15   published.

16   **Q.**  Right.  You're not aware of anything other than he sent it

17   to you, apparently, right?

18   **A.**  I'm not aware of any other place where that PDF was sent.

19   **Q.**  And you asked for it, didn't you?

20   **A.**  I recall the defendant stating:  "I made a PDF."

21              I don't recall whether or not it was specifically

22   asked for.

23   **Q.**  "Let me see," something along those lines?

24   **A.**  Yeah, I'm sure that we would have asked for it, yes.

25              MR. GREENBERG:  If I can just have one second, Judge.

1    I'm almost done.

2         (Brief pause.)

3    BY MR. GREENBERG:

4    **Q.**  I asked you earlier about where Tommy was getting material

5    from, right?

6    **A.**  I recall, yes.

7    **Q.**  And I asked you if he was getting it from somewhere -- a

8    guy named Zelin?

9    **A.**  I recall the question.

10   **Q.**  On a site called "Jihadology," right?

11   **A.**  I recall you're asking, yes.

12   **Q.**  Okay.  And you've had discussions with your other OCEs

13   about this case since Tommy was charged, haven't you?

14   **A.**  Since Tommy was charged, have I discussed this case with

15   other OCEs?

16   **Q.**  Yes.

17   **A.**  Yes.

18   **Q.**  And, in fact, you refer to Tommy as a big fanboy in one of

19   those discussions, didn't you?

20   **A.**  A fanboy of a specific media organization, yes.

21   **Q.**  You didn't call him a supporter; you called him a fanboy?

22   **A.**  In that particular instance, I called him a fanboy.

23   **Q.**  And OCE 4 said Tommy was just kind of stupid, right?

24   **A.**  OCE 4 said that, yes.  That's not exactly what he said

25   but --

1    **Q.**  "Yeah, but he was too stupid"?

2    **A.**  Yes, to do what the organization that Tommy was a fanboy of

3    did.

4    **Q.**  I'm sorry, I didn't hear that?

5    **A.**  To do -- so the context of that, my understanding of it and

6    recollection, was OCE 4 -- and that's not someone -- I can't

7    speak personally to OCE 4's comment, but the context of that

8    was discussing a specific organization, which was multiple --

9    it was a group.  Nobody is smart enough to do what this whole

10   group could do.  Nobody is smart enough to do it alone.

11                MR. GREENBERG:  May I have one minute, Judge?  I just

12   want to --

13           (Counsel conferring.)

14                JUROR GREEN:  May I use the restroom?

15                THE COURT:  Sure.  Are you almost done?

16                MR. GREENBERG:  I am.

17                THE COURT:  Are you done?

18                MR. GREENBERG:  I'm almost done.  I've got like --

19                THE COURT:  We have a juror who would like a bathroom

20   break.

21                MR. GREENBERG:  Oh, sure, sure.  I have co-counsel

22   who would like to talk to me more, so --

23                THE COURT:  All right.  Well, why don't we just

24   have -- why don't we take a short break then.

25                THE CLERK:  All rise.

1        (Jury out.)

2            MR. JONAS:  Judge, how long?

3            THE COURT:  About ten minutes.

4        (Recess from 2:23 p.m. until 2:38 p.m.  Jury in.)

5            THE COURT:  Okay.  Folks, please be seated.

6            Mr. Greenberg, did you reload?

7            MR. GREENBERG:  I didn't -- I'm almost done, Judge,

8    thankfully, for everyone.  All set?

9    BY MR. GREENBERG:

10   **Q.**  Sir, I just want to jump back to this chat between you and

11   your fellow OCEs where you refer -- Qital is Tommy, right?

12   **A.**  Correct.

13           MR. GREENBERG:  Okay.  And that -- Miss Reporter,

14   that's Q-i-t-a-l.

15   BY MR. GREENBERG:

16   **Q.**  And you refer to him as a big fanboy in this chat; do you

17   recall that?

18   **A.**  I do recall.

19   **Q.**  Okay.  And then your OCE 4 says, "Yeah, but he was too

20   stupid," right?

21   **A.**  I recall.

22   **Q.**  And he says, "not in a way that may be" -- and then he puts

23   in quotes -- "exculpatory," right?

24   **A.**  I recall that, yes.

25   **Q.**  Okay.  "But his list was from scraping Zelin's site,"

1   right?

2   **A.**  I recall that, yes.

3   **Q.**  And that would be the Jihadology site that we talked about

4   earlier, right?

5   **A.**  Likely, yes.

6   **Q.**  Okay.  Well, and Zelin is the gentleman that's going to

7   testify in this case, right?

8   **A.**  That is my understanding, yes.

9   **Q.**  Okay.  And, in fact, you guys commented that Tommy had lost

10  huge amounts of material when he was doing it, right?

11  **A.**  That was not my comment.

12  **Q.**  That was what OCE --

13  **A.**  I'm not sure what list was being referred to in that

14  comment.

15  **Q.**  Okay.  But OCE 4 said that, right?

16  **A.**  To my recollection, yes.

17  **Q.**  In fact, he said, "Tommy couldn't have even made 1/100 of

18  the actual archive"?

19          MR. JONAS:  Your Honor, I'm going to object --

20  BY THE WITNESS:

21  **A.**  One made by the other organization -- I'm sorry.

22          MR. JONAS:  I'm going to object to this line of

23  questioning, because now we're getting into hearsay.  It's not

24  this witness's statements.

25          MR. GREENBERG:  Now I'm getting back to him.

1            THE COURT:  Let's strike the last --

2            MR. GREENBERG:  Yep.

3     BY MR. GREENBERG:

4     Q.  And in response to all that, you said, "Oh, no doubt,"

5     correct?

6     A.  I recall.

7     Q.  Okay.  So you agreed with those statements, right?

8     A.  Insofar as I understood it to be in the context of that

9     organization, yes, I agreed.

10    Q.  And you said -- and, again, you repeated Qital was just a

11    fanboy?

12    A.  I don't recall saying Qital was just a fanboy.

13    Q.  I'm sorry.  Qital -- "Just saying Qital was a fanboy"?

14            Would you like to see the document to refresh your

15    recollection?

16    A.  No, I remember now.  Yes, of that organization.

17    Q.  Well, but it doesn't say "of the organization."  It says,

18    "just saying Qital was a fanboy"?

19    A.  But that's the context --

20    Q.  Okay.

21    A.  -- of the organization.

22    Q.  Of the organization.  Just a fanboy, right?

23    A.  I was saying he was just a fanboy of that organization.

24    That's what I was just saying.

25    Q.  Right.  Not a supporter?

1    **A.** I didn't say that.

2    **Q.** Not a member?

3    **A.** I didn't find the defendant as a fanboy of that particular

4    organization was not mutually exclusive, in my mind, to his

5    being a supporter.

6    **Q.** Okay.  That's just the word you chose to use, though?

7    **A.** In that context, yes.

8    **Q.** And then OCE 4 talks about the difference between a fanboy

9    and a supporter, doesn't he?

10   **A.** I do not recall.

11              MR. JONAS:  Objection to --

12              THE COURT:  Just --

13              MR. GREENBERG:  I'm not going to get into the

14   content, Judge.  I wasn't going to get into it.

15   BY MR. GREENBERG:

16   **Q.** Do you recall the conversation continuing into that?

17   **A.** I do not recall the details of that conversation --

18   **Q.** Okay.

19   **A.** -- as it continued.

20   **Q.** And you guys wanted to maybe try and arrest Tommy early on,

21   right, back in March?

22   **A.** Wanted to arrest him?

23   **Q.** Yeah.  Well, let me -- wasn't there another chat between

24   you and your CHS where your CHS said, "We're going to win this

25   thing"?

1    **A.** I don't recall.

2              MR. GREENBERG:  Can we put up just for the witness

3    15?

4    BY MR. GREENBERG:

5    **Q.** Why don't you take a look starting 3/9/2019 at 2100.

6    **A.** Okay.  Yep.

7    **Q.** Okay.  Does that refresh your recollection?

8    **A.** Yes.

9    **Q.** Okay.  And, in fact, you said, "We're winning this

10   thing" --

11   **A.** Yes.

12   **Q.** -- right?

13   **A.** Yes.

14   **Q.** Like it was a sporting event?

15   **A.** No, not like a sporting event.

16   **Q.** And you go on and have a discussion about the money that

17   your CHS has actually given to Tommy for doing work, right?

18   **A.** No.

19   **Q.** In that chat, if you look down --

20   **A.** No, this is -- no, the CHS here did not give the defendant

21   any money for doing work.

22   **Q.** Okay.  You see at 2136?

23   **A.** 2136, yes, I do.

24   **Q.** All right.  I'm not talking about the -- your CHS.  I'm

25   talking about the other CHS.

1    **A.** Okay.

2    **Q.** The one that was actually a live person that befriended

3    Tommy.

4    **A.** Yes.

5    **Q.** That gave him money for doing work that was, like, fake

6    work, right?

7    **A.** Right, I recall.

8    **Q.** Okay.  That person, okay, you're talking about that money

9    then, aren't you?

10   **A.** So at this time, to the best of my recollection, when

11   these -- when these comms occurred, the CHS reported them, and

12   we were not aware at the time of what had transpired between

13   the other CHS and the defendant.  We actually thought at the

14   beginning that this was an actual person.

15              So in this context, the CHS is relaying his comms

16   with the defendant.

17   **Q.** All right.  Just so I'm clear, there's two people in this

18   conversation, right?  And I know we can't show it to the jury,

19   but there's two people in the conversation?

20   **A.** Yes.

21   **Q.** There's someone who is called OCE 2 and someone who is

22   called CHS?

23   **A.** Correct.

24   **Q.** Okay.  Who is OCE 2 in this conversation?

25   **A.** I am.

1    **Q.** You?

2    **A.** Yes.

3    **Q.** Okay.  Who is CHS?

4    **A.** The CHS is the CHS we've discussed earlier.

5    **Q.** Your CHS?

6    **A.** Yes.

7    **Q.** So this is you having a conversation with your CHS?

8    **A.** Yes.

9    **Q.** Not someone having a conversation with, let's call him,

10   CHS 2, the live person that was on the street?

11   **A.** Correct.  The other CHS is not party to this conversation.

12   **Q.** Okay.  That person was -- had assumed the role of an Iraqi

13   friend, right?

14   **A.** Yes, that's my understanding now.

15   **Q.** And aren't you talking about how Qital, Tommy, is working

16   now in a company for his Iraqi friend?  Yes?

17   **A.** That's what the CHS stated, yes.

18   **Q.** Okay.  So that's you and your own CHS talking about the

19   other CHS employing Tommy?

20   **A.** We did not know that was the CHS at the time.

21          At the time the CHS reported this, the CHS, as far as

22   the CHS knew, I don't think the CHS ever knew that that was

23   another CHS.

24          And I myself at the time when these communications

25   first took place did not know that that was a reference to the

1    CHS -- the other CHS.  In the beginning --

2    **Q.**  You didn't know that there was another person on the ground

3    interacting with Tommy?  That's what you're telling us?

4    **A.**  I was not aware of the nature of those interactions at the

5    time that these communications took place --

6    **Q.**  So it's just --

7    **A.**  -- to the best of my recollection.

8    **Q.**  -- coincidental that the phrase "Iraqi friend" is in quote

9    marks in this chat?

10   **A.**  It's not coincidental.  I believe that the CHS was probably

11   just quoting verbatim what the defendant had stated for

12   accuracy.

13   **Q.**  Okay.  And that CHS had Tommy doing testing programs,

14   didn't he?

15   **A.**  Based on my familiarity with the case, that sounds

16   familiar, yes.

17   **Q.**  All right.  And when -- so when the CHS said he is working

18   as testing programs, that's also coincidental that "testing

19   programs" went in quotes?

20   **A.**  To the best of my recollection, this is -- this is the CHS

21   putting quotes for emphasis and accuracy.

22   **Q.**  Not because it was all big ruse?

23   **A.**  I do not recall that to be the case.  The CHS, to my

24   knowledge and the extent of my knowledge, was never aware of

25   any of what you just described.

1   **Q.** And you guys talk about how you -- how -- it's been

2   suggested that he pass that -- that Tommy pass that money on to

3   ISIS, right?

4   **A.** We talk about -- I'm sorry, can you repeat?

5   **Q.** You were hoping that Tommy would take that money and donate

6   it to the ummah, right?

7   **A.** I don't think I would characterize it as hoping.

8   **Q.** Okay. You guys were just talking about it; is that right?

9   **A.** We were talking about it, yes.

10  **Q.** So when you guys say you hope it happens or you want it

11  to -- you didn't really care?

12  **A.** We cared very much.

13  **Q.** It didn't happen, did it?

14  **A.** That the defendant donated money to the -- to the ummah as

15  it's stated here?

16  **Q.** Yeah.

17  **A.** I don't know. I don't know whether or not the defendant

18  donated money to anything.

19  **Q.** Well, you don't have any evidence that he ever sent one

20  cent to anybody to support, do you?

21  **A.** I myself? Don't know.

22  **Q.** You keep saying you yourself. You know this investigation,

23  don't you?

24  **A.** I don't know every detail of this investigation. I was --

25  **Q.** But you know the important ones, don't you?

1   **A.**  I know the ones that are -- I believe to be important, yes.

2   **Q.**  Okay.

3   **A.**  The ones that are important to my work.

4   **Q.**  So the ones that are important to your work, you were

5   integral in drafting the complaint against Tommy, weren't you?

6   **A.**  Yes, I reviewed the complaint.

7   **Q.**  You had to learn all of the important facts to do that,

8   right?

9   **A.**  I was -- the part that I played in reviewing the complaint

10  was mostly focused on the part of the complaint that

11  incorporated this that we've been discussing today in my

12  testimony.

13  **Q.**  Okay.  So you know about the case.  You know about the

14  complaint.  You've prepared to testify, right?

15  **A.**  I prepared to testify, yes.

16  **Q.**  Did you go over the questions you were going to be asked?

17  **A.**  The questions that I was going to be asked?

18  **Q.**  On direct, not by me?

19  **A.**  Yes.

20  **Q.**  On direct?

21  **A.**  Yes.

22  **Q.**  Okay.  You guys went through all that, right?

23  **A.**  We did.

24  **Q.**  You've discussed the case with other people, right?

25  **A.**  Yes, I've discussed the case with other people.

1   **Q.** You know the important facts in the case?

2   **A.** Well, there's a lot of important facts, and I know the

3   facts that are most related to the work that I did on the case.

4   **Q.** Okay. You're --

5   **A.** Those are the things that I can speak most confidently

6   about.

7   **Q.** You're an FBI counter-terrorism officer. I am sure that if

8   you had found any of these things that you're saying I don't

9   know about, you'd be telling us about them?

10              MR. JONAS: Objection.

11              MR. GREENBERG: Judge, I have nothing else. Thank

12   you.

13              MR. JONAS: Can I have one moment --

14              THE COURT: Are you withdrawing that question?

15              MR. GREENBERG: Yes, Judge. I'm sorry.

16              MR. JONAS: Judge, I'm going to have to go old school

17   with the Elmo. It will just be easier if I pull pages from the

18   book to put it on the Elmo instead of trying to go around --

19              THE COURT: Whatever you want.

20                     REDIRECT EXAMINATION

21   BY MR. JONAS:

22   **Q.** Agent Rodgers, I just want to start with what -- start

23   with --

24              MR. GREENBERG: Oh, I'm sorry. I'm sorry, Barry.

25   One second. I forgot my sleeve. Thank you.

1           MR. JONAS:  Your Honor, may I proceed?

2           THE COURT:  Please.

3    BY MR. JONAS:

4    **Q.**  I want to start with where Mr. Greenberg just ended off.

5    And you had talked about reviewing the complaint, and, you

6    know, you focused on your part.

7           Were you the case agent for this investigation?

8    **A.**  No.

9    **Q.**  And without telling us where you are located, are you a

10   Chicago agent?

11   **A.**  No, I'm not.

12   **Q.**  All right.  Mr. Greenberg was asking you about back and

13   forth between you and the CHS, who you were the handler for,

14   and about money being paid from the Iraqi friend.

15          Do you recall those questions a moment ago?

16   **A.**  Correct, I recall.

17   **Q.**  And he had -- Mr. Greenberg asked you about you and the CHS

18   hoping that the defendant would donate money to the ummah?

19   **A.**  I recall.

20   **Q.**  What's your understanding of what ummah means?

21   **A.**  My understanding of what the word "ummah" means is it is

22   the worldwide community of Muslims.

23   **Q.**  Let me show you page 160 from Government's Exhibit 200.

24   Who is in the green; who is in the white?

25   **A.**  Green is OCE 2.  White is the defendant.

1  **Q.** And who is saying about donating money to the ummah?

2  **A.** The defendant.

3  **Q.** So when you and OCE -- when you and the CHS were discussing

4  it during the course of the investigation, was the CHS just

5  parroting what the defendant was saying to him?

6  **A.** That was my understanding, yes.

7  **Q.** And is that -- in fact, you see that on this screenshot?

8  **A.** I do.

9  **Q.** Mr. Greenberg asked you about the term "fanboy."

10        Do you recall that?

11 **A.** I do recall.

12 **Q.** What was your -- when you said "fanboy," what did you mean?

13 **A.** Someone who is an enthusiastic fan or admirer of something.

14 **Q.** Did you intend to mean that the defendant could not be

15 providing material support to ISIS because you called him a

16 fanboy?

17 **A.** That was not my intention, no.

18 **Q.** Mr. Greenberg asked about "bayat."  Do you recall those

19 questions?

20 **A.** I do.

21 **Q.** And I believe he asked you about OCE 2 sending the

22 defendant sort of the words for the bayat?

23 **A.** I recall.

24 **Q.** And the defendant sent a recording back where he pledged

25 allegiance to ISIS?

1    **A.**  Yes.

2    **Q.**  Did OCE initiate -- well, let me withdraw that.

3             When OCE 2 asked about whether the defendant pledged

4    bayat, what did the defendant say?

5    **A.**  The defendant stated, to the best of my recollection, that

6    he had tried.

7    **Q.**  And did OCE 2, when the defendant said he tried, previously

8    talk to the defendant about pledging bayat?

9    **A.**  Can you --

10   **Q.**  Poorly phrased question.

11            During that conversation about bayat, to your

12   recollection, is that the first time it came up between OCE 2

13   and the defendant?

14   **A.**  To the best of my recollection, that's the first time I

15   recall it coming up.

16   **Q.**  Did OCE 2 ever tell the defendant that he should pledge

17   bayat?

18   **A.**  I do not recall OCE 2 -- OCE 2 telling the defendant that

19   he should pledge bayat.

20   **Q.**  So as far as you know, is that the defendant's own idea?

21   **A.**  Yes.

22   **Q.**  Mr. Greenberg asked whether or not you asked the defendant

23   for identifying information about himself?

24   **A.**  I recall.

25   **Q.**  Why didn't you or why didn't OCE 2?

1    **A.** I believe that if OCE 2 had asked questions along those

2    lines, it would have been alarming to the defendant, and

3    communications might have ceased, and we would have lost

4    visibility into the defendant's activities.

5    **Q.** When you say "alarming," what do you mean?

6    **A.** If someone asks a question that is obviously meant to

7    expose your identity, that's alarming. That's a strange thing

8    to do in the context of these communications.

9    **Q.** Mr. Greenberg asked you about the defendant's screen name

10   is "Fried Rice." Do you recall that question?

11   **A.** I recall.

12   **Q.** Did the defendant change his screen name multiple times?

13   **A.** Yes.

14   **Q.** And was one of those screen names "Qital"?

15   **A.** That was one of the usernames, yes.

16   **Q.** Usernames. I believe you had stated that Fried Rice really

17   had no meaning as far as you understood; is that right?

18   **A.** I am not aware of any meaning other than whatever it might

19   have meant to the defendant.

20   **Q.** Did "Qital" have any meaning?

21   **A.** "Qital" is the Arabic word for fighting.

22   **Q.** Mr. Greenberg asked you about the Islamic State book that

23   the defendant sent?

24   **A.** I recall.

25   **Q.** I'm putting it on the screen, page 36.

1          He asked you about if you did any research on it,
2    where it came from, who published it.  Do you recall that?
3    **A.**  Correct.
4    **Q.**  Is there anything on here that indicates where the
5    defendant got it from?
6    **A.**  Yes.
7    **Q.**  And what's that?
8    **A.**  Below the -- below the image of the cover of the book,
9    there's the PDF version of the book, and above that is written
10   "Forwarded from," and in Arabic this translates to Islamic
11   State study courses.
12   **Q.**  Mr. Greenberg asked you about the defendant sending OCE 2
13   portions -- screenshots of the Selective Service letter sent to
14   the defendant.  Do you recall that?
15   **A.**  I recall.
16   **Q.**  Do you recall -- I'm putting on the screen page 73 from
17   Government's Exhibit 200.
18          Do you recall what the defendant said he would do if
19   the military came for him?
20   **A.**  Yes.
21   **Q.**  What did he say?
22   **A.**  "If they pick me," a series of three emojis, furtive eyes,
23   truck or bus, dynamite emoji.
24          "Then there was one mujahid who did this" and
25   proceeded to talk about Nidal Hasan, the Fort Hood shooter.

1    **Q.**  And taken together, what do those emojis mean to you?

2    **A.**  To me they're suggestive of a car bomb.

3    **Q.**  Mr. Greenberg asked you about the defendant playing

4    Airsoft?

5    **A.**  I recall.

6    **Q.**  And he asked you if the defendant had a real gun.  Do you

7    recall those questions?

8    **A.**  I do recall.

9    **Q.**  Did the defendant tell you that he -- or tell OCE 2 that he

10   wanted to get a gun as soon as he was legal -- legal age to do

11   so?

12   **A.**  He did.

13   **Q.**  In regard to the Airsoft videos, which I believe you

14   testified about on cross-examination, did OCE 2 ask the

15   defendant what those videos were about?

16   **A.**  To my recollection, yes.

17   **Q.**  I'm going to put on the screen page 275.

18          OCE 2 asks if the defendant was building a bomb,

19   correct?

20   **A.**  Correct.

21   **Q.**  What did the defendant say in response?

22   **A.**  "I want to learn how.  I was fixing my gun."

23   **Q.**  The defendant -- I'm sorry.

24          Mr. Greenberg asked you about the defendant getting

25   married.  Do you recall those questions?

1    **A.**  Correct.

2    **Q.**  And he asked you -- he asked you if you knew anything about

3    the marriage.  And I'm sort of summarizing his questions.  Is

4    that correct?

5    **A.**  I recall, yes.

6    **Q.**  Do you remember what the defendant said regarding wanting

7    to get married -- or let me rephrase that -- why he wanted to

8    get married?

9    **A.**  I remember the discussions.  As far as why specifically he

10   wanted to get married?  I remember his statement that he wanted

11   to get married before ever doing Istishadi operation, which

12   would be a suicide martyrdom operation.

13   **Q.**  And did he say what he was hoping to do, raise children and

14   what he was hoping his children would do?  Allah --

15   **A.**  Be slaves of Allah.  Slaves of Allah I think in this

16   context could be interpreted as Muslim, just straight Muslim.

17            MR. JONAS:  Judge, can I have the computer back?

18   BY MR. JONAS:

19   **Q.**  Do you remember Mr. Greenberg asked you about the

20   defendant's nashid?

21   **A.**  Yes.

22   **Q.**  And I believe he described it as a children's song.  Do you

23   recall him saying that?

24   **A.**  Something along those lines, yes.

25            MR. JONAS:  Your Honor, I'm going to play Government

1    Exhibit 216, which is admitted.

2          (Said audio played in open court.)

3    BY MR. JONAS:

4    **Q.** Agent Rodgers, does that sound like a children's song to

5    you?

6    **A.** It does not.

7    **Q.** Mr. Greenberg asked you about BleachBit. Do you recall

8    that?

9    **A.** I recall.

10   **Q.** And I believe he asked you if that's something that's

11   publicly available. Do you recall that?

12   **A.** I recall.

13   **Q.** Do you recall what the defendant said to OCE 2 about

14   BleachBit?

15   **A.** To my recollection, the defendant stated that BleachBit

16   could be used if your computer is not encrypted, if you need to

17   delete files so they cannot be accessed by the mukhabarat or

18   law enforcement.

19   **Q.** Do you remember what he said where he got that information

20   from about BleachBit?

21   **A.** I believe that was a reference back to Inside 8, if I'm not

22   mistaken. I may be misremembering.

23   **Q.** Do you recall, though, if it was something related back to

24   ISIS?

25   **A.** Yes.

1  **Q.**  Mr. Greenberg asked you about Reddit, and he talked about

2  the archive.com and the Wayback Machine.

3            Do you recall that conversation?

4  **A.**  I do.

5  **Q.**  What did the defendant tell OCE 2 he wanted to do with

6  Reddit?

7  **A.**  The defendant stated that he wanted to send Torrent links

8  via private message to people who wanted ISIS videos on Reddit

9  so that the Mukhabarat, the law enforcement, Security Services

10 would waste their time investigating them while the actual

11 supporters on Telegram could continue to plot attacks.

12            MR. JONAS:  Can I have the Elmo back, please?  Thank

13 you.

14 BY MR. JONAS:

15 **Q.**  This is page --

16            THE CLERK:  To the jury?

17            MR. JONAS:  Yes, yes, this is in evidence.

18 BY MR. JONAS:

19 **Q.**  This is page 362 of Government's Exhibit 200.

20            Do you recall Mr. Greenberg asked you about this

21 page?

22 **A.**  Yes.

23 **Q.**  And this was a screenshot of Reddit communications; is that

24 your understanding?

25 **A.**  It is.  That's my understanding.

1    **Q.** And this would have been sent from the defendant to OCE 2?

2    **A.** Correct.

3    **Q.** Mr. Greenberg asked, I believe, if you invest -- if you,

4    the FBI, investigated any of these people?

5    **A.** Yes, I recall.

6    **Q.** So how many of these people do you know went into Weapons

7    chat room on Telegram?

8    **A.** Zero.

9    **Q.** How many of these people, if you know, did the English

10   language narration in an ISIS video?

11   **A.** None that I'm aware of.

12   **Q.** How many of these, if you know, wrote articles --

13           MR. GREENBERG:  Objection, Judge.  Objection.  It

14   doesn't matter.  He knows.

15           MR. JONAS:  Judge, I'm following the questions that

16   Mr. Greenberg asked about the FBI investigating these people.

17           THE COURT:  Overruled.

18           MR. JONAS:  Thank you, Judge.

19   BY MR. JONAS:

20   **Q.** How many of these people, if you know, wrote articles for

21   Youth of the Caliphate magazine?

22   **A.** None.

23   **Q.** Or any ISIS -- pro-ISIS magazine?

24   **A.** None that I'm aware of.

25   **Q.** How many of these people do you know translated ISIS

1    material?

2    **A.**  None that I'm aware of.

3    **Q.**  How many of these people do you know created Telegram

4    accounts to archive and organize ISIS videos?

5    **A.**  None that I'm aware of.

6    **Q.**  How many of these people offered to do this for official

7    ISIS media, organize videos for them?

8    **A.**  None, to my knowledge.

9            MR. JONAS:  Judge, I have no further questions.

10           THE COURT:  Any recross?

11           MR. GREENBERG:  Yes, Judge.  May I?

12                    RECROSS-EXAMINATION

13   BY MR. GREENBERG:

14   **Q.**  Sir, let's start with the last thing, Reddit.

15           I thought you said when I asked you that none of the

16   people on that list were investigated?

17   **A.**  They were not investigated by me.

18   **Q.**  Okay.  So you wouldn't know what any of them did because

19   you didn't investigate them, right?

20   **A.**  I do not know.

21   **Q.**  Right.  So when you're sitting here going, you know, none

22   of them did anything, you really don't know if they did it or

23   didn't?

24   **A.**  I do not.

25   **Q.**  So you're just saying whatever answer fits?

1    **A.** That's not the case.  I'm stating what I know.

2    **Q.** The melody on that song, I didn't say the words were a

3    children's song.  I said the melody sounded like a children's

4    song, didn't I?

5    **A.** I don't recall the word "melody" but --

6    **Q.** So when I asked about it having the beat of a children's

7    song, kind of like a children's song, you don't recall saying

8    yes?

9    **A.** No.

10   **Q.** Because you certainly didn't say to me the words aren't a

11   children's song?

12   **A.** I'm sorry, can you repeat that?

13   **Q.** Never mind.  I'll withdraw it.

14            You talked about Tommy getting married and having

15   kids, right?

16   **A.** I made a comment about that, yes.

17   **Q.** Okay.  And, in fact, what he said was that he wanted to get

18   married and raise his kids, right?

19   **A.** He made comments of that nature, yeah --

20   **Q.** Right.

21   **A.** -- talking about marriage and kids.

22   **Q.** And -- and he certainly didn't want to do anything drastic

23   until after his kids were raised; that's what he said, right?

24   **A.** I remember his stating that he wanted to be married before

25   doing the martyrdom operation.

1    **Q.** And have kids?

2    **A.** And have kids?  I'm not -- I can't remember the sequence in

3    those conversations when that comment was made.

4    **Q.** Okay.  But he did make that comment, right?

5    **A.** Yes, I recall his saying he wanted --

6    **Q.** And --

7    **A.** -- that's why he wanted a daughter.

8    **Q.** And that he wanted to raise his kids before martyrdom?

9    **A.** So I'm not -- having kids, I remember.  Raising kids, I

10   don't remember the exact verbiage.

11          MR. GREENBERG:  May I have one second, Judge?  Let's

12   see if we can find that.  It might take us a second.

13   BY MR. GREENBERG:

14   **Q.** The book, Mr. Jonas showed you the book, right?

15   **A.** Yes.

16   **Q.** And it says that it's from Islamic State study courses,

17   right?

18   **A.** That was the name of the Telegram account or channel that

19   it was forwarded from, yes.

20   **Q.** Okay.  And you're aware that universities have courses in

21   the Islamic State, right?

22   **A.** I am not specifically personally aware, but I don't doubt

23   it.

24   **Q.** In fact, I think Mr. Zelin teaches one?

25   **A.** Okay.

1  **Q.** So because it's from an Islamic State study course,

2  perfectly legitimate, right?

3  **A.** I wouldn't call it that, but I don't want -- I don't think

4  I would agree with that assessment.

5  **Q.** Well, you don't think anything associated with the Islamic

6  State is -- is okay; is that a fair statement?

7  **A.** From what perspective?  From a moral perspective, from a --

8  **Q.** From a moral perspective?

9  **A.** From a moral perspective, I do not believe that anything

10  associated with the Islamic State as a terrorist organization

11  is legitimate, no.

12  **Q.** Okay.  Thank you.

13         And the bayat, when he did the bayat, the pledge, the

14  bayat pledge, he, in fact, didn't do it right, so the OCE sent

15  him so that he could do it right, correct?

16  **A.** Upon his request, yes.

17  **Q.** So he didn't certainly -- while the OCE didn't say you have

18  to do this, he did send him the information so that he'd do it

19  correctly, right?

20  **A.** Yes.

21  **Q.** And are you aware that they then, after he tried to do it,

22  said, "You got to do it to three people or it's no good"?  Do

23  you remember that?

24  **A.** I don't remember specifically, but I believe you.

25         MR. GREENBERG:  Thank you.  If I could have one

1    second, Judge.

2            (Counsel conferring.)

3            MR. GREENBERG:  Can we turn this on for a second?

4    What page is that, 79?

5    BY MR. GREENBERG:

6    Q.  This is page 79 from one of the chats.  If you look at the

7    bottom, it says that he wanted to raise the children -- raise

8    children, right?

9    A.  Yes.

10   Q.  Before he ever did anything, right?

11   A.  Yes.

12           MR. GREENBERG:  Thank you.  You can take it down.

13           And this will be just for the witness, page 15 of

14   this stuff.

15   BY MR. GREENBERG:

16   Q.  You said I think at the beginning of the redirect that the

17   discussion was about donating to ummah, right?

18   A.  There was a discussion about that, yes.

19   Q.  And ummah is what?  If you could, before you read it --

20   A.  I'm sorry.

21   Q.  -- what's ummah?

22   A.  My understanding of ummah is that it's the worldwide

23   community of Muslims.

24   Q.  Okay.  So when Mr. Jonas was just up here asking questions,

25   you said that the discussion that you were having with the CHS

1    was about Tommy donating to the worldwide community of Muslims,

2    right?

3    A.  These were the communications that CHS was relaying to me,

4    and he quoted the -- quoted the word "ummah."

5    Q.  Okay.  Well, this is the same discussion where you talked

6    about winning, right?

7    A.  Yes.

8    Q.  Okay.  And he says -- the CHS says, "I think he will donate

9    the money for ummah, so I think he will support ISIS with the

10   money," right?

11   A.  That's what the CHS says, yes.

12   Q.  Okay.  And then you respond, CHS, "Excellent," right?

13   A.  Yes.

14   Q.  And you ask, in fact, where he says he's going to donate to

15   the ummah, right?

16   A.  Yes.  Well, wait one second.  Let me find it.

17   Q.  It's right after when you say "Excellent."

18   A.  Yes, I ask for the CHS to forward a screenshot.

19   Q.  And there wasn't one, was there?

20   A.  Well, there was.  And the one that we just looked at, I

21   believe, was where the defendant stated that he was -- wants to

22   donate money to the ummah.  That was the screenshot, the one

23   that we looked at on redirect.

24   Q.  Of him saying he's going to donate to ummah?

25   A.  As I recall, yes.

1    **Q.** Not ISIS?

2    **A.** No, that -- so ummah here was not necessarily a reference

3    to ISIS specifically.

4    **Q.** ISIS was just a wish that you and the other people had?

5    **A.** I would not characterize it as a wish.

6              MR. GREENBERG:  Thank you.  I have nothing else.

7              THE COURT:  All right.  Thank you, sir.  You are

8    excused.

9              THE WITNESS:  Thank you, Your Honor.

10       (Witness excused.)

11             MS. WELLS:  Your Honor, the government calls Mark

12   Baggett.

13       (Witness entered courtroom.)

14             THE COURT:  Please raise your right hand.  Do you

15   solemnly swear or affirm that the testimony you are about to

16   give in this cause will be the truth, the whole truth, and

17   nothing but the truth?

18             THE WITNESS:  So help me God.

19       (Witness duly sworn.)

20             THE COURT:  Please, you can remove your mask while

21   you're testifying.

22             THE WITNESS:  Thank you.

23             THE COURT:  Have a seat.

24          MARK BAGGETT, GOVERNMENT'S WITNESS, SWORN

25                      DIRECT EXAMINATION

1    BY MS. WELLS:

2    **Q.**  Good afternoon, sir.

3    **A.**  Hi.

4    **Q.**  Could you please state and spell your name for the record.

5    **A.**  My name is Mark Baggett.  It's M-a-r-k, B-a-g-g-e-t-t.

6    **Q.**  Mr. Baggett, what do you do for a living?

7    **A.**  I'm an information security professional.

8    **Q.**  And where do you currently work primarily?

9    **A.**  I have a number of roles.  My primary job is I'm an

10   instructor for the SANS Institute.

11   **Q.**  Is SANS spelled S-A-N-S?

12   **A.**  It is.

13   **Q.**  And what does that stand for?

14   **A.**  It stands for Security Audit Network and Systems.

15   **Q.**  And what is SANS?

16   **A.**  SANS is the world's premier information security training

17   program.  So we run large conferences and teach information

18   security technology professionals how to defend networks and

19   how to run offensive operations against networks.

20   **Q.**  And we'll come back to SANS, but do you currently hold any

21   other employment?

22   **A.**  I do.

23   **Q.**  And what is that?

24   **A.**  Well, I have a private consulting company, and I also have

25   a contract with the Department of Defense.

1  **Q.** Okay.  So we'll turn -- oh, pardon me.

2  **A.** I'm sorry.  Through SANS.  It's through SANS to the

3  Department of Defense.

4  **Q.** And we'll turn to each of those.

5          Just going back to SANS, what title or titles do you

6  hold with SANS?

7  **A.** My primarily title with SANS is senior instructor.

8  **Q.** And do you have a secondary title or another title?

9  **A.** I also hold the title of technical advisor to the

10 Department of Defense.

11 **Q.** I want to begin with your role as senior instructor.

12         How long have you been teaching courses at SANS,

13 approximately?

14 **A.** Just about 18 years now.

15 **Q.** And can you tell us, in general, what types of courses you

16 have taught over your career?

17 **A.** Yeah, I've taught courses on incident response, so telling

18 companies how to find attackers in their networks; penetration

19 testing, telling people how to test the security of their own

20 networks.  And the course that I primarily teach is one that

21 I've authored, which is in automating information security with

22 Python.

23 **Q.** Let's define a couple of terms, if you don't mind.

24         First of all, what's information security?

25 **A.** Information security, we all have computer networks that

1    store usernames, passwords, bank account information, a whole

2    lot of things that we don't want bad guys to have.

3            And information security is the discipline of

4    securing those assets and making sure that people -- only the

5    people that are supposed to get to them can get to them.

6    **Q.** And you mentioned the word "Python."  What is Python?

7    **A.** Python is a programming language that you can use to

8    develop applications to run on computers.

9    **Q.** So then if we put all that back together, I think you

10   mentioned that the course you primarily teach is called

11   "Automating Information Security with Python."  What is that

12   course?

13   **A.** It teaches you how to build applications that will do

14   things to secure the data you have on your network against

15   attacks or to launch attacks against those.

16   **Q.** Are there -- or excuse me.

17           Generally speaking, the courses that you teach at

18   SANS, what level are they at?  Are these high school classes,

19   college classes, advanced degree courses?

20   **A.** And so the course number is 573.  And so like 101, 201, so

21   these are intended to be the second year in a master's degree

22   program.

23   **Q.** And you mentioned that you developed one of those courses.

24   Which one was that?

25   **A.** The course I developed is 573, Automating Information

1    Security with Python.

2    **Q.** And approximately when did you develop the course, how many

3    years ago?

4    **A.** 2011 I think is when we ran our first class, so about 10

5    years now ago.

6    **Q.** Have you in your career taught any other courses related to

7    the Python programming language?

8    **A.** I have not taught other classes related to the Python

9    programming language.

10   **Q.** At any point in time, did you teach an introduction course?

11   **A.** Well, 573 is actually considered our introduction course.

12   So while it's a second-year masters, it is -- it starts from

13   the very beginning of assuming that you don't know programming

14   and walks you through the introduction.

15   **Q.** All right.  Your mentioned that you had a second title at

16   SANS, which is the technical advisor to the Department of

17   Defense.  Did I get that right?

18   **A.** That is correct.

19   **Q.** What are your duties and responsibilities as the technical

20   advisor to the Department of Defense?

21   **A.** So in 2010 the United States Army began developing programs

22   to train soldiers to defend their networks, and my primary

23   responsibility was in assisting with the creation of those --

24   with those -- with those courses and the implementation of

25   those courses.

1   **Q.** And, generally speaking, what kinds of courses have you

2   taught in your advisor to the DOD role?

3   **A.** To the soldiers, I have taught my Python class. I've also

4   taught the incident response class and the penetration testing

5   or the offensive class.

6   **Q.** What do you mean by "offensive" in this context?

7   **A.** So, generally speaking, you have the people that are

8   defending networks trying to keep the bad guys out, and then

9   you've got the bad guys who are trying to break in.

10  Offensive personnel are people who put on -- take on

11  the role of a bad guy and attempt to break into the network to

12  identify the weaknesses in the defense so that the company can

13  find those and then close those down and protect themselves.

14  **Q.** And so are those people that companies will hire or retain

15  to actually try and test their networks?

16  **A.** Correct.

17  **Q.** You also mentioned that you owned a consulting company?

18  **A.** That's correct.

19  **Q.** What's the nature of the work that that company does?

20  **A.** I primarily do incident response and penetration testing,

21  so --

22  **Q.** And can you remind us what incident response is?

23  **A.** Incident response is when a company has been compromised by

24  an attacker or some other piece of malware has gotten -- or

25  malicious software has gotten into their network, to help them

1    clean that -- clean that up, figure out how they got in and

2    prevent it from happening again.

3    **Q.** I'd like to turn now to your educational background.

4         Where did you go to college?

5    **A.** I got my undergraduate degree from Augusta University.

6    **Q.** And what is your undergraduate degree in?

7    **A.** It's in computer science.

8    **Q.** Do you have a master's degree?

9    **A.** I do.

10   **Q.** What is that degree in and where did you obtain it?

11   **A.** I got my master's degree in information security

12   engineering, and I got that from the SANS Institute.

13   **Q.** The same place where you now teach?

14   **A.** It is, yes.

15   **Q.** Briefly, what is information security engineering?

16   **A.** Information security engineering is the discipline of

17   taking disconnected systems, putting them together in secure

18   ways.  So it encompasses many of the things we've already

19   mentioned, the how to do incident response, how to do

20   penetration testing, also digital forensics and automating

21   information security.

22   **Q.** In addition to your educational background, have you

23   obtained any certifications related to computer science,

24   Python, the programming language we mentioned, or information

25   security?

1   **A.** I have.  I've got a number of certifications over the years

2   from Microsoft, other organizations.  Primarily today I hold

3   nine certifications from GIAC, which is a certifying body in

4   information security.  And among those is the GPYC

5   certification, which is the Python certification, and the GSE,

6   the GX Security Expert.

7   **Q.** Okay.  I want to just break some of those things down.

8         You mentioned something called GIAC.  What does that

9   stand for?

10  **A.** It's the Global Information Assurance Company or

11  certification company, one of those two.

12  **Q.** And who controls or is affiliated with that GIAC

13  certification?

14  **A.** It's a pseudo-independent organization that develops

15  certifications for the classes that are taught by the SANS

16  Institute.

17  **Q.** And approximately how many of those GIAC certifications do

18  you hold?

19  **A.** I hold nine certifications.

20  **Q.** And I want to focus on just a couple of those.

21        I think you mentioned one that was called "Security

22  Expert."  Did I get that right?

23  **A.** You did.

24  **Q.** What is that certification?

25  **A.** That is the most prestigious of the certification that SANS

1    offers and I think perhaps in the entire information security

2    community.  It's been around for about 20 years, but even with

3    20 years, there's less than 300 people that have been able to

4    pass that certification.  I was the 15th person to pass that

5    certification.

6    **Q.**  And can you give us a couple of examples of the other

7    certifications you hold?

8    **A.**  Certainly.  There's the GPYC, which is the Python

9    certification.  There's GPEN or GPEN, which is the penetration

10   testing certification.  There's GCIH, which is the incident

11   handling certification, and others.

12   **Q.**  You mentioned the Python certification.

13          Just generally speaking, what do you have to do in

14   order to be certified in Python?

15   **A.**  In order to be certified in Python, well, you should

16   probably first take my class that I developed, and then you

17   would go and sit for the certification exam, which is going to

18   be comprised of multiple-choice questions that are going to

19   ask -- assess your skills in Python programming.

20   **Q.**  Turning to your other historical professional experience,

21   before you joined SANS and before you began your consulting

22   company, did you hold any other jobs related to computer

23   science information security or Python?

24   **A.**  I had a number of jobs over the years from software

25   developer to chief information security officer.

1   **Q.** What is a chief information security officer?

2   **A.** Chief information security officer sits on the executive

3   board with the CEO, CFO, and advises the organization as to how

4   they should handle risks to the data that they possess.

5   **Q.** And again, generally speaking, what does a software

6   programmer do?

7   **A.** A softer programmer develops applications that run on

8   computers for various purposes from Angry Birds to Facebook to

9   everything that we use on our computers.

10  **Q.** Have you done any work related to books that have been

11  written on the Python programming language?

12  **A.** I have.

13  **Q.** What was that work?

14  **A.** I was the technical editor for the book "Violent Python."

15  **Q.** "Violent Python," what kind of book is that?

16  **A.** "Violent Python" is a book that looks at various computer

17  attacks that have happened over the years and talks about how

18  they could be written in the Python programming language.

19  **Q.** Who was the audience for that book?

20  **A.** It was information security professionals.

21  **Q.** And you mentioned, I think, that your role was as technical

22  editor; is that right?

23  **A.** Technical editor, yes.

24  **Q.** Can you explain what you did as a technical editor on that

25  book?

1   **A.** It was my job was to review the programs that were

2   submitted, make sure that they functioned properly, that they

3   did what they were supposed to do, and that there weren't any

4   major errors in the book.

5   **Q.** And so in that capacity, did you have specific experience

6   testing Python scripts to determine if they worked and if they

7   did what they were supposed to do?

8   **A.** I did.

9   **Q.** In the course of your education and professional

10  experience, have you also worked with programming languages

11  other than Python?

12  **A.** I have.

13  **Q.** And are you also familiar with a variety of different

14  operating systems?

15  **A.** I am.

16  **Q.** And are you also familiar with various social media and

17  messaging platforms?

18  **A.** I am.

19  **Q.** And are you familiar with various types of software and

20  applications that promote security and that can hide a user's

21  location or their identity?

22  **A.** I am.

23  **Q.** Mr. Baggett, are you being paid for your work in connection

24  with this case?

25  **A.** I am.

1    **Q.** And what is your hourly rate?

2    **A.** $325 an hour.

3    **Q.** Are you also being reimbursed for your expenses, including

4    travel?

5    **A.** I am.

6    **Q.** Mr. Baggett, before this case had you ever been retained as

7    an expert witness in connection with any civil or criminal

8    litigation?

9    **A.** I have not.

10         MS. WELLS:  Your Honor, at this time I would move to

11   qualify Mr. Baggett as an expert in information security and in

12   the programming language, Python.

13         MR. HERMAN:  No objection.

14         THE COURT:  So noted.

15   BY MS. WELLS:

16   **Q.** All right.  Mr. Baggett, I want to turn first to the work

17   that you've done in connection with this specific case.

18         Were you -- what, in general, were you asked by the

19   government to do in this case?

20   **A.** I was given a number of Python scripts and a number -- or a

21   PDF document and some supporting files for the Python scripts

22   and asked to analyze them, assess what they did, and whether or

23   not they were functional.

24   **Q.** And when you reviewed those Python scripts, I think you

25   said supporting -- or supporting files as well as the PDF that

1   you mentioned, were you able, in fact, to review those

2   materials and make those types of determinations?

3   **A**.  I was.

4   **Q**.  And more specifically, beginning with the Python scripts,

5   can you describe generally what kinds of steps you took in

6   order to determine what they did and whether they worked?

7   **A**.  Certainly.  Initially I just looked over the code to get a

8   high-level assessment of what they did, recognized that they

9   were talking to an online social media platform, Telegram.

10          I set up the environment that was necessary for those

11  to -- to function properly.  It required that you have an

12  account on the Telegram network and some -- that some channels

13  exist for them to communicate on.  So I would establish those

14  accounts, and then I would run the scripts and verify their

15  functionality.

16  **Q**.  So in sum, did you review the written contents of each of

17  those Python scripts by reading them, for example?

18  **A**.  I did.

19  **Q**.  And did you also perform testing of at least some of those

20  scripts?

21  **A**.  I did.

22  **Q**.  You also mentioned a PDF that you were provided.

23          Do you recall the title of that PDF?

24  **A**.  It was "Heralds of the Internet."

25  **Q**.  And what steps did you take in reviewing and analyzing the

1    contents of the "Heralds of the Internet"?

2    **A.** It was reading through the "Heralds of the Internet,"

3    examining the print screens that were in there as well as the

4    text that was in there, and comparing that to the programs that

5    I was provided with.

6    **Q.** And, in particular, with "Heralds of the Internet," did

7    that include screenshots or images of a Python computer script?

8    **A.** It did.

9    **Q.** Was there sufficient information in the "Heralds of the

10   Internet" PDF for you to make -- to come to any opinions or

11   conclusions about what that script did and whether it worked?

12   **A.** There was.

13   **Q.** Okay.  Mr. Baggett, I want to take these kind of groups of

14   files and break them down a little bit.

15            In general, what, if anything, did you determine

16   about the relationship of all those items that you received?

17   **A.** I think they could be categorized into, perhaps, three

18   different groups.  There was one -- one script that looked like

19   an early implementation of this, although it may or may not be

20   directly related to the second and third.

21            There was -- there was a group of three different

22   Python scripts that were identical in their function but

23   were -- were changed slightly in the way that they appeared but

24   basically served the exact same function.

25            And then there was the Heralds document, which I

 1    would say was an extension of the earlier scripts.

 2    **Q.**  Okay.  And I want to break down those three categories that

 3    you just mentioned.

 4            First, I want to refer you to what's been marked as

 5    Government Exhibit 508.  And, Mr. Baggett, you've got some hard

 6    copies next to you in folders that you can refer to.

 7    **A.**  I do.  508?

 8    **Q.**  508.  And do you recognize that document as a file that

 9    was -- that's titled "TelegramApp.py"?

10    **A.**  I do.

11    **Q.**  And, generally speaking, what kind of document are you

12    looking at?

13    **A.**  This is a Python script.

14    **Q.**  And is that one of the Python scripts that you analyzed in

15    connection with this case?

16    **A.**  It is.

17    **Q.**  And is it a true and accurate copy of that script?

18    **A.**  It is.

19            MS. WELLS:  Your Honor, I'd like to move to admit

20    Government Exhibit 508.  It's subject to connection with a

21    later witness.

22            MR. HERMAN:  No objection.

23            THE COURT:  All right.  Thank you.

24        (Said exhibit admitted in evidence.)

25    BY MS. WELLS:

1  **Q.** Mr. Baggett, can you tell us, in general, what Government

2  Exhibit 508 does?

3  **A.** Yeah, this is a Python script that will copy some -- some

4  things from one channel to another on the Telegram network.

5  **Q.** And does that script -- based on your review, does it work?

6  **A.** Based on my review of this script, it should work, yes.

7  **Q.** And then I want to turn your attention to the second

8  category of exhibits that you mentioned.  And specifically, I'd

9  like to direct your attention to what's been marked as

10  Government Exhibit 402, Government Exhibit 403.  And I'll slow

11  down so you can look at those.

12  **A.** Okay.  All right.  402, 403.

13  **Q.** 510 and 5091.

14  **A.** 5091?

15  **Q.** Yes.  And when you have those, let me know.

16  **A.** Okay.  And then 510?

17  **Q.** Yes.

18  **A.** Okay.

19  **Q.** Beginning with Government Exhibit 402, do you recognize

20  that document?

21  **A.** I do.

22  **Q.** And is that a Python script that's titled "NAS.py"?

23  **A.** One thing here.  Yes, this is NAS.py.

24  **Q.** Is it a true and accurate copy of one of the scripts you

25  reviewed and analyzed in this case?

 1    **A.**  It is.

 2    **Q.**  Turning to 403, do you recognize that as another Python

 3    script that's titled "NAS_ENG.py"?

 4    **A.**  I do.

 5    **Q.**  Is that also a true and accurate copy of one of the scripts

 6    you analyzed and reviewed?

 7    **A.**  It is.

 8    **Q.**  Turning to 510, do you recognize this as a third Python

 9    script that was also titled "NAS.py"?

10    **A.**  I do.

11    **Q.**  And is it a true and accurate copy of one of the scripts

12    you analyzed and reviewed?

13    **A.**  It is.

14    **Q.**  And then finally, 5091.

15    **A.**  Okay.

16    **Q.**  And is that yet another Python script that you analyzed and

17    reviewed in this case?

18    **A.**  It is.

19          MS. WELLS:  Your Honor, I'd also like to move to

20    admit Government Exhibits 402, 403, 510, and 5091, again,

21    subject to connection.

22          MR. HERMAN:  No objection.

23          THE COURT:  All right.

24       (Said exhibits admitted in evidence.)

25    BY MS. WELLS:

1  **Q.** Mr. Baggett, taking this collection of Python scripts, can

2  you describe what this group of four scripts generally do?

3  **A.** In general, they participate in a social media network

4  called "Telegram." They employ a number of bots to connect to

5  the social media network. They connect to various channels on

6  the network and then wait for commands for someone to allow

7  them to ask the bots to copy messages from one channel to

8  another.

9  **Q.** Do those scripts actually copy channels from -- excuse

10  me -- messages from one Telegram channel to another?

11  **A.** They do.

12  **Q.** In other words, do the scripts work?

13  **A.** They do.

14  **Q.** How are they different, if at all, from the first script

15  that you were describing, which is the TelegramApp.py in that

16  first category that you analyzed?

17  **A.** So the very first program that I analyzed, it -- one, it

18  didn't use bots to do the copying. It just ran as a single

19  program that would copy the files for you, and also it relied

20  on an address book of source channels and destination channels.

21          So basically the person who wanted to copy videos

22  from one channel to another had to change the program and say,

23  I want to copy from here to here, run the program, and then it

24  would do the copying for them.

25  **Q.** All right. And then finally, I want to direct your

1    attention to what's in evidence as Government Exhibit 201,

2    which you have in front of you, and then I'll put that up for a

3    moment.

4    **A.** Okay.

5    **Q.** Mr. Baggett, is this the document that you were asked to

6    analyze that you said was titled "Heralds of the Internet"?

7    **A.** It is.

8    **Q.** Can you describe for us generally what this document is?

9    **A.** This -- this document is a series of instructions on how to

10   take one of the programs that was in what we'll call the NAS

11   family of Python scripts.

12   **Q.** Is that the second group that we've talked about today?

13   **A.** The second group, yes.

14            To take those files and then add some additional

15   functionality to them so that they focus on specifically movies

16   or videos that are in the channels and copying just the movies

17   from one channel to another.

18   **Q.** So then how, if at all, is this document, "Heralds of the

19   Internet," different from the first Python script in that first

20   bucket that we've talked about?

21   **A.** It's different in the level of sophistication that -- that

22   exists.  I would say that there a first version was very basic

23   copying things from one channel to another.

24            And then there seemed to be an evolution of adding

25   some more automation to it in the next group of four scripts.

1    And then this document is adding yet another layer of

2    enhancements to that program to make it more functional.

3    **Q.** So is -- in your opinion, is Heralds of the Internet more

4    or less sophisticated than the other two buckets that you've

5    talked about?

6    **A.** I would say this is more sophisticated than the other two

7    buckets.

8    **Q.** And based on your review of this document, was there enough

9    information for you to determine whether the script that is

10   described here works or not?

11   **A.** Yes.

12   **Q.** And in your opinion, does the script that is described in

13   this document work?

14   **A.** Yes.

15   **Q.** All right.  Mr. Baggett, we're going to come back to these

16   various scripts, but before we go any further, I'd like you to

17   help us out with some terminology --

18   **A.** Okay.

19   **Q.** -- that either has or will come up.

20           MS. WELLS:  And for the record, Your Honor, I'm

21   showing the witness what have been marked as Government

22   Exhibits 702 through 715.

23   BY MS. WELLS:

24   **Q.** And, Mr. Baggett, when you have those exhibits in front of

25   you, let me know when you're ready.

1    **A.**  Okay.

2    **Q.**  And do these contain examples and images of some of the

3    terms that you're going to discuss today?

4    **A.**  They do.

5    **Q.**  And would these examples and images aid your explanation of

6    those terms and concepts during your testimony?

7    **A.**  They will.  They will.

8           MS. WELLS:  Your Honor, I'd like to move to admit

9    Government Exhibits 702 through 715 as demonstrative exhibits

10   and show them to the jury.

11          MR. HERMAN:  No objection.

12       (Said exhibits admitted in evidence.)

13   BY MS. WELLS:

14   **Q.**  Okay.  Mr. Baggett, if you could take a look at Government

15   Exhibit 702, this is titled "Operating Systems."

16          Can you see that on your screen?

17   **A.**  I can.

18   **Q.**  What is an operating system?

19   **A.**  So if we think about our computers, our computers are made

20   up of hardware and software; the hardware being the nuts,

21   bolts, and microchips, and the software being everything else

22   that makes it go.

23          So then within -- within the software you typically

24   have that broken down into two parts, the operating system and

25   the applications.  So if you were to take your iPhone and

1    delete all of the applications off of it or just take it right

2    out of the box, that is -- basically the operating system is

3    the core underlying functionality of the software.

4    **Q.** And so what does an operating system do in terms of how a

5    user interacts with a computer or a device?

6    **A.** It's the operating system's responsibility to tell the

7    hardware what to do.  So it adds a layer so that it will run on

8    a Dell or on other different platforms, and it makes that, you

9    know, invisible to the user.  It just happens at -- at the

10   operating system level.

11   **Q.** And there are two pictures on this exhibit.  One on the

12   left says "Windows," and one on the right says "Mac."

13          Do you see those?

14   **A.** I do.

15   **Q.** What are those?

16   **A.** Those are examples of the two most common operating systems

17   you see on laptops and desktop computers today.

18   **Q.** All right.  I want to direct you to Government Exhibit 703.

19   This is also titled "Operating Systems."

20          What do we see on this screen?

21   **A.** These are examples of the two most common operating systems

22   you would see on telephones or mobile devices.

23   **Q.** And just for the record, what are those two operating

24   systems that are set forth here?

25   **A.** There's iOS, which is used on Apple iPhones and Android,

1    which is used on just about every other phone.

2    **Q.** And so how is it there's operating systems that are on

3    phones but also on computers?  What's the distinction, if any,

4    there?

5    **A.** Well, it's really on the -- the distinction is really on

6    the hardware.  Of course, the operating system is customized

7    for the hardware it's on, but they serve the same purpose

8    really to allow you to run applications on those hardware

9    platforms.

10   **Q.** And using the mobile phone examples that we see here, are

11   the applications captured in the various icons that you can see

12   on the screen of a smart phone?

13   **A.** Correct, those would be applications.

14   **Q.** Are you familiar with another operating system or set of

15   operating systems that use the name "Linux"?

16   **A.** I am.

17   **Q.** I'd like to show you Government Exhibit 704.  What do we

18   see here?

19   **A.** These are two examples of the Linux operating system.

20   **Q.** First of all, what is the Linux operating system?

21   **A.** Much like Windows or Macintosh, its job is to allow you to

22   run applications, but most commonly you'll see Linux run in

23   servers like Facebook.com, Google, and other organizations that

24   are providing services to people.  They'll typically run a

25   Linux distribution to provide those services to people.

1   **Q.** What do you mean when you say "Linux distribution"?

2   **A.** Well, so Linux is actually a free operating system that you

3   can download off the internet, which means you can -- if you

4   don't like what a version of Linux does, you can download it

5   and make a new one.

6          And each of those different variations or changes to

7   the Linux operating system, we refer to those as distributions,

8   but you can think of them as flavors of the operating system.

9   **Q.** And who can make their own distribution or flavor of a

10  Linux operating system?

11  **A.** Any -- anybody with the technical skills to do so.

12  **Q.** And what are the two examples that we see on the screen

13  here of Linux operating system?

14  **A.** Here you see the Gentoo operating system and then the

15  Ubuntu operating system.

16  **Q.** And just for the record, can you kind of describe the

17  appearance of the Gentoo operating system and the image that we

18  see?

19  **A.** Yeah, it's the blue one with the white ghost-like face or

20  Pacman-like face on the -- right. And then Ubuntu is the -- I

21  don't know -- purple, red, and yellow background with the word

22  "Ubuntu" on the background.

23  **Q.** And looking at the Ubuntu example, is that sort of

24  purplish-reddish background the standard appearance of that

25  operating system if someone were to use it?

1    **A.**  Yeah, I think if -- for Ubuntu 18, if you installed that

2    version, that's the default background that you would have on

3    the Ubuntu operating system.

4    **Q.**  To the extent that an individual user is running a Linux

5    operating system on their computer, who is the sort of typical

6    Linux user?

7    **A.**  It's mostly technology people, people who want to have a

8    little more control of their computer than you can get from

9    Windows or the Macintosh.

10   **Q.**  And when you say have a little bit more control over their

11   computer, why are there all these different operating systems?

12   Why isn't there just one?

13   **A.**  Yeah, that's why there are so many denominations of

14   churches, right?  That's -- it's a personal preference.  It's

15   personal preference.

16   **Q.**  Do each of these operating systems have different features

17   or different capabilities depending on their design?

18   **A.**  Yes, it's certainly true that certain operating systems are

19   better at doing some things.  For example, the thing that makes

20   Windows and Macintosh unique is they provide a very easy-to-use

21   interface for people who might be unfamiliar with computers;

22   whereas, the Linux operating system is not as focused on ease

23   of use.  It's more focused on raw power and access to things.

24   **Q.**  And can these operating systems be even more specialized

25   depending on the creator's intent?

1   **A.** Certainly. I have -- well, my television is running the

2   Android operating system, which is a Linux distribution. So

3   we're customizing each of these operating systems down for

4   specific purposes all the time.

5   **Q.** All right. I want to show you Government Exhibit 705.

6          Is this yet another example of an operating system?

7   **A.** It is.

8   **Q.** And what is this one called?

9   **A.** This one is called TAILS.

10  **Q.** All right. And I just want to make this a little bit

11  larger so folks can see.

12         What does TAILS stand for?

13  **A.** Yeah, I think it's The Amnesic Incognitive Live System, if

14  I'm reading that properly.

15  **Q.** Incognito?

16  **A.** Incognito, yes. Thank you.

17  **Q.** What is TAILS or how is this distinct from the other

18  operating systems we've seen?

19  **A.** So one of the unique features of TAILS is you actually

20  don't install it on a computer. You would just put TAILS on,

21  like, a small removable drive that you could plug into a

22  computer and then turn it on, and then it would just boot up.

23         And it runs completely in memory, so that when it's

24  powered back off, there's no evidence of what was done on the

25  computer. So there's a great deal of privacy that's associated

1    with using the TAILS operating system.

2    **Q.** When you say that it boots up from memory and then it

3    doesn't leave evidence of what was done on the computer, can

4    you explain what you mean by that?

5    **A.** Yes. Typically when we turn on our computer, we have a

6    local drive or a hard drive or storage that's in our system.

7    And as we run our computers, we leave behind artifacts that

8    show, you know, the websites we went to, the emails we read,

9    and everything else that we've done on those systems.

10            Because TAILS runs exclusively in memory on your

11   computer and not actually on any storage device, when the power

12   is removed, then all of the memory just clears, and there's --

13   there's -- it's as though you never ran the operating system.

14   **Q.** And would that also, then, I think as you mentioned a

15   moment ago, remove evidence of what the user was doing when

16   they -- when they were using the TAILS operating system?

17   **A.** Certainly.

18   **Q.** Can -- and is TAILS a Linux operating system?

19   **A.** It is.

20   **Q.** Do Linux operating systems run on a variety of types of

21   devices, meaning desktops, laptops, mobile phones, et cetera?

22   **A.** They do.

23   **Q.** Are you familiar with the term "Linux emulator" or with the

24   concept of emulators in general?

25   **A.** I am.

**Q.** All right.  I'd like to show you Government Exhibit 706.

Tell us first what a Linux emulator mean -- is.  What does that term mean?

**A.** So an emulator -- a Linux emulator will let you run Linux applications on other operating systems, like on my Windows computer.  So, for example, if I were to buy Microsoft Office, I'd have to buy Microsoft Office for a Windows computer or if I -- unless I had a Mac.  If I have a Mac, I have to buy Microsoft Office for the Mac.

So applications are written specifically to an operating system, and this will allow you to run things from other operating systems on -- well, Linux on Windows or on Macs.

**Q.** So, for example, let's use the Windows computer example.

Are there software programs that are designed to run only on, say, Mac computers?

**A.** There are.

**Q.** And if I wanted to run one of those Mac programs on my Windows computer, what would I -- is an emulator one way of accomplishing that?

**A.** It is.  I'm not -- I'm not aware of actually a Mac emulator for Windows but in concept, yes.

**Q.** Okay.  So then extending that, let's use the Linux example.

Assuming you have a Windows computer, are there certain programs or software that are written for Linux

1    operating systems?

2    **A.** There are.

3    **Q.** And if you wanted to run a program that was written for a

4    Linux operating system on your Windows computer, is an emulator

5    one way that you could accomplish that?

6    **A.** It is.

7    **Q.** Does the emulator essentially allow the software to talk to

8    a different kind of operating system?

9    **A.** It allows the operating system to pretend like it has -- so

10   it will do some translation of what that thing on Windows would

11   mean and do some translation to allow those programs to run.

12   **Q.** And very specifically, I want to direct your attention to

13   the icon on the right side of your screen.  What is that icon?

14   **A.** This is Termux.

15   **Q.** What is Termux?

16   **A.** Termux is a Linux emulator.

17   **Q.** And does Termux work to, as you said, translate programs

18   that are written in Linux to other operating systems?

19   **A.** That is one of its functions, yes.

20   **Q.** Could Termux be used if someone was working on a mobile

21   phone, on a smart phone?

22   **A.** Yes.

23   **Q.** Could it also be used on a desktop or a laptop computer?

24   **A.** Yes.

25   **Q.** All right.  I want to turn to Government Exhibit 707, and

1    I'd like to talk about programming languages.

2              What is a programming language?

3    **A.** A programming language is a way that a programmer can put

4    together a series of instructions or commands that will tell

5    the computer to do things, and those scripts typically appear

6    as applications.  So Excel and Angry Birds and all the

7    applications we run on all of our computers are written in some

8    type of programming language.

9    **Q.** And on the right side of your screen, are these examples of

10   programming languages?

11   **A.** They are.

12   **Q.** Can you just read the four that are listed here?

13   **A.** Sure.  There's Python, Java, C++, and PowerShell.

14   **Q.** And you mentioned a couple of words that I want to circle

15   back to.  One of them was "script."  What is a script?

16   **A.** A script is just a series of instructions that you would

17   give to a programming language interpreter, and it would

18   execute those commands for you.

19   **Q.** If you write something in a programming language, is that

20   product something that might be called a script?

21   **A.** It is.

22   **Q.** Could it also be called a program, a computer program?

23   **A.** It could.

24   **Q.** And in your experience, particularly in teaching, do people

25   typically need some kind of training or education, either

1  formal or informal, in order to write in a programming language

2  like these?

3  **A.** Well, at some level, right.  So we all -- everybody who

4  came into it didn't know how to program when they took their

5  first class.  Actually, my class is, as I mentioned, an

6  introductory class.  So I've had people in there who've had

7  finance degrees and not programmed before.

8         But some of these languages are more difficult than

9  others.  For example, C++ is considered more of an advanced

10  language, typically used for operating systems.  I'd say Python

11  is much -- is a much easier language to learn.

12  **Q.** All right.  I want to talk a little bit more about Python

13  specifically.

14         And showing you Government Exhibit 708, first of all,

15  just looking on the left side of the screen, can you describe

16  what's there?

17  **A.** On the left side you see the Python icon and logo that's

18  associated with the programming language.

19  **Q.** And what is the logo?

20  **A.** It's actually a plus sign that's made up of two serpents'

21  heads.  So two snakes, presumably pythons, that are making that

22  plus sign.

23  **Q.** And is the Python programming language actually named for

24  the snakes?

25  **A.** It's not.  It's actually named after Monty Python's Flying

1  Circus.

2  **Q.**  Which is what?

3  **A.**  It's a British comedy troop.

4  **Q.**  If you wanted to use Python, how would you go about getting

5  this?

6  **A.**  You could download a copy of Python from Python.org, which

7  is the icon or the link you see there on the right side.

8  **Q.**  And just so the record is clear, are you referring to this

9  URL with the yellow box on the upper right-hand side?

10  **A.**  I am.

11  **Q.**  And so if you go to Python.org, can anybody download this

12  programming language?

13  **A.**  Yes.

14  **Q.**  Mr. Baggett, can you give us some examples of what a person

15  might do with a Python script?

16  **A.**  Really you can do anything with a Python script, but

17  examples of things that people use every day, many of the

18  websites that we access every day, like Facebook, Instagram,

19  Google, these web pages are developed in the Python programming

20  language.

21  **Q.**  Is it fair to say that programming languages generally can

22  be used for a wide variety of purposes?

23  **A.**  Certainly.

24  **Q.**  All right.  I want to talk about our smart phones.

25          And going forward to Government Exhibit 710, are you

1    familiar with the messaging applications listed here?

2    **A.**  I am.

3    **Q.**  First of all, what's a messaging application?

4    **A.**  Messaging application is just a way that two individuals or

5    two processes can speak to one another, send messages back and

6    forth.  Sending text messages to family, friends, coworkers,

7    over our phone would be an example of a messaging application

8    as well as those that you see on the screen here.

9    **Q.**  And what are the four that are listed here?

10   **A.**  So Facebook Messenger, WhatsApp, Twitter, and Telegram.

11   **Q.**  And are these all programs -- or are these all messaging

12   applications that can be downloaded as applications to smart

13   phones?

14   **A.**  Yes, you can download all of these, yes.

15   **Q.**  And are you also able to access these applications from a

16   desktop or a laptop computer?

17   **A.**  Yes.

18   **Q.**  How do you do that?

19   **A.**  You have a couple of ways.  You could download desktop

20   applications to do that, or for most of these services, you can

21   just open up a web browser and use your web browser to go to

22   these services.

23   **Q.**  And based on your experience, does the way that these

24   programs look, just taking the Facebook Messenger, for example,

25   does it look a little different if you've logged in from your

1    laptop or desktop versus if you're using the app on your phone?

2    **A.**  Generally speaking, there's -- there are slight differences

3    in the interfaces, so they do appear to be somewhat different.

4    **Q.**  All right.  I want to focus your attention on the fourth

5    item that we've listed here, which is Telegram.

6              Can you remind us what Telegram is?

7    **A.**  Yeah, this is another messaging application.

8    **Q.**  And then directing you to Government Exhibit 710, on the

9    right side of this screen, can you just describe what it is

10   that we're looking at?

11   **A.**  Yeah, on the right side you'll see the Firefox web browser,

12   and this was a screen capture from a video that I created where

13   I was running those scripts to show that they're functional.

14   So this is --

15   **Q.**  Okay.  Oh, pardon me.  Sorry.

16             Just generally speaking, is this a screenshot of the

17   Telegram Messaging application?

18   **A.**  It is.

19   **Q.**  Okay.  And you mentioned Firefox.  What is that?

20   **A.**  Firefox is a web browser.

21   **Q.**  And can you just explain to us what we're seeing first on

22   this left side of the screenshot?

23   **A.**  Certainly.  So I've gone to the web interface for the

24   Telegram network.  And on this screen on the left-hand side,

25   you'll see a list of channels that I am connected to.

1    **Q.** What is a channel in Telegram?

2    **A.** A channel is just a source of communication with one or

3    more people or one or more software applications.  If you were

4    on Facebook, all right, I think that you have -- companies can

5    have pages you can follow.

6           If you're on Twitter, then you can -- you can

7    follow if you're -- you can follow a person's things.

8           I think YouTube actually calls them "channels,"

9    right?  So when you subscribe to someone's channel, this would

10   just be a way that you would establish communication with a

11   group of people.

12   **Q.** In addition to being a part of a channel, can you also send

13   direct messages to users or groups of users on Telegram?

14   **A.** You can.  So in a channel you can either send to one

15   person, which would be a direct message, or multiple people.

16   **Q.** All right.  And then just turning your attention to the

17   right side of the page here, what do we see in this portion of

18   the picture?

19   **A.** So on the large green field, there you see some messages

20   that have been sent in the channel that I've currently got

21   selected on the left.  And you can see at the top that this is

22   the source vid channel, and there you see a couple of messages

23   that are inside of that channel.

24   **Q.** When you send messages in a Telegram channel, what are

25   examples of the different either types of files or types of

1    content that can be sent?

2    **A.** Yeah, so you can -- you can send just text messages, so I

3    can just type some words, and they'll appear on there.  But I

4    can also upload videos, pictures, and other media content.

5    **Q.** Can you do other file types, PDF documents, Word documents?

6    **A.** Certainly, yeah.

7    **Q.** All right.  I want to talk about programming languages that

8    we mentioned a moment ago and messaging applications together.

9          Is it possible to write scripts or write instructions

10   using programming languages like Python that work inside or

11   work with applications like Telegram?

12   **A.** It is.

13   **Q.** And can you give us some examples of how that might work or

14   what that might look like?

15   **A.** Sure.  So when I want to access the Telegram network as a

16   person, I open up a web browser, and I go to Telegram.org, and

17   I click things and type things.

18         I could write a Python script that does the same

19   thing that basically goes to the website, and my Python script

20   is going to have to have a username and password just like I

21   do.  It will have to log in, but within the Python -- I can

22   give it Python commands to say select a channel, to send

23   messages, to read messages, and so forth.

24   **Q.** Can a script automate something that a human user might

25   ordinarily do themselves?

1  **A.** Yes, certainly I would say that's the primary purpose of

2  writing a Python script, is to automate the steps that a human

3  being would do.

4  **Q.** And if you wanted to write a script for Telegram, for

5  example, or create that set of instructions for Telegram, what

6  kinds of programs or information would you or might you need to

7  have?

8  **A.** So I'd need a programming language like Python.  And then

9  once I've got Python on my system, I'd need some software that

10  knows how to talk to Telegram's network.  And the software that

11  you primarily use for the Telegram network is a program

12  called -- or a module called the Telethon module for Python.

13  **Q.** All right.  I want to show you Government 711.

14        All right.  At the top we see that word "Telethon"

15  that you just mentioned.  Can you explain to us what Telethon

16  is?

17  **A.** Telethon is -- you can think of it as an extension to the

18  Python programming language that allows the Python programming

19  language to talk to the Telegram network.

20  **Q.** And who is this accessible to?  Who can download or who can

21  find Telethon?

22  **A.** This is free and available on the internet.  Anybody can

23  download and use this.

24  **Q.** Is Telethon something, in your experience, that comes

25  automatically installed on any phones or computers?

1    **A.**  No, it's not.

2    **Q.**  Who is the audience or who is the user base for something

3    like Telethon?

4    **A.**  It's going to be a programmer, a Python programmer.

5    **Q.**  All right.  I want to turn to a different feature of

6    messaging platforms like Telegram.

7         Are you familiar with the term "bot," b-o-t?

8    **A.**  I am.

9    **Q.**  And what is "bot" short for?

10   **A.**  Robot.

11   **Q.**  And just for the record, I've put up Government 712.

12        All right.  So what does a bot do in a messaging

13   application or a Telegram environment?

14   **A.**  So just what we said, Python scripts really do the same

15   thing that human beings would do.  I would say if you want to

16   have lots of human beings doing lots of things, then each of

17   those little Python programs that are going to do things for

18   you, we call those bots.

19   **Q.**  Can a bot essentially be a stand-in for a single or maybe

20   even multiple human users?

21   **A.**  Yes, I'd say each bot is a stand-in for an individual, and

22   then you can have multiple bots.

23   **Q.**  What are some examples of what bots might do in Telegram or

24   another messaging application?

25   **A.**  Yeah, so a bot sits and listens for -- for commands or

1    situations to arise that it needs to respond to and do things

2    on it.

3              So examples of bots that we might encounter every day

4    are things like an out-of-office reply.  So if you send a

5    message to a coworker who is not there, you suddenly get an

6    email.  You could think of that as a bot that's running on your

7    email server.  Or if you get a text message and you reply --

8    you send back a message that says unsubscribe to text messages,

9    you could -- that's bot-like behavior that you might see that's

10   not in a -- in a messaging application.

11   Q.  So using your out-of-office message example, if you're away

12   on vacation, instead of replying to every single person who

13   sends you an email by saying, "Sorry, I'm away right now.  I

14   can't respond," does a program essentially do that for you?

15   A.  Correct.

16   Q.  And does that kind of programming save you time and, you

17   know, labor?

18   A.  It does.

19   Q.  Are bots like this used on social -- or on messaging

20   applications or social media?

21   A.  They are.

22   Q.  And are they used on Telegram?

23   A.  They are.

24   Q.  All right.  So then turning your attention here to

25   Government Exhibit 712, on the left do you see where it says

1  "Telegram bots"?

2  **A.** I do.

3  **Q.** Can you describe what's on the right?

4  **A.** On the right is a picture of the BotFather.

5  **Q.** What is the BotFather?

6  **A.** The BotFather is who you go to on the Telegram network when

7  you want to create a bot for their network.  And essentially

8  I -- the BotFather himself is a bot.

9        So I'd go to the BotFather, and I would ask the

10  BotFather for -- to allow me to create a bot, and he would give

11  me back a new username and password for my bot.

12  **Q.** And is this a feature that's built into Telegram, or is it

13  something outside of Telegram?

14  **A.** This is built into the Telegram network.

15  **Q.** And so you mentioned that you would go to this @BotFather

16  bot on Telegram.

17        What do you actually do if you want to get a bot?

18  How does it work mechanically?

19  **A.** So I'd send a message to the BotFather.  Actually, you send

20  the command "Start."  And then the BotFather comes back, and he

21  says, "What do you want your new bot to be called?"  And then

22  you give it an answer.

23        And then he asks you, you know, "What do you want

24  your login for your bot to be?"  And then you give it an

25  answer.  And then he says, "Here's the password for your new

1    bot."

2    **Q.**  Is that like a question and answer, like a conversation

3    almost that you're having with this computer program?

4    **A.**  It is.

5    **Q.**  Is that a feature that can be written into a computer

6    script, some kind of conversational back and forth?

7    **A.**  It is.

8    **Q.**  Once you've created a bot using the BotFather on Telegram,

9    what kinds of things can you do with it?

10   **A.**  That bot can then log in to the Telegram network with their

11   username and password that I got from the BotFather and do any

12   of the same things that I could do as a user, view messages,

13   send messages, copy messages.

14   **Q.**  And just very briefly I want to refer you back to the

15   scripts that we talked about earlier, the ones that you

16   analyzed in connection with this case.

17              Do some of those use bots that are created on

18   Telegram through the BotFather?

19   **A.**  They do.

20   **Q.**  Briefly, can you explain how those two things work

21   together?

22   **A.**  Yeah, so the -- what we'll call the NAS family, the group

23   of four scripts that had very, very similar functionality, all

24   of those you had bots who listened in various channels for

25   commands.  They would have a conversation with you, and then

1    they would do the work of copying messages from one channel to

2    another.

3    **Q.** And is that conversation that happens with the bot

4    something that's written into a Python script, for example?

5    **A.** It is.

6    **Q.** And in the case of the scripts that you analyzed, were

7    those conversations written in to those Python scripts by the

8    programmer?

9    **A.** They were.

10   **Q.** All right. Showing you Government 713, I want to switch

11   topics to something called a VPN. Are you familiar with that

12   term?

13   **A.** I am.

14   **Q.** What does VPN stand for?

15   **A.** It stands for virtual private networks.

16   **Q.** What does a VPN do?

17   **A.** A VPN provides privacy and connections to -- so that people

18   can't observe the traffic that's going on.

19   **Q.** When you say -- oh, pardon me. Go ahead.

20   **A.** No, I'm done.

21   **Q.** When you say so people can't observe the traffic that's

22   going on, in what way does a VPN prevent someone from observing

23   that traffic or observing what a user is doing?

24   **A.** So I'll run a VPN on my laptop or phone, and it will

25   scramble -- using encryption, it will scramble all of the

1    communications as they leave my phone.  And they will stay

2    scrambled until they reach the VPN provider, such as NordVPN or

3    one of those that you see here, at which point they will

4    unscramble it and then send it on to its destination.

5    **Q.**  Okay.  So when you're talking about scrambling something,

6    what's the word that's sometimes used to describe that process?

7    **A.**  It's called "encryption."

8    **Q.**  And then just for the record, can you tell us what the

9    examples of the VPNs are that are listed on the screen?

10   **A.**  Certainly.  NordVPN, ExpressVPN, Surfshark, and IPVanish.

11   **Q.**  And just generally speaking, what are these examples that

12   were selected here?

13   **A.**  These are consumer grade virtual private network services.

14   **Q.**  Do VPNs like these -- oh, sorry.  Let me ask you a

15   different question.

16          When you say consumer grade VPNs, what do you mean by

17   that?

18   **A.**  Consumer grade VPNs are ones that target home users or

19   people who are concerned about privacy and want to protect

20   themselves against their internet service providers or other

21   people seeing the traffic that they have.

22   **Q.**  And can anyone subscribe or use these services if they

23   elect to do so?

24   **A.**  Yes.

25   **Q.**  Sometimes for a fee?

1  **A.**  Yes.

2  **Q.**  In addition to encrypting or scrambling information, can

3  VPNs do anything to hide a person's IP address?

4  **A.**  They do.

5  **Q.**  First of all, what is an IP address?

6  **A.**  An IP address, you can think of it as your home address.

7  So just if somebody wants to send me mail, they need my home

8  address.  If I want to send someone else mail, I have to have a

9  mailbox.

10  IP address is your mailbox when you go onto the

11  internet.  It allows you to send and receive information across

12  the internet.

13  **Q.**  So when you use a computer, is your IP address essentially

14  the mailbox for that computer or device?

15  **A.**  It is.

16  **Q.**  And in what way do VPNs hide someone's IP address or their

17  computer mailbox?

18  **A.**  So because all of my data is scrambled and sent to my -- my

19  VPN provider and then descrambled there and then sent to the

20  ultimate destination, somebody like Facebook would see the

21  traffic coming from my VPN provider and not from me.

22  **Q.**  So VPNs are one way to -- through hiding your IP address

23  and your scrambling or encrypting your communications, is it

24  possible to use a VPN in a way that masks a person's identity

25  when they're using the internet?

1    **A.**  Well, I'd say hiding your IP address is one component of

2    masking your identity, but there are -- there are multiple

3    things you would have to do to really hide that.

4    **Q.**  And let's actually talk about what some of those other ways

5    might be.

6            Are you familiar with other applications or programs

7    that people can use in order to hide their identities online?

8    **A.**  I am.

9    **Q.**  All right.  Showing you Government 714, on the left here it

10   says "Tor," spelled T-o-r.  Are you familiar with this?

11   **A.**  I am.

12   **Q.**  What is Tor?

13   **A.**  Tor is The Onion Router.

14   **Q.**  What is The Onion Router?  What is Tor?

15   **A.**  Tor is a series of internet hops that, much like a VPN,

16   will forward traffic from one point to another to another to

17   allow people to mask their -- the point of origin of the

18   traffic.

19           The Tor browser also does some things like turning

20   off known ways that people can unmask that information by

21   asking your browser for -- for your address and things like

22   that.

23   **Q.**  Okay.  Can you -- let's break that down.  How does -- how

24   does the Tor browser additionally hide information that someone

25   else might uncover?

1    **A.** So the security professionals come up with various

2    techniques for -- for sending things to web browsers to try and

3    ask them, hey, where are you and getting that information back.

4              And Tor, they keep up with what those techniques are,

5    and they basically disabled those things in the browser.

6    **Q.** What would be the effect of using a VPN in combination with

7    a Tor browser, for example?

8    **A.** You would have an additional layer of encryption on

9    there -- on top of the use of The Onion Router.  So you would

10   have both your IP address masked, and it would be encrypted

11   through your internet service provider so that they couldn't

12   see it.

13   **Q.** In addition to VPNs and Tor, are there yet other ways to

14   mask your identity when you're using a computer or online?

15   **A.** I'm sure there are, yes.

16   **Q.** And showing you Government 715, this slide is titled "Other

17   Security Methods."  Do you see that?

18   **A.** I do.

19   **Q.** And is there a list of a few things on the right side?

20   **A.** There are.

21   **Q.** Starting with the one at the top, do you see where it says

22   "PGP"?

23   **A.** I do.

24   **Q.** Are you familiar with that?

25   **A.** I am.

1    **Q**.  What does "PGP" stand for?

2    **A**.  PGP stands for pretty good privacy.

3    **Q**.  What is PGP or pretty good privacy?

4    **A**.  It's a suite that'll allow you to encrypt information

5    that's stored locally on your computer, so that only the person

6    who has the password or the key can decrypt the information.

7    **Q**.  And how would someone have that password or key or who

8    might have access to that?

9    **A**.  Whoever encrypted the data would be the only person that

10   would have that key.

11   **Q**.  So without that key, in other words, without being the

12   person who encrypted the data, would anyone else be able to

13   read the content of what data is?

14   **A**.  Unless they've -- someone else has gotten a copy of the

15   key, no.  Only the people that have a copy of the key can

16   unencrypt the data.

17             MS. WELLS:  And, Your Honor, just for the record, I

18   may have neglected to address Government 715, but I would move

19   this into evidence as a demonstrative exhibit for the same

20   reasons --

21             THE COURT:  You've included it before.

22             MS. WELLS:  Thank you, Your Honor.

23   BY MS. WELLS:

24   **Q**.  All right.  Moving past PGP, what is the next entry in this

25   list?

1   **A.**  BleachBit.

2   **Q.**  Are you familiar with BleachBit?

3   **A.**  I am.

4   **Q.**  What is that?

5   **A.**  Its purpose is to clean up artifacts that have been left

6   behind by running programs.

7   **Q.**  What do you mean when you say artifacts left behind by

8   running programs?

9   **A.**  It's the kind of things that a digital forensics

10  investigator could use to figure out what you've been using

11  your computer for.  PG -- or BleachBit will go through and

12  remove a lot of those artifacts.

13  **Q.**  And so if someone used BleachBit, would that then affect

14  the ability of a forensic examiner to recover files from a

15  computer?

16  **A.**  If used properly, yes.

17  **Q.**  And would that also include -- or let me back up.

18          Are there certain circumstances where a forensic

19  examiner can recover deleted information from a computer?

20  **A.**  Yes.

21  **Q.**  What effect, if any, would BleachBit, if used properly,

22  have on some -- the ability to recover even deleted information

23  from a computer?

24  **A.**  If used properly, it could make it unrecoverable.

25  **Q.**  And then finally, the third one on the list here is

 1    BitLocker.  Are you familiar with that?

 2    **A.**  I am.

 3    **Q.**  What is it?

 4    **A.**  It serves a function very similar to PGP, or pretty good

 5    privacy, in that it will encrypt the data on your computer.

 6              MS. WELLS:  Your Honor, I'm happy to continue for the

 7    next, I think, 10 minutes, but I'm just flagging that this is a

 8    good stopping point but happy to proceed.

 9              THE COURT:  It's been a long day, right, folks?

10              THE JURY:  Yes.

11              THE COURT:  So if you say it's a good stopping point,

12    I'm going to take your word for it.  So why don't we knock off

13    for the day.

14              We will begin tomorrow at 9:30.  And as always,

15    please don't discuss the case, let anybody discuss it with you.

16    If there's any publicity about it, please don't subject

17    yourself to any publicity.  I'm not suggesting there will be,

18    but there could be.

19              So just go home a little early, a little early today,

20    and enjoy it.  Remember also when we're talking about schedules

21    that Monday is a federal holiday.  So for some of us, we won't

22    be working, and that would include all of you as far as your

23    jury service is concerned.  And Friday we are not having court

24    as well, so --

25              THE CLERK:  This Friday?

1      THE COURT:  This coming Friday, yes.  This is Friday.

2  Today is Wednesday.  Friday we are not having court.

3      So have a great evening, folks.  Thank you so much

4  for your service and your attention.  And we'll adjourn.

5      THE CLERK:  All rise.

6    (Jury out.)

7      THE COURT:  Anything to talk about before we go home?

8      MS. WELLS:  Not from the government.

9      MR. GREENBERG:  Yes.

10      THE COURT:  You said yes?

11      MS. WELLS:  Yeah, Your Honor, can the witness be

12  excused unless it pertains to Mr. Baggett?

13      THE COURT:  I'm sorry?

14      MS. WELLS:  I was just asking if the witness could be

15  excused unless this pertains to Mr. Baggett.

16      THE COURT:  Oh, sure.  Yes, you can leave.  We'll

17  start right at 9:30 tomorrow.

18    (The witness left the courtroom.)

19      MR. GREENBERG:  Judge, we wanted to address the

20  juror -- about the juror issue.  I think the government and the

21  defense are in agreement that she keeps nodding off.

22      THE COURT:  It's really -- I've been keeping an eye

23  on her.  It's like she closes her eyes, and then she seems to

24  be okay.

25      MR. GREENBERG:  The other juror leans over and pokes

1    her periodically.  Maybe -- maybe speak to her first thing in

2    the morning about it?  It seems to be a morning issue.

3            THE COURT:  Yes, she definitely was not doing it this

4    afternoon.

5            MR. GREENBERG:  Or yesterday afternoon, I would agree

6    with that, but it's --

7            THE COURT:  If you would like me to speak to her off

8    the record, just ask her -- I know she's the one who had some

9    child care problems, so she may be staying up late at night and

10   not getting enough sleep.

11           MR. GREENBERG:  Yeah, we have no objection to that.

12   But both sides have noticed that she's definitely -- I mean, I

13   know during my cross, I can understand it, but during the

14   direct I would expect her to be alert.

15           THE COURT:  Well, it was a long morning, and it was

16   kind of tedious because you were going through a lot of these

17   chats and everything else.  So I could see why somebody might

18   nod off.  Nothing -- I'm not being personal here.

19           MR. GREENBERG:  We're told it's starting to look like

20   a mortgage fraud trial.  If you could speak with her, Judge.

21           THE COURT:  If you don't mind, I will just speak to

22   her before we begin tomorrow and just say, "Are you okay?  I

23   know you had an issue there."  She's never mentioned it again.

24   So I hate to let somebody go this early in a case.

25           We did have many years ago when Claire was a law

1　clerk for me, actually, we had a juror who was having epileptic

2　seizures, mild ones, where he would just sort of zone out.  And

3　we didn't know that, but his fellow jurors did.  And the way we

4　dealt with that -- I know it's a different issue -- the jury --

5　it was a six-month trial -- the jury was bonded at that point,

6　and we decided not to let him go but to put him as alternate

7　No. 6, so that he could --

8　　　　　　MR. GREENBERG:  What kind of a case took --

9　　　　　　THE COURT:  Wait, wait.  We're on the record right

10　now.  So, I mean, there are ways to do this --

11　　　　　　MR. GREENBERG:  Okay.

12　　　　　　THE COURT:  -- without letting her go.  But let me --

13　if you don't mind me talking off the record, then I'll come

14　back and tell you what is said.  Is that agreeable?

15　　　　　　MS. WELLS:  Yes.

16　　　　　　MR. JONAS:  Yes, Judge.

17　　　　　　MR. GREENBERG:  Sure.

18　　　　　　THE COURT:  And then we'll see where we go from

19　there.  We do have three alternates here, so I think we'll

20　probably be safe.  The other folks seem to be pretty engaged.

21　　　　　　Okay.  Now let's go off the record.

22　　　　(Discussion off the record.)

23　　　　　　THE COURT:  All right.  See you tomorrow.

24　　　　(Adjournment at 4:25 until 9:30 a.m. on 10/7/2021.)

25

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on October 6, 2021, Volume No. 2, before the HON. ROBERT W. GETTLEMAN in the above-entitled matter.


*/s/ Nancy L. Bistany, CSR, RPR, FCRR*          December 8, 2021

    Official Court Reporter                          Date
    United States District Court
    Northern District of Illinois
    Eastern Division