1
2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

3
4
5
6
7
8

UNITED STATES OF AMERICA,               )
                                        )
              Plaintiff,                )
                                        )
        vs.                             ) No. 19 CR 869
                                        )
THOMAS OSADZINSKI,                      ) Chicago, Illinois
                                        ) October 7, 2021
              Defendant.                ) 9:11 a.m.

9       TRANSCRIPT OF PROCEEDINGS - Volume No. 3 AM

10        BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                    and a Jury

12
13

APPEARANCES:

14    For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
                                United States Attorney
15                              BY:  MR. BARRY JONAS
                                     MS. MELODY WELLS
16                              Assistant United States Attorneys
                                219 South Dearborn Street, Fifth Floor
17                              Chicago, Illinois  60604
                                (312) 353-5300

18
19                              MS. ALEXANDRA HUGHES
                                Trial Attorney, Department of Justice
20                              National Security Division
                                950 Pennsylvania Avenue, NW
21                              Washington, D.C.  20530

22

23    Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              *nancy_bistany@ilnd.uscourts.gov*

1    APPEARANCES:   (Continued)

2

3    For the Defendant:              GREENBERG TRIAL LAWYERS
                                     BY:   MR. STEVEN GREENBERG
3                                    53 West Jackson Boulevard, Suite 1260
4                                    Chicago, Illinois  60604
                                     (312) 879-9500
5

6                                    LAW OFFICE OF JOSHUA G. HERMAN
                                     BY:   MR. JOSHUA G. HERMAN
7                                    53 West Jackson Boulevard, Suite 404
                                     Chicago, Illinois  60604
8                                    (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2    WITNESS                                          PAGE

3    MARK BAGGETT

4        DIRECT EXAMINATION (Resumed) BY MS. WELLS      460

5        CROSS-EXAMINATION BY MR. HERMAN                518

6        CROSS-EXAMINATION (Resumed) BY MR. HERMAN      532

7        REDIRECT EXAMINATION BY MS. WELLS              545

8        RECROSS-EXAMINATION BY MR. HERMAN              554

9

10   MICHAEL FEE

11       DIRECT EXAMINATION BY MR. JONAS                557

12       CROSS-EXAMINATION BY MR. GREENBERG             594

13       REDIRECT EXAMINATION BY MR. JONAS              625

14       RECROSS-EXAMINATION BY MR. GREENBERG           628

15

16   KHALEEL

17       DIRECT EXAMINATION BY MS. WELLS                631

18

19

20

21

22

23

24

25

1           (Jury out.  Proceedings in open court.)

2           THE COURT:  Good morning, everybody.  Do you have to

3     call the case?

4           THE CLERK:  I should.

5           THE COURT:  We know what it is.

6           THE CLERK:  19 CR 869, USA versus Thomas Osadzinski.

7           THE COURT:  I just wanted to tell you before the jury

8     comes in -- and they're right outside here -- I did talk to

9     Ms. Williams today.  She has some sleep problems.  I'm very

10    sympathetic with that because I have the same kind of problems.

11          She would like to continue at this point.  I told her

12    how important it was.  She knows how important it is.  And I

13    said that I would talk to her later today when we break this

14    afternoon and that I would make a decision for her and see how

15    she feels at that point.

16          She felt that she was able to follow along pretty

17    well even though she did nod off once or twice.  Not uncommon,

18    but I wanted to see how she felt at the end of today.  And if

19    she feels that it is too much of a burden -- she does have a --

20    she has two kids.  She has a special needs child that she's

21    arranged to have someone pick up from school and take home, so

22    she's pretty comfortable with that, but that has been a burden

23    on her as well.

24          So I understand from what you said yesterday that if

25    I decide to let her go, there would be no objection from the

1    parties.  Is that correct?

2              MR. JONAS:  That's correct, Judge.

3              MR. GREENBERG:  Yes, Your Honor.

4              THE COURT:  Okay.  All right.  Let's bring them in.

5              THE CLERK:  All rise.

6        (Jury in.)

7              THE COURT:  Good morning, folks.  Please be seated.

8              Mr. Baggett, you're still under oath, sir.

9              MS. WELLS:  May I proceed, Your Honor?

10             THE COURT:  Yes.

11        MARK BAGGETT, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

12                  DIRECT EXAMINATION (Resumed)

13   BY MS. WELLS:

14   **Q.**  Good morning, Mr. Baggett.

15   **A.**  Good morning.

16   **Q.**  All right.  Yesterday during your testimony we talked about

17   three different groups of Python computer scripts or programs

18   that you analyzed in this case.  Do you recall that?

19   **A.**  I do.

20   **Q.**  Can you remind us first what Python is?

21   **A.**  Python is a programming language that you create computer

22   applications with.

23   **Q.**  And can you remind us what a script is?

24   **A.**  A script is a collection of Python commands that form the

25   application.

1   **Q.** And are those essentially instructions that go to a

2   computer?

3   **A.** They are.

4   **Q.** All right. I want to talk about what those three groups

5   were.

6          And beginning with Government Exhibit 508, which you

7   can pull up in front of you -- just for the witness only for

8   the moment -- can you tell us what that first group or category

9   of computer script does?

10  **A.** Yes. Let me remind myself what 508 was. Okay.

11  **Q.** For the record, that's the file that was titled

12  "TelegramApp.py."

13  **A.** So the first Telegram script would copy files from one

14  channel or source location to one destination channel.

15  **Q.** Did it copy particular channels?

16  **A.** Yeah, so there is a bit of an address book in the -- in the

17  script itself that had the numbers that are associated with

18  channels. And the person running the script would choose a

19  source channel and a destination channel from the address book.

20  **Q.** Are the channels specified within the code itself?

21  **A.** They are.

22  **Q.** All right. I want to turn to the second group of scripts

23  that you looked at, which, for the record, are Government

24  Exhibits 402, 403, 510, and 5091.

25         And I think we called these yesterday NAS.py group.

1    Do you recall that?

2    **A.** Yes.

3    **Q.** Can you tell us, just generally, what that group of scripts

4    does?

5    **A.** Yeah, so all four of the scripts in that group perform

6    basically the same function.  They incorporated the use of bots

7    to move videos from one source channel to another.  So it was

8    similar to the first one in that they both copied messages from

9    channel to channel, but it was more sophisticated than that.

10   It used bots to do the actual moving of the files.

11   **Q.** All right.  And finally, we talked about a document called

12   "Heralds of the Internet," which is Government Exhibit 201.

13            And can you explain to us what that document

14   described?

15   **A.** That document described how to take one of the scripts from

16   the NAS.py family of four scripts that we had and to add

17   additional capabilities to it that would focus the messages

18   that were copied from one location to another to just those

19   messages that contained videos.

20   **Q.** And how did that "Heralds of the Internet" document compare

21   to the first two groups that we've talked about?

22   **A.** It was an extension of the NAS.py group.  So you'd start

23   with that NAS -- one of those NAS scripts, and then you would

24   add the search capability to it.

25   **Q.** So did you observe whether there were differences or

1    modifications between each of those three groups?

2    **A.**  There were certainly differences in the level of

3    sophistication.  And, you know, if I was going to apply some --

4    some analysis to it, I would say that the first Telegraph

5    script probably came first, and then the NAS.py probably came

6    second, and then certainly the information in the Heralds

7    document had to come after the NAS group of scripts.

8    **Q.**  All right.  Let's take a look at one of those.  I'd like to

9    show for the courtroom, please, what's already in evidence as

10   Government Exhibit 508.

11           Mr. Baggett, what are we looking at?

12   **A.**  This is the very first script, the Telegram.py.  And

13   there's -- this is the first set of commands that you have that

14   make up this Python script.

15   **Q.**  Is this page that we see kind of generally speaking what a

16   Python script or a computer script might look like?

17   **A.**  Yes, it is.

18   **Q.**  And we've talked a couple of times about files that are

19   called something.py.  Can you explain what that ".py" means?

20   **A.**  Certainly.  So the extension of a file is what we call

21   those letters at the end.  Typically we'll associate it with an

22   application.  So Word documents will end in .doc, .docx.  Excel

23   spreadsheets in .xls.  It's just a way of associating those

24   files with the program that's going to run it.

25           And ".py" says this is a Python script or a Python

1    program.

2    **Q.**  And you reviewed this document; is that right?

3    **A.**  I did.

4    **Q.**  And I believe you stated a moment ago that in this original

5    script, this original program, that it copied and pasted from

6    certain already specified Telegram channels; is that right?

7    **A.**  That's correct.

8    **Q.**  I just want to direct -- I just want to direct your

9    attention and enlarge these lines, which is lines 14 through 35

10   here.

11            Can you explain to us what we see in this section?

12   **A.**  So this is where it's creating its address book of -- I

13   think these are the source channels that the places that it's

14   going to copy messages from.  And there you see the names of

15   the channel and then a number that is associated with each of

16   the channels.

17   **Q.**  And just for the record, I'm going to direct you to just a

18   few of these as examples, but can you tell us the names of the

19   channels listed in lines 20 through 22?

20   **A.**  Certainly.  You want me to read the --

21   **Q.**  Just the names, please.

22   **A.**  Okay.  "AlHayat, AlFurat, AlFurqan, AlQuran, AlFatwa."

23   **Q.**  And you don't have to read all of them.

24            I'll direct you to one more just at line 29.

25   **A.**  "AlNaba."

1    **Q.** And then finally, on line 27.

2    **A.** "Himma2."

3    **Q.** All right.  And then if you look at the bottom half of the

4    page, is there another similar list?

5    **A.** Yes, there is.

6    **Q.** What is -- what is this list?

7    **A.** This is the "Channel to" list.  So this is as in "to" as in

8    destination.  So this is the list of available channels that

9    you could copy messages to as your destination.

10   **Q.** Okay.  I want to turn to that second group that we talked

11   about.  So that was the first group.

12           And the second group, I think, is what we've called

13   the "NAS.py group."  And did you review those scripts?

14   **A.** I did.

15   **Q.** Did you perform any actual testing of any of those scripts?

16   **A.** I did.

17   **Q.** And more specifically, did you actually test Government

18   Exhibits 402, 403, and 510?

19   **A.** I did test three scripts.  I'm assuming that those are the

20   government numbers.  510, yes.  You said 403?

21   **Q.** Yes.

22   **A.** Yes.  And 402?

23   **Q.** And 402, yes.

24   **A.** Yes, I did test each of those.

25   **Q.** Can you explain how you did the testing?

1   **A.** Well, they're Python programs, so I ran the programs to see

2   what they did.

3              I also read over the code to understand what their

4   intended purpose was and to understand what requirements they

5   might have in order for them to run.

6   **Q.** And just to preview, did all of this group of scripts --

7   were they identical in how they were written, or were there

8   some differences?

9   **A.** They were different but not in function.  So they performed

10  the exact same functions.  The differences, I would say, were

11  more windows dressing kind of thing.  So where I might ask you

12  your name by saying, "What is your name," one of those would be

13  in English, another one would be in some Arabic characters, or

14  we might ask those same questions different ways.  But no

15  substantial differences between them.

16  **Q.** Were those differences, differences that affected the user

17  interaction with the computer program?

18  **A.** It asked the same questions but asked them in different

19  ways.  So in the sense that the questions were asked

20  differently, it affected the user interaction.

21  **Q.** Were each of the scripts in this group complete?  In other

22  words, did they -- did they have all of the things that they

23  needed in order to run?

24  **A.** They did.

25  **Q.** And were they fully functional based on your review?

1    **A.**  They were.

2    **Q.**  Now, before you did the testing of these scripts, did you

3    observe anything about Telegram, which is the program that

4    you've said they worked with -- were there any changes in

5    Telegram that affected these programs?

6    **A.**  There were.

7    **Q.**  Can you tell us what that change or changes were?

8    **A.**  Certainly.  So prior to -- well, on March 9th of 2021, the

9    Telegram social media network disabled the ability to look up

10   one of those channel numbers based upon a web link.

11          Prior to that, the program could ask the Telegram

12   network to give it a channel number based upon a web link, but

13   after March 9th, it -- that capability no longer existed.

14   **Q.**  So because Telegram made a change in its functionality,

15   what effect, if any, did that have on your testing?  What did

16   you have to do?

17   **A.**  There was a line of code that called this function to say,

18   give me the channel number for this web link.  I simply removed

19   that line, and it just gave it the channel numbers directly in

20   my testing.

21   **Q.**  To be clear, you said that Telegram made that change on

22   March 9th of 2020.  Is that the right date?

23   **A.**  2021.

24   **Q.**  2021.  Pardon me.  Would the script have worked completely

25   unchanged based on your analysis before that date?

1    **A.**  It would have, yes.

2    **Q.**  Okay.  Mr. Baggett, in preparation for your testimony

3    today, did you review a list of steps that explained what this

4    group of scripts did?

5           And for the record, that's been marked for

6    identification as Government 721.

7    **A.**  I did.

8    **Q.**  And does that fairly and accurately describe your

9    understanding of the steps involved in running this group of

10   scripts?

11   **A.**  It does.

12          MS. WELLS:  Your Honor, I'd like to move to admit

13   Exhibit 721 as a demonstrative exhibit.

14          MR. HERMAN:  No objection.

15          THE COURT:  All right.

16       (Said exhibit admitted in evidence.)

17          MS. WELLS:  And permission to publish it.

18          THE COURT:  Go ahead.

19   BY MS. WELLS:

20   **Q.**  All right.  Mr. Baggett, do you see the image that's up on

21   your screen?

22   **A.**  I do.

23   **Q.**  What is this?

24   **A.**  These are the steps that I had to go through in order to

25   reproduce the functionality of these scripts.

1    **Q.** Okay. And just very briefly, I'd like to take each of

2    these one at a time.

3          The first step that is listed here says, "Identify

4    source and destination channels." Do you see that?

5    **A.** I do.

6    **Q.** Can you explain what you mean by that?

7    **A.** So if I was going to run the script and have it copy

8    messages from one channel to another, then I had to create some

9    channels on the Telegram network and put some videos there so

10   that it could -- it would have some source material to work on.

11   So I did create those channels.

12   **Q.** And if someone were running this script on their own in

13   Telegram, do you have to create a channel to start with or

14   could you also identify a channel that already exists?

15   **A.** I could have targeted other channels that already exist.

16   **Q.** All right. The second step that's listed says, "Prepare

17   bots." Can you explain what that means, please?

18   **A.** Certainly. So the bots were going to be responsible for

19   copying the messages from the source channel to the destination

20   channel.

21          I had to create some bots, so I went to the BotFather

22   that we looked at earlier and asked it for some accounts for

23   bots and then took the usernames and passwords that were given

24   and gave those to my bots.

25   **Q.** And same question, if you already had your own bots, could

1    you have used those to run this script?

2    **A.** Certainly.

3    **Q.** All right.  The third step says, "Add bots to source and

4    destination channels."  Can you please explain what that means?

5    **A.** Yes.  So if I want to copy some messages from a channel to

6    a destination channel, just as a person, right, I would have to

7    be able to go into that channel and view the messages that are

8    in that channel.  And I'd also have to have permissions to

9    write to the channel that I wanted to do -- to write things to.

10          The same is true for the bots.  So the bot accounts

11   have to join both the source channels and the destination

12   channels.

13   **Q.** And when you say permission to write to the accounts, what

14   does that mean?

15   **A.** Well, much like if I go to a Facebook channel that belongs

16   to a company, I can't post messages or add comments until I've

17   followed the web page or joined the channel.

18          It's very similar to that process.  They have to join

19   the channel.

20   **Q.** You need some kind of permission or access; is that fair?

21   **A.** Correct.

22   **Q.** All right.  The fourth step is "Run script."  Tell us about

23   that.

24   **A.** So once the environment is -- is set up with all of the

25   source channels and I have my logins and passwords for the

1    bots, I just run the Python program, and it takes over from

2    there.

3    **Q.**  The last step says, "Instruct bots."  Can you explain what

4    that means?

5    **A.**  Yes.  So once the program is running, the bots are now

6    listening in various channels waiting for commands, such as

7    telling it to begin a copy process.

8              And so then I just have to go into one of the

9    channels that the bots are in and instruct them to begin the

10   copy process.

11   **Q.**  Once you instruct the bots to begin the copy process, what

12   happens?

13   **A.**  The bots take over from there.  They -- they'll ask you

14   some questions.  They'll ask you what channel do you want to

15   copy messages from, what channel do you want to copy messages

16   to.

17             Then it has to know how many messages are in the

18   channel.  So it will ask you to take a step to figure out how

19   many messages are there, and then you tell it how many messages

20   were in the channel.  And then it can ask -- it will ask you

21   whether or not you want to forward the messages or copy the

22   messages.

23             And once you answer those questions by having the

24   conversation with the bot, much like I had a conversation with

25   the BotFather, then the bot begins moving the messages that

1    you've requested.

2    **Q.**  And at that point, once the bots begin moving the messages

3    that you've requested, do you have to do anything else?

4    **A.**  No.  They just appear in the destination channel.

5    **Q.**  And is that the final result of all of this, "Files added

6    to destination channel"?

7    **A.**  It is.

8    **Q.**  Okay.  Mr. Baggett, you've mentioned a couple times that

9    you did testing of some of these scripts.

10              Did you record one of those tests?

11   **A.**  I did.

12   **Q.**  And what generally did you record?

13   **A.**  I recorded me running the bots and then interacting with

14   the bots, so the last two steps in this process and then the

15   final result of the videos appearing in the destination

16   channel.

17   **Q.**  And, Mr. Baggett, you have in front of you what's been

18   marked as Government Exhibit 700, which should be a disk.  Let

19   me know when you have that and if you recognize the disk.

20   **A.**  I do.

21   **Q.**  And is that -- does that disk contain a true and accurate

22   copy of the testing video that you just described?

23   **A.**  It does.

24   **Q.**  And does that video accurately depict the manner in which

25   the script you tested works?

1    **A.** It does.

2              MS. WELLS:  Your Honor, I'd like to move to admit

3    Government Exhibit 700.

4              MR. HERMAN:  No objection.

5              THE COURT:  Okay.

6         (Said exhibit admitted in evidence.)

7              MS. WELLS:  And permission to publish, please.

8    BY MS. WELLS:

9    **Q.** All right.  Mr. Baggett, we're going to watch your video.

10   And before I hit play, can you kind of preview for us what

11   we're going to see during the first about 10 or 11 seconds of

12   this?

13   **A.** So there were two steps in that process.  One was run the

14   script, and the other was interact with the script.

15              In the first 10 seconds or so, you should see me run

16   the script, and you'll see me start the script.  And then the

17   script will start asking me some questions.  This will be the

18   output that the programmer would see, not necessarily the

19   person using the bots.

20   **Q.** And so the record is clear, does this depict specifically

21   your test of Government Exhibit 403, which was titled

22   "NAS_ENG.py"?

23   **A.** It does.

24        (Said video played in open court.)

25              MS. WELLS:  I want to hit pause and just rewind this

1    just briefly.

2         (Said video played in open court.)

3    BY MS. WELLS:

4    Q.  Mr. Baggett, can you orient us to what we're looking at on

5    the screen, just beginning with kind of this column here on the

6    left?

7    A.  Yes.  So on the left you see a Firefox web browser.  And

8    inside that Firefox web browser, it's kind of broken down to

9    that large green field.

10        And then the white section on the left -- in the

11   white section you have a list of all of the channels that my

12   Telegram account is -- has joined.  And there you see one

13   channel is highlighted in blue.  That's the main channel.

14   That's the one I've currently got selected.

15   Q.  And what kind of channel is the main channel?

16   A.  The main channel is actually a conversation with a bot that

17   I've named "Main."

18   Q.  So is "Main" representative of one of those bots that we're

19   going to see working in a few minutes?

20   A.  It is.

21   Q.  And moving down to the channel just below this with the

22   orange S, do you see that?

23   A.  I do.

24   Q.  What is that, and what is it called?

25   A.  That is a -- the "Source Vid" channel is what it's called,

1    and it's a channel that I created and prepopulated with some

2    videos so that I would have some things to copy.

3    **Q.** Then moving down to the next channel with the sort of pink

4    or red letter D, what is this one?

5    **A.** That's the "Dest Vid" channel, and it's another channel

6    that I created that is currently empty.  It has no videos in

7    it.

8    **Q.** One more further down there's a green B, which is the

9    fourth one.  What is this?

10   **A.** That is one of my two bots that are going to actually do

11   the copying from channel to channel.

12   **Q.** One below that, what do we see?

13   **A.** That is the BotFather, and that's where I started a

14   conversation with the Telegram BotFather in order to create the

15   bots that are -- you see on the other channels.

16   **Q.** And is that the same BotFather that we discussed yesterday

17   afternoon?

18   **A.** It is.

19   **Q.** And then finally, below that there's a "Test 1."  What is

20   that?

21   **A.** That's another one of the two bots that I created.

22   **Q.** Then just looking a little further to the right, what is in

23   this area of the video?

24   **A.** This is where any messages that were posted to the channel

25   would appear.  At the moment there are no messages there, but

1    as messages are being typed, you'll see those appear in that

2    green field.

3    **Q.**  And then finally, it's a little bit to the back here, but

4    is there kind of a second white screen area a little off to the

5    side?

6    **A.**  There is.  This is the Python program that -- that we're

7    going to run.

8    **Q.**  So you have -- is there a second screen that's kind of

9    running on the side for us to see the programming side as well

10   as the Telegram side?

11   **A.**  There is.

12   **Q.**  Okay.  I'm going to go ahead and hit play, and we'll watch

13   just the first few seconds.

14       (Said video played in open court.)

15   BY MS. WELLS:

16   **Q.**  All right.  Mr. Baggett, can you explain what just

17   happened?

18   **A.**  Certainly.  So I typed the command "Python NAS_ENG," which

19   started one of the scripts that we talked about in the NAS

20   family of scripts, specifically the one called "NAS_ENG."

21   **Q.**  Is that the -- just for the record, is that the portion

22   that I've highlighted here at the top?

23   **A.**  It is.

24   **Q.**  Or enlarged.  Please go ahead.

25   **A.**  Once the script starts, it asks me for some -- some

1    information about configuration files and, like, where are the

2    logons and passwords for the bots, is basically what it's

3    doing.

4           So it's asking me for the session folder, and then it

5    asks me what the main bot is.  And then once I've answered

6    those questions, then you'll see it log in each of the bots,

7    bot No. 1, bot No. 2, and Main bot, then log into the Telegram

8    network using the credentials that I've given it.

9    Q.  So we see bot No. 1; we see bot No. 2; and we see the Main

10   bot.

11          Are these the same bots or different ones than the

12   three that you showed us on the left side of the panel here?

13   A.  Those are the three bots that are on the left side on the

14   panel.

15   Q.  Okay.  Before I hit play on the next few seconds, what --

16   very briefly, what happens next in your test?

17   A.  Sure.  So I'll move away from this screen, and I'll go back

18   over to the web browser.  And there I'll begin interacting with

19   these bots that are now joined to these channels.

20   Q.  I'll hit play.

21          (Said video played in open court.)

22   BY MS. WELLS:

23   Q.  Okay.  Can you describe for us what we just saw?

24   A.  Certainly.  I first selected the "Source Vid" channel, so

25   that you could see that there were a couple of videos that were

1    already in this "Source Vid" channel.

2    **Q.**  And just directing your attention to the screen here, what

3    are the -- what are the videos in the "Source Vid" channel?

4    **A.**  I posted two videos by Monty Pythons.

5    **Q.**  And why did you choose the Monty Python videos?

6    **A.**  The Python programming language, again, is named after the

7    Monty Python British comedy troop, so it's a -- it's a nerd

8    thing.

9    **Q.**  Are they funny?

10   **A.**  They are funny, yes.

11   **Q.**  So then if we just go forward one second, approximately,

12   did you switch over to a new channel?

13   **A.**  I did.

14   **Q.**  What channel is that?

15   **A.**  This is a channel that I created called "Dest Vid" channel.

16   **Q.**  And what is in the Dest Vid channel right now?

17   **A.**  At the moment there are no videos or messages in the Dest

18   Vid channel.

19   **Q.**  I want to direct your attention just up here kind to the

20   top.  And do you see where it says "Four subscribers"?

21   **A.**  I do.

22   **Q.**  What does that mean?

23   **A.**  As we mentioned earlier, the bots have to be joined to the

24   channel, and I'm also joined to the channel.  So the four

25   subscribers that you have that are in this channel at the

1    moment are me, the Main bot, bot 1, and bot 2.

2    **Q.** Okay. Before I hit play again, can you kind of give us a

3    sense of what's going to happen next?

4    **A.** Certainly. So now that we've seen that the source has some

5    videos and the destination has some videos, we'll go to the

6    main channel.

7            The channel at the top will highlight that, and then

8    I will start the Main bot and then begin interacting with it.

9    **Q.** All right. I'm going to hit play.

10       (Said video played in open court.)

11   BY MS. WELLS:

12   **Q.** Okay. That was just a very quick little snippet. Can you

13   tell us what we just saw?

14   **A.** I selected the Main channel, which is --

15   **Q.** And --

16   **A.** -- the conversation I'm having with the bot.

17   **Q.** Is that the channel that's highlighted in blue?

18   **A.** It is. And then I clicked the start button, which tells

19   the bot to begin listening for commands.

20   **Q.** Can you tell us what you mean when you say that the bot

21   begins listening for commands?

22   **A.** Much like I would go into Facebook once a day and see if

23   somebody is talking about me and then respond if someone is,

24   the bot has keywords that it listens for to see if someone

25   wants its attention.

1          And so by clicking the start button, the bot is now

2   going to monitor the channel and listen for those keywords.

3   **Q.**  And is the start button what I've highlighted here kind of

4   on the upper right-hand side of the Telegram screen?

5   **A.**  It is.

6   **Q.**  Okay.  What happens next in the test?

7   **A.**  I believe after I click "Start," I'm then going to give the

8   bot the keyword that it's looking for, and then the bot will

9   respond and begin interacting with me, asking me questions.

10  **Q.**  All right.  Let's hit play.

11         (Said video played in open court.)

12  BY MS. WELLS:

13  **Q.**  Okay.  I'm going to hit pause here.

14         Can you explain what we just watched?

15  **A.**  Certainly.  This was me interacting with the bot.

16  **Q.**  So you've been talking about interacting with the bot.

17  Looking at this green part of the screen, there are messages

18  here on the right and messages on the left.  Do you see those?

19  **A.**  I do.

20  **Q.**  And the messages on the right kind of have a green

21  background, and the messages on the left kind of have a white

22  background; is that right?

23  **A.**  It is.

24  **Q.**  Which messages are you typing?

25  **A.**  Everything that's on the right-hand side of the screen are

1    things that I typed.

2    **Q.** Who or what is typing the messages in white on the left?

3    **A.** The NAS.py script is actually typing all of those things on

4    the left or the bot that's running the NAS.py is entering those

5    messages you see on the left.

6    **Q.** So, for example, where it says, "Enter the original

7    channel" at the top, where did that language come from?

8    **A.** That comes directly from NAS.py or NAS_ENG.py in this

9    specific instance.

10   **Q.** Is that the same for all of these messages on the left side

11   with the white background?

12   **A.** Yes, each of those messages appear in the Python script.

13   **Q.** All right.  And can you just walk us through kind of

14   beginning with "Start" and then this word that you typed in

15   below, what did you do in this portion here?

16   **A.** So "Start" was typed for me when I clicked the start

17   button, and that allowed me to begin sending messages to this

18   bot.

19          In the Python script itself, the keyword that this

20   bot is listening for is this long E6AHz.

21   **Q.** So where did you get this keyword from in order to use this

22   bot or this script?

23   **A.** I reviewed the Python script and saw that it was ask -- it

24   was expecting that word, and so I gave it the word it was

25   expecting.

1   **Q.** And is that a word that the creator or modifier of the

2   script selected?

3   **A.** It is.

4   **Q.** All right. What happened next?

5   **A.** It asked me to enter the original channel. And by

6   "original channel," it meant the place that I'd like to copy

7   messages from.

8   **Q.** Then what happened after that?

9   **A.** Then I had to identify which channel I wanted to copy

10  things from. This is where in the original script you would

11  have been able to provide a link to the page, but in this case

12  I just had to give it directly the channel number.

13          And so that's where you saw me clicking around in

14  some of the channels so I could copy and paste the channel

15  number as I was answering these questions.

16  **Q.** And then did you type "Done" after you had completed those

17  steps?

18  **A.** Yes, I did.

19  **Q.** Then there's another message from the bot where it says,

20  "Enter the last message ID from," and then there's some

21  characters in Arabic. Do you see that?

22  **A.** I do.

23  **Q.** What did you enter there?

24  **A.** So one of the questions that needs answered is how many

25  messages are there currently in the source channel.

1          So I had to first take those Arabic characters, go to

2     the source channel and paste them in.  And when I did, it

3     responded back and said there are 19 messages in the source

4     video channel.

5          And so with -- armed with that information, I came

6     back over here to answer its questions.  Typing "Done" tells it

7     I've looked up the last message number, and then it asks me,

8     enter the last message ID number from that set of Arabic

9     characters, and so I typed 19.

10    **Q.**  And we saw the source -- excuse me -- the source video

11    channel earlier.  You put two videos in there.  Why did we get

12    the number 19 here?

13    **A.**  There were multiple times that I placed messages and videos

14    in the source channel in my testing.  And so that I could make

15    a clean, easy-to-understand video, I deleted all of the prior

16    messages before recording this.

17    **Q.**  Then finally where the bot says, "Enter 0 to copy the

18    channel, enter anything else to forward the channel," first of

19    all, what does that mean?

20    **A.**  So the bots have two functions.  They can either just make

21    copies of the videos in the source channel or they can take the

22    videos that are in the source channel and then forward them to

23    the destination channel.

24          And so here I'm telling it, I'm entering something

25    else other than zero to tell it I want it to forward the

1    messages.

2    **Q.** And then finally, directing your attention just to the

3    bottom here, the bot types in two things, "begun," and then is

4    there a timestamp next to that?

5    **A.** There is.

6    **Q.** What's the timestamp?

7    **A.** 1445.

8    **Q.** And then it says "done" with another timestamp.  And can

9    you read the second timestamp?

10   **A.** It's also 1445.

11   **Q.** What does "begun" and "done" mean here?

12   **A.** "Begun" is when the bot begins the process of forwarding

13   videos from the source channel to the destination, and "Done"

14   is letting me know that it's finished that process.

15   **Q.** And in the case of your test, about how much time did it

16   take for those two videos to be forwarded?

17   **A.** In my testing, it was almost instantaneous.

18   **Q.** All right.  I'm going to hit play on the video again.  And

19   can you kind of preview what we're going to see next?

20   **A.** Certainly.  Next I'm going to go to the destination video

21   channel which previously had no messages in it and then show

22   you that there are now messages in the destination video

23   channel.

24   **Q.** And by the way, before we even hit play, directing you to

25   the destination video channel, do you see those green circle?

1    **A.** I do.

2    **Q.** What, if anything, does that indicate?

3    **A.** That indicates that there's new unread messages in the

4    destination video channel.

5         (Said video played in open court.)

6    BY MS. WELLS:

7    **Q.** All right. I hit pause after about two seconds there.

8              What channel are we in now, Mr. Baggett?

9    **A.** We're now in the destination video channel.

10   **Q.** What can we see in the destination video channel?

11   **A.** You see the two messages that came from the source channel

12   with an additional tag on there to indicate that they were

13   forwarded from the source channel.

14   **Q.** And just directing your attention right to the top of the

15   green portion of the screen, can you just read the highlighted

16   portion there?

17   **A.** It says, "Forwarded message, source vid channel."

18   **Q.** And what, if anything, does that indicate?

19   **A.** It lets you know where these videos came from.

20   **Q.** Now, in this test you copied two videos from one channel to

21   another, correct?

22   **A.** Correct.

23   **Q.** Using the same script that you tested, would it be possible

24   to copy 200 script -- videos?

25   **A.** It would.

1    **Q.** Could you do 2,000?

2    **A.** You could.

3    **Q.** Does the script have any limit on how much content it can

4    copy from one place to another?

5    **A.** I think the script may have a limit of 10,000 messages as a

6    maximum number, but the number 10,000 could be easily modified

7    in the script to copy as many videos as you wanted.

8    **Q.** All right.

9            THE COURT:  I'm going to interrupt just for a second.

10   In an hour we're going to break so the jury can go up and get

11   COVID tested again.

12           So that means, ladies and gentlemen, if you have

13   water with you or anything like that, please don't drink

14   anything between now and 11:30 when you're going to be brought

15   up for the test.  Sorry about that.  Okay.

16           MS. WELLS:  May I go ahead, Your Honor?

17           THE COURT:  Yes.

18   BY MS. WELLS:

19   **Q.** All right.  So, Mr. Baggett, this video that we just

20   watched tested one of the various versions of this.

21           And to be clear, did you actually perform full tests

22   like we saw on two of the others, Exhibits 402 and 510?

23   **A.** I did.

24   **Q.** Did they work the same way that we just saw?

25   **A.** They had the same functions, yes.

1  **Q**. Did you, in doing that testing, capture any pictures or

2  screenshots reflecting the differences between those scripts?

3  **A**. I did.

4  **Q**. I'd like to direct your attention, Mr. Baggett, to Exhibits

5  716, 720, and 722.

6          And when you have those, do you recognize them as

7  true and accurate images of your tests of the three scripts --

8  three government exhibits that we just mentioned, 402, 403 and

9  510?

10 **A**. I do.

11         MS. WELLS:  Your Honor, I'd move to admit Government

12 Exhibits 722, 716, and 720.

13         MR. HERMAN:  No objection.

14         THE COURT:  All right.

15    (Said exhibits admitted in evidence.)

16 BY MS. WELLS:

17 **Q**. All right.  Mr. Baggett, I'd like to show you Government

18 Exhibit 716.

19         Okay.  Just to orient us, what do we see in this

20 exhibit?

21 **A**. Here you see me using the Telegram web client to interact

22 with a different version of script, again, from that NAS family

23 of script or NAS family of scripts.

24 **Q**. Well, just referring you briefly to the top here, sort of

25 this section, and then to the Arabic text, can you explain what

1    if anything, is different than what we just saw?

2    **A.** Certainly. All of the responses that are on the right-hand

3    side are identical to what we saw in the earlier video. This

4    is -- these are my answers to the questions that are the

5    questions printed on the left in Arabic.

6    **Q.** When we watched your testing video a moment ago, were the

7    questions that the bot asked printed in Arabic or in English?

8    **A.** In the earlier version, they were in English.

9    **Q.** And looking at this version, which, for the record, is

10   Government Exhibit 402 -- the test at 402, where did this

11   Arabic text come from?

12   **A.** These questions came directly from the NAS.py script.

13   **Q.** When you looked at the scripts themselves, the NAS.py that

14   we see here and the NAS_ENG that we watched in the video a

15   moment ago, are these messages that the bot texts out actually

16   written into those scripts?

17   **A.** They are.

18   **Q.** And to have those changes made to the user interface like

19   this, does someone have to manually make those changes?

20   **A.** They do.

21   **Q.** All right. Showing you Government 722, what are we looking

22   at in this exhibit, Mr. Baggett?

23   **A.** This is me interacting with a third version of the NAS

24   dot -- or NAS.py script.

25   **Q.** And directing you just to the English text that we see

1    here, is this text the same or different than the text that we

2    saw in the video?

3    **A.**  Actually, let me -- let me correct something I said

4    earlier.

5              This is -- this is me interacting with the same

6    script as we saw in the video, because these are the same

7    questions.  So this is not the third one.  This is the first

8    NAS_ENG.py script that I analyzed.

9    **Q.**  And, in fact, is Government Exhibit 722 that we're looking

10   at just a screenshot from the video?

11   **A.**  Yes, it is.

12   **Q.**  All right.  And now I'm going to show you Government 720.

13   What do we see here?

14   **A.**  This is the analysis I did or the interaction I did with

15   the third script in the group.

16   **Q.**  And what is different, if anything, about this one?

17   **A.**  And this is what I characterized as window dressing

18   earlier.  It's just the changing of the wording of the

19   questions that it asks you, but the functionality is the same.

20   **Q.**  And, again, is the messaging that we see in the white text

21   boxes, where does that come from?

22   **A.**  Those come directly from the NAS.py Python script.

23   **Q.**  And for the record, is the screenshot that we're looking at

24   here connected with your testing of Government Exhibit 510

25   which, as you mentioned, had a file name NAS.py?

1    **A.**  It is.

2    **Q.**  I wasn't going to ask you to -- you don't speak Arabic; is

3    that right?

4    **A.**  I don't.

5    **Q.**  I wasn't going to ask you to read the Arabic text, but

6    could you just read into the record what the English text is

7    associated with this version of the script, beginning at the

8    top?

9    **A.**  First asked me to send -- or "send master link."

10   **Q.**  And the second?

11   **A.**  "Send slave link."

12   **Q.**  Next?

13   **A.**  "Make sure bots are in both channels, then type anything to

14   proceed."

15   **Q.**  And what's the next one after that?

16   **A.**  "Type num in the source channel to receive the ID of the

17   last message to copy to."

18   **Q.**  And what comes after that?

19   **A.**  "Enter copy to copy messages to the channel or anything

20   else to forward."

21   **Q.**  And finally, what are the last two?

22   **A.**  "Duplication apparatus initialized.  You can now relax" and

23   "Done."

24   **Q.**  And just pointing out specifically these last two, in the

25   video that we watched, were the last two messages "Begun" and

1    "Done"?

2    **A.**  Yes.

3    **Q.**  Are these two highlighted messages with "Duplication

4    apparatus initialized" and "Done," is that the same information

5    just phrased in this different way?

6    **A.**  It is.

7    **Q.**  And, once again, to get the text that we see in this

8    version of the bot conversation, did someone have to make

9    changes manually to the .py script that ran this bot?

10   **A.**  They did.

11   **Q.**  Mr. Baggett, in your analysis in this case, did you also

12   review a series of files that were called dot-sessions files or

13   had a dot-sessions extension?

14   **A.**  I did.

15   **Q.**  First of all, what is a dot-sessions file?

16   **A.**  It's much like I have to have a username and password to

17   log into a social media network, each of the bots have to have

18   their own usernames and passwords.

19           The usernames and passwords and lists of channels

20   that each of the bots are going to be using are stored in a

21   dot-sessions file.

22   **Q.**  And did you need any kind of special software to open a

23   dot-sessions file?

24   **A.**  You do.

25   **Q.**  What did you have to use?

1   **A.**  The dot-sessions files are databases.  So I had to use a

2   utility called SQLite to see what was in the session files.

3   **Q.**  And does SQLite typically come preinstalled on people's

4   phones or computers?

5   **A.**  Not typically on your phones, but it is preinstalled on

6   Macintoshes.

7   **Q.**  What about on Windows devices?

8   **A.**  Not on Windows devices.

9   **Q.**  All right.  Mr. Baggett, I want to direct you to what's

10  been marked as Government Exhibit 701, which is -- it should be

11  in a folder by you.

12          Or if I could just have the screen for the witness,

13  please.  This is not yet in evidence.

14  **A.**  Okay.

15  **Q.**  Do you see that exhibit, Mr. Baggett?

16  **A.**  I'm sorry.  I looked at the wrong one.

17          701 --

18  **Q.**  Yes.

19  **A.**  -- I do see that, yes.

20  **Q.**  Do you recognize this?

21  **A.**  I do.

22  **Q.**  What is it?

23  **A.**  This is the contents of each of the session files.

24  **Q.**  And is this a multiple page PDF?

25  **A.**  It is.

1   **Q.** And is this a true and accurate copy of the contents of the

2   dot-session files that you reviewed in the case?

3   **A.** It is.

4        MS. WELLS:  Your Honor, I'd move to admit

5   Government -- move to admit Government Exhibit 701 and request

6   permission to publish.

7        MR. HERMAN:  No objection.

8        THE COURT:  All right.

9      (Said exhibit admitted in evidence.)

10       MS. WELLS:  May I have it for the jury, please.

11  BY MS. WELLS:

12  **Q.** All right.  Mr. Baggett, just very briefly, what are we

13  looking at here?

14  **A.** So as we saw in the program, each of the channels have a

15  channel number that's associated with them.  And so this is a

16  list of all of the channels that bot No. 1 in this case was

17  joined to as well as the names of the bot itself at the bottom.

18  **Q.** And to be clear, are the dot-session files that we're

19  talking about for the bots that you used in your testing for

20  the videos that -- or the video that we watched?

21  **A.** These bots are the ones that were provided to me from the

22  government.

23  **Q.** Okay.  So these are not your bots, correct?

24  **A.** These are not.

25  **Q.** All right.  And just directing your attention sort of here

1    on the right side, there's some English language text and some

2    Arabic language text.  Do you see that?

3    **A.**  I do.

4    **Q.**  What does this text indicate?

5    **A.**  These are the names of the channels that the bots were

6    joined to or, in this case, bot 1 was joined to.

7    **Q.**  And can you just read the, I think, four English language

8    entries here, please?

9    **A.**  Al-Hayat Media Center, Al-Furqan, Isdaraat, Furat Media.

10   **Q.**  And, Mr. Baggett, for the record, do you know what any of

11   those things are?

12   **A.**  I don't.

13          MS. WELLS:  Your Honor, I'd like to read in a

14   stipulation, please, which is that the parties agree that

15   Government Exhibits 409-2T and 701T are true and accurate

16   translations of Arabic text into English.

17          And with that stipulation, Your Honor, I'd like to

18   move to admit Government Exhibit 701T.

19          MR. HERMAN:  No objection.

20          THE COURT:  All right.

21       (Said exhibit admitted in evidence.)

22   BY MS. WELLS:

23   **Q.**  Mr. Baggett, I'm showing you what's in evidence now as

24   Government Exhibit 701T, which is the translation of the Arabic

25   text that we just saw.  Would you please read, just by way of

1    example, these first three entries here at the top?

2    **A.** Al-Furat Publications Archive, al-Hayat Center Archive,

3    al-Hayat Publications Archive.

4    **Q.** And then just directing you down a little bit further, can

5    you read those two, please?

6    **A.** Al-Furqan Publication Archive 1, Al-Furqan Publication

7    Archive.

8    **Q.** And, once again, do you know what any of these entries

9    mean?

10   **A.** Other than they are channels or translations of channels,

11   no.

12   **Q.** Mr. Baggett, were you also provided with yet a different

13   kind of ancillary computer file called a bot.ini file?

14   **A.** I was.

15   **Q.** What is a bot.ini file?

16   **A.** So in addition to me needing a logon and password and the

17   bots needing a logon and password, the Python script itself

18   needs a logon and password to the Telegram network.

19             And the bot.ini file stores that logon and password

20   for the Python script.

21   **Q.** So what, if anything, did the bot.ini files that you

22   reviewed -- what did they have to do with the scripts that you

23   analyzed that we watched the video for earlier?

24   **A.** So the ones that I were provided would have had the

25   usernames and passwords that were originally used associated

```
 1    with the scripts.  I didn't use those usernames and passwords.

 2    When I -- when I did my testing, I created my own usernames and

 3    passwords to log into the accounts that I had access to.

 4    Q.  And so the bot.ini -- bot.ini files that you looked at,

 5    again, those are not the usernames and passwords for your bots;

 6    these are for other files, correct?

 7    A.  Correct.

 8    Q.  All right.  And specifically directing your attention to

 9    Government Exhibit 509-2 and 511, which I think you should have

10    in front of you -- or if I can just have the screen for the

11    witness, please.

12    A.  509-2 I've seen.

13    Q.  That should be up in front of you.  Do you recognize that?

14    A.  I do.

15    Q.  And do you recognize 511?

16    A.  I do.

17    Q.  And are those true and accurate copies of the bot.ini files

18    that you looked at?

19    A.  They are.

20           MS. WELLS:  And, Your Honor, I'd move to admit and

21    request permission to publish.

22           MR. HERMAN:  No objection.

23           THE COURT:  Okay.

24       (Said exhibits admitted in evidence.)

25    BY MS. WELLS:
```

1  **Q.** All right.  Mr. Baggett, I want to start with Government

2  509-2.  What do we see here?

3  **A.** This is a file that's read by the NAS scripts that contain

4  the username and password that's associated with that script

5  logging into the Telegram network.

6  **Q.** What is this app_id [sic] number?

7  **A.** It's roughly equivalent to the username that's associated

8  with the NAS.py script.

9  **Q.** And what is the "api_hash"?

10  **A.** That's roughly equivalent to the password that's used by

11  the NAS.py script.

12  **Q.** Is there any significance to seeing a username and password

13  pair like this across multiple bot.ini files?

14  **A.** Those usernames and passwords would have been issued by the

15  Telegram network.  So if those config files have the same ID

16  and password, then they're typically associated with the same

17  application or the same person applied for those usernames and

18  passwords.

19  **Q.** And just for the record, could you please just read us the

20  api_id?

21  **A.** 17394.  No, I'm sorry.  17349.

22  **Q.** And I will not torture you by asking you to read the entire

23  api_hash, but could you just read in the first five digits of

24  that, please?

25  **A.** Certainly.  And thank you.  34458.

1   **Q.** All right.  I'd like to show you Government 511.  Does this

2   file appear to have the same api_id that we just saw?

3   **A.** It does.

4   **Q.** And what is that ID?

5   **A.** 17349.

6   **Q.** And what are the first five of the api_hash?

7   **A.** 34458.

8   **Q.** And based on your previous review of those files, is the

9   hash the same?

10  **A.** It is.

11  **Q.** Was there a difference in the app_version that appeared on

12  these two files?

13  **A.** There may have been.  I think that there was, yes.

14  **Q.** So showing you the app_version here, what is it?

15  **A.** 1.3.14.

16  **Q.** And what is it here?

17  **A.** 1.7.

18  **Q.** What does it indicate to you that there's two different

19  files with the same essentially username and password but the

20  different app versions?

21  **A.** It would typically mean that there were modifications to

22  the script and that 1.7 came after 1.3.14.

23  **Q.** All right.  Mr. Baggett, I want to turn now to the last

24  item that you analyzed in the case, which we've talked about,

25  is the PDF titled "Heralds of the Internet."  Do you recall

1    that?

2    **A.**  I do.

3    **Q.**  All right.

4          MS. WELLS:  And this is already in evidence, Your

5    Honor.  I'm going to pull it up for the jury.

6    BY MS. WELLS:

7    **Q.**  All right.  Mr. Baggett, when you reviewed this document,

8    can you remind us generally what is contained in this PDF?

9    **A.**  This PDF contains a series of instructions for how to

10   enhance one of the scripts from the NAS family of scripts and

11   by adding some new Python code.

12   **Q.**  And the NAS family of scripts, is that the second group and

13   the video that we watched earlier?

14   **A.**  It is.

15   **Q.**  Okay.  And does this document in various places contain

16   excerpts from a Python script?

17   **A.**  It does.

18   **Q.**  And other evidence of use of a Python script?

19   **A.**  It does.

20   **Q.**  And was there enough information for you to determine

21   whether that Python script works?

22   **A.**  There is.

23   **Q.**  Does it work?

24   **A.**  It does.

25   **Q.**  And just very briefly, how does the script that's described

1    in Heralds of the Internet differ from what we saw earlier

2    today?

3    A.   The scripts that we saw earlier today copy all of the

4    messages from a source video channel to a destination video

5    channel; whereas, the instructions and scripts that are

6    demonstrated in the Heralds document focuses on specifically

7    moving messages that have the keyword 360, meaning it's most

8    likely a video, and some other Arabic characters from one

9    channel to another.

10   Q.   All right.  I just want to direct your attention to the top

11   of the first page of Heralds of the Internet and in particular

12   to where it says, "Objective."  Do you see that?

13   A.   I do.

14   Q.   And could you please read us the objective that's written

15   here?

16   A.   Certainly.  It says, "Convert each channel into a

17   comprehensive 360p archive through Python 3, then upload to

18   archive.org, then anonymously seeding the dot-torrent files

19   created by archive.org."

20   Q.   Mr. Baggett, I am once again going to ask you to help us

21   out with some vocabulary.

22   A.   Okay.

23   Q.   First of all, do you see where it says "360p"?

24   A.   I do.

25   Q.   What is your understanding of what that refers to?

1    **A.** 360p is associated with a video resolution.  It's typically

2    associated with YouTube.

3    **Q.** Are there different video resolutions?

4    **A.** There are.

5    **Q.** And are some higher or lower quality than others?

6    **A.** Yes, there are.

7    **Q.** All right.  Then we see Python 3, which is somewhat

8    familiar.  What is Python 3?

9    **A.** There's different versions of Python.  Python 2 and Python

10   3 are the two that are actively used, and Python 3 is the

11   latest version.

12   **Q.** Then we see something called "archive.org."  What is that?

13   **A.** Archive.org is an online website that is constantly going

14   out to web pages that are on the internet and making copies of

15   what's on them on certain dates and times.

16          So if I would -- wanted to see what was on

17   Microsoft's web page in 1995, I could go to archives.org and

18   look at Microsoft's website.

19   **Q.** The internet can be forever, right?

20   **A.** It is.

21   **Q.** All right.  Looking at dot-torrent files.  Do you see that?

22   **A.** I do.

23   **Q.** What is a dot-torrent?

24   **A.** A dot-torrent is a file that's associated with peer-to-peer

25   file sharing applications.  Like Napster would be the most

1    popular back in the day, but it's for sharing files.

2    **Q.** When you say peer-to-peer file sharing, can you explain a

3    little bit more about that is?

4    **A.** Most commonly when we download files, we go to a server or

5    some specific location, and then we download copies of files.

6              But peer-to-peer there's no centralized server. It's

7    just that everyone that is participating in the network, the

8    files that they've got on their computer or that they've

9    selected on their computer are shared with other people, and

10   then other people can download videos and -- from that person

11   or upload videos to them.

12   **Q.** So if you and I were on a peer-to-peer file sharing

13   network, would we potentially have access to files saved

14   directly on your computer and directly on my computer?

15   **A.** Yes.

16   **Q.** How does a file sharing system that doesn't have a

17   centralized server but instead goes direct to individual

18   people's computers, what advantages, if any, are there to using

19   that kind of file sharing process?

20   **A.** The fact that there's no centralized server -- it's

21   typically used for, you know, sharing copyrighted content and

22   things like that, because if it was a centralized location, law

23   enforcement could go and just take down that centralized

24   server, and then nobody has access to it.

25              The fact that it's peer to peer or that all of the

1    clients that are participating share those files means that in

2    order to eliminate the content, you would have to go and erase

3    it from everyone who is currently sharing it.

4    **Q.**  So with that kind of set of definitions in mind, can you

5    just explain to us what you understand the objective written

6    here to be?

7    **A.**  I understand the objective to be to copy specifically

8    videos -- 360p videos from channels into a comprehensive

9    collection of those and then to use archive.org to -- and

10   torrent files to share these files.

11   **Q.**  All right.  I want to direct your attention a little

12   further down on the page to where it says "Priorities."

13            Do you see that?

14   **A.**  I do.

15   **Q.**  Could you please just read to us what the priorities listed

16   here are?

17   **A.**  Al Furqan, Al-Itisam, Office of Media Productions for the

18   Wilayat of the Islamic State, Al-Himma Office, Nashid channels.

19   **Q.**  And has there been any marking on priority No. 1,

20   Al-Furqan?

21   **A.**  There has.

22   **Q.**  What is it?

23   **A.**  It's got a blue strike through and the word "Done."

24   **Q.**  All right.  Mr. Baggett, I want to turn to the very bottom

25   of the page where it says, "Beginning with Al-Furqan."  Can you

1    explain to us what is being described in this portion of the
2    document?
3    **A.** Certainly. So the goal being to identify the videos that
4    are in the channel. It's walking through the steps that are
5    required to do that.
6              And the first step it says is to export all of the
7    current messages that are in a channel to an external file.
8    **Q.** And then directing you a little further down here where it
9    says, "We are looking for messages which have 360 in them,
10   signifying the isdar we need," what do you understand that to
11   mean?
12   **A.** That's meaning that we're going to identify messages that
13   have those specific characters, "360," in the message.
14   **Q.** Is that essentially searching for the term? Is "360" a
15   search term?
16   **A.** Yes, it's searching for messages that have 360 in them.
17   **Q.** All right. I want to turn to page 2.
18             All right. And, Mr. Baggett, I'm going to sort of
19   enlarge this first paragraph and the first screenshot. Can you
20   see that?
21   **A.** I can.
22   **Q.** And we're going to do each kind of section of this page one
23   at a time.
24             Looking at this first paragraph, can you generally
25   describe for us what -- what this is about?

1    **A.**  Certainly.  So we've -- following the instructions from the

2    first page, we have taken all of the messages that were in a

3    channel and exported them.  And so what you see here is a

4    Python script that's going to now open that export -- that list

5    of exported messages and then search for the keyword "360" in

6    them and then print out each line that -- of a message that

7    contains 360.

8    **Q.**  And just for the record, when you say that you can see

9    portions of a Python script, where in the screen is that?

10   **A.**  That's the print screen in -- in the upper left-hand

11   corner.

12   **Q.**  The black box?

13   **A.**  Yeah.

14   **Q.**  And just referring you to the written-out paragraph on the

15   same page, what is that paragraph doing or what purpose is it

16   serving in the document?

17   **A.**  It's describing what the Python program that's in the print

18   screen is trying to accomplish.

19   **Q.**  Throughout this document, are there instructions and

20   explanations related to the Python script?

21   **A.**  There are.

22   **Q.**  All right.  I want to refer you down to the second sort of

23   chunk of this page.

24           Can you describe for us what we see here?

25   **A.**  This is just improving upon the search.  The first search

1    that we did looked for "360" in the messages, and it printed

2    the line numbers.

3            In this case it is printing out a different portion

4    of the message, specifically the lines that contain "message"

5    followed by a number.

6    **Q.** And, once again, the paragraph that's written next to the

7    print screen or the picture here, what kind of information is

8    detailed there?

9    **A.** This is a description of what the Python program is

10   intended to do.

11   **Q.** All right. Then referring you down to just the last

12   section of page 2, what's going on in this part of the

13   document?

14   **A.** So in order for the existing NAS family of scripts to only

15   copy the messages that contain "360," it has to have these

16   message ID numbers.

17           So what you see here is, in the print screen on the

18   right-hand side, you see the Python program that is going

19   through and building a list of all of the messages that contain

20   the characters "360."

21           And then on the left-hand side, you see the actual

22   numbers for all of the messages that it identified.

23   **Q.** And, again, based on your analysis, what's the purpose of

24   all this searching for the "360" characters through all of

25   these messages?

1   **A.** Again, it was to identify those messages that had videos in
2   them.

3   **Q.** Videos with that particular resolution?

4   **A.** Yes.

5   **Q.** All right. I want to show you page 3 of Heralds of the
6   Internet.

7          Okay. And before I enlarge anything, can you kind of
8   describe generally what we see in terms of the screenshots or
9   the pictures here?

10  **A.** The first screenshot you see towards the top is what would
11  have been in my video on the right-hand side where I was
12  running the script. So there you see the script running -- as
13  a matter of fact, you'll see "enter session folder." Those are
14  the same questions that it asked me in running the script.

15         Above that you'll see a list of all of the messages
16  that contained "360." So this is -- this is a version of the
17  NAS family of scripts with those additional enhancements added
18  to it running.

19  **Q.** And so to be clear, in the test -- in the NAS.py family of
20  scripts that we talked about earlier with the video, did any of
21  them feature this search that would result in all of these
22  message IDs that we can see here?

23  **A.** No, it didn't.

24  **Q.** All right. And then there's two more images here.

25         Just generally speaking, can you explain what we see

1    in this smaller one that has "Members" written at the top?

2    **A.** So the "Members" would be the different people who are

3    participating in the channel.  So much like we looked at my

4    source video channel had four subscribers, these are the

5    members of this channel.

6    **Q.** And for the record, what are the members that you can --

7    what are the first two members of the channel?

8    **A.** There's "Crypt" and "Main."

9    **Q.** And is there also a third member?

10   **A.** There is.

11   **Q.** And is that text written in Arabic?

12   **A.** It is.

13   **Q.** Is there any difference that you can see between the

14   "Crypt" and "Main" members and this third member with the blue

15   star next to the name?

16   **A.** The first two appear to be bots.  The last one appears to

17   be a human interacting with them.

18   **Q.** And then finally, what's in the third picture?

19   **A.** This is the results of the script running and placing

20   videos in a destination channel.

21   **Q.** I'm going to make this a little bit bigger.

22           Are you able to tell anything about the destination

23   channel or the source channel?

24   **A.** It's -- it's in Arabic, so it says "Forwarded from" and

25   then a string of Arabic characters.

1    **Q.**  And is that the source or the destination in that string of

2    Arabic characters, the "Forwarded from"?

3    **A.**  That would have been the source channel.

4    **Q.**  And what, if anything, does "Furqan 360" indicate?

5    **A.**  I'm not exactly sure, but I know that I've seen that

6    earlier in the document as one of the -- the first priority in

7    the list.

8    **Q.**  All right.  So, Mr. Baggett, just kind of going back to

9    this page as a whole, can you describe generally what -- what

10   the text or the instructions in this section of the document

11   discuss?

12   **A.**  It talks about taking the modifications that were on the

13   previous three pages and then combining them with another

14   script that appears to have the same functionality as those

15   that I analyzed in the NAS family of scripts in order to create

16   this -- this new bot that we see pictured in the first print

17   screen.

18   **Q.**  And, in particular, does this document describe that this

19   is, in fact, a modified version of a Python script?

20   **A.**  It does.

21   **Q.**  And is that written in this -- this third paragraph down

22   from the top?

23   **A.**  It is.

24   **Q.**  I also want to ask you about something that's written here.

25              Would you please just read that sentence for us?

1    **A.**  "Using the Telethon API, by the grace of Allah, the

2    brothers have been able to automate 90 percent of work."

3    **Q.**  Can you remind us what the Telethon API is?

4    **A.**  The Telethon API is the extension to Python that allows you

5    to interact with the Telegram social media network.

6    **Q.**  Moving down a little bit, do you see where -- the first

7    part of this paragraph where it says, "I added just two bots

8    which will copy the messages"?

9    **A.**  I do.

10   **Q.**  Perhaps stating the obvious, what does that tell you about

11   how many bots were being used with this script?

12   **A.**  There were two bots.

13   **Q.**  Could you add more bots if you wanted?

14   **A.**  Yes.

15   **Q.**  What effect, if any, would that have on your use of the

16   script?

17   **A.**  Many hands make light work.  So having more bots could move

18   things between more sources, more destinations.

19   **Q.**  Then finally, just referring you down to the final

20   paragraph here, do you see the reference to -- just the first

21   sentence, "All praises due to Allah for providing me the

22   knowledge to begin copying all 360p videos in a matter of 20

23   minutes since sitting down and beginning this document"?

24          What do you understand that to mean?

25   **A.**  I interpret that to mean that it took about 20 minutes to

1    write the associated Python code and this document.

2    **Q.** All right.  I'm going to move on to the fourth page of the

3    document here.  And, once again, does this page have a few

4    different screenshots or pictures embedded with the text?

5    **A.** It does.

6    **Q.** Beginning with the top portion of the document, can you

7    describe for us generally what this portion of the document

8    discusses?

9    **A.** Certainly.  It talks about adding another search term to

10   the existing search term.  Initially it just searched for

11   "360," and now it's also searching for the set of Arabic

12   characters that are there.

13   **Q.** So what effect would that have of adding -- the original

14   search term was "360," correct?

15   **A.** Correct.

16   **Q.** And if you add a second search term, what does that do?

17   **A.** It just allows you to expand your search for the

18   different -- different messages that you're trying to copy.

19   **Q.** And in using this script, could someone change the search

20   terms to do different things?

21   **A.** Yes.

22   **Q.** Or add additional search terms?

23   **A.** Yes.

24   **Q.** Or subtract search terms?

25   **A.** Yes.

1    **Q.**  Or generally customize what they wanted to search for?

2    **A.**  Yes.

3    **Q.**  All right.  And, Mr. Baggett, I want you to -- if you don't

4    mind, I'm just -- I'm going to refer you to this first sentence

5    at the top there.  Can you read that, please?

6    **A.**  If you were able to get your hands on the bot from me, here

7    are examples -- here is an example usage of it.

8    **Q.**  And what -- what is next to that sentence on the left?

9    **A.**  A print screen of interacting with a bot.

10   **Q.**  And can you describe what that print screen is in

11   compare -- in comparison to the video that we watched earlier?

12   **A.**  Certainly.  So this is just like what we saw in the large

13   green field where the messages on the left-hand side of this

14   print screen are messages that -- that match the output of the

15   fourth script in the NAS family of scripts.

16          And the messages on the right side are someone

17   interacting with this bot and answering the questions that are

18   being asked.

19   **Q.**  And does the text, the communication with the bot that we

20   see in the screenshot here, match any of that second group of

21   .py scripts that you analyzed in the case?

22   **A.**  It does.

23          MS. WELLS:  And I'd like to show the witness -- one

24   moment, Your Honor.

25          (Counsel conferring.)

1    BY MS. WELLS:

2    **Q.**  (Continuing) -- what's already in evidence as Government

3    Exhibit 509-1.

4            All right.  Mr. Baggett, I'm showing you page 3 of

5    that script, and I want to direct your attention to this

6    portion of it.  Do you recognize this?

7    **A.**  I do.

8    **Q.**  And what is it?

9    **A.**  This is the communications portion of the NAS.py script.

10   **Q.**  And, again, you don't speak Arabic, correct?

11   **A.**  I don't.

12   **Q.**  Based on your visual analysis of the text, do these appear

13   to match?

14   **A.**  They do.

15   **Q.**  When you described the Arabic version of the script that we

16   saw earlier, was there -- do you recall that there was a

17   particular initiation word?

18   **A.**  I do.

19   **Q.**  And is there something different about this particular item

20   compared to the other Arabic version that we saw earlier today,

21   just referring you to the top here?

22   **A.**  There is.

23   **Q.**  What is that difference?

24   **A.**  Whereas, in my video I typed long E, E6AHz for this

25   particular bot, the keyword that it's listening for is what

1    you've highlighted there at the top, the word "!start."

2    **Q.** And then just referring you back to the screenshot, does

3    this screenshot match the same command that you just showed us

4    in the script contained in 509-1?

5    **A.** It does.

6                THE CLERK:  Counsel, did you want this to the jury?

7                MS. WELLS:  Oh, yes.  I'm so sorry.

8    BY MS. WELLS:

9    **Q.** All right.  Mr. Baggett, I think that was my error, but I'd

10   like to just revisit what you said with the images up in front

11   of everyone.

12               Beginning here, what is the initiation word in this

13   portion of the screenshot?

14   **A.** "!start."

15   **Q.** And what is the nature of the text being written in from

16   the script?

17   **A.** These are presumably Arabic versions of the same questions

18   that we saw in the English version of the script.

19   **Q.** And then showing you and everyone what's in evidence as

20   509-1, does the Arabic text, based on your visual analysis and

21   the initiation word, match what's in Heralds of the Internet?

22   **A.** It does.

23   **Q.** Okay.  Mr. Baggett, just referring you down to the bottom

24   portion of the screen, what do we see in these last two images?

25   **A.** We see some information about two specific channels that

1    are in the Telegram network.

2    **Q.**  And just for the record, what are the names of those

3    channels?

4    **A.**  "HD only Furqan" and "Furqan 360."

5    **Q.**  In this context, what is HD or what do you understand HD to

6    mean?

7    **A.**  I interpret it to mean high definition.

8    **Q.**  Is that another video resolution?

9    **A.**  It is.

10   **Q.**  All right.  I want to move to page 5 of Heralds of the

11   Internet.  And you just read the name of that HD Furqan channel

12   on the previous page.  I want to direct your attention to the

13   top paragraph here.

14           Can you read just the first sentence that we see?

15   **A.**  "It appears we are short a few photos from the HD channel I

16   made a long time ago, which is fine because of archive

17   purposes, we really only watch the video, and short one video,

18   which I cannot explain, but it should be fine in sha Allah."

19   **Q.**  Is there a reference to an HD channel at the top of this

20   paragraph?

21   **A.**  There is.

22   **Q.**  All right.  And then just going back to generally what we

23   see on page 5 here, kind of starting out on this top section,

24   what is the document explaining here?

25   **A.**  It's walking us through downloading messages from

1    specifically just messages that have videos and files and

2    exporting them from a channel.

3    **Q.** Is there any indication that the person who wrote this

4    document has completed any -- any particular section of their

5    process?

6    **A.** The second print screen does say, "Data export completed,"

7    and it indicates how many files and the size of those files.

8    **Q.** And I want to direct your attention to this -- I guess it's

9    the third paragraph visible right here.

10           Can you just read the first sentence, please?

11   **A.** "Now we will begin the same process with Itisam Media, by

12   Allah's permission."

13   **Q.** That's all we need.  And, again, do you know what "Itisam

14   Media" is?

15   **A.** I don't.

16   **Q.** That said, when the writer here says, "Now we will begin

17   the same process," what do you understand to be happening going

18   forward in the document?

19   **A.** Presumably, combined with the fact that Furqan is scratched

20   off in the first video, that this means that the Furqan channel

21   has been finished and now moving on to priority 2 to begin the

22   same process for the next channel.

23   **Q.** And more specifically, just going back to page 1, what was

24   priority 2 in Heralds of the Internet?

25   **A.** Al-Itisam.

1  **Q.** And finally, can you describe what the rest of this page

2  describes to the reader?

3  **A.** So this is, again, the finished version of the script where

4  it's going through each of these messages, again pulling out

5  the message ID numbers of those messages that contain either

6  360 or the set of Islamic characters.

7  **Q.** And so based on your review of this document and the

8  excerpts from the script that you've seen in it, could this

9  method, what's described in Heralds of the Internet, be used on

10 more than one Telegram channel?

11 **A.** It can.

12 **Q.** Is there any limitations on which channels or how many

13 channels it could be used with?

14 **A.** I'm not aware of any limitations, so --

15 **Q.** Based on your review of the script excerpts contained in

16 Heralds of the Internet, were there any errors that you found

17 in the drafting of the script?

18 **A.** No.

19 **Q.** Could the process that's described in this document be used

20 to copy large amounts of information within Telegram?

21 **A.** Yes.

22 **Q.** And then just referring you back, can you read what the

23 writer wrote in that sentence?

24 **A.** "By the grace of Allah, it works flawlessly."

25 **Q.** What do you understand the writer to be referring to when

1    they said that it works flawlessly?

2    **A.**  The script that they've written.

3    **Q.**  Mr. Baggett, where it says, "By the grace of Allah, it

4    works flawlessly," do you agree or disagree with the writer in

5    their assessment of how the process works?

6    **A.**  I do agree.

7              MS. WELLS:  Your Honor, I don't have anything

8    further.

9              THE COURT:  Mr. Herman, we're going to break at

10   around 11:30.

11             MR. HERMAN:  If I could just get a high sign, I'll

12   try to keep track.

13                      CROSS-EXAMINATION

14   BY MR. HERMAN:

15   **Q.**  Good afternoon.

16   **A.**  Good afternoon.

17   **Q.**  I'm going to try to start by simplifying all of this.

18   **A.**  Okay.

19   **Q.**  If that's okay.

20             The scripts in the NAS family essentially copy and

21   paste?

22   **A.**  Yes.

23   **Q.**  And Heralds, using the copy-and-paste function, adds a

24   search term or two?

25   **A.**  Heralds adds a search term or two.

1    **Q.** So after two days of -- or yesterday afternoon and this

2    morning, we're talking about a program that copies and pastes?

3    **A.** At a high rate of speed, yes.

4    **Q.** And these scripts can also be used for any type of media,

5    right, for copying and pasting any type of media in Telegram

6    channels?

7    **A.** The original scripts copied all messages.  The scripts

8    outlined in Furqan specifically went after messages with those

9    search terms, but yes.

10   **Q.** Sure.  So if I were -- I mean, you testified on direct

11   examination about familiarity with Telegram, right?

12   **A.** Yes.

13   **Q.** Do you use it personally?

14   **A.** I've used it on a few occasions but not -- not frequently.

15   **Q.** May I ask if you have a Telegram channel or -- do you have

16   a Telegram channel?

17   **A.** I've got my own personal Telegram channel that I can

18   communicate with, say, my wife, but I don't --

19   **Q.** And are you --

20   **A.** -- I don't post public messages to -- on the Telegram

21   channel.

22   **Q.** Because there's a difference between public and private

23   channels in Telegram, correct?

24   **A.** There are.

25   **Q.** And, in fact, we'll get to this a little later, but the

1    image that had the Monty Python clips on it, that was a

2    private -- private channel, correct?

3    **A.**  Those were private channels.

4    **Q.**  Okay.  But back to the general application of these

5    scripts, if I was in a channel of -- you know, sports channel

6    and I wanted to only select baseball videos, I could put, you

7    know, the Dodgers or the Cubs or the White Sox as the name that

8    would filter out just the videos with that name in those

9    videos, correct?

10   **A.**  Correct.

11   **Q.**  So these scripts could really be used for anything, copying

12   any type of videos whatsoever, right?

13   **A.**  They could.

14   **Q.**  And I believe -- I want to make sure I got this right --

15   that on your direct examination yesterday I took down that your

16   description of the scripts was very basic.

17        Is that an accurate -- did I get that down right?  Is

18   that your assessment of the scripts?

19   **A.**  There's multiple scripts that we're dealing with.  I'd say

20   some of them have some low levels of sophistication, and others

21   are more sophisticated.

22   **Q.**  And -- but on the -- on the scheme of things, you're used

23   to in your profession or professions, from your impressive

24   resume -- you're used to dealing with scripts in Python that

25   are far more sophisticated than these, correct?

 1  **A.** I have interacted with scripts that are more sophisticated.

 2  I've also interacted --

 3  **Q.** And --

 4  **A.** Sorry.

 5  **Q.** No, I'm sorry.

 6  **A.** I've also interacted with many scripts that are very

 7  similar to these in their sophistication.

 8  **Q.** You -- there was a reference to a book that I think you're

 9  the editor of.  What was the name of that book again?

10  **A.** "Violent Python."

11  **Q.** And it's "A Cookbook for Hackers."  Is that the full name?

12  **A.** It is.

13  **Q.** Why is it called "A Cookbook"?

14  **A.** It gives instructions on how to launch various attacks and

15  how they would be written in Python.

16  **Q.** And this is a -- it's a pretty big book, right?  It's about

17  200 or 250 pages?

18  **A.** That's correct.

19  **Q.** And you're familiar with all the contents of that book?

20  **A.** It's an older book.

21  **Q.** But you're the technical editor of it?

22  **A.** Yeah.  Yeah.

23  **Q.** And this book is available online for free?

24  **A.** It shouldn't be.

25  **Q.** But one could obtain it?  One could purchase it?  You would

1   hope that somebody would purchase it, right?

2   **A.**  I'd hope that someone purchases a copy.

3   **Q.**  And you're familiar with the chapters in that book, right?

4   **A.**  Yes.

5   **Q.**  There's a chapter called "Antivirus Evasion with Python,"

6   correct?

7   **A.**  Correct.

8   **Q.**  "Wireless Mayhem with Python," is that another chapter?

9   **A.**  It is.

10  **Q.**  Where you teach in that book or the book teaches how to

11  build a wireless keylogger, correct?

12  **A.**  That's correct.

13  **Q.**  What's a key -- wireless keylogger?

14  **A.**  A keylogger will record the things that are being typed by

15  the person using the computer.

16  **Q.**  Okay.  You also talk about in that book or the book talks

17  about, I'm sorry, in a chapter called "Web Recon with

18  Python" -- that's a chapter in your book, right?

19  **A.**  That's very likely a chapter in the book.

20  **Q.**  There's a discussion about using VPNs.  You talked about

21  VPNs on direct examination.  You talk about VPNs in the book,

22  right?

23  **A.**  I'd have to have the book in front of me, but I have no

24  reason to doubt that we talk about that in the book.

25  **Q.**  And in your profession -- professional capacity, which

1   includes working for the Department of Defense, correct?

2   **A.** Correct.

3   **Q.** And giving numerous lectures through this SANS Institute --

4   SANS, S-A-N-S, do I have that right?

5   **A.** You do.

6   **Q.** Where you teach other people how to code and -- using

7   Python, right?

8   **A.** Correct.

9   **Q.** And there are exercises that you do for both offensive and

10  defensive uses of Python, correct?

11  **A.** Correct.

12  **Q.** So you teach people both how to hack and then defend and

13  protect hacking, correct?

14  **A.** Correct.

15  **Q.** And without asking any -- for specific projects in the

16  Department of Defense that you've done, generally this is the

17  type of expertise that you bring to the Department of Defense?

18  **A.** Generally, yes.

19  **Q.** And also for the Fortune 500 companies that you work for,

20  you work on forensic investigations for determining the source

21  of attacks, correct?

22  **A.** Correct.

23  **Q.** And identifying, like, geolocation of where a device has

24  been, right?

25  **A.** Correct.

1    **Q.** And you've looked at a series of codes here, of scripts, I

2    think four or five exhibits for, 402, 403, 509-1, and 510,

3    correct?

4    **A.** Correct.

5    **Q.** And those are in what you call the NAS family?

6    **A.** Correct.

7    **Q.** Even with your expertise, you're not able to tell what

8    precisely Tommy, our client, did, are you?

9    **A.** I have no knowledge of who wrote any of the artifacts that

10   I was asked to analyze or the relationship to your client.

11   **Q.** You can't tell if something was borrowed or copied from an

12   open source, right?

13   **A.** From open source, I may be able to determine that.  That

14   wasn't part of my investigation.

15   **Q.** You didn't look online to see if portions of this code were

16   available elsewhere, right?

17   **A.** I did not.

18   **Q.** You can't tell if somebody else provided the code to him?

19   **A.** There are some portions of the Heralds document that would

20   indicate that there are other authors.

21   **Q.** That's right.  You wrote a report in this case, correct?

22   **A.** Correct.

23   **Q.** And correct me if I'm wrong, but in that report you state:

24   "The document goes on to show how to use the extracting

25   messages with a, quote, copy program developed by someone

1    else"?  Is that a correct statement of what you said in your

2    report?

3    **A.**  Correct.

4    **Q.**  And later in the report -- and please correct me if I'm

5    wrong -- you also indicated that a file appears to be just a,

6    quote, copy program that someone else wrote that was referred

7    to in the PDF; is that right?

8    **A.**  Correct.

9    **Q.**  And that copy program is the NAS -- one the NAS files,

10   right?

11   **A.**  It is.

12   **Q.**  So you've acknowledged in the report that by all

13   appearances somebody else wrote the script, correct?

14   **A.**  When you say someone else wrote the script, which of the

15   scripts are you referring to?

16   **Q.**  I'm just trying to get a correct understanding of your

17   report that the extract -- that how to use the extracting

18   messages with a copy program developed by someone else.  So

19   what was developed by someone else?

20   **A.**  It appears that the NAS.py versions of the scripts or at

21   least one of those was developed by someone else, and the

22   Heralds document is an explanation and demonstration of

23   extending the capabilities in the NAS.py script that was

24   written by someone else.

25   **Q.**  And the extension is adding a search term?

1    **A.**  The extension is adding a search term.

2              MR. HERMAN:  Judge, the next section I have to go

3    into may take a little while.

4              THE COURT:  No, this is a good place to break.  Thank

5    you, Mr. Herman.

6              All right.  So we're going to break now for our lunch

7    break, but first you're going to do the tests.

8              About how long do you think that will take, Claire?

9              THE CLERK:  15 to 20 minutes.

10             THE COURT:  All right.  So why don't we come back at

11   around 12:40.  That will give you time to get the test done and

12   have lunch and relax a little bit.

13             THE CLERK:  All rise.

14        (Jury out.)

15             THE COURT:  Mr. Baggett, you're under adverse

16   examination now.  During this break, please don't talk about

17   this case with anyone at all, even the lawyers or anybody at

18   all.  Just don't talk about your testimony or the case.

19             Enjoy your lunch hour, and we'll see you afterwards.

20   You can step down.

21        (Witness left the witness stand.)

22             THE COURT:  You wanted to tell me something about the

23   schedule today, Mr. Jonas?

24             MR. JONAS:  Judge, I'm just confirming with

25   Mr. Herman how much time he has on the witness.

1        (Counsel conferring.)

2            MR. JONAS:  Judge, Mr. Herman believes he has 15, 20

3    minutes left.  If we're back at 12:40, that takes us to --

4            MR. HERMAN:  Depending on --

5            MR. JONAS:  Right, approximately.  Of course, there

6    will be some redirect.

7            So if the witness is off the stand by 1:20 or so, we

8    have two FBI agents that testify that I think collectively will

9    probably be no more than an hour.  I don't know about cross,

10   but I'm estimating.

11           And if that takes us to 2:20, 2:30, we have OCE 3.

12   That may take us to 3:30 or so.

13           We do have two witnesses that are local that are

14   available, if necessary.  We'd prefer not to call them today

15   only because it would be out of order.  And we would request

16   that if we are done at 3:30 that we just break a little bit

17   early.  And then I still think even with these two additional

18   witnesses, if they go next week, I still think we're going to

19   rest on Thursday.

20           THE COURT:  That's good.  Okay.  And we do want to

21   talk today about the expert witness, so that will give us time

22   to do that.  So that's fine with me.

23           MR. GREENBERG:  Judge, in terms of scheduling, just

24   so I know, because I've got some other things going on, too, if

25   they rest Thursday, are you planning on then arguing next

1    Friday?  Because I know we had had some discussion about

2    sending a case out to a jury on a Friday afternoon.  And the

3    reason I ask --

4         THE COURT:  Well, if they rest, you have a whole

5    bunch of witnesses that you --

6         MR. GREENBERG:  Yeah, I don't think our case is going

7    to be that long.  I mean, our client might testify.

8         But assuming our case is relatively short and all the

9    evidence is done on Thursday, that's kind of the assumption --

10        THE COURT:  We're thinking all the evidence,

11   including the defense evidence.

12        MR. GREENBERG:  If all the evidence was done on

13   Thursday, would you then want us to argue on Friday or argue on

14   Monday because we've had this -- and you don't have to answer

15   me now.  But my concern, I've got a matter out of state next

16   Friday that I was going to have to continue if we --

17        THE COURT:  If we finish all the evidence on

18   Thursday, I would expect to do closing arguments on Friday.

19   And if they deliberate -- you know, if they deliberate, we have

20   a long weekend, and they'd come back --

21        MR. GREENBERG:  No, no.  We have a two-day weekend.

22        MR. JONAS:  That would be a two-day weekend.

23        MR. GREENBERG:  I'm talking about next week.

24        THE COURT:  Next week.  You're right, of course.  I

25   would prefer doing it that way, yes.

1          MR. JONAS:  The government's preference would be

2     Friday as well.

3          THE COURT:  Yes.  I mean, they may not finish

4     deliberating, but that's common.  So yes.

5          MR. GREENBERG:  But --

6          THE COURT:  I'm afraid you're going to have to just

7     tell whoever the other judge is that you're going to be --

8          MR. GREENBERG:  That's fine.  I don't -- that's fine,

9     but I just -- it's --

10          THE COURT:  I don't want to give them a three-day

11     break between the evidence and the closing argument.  That's

12     too much.  I think the closing argument should be as close to

13     the close of evidence as possible.

14          MR. GREENBERG:  Okay.

15          THE COURT:  That would be Friday.  You know, if we

16     finish late Friday or even reasonably late Friday, then we

17     would do closing arguments first thing -- I mean Thursday,

18     rather, we'd do closing arguments first thing Friday.

19          MR. GREENBERG:  Okay.  Thank you.

20          THE COURT:  Thank you.

21          (Recess at 11:35 a.m. until 12:40 p.m.)

22

23

24

25

```
  1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
  2                       EASTERN DIVISION

  3
       UNITED STATES OF AMERICA,        )
  4                                     )
                      Plaintiff,        )
  5                                     )
                 vs.                    )  No. 19 CR 869
  6                                     )
       THOMAS OSADZINSKI,               )  Chicago, Illinois
  7                                     )  October 7, 2021
                      Defendant.        )  12:45 p.m.
  8

  9          TRANSCRIPT OF PROCEEDINGS - Volume No. 3 PM

 10         BEFORE THE HONORABLE ROBERT W. GETTLEMAN

 11                        and a Jury

 12
       APPEARANCES:
 13
       For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
 14                              United States Attorney
                                 BY:  MR. BARRY JONAS
 15                                   MS. MELODY WELLS
                                 Assistant United States Attorneys
 16                              219 South Dearborn Street, Fifth Floor
                                 Chicago, Illinois  60604
 17                              (312) 353-5300

 18
                                 MS. ALEXANDRA HUGHES
 19                              Trial Attorney, Department of Justice
                                 National Security Division
 20                              950 Pennsylvania Avenue, NW
                                 Washington, D.C.  20530
 21

 22

 23    Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                 219 South Dearborn Street, Room 1706
 24                              Chicago, Illinois 60604
                                 (312) 435-7626
 25                              nancy_bistany@ilnd.uscourts.gov
```

1    APPEARANCES:   (Continued)

2

3    For the Defendant:            GREENBERG TRIAL LAWYERS
                                   BY:   MR. STEVEN GREENBERG
                                   53 West Jackson Boulevard, Suite 1260
4                                  Chicago, Illinois  60604
                                   (312) 879-9500
5

6                                  LAW OFFICE OF JOSHUA G. HERMAN
                                   BY:   MR. JOSHUA G. HERMAN
7                                  53 West Jackson Boulevard, Suite 404
                                   Chicago, Illinois  60604
8                                  (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            (Jury in.  Proceedings heard in open court:)
 2                 THE COURT:  Good afternoon, folks.  Please be seated.
 3                 Mr. Herman.
 4                 MR. HERMAN:  Thank you, Judge.
 5                 May I proceed?
 6                 THE COURT:  Please.
 7                 MR. HERMAN:  Thank you.
 8            MARK BAGGETT, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN
 9                      CROSS-EXAMINATION (Resumed)
10    BY MR. HERMAN:
11    Q.  Good afternoon again, sir.
12    A.  Good afternoon.
13    Q.  We left off talking about some of the functionality of the
14    script of the NAS family, correct?
15    A.  Correct.
16    Q.  I want to pick up on -- start with one thing from your
17    direct examination where you had indicated that there was a
18    change in the API, correct?
19    A.  Correct.
20    Q.  On Telegram at some point?
21    A.  Correct.
22    Q.  March of 2021, you said?
23    A.  Yes.
24    Q.  And both before that and then at the end of your
25    examination by the government, you had indicated that you agree
```

1    that the script, both in the NAS family and as reflected in the

2    Heralds document, works flawlessly, correct?  You agree with

3    that assessment?

4    **A.**  I do.

5    **Q.**  Okay.  But haven't you also described the script as

6    defunct?

7    **A.**  No, I don't think I did.

8    **Q.**  Do you recall writing in an email to the prosecutor on

9    September 8, 2021, that you had to remove a now defunct portion

10   of the code?

11   **A.**  Yes.

12   **Q.**  Okay.  So you used the word "defunct" to describe the code

13   in the NAS family that you were describing, correct?

14   **A.**  The code that I removed, yes.

15   **Q.**  Okay.  And let's just be clear here.  I'll step back for a

16   second.

17           Exhibit 700 was a video that you created, correct?

18   **A.**  Correct.

19   **Q.**  And that video showed a code using the NAS script

20   functioning, correct?

21   **A.**  Correct.

22   **Q.**  To copy two Monty Python videos that you had posted in a

23   private Telegram channel, right?

24   **A.**  Correct.

25   **Q.**  That code that was functioning in Exhibit No. 700 was not

1    the exact same code that was given to you by the government,

2    correct?

3    **A.** I removed one portion of that code.

4    **Q.** Okay.  So the answer would be, yes, it's not the same as

5    the code that was given to you by the government, right?

6    **A.** Correct.

7    **Q.** You had to remove a portion of the code to make it work,

8    right?

9    **A.** Correct.

10   **Q.** And that specific portion of the code that you had

11   manipulated was the portion that copied the destination

12   channel, used to be a web address in the code from the NAS

13   family, correct?

14   **A.** I would say that the portion that I removed looked up the

15   address of the channel, converted it from a web link into a

16   number.

17   **Q.** Correct.  And you can no longer use a code that does that

18   on Telegram, right?

19   **A.** The ability to look up a channel number based upon a web

20   link is no longer functional on Telegram.

21   **Q.** So you had to change that portion of the code so it read a

22   channel -- it looked up a channel ID; is that right?

23   **A.** Not exactly.

24   **Q.** Okay.  Explain exactly how you changed the code that was

25   given to you in order to get it to work as it was shown to the

1    jury today.

2    **A.**  So the code originally used a function that converted an

3    address into a number.  I removed that portion, so when I

4    interacted with the script, I just directly gave it the number.

5    **Q.**  And you described the way that the code was written as an

6    error that prevents it from working.  Those are your words,

7    right?

8    **A.**  Yes.

9    **Q.**  In an email that you wrote to the prosecutors one month

10   ago, right?

11   **A.**  Yes.

12   **Q.**  So you had to fix that error in order to get it to work,

13   right?

14   **A.**  I would say the -- the error in the code was a result of

15   the change in an API, and I had to remove that -- that defunct

16   code from the program, so yes.

17   **Q.**  Thank you.  And so we're all understanding what these

18   acronyms mean again, explain what -- API stands for what?

19   **A.**  API is an application programming interface.

20   **Q.**  So would it be correct to say that this was a simple change

21   on the back end of Telegram that rendered the entire code

22   inoperable?

23   **A.**  It was a change on the back end of Telegram which rendered

24   the portion of the code that converted an address to a number

25   as inoperable.

1    **Q.** And it prevented it from working?

2    **A.** It did.

3    **Q.** You were asked some questions also -- there was a slide

4    that the government put up about TOR and BleachBit and all

5    sorts of other things, VPNs; do you remember that?

6    **A.** I do.

7    **Q.** If you don't, I can put it up back up.  I'm not going to go

8    through each one, but I can put it back up if you need it.

9    Okay?

10   **A.** Okay.

11   **Q.** These are all programs that are readily available online,

12   right?

13   **A.** Absolutely.

14   **Q.** Most of them are free?

15   **A.** Absolutely.

16   **Q.** And you yourself probably have used some of them, right?

17   **A.** I have.

18   **Q.** And in many professions it's encouraged that people use

19   VPNs, right?

20   **A.** It is.

21   **Q.** And even if you're -- I think you mentioned that there was

22   some kind of consumer grade VPN or maybe you can describe

23   something as consumer grade for one of these programs, right?

24   **A.** Correct.

25   **Q.** So a lot of these programs are actually designed for

1    consumers and all of us, right?

2    **A.**  Correct.

3    **Q.**  And it's wise to use a -- not wise, but encouraged in many

4    professions to use VPNs if you're on a public WiFi, correct?

5    **A.**  Yes.

6    **Q.**  It's important for privacy, right?

7    **A.**  It is.

8    **Q.**  There's nothing inherently nefarious about anything that

9    was shown to you by the government, right?

10   **A.**  No.

11   **Q.**  I'm showing you -- I'm showing you a document that's been

12   previously introduced into evidence as Government Exhibit No.

13   710.  I have more than three questions on this.

14   **A.**  Okay.

15   **Q.**  We have -- this is a -- the Telegram channel that you --

16   you created for the purposes of your testimony today, correct?

17   **A.**  There are multiple channels shown, but the main green

18   screen shows one of those channels, yes.

19   **Q.**  Okay.  And these are two videos -- these are two short

20   videos that you had put up, or clips?

21   **A.**  Yes.

22   **Q.**  Okay.  Do you recall how long they were?

23   **A.**  Two to three minutes each.

24   **Q.**  So very, very short, very small.

25            Do you remember the size of them, approximately,

1    kilobytes, megabytes?  What are we talking about?

2    **A.**  I don't recall what the size was.

3    **Q.**  And this is -- there's actually a couple of different ways

4    that you can use Telegram.  You can use it on a desktop, right?

5    **A.**  You can.

6    **Q.**  And you can also use it on a phone, right?  Social media

7    apps everywhere --

8    **A.**  You can.

9    **Q.**  -- right?

10             And this is the desktop version of Telegram, correct?

11   **A.**  This is the web interface version.  There is a separate

12   desktop application.

13   **Q.**  You're familiar -- you testified earlier that you have

14   Telegram for personal use, so you know how it works, right?

15   **A.**  I do.

16   **Q.**  You -- you're aware that the desktop version of Telegram

17   allows one to select a number of videos and forward them to

18   another location, right?

19   **A.**  I have not forwarded videos on the desktop version of it.

20   My personal use has been on the phone and the web, but I have

21   no reason to doubt that it wouldn't work as you described.

22   **Q.**  That Telegram has a functionality where one could, as if

23   selecting a number of files from a folder, select both of these

24   videos and forward them to a separate channel.

25             Do you have any reason to doubt that that's a

1   functionality of Telegram on the desktop application?

2   **A.**  I don't.

3   **Q.**  And there was also a reference to, in a slide -- and I'm

4   not going to pull it up -- but to this -- to BotFather, right?

5   **A.**  There was.

6   **Q.**  And there was some discussion about what bots are.

7          Bots -- bots are used all over Telegram and the

8   computer world, right?

9   **A.**  Yes.

10  **Q.**  And this BotFather is actually a proprietary -- strike

11  that.

12         You have to use BotFather if you want to design a bot

13  in Telegram, right?

14  **A.**  There may be other ways, but that is the primary way that

15  you create a bot in Telegram.

16  **Q.**  And so a bot, again, is simply something that carries out

17  instructions that a user tells it to do, right?

18  **A.**  A computer program that acts on behalf of a user, yes.

19  **Q.**  And the first thing you do when you click the BotFather is

20  to give a name for a bot, right?

21  **A.**  Yes.

22  **Q.**  And to determine whether or not that name has been used by

23  anyone else, right?

24  **A.**  Correct.

25  **Q.**  So if somebody were to use BotFather to do something, all

1    they're doing is using Telegram as it was designed to be used,

2    correct?

3              MS. WELLS:  Objection.

4              THE COURT:  Ground?

5              MS. WELLS:  It's mischaracterizing, Your Honor,

6    but --

7              THE COURT:  No.  Overruled.  Go ahead.

8              Did you want this exhibit to remain up?

9              MR. HERMAN:  For one more second.  I can -- may I

10   reask the question?

11             THE COURT:  Go ahead.

12   BY MR. HERMAN:

13   **Q.**  If somebody were to use BotFather to design a bot, they're

14   just using Telegram as the way that it was designed to be used?

15   **A.**  The BotFather's purpose is to give you usernames and

16   passwords for bots.  Whether or not you use those with the

17   intent of the Telegram network is -- is beyond what the

18   BotFather actually is concerned with.

19   **Q.**  That's fair.  But if you were -- let me rephrase it then.

20             If you were to use -- BotFather is the primary way

21   that somebody would design a bot in the Telegram environment,

22   correct?

23   **A.**  Or acquire a bot, yes.

24   **Q.**  Acquire a bot?

25   **A.**  Yes.

1    **Q.** Thank you.  I also want to make sure that we understand

2    your description of the different scripts in the NAS family.

3          You've taken a look at four different versions,

4    correct?

5    **A.** That's correct.

6    **Q.** And did I take it down correctly that the changes are more

7    of the window dressing variety?

8    **A.** Correct.

9    **Q.** Nothing substantive changed in the functionality of the

10   script?

11   **A.** Unless you consider the questions asked and the way that

12   they're asked substantive.

13   **Q.** So one -- and I'm sure everybody remembers -- one said --

14   one said "Relax."  Like sit back and relax, right?

15   **A.** Right.

16   **Q.** That was a change when it didn't say sit back and relax

17   before, correct?

18   **A.** Correct.

19   **Q.** But it was still part of the same instruction line on the

20   code, correct?

21   **A.** Correct.

22   **Q.** Okay.  And as you were walking through the code -- and I

23   don't want to do it again -- but there are lots of user

24   interaction steps that have to take place, correct, to get this

25   thing going?

1   **A.** Five or six questions.

2   **Q.** You need to start the copy process, you said; you need to

3   tell how many messages there are.  And it's all a conversation

4   that you're having with this -- with this bot, right?

5   **A.** Correct.

6   **Q.** And when you said that this -- you were asked to measure

7   how much time it took to copy two videos, right?

8   **A.** Right.

9   **Q.** I mean, you said it was about a second.  We're talking

10  about two very short videos?

11  **A.** Yes.

12  **Q.** Just copied and pasted to a -- to a different channel that

13  you had created, right?

14  **A.** Correct.

15  **Q.** Okay.  At the end of your testimony or somewhere in your

16  testimony -- I can't remember when, and that's why I'm

17  asking -- you had said something about law enforcement not

18  being able to take down certain videos from -- could you remind

19  us what you said on that subject, please?

20  **A.** That was in relation to peer-to-peer networking as opposed

21  to a centralized server that provides downloads.

22  **Q.** And what did you -- what did you say about what law

23  enforcement couldn't do in peer-to-peer networking?

24  **A.** So in peer-to-peer networking, everyone that downloads a

25  file from the other people that are on the network is sharing

1   that file, again, to everyone else on the network for at least

2   a period of time.

3           And so in order to get those files to no longer be

4   available, all of the clients -- every individual who is

5   sharing the file would have to be taken down individually.

6   **Q.**  But you're aware that law enforcement just can't go on to

7   social media and take down videos it doesn't like, right?

8   **A.**  I need you to clarify the question.

9           So law enforcement will remove child pornography from

10  YouTube or from -- from servers that are sharing those --

11  **Q.**  Sure.  But things that aren't inherently illegal.  We're

12  not talking about what you just --

13          MS. WELLS:  Objection, Your Honor.  It calls for a

14  legal conclusion.

15          THE COURT:  Maybe you could rephrase it.

16  BY MR. HERMAN:

17  **Q.**  Sure.  Videos -- like some videos will have an inherent

18  First Amendment quality to them, things that aren't like what

19  you had said?

20          MS. WELLS:  Objection.

21  BY MR. HERMAN:

22  **Q.**  Law enforcement just can't take those down because it

23  doesn't like them, can it?

24          MS. WELLS:  Your Honor, same objection.

25          THE COURT:  Well, he testified about law enforcement

1    taking down or not being able to take down.  So I think that

2    that opened the door to this question.

3               MR. HERMAN:  Thank you.

4               THE COURT:  Why don't you reask the question,

5    Mr. Herman?

6    BY MR. HERMAN:

7    **Q.**  You had talked about law enforcement being able to take

8    down videos that are posted in peer-to-peer networks or other

9    social media, correct?  You testified about that on direct

10   examination, right?

11   **A.**  Yes.

12   **Q.**  Okay.  Well, you know that there's a process involved

13   before law enforcement can just take things down, correct?

14   **A.**  I'm -- I'm unfamiliar with the process that law enforcement

15   would go through in order to take those things down.

16              I can only speak from a technology standpoint, you

17   know, what law enforcement would do in -- or the technical

18   hurdles that law enforcement would have to overcome to take

19   down those videos.

20   **Q.**  You've never advised in any capacity about whether or not

21   how certain videos can be taken down from peer-to-peer networks

22   in your capacity providing assistance to the Department of

23   Defense or in any other professional capacity?

24   **A.**  I have not.

25   **Q.**  You're aware that, though, that videos that are shared

1    often have a First Amendment value that deserve to be up even

2    if law enforcement doesn't like them?

3              MS. WELLS:  Objection, Your Honor, legal conclusion.

4              THE COURT:  Overruled.

5    BY THE WITNESS:

6    **A**.  Yes.

7              MR. HERMAN:  Okay.  Nothing further.

8                    REDIRECT EXAMINATION

9    BY MS. WELLS:

10   **Q**.  Good afternoon again, Mr. Baggett.

11   **A**.  Hi.

12   **Q**.  On cross-examination you were asked if some of the computer

13   programs, the scripts that you analyzed, were essentially

14   copy-and-paste programs.  Do you recall those questions?

15   **A**.  I do.

16   **Q**.  Is there a difference between a manual copy and paste, say,

17   for example, using videos in one location and moving them to

18   another -- is there a difference between doing that manually

19   and using an automated version of a computer script like you

20   see in Heralds of the Internet?

21   **A**.  There is.

22   **Q**.  Can you explain what those differences are?

23   **A**.  It's mostly in volume and the effort that's required on

24   behalf of an individual who is trying to do those things.

25   **Q**.  By automating the process, does what you saw in Heralds of

1     the Internet and in the NAS.py group of exhibits increase the

2     speed at which things like that can be accomplished?

3     **A.** It does.

4     **Q.** Could it save the user time in terms of their own efforts?

5     **A.** It would.

6     **Q.** And actually, using Heralds of the Internet, would that or

7     does that save the user time?

8     **A.** It does.

9     **Q.** Does it affect the ability of the user to copy larger

10    amounts of data?

11    **A.** They would be able to move the same amount of data.  It

12    would just take much longer to do it.

13    **Q.** You were also asked a lot of questions about complexity or

14    sophistication of different computer programs, and I just want

15    to go back to the three groups of scripts that you looked at.

16          Where did Heralds of the Internet fall in terms of

17    its complexity compared to the other two groups that you looked

18    at?

19    **A.** So --

20    **Q.** Or let me rephrase that.

21          Where did Heralds of the Internet fall in terms of

22    its, I guess, sophistication, because I think that's the word

23    that you used before, in comparison to the other two groups?

24    **A.** So Heralds was an extension of an existing script.  I would

25    say that the four scripts that were in the NAS family of

1    scripts had a good amount of sophistication to them in that

2    they incorporated bots and communicating on various channels.

3              The additions that were made to the -- those scripts

4    and then documented in the Heralds document were search terms

5    looking for 360, looking for those Arabic characters.  And they

6    were much simpler than those that were in the original

7    document.

8              So I'd say the overall program was more sophisticated

9    in that it had additional functionality, but the changes that

10   were made to them were much simpler in nature than the earlier

11   version.

12   **Q.**  And I want to ask a few questions about simplicity of

13   computer scripts.

14             You were asked on cross-examination about whether you

15   had seen more or less complex computer programs in your

16   experience.  Do you recall that?

17   **A.**  I do.

18   **Q.**  Are there simple or simply written computer programs that

19   perform tasks that benefit people?

20             MR. HERMAN:  Objection to the phrasing of the

21   question.  I can address this quickly.

22             THE COURT:  No.  Well, I -- you're suggesting

23   leading?  Are you suggesting leading?

24             MR. HERMAN:  That's part of it, Your Honor.

25             THE COURT:  Overruled.  Go ahead.

1    BY MS. WELLS:

2    **Q.** Are there simple computer programs that accomplish tasks

3    that benefit people?

4    **A.** Yes.

5    **Q.** Are there simple computer programs that do -- that do

6    things for people that they use every day?

7    **A.** Yes.

8    **Q.** Is there anything about being complicated that makes a

9    computer program inherently better than another one?

10   **A.** I would say, in general, the more you want to do in a

11   program, the more complex it becomes.

12            So if a program doing more is better, then yes.

13   **Q.** Is more always better?

14   **A.** Not always.

15   **Q.** You were asked a series of questions about where the

16   various different computer programs that you analyzed came

17   from.  Do you recall those questions?

18   **A.** I don't.

19   **Q.** Do you recall being asked questions about whether computer

20   code could be obtained from open source or internet searches?

21   **A.** I do.

22   **Q.** Do you have any evidence suggesting that any of the scripts

23   you've analyzed came from internet or open source searches?

24   **A.** I don't.

25            MS. WELLS:  And if I could please have -- this is

1    Government Exhibit 201, which is in evidence.  If I could have

2    this for the room, please.

3    BY MS. WELLS:

4    **Q.**  Mr. Baggett, were you also asked questions whether there

5    was any information suggesting that the person who wrote

6    Heralds of the Internet got a script from another brother?  Do

7    you recall those questions?

8    **A.**  I don't recall the question.  I recall seeing that in the

9    document.

10   **Q.**  I want to refer you to Government 201 at page 4.  And do

11   you see the part that's been enlarged here?

12   **A.**  I do.

13   **Q.**  Does this indicate -- first of all, other than what's

14   written in this document, do you know anything about where any

15   of these scripts came from?

16   **A.**  I don't.

17   **Q.**  And do you see -- can you just read the first sentence

18   there, please?

19   **A.**  "Now we will use a modified version of a Python script

20   developed by a brother who is currently imprisoned.  May Allah

21   free him and protect him and reward him for his valuable work

22   in this media jihad."

23   **Q.**  Taken at face value, does this indicate whether the person

24   who wrote this document modified or changed the computer script

25   they're describing?

1    **A.**  It does.

2    **Q.**  And in your opinion, did Heralds of the Internet reflect

3    any changes or extensions of other computer scripts that you

4    looked at?

5    **A.**  Yes.  In my opinion, Heralds of the Internet is a -- an

6    extension of the script that we looked at that was in the NAS

7    family of scripts.

8    **Q.**  And by the way, you reviewed five complete Python scripts

9    as well as Heralds of the Internet; is that right?

10   **A.**  It is.

11   **Q.**  Does this say that they obtained -- that the writer of this

12   document obtained five scripts from someone else?

13   **A.**  It doesn't.

14   **Q.**  Does it say that this person obtained a copy of Heralds of

15   the Internet from someone else?

16   **A.**  It doesn't.

17   **Q.**  Mr. Baggett, do you recall also being asked questions about

18   whether the code -- the various codes that you analyzed but I

19   think including Heralds of the Internet -- whether this could

20   be used to copy and paste from Telegram channels about any

21   topic?

22   **A.**  I do.

23   **Q.**  I think the example was the Dodgers.  Like, could this be

24   used to copy and paste information from a Telegram channel

25   about the Dodgers?  Do you recall that?

1    **A.**  I do.

2    **Q.**  I want to refer you to the list of priorities in Heralds of

3    the Internet.  Where does it say Dodgers?

4    **A.**  Nowhere.

5    **Q.**  Mr. Baggett, you were asked a series of questions about a

6    change that you had to make in the NAS.py group of codes in

7    order to do your testing.  Do you recall that?

8    **A.**  I do.

9    **Q.**  First of all, I just want to separate a few things.

10             Did that change in any way affect your analysis of

11   what was in Heralds of the Internet, or is that a separate

12   consideration just for the testing of that different family of

13   scripts?

14   **A.**  It was unrelated to my analysis of Heralds of the Internet.

15   **Q.**  And I want to be clear about the change that you had to

16   make.

17             What was the issue that caused you to need to make a

18   change to the code?

19   **A.**  On March 9th, 2021, the Telegram network disabled the

20   function that would allow you to convert a channel invitation

21   link into the channel ID number.  And so I simply removed that

22   portion and gave it directly the channel numbers.

23   **Q.**  And that was a change by Telegram, right?

24   **A.**  It was.

25   **Q.**  In your experience writing Python code, do applications

1    like Telegram or websites or software manufacturers make

2    changes from time to time that affect the computer programs

3    that interact with them?

4    **A.**  I'd say frequently.

5    **Q.**  And when that happens, do people have to, for example,

6    update their software?

7    **A.**  They do.

8    **Q.**  And when you update your software, is that because there

9    was something wrong with your software to begin with, or is it

10   because another program sometimes makes a change that requires

11   some kind of refresh to be done?

12   **A.**  It's simply adapting your program to changes made by the

13   website.

14   **Q.**  Did the programmer who wrote -- whoever the author is of

15   the NAS.py family of scripts is, did that person make an error

16   in their drafting?

17   **A.**  No.

18   **Q.**  And in your assessment, based on the change that Telegram

19   made, would those codes have worked exactly as written on or

20   before Telegram's change in early 2021?

21   **A.**  Yes.

22   **Q.**  What level of confidence do you have in that assessment?

23   **A.**  99 percent, 100 percent.

24   **Q.**  You were also asked a bunch of questions about programs

25   that we talked about before, VPNs, TOR, et cetera.  Do you

1    recall those questions?

2    **A.**  I do.

3    **Q.**  And I think the way defense counsel asked you was, those

4    are all programs that regular folks can use for nonnefarious

5    reasons; do you recall that?

6    **A.**  I do.

7    **Q.**  Are those all programs that people can use for nefarious

8    reasons?

9    **A.**  They are.

10   **Q.**  And you've talked a little bit about your experience in

11   penetration testing.  Can you remind us what that is?

12   **A.**  Penetration testing is when I take on the role of a hacker

13   and break into an organization in order to show them what the

14   vulnerabilities are in their network and how an attacker would

15   break into their network.

16   **Q.**  And so based on your experience in that field, have you

17   seen examples where things like VPNs or TOR or BleachBit, or

18   some of the other programs we've talked about, could be used

19   nefariously, to use defense counsel's words?

20   **A.**  Yes, I have used them nefariously.

21   **Q.**  In the aid of helping companies?

22   **A.**  Yes.

23   **Q.**  Is that also true for bots?  Can bots be used for perfectly

24   good reasons?

25   **A.**  They can.

 1    **Q.**  Can bots be used for bad reasons?

 2    **A.**  They can.

 3    **Q.**  Does it all depend on the intent of the user?

 4    **A.**  It does.

 5              MS. WELLS:  Nothing further.

 6              MR. HERMAN:  Briefly, Judge.

 7                        RECROSS-EXAMINATION

 8    BY MR. HERMAN:

 9    **Q.**  You said that you were 99 percent sure that the NAS.py

10    programs would have worked as designed, correct?

11    **A.**  Correct.

12    **Q.**  So if somebody will tell us that they tried to use them

13    before March 2019 and they weren't able to get them to work,

14    they'd be lying; is that what you think?

15              MS. WELLS:  Objection, foundation.

16              THE COURT:  I think you -- well, I think you could

17    rephrase that.

18    BY MR. HERMAN:

19    **Q.**  They'd be wrong?

20    **A.**  So --

21    **Q.**  These -- it's your testimony today to a 99 percent degree

22    of certainty that anyone could have used these two programs and

23    had them work functionally before March of 2019 -- 2021?

24    **A.**  Anyone using those programs would have had to have set up

25    similar bots and channels.  There's -- there's some work that

1    would have to go in for someone to use those, and if they

2    followed those steps -- they followed the setup processes

3    properly, I would say that before March of this year, then

4    those programs would have functioned properly.

5    **Q.** And that setup process isn't a difficult one to -- if you

6    know -- if you have a little bit of knowledge, right?

7    **A.** It took me four hours or so to go through it the first

8    time.

9          MR. HERMAN:  Nothing further.

10         THE COURT:  All right.  Thank you.  You're excused.

11   Thank you, Mr. Baggett.

12       (Witness excused.)

13         MR. JONAS:  Your Honor, may I approach and put the

14   exhibits for the next witness?

15         Your Honor, I'm going to be using the easels, and I

16   think the best place to put them is right here if that's okay?

17         THE COURT:  I want the jury to be able to see

18   whatever you're going to put on them.  Apparently I won't be

19   able to.

20         MR. JONAS:  It's tough now the way we're set up.

21         THE COURT:  I understand.  We'll do our best.

22         Mr. Jonas, are you going to be using the monitors to

23   show any of these?

24         MR. JONAS:  Not these, Judge.  I will use it with the

25   witness's testimony, but first I'm going to use these, and then

1    I'll switch.

2        (Witness entered courtroom.)

3            THE COURT:  Claire, can you put the camera on?

4            THE CLERK:  Let me get the witness's.

5            THE COURT:  Then that way I could see the courtroom

6    at least, see what the -- yes?

7            JUROR DIVINE:  I can't see, so is it okay if I stand?

8            THE COURT:  Okay.  Let's let him put them up there,

9    and if you have a problem, we'll deal with that.  Okay?  We'll

10   make sure -- anybody on the jury, if you're having a problem

11   seeing what Mr. Jonas is going to put on the easel, just raise

12   your hand, and we'll make sure that you're able to do so.

13           MR. JONAS:  Actually, Claire, I am going to go back

14   and forth a little bit.  I'm sorry.  I am going to go back and

15   forth between the screen and holding those up.

16           THE CLERK:  You have to say --

17           MR. JONAS:  I will.  I'll let you know when.

18           THE COURT:  Please raise your right hand.

19           Do you solemnly swear or affirm that the testimony

20   you're about to give in this cause will be the truth, the whole

21   truth, and nothing but the truth?

22           THE WITNESS:  I do.

23       (Witness duly sworn.)

24           THE COURT:  Have a seat, please.  And you can remove

25   your mask while you're testifying.

MICHAEL FEE, GOVERNMENT'S WITNESS, SWORN

DIRECT EXAMINATION

BY MR. JONAS:

Q. Good afternoon.

A. Good afternoon.

Q. Would you please state and spell your name.

A. Michael Fee, last name F, as in foxtrot, e-e.

Q. What do you do for a living?

A. I'm a special agent with the FBI.

Q. How long have you been a special agent with the FBI?

A. Approximately three-and-a-half years.

Q. Where were you before the FBI?

A. I was a special agent with the DEA.

Q. And are you assigned to the Chicago field office of the FBI currently?

A. Yes.

Q. Are you assigned to a particular squad?

A. Yes.

Q. What does that squad do?

A. The name of it is CT3. It is a counter-terrorism squad, and we deal mainly with ISIS and HVEs or homegrown violent extremists.

Q. How long have you been on the squad?

A. Since January of this year.

Q. Prior to that you were on a different squad?

Fee - direct by Jonas                               558

1   **A.** Yes.

2   **Q.** Doing nonterrorism work?

3   **A.** Yes.

4   **Q.** Were you -- are -- were you part of the investigation into

5   the defendant?

6   **A.** I may have been on surveillance once or twice but not part

7   of the investigative team.

8   **Q.** Are you familiar, though, with a search that was executed

9   at the defendant's home?

10  **A.** Yes.

11  **Q.** When was that search?

12  **A.** November 2019.

13  **Q.** And were items taken from the defendant's home?

14  **A.** Yes.

15  **Q.** Are you familiar with those items?

16  **A.** Yes.

17  **Q.** Have you -- did the FBI keep logs of material that they

18  take from someone's home when they execute a search warrant?

19  **A.** Yes.

20  **Q.** Have you reviewed those logs?

21  **A.** Yes.

22  **Q.** Okay.  And they take pictures as well as they're executing

23  the search warrant?

24  **A.** Yes.

25  **Q.** Have you reviewed those pictures?

1    **A.** Yes.

2    **Q.** So I want to show you some things that were taken from the

3    defendant's apartment.  Okay?

4    **A.** Okay.

5    **Q.** By the way, where was the search conducted?

6    **A.** In Chicago.

7           MR. JONAS:  Your Honor, at this time I'd like to read

8    a stipulation.

9           Government's Exhibit 601, 602, 605, 606, and 608 are

10   items recovered from the defendant's bedroom on November 18,

11   2019.

12   BY MR. JONAS:

13   **Q.** Was that the date of the search warrant on the defendant's

14   apartment?

15   **A.** Yes.

16          MR. JONAS:  Your Honor, at the time I offer -- well,

17   I'm sorry.  Before I do that, may I approach the witness?

18   BY MR. JONAS:

19   **Q.** Do you recognize this item?

20   **A.** I do.

21   **Q.** What is this?

22   **A.** That is an ISIS flag.

23   **Q.** Where was this taken from?

24   **A.** That was taken from the defendant's bedroom.

25          MR. JONAS:  At this time I'd offer into evidence

1    Government's Exhibit 601.

2              MR. GREENBERG:  Subject to our earlier objections.

3              THE COURT:  It will be admitted.

4         (Said exhibit admitted in evidence.)

5              THE COURT:  Can you all see that?

6              THE JURY:  Yes.

7    BY MR. JONAS:

8    Q.  Agent Fee, was there a stencil also taken from the

9    defendant's apartment?

10   A.  Yes.

11   Q.  Agent Fee, can you see what I'm holding up?

12   A.  Yes.

13   Q.  What is this?

14   A.  That is the stencil.

15             MR. JONAS:  Your Honor, at this time I would offer

16   into evidence Government's Exhibit 608.

17             MR. GREENBERG:  Same objection.

18             THE COURT:  It will be admitted.

19        (Said exhibit admitted in evidence.)

20   BY MR. JONAS:

21   Q.  Agent Fee, what is this a stencil of?

22   A.  It appears to be of the writing on the flag.

23   Q.  Agent Fee, were posters taken from the defendant's bedroom?

24   A.  Yes.

25             MR. GREENBERG:  So, Judge, I know that they want to

1    display this, but they've now shown it.  Just like every other

2    exhibit that's up on the screen, they should take it down.  Or

3    is he going to leave up the flag through his entire

4    examination?

5              MR. JONAS:  Judge, I can take it down and put up

6    another poster instead.

7              THE COURT:  Okay.

8    BY MR. JONAS:

9    **Q.**  Mr. Fee, I'm holding up for you -- Agent Fee, I'm holding

10   up for you what's marked as Government's Exhibit 605.  Do you

11   know what this is?

12   **A.**  Yes.

13   **Q.**  What is this?

14   **A.**  This was a poster taken from the defendant's bedroom.

15             MR. JONAS:  Your Honor, at this time I would offer

16   into evidence Government's Exhibit 605.

17             MR. GREENBERG:  Same objection, Judge.  We've got a

18   standing objection --

19             THE COURT:  We can -- I'll recognize your standing

20   objection.

21             MR. GREENBERG:  All right.  Thank you.

22             THE COURT:  And I'll admit it.

23        (Said exhibit admitted in evidence.)

24             MR. JONAS:  Judge, just to reiterate, this was --

25   well, never mind.  I'll withdraw that.

1    BY MR. JONAS:

2    **Q.** Agent Fee, is there a translation of this exhibit?

3    **A.** Yes.

4              MR. JONAS:  Can I get the screen?

5              Judge, I believe this translation is already in

6    evidence.

7              THE COURT:  What's the -- is there an exhibit number?

8              MR. JONAS:  It's 605-T.  Judge, for some reason it's

9    not coming up.  Could I get the Elmo, please?

10        (Brief pause.)

11             MR. JONAS:  Never mind.  It's up.  Thank you.  Sorry.

12   BY MR. JONAS:

13   **Q.** Agent Fee, what does the translation of this poster say?

14   **A.** "Arab tyrants, your hands are soaked with the blood of

15   Muslims."

16   **Q.** Sorry.  I think that's the wrong one.

17             MR. GREENBERG:  Your Honor, I would object to that,

18   because the question was what does the poster say, and he just

19   said that's what it says.

20             MR. JONAS:  Judge, he was reading from the wrong

21   translation.

22             THE COURT:  We'll strike the last answer.  Disregard

23   the last answer.

24             MR. GREENBERG:  Thank you.

25   BY MR. JONAS:

1    **Q.**  Agent Fee, is this the correct translation for this poster,

2    Government's Exhibit 605?

3    **A.**  Yes.

4    **Q.**  And this is Government's Exhibit 605-T that's on your

5    computer screen, correct?

6    **A.**  Yes.

7    **Q.**  What does the translation of this poster say?

8    **A.**  "For the sake of Allah.  Jihad.  The climax of Islam.

9    Inside black circle.  Al Himmah Library.  Islamic State.  Dhu

10   al Qa'dah 1436 H [Hijrah-Islamic year]."

11   **Q.**  And when you said inside the black circle, are you talking

12   about the circle that's in the bottom left-hand corner of the

13   poster?

14   **A.**  Yes.

15   **Q.**  Agent Fee, do you recognize what this is?

16   **A.**  Yes.

17   **Q.**  What is this?

18   **A.**  That is also a poster that was taken from the defendant's

19   bedroom.

20          MR. JONAS:  Your Honor, at this time I'd offer into

21   evidence Government's Exhibit 606.

22          THE COURT:  We'll admit it.

23       (Said exhibit admitted in evidence.)

24   BY MR. JONAS:

25   **Q.**  Agent Fee, is there a translation of this poster?

1    **A.** Yes.

2    **Q.** I'm going to show you what's already been admitted,

3    Government's Exhibit 606-T. Is this the translation -- the

4    correct translation for this poster?

5    **A.** Yes.

6    **Q.** What's the translation of this poster?

7    **A.** "Arab tyrants. Your hands are soaked with the blood of

8    Muslims. Inside the black circle. Al Himmah Library. Islamic

9    State. Dhu al Qa'dah 1436 H [Hijrah-Islamic Year]."

10   **Q.** And the translation for inside the black circle, that's the

11   bottom left-hand corner circle of the poster?

12   **A.** Yes.

13          THE COURT: Was this admitted already?

14          MR. JONAS: The translation was admitted, yes.

15   BY MR. JONAS:

16   **Q.** Agent Fee, when these were found -- as far as you know,

17   when these were found in the defendant's apartment, were they

18   on this poster board the way they are today?

19   **A.** No.

20   **Q.** Do you know where they were in the apartment?

21   **A.** Yes.

22   **Q.** Where were they?

23   **A.** On the wall.

24   **Q.** Mr. Fee, was there -- Agent Fee, was there also a criminal

25   complaint seized for the defendant's apartment?

1    **A.** Yes.

2    **Q.** What's your understanding of a criminal complaint?

3    **A.** A complaint is a charging document.

4           MR. JONAS:  Can we get, Claire, just the witness?

5    BY MR. JONAS:

6    **Q.** Agent Fee, do you see what's on the screen?

7    **A.** Yes.

8    **Q.** What is that?

9    **A.** That is a copy of a criminal complaint.

10   **Q.** And where was this found?

11   **A.** In the defendant's bedroom.

12          MR. JONAS:  Your Honor, at this time I would offer

13   into evidence Government's Exhibit 602.

14          THE COURT:  All right.  Subject to the standing

15   objection, I'll admit it.

16          MR. JONAS:  Thank you, Judge.

17          If we can get the jurors.

18      (Said exhibit admitted in evidence.)

19          MR. GREENBERG:  Judge, we're objecting to this beyond

20   what we've already stated as our general objection.

21          THE COURT:  Can you briefly state it?

22          MR. GREENBERG:  Yeah.  Under 403, Judge -- and if

23   they would like just a brief description to be given of what it

24   is, I think that would cure it, but the actual document itself

25   I think should be inadmissible.

1          THE COURT:  Based on the evidence I've seen up to

2    now, I'll admit it.

3          MR. JONAS:  Thank you, Judge.

4    BY MR. JONAS:

5    **Q.**  Agent Fee, was this complaint -- have you reviewed that

6    complaint that was taken from the defendant's bedroom?

7    **A.**  Yes.

8    **Q.**  And it was fairly lengthy?

9    **A.**  Yes.

10   **Q.**  Are only a few pages going to be admitted into evidence, as

11   far as you know?

12   **A.**  Yes.

13   **Q.**  All right.  Agent Fee, on the first page of the complaint,

14   who is this case against?

15   **A.**  Joseph D. Jones and Edward Schimenti.

16   **Q.**  And what were they charged with?

17   **A.**  Title 18, United States Code 2339B(a)(1).

18   **Q.**  And is that -- is there a description of the charge on the

19   complaint?

20   **A.**  Yes.

21   **Q.**  What's it say?

22   **A.**  Conspiring and attempting to provide material support and

23   resources, namely personnel and equipment, to a foreign

24   terrorist organization, namely the Islamic State of Iraq and

25   al-Sham, knowing that the organization was a designated

1   terrorist organization and that the organization had engaged in

2   and was engaging in terrorist activity and terrorism.

3   **Q.** Is it your understanding that the foreign organization

4   known as the Islamic State of Iraq and al-Sham is another name

5   for ISIS?

6   **A.** Yes.

7   **Q.** And did the complaint describe ISIS being as a designated

8   terrorist foreign organization --

9   **A.** Yes.

10  **Q.** -- foreign terrorist organization?

11  **A.** Yes.

12  **Q.** Turning to what's identified as page 4 of the complaint, is

13  this a portion of the complaint that identifies ISIS as a

14  designated terrorist organization?

15  **A.** Yes.

16  **Q.** Could you read this paragraph 9 and 10?

17  **A.** "On October 15, 2004, the United States Secretary of State

18  designated Al-Qaeda in Iraq (AQI) then known as Jam'at al

19  Tawhid wa'al-Jihad, as a foreign terrorist organization (FTO)

20  under Section 219 of the Immigration and Nationality Act and as

21  a Specially Designated Global Terrorist under section 1(b) of

22  Executive Order 13224.

23          "On May 15, 2014, the Secretary of State amended the

24  designation of AQI as a FTO under Section 219 of the

25  Immigration and Nationality Act and as a Specially Designated

1    Global Terrorist entity under section 1(b) of Executive Order

2    13224 to add the alias Islamic State of Iraq and the Levant

3    (ISIL) as its primary name.  The Secretary also added the

4    following aliases to the FTO listing:  The Islamic State of" --

5    **Q.**  Going to the next page, page 5, can you read the rest of

6    that paragraph?

7    **A.**  -- "Iraq and al-Sham ('ISIS' - which is how the FTO will be

8    referenced herein), the Islamic State of Iraq and Syria,

9    ad-Dawla al Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al

10   Islamiya, and Al-Furquan Establishment for Media Production.

11   On September 21, 2015, the Secretary added the following

12   aliases to the FTO listing:  Islamic State, ISIL, and ISIS.  To

13   date, ISIS remains a designated FTO."

14   **Q.**  Agent Fee, in addition to items taken from the defendant's

15   apartment, physical items, was the defendant's phone also

16   seized and searched?

17   **A.**  During the arrest, yes.

18   **Q.**  And have you reviewed the contents of that phone?

19   **A.**  Yes.

20   **Q.**  And was the phone after it was seized turned over to

21   something called the Regional Computer Forensic Lab?

22   **A.**  Yes.

23   **Q.**  Is that commonly referred to the RCFL?

24   **A.**  Yes.

25   **Q.**  What's your understanding of what the RCFL does?

1    **A.** It has a number of personnel who are able to execute search

2    warrants on electronic media.

3    **Q.** When they do that, do they break what's on -- I was going

4    to say break -- but do they convert what's on the phone into a

5    report essentially?

6    **A.** Yes.

7    **Q.** And have you reviewed reports of -- that RCFL generates off

8    of phones?

9    **A.** Yes.

10   **Q.** What do they look like?

11   **A.** The interface is slightly different than in Windows, but it

12   breaks or it separates what was found on the phone into

13   different subsections, such as images, videos, things of that

14   nature.

15   **Q.** And was that done with the defendant's phone?

16   **A.** Yes.

17           MR. JONAS:  Judge, I'd like to read a stipulation.

18           If called to testify, a representative of the FBI's

19   Regional Computer Forensic Lab would testify that Government's

20   Exhibits 603-1 through 603-11 are images found on the

21   defendant's cell phone.  The witness would also testify that

22   Government's Exhibits 603-12 through 603-20 are screenshots of

23   the thumbnail images from videos found on the defendant's cell

24   phone.  The witness would also testify that Government's

25   Exhibit 603-21 is a video entitled "Structure of the Khilafah,"

1    K-h-i-l-a-f-a-l -- a-f-a-h, and al-Furqan that was found on the

2    defendant's cell phone.

3    BY MR. JONAS:

4    **Q.**  Agent Fee, have you reviewed those government's exhibits?

5    **A.**  Yes.

6    **Q.**  And were they, in fact, found on the defendant's cell

7    phone?

8    **A.**  Yes.

9              MR. JONAS:  Your Honor, at this time I would offer

10   into evidence Government's Exhibit 6 -- Exhibits 603-1 through

11   603-11 and 603-12 through 603-20, 603-22 to 603-24.  And I

12   would also -- do you have any objections?

13             MR. GREENBERG:  Yeah, I thought --

14             MR. JONAS:  Okay.  And then in addition to what was

15   read in the stipulation, I would also offer into evidence

16   603-25 through 603-28.

17             THE COURT:  Have you identified what those later ones

18   are?

19   BY MR. JONAS:

20   **Q.**  Agent Fee, Government's Exhibit 603-25 through 28, are

21   those also images taken from the defendant's phone?

22   **A.**  Yes.

23             THE COURT:  All right.  We'll admit them subject to

24   the standing objection.

25         (Said exhibit admitted in evidence.)

1    BY MR. JONAS:

2    **Q.** Agent Fee, before we move on to the images of the phone, I

3    meant to ask you a question about the complaint, if we can go

4    back for the moment for that, the Schimenti and Jones complaint

5    found in the defendant's bedroom.

6           Do you see on the screen page 33 of the complaint?

7    **A.** Yes.

8    **Q.** Do you see that image in the complaint?

9    **A.** Yes.

10   **Q.** And turning to page 55 of the complaint, do you see another

11   image that's in the complaint?

12   **A.** Yes.

13   **Q.** I want to jump to Government's Exhibit 100-1, page 56,

14   which was admitted on Tuesday.

15          Were the images from -- the two images from the

16   complaint that you just identified a moment ago, are those the

17   same images that you see in the screen right now?

18   **A.** Yes.

19   **Q.** Turning to the images found on the government -- on the

20   defendant's phone, this is Government's Exhibit 603-1.

21          What's the title of this document?

22   **A.** "Stops in the Life of the Mujahid Shaykh Abu Bakr

23   al-Baghdadi."

24   **Q.** Do you know who that is?

25   **A.** Yes.

1    **Q.** Who was that?

2    **A.** It was the former leader of ISIS.

3    **Q.** And can you just read the captions, not the whole document,

4    just the captions?

5    **A.** "1424 Beginning of Jihad.  1426 The Mutayabin Alliance.

6    1427 Founding of the Islamic State.  1431 Imara of the Muminin.

7    1434 Support of Sham.  1435 Declaring the Khilafah."

8    **Q.** Turning to the next image, Government's Exhibit 603-2, what

9    do we see here?

10   **A.** The title appears to be "Harvest of the Soldiers."  And

11   below that it says, "Results of the attacks by Islamic State

12   soldiers during the week of 3rd through 9th of Rabi' Al-Awwal

13   1441."

14   **Q.** And does this identify numerically how many people were

15   killed or injured by the Islamic State?

16   **A.** Yes.

17   **Q.** Government's Exhibit 603-3, what's here?

18   **A.** Three individuals, each with what appears to be rifles.  In

19   the background is the ISIS flag and an individual holding one

20   finger up.

21   **Q.** 603-25, what do we see here?

22   **A.** Also see an ISIS flag on the wall, several other

23   individuals with long guns or rifles, and one individual as

24   well with one finger to the sky.

25   **Q.** 603-27?

1   **A.** Also see an ISIS flag.  There appears to be someone holding

2   a rifle with one finger to the sky.

3   **Q.** 603-4?

4   **A.** It says, "Halummu Come to Your State," with an image of the

5   ISIS flag.

6   **Q.** 603-5?

7   **A.** "Horizons Notifications."

8   **Q.** If you can read this.

9   **A.** "Many supporters overlook the dangers of physical access to

10  the device used in media work, if you got arrested and you

11  weren't ready to face this threat.  You" -- sorry, part of the

12  screen is blocking.  Thank you.

13          "You will be the reason of arresting many brothers

14  whom you were in contact with them.  So taking a security

15  measures and understanding the threats you are facing is not

16  just a personal matter, the loss of security is a loss for

17  everyone including your brothers, friends and family.  If any

18  of you got arrested it means the other will be raced too, so

19  take care of your security to keep your brothers safe."

20  **Q.** 603-6?

21  **A.** "Horizons Notifications.  Social networks is a double-edged

22  weapon which considered one of the methods which used by

23  intelligence agencies to collect user's data.  Make sure to use

24  social networks through Tails OS and TOR network, avoid talking

25  about personal or sensitive info or downloading apps from

1    unknown sources."

2    **Q.** 603-7?

3    **A.** At the top -- the very top, it says, "In the Name of Allah,

4    the Gracious, the Merciful."  And continue:  "Channels

5    dedicated to the translation of media from the Khilafah.  (May

6    Allah cherish it.)"

7    **Q.** Are any of these channels in English that you can read?

8    **A.** Yes.  Halummu and Meydan.

9    **Q.** What's it say about Halummu?

10   **A.** "Halummu:  Translations into English."

11   **Q.** 603-8?

12   **A.** The top has a banner which says, "Invasion Brigade,"

13   followed by "Media invasion" and the symbol for Twitter.

14   **Q.** 603-9?

15   **A.** That is an ISIS flag with "Islamic State" written below.

16   **Q.** Of 603-10?

17   **A.** It says, "Al-Hayat Media Center.  Answer the call."

18   **Q.** Do you know what the "Al-Hayat Media Center" is?

19   **A.** Yes.

20   **Q.** What is that?

21   **A.** It's the official media center of ISIS.

22   **Q.** 603-11?

23   **A.** "Invasion Brigade."

24   **Q.** And that's the same -- it said "Invasion Brigade" two

25   screenshots ago with a Twitter image?

1   **A.** I believe so.

2   **Q.** Now, Agent Fee, did you also -- were there also videos on

3   the defendant's phone?

4   **A.** Yes.

5   **Q.** And per the RCFL report, is this a screenshot of a

6   thumbnail view of some of the videos?

7   **A.** Yes.

8   **Q.** And approximately how many videos were found on the

9   defendant's phone?

10  **A.** More than 450.

11  **Q.** More than -- I'm sorry, what was that number?

12  **A.** More than 450.

13  **Q.** And did you watch some of them?

14  **A.** Yes.

15  **Q.** Can you give a rough number as to how many you watched?

16  **A.** Either in full or in part, more than 200.

17  **Q.** Can you describe for the jury the videos that you saw?

18          MR. GREENBERG:  Objection, Judge.

19          THE COURT:  Ground?

20          MR. GREENBERG:  The form of the question to start

21  with.

22          THE COURT:  There's nothing wrong with the form of

23  the question.

24          MR. GREENBERG:  And it calls -- it's just without any

25  foundation.  He's just asking him to summarize 200 videos.

1     MR. JONAS:  Can you -- let me rephrase the question

2   and be more specific, Judge.

3   BY MR. JONAS:

4   **Q.**  Are you able to categorize the videos that you saw?

5   **A.**  Yes.

6   **Q.**  Okay.  What were some of the categories of the videos that

7   you saw?

8     MR. GREENBERG:  Objection, Judge.  This is opinion

9   testimony.  It's not proper.

10     THE COURT:  He's not giving an opinion.  He's going

11   to describe what he saw.

12     MR. JONAS:  Thank you, Judge.

13     THE COURT:  And if we go -- if it flips over into

14   opinion, we'll deal with it, but hopefully it won't.

15     MR. GREENBERG:  It's -- it is opinion of what he saw.

16     THE COURT:  Well, I guess we all have opinions of

17   what we see.  Go ahead.

18     MR. JONAS:  Thank you.

19   BY MR. JONAS:

20   **Q.**  Agent Fee, can you categorize the videos that you saw?

21   **A.**  There were videos with people marching, large crowds.

22   There were people -- there were videos of buildings on fire.

23   There were buildings of -- excuse me.

24     There were videos of people firing automatic weapons.

25   There were videos of tanks.  There were videos of beheadings.

1    There were videos -- there were a couple cat videos that

2    involved cats, but there were several different types of

3    videos.

4    **Q.** Were any of these videos videos involving ISIS?

5    **A.** Yes.

6    **Q.** How do you know that?

7    **A.** Many of the videos had a black flag either in the video as

8    a background, someone in the video was holding it, it appeared

9    in the video some way, or there was a small logo of the ISIS

10   flag in one of the corners of the video.

11   **Q.** You said some of the videos had a black flag.  Do you mean

12   had the ISIS flag?

13   **A.** Yes.

14   **Q.** And holding up Government's Exhibit 601 for you, is that

15   the flag that I'm holding up --

16   **A.** Yes.

17   **Q.** -- that you saw?

18          So turning to Government's Exhibit 603-12, you say

19   that this is thumbnails of the videos.  Can you explain that?

20   **A.** The way that the report organizes the videos allow users to

21   get a thumbnail or an image from something within the video.

22          That image may not be the first image of the video,

23   but it's contained somewhere in the video.

24   **Q.** So with the report, if you wanted to, can you click on the

25   image, and then the video would start playing?

1   **A.** Yes.

2   **Q.** Okay.  I'm going to go through -- on these pages 603-13,

3   now do you see on the top left-hand corner of 603-13, is that a

4   redacted image?

5   **A.** Yes.

6   **Q.** Are there several images here that were redacted on this

7   exhibit?

8   **A.** Yes.

9   **Q.** Why was that?

10  **A.** They were graphic in nature.

11  **Q.** Graphic how?

12  **A.** Images of beheadings.

13  **Q.** I'm going to 603-14 and 15.  Now, by looking at the

14  thumbnails, are you able to tell just by the thumbnails

15  themselves whether or not a video is an ISIS video?

16  **A.** Some.

17  **Q.** How?

18  **A.** If the thumbnail has an image of the ISIS flag.

19  **Q.** So I enlarged the bottom row of the thumbnails.  Do you see

20  such an image for one video?

21  **A.** Yes.

22  **Q.** 603-16, 17, do you see more ISIS images in this screenshot

23  of the thumbnail --

24  **A.** Yes.

25  **Q.** -- of videos?

1          18, in the bottom row of 603-18, are there -- is

2    almost the whole row filled with ISIS imaginary?

3    **A.**  Yes.

4    **Q.**  Of the flag?

5    **A.**  Yes.

6    **Q.**  603-19 and 603-20.  Agent Fee, you talked about watching

7    the videos.  Did you watch one video called "Structure of the

8    Khalifah"?

9    **A.**  Yes.

10         MR. JONAS:  Judge, that's Government's Exhibit 603-22

11   -- clips of that video are 603-22 through 24, and I'd like to

12   play those clips.  This is 603-22.

13         (Said video played in open court.)

14         MR. GREENBERG:  Judge, we want to renew our

15   objection.

16         THE COURT:  Mr. Jonas, pause it for a minute.

17   There's an objection.

18         MR. GREENBERG:  Judge, we want to renew our objection

19   that we've raised with the Court a couple of times on these.

20         THE COURT:  I think I've dealt with them a number of

21   times.

22         MR. GREENBERG:  I know, but every time the problem

23   gets larger.

24         THE COURT:  I understand.  I'll overrule the

25   objection.  Go ahead and play it.

1          MR. JONAS:  Thank you, Judge.

2      (Said video played in open court.)

3          MR. JONAS:  We'll play 602-24.  Sorry.

4      (Said video played in open court.)

5          MR. JONAS:  Then 603-24, last clip.

6      (Said video played in open court.)

7   BY MR. JONAS:

8   **Q.** Agent Fee, so the three -- these three clips from "The

9   Structure of the Khalifah," just to be clear, this was found on

10  the defendant's phone?

11  **A.** Yes.

12  **Q.** Are you familiar with the series of exhibits known as

13  Government's Exhibit 604?

14  **A.** Yes.

15  **Q.** What are they?  Let me rephrase the question.

16          When the defendant was arrested and his phone was

17  taken, did the FBI do anything with it besides give it to RCFL

18  to issue a report?

19  **A.** Yes.

20  **Q.** What happened?

21  **A.** FBI personnel, using a -- some sort of video camera, took

22  images of someone -- an FBI personnel scrolling through the

23  phone.

24  **Q.** And what were those images of?

25  **A.** Several different things, including Telegram chats.

1    **Q.**  And is the Government's Exhibit 604 a series of screenshots

2    of some of those videos taken by someone at the FBI?

3    **A.**  Yes.

4              MR. JONAS:  Your Honor, I'd like to read a

5    stipulation.

6              Government's Exhibits 604-1 through 604-57 are

7    screenshots of items on the defendant's cell phone.

8              And, Your Honor, at this time I would offer into

9    evidence -- and this is not a consecutive number, so there's

10   some breaks here -- 604-1 through 604-18, 604-23 through

11   604-36, 604-38 through 604-46, 604-49 through 604-53, and

12   604-55.  We'd offer that into evidence.

13             MR. GREENBERG:  Same as before, Judge.

14             THE COURT:  All right.  Same ruling.

15        (Said exhibits admitted in evidence.)

16             MR. JONAS:  Judge, I'm going to show 604-1.

17   BY MR. JONAS:

18   **Q.**  So, Agent Fee, can you just describe what we're looking at

19   here?

20   **A.**  It seems to be a conversation dated September 28.  Would

21   you like me to read the -- exactly what it said or --

22   **Q.**  Can you -- do you know who is speaking here?  In other

23   words, who is on the right; who is the left?

24   **A.**  Yes, there are two people speaking here.  The text that is

25   in pink with the black background appears to be the --

1    obviously the person on the right, and then the person on the

2    left is the white lettering with the purple background.

3    Q.  Is the person on the right -- is the speaker on the right

4    with the pink lettering, would that be the defendant?

5    A.  Yes.

6    Q.  Can you read what it said?

7    A.  "Cus it's in when war erupts too.  IDK.  I'm glad I'm part

8    of east Asia.  It is great land for jihad to grow."

9    Q.  604-2.  This isn't consecutive, some of these, are they?

10   A.  No.

11   Q.  You can read what's written there.

12   A.  "This isn't official.  How?  How?  They have templates.

13   Official translation.  I mean like official as in they have

14   some kind of connection to the diwan.  How else do they have

15   the template?"

16   Q.  And is this the continuation of that conversation?  This is

17   604-4.

18   A.  Yes.

19   Q.  What's being said?

20   A.  "What template?  Ok."  And then "nvm.  LOL."

21   Q.  Never mind?

22   A.  Never mind.  "They are actually just really good with

23   making banners.  I couldn't even tell.  ma sha Allah."

24   Q.  604-5.  Wait.  Hold on.  Sorry.  Okay.

25   A.  "Ma sha Allah.  I feel like no group is as good at

1    propaganda as dawla in quality and accessibility.

2              "Well, HTS doesn't focus on people outside Syria.

3    True.  At least not" as much -- "at least not much.  So don't

4    get why HTS kills IS jahideen as" --

5    **Q.**  Do you see a finger on the screenshot?

6    **A.**  Yes.

7    **Q.**  Is that the finger of an agent scrolling up as they're

8    filming what is on the phone?

9    **A.**  Yes.

10   **Q.**  604-6?

11   **A.**  Date September 12.  "SubhanAllah.  I really hope this

12   massive poster that says JIHAD on it doesn't get stuck and I

13   need to ask for help.  I set it to max quality I think that's

14   why it's taking" too -- "taking long."

15   **Q.**  And, Agent Fee, this big poster that's Government's Exhibit

16   605, can you remind the jury what it says in the middle?

17   **A.**  "Jihad."

18   **Q.**  604-6?

19   **A.**  "September 28."  Text that appears to be Cyrillic, and it's

20   an mp4 file.

21             "Yea same with hallumu.  Halummu.  I message the

22   halummu admin.  He replies walaikum assalam" and "then just

23   doesn't respond again.  lol."

24   **Q.**  Did -- on the images on his phone that we went through a

25   few moments ago, was there a reference to Halummu on one of

1    those images?

2    **A.**  Yes.

3    **Q.**  Do you remember what it said?

4    **A.**  I do not.

5    **Q.**  Do you remember if there's an ISIS flag on that image?

6    **A.**  I do.

7    **Q.**  604-7, what's it say?

8    **A.**  Dated September 28.  "Okay no dude.  This has to be -- they

9    have the Russian narrator."

10   **Q.**  Okay.

11   **A.**  "You mean the Russian narrator from other releases?

12          "Yes, the exact same guy, like the Furat and al-Hayat

13   Russian narrator."

14   **Q.**  608-8 [sic], what's the defendant saying here?

15   **A.**  "Wow, I just found a goldmine of wilayah isdars translated

16   into Russian.  Official translations.  I guess I shall be

17   learning Russian and Arabic then."

18   **Q.**  604-9?

19   **A.**  "These are the people in all the channels I sent you.  I

20   have 9 bots to copy messages.  I can make a copy of your

21   channel for you so if it gets deleted you have another."

22   **Q.**  And what's the date of this one?

23   **A.**  August 18.

24   **Q.**  So this is before some of the ones you read a moment ago?

25   **A.**  Yes.

1  **Q.** And staying with this exhibit, what else does the defendant

2  say?

3  **A.** "And soon I will make a guide how to copy from an Android

4  and PC."

5  **Q.** What does the other person say?

6  **A.** "Ok akhi.  Forward me when u make."

7  **Q.** 604-10, what's said?

8  **A.** "Alhamdulillah Akhi I'm good.  Of course brother.  I will

9  make a copy for you, in sha Allah.  I have to fix my program."

10  **Q.** And then on September 9th.

11  **A.** It continues:  "No problem akhi.  I'm still trying to fix.

12  I'm often busy but in sha Allah I will."

13  **Q.** 604-11?

14  **A.** "In sha Allah.

15        "And also akhi any brother u know from hind wilayah?"

16  **Q.** I'm going to interrupt you for a second.

17        When you switch who the speakers is, can you just say

18  that?

19  **A.** Yes.  "In sha Allah."

20        Switching.  "And also akhi any brother u know from

21  hind wilayah?"

22        Switching --

23  **Q.** And when -- and when you're switching back now and it says

24  "No akhi," is that the defendant?

25  **A.** Yes.

1          Switching again.  "Ok."

2          Switching back to the defendant:  "Only Syria and

3    Iraq."

4          Switching:  "One our akhi wants to travel khorasan."

5    **Q.** Do you know -- first of all, do you know who is talking

6    with him, identify the person on the top?

7    **A.** Yes.

8    **Q.** What's the name of the person he's talking to?

9    **A.** Yusf.

10   **Q.** Do you know who that is?

11   **A.** No.

12   **Q.** And Yusf asks the defendant if he knows any brother from

13   "hind wilayah."  Do you know what "hind wilayah" is or where

14   that is?

15   **A.** I believe -- it's based on Wilayah.  I believe that is a

16   province.

17   **Q.** Do you know where the Hind province is?

18   **A.** If -- no.

19   **Q.** Okay.  And what does the defendant say?

20   **A.** "No akhi, none.  Only Syria and Iraq."

21   **Q.** And then what does the Yusf say in response?

22   **A.** "One our akhi wants to travel khorasan.  Can you help him?"

23   **Q.** What's the defendant say?

24   **A.** "Ma sha Allah but I don't know any brother in Khurasan."

25   **Q.** Turning to 604-17, do you know if he's still talking to

1    Yusf here, or is it hard to tell from the screen?

2    **A.**  I don't know.

3    **Q.**  Sorry.  I'm not grabbing the whole thing.

4         What's the defendant saying?

5    **A.**  "It is safe here."

6    **Q.**  And what's the reply?

7    **A.**  "Yes telegram is safe for me."

8    **Q.**  And what does the defendant say in response to that?

9    **A.**  "Only on the internet like Google, Facebook, they can spy

10   but also" -- "but also stay safe on Telegram.  Many spies here

11   too who may ask for your name and where you live."

12   **Q.**  Okay.  Please keep reading.

13   **A.**  "Especially if you use your real phone number."

14   **Q.**  And what does the other person say?

15   **A.**  "Yes many asked me.  I don't reply them."

16   **Q.**  What does the defendant say?

17   **A.**  "SubhanAllah don't tell them."

18   **Q.**  604-33 --

19        THE COURT:  I think we could all use a break.  What

20   do you think?

21        JUROR JOYNER:  Thank you.

22        THE COURT:  All right.  Let's take our afternoon

23   break, about ten minutes or so.

24        THE CLERK:  All rise.

25      (Jury out.)

Fee - direct by Jonas                    588

1           THE COURT:  Do you still think we're going to finish
2    early today?
3           MR. JONAS:  I don't have a lot more, but maybe not.
4           THE COURT:  All right.
5           MR. JONAS:  Judge, when you're up here, time doesn't
6    feel the same as it does when you're back there.
7           THE COURT:  Time flies when you're doing something.
8    Okay.  Thanks.
9        (Recess from 2:10 p.m. until 2:27 p.m.)
10       (Jury in.)
11          THE COURT:  All right, folks.  Please be seated.
12          MR. JONAS:  Thank you, Judge.
13   BY MR. JONAS:
14   Q.  Agent Fee, Government's Exhibit 604-33 is on the screen.
15   Is this also part of that video that an agent took of the
16   defendant's phone?
17   A.  Yes.
18   Q.  But -- a moment ago when we were looking at some Telegram
19   conversations.  What are we looking at now?
20   A.  Translation provided by Google translate.
21   Q.  And are there a few screenshots of the defendant attempting
22   to translate something?
23   A.  Yes.
24   Q.  What languages are on the screen, the best that you can
25   tell?

1    **A.** English and Arabic.

2    **Q.** Does it actually say English and Arabic on the screen?

3    **A.** Yes.

4    **Q.** But can you read what the defendant is having translated?

5    **A.** "You created the copy of the channel?"

6    **Q.** And Government's Exhibit 34, what's being translated here?

7    **A.** "You copied the channel?  You copied the channel?  And the

8    other good and keep.  My username must be secret."

9    **Q.** Let me interrupt you for a second.

10            The second row, what does that say?

11   **A.** "Moua," the number 7 --

12   **Q.** Sorry.  I'm sorry.  You testified that the first row -- the

13   first translation says, "You copied the channel?"  Correct?

14   **A.** Yes.

15   **Q.** What does the second translation say?  Perhaps I should

16   have enlarged it.

17   **A.** That's actually worse.

18       (Laughter.)

19   BY MR. JONAS:

20   **Q.** All right.  Does it say, "You created the channel"?

21   **A.** Yes.  "You copied the channel?"  Then "you created the

22   channel?"

23   **Q.** And then what are the other -- other translations?

24   **A.** "And the other good and keep:  I si...my username must be

25   secret.  Copy it, don't" --

 1   **Q.** Okay.  Does this page say what you were just starting --

 2   translate what you were just starting to read on the prior

 3   page?  And this is Government's Exhibit 604-35.

 4   **A.** Yes.

 5   **Q.** What's it say?

 6   **A.** "Copy it.  Don't share this one."

 7   **Q.** And 604-36, is the top half the part that you read a moment

 8   ago that was being translated two pages ago?

 9   **A.** Yes.

10   **Q.** And does this make it worse or is this okay?

11   **A.** It makes it worse.

12   **Q.** Okay.  Can you read it now?

13   **A.** Yes.

14   **Q.** What's it say under "My username must be secret"?

15   **A.** "I need you to spread it.  I created a channel."

16   **Q.** Okay.  604-38?

17   **A.** "I need to share it...but..."

18   **Q.** And was the Arabic text underneath the translations?

19   **A.** Yes.

20   **Q.** Was this also found in the defendant's phone from the

21   scrolling video?

22   **A.** Yes.

23   **Q.** And what is -- what is this?

24   **A.** It's an image of the ISIS flag, and on top of it there's a

25   white card or piece of paper that says:  I renew my pledge to

 1    Abu Ibrahim Al -- Al Qurashi in the land of America.

 2    **Q.**  Do you know who Abu Ibrahim Al Qurashi is?

 3    **A.**  I do not.

 4    **Q.**  608-40, what are we looking at here?

 5    **A.**  It looks like the contact with a main bot.

 6    **Q.**  What's it say on the left?

 7    **A.**  "Send master link."

 8    **Q.**  And is on the right what the defendant is doing?

 9    **A.**  Yes.

10    **Q.**  Does that appear to be a Telegram link?

11    **A.**  Yes.

12    **Q.**  And what else does it say on the left?

13    **A.**  "Send slave link."

14    **Q.**  Keep going.

15    **A.**  The defendant on the right says send something else.

16            And then "Make sure bots are in both channels, then

17    type anything to proceed."  Defendant types "5."

18            The response:  "Type num in the source channel to

19    receive the ID of the last message to copy to."

20            The defendant responds:  "52."

21            And the response is:  "Enter copy to copy messages to

22    the channel or anything else to."

23    **Q.**  604-41, what's it say here?

24    **A.**  At the very top the defendant says, "!start."

25            The response is:  "Send master link."

1              A link is sent by the defendant.

2              And the response is:  "Send slave link."

3              The defendant sends another response.

4              And to that the response is:  "Make sure bots are in

5      both channels, then type anything to proceed."

6              Defendant types "a."

7              And the response is:  "Type num in the source channel

8      to receive the ID of the last message to copy to."

9      Q.  What do you see in Government's Exhibit 604-42?  What does

10     this appear to be?

11     A.  Something related to coding.

12     Q.  Are you a coder or do you know anything about coding?

13     A.  I'm not a coder.

14     Q.  And 604-45, is this still in Telegram, as far as you can

15     tell?

16     A.  Yes.

17     Q.  And who is the defendant interacting with?

18     A.  Main bot.

19     Q.  Is the -- what the main bot is sending on the left, is that

20     in Arabic?

21     A.  I believe so.

22     Q.  Does it appear that the defendant is responding to that in

23     Arabic?

24     A.  I believe so.

25     Q.  604-52, what do you see here?

1    **A.**  Something else related to computer code.

2    **Q.**  And do you see in the middle where it says, "NAS, NAS.py"?

3    **A.**  Yes.

4    **Q.**  Let me jump to 50 -- 509-2, which is in evidence.

5           I just want you to -- and, Agent Fee, I want to be

6    clear, this was not from the defendant's phone, was this?

7    **A.**  No.

8    **Q.**  Do you see where it says, "api_id" on the top left?

9    **A.**  Yes.

10   **Q.**  What's the number that you see?

11   **A.**  17349.

12   **Q.**  Okay.  And going to Government's Exhibit 511, which is also

13   in evidence, this also wasn't from the defendant's phone,

14   correct?

15   **A.**  Correct.

16   **Q.**  And do you see the "api_id" number there?

17   **A.**  Yes.

18   **Q.**  What is that number?

19   **A.**  17349.

20   **Q.**  And these are two different exhibits, right?

21   **A.**  Yes.

22   **Q.**  All right.  So now going back to the defendant's phone,

23   Government's Exhibit 604-53, was this from the defendant's

24   phone?

25   **A.**  Yes.

1    **Q.** And do you see an "api_id" number there?

2    **A.** Yes.

3    **Q.** What is that number?

4    **A.** 17349.

5    **Q.** Is that the same number in Government's Exhibit 509-2 and

6    511?

7    **A.** Yes.

8              MR. JONAS:  One moment, Your Honor.

9         (Counsel conferring.)

10             MR. JONAS:  No further questions.

11                         CROSS-EXAMINATION

12   BY MR. GREENBERG:

13   **Q.** Good afternoon, Agent.

14   **A.** Good afternoon.

15   **Q.** You said at the beginning of your testimony that you were

16   not assigned to this investigation?

17   **A.** Yes.

18   **Q.** Except a couple of times you may have been on surveillance?

19   **A.** Yes.

20   **Q.** That would have been surveillance of Tommy, right?

21   **A.** Can you repeat the question?  Surveillance of?

22   **Q.** Tommy.

23   **A.** Yeah.

24   **Q.** This gentleman here?

25   **A.** Yes.

1   Q. All right.  And I take it that you're not sure if you were

2   on surveillance because you didn't observe anything remarkable?

3   A. I did not observe any.

4   Q. Okay.  Did you prepare any reports in connection with this

5   case?

6   A. No.

7   Q. Can you pull the mic a little closer?  Maybe it's me, but

8   I'm just -- I don't know if anyone else is -- thank you.

9          All right.  And did you review any materials before

10  testifying here in court?

11  A. Yes.

12  Q. Could you tell us what you reviewed?

13  A. Information -- excuse me.  Information related to the

14  search as well as to the arrest.

15  Q. Okay.  When you say "information related to the search,"

16  please explain.

17  A. What was found.

18  Q. So you looked through the items that were found?

19  A. Yes.

20  Q. Did you look through any reports?

21  A. I looked through the arrest report.

22  Q. Okay.

23  A. And the RCFL report.

24  Q. What's an RCFL report?

25  A. That was what I was asked about before.  It's what the

 1    RCFL --

 2    **Q.** The phone thing?

 3    **A.** Yes --

 4    **Q.** Okay.

 5    **A.** -- the report that is created by RCFL related to digital

 6    media.

 7    **Q.** All right.  And did you look at the evidence response team

 8    case book?

 9    **A.** I believe so.

10    **Q.** Okay.

11              MR. GREENBERG:  Judge, may I approach for a minute?

12              THE COURT:  Go ahead.

13    BY MR. GREENBERG:

14    **Q.** I'm showing you what I marked as Defendant's Exhibit 27.

15    And if you could just tell us, is that a copy of the evidence

16    response team case book for this case?

17    **A.** Yes.

18    **Q.** Okay.  And that's one of the items you reviewed, right?

19    **A.** Yes.

20    **Q.** All right.  Why don't you keep that copy.  I've got an

21    extra copy because I'm going to ask you some questions about

22    it.  Okay?

23    **A.** Okay.

24    **Q.** Did you go over what you were going to be asked about

25    before testifying today?

1    **A.**  Yes.

2    **Q.**  Okay.  And who was present when you did that?

3    **A.**  AUSA Jonas.

4    **Q.**  All right.  So you and he sat down and went through it?

5    **A.**  Some of what I would say, yes.

6    **Q.**  Okay.  Was anyone else present?

7    **A.**  At times.

8    **Q.**  Okay.  Who?

9    **A.**  AUSA Wells, I believe.

10   **Q.**  All right.  What about this gentleman seated to my left?

11   Do you recognize him?

12   **A.**  Yes.

13   **Q.**  Who is this?

14   **A.**  Phil Viggiani.

15   **Q.**  I'm sorry?

16   **A.**  Phil Viggiani.

17   **Q.**  Okay.  And he's the case agent, right?

18   **A.**  Yes.

19   **Q.**  What is a case agent?

20   **A.**  A case agent is someone -- a special agent typically who is

21   responsible or is in charge of an investigation.

22   **Q.**  Okay.  He's the, for lack of a better way of putting it,

23   the lead cop on the case, right, the head detective?

24   **A.**  One of them.

25   **Q.**  Okay.  And so it's sort of his case, right?

1    **A.** Yes.

2    **Q.** And you said you were a special agent?

3    **A.** Yes.

4    **Q.** Okay.  All FBI agents are called special agents, aren't

5    they?

6    **A.** Yes.

7    **Q.** All right.  So there you had no -- you've had no advanced

8    training that took you from being an agent to a special agent?

9    **A.** That's correct.

10   **Q.** And you said you're assigned to this task force now for

11   homegrown violent extremists; is that right?

12   **A.** Yes.

13   **Q.** All right.  And you have no information that Tommy engaged

14   in any violence, do you?

15   **A.** No.

16   **Q.** Okay.  So when -- let's talk about some of the exhibits

17   that you looked at.

18            You talked about some of these posters, right --

19   **A.** Yes.

20   **Q.** -- that were recovered during a search?

21   **A.** Yes.

22   **Q.** So this here is -- I'm sorry, this was Exhibit -- are they

23   marked? -- 601.  This is the ISIS flag, right?

24   **A.** Yes.

25   **Q.** Okay.  And it appears to be a black piece of fabric with

1    stuff painted on it, right?

2    **A.** Yes.

3    **Q.** All right.  And this was found in Tommy's apartment,

4    correct?

5    **A.** Yes.

6    **Q.** Okay.  You don't know where he got it?

7    **A.** No.

8    **Q.** You don't know how it was made?

9    **A.** No.

10   **Q.** Okay.  This one is No. 606.  This is the bloody hand,

11   right?

12   **A.** Yes.

13   **Q.** All right.  Did you read the reports where he made this at

14   school, at DePaul?

15   **A.** No.

16   **Q.** Okay.  So you weren't aware of the fact that this was

17   actually made at college on the college printer?

18   **A.** During one of the scrolling videos that were referenced

19   earlier, there's conversation about defendant printing a

20   poster.

21   **Q.** Right.  And, in fact, he's printing a poster.  You don't

22   know if it's this poster, but there's a discussion about him

23   printing a poster, right?

24   **A.** Yes.

25   **Q.** Okay.  Could have been this poster, this 605, right?

1    **A.** Yes.

2    **Q.** Could have been some other poster, right?

3    **A.** I believe the defendant refers specifically to jihad, the

4    one that says "jihad."

5    **Q.** Okay.  But we don't know if it's one of these particular

6    posters?

7    **A.** Correct.

8    **Q.** All right.  But he says he's doing it at school, right?

9    **A.** Yes.

10   **Q.** And, in fact, he comments he hopes he doesn't have to ask

11   for any help or the printer doesn't jam up because he doesn't

12   want anyone coming over, right?

13   **A.** Yes.

14   **Q.** You're aware that he also had an FBI flag --

15   **A.** Yes.

16   **Q.** -- in his apartment?

17   **A.** Yes.

18   **Q.** And that was taken by the FBI, right?

19   **A.** Yes.

20   **Q.** All right.  And some of these were on the wall and some of

21   what was recovered was found in the closet, right?

22   **A.** Yes.

23   **Q.** Some of the items recovered were found under the bed?

24   **A.** Yes.

25   **Q.** Some were found on a dresser?

1    **A.** Yes.

2    **Q.** Okay. Let's talk for a minute about what happens when

3    there's a search.

4            FBI agents have been trained in doing searches,

5    correct?

6    **A.** Yes.

7    **Q.** This particular search began at 6:38 p.m. on November 18th

8    of 2019?

9    **A.** That was the time of the arrival.

10   **Q.** Okay. And I don't know if the government -- I have no

11   objection if you want to refer to what I marked as Exhibit 27

12   to refresh your memory. That's why I gave it to you. Okay?

13           MR. GREENBERG: Is that all right?

14           MR. JONAS: That's fine.

15   BY MR. GREENBERG:

16   **Q.** Because you weren't there, so you only have the same

17   materials I have. I wasn't there either.

18           All right. So that was the time, right?

19   **A.** The time of arrival, yes.

20   **Q.** And Tommy had been arrested shortly before that, minutes

21   before that?

22   **A.** Yes.

23   **Q.** And he wasn't there. He was arrested somewhere else,

24   right?

25   **A.** That's correct.

1   **Q.** All right.  But his sister was there, correct?

2   **A.** Yes.

3   **Q.** Okay.  And do you know anything about the sister?

4   **A.** Her name.

5   **Q.** All right.  So she was there, and she left when the search

6   began, correct?

7   **A.** Yes.

8   **Q.** Okay.  When the agents go to search a place, it's

9   essentially like a crime scene, right?

10  **A.** Yes.

11  **Q.** They cordon it off; no one can go in, right?

12  **A.** That's not necessarily true.  If they --

13  **Q.** No one other than the people conducting the search should

14  go in?

15  **A.** Typically, yes.

16  **Q.** All right.  I'm sorry.

17        And they take careful measures to make sure that

18  nothing is compromised, right?

19  **A.** Yes.

20  **Q.** Pictures are taken -- at least as I understand it in

21  today's day and age, pictures are taken before the search

22  begins of what the scene looks like, right?

23  **A.** Yes.

24  **Q.** And then pictures are taken again as they leave to show

25  that they left the scene in good shape?

1    **A.**  Yes.

2    **Q.**  And sometimes videos are taken?  I don't think one was

3    taken in this case?

4    **A.**  Not to my knowledge.

5    **Q.**  All right.  And then there's an actual search that's

6    conducted, right?

7    **A.**  Yes.

8    **Q.**  So this was a two-bedroom apartment?

9    **A.**  Yes.

10   **Q.**  Had a kitchen and a dining and living room that were sort

11   of like one big room?

12   **A.**  Yes.

13   **Q.**  And you know this because one of the things that was done

14   was a sketch was made of the apartment, right?

15   **A.**  Yes.

16   **Q.**  So it's a relatively small two-bedroom apartment, a couple

17   of young people living in it, right?

18   **A.**  Yes.

19   **Q.**  And it was relatively neat for a couple of young people

20   living in it; would that be fair?

21   **A.**  I was -- I don't know.

22   **Q.**  Did you look at the pictures?

23   **A.**  Yes.

24   **Q.**  Okay.  By my count 17 agents went to that location to help

25   on that search.  Does that sound right?

1    **A.** Can I refer to this?

2    **Q.** Sure.  I think it's on page 3.

3    **A.** I believe some of them are TFOs and not agents.

4    **Q.** Okay.  What's a TFO?

5    **A.** A task force officer.

6    **Q.** All right.  So 17 people were there participating in the

7    search --

8    **A.** Yes.

9    **Q.** -- is that fair?

10            Okay.  And they went and they looked for anything and

11   everything they could find that they thought might have the

12   slightest chance of yielding evidence, right?

13   **A.** I don't know.  I wasn't there.

14   **Q.** Well, but that's the purpose of the search, right?

15   **A.** Yes.

16   **Q.** You want to take anything that might yield evidence of any

17   kind, right?

18   **A.** Yes.

19   **Q.** And when the evidence is collected, the people there,

20   whether they're task force -- well, is there an evidence

21   collection agent?

22   **A.** Yes.

23   **Q.** Okay.  So there's -- what is their job?

24   **A.** They're the ones that are responsible for the evidence at

25   the end of the day.

1    **Q.** So let me just -- I thought you'd give me a different

2    answer.

3             They will go through and make sure -- they'll wear

4    the rubber gloves to make sure that fingerprints or DNA is

5    preserved on something, right?

6    **A.** Typically everyone involved will wear rubber gloves.

7    **Q.** Okay.  They'll make sure that items are put -- they usually

8    put them in, like, paper bags or cardboard boxes because that

9    doesn't disturb any biological material, right?

10   **A.** Or plastic bags, depending on the type of evidence.

11   **Q.** Okay.  And they'll keep track of what's found, right?

12   **A.** Yes.

13   **Q.** And then someone will write down where everything is found,

14   correct?

15   **A.** Yes.

16   **Q.** So I just want to go through some of the things that were

17   found, and I'll try and go through them in the order that

18   they're on here starting on page 5.

19             There was -- a Best Buy receipt was taken, correct?

20   **A.** Yes.

21   **Q.** Showing that Tommy had bought a motherboard for a computer?

22   **A.** Yes.

23   **Q.** Okay.  There was a thumb drive taken from his desk, right?

24   **A.** Yes.

25   **Q.** All right.  And that was recovered by someone named Ryan

1    Furman?

2    **A.** Yes.

3    **Q.** He's a special agent, right?

4    **A.** Yes.

5    **Q.** Okay.  In fact, he was one of the agents who had arrested

6    Tommy, correct, if you recall?

7    **A.** Yes, I recall.  I believe so, yes.

8    **Q.** Okay.  So he probably got there shortly after the search

9    had begun, or something like that?

10   **A.** It says the date collected -- or time collected 2330, so --

11   **Q.** So --

12   **A.** -- it was significantly -- yes.

13   **Q.** So that 2330 is like 11:30, right?

14   **A.** Correct.

15   **Q.** So that item was actually recovered almost five hours after

16   the search had begun?

17   **A.** Yes, I believe all of them are considered collected when

18   the search is complete.  And they're all --

19   **Q.** Okay.  So --

20   **A.** -- processed at the same --

21   **Q.** -- all of them are listed at 2330?

22   **A.** Yes.

23   **Q.** But that doesn't mean that's when it was necessarily found?

24   **A.** Correct.

25   **Q.** Okay.  So a thumb drive that was recovered, that would be

1    something that then there would be further searches of, in all

2    likelihood, right?

3    **A.**  Possibly.

4    **Q.**  Like the phone, you'd want to find out what was on the

5    thumb drive?

6    **A.**  I believe so.

7    **Q.**  Especially in this kind of an investigation?

8    **A.**  Yes.

9    **Q.**  Okay.  Then there was a black flag with Arabic script that

10   was found on a closet shelf?

11   **A.**  Yes.

12   **Q.**  A green flag with Arabic script that was also on the closet

13   shelf?

14   **A.**  Yes.

15   **Q.**  Another black flag on the closet shelf?

16   **A.**  Yes.

17   **Q.**  Okay.  Now, it says that there were multiple posters on the

18   walls?

19   **A.**  Yes.

20   **Q.**  Okay.  Do you know what poster was hanging where, as you

21   sit there now, or would you have to look at the pictures?

22   **A.**  I would have to look at the pictures.

23   **Q.**  Okay.  Fair enough.

24          There was a second thumb drive found along with a

25   password for that thumb drive, right?

1  **A.** Yes.

2  **Q.** And that was found in a desk drawer?

3  **A.** Yes.

4  **Q.** There was some other passwords found on another piece of

5  paper in that desk drawer?

6  **A.** Yes.

7  **Q.** Okay.  The FBI flag that I mentioned earlier, that was in

8  the closet, right?

9  **A.** Yes.

10 **Q.** There were documents showing that Tommy had gotten married

11 that were on the floor by his bed, weren't there?

12 **A.** Yes.

13 **Q.** Those were taken?

14 **A.** Yes.

15 **Q.** Okay.  And with those documents were also the documents

16 that showed that in the summer of 2019 he had converted to

17 Islam?

18 **A.** Yes.

19 **Q.** And those were with his marriage documents, right?

20 **A.** Yes.

21 **Q.** Same place?

22 **A.** Yes.

23 **Q.** There was a stencil for a flag found under the bed?

24 **A.** Yes.

25 **Q.** There was a blue book, like a course book, found under the

1    bed, right, paperback book?

2    **A.**  Yes.

3    **Q.**  And that was a book -- in that book he had written about

4    his interactions with the FBI, right?

5    **A.**  Yes.

6    **Q.**  They took his Xbox?

7    **A.**  That's what it says right here, yes.

8    **Q.**  Okay.  Why would they take, if you know, his Xbox?

9    **A.**  I don't know.

10   **Q.**  They took what they described as a box cutter, right,

11   something you would use to open a package from Amazon or

12   something like that, right?

13   **A.**  Yes.

14   **Q.**  Do you have any idea why that was taken?

15   **A.**  No.

16   **Q.**  They didn't take the kitchen knives or anything like that,

17   right?

18   **A.**  No.

19   **Q.**  They took receipts showing that he had gone to Walgreens

20   and Western Union and transferred money, right?

21   **A.**  Yes.

22   **Q.**  All right.  And I'm sure they would have done follow-up

23   work on that?

24   **A.**  I don't know.

25   **Q.**  They took another kind of -- some kind of -- it says a

1    Stanley cutting tool?

2    **A.**  Yes.

3    **Q.**  Track phone cords, what are those, if you know?

4    **A.**  I don't know.

5    **Q.**  Okay.  They found some drawings in his desk drawer, right?

6    **A.**  Yes.

7    **Q.**  And they took those?

8    **A.**  Yes.

9    **Q.**  And some other writings and usernames and so forth?

10   **A.**  Yes.

11   **Q.**  And a whole -- and more passwords in the desk drawers,

12   right?

13   **A.**  Yes, yes.

14   **Q.**  They took his school documents and his school notes?

15   **A.**  Yes.

16   **Q.**  They took his iPhone.  There was an iPhone that was found

17   at the desk -- in the desk or under the desk?

18   **A.**  Yes.

19   **Q.**  Okay.  Is that a different iPhone, do you know, than the

20   one that you were telling us about earlier?

21   **A.**  Yes.

22   **Q.**  So they -- so there were two iPhones they could search?

23   **A.**  The one I was speaking about earlier was not an iPhone.

24   **Q.**  Oh, that was a Galaxy?

25   **A.**  Samsung Galaxy.

1    **Q.** Samsung Galaxy.  Okay.

2              So he had a Galaxy and an iPhone?

3    **A.** The Galaxy that I was referring to earlier was on his

4    person.

5    **Q.** Right, but he also had an iPhone in his apartment?

6    **A.** Yes.

7    **Q.** Okay.  They found these legal documents that you were

8    telling us about under his bed, right?

9    **A.** Yes.

10   **Q.** Let's talk about those for just a second.

11             That was a criminal complaint?

12   **A.** Yes.

13   **Q.** Which are allegations that the government has made against

14   someone just like allegations in this case, right?

15   **A.** It's a charging -- formal charging document.

16   **Q.** A way of charging somebody, right?

17   **A.** Yes.

18   **Q.** So that's a public document?

19   **A.** Yes.

20   **Q.** I could walk down to the 20th floor or I guess up to the

21   20th floor, ask for a copy of it, and get it, right?

22   **A.** I don't know, but I know they're public.

23   **Q.** Okay.  I can go online and get it, right?

24   **A.** They're available, yes.

25   **Q.** All right.  And there's certainly nothing wrong with

1    accessing those -- that public document, right?

2  **A.**  No.

3  **Q.**  Just like someone can access documents in this case?

4  **A.**  That's correct.

5  **Q.**  Nothing wrong with reading it?

6  **A.**  No.

7  **Q.**  And did they ever determine whether Tommy had read any or

8    all of that document?

9  **A.**  Not to my knowledge.

10            MR. JONAS:  Object.  He's asking to -- he's asking

11   the witness to get inside the defendant's head.

12            MR. GREENBERG:  I can rephrase it, Judge.

13            MR. JONAS:  It's information that's the witness --

14            THE COURT:  All right.  He's going to rephrase it.

15            MR. GREENBERG:  Okay.

16            THE COURT:  He wasn't there.

17            MR. GREENBERG:  Right.  I understand, but that's who

18   they've -- Mr. Jonas and I have talked about this, so --

19            THE COURT:  Okay.  Go ahead.

20   BY MR. GREENBERG:

21  **Q.**  They can print -- they can get fingerprints off of paper,

22   correct?

23  **A.**  Sometimes.

24  **Q.**  They can get finger -- they can get DNA off of paper,

25   right?

1    **A.**  Sometimes, yes.

2    **Q.**  So that document could have been submitted to see whether

3    the pages were turned -- you know, someone put their finger on

4    each page and flipped it or something like that, right?

5    **A.**  Yes.

6    **Q.**  All right.  Then they found -- again returning to the desk,

7    they found five more USB drives and two micro SD cards, right?

8    **A.**  Yes.

9    **Q.**  Micro SD cards are just small memory cards, right?

10   **A.**  Yes.

11   **Q.**  "Micro" meaning they're very small, correct?

12   **A.**  Yes.

13   **Q.**  It doesn't list how much information or the gigabytes or

14   the -- whatever of any of these drives that were found, right?

15   **A.**  Not as part of the description.

16   **Q.**  All right.  But all of these are capable of being searched

17   by the FBI, correct?

18   **A.**  Possibly.

19   **Q.**  Right.  The FBI has the capability to search hard drives

20   and to search phones and do all that?

21   **A.**  Yes.

22   **Q.**  Okay.  And there was another -- a notebook that was taken

23   from under his bed, right?

24   **A.**  Yes.

25   **Q.**  He had an iPad in addition to the iPhone, didn't he?

1    **A.** Yes.

2    **Q.** And that was taken, right?

3    **A.** Yes.

4    **Q.** He had a Motorola phone that was taken from his desk,

5    right?

6    **A.** Yes.

7    **Q.** There were three more hard drives taken that they found in

8    his dresser, two 160 gig drives and a 250 gig drive, right?

9    **A.** Yes.

10   **Q.** There was a Seagate 60 gig hard drive that was taken,

11   right?

12   **A.** Yes.

13   **Q.** There was a Western Digital hard drive that was taken,

14   right?

15   **A.** Yes.

16   **Q.** There was a -- well, there's no manufacturer for this one,

17   but another hard drive taken that was on the floor, right?

18   **A.** Yes.

19   **Q.** There was a Hitachi hard drive taken, right?

20   **A.** Yes.

21   **Q.** There was a Lenovo Thinkpad taken?

22   **A.** Yes.

23   **Q.** There was a series -- it's described as drives, plural,

24   within a housing taken that were found under his desk, correct?

25   **A.** Yes.

1   **Q.** And then there was another Xbox taken, right?

2   **A.** Yes.

3   **Q.** And all of this was taken from his bedroom, it looks like?

4   **A.** I believe so, all from room F, yes.

5   **Q.** All right. And all of those electronics were capable of

6   being searched. I understand you don't know if they were

7   searched or what was done with them?

8   **A.** It depends on if the RCFL is able to search them or not.

9   **Q.** Okay. But in theory, they could be searched?

10   **A.** In theory, yes.

11   **Q.** Now, there were some images on the phone that you told us

12   about where Tommy said that he's going to send money, right,

13   with this complaint that we talked about, the public complaint?

14   **A.** Yes.

15   **Q.** And then it says he's going to send money, right?

16   **A.** I don't recall.

17   **Q.** In the conversation there?

18   **A.** Yeah, I don't recall in the conversation.

19   **Q.** Okay. Assuming I'm correctly stating it, there's no

20   evidence that he sent any money?

21         MR. JONAS: Objection, Your Honor. Assuming that

22   he's correct in saying it, the witness has already said he has

23   no recollection or understanding of what Mr. Greenberg has

24   said. He's just -- Mr. Greenberg is creating a fact with no

25   evidence to support it.

1          MR. GREENBERG:  Well, let me -- let me -- I'll have

2    Sam Ben get it up on the screen for us.  Do you know what I'm

3    talking about?

4          See if this refreshes his recollection.  Just for the

5    witness.  Thank you.

6          (Discussion off the record.)

7          MR. GREENBERG:  I'll come back to it in a minute.

8    Let me just tell him where it is.

9          I'll come back to it in a minute, so we're not --

10         (Discussion off the record.)

11   BY MR. GREENBERG:

12   **Q.**  You told us about videos.  You reviewed videos that had

13   been found on the phone, correct?

14   **A.**  Yes.

15   **Q.**  Okay.  And as I understand this software that's used, it

16   gives you not just -- it does more than just download the

17   video.  It also gives you metadata about the video?

18   **A.**  Meaning?

19   **Q.**  Meaning information about the video, a little bit of

20   information?

21   **A.**  Yes.

22   **Q.**  Okay.  And these videos are all publicly available videos,

23   right?

24   **A.**  I don't know.

25   **Q.**  Did you look at that?

1    **A.**  Where they came from?

2    **Q.**  Yeah.

3    **A.**  No.  I just saw them on the -- they were on the phone.

4    **Q.**  So you have no information that any of the videos were

5    improperly obtained?

6    **A.**  No.

7    **Q.**  You have no information they were illegally obtained?

8    **A.**  No.

9    **Q.**  For all you know, all those videos were obtained on Google?

10   **A.**  I don't know.

11   **Q.**  And one of the videos that they played today was actually a

12   video about the structure, right?

13   **A.**  Yes.

14   **Q.**  All right.  And so that was a -- sort of like a civics

15   class video, right?

16   **A.**  Yes, yes.

17   **Q.**  Okay.  And at some point you were showing us screenshots,

18   correct?

19   **A.**  Yes.

20   **Q.**  From his phone --

21   **A.**  Yes.

22   **Q.**  -- from Tommy's phone?

23              And Tommy was actually using Google translate in

24   order to translate, wasn't he?

25   **A.**  Yes.

1  **Q.** In order to translate simple Arabic phrases, he was using

2  Google translate, right?

3  **A.** Yes.

4  **Q.** And Google is certainly not in trouble for translating

5  those phrases?

6  **A.** No.

7       (Discussion off the record.)

8  BY MR. GREENBERG:

9  **Q.** Okay. We found it. Okay.

10      You see this image. See if that refreshes your

11 memory about him saying that --

12 **A.** It does.

13 **Q.** Okay. And, in fact, he had the pictures and the complaint.

14 He said, "I'll send these brothers money anonymously in

15 prison," right?

16 **A.** Yes.

17 **Q.** All right. And you haven't seen in your review of the

18 evidence and the searches and all any evidence that he ever did

19 anything like that?

20 **A.** No.

21      MR. GREENBERG: Can I have one moment, Judge?

22   (Counsel conferring.)

23      MR. JONAS: Judge, can we have one moment?

24   (Counsel conferring.)

25      MR. JONAS: Your Honor, the defendant wants to move

1    into evidence -- I'll call it a blue book that was taken at the

2    apartment and read at least a page from the blue book written

3    by the defendant.

4          We would object on hearsay grounds, but it's our

5    understanding that the defense wants to admit it just to show

6    the defendant's mind-set at the time he wrote it.  On those

7    grounds, we don't have an objection.

8          THE COURT:  So it's not being admitted for the truth

9    of whatever it says but just to show the defendant's state of

10   mind?

11         MR. JONAS:  That's correct.

12         THE COURT:  All right.  Ladies and gentlemen, that's

13   why this exhibit is being introduced at this time.

14         MR. GREENBERG:  May I approach, Judge?

15         THE COURT:  Sure.

16   BY MR. GREENBERG:

17   **Q.**  I'm going to show you what we're going to mark as Defense

18   Exhibit 28, and I'll hand it up now.

19   **A.**  Okay.

20   **Q.**  Do you recognize that as one of the items that was

21   recovered during the search?

22   **A.**  Yes.

23   **Q.**  Okay.  And that's the blue book, right?

24   **A.**  Yes.

25   **Q.**  And it's got various questions in it?

1    A.  Three.

2    Q.  Appears to be a college assignment, correct?

3    A.  Yes.

4    Q.  Okay.  Can you read on the third question the first page

5    and the last page to the ladies and gentlemen of the jury?

6    A.  The first page and the last page?

7    Q.  Yes, please.

8    A.  Okay.  Question 3.  The state for civil liberties indeed

9    has deteriorated for all Americans after 9/11.  Major points

10   include prolonged and increased rates of imprisonment or

11   detention, excessive and often unconstitutional government

12   surveillance and spying, and the legislation of inherently

13   unconstitutional laws.  Arab Americans have probably been

14   disproportionally targeted to their white counterparts, yet are

15   still counted as statically white.  That is the reason I say

16   probably and not statically targeted.  Regardless, I think the

17   distinction from Arab and Muslim must be made when analyzing

18   the loss of their rights as both groups were differently

19   affected in terms of method and severity.

20            The last page.  As for their specific methods, I

21   won't get into it as it's not important, and it doesn't bother

22   me.  It is my belief that Allah is in control over their

23   activities and that nothing will happen to me except by his

24   permission.  As the scholars the Salif said, if my body were to

25   be cut and mutilated, it would be more dear to me than to say

```
 1    about what Allah will if only if it wasn't so.  I say my story

 2    as a way of putting into perspective what the Arab and Muslim

 3    born Americans may face since I am certain of white privilege

 4    working in my favor in my situation while Arab Americans have

 5    no such privilege.  End question three.

 6    Q.  Okay.  And by the way, he got a 10 out of 10 on that,

 7    right?

 8                MR. JONAS:  Judge, I'm going to object to that.

 9                THE COURT:  I'll sustain the objection.

10                Is there a date on this, though?

11                MR. GREENBERG:  I'm sorry, he has the --

12    BY MR. GREENBERG:

13    Q.  Is there a date on it?

14    A.  On the front of the blue book, yes.

15    Q.  Okay.  What's the date?

16    A.  The date is 05/06/19.

17    Q.  So May 5th of '19?

18    A.  6th, May 6th.

19    Q.  May 6th.  I'm sorry.

20                A couple other screenshots.  Thank you but a couple

21    of screenshots we also want to show you.  Can we put this on

22    for everyone?

23                THE COURT:  All right.  Are you moving that into

24    evidence or are you just having him read from it?

25                MR. GREENBERG:  Judge, we can move it into evidence.
```

1    Well, I think it was just demonstrative.  We weren't moving it

2    in.  I'm sorry.

3              THE COURT:  Okay.

4    BY MR. GREENBERG:

5    **Q.**  So I'm showing you what is 600-A.  That's also a

6    screenshot, right?

7    **A.**  Yes.

8    **Q.**  Okay.  And, in fact, in that screenshot, if you look at the

9    top, there's a discussion about trying to get something from

10   something called "Jihadology," right?

11   **A.**  Yes.

12             THE COURT:  Excuse me?

13             MR. JONAS:  For the record, this is not in evidence.

14             MR. GREENBERG:  I'm sorry.  We would seek to move it

15   into evidence, Judge.

16   BY MR. GREENBERG:

17   **Q.**  This is a screenshot from his phone, correct?

18   **A.**  Yes.

19             MR. JONAS:  No objection.

20             THE COURT:  All right.

21        (Said exhibit admitted in evidence.)

22   BY MR. GREENBERG:

23   **Q.**  All right.  Let me -- the discussion is about writing

24   something to get stuff from Jihadology, right?

25   **A.**  Yes.

1    **Q.**  And do you know what Jihadology is?

2    **A.**  I don't.

3    **Q.**  Okay.  "Do you think we can make a crawler for Jihadology"

4    is the actual question, right?

5    **A.**  Something in Python, yes.

6    **Q.**  All right.  Next one.

7            And then this is also a screenshot from his phone,

8    600-B, correct?

9    **A.**  Yes.

10           MR. GREENBERG:  Okay.  I would seek to admit this,

11   Judge.

12           MR. JONAS:  No objection.

13           THE COURT:  And these are Government Exhibits 600-A

14   and B, right?

15           MR. GREENBERG:  These are things that we got from the

16   government originally.

17           THE COURT:  No, I understand.  I just want to make

18   sure the record is clear.

19           MR. GREENBERG:  These are our exhibits, defense

20   exhibits.

21           THE COURT:  There's Defense Exhibits 600 --

22           MR. GREENBERG:  We used the same numbering system so

23   that it would correspond.

24           THE COURT:  I see.  Okay.  That's fine.

25           MR. GREENBERG:  Thank you.

1    BY MR. GREENBERG:

2    **Q.**  All right.  And, again, this is a discussion about

3    obtaining items from Jihadology, right, a continuation of it,

4    correct?

5    **A.**  Yes.

6    **Q.**  And, in fact, there's also a discussion about getting PDFs

7    of speeches translated, correct?

8    **A.**  Yes.

9    **Q.**  And the discussion is specifically about getting PDFs of

10   speeches that are not restricted?

11   **A.**  Yes.

12   **Q.**  Okay.  So things that you can have as opposed to things

13   that you shouldn't have?

14   **A.**  Yes.

15   **Q.**  Okay.  So other than possibly doing surveillance on a

16   couple of days, your only involvement with this case is coming

17   here to testify?

18   **A.**  Yes.  I joined the squad in January of this year after all

19   of the investigation had been completed.

20   **Q.**  Okay.  And to talk about the search of the apartment and

21   the search of the phone and so forth, right?

22   **A.**  Yes.

23   **Q.**  So even though there were 17 people present at the

24   apartment, they brought someone in who wasn't there?

25              MR. JONAS:  Objection.

 1                    THE COURT:  Sustained.

 2                    MR. GREENBERG:  I won't ask my follow-up question,

 3      Judge, then because I know you'll sustain it.  Thank you.

 4                    THE WITNESS:  Thank you.

 5                          REDIRECT EXAMINATION

 6      BY MR. JONAS:

 7      Q.  Agent Fee, you said --

 8                    MR. JONAS:  Sorry, Judge.  Can I have one moment?

 9           (Counsel conferring.)

10                    MR. JONAS:  May I proceed, Your Honor?

11      BY MR. JONAS:

12      Q.  Agent Fee, you were asked questions about electronics taken

13      from the apartment.  Do you remember those?

14      A.  Yes.

15      Q.  Thumb drives and hard drives and computer.  Do you remember

16      that?

17      A.  Yes.

18      Q.  You made a comment about -- Mr. Greenberg asked you about

19      being able to search those, and you made a comment about the

20      RCF -- if the RCFL can?

21      A.  Yes.

22      Q.  What did you mean by that?

23      A.  Sometimes when we submit digital evidence to RCFL, they're

24      unable to access the contents of the media device.

25      Q.  Why would that be?

1    **A.**  Because of encryption.

2    **Q.**  Are you aware if the devices taken from the defendant's

3    home were encrypted?

4    **A.**  I believe some of them were attempted to be searched by

5    RCFL, but they were unable -- they were unable to do so.

6    **Q.**  So the FBI tried to search --

7             MR. GREENBERG:  Judge, I would ask for a foundation.

8    BY MR. JONAS:

9    **Q.**  What do you base that on, your statement?

10   **A.**  Conversations I've had, information that I've received.

11   **Q.**  In preparing to testify today?

12   **A.**  Yes.  Yeah.

13   **Q.**  So based upon the information you reviewed, is it your

14   understanding that the electronics or some of the electronics

15   at least could not be searched?

16   **A.**  Yes.

17   **Q.**  Mr. Greenberg asked you about the jihadi poster,

18   Government's Exhibit 605?

19   **A.**  Yes.

20   **Q.**  Do you recall those questions and about it being printed at

21   DePaul?

22   **A.**  Yes.

23   **Q.**  Do you recall Mr. Greenberg asked you about the defendant

24   saying something along the lines of I hope he doesn't have to

25   ask for help?

1    **A.**  Yes.

2    **Q.**  Do you know how many jihadi posters he printed?

3    **A.**  I don't.

4    **Q.**  Was it more than just these two?

5    **A.**  I don't know.

6    **Q.**  He asked you about the flags found in the apartment.  Do

7    you remember that?

8    **A.**  Yes.

9    **Q.**  There was an FBI flag?

10   **A.**  Yes.

11   **Q.**  And there were some other flags, too, weren't there?

12   **A.**  Yes.

13   **Q.**  Have you looked at those flags?

14   **A.**  Yes.

15   **Q.**  Do you see Government's Exhibit 601?

16            MR. JONAS:  Your Honor, may I approach?

17   BY MR. JONAS:

18   **Q.**  Does it appear to you that this flag was painted?

19   **A.**  Yes.

20   **Q.**  And, in fact, Government's Exhibit 608 is a stencil that

21   matches up with the flag; is that correct?

22   **A.**  Yes.

23   **Q.**  How many of the other flags you saw were painted?

24   **A.**  None.

25   **Q.**  He asked you questions about the Schimenti and Jones

1    complaint, the legal document found under the bed.

2              Do you recall those questions?

3    **A.**  Yes.

4    **Q.**  He asked you if the FBI had them fingerprinted or had DNA

5    taken off of them.  Do you remember that?

6    **A.**  Yes.

7    **Q.**  He also showed you an exhibit that I believe I also showed

8    you that was the defendant sending pages from that complaint to

9    another person, correct?

10   **A.**  Yes.

11   **Q.**  In fact, that's OCE 1 if you -- are you aware of that?

12   **A.**  Yes.

13   **Q.**  Can you explain how the defendant could have taken the

14   complaint and sent a picture of it if he never touched it or

15   looked at it?

16   **A.**  I don't know.

17             MR. JONAS:  One moment, Your Honor.

18          (Counsel conferring.)

19             MR. JONAS:  No further questions.

20                        RECROSS-EXAMINATION

21   BY MR. GREENBERG:

22   **Q.**  Agent, can I have that exhibit back, the blue book, please?

23   **A.**  Yes.

24             MR. GREENBERG:  You know what, I'll just stand back

25   here, Judge, because I only have two questions.

```
1    BY MR. GREENBERG:
2    Q.  You said that some of this stuff couldn't be searched
3    because it was encrypted?
4    A.  I know that the ability to search at RCFL is pending on
5    what is encrypted or what is on the device itself.
6    Q.  Or how it's encrypted, right?
7    A.  Sure.
8    Q.  Because certainly you have the ability to search phones
9    which -- without passwords and so forth, right?
10   A.  Yes.
11   Q.  And those are encrypted, right?
12   A.  I don't understand the question.
13   Q.  Well, the software the FBI uses to search hard drives and
14   so forth is pretty sophisticated stuff, isn't it?
15   A.  I've never done a search, so --
16   Q.  What -- what items couldn't be searched here because they
17   were encrypted?
18   A.  I don't know.
19   Q.  You don't know if any items couldn't be searched, right?
20   A.  I don't know which specific ones were not.
21   Q.  You don't know which ones were and which ones weren't?
22   A.  No.
23   Q.  So for all you know, everything was searched, right?
24   A.  No.  I know some were unable to be searched.
25   Q.  Okay.  But you don't know what they were?
```

1    **A.**  I don't.

2    **Q.**  So maybe 19 out of 20 were searched or 18 out of 20 or

3    maybe 1 out of 20?

4    **A.**  I don't know.

5    **Q.**  And, again, you don't know why they don't have someone who

6    does know here?

7    **A.**  I don't know.

8            MR. JONAS:  Judge --

9            MR. GREENBERG:  Nothing else.

10           THE COURT:  All right.  You're excused, Agent.  Thank

11   you.

12       (Witness excused.)

13           THE COURT:  I'll ask counsel, will you pick up the

14   exhibits that are up there, please?

15           MR. JONAS:  Yes, sir.

16           THE COURT:  Thank you.

17           MS. WELLS:  Your Honor, if I can pause just for a

18   minute, and we'll move the posters.

19       (Witness entered courtroom.)

20           THE COURT:  Over here, please.  Raise your right

21   hand, please.

22           Do you solemnly swear or affirm that the testimony

23   you're about to give in this cause will be the truth, the whole

24   truth, and nothing but the truth?

25           THE WITNESS:  I do.

```
 1              THE COURT:  Have a seat, please.  And you can take
 2    your mask off while you are testifying, and you can put another
 3    sock on the --
 4              THE CLERK:  I did.
 5              THE COURT:  Oh, you did?
 6              THE CLERK:  Yes.
 7              THE COURT:  Never mind.
 8              KHALEEL, GOVERNMENT'S WITNESS, SWORN
 9                        DIRECT EXAMINATION
10    BY MS. WELLS:
11    Q.  Good afternoon, sir.
12    A.  Good afternoon.
13    Q.  What name are you using for your testimony today?
14    A.  I'm sorry, I didn't hear you.
15    Q.  What name are you using for your testimony today?
16    A.  Oh.  Khaleel.
17    Q.  Is that your true name?
18    A.  No.
19              THE COURT:  Will you spell it, please?
20              THE WITNESS:  K-h-a-i-l -- or I'm sorry.  K-h --
21    K-h-a-l-e-e-l.
22    BY MS. WELLS:
23    Q.  And using the name -- were you involved in the
24    investigation of the defendant in this case?
25    A.  Yes.
```

1    **Q.** And was Khaleel the name that you used during that
2    investigation?
3    **A.** Yes.
4    **Q.** Were you also sometimes referred to as OCE 3 in connection
5    with your work on this case?
6    **A.** Yes.
7    **Q.** Mr. Khaleel, where do you work?
8    **A.** I work for the FBI.
9    **Q.** What are your job responsibilities at the FBI?
10   **A.** I am an Arabic linguist, and also I do some of the
11   undercover online in an undercover capacity.
12   **Q.** All right.  Let's start with a linguist.
13             How long have you been a linguist with the FBI?
14   **A.** About 13 years, a little over.
15   **Q.** And you mentioned Arabic.  Is that the language that you
16   translate to and from?
17   **A.** Yes.
18   **Q.** And is that to and from English?
19   **A.** That's right.
20   **Q.** All right.  You also mentioned that you worked online, I
21   think you said, in an undercover capacity; is that right?
22   **A.** Yes.
23   **Q.** And is that work sometimes referred to as OCE or online
24   covert employee work?
25   **A.** Yes.

1    **Q.** How long have you done that type of work for the FBI?

2    **A.** About 10 years now.

3    **Q.** In what capacity, as either a linguist or an OCE, were you

4    involved in the investigation of the defendant?

5    **A.** Like I mentioned, as undercover capacity.

6    **Q.** And in your work as an OCE, just generally, is there a

7    particular area of investigations that you cover?

8    **A.** Yes, I mostly do terrorism cases, terrorism-related cases.

9    **Q.** Did there come a point in time when you using -- as an OCE

10   were contacted online by the defendant?

11   **A.** Yes.

12   **Q.** And were you expecting that the defendant would reach out

13   to you?

14   **A.** Yes.

15   **Q.** Are you familiar with someone involved in the investigation

16   called "OCE 2"?

17   **A.** Yes.

18   **Q.** And are you aware that OCE 2 testified earlier during this

19   trial?

20   **A.** Yes, I learned that.

21   **Q.** Did OCE 2 introduce the defendant to you, to your persona?

22   **A.** Yes.

23   **Q.** What, if anything, were you tasked to do when the defendant

24   contacted your online persona?

25   **A.** I was tasked to -- to provide him with some Arabic

1    materials for translation into English.

2    **Q.**  And when the defendant contacted you, what means or what

3    platform did he use to reach out to you?

4    **A.**  Well, we used Telegram.

5    **Q.**  And after the defendant contacted you on Telegram, did you

6    save all of your communications with the defendant?

7    **A.**  Yes.

8    **Q.**  How were they saved?

9    **A.**  I saved them through a software that snagged all the

10   conversations, a tool called -- I believe it's called Snagit.

11   **Q.**  And does Snagit essentially take photographs of each

12   communication?

13   **A.**  That's right, yes, videos and images.

14            MS. WELLS:  Your Honor, at this point I'd like to

15   read in a stipulation, please.

16            The parties agree Government Exhibit 300 is a true

17   and accurate copy of the written communications, including

18   attachments, between defendant and the undercover FBI employee

19   identified as OCE 3 a/k/a Khaleel.

20   BY MS. WELLS:

21   **Q.**  And, sir, I'm -- in front of you is a binder that contains

22   what's been marked as Government Exhibit 300.  And if you take

23   a look at that, let me know if you recognize those

24   communications?

25   **A.**  You mean the binder down here?

1   **Q.**  Yes.

2   **A.**  Thank you.  Yes, these are the images that you mentioned.

3   **Q.**  Those are your communications with the defendant?

4   **A.**  Yes.

5           MS. WELLS:  Your Honor, I'd move to admit Government

6   Exhibit 300 and publish it to the jury, please.

7           MR. HERMAN:  No objection.

8           THE COURT:  All right.

9           MS. WELLS:  Thank you.

10        (Said exhibit admitted in evidence.)

11  BY MS. WELLS:

12  **Q.**  Starting with just page 1 of Government Exhibit 300, can

13  you please explain what it is that we see on our screens?

14  **A.**  Yeah, this is the screen image of Telegram user ID.  And as

15  you can see, the Arabic says al fuchsia (phonetic).  And then

16  in the info section, there's also an Arabic phrase and then the

17  username @qital1440.

18  **Q.**  All right.  Let's take each of those things one at a time.

19          First you mentioned that there was an Arabic

20  identifier at the top.  Do you see what I've highlighted?  It

21  looks kind of green?

22  **A.**  Yes.

23  **Q.**  What is that?

24  **A.**  This is the display name of the persona, which Al Fuchsia

25  is a color.

1    **Q.** The color fuchsia?

2    **A.** Yes, fuchsia, yes.

3    **Q.** And to be clear, is this the display name associated with

4    the defendant?

5    **A.** Yes.

6    **Q.** Referring you down a little further, is there a username?

7    **A.** Yes.

8    **Q.** What is the username associated with the defendant's

9    account?

10   **A.** The username -- "Qital" in Arabic means fighting, and then

11   the 1440 is the 2019 hijri years, Islamic hijri year.

12   **Q.** So that refers to a date, in other words?

13   **A.** Yes.

14   **Q.** All right.  Starting with -- are these the first pages --

15   or excuse me.

16            Is this the first page of your communications with

17   the defendant?

18   **A.** Yes, this is the start, yes.

19   **Q.** And just to orient everybody, first of all, what is the

20   date of the beginning of these communications?

21   **A.** First day, April 11, 2019.

22   **Q.** And is that written right there at the top?

23   **A.** I'm sorry, again?

24   **Q.** Is the date written at the top of the page?

25   **A.** Yes.

1   **Q.** And so we can tell who is who --

2   **A.** So this is Al Fuchsia, which is the defendant's name.

3          And the second one where you can see the cat image is

4   Khaleel, which is me, my persona.  I'm sorry.

5   **Q.** Your persona Khaleel --

6   **A.** Yes.

7   **Q.** -- and the picture of the cat is you?

8   **A.** That's right.

9   **Q.** Okay.  How many participants are in this conversation on

10  the page that we're looking at here?

11  **A.** There's only two, two participants.

12  **Q.** And is that you and the defendant?

13  **A.** Yes.

14  **Q.** All right.  I want to direct you to the bottom of the page

15  here.  Just beginning at this message at 4:26:26 p.m., can you

16  read what you wrote, please, the first sentence?

17  **A.** "AlhamduliAllah, that the brothers gave tazkia to me and

18  you to do this."

19  **Q.** Can you tell us what "tazkia" means?

20  **A.** Tazkia, it's an Arabic word, means endorsement and trust.

21  **Q.** And then you asked a second question below that beginning

22  with "How long."  Can you read that, please?

23  **A.** "How long you using this Telegram hisab on the online?"

24  **Q.** What did you mean by that question?

25  **A.** I meant how long are you using this Telegram account?

1    **Q.** Why did you ask that?

2    **A.** For the security reasons, that's all.  Yes.

3    **Q.** Why were you interested in asking questions about

4    security-related issues in your conversation with the

5    defendant?

6    **A.** This is part of my bona fides, my persona.  I needed to

7    make sure that, you know, the account has nothing -- no

8    suspicious about it, so --

9    **Q.** And referring you down, can you read the defendant's

10   response, those next three lines?

11   **A.** "About 10 months akhi."

12   **Q.** And the next two?

13   **A.** "It's very old."

14   **Q.** And the --

15   **A.** "But I changed the name many times."

16   **Q.** What did you understand the defendant to mean when he said

17   he changed the name many times?

18   **A.** I understood that he kinda telling me, don't worry, I

19   changed that.  It's no longer the same account.

20   **Q.** And what was your understanding of why he would tell you

21   that?

22   **A.** Because he understood that I was -- or my persona was

23   worried about being a user account for a long time.

24   **Q.** All right.  Showing you 300-3, even my glasses don't quite

25   get me there with the small print.  Did you ask the defendant

1    any questions about getting a new phone number?

2    **A.** Yes, I mentioned to him that I will -- I may, you know,

3    manage to get you a phone number.

4    **Q.** And why did you raise the topic of getting a new phone

5    number?

6    **A.** Because I believe he wasn't able to change the account.  He

7    needed a phone number to register for a new account.

8    **Q.** And did he respond as to whether he would try to get a new

9    account or a new phone number for an account?

10   **A.** Yes.  He told me he will keep trying to get a phone number.

11   **Q.** And can you just read the message at 1:30:01 a.m. from the

12   defendant?

13   **A.** I will -- I will -- "I'll keep trying some methods."

14   **Q.** And then can you please read your response to him, all

15   three of those lines in the next message beginning at 1:38:53?

16   **A.** "It's okay Akhi.  I just wanted to make it sure that the

17   thing we send you is sensitive and important, but we can do it

18   on this account now.  Maybe I can take a number for you from

19   our brothers."

20   **Q.** Okay.  I just want to pause there.

21          You wrote about the thing that we're going to send

22   you.  What were you referring to?

23   **A.** The translation that I was going -- yeah, the translation

24   file.

25   **Q.** What was your understanding of what that translation file

1   was supposed to be?

2   **A.** My understanding was it was a recipe for a bomb-making

3   material.

4   **Q.** And in your message to the defendant, you referred to that

5   as sensitive and important. Do you see that?

6   **A.** Yes.

7   **Q.** What did you mean when you said that?

8   **A.** I -- I was trying to tell him that this is important. It's

9   a secret between us, and no one should be able to see it.

10  **Q.** How did the defendant respond?

11  **A.** So the answer for -- "Is it a file?" He was asking me:

12  "Is it a file?" Or a text?

13  **Q.** What did you understand his questions to be about?

14  **A.** The translation, yeah, he was asking.

15  **Q.** Did he ask you what you meant by sensitive or important?

16  **A.** No.

17  **Q.** Showing you 300, page 4, and I want to direct your

18  attention to the message from the defendant at 1:43:47.

19           And remind us, who is the user here with the Arabic?

20  **A.** Yeah, this is Al Fuchsia, the defendant.

21  **Q.** And can you read the defendant's message at 1:43:47?

22  **A.** "If you know how to encrypt a file with PGP you can send

23  it, but if you don't then not sure."

24  **Q.** Sir, do you know what encryption is?

25  **A.** Encryption is where, you know, no one can read the

1    encryption message until it's, like, opened.  So it's a method
2    of hiding something.
3    **Q.**  And when the defendant asked you about PGP, did you know
4    what that was?
5    **A.**  No, I didn't.
6    **Q.**  All right.  Can you please read your entire response
7    beginning at 1:44:24?
8    **A.**  I don't know that Akhi, "but it is a file on how make the
9    thing to make the B thing and insha'Allah this will be used for
10   making the thing.  The brothers in the firqah all have bi'ah
11   for the khilafah and they will make this thing to take the
12   revenge for what happened in sham insha'Allah."
13   **Q.**  Okay.  I want to break that down.
14          When you sent this message, were you using plain
15   spoken language or were you using coded language or something
16   meant to conceal your meaning?
17   **A.**  I wouldn't say it's coded, but it's a little bit hidden,
18   not fully identified words.
19   **Q.**  Okay.  And I want you to help us out with a few terms here.
20          When you wrote "the B thing," what were you referring
21   to?
22   **A.**  I was referring to the bomb.
23   **Q.**  And you referred to "the brothers in the firqah."
24          Do you see that?
25   **A.**  Yes.

1    **Q.** What is the firqah?

2    **A.** The firqah is a cell in English.

3    **Q.** Like a prison cell?  What kind of cell?

4    **A.** No.  It's a cell of mujahideen, actually.  Cell of

5    brothers, supporter brothers, supporter of the Islamic State.

6    **Q.** And in this context, can you explain what a cell is?

7    **A.** A cell is a group of mujahideen who, you know, do ambush

8    and do, you know, operations and things like that.

9    **Q.** And you wrote that this group "all have bi'ah for the

10   khilafah."  Can you explain what that means?

11   **A.** "Bi'ah" means the pledge of allegiance to the Islamic

12   State.

13   **Q.** Is the "khilafah" a reference to the Islamic State?

14   **A.** Khilafah, yes, which is the caliphate for the Islamic

15   State.

16   **Q.** And then finally you wrote:  They will make this thing to

17   take revenge for what happened in sham insha'Allah.

18          Do you see that?

19   **A.** Yes.

20   **Q.** What are you -- what were you referring to when you said

21   "what happened in sham"?

22   **A.** This is the -- 2019 there was too many massacres and, you

23   know, happened by the alliance, by the regime and by everybody

24   else, Russia.  So that was what I mean by that.

25   **Q.** Where is Sham?

1    **A.**  Sham is Syria.

2    **Q.**  All right.  With all those terms explained, just going back

3    to your full message there that begins with "But it is a file,"

4    can you explain what you were referring to when you sent that

5    message to the defendant?

6    **A.**  Yes, so "but it is a file," I mean this is the answer to

7    the question of is it a file?  I'm talking about the

8    translation here.

9    **Q.**  At any point did the defendant ask what you meant by "the B

10   thing"?

11   **A.**  No.

12   **Q.**  What did he respond at 1:47:37?

13   **A.**  "Ma sha Allah Akhi it is good you are taking security

14   measures."

15   **Q.**  What did you understand him to mean when he said that?

16   **A.**  I understood that he -- he was in full understanding what I

17   meant there, and he acknowledged that I was doing good at

18   securing the communication.

19   **Q.**  Can you read the defendant's next message, please, at

20   1:47:47?

21   **A.**  "The Mukhabarat as salibiun are afraid of every Muslim.

22   They watch all of us."

23   **Q.**  What do you understand the word "Mukhabarat" to mean?

24   **A.**  Mukhabarat is an Arabic word which means like secret police

25   or intelligence agents.

1    **Q.** And what does the word "salibiun" mean?

2    **A.** A salibiun is -- also in Arabic means crusaders or

3    Christians.

4    **Q.** And so in this context, what did you understand the

5    defendant's full message there to mean?

6    **A.** He's telling me, you know, it's good that you are taking

7    these security measures because we are being watched.  As

8    Muslims we are all being watched.

9    **Q.** All right.  So let's move down to the bottom of the same

10   page.  I want to direct your attention to the defendant's

11   message beginning at 1:48:56.

12          Do you see where it says, "Make sure"?

13   **A.** Yes.

14   **Q.** Can you please read that?

15   **A.** "Make sure the brothers are talking to as little people as

16   possible when there is an operation, work in cells."

17   **Q.** What did you understand the defendant's reference to "the

18   brothers" to mean?

19   **A.** The brothers here are the supporters of the Islamic State.

20   **Q.** And when he said to make sure that the brothers are talking

21   to as little people as possible, what did you understand that

22   to mean?

23   **A.** I think he was also worried and make sure that, you know,

24   we work in secret, not to tell anyone.

25   **Q.** When he wrote:  "When there is an operation, work in

1    cells," what did you understand that to mean?

2    **A.**  So working in cells is -- is something, like, really in

3    jihad, that's how they do it.  Like there's, you know, a few

4    cells working on something.  They shouldn't be knowing about

5    each other's, because if one of them is arrested, captured,

6    then they cannot, you know, tell any information about the

7    other cells.

8    **Q.**  All right.  I want to turn to page 5 of Exhibit 300.

9              A JUROR:  Excuse me.  Can we take a break?

10             THE COURT:  You want to take a break?  Okay.  We're

11   going to be breaking early today anyway, but does anybody else

12   need a break right now?

13             All right.  Can I ask our court security officer, you

14   can take him right across the hall to my office or the jury

15   room, I guess.  Either way, it doesn't matter.

16       (Brief pause.)

17             THE COURT:  Ms. Wells, we'll be breaking at about 10

18   after 4:00.

19             MS. WELLS:  Any time, Your Honor.  One spot is as

20   good as another.

21       (Brief pause.)

22             MS. WELLS:  May I proceed, Your Honor?

23             THE COURT:  Please.

24   BY MS. WELLS:

25   **Q.**  All right.  Mr. Khaleel, I want to direct your attention --

1    we're on page 5 of Exhibit 300.  And directing you to the

2    defendant's message sent at 1:51:29, can you please just read

3    this first line from the defendant beginning with "The

4    Mukhabarat"?

5    **A.**  "The Mukhabarat save the ID of every account and try to

6    gather as much information about them as possible."

7    **Q.**  What did you understand that to mean?

8    **A.**  I understood that, you know, these sites, these platforms

9    are being watched and, you know, tracked down, so --

10   **Q.**  In the view of the defendant?

11   **A.**  Yeah.  Yes.

12   **Q.**  All right.  Moving on to page 7, I know this is very faint,

13   but directing you to the message about six down that you sent

14   at 11:26:28, it's got the check mark next to it.  Do you see

15   that?

16   **A.**  Okay.

17   **Q.**  Can you please read your two messages to the defendant,

18   please?

19   **A.**  "I will send you the file.  When you able to find a number

20   to make an account, let me know."

21   **Q.**  What file were you referring to?

22   **A.**  The translation.

23   **Q.**  And moving down to your next message here at 11:27:30, do

24   you see that?

25   **A.**  Yes.

1    **Q.** Can you read that, please?

2    **A.** "The file is word and you keep it word too."

3    **Q.** What did you mean by that?

4    **A.** Word documents.

5    **Q.** Like Microsoft Word?

6    **A.** Yeah, Microsoft Word, yes.

7    **Q.** And what did you write underneath that in your next

8    message?

9    **A.** "You have word?"

10   **Q.** How did the defendant respond?

11   **A.** He said, "Libre office."

12   **Q.** And then?

13   **A.** "I use Linux.  Same thing."

14   **Q.** What did you understand that to mean?

15   **A.** I understood that he will be able to open it, and

16   LibreOffice is same as Word.

17   **Q.** Did the defendant also send you a couple of pictures after

18   this?

19   **A.** Yes.

20   **Q.** And just for the record, is the image sort of like a

21   curlicue shape at the top there?

22   **A.** Yes.

23   **Q.** What did the defendant write at 11:29:34 right beneath that

24   curlicue shape?

25   **A.** "Linux."

1   **Q.** And then what did you -- or excuse me.  What --

2   **A.** I can kind of, you know, like astonished.

3            I said, "Subhanal Allah what is this akhi?"

4   **Q.** And what did you mean by that?

5   **A.** Yeah, I meant, you know, praise be to God.  What is this

6   image here?

7   **Q.** Were you familiar with that image?

8   **A.** I wasn't, no.

9   **Q.** All right.  I want to move to the next page, which is 300,

10  page 7.

11           THE COURT:  I think you said this was 7 before.

12           MS. WELLS:  Oh, pardon me.  Your Honor, the page we

13  were just talking about was 6.  That's correct.  I apologize.

14  And the page that I've pulled up right now is page 7 of Exhibit

15  300.

16  BY MS. WELLS:

17  **Q.** Mr. Khaleel, did you get an answer to what these pictures

18  were that the defendant was sending?

19  **A.** Yes.

20  **Q.** What does it say at the top of the screen there?

21  **A.** It says, "Debian."

22  **Q.** And then what is the message from the defendant below that?

23  **A.** Well, he says, "It's a Linux version akhi."

24  **Q.** How did you respond?

25  **A.** Oh, I said, "Wow, alhamduliAllah you know this stuff.  I

1    don't know."  Then laughed, hahaha.

2    **Q.** Did the defendant respond to your comment about stuff you

3    don't know?

4    **A.** No.

5    **Q.** What did he say?

6    **A.** He said:  I love learning about computers akhi.  They are

7    very useful for jihad.

8    **Q.** What do you understand "jihad" to mean?

9    **A.** Well, jihad means many things, you know, but in this

10   context here, it could mean like a holy war or something like

11   that.

12   **Q.** What did you write in response to the defendant's comment

13   beginning here at 11:31:52?

14   **A.** "Of course Akhi in this age it is very important.  This

15   will be in mizan hasanatak insha'Allah akhi."

16   **Q.** And can you tell us what you means?

17   **A.** It's a concept of when you do something mizan hasanatak is

18   like in your good deeds.  It will be registered in your good

19   deeds at the hereafter.

20   **Q.** All right.  Directing you down to 11:33:33, what message

21   did you send?

22   **A.** I sent him:  "So let me send you the file insh'Allah."

23   **Q.** And what file were you referring to?

24   **A.** I was referring to the Word document that we mentioned

25   before.

1    Q.  And read your message, please, beginning at 11:34:29.

2    A.  "Just be accurate in the translation because we will depend

3    on that when making the thing insha'Allah."

4    Q.  And what did you mean by "the thing"?

5    A.  The thing was the bomb.

6    Q.  In his response, did defendant ask you what you meant by

7    "the thing"?

8    A.  No.

9    Q.  What did he say?

10   A.  He said, "Yes Akhi.  It will be perfect bithnillah,"

11   Subhanahu wa ta'ala, "swt."  It's a short.

12   Q.  What does that mean, that last phrase?

13   A.  It means glory be to Allah, to God.

14   Q.  Did you send a file attachment at 11:36?

15   A.  Yes.

16   Q.  And do you recall what that file attachment was?

17   A.  It was the document about -- in Arabic we call it peroxidal

18   (phonetic) acetone, which is peroxide -- acetone peroxide.

19   Q.  And to be clear, what is your understanding about whether

20   the -- withdrawn.

21          MS. WELLS:  I'd like to show the witness only,

22   please, what's been marked as Government Exhibit 301.

23   BY MS. WELLS:

24   Q.  Mr. Khaleel, do you recognize this document?

25   A.  Yes.

1    **Q.** What is it?

2    **A.** This is the document on acetone peroxide in Arabic.

3    **Q.** Is this the file that you sent to the defendant that we --

4    **A.** This is the file, yes.

5    **Q.** And is this a true and accurate copy of that file?

6    **A.** Yes.

7         MS. WELLS:  Your Honor, I'd move to admit Exhibit 301

8    and request permission to publish, please.

9         MR. HERMAN:  No objection.

10        (Said exhibit admitted in evidence.)

11   BY MS. WELLS:

12   **Q.** All right.  Now that everyone can see the document, is this

13   document written in Arabic?

14   **A.** Yes.

15   **Q.** And what is your understanding -- you've described that

16   this was going to be some kind of bomb-making recipe; is that

17   right?

18   **A.** That's right.

19   **Q.** Is this actually a bomb-making recipe?  If you followed

20   these instructions, would it make an explosive?

21   **A.** No.

22   **Q.** All right.  Just going back to Exhibit 300, which is in

23   evidence, after you sent the recipe or the file, did the

24   defendant respond to you at 11:37:36 beginning with "Okay

25   Akhi"?

1    **A.**  Yes.

2    **Q.**  Can you read that message, please?

3    **A.**  "Okay Akhi, I will finish it soon as" -- "soon as possible

4    bithnillah."

5    **Q.**  And what question did you ask after that?

6    **A.**  "Able to open Akhi?"

7    **Q.**  Meaning?

8    **A.**  The document.

9    **Q.**  And how did the defendant respond?

10   **A.**  "Yes, I got it."

11   **Q.**  Directing your attention down to 11:39:01, your message

12   beginning "Just take your time," do you see that?

13   **A.**  Yes.

14   **Q.**  Can you please read that?

15   **A.**  "Just take your time and make good translation...the

16   brothers of the khilafa will make the thing insha'Allah."

17   **Q.**  Can you explain what you meant when you said, "the brothers

18   of the khilafa will make the thing"?

19   **A.**  The brothers of the khilafa will -- you know, the brothers

20   of the Caliphate, the supporters will make that bomb, God

21   willing.

22   **Q.**  And how did the defendant respond when you said that?

23   **A.**  "Bithnillah swt," which is in Arabic subhanahu wa ta'ala,

24   again glory be to Allah.  "Bithnillah" means God willing,

25   permit --

1    **Q.** And what else did he say?  Pardon me.

2    **A.** He said, "I will be very careful."

3    **Q.** All right.  I'm showing you page 9 of Exhibit 300.  Is

4    this -- I'm just going to enlarge this.

5            Is this a continuation of the communications we just

6    saw?

7    **A.** Yes.

8    **Q.** Just directing you down a little further on the page, what

9    is the new date that we see here at the bottom?

10   **A.** Tuesday, April 16, 2019.

11           THE COURT:  It actually says page 11.

12           MS. WELLS:  Your Honor, I'm sorry.  I'm referring

13   to -- and I can do this differently -- there's both a Bates

14   number here and also the page of the actual exhibit.

15           THE COURT:  I see.

16           MS. WELLS:  And I'm happy to refer to it either way.

17           THE COURT:  No.  We've been referring to it as the

18   Bates numbers, so maybe we should stick with that.

19           MS. WELLS:  I can do that.

20           THE COURT:  Because the jury is going to want these

21   binders when they go back.  I want to make sure if they want to

22   see it, the Bates is what it is.

23           MS. WELLS:  Absolutely, Your Honor.

24   BY MS. WELLS:

25   **Q.** And this is the page ending in 011.  And can you remind us

1    what date this new -- the new communications begin taking place

2    on at the bottom of the page?

3    **A.** Tuesday, April 16, 2019.

4    **Q.** And is this a message from the defendant?

5    **A.** Yes.

6    **Q.** Can you please read the two messages that he sent you at

7    that point?

8    **A.** "I am working on it akhi but the trusted brother of mine

9    hasn't been online for a few days.  Make dua that he is safe.

10   He is the best in Arabic and must make sure the translation is

11   correct."

12   **Q.** Did you know who the trusted brother was that the defendant

13   was referring to?

14   **A.** I didn't know who was this trusted brother.

15   **Q.** And what did you understand the defendant to be telling you

16   about what he was doing with this trusted brother of his?

17   **A.** I thought he was helping -- this trusted brother was

18   helping him to do the translation.

19   **Q.** All right.  Moving on to the next page, which ends in 0038,

20   can you read your message at the top of the page, please?

21   **A.** "Yes, akhi...may Allah keep the brother safe.  Akhi, one

22   very important point, I know you probably want some help in

23   Arabic to understand so you" translate -- "you translation

24   accurate into English, but please like I said to you to be very

25   aware of why we translate and what we do with the file or what

1    we use it for.  I know you know this but just remembering you."

2    **Q.**  And looking right below here, did the defendant respond to

3    your same message that began with "Yes akhi"?

4    **A.**  Yes, this is a response to that message.

5    **Q.**  What did he say?

6    **A.**  "Yes akhi I know.  It will be 100% correct."

7    **Q.**  All right.  Moving on to the next page, can you just read

8    us the date at the top of these communications, please?

9    **A.**  It's Monday, April 22, 2019.

10   **Q.**  In the course of your communications with the defendant,

11   did you continue to talk about the status of his translation

12   project?

13   **A.**  Yes.

14   **Q.**  And referring you here to 6:03:19, can you read the message

15   from the defendant, please?

16   **A.**  "Assalamualaikum.  I am sorry it is taking a while akhi

17   wallahi.  The brother I wanted to work with disappeared, his

18   account deleted so I am doing it by myself.  I have another

19   brother who is trusted but I wish the first brother was

20   available."

21   **Q.**  Do you know who this second other brother was that the

22   defendant was referring to?

23   **A.**  I didn't know him.

24   **Q.**  And to the best of your knowledge, were either of these

25   brothers part of the FBI?

1    **A.**  I -- I didn't know that.

2    **Q.**  Referring you down to the page ending in 40 and, in

3    particular, the communications on May 1st, did you ask the

4    defendant a question here at 3:18:03?

5    **A.**  Yes.

6    **Q.**  What was that question?

7    **A.**  "Also akhi I was thinking, you mentioned something about

8    your computer system skills, lenox.  Are you willing to use

9    them to help the Dawlah?"

10   **Q.**  When you referred to "lenox," was that a reference to what

11   the defendant had sent you earlier in this communication?

12   **A.**  Yes.

13   **Q.**  And what did you mean when you asked him, "Are you willing

14   to use them to help the Dawlah"?

15   **A.**  You know, just because he mentioned that they are good for

16   mujahideen and jihad.  And so this is like a follow-up, you

17   know, what can we do with them to help the Dawlah, which is the

18   Islamic State?

19   **Q.**  And did the defendant ask you what Dawlah was?

20   **A.**  No.

21   **Q.**  Let me pull up a slightly bigger version of this.

22        In response to your question, what did the defendant

23   send you?

24   **A.**  He forwarded Al-Ansar OS Development, a file, very long

25   file related -- you know, things to computers and the language,

1    how to install and, you know, to run these programs.  It was a

2    long file.

3    **Q.**  And specifically, can you just read what he sent you here

4    at 3:52:02?

5    **A.**  "Al-Ansar OS Development."

6    **Q.**  And is he forwarding what appears to be another Telegram

7    channel or account here?

8    **A.**  Yes.

9    **Q.**  All right.  Moving to the next page which ends in 041, is

10   this a continuation of the post or the account that the

11   defendant just sent you?

12   **A.**  Yes.

13   **Q.**  Can you describe what we see on the screen here?

14   **A.**  This was a video of 2 minutes and 24 seconds.  I opened it.

15   I didn't understand anything.  It was just like, you know --

16   but then as you can see the writing, "Building the first

17   version.  Available for the Ansar to use" --

18   **Q.**  Let me --

19   **A.**  -- (Arabic word) insha'Allah.

20   **Q.**  Let me pause you there.  What did you understand "available

21   for the Ansar to use" to mean?

22   **A.**  This will be shortly available for the supporters of the

23   Islamic State to use.  This system of communication, I guess

24   that's what --

25   **Q.**  Then referring you down further on the page, what else did

1    he send?

2    **A.**  He also sent me some computer-related language screens.  As

3    you can see, I didn't really know what was this.

4    **Q.**  Can you just read this top line here, please?

5    **A.**  "Includes AMD and Intel Core/Xeon/Pentium."

6    **Q.**  And the next message component listed here beginning with

7    "Manual"?

8    **A.**  "Manual kernel configuration, the hardest part."

9    **Q.**  And then finally, what's all the way at the bottom?

10   **A.**  "Kernel will not be configured for UEFI boot due to

11   security vulnerabilities exploitable by crusader intelligence

12   agencies."

13   **Q.**  Do you know what "UEFI boot" means?

14   **A.**  I don't know this.

15   **Q.**  What about "security vulnerabilities exploitable by

16   crusader intelligence agencies," did you have an understanding

17   of what that meant?

18   **A.**  I really didn't know much security, you know, but not much.

19   **Q.**  And then finally, can you just describe what's at the

20   bottom of this set of posts from the defendant?

21   **A.**  It says, "Building of the kernel."

22   **Q.**  And what -- can you describe the image that we see there?

23   **A.**  Yes, the image is again a computer-related language.  I

24   didn't understand what was this.

25   **Q.**  Mr. Khaleel, I'm going to show you what is already -- what

1    is already in evidence as Government Exhibit 200-415.

2              All right.  To be clear, is Government Exhibit 200 --

3    this is not your communications with the defendant; is that

4    right?

5    **A.**  No.

6    **Q.**  And do you recall our discussion about OCE 2 earlier?

7    **A.**  I have no idea.

8    **Q.**  Sorry.  OCE 2, the person who introduced you --

9    **A.**  Okay.  Yes.

10   **Q.**  -- introduced the defendant to you, do you recall that?

11   **A.**  Yes, yes.

12   **Q.**  Are you aware that OCE 2 has testified at this trial?

13   **A.**  Yes.

14   **Q.**  All right.  Looking at this image on Government Exhibit 200

15   on the page ending 422, do you recognize this image and the

16   title "Al-Ansar OS Development"?

17   **A.**  Yes.

18   **Q.**  Does that appear to be the same account that the defendant

19   sent you in the message we just saw?

20   **A.**  Yes.

21   **Q.**  And then showing you the next page of Exhibit 200 which

22   ends in 423, do you recognize these images?

23   **A.**  Yes.

24   **Q.**  And are they also the same images and information that the

25   defendant sent to you in the pages we just looked at?

1    **A.** Yes.

2    **Q.** And then finally, Exhibit 200 and page ending in 424, do

3    you recognize those images?

4    **A.** Yes.

5    **Q.** Are these also the same images and content that the

6    defendant sent you?

7    **A.** Yes.

8    **Q.** All right.  I'm going back to Exhibit 300, page ending

9    0041.

10          Can you read what the defendant sent you here right

11   at the very bottom of the page?  What is that information he

12   sent?

13   **A.** This is a link, www.gentoo.org.  It's a link to a website

14   or something, yes.

15   **Q.** And just going to the very next page of your

16   communications, is this a continuation of that message from the

17   defendant at the very top?

18   **A.** Yes.

19   **Q.** What is that link for?  Is there a description here?

20   **A.** "It is this distribution.  It is different from all other

21   linux because you choose every single package."

22   **Q.** And below that is there a full description of the website,

23   the link that he had just sent you?

24   **A.** Yes.

25   **Q.** What is that description?

1    **A.** "The website of Gentoo, a flexible Linux or BSD

2    distribution."

3    **Q.** Were you familiar with what a Linux distribution was when

4    you received this?

5    **A.** No.

6    **Q.** I want to direct your attention to the defendant's the

7    messages here beginning at 3:54:11. Do you see that?

8    **A.** Yes.

9    **Q.** Can you please read what he wrote in those next three

10   messages?

11   **A.** I want to make it so you can use Telegram and use TOR

12   browser and maybe NordVPN if the brothers at the bank Al-Ansar

13   have accounts. It is hard work and a lot of studying, but

14   bithnillah subhanahu wa ta'ala I can make something useful.

15   **Q.** All right. I want to take those statements and sort of

16   break them down a little bit.

17              You're familiar with Telegram, correct? That's the

18   platform you're using in these communications?

19   **A.** Yes.

20   **Q.** Did you know what the TOR browser was?

21   **A.** TOR browser is -- is where you hide your IP address, you

22   know, for browsing the internet, yes.

23   **Q.** And looking in the next message from the defendant, he

24   wrote "If the brothers at the bank al ansar have accounts."

25              Are you familiar with the Bank Al-Ansar?

1   **A.** Yes.

2   **Q.** Is that a bank where you go and, like, put your money away?

3   **A.** Oh, no.

4   **Q.** What is it?

5   **A.** Bank Al-Ansar online, this is like an account that the ISIS

6   supporters use.  They have phone numbers, emails, Facebook

7   accounts, Twitter, Telegram, all these kinds of media, you

8   know, that if someone needs to use a phone number or use an

9   account to do propaganda for them, he will go to them, and they

10  will provide him with these accounts or phone numbers.

11  **Q.** And just the title of this -- this group, "Bank Al-Ansar,"

12  can you remind us what "Ansar" means, what that word translates

13  to?

14  **A.** Yes.  Al-Ansar means the supporters of the Islamic State.

15  **Q.** So what did you understand the defendant to mean when he

16  was saying, I want to make it so you can use Telegram, TOR, and

17  maybe NordVPN if the brothers at the Bank Al-Ansar have

18  accounts?

19  **A.** I think he was trying to make something to be useful by

20  these supporters to communicate with.

21  **Q.** Something useful for who?

22  **A.** For the mujahideen, for the brothers, for the Ansar.

23  **Q.** Did you and the defendant continue after this to discuss

24  whether he was working on his translation?

25  **A.** Yes.

1   **Q.** And did he continue to give you updates about that project?

2   **A.** Yes.

3            THE COURT:  Is this a good place to break?

4            MS. WELLS:  Absolutely, Your Honor.

5            THE COURT:  All right.  Folks, we're going to break a

6   little early today.  We have some other things to talk about.

7            So we will resume Tuesday.  Remember Monday is a

8   federal holiday, so we'll resume Tuesday, and we can start at

9   9:15 in the morning on Tuesday.

10           So as always, you know, come in a little early, get

11  comfortable, have some donuts or whatever, and some coffee, and

12  we will start right on time, I hope.

13           As always, we have a long weekend here, so please

14  remember, if there is any publicity, don't expose yourself to

15  it.  I'm not saying there will be, but there might be.  Don't

16  let anyone speak to you about the case.  Don't talk to anybody

17  about the case.  Just have a great weekend.  I think it's going

18  to be raining tomorrow, but hopefully it will warm up a little,

19  and we'll be able to enjoy the weekend.

20           So thank you again for your service and your

21  attention, and we'll see you on Tuesday morning.

22           THE CLERK:  All rise.

23       (Jury out.)

24           THE COURT:  You can step down.

25           THE WITNESS:  Thank you.

1          (The witness left the witness stand.)

2          THE COURT:  I'm going to talk with Ms. Williams for a

3    minute or two.  I'll come back and report what I heard.  She

4    seemed to be pretty with it today, so I guess maybe we're over

5    that hump.

6          And then we want to talk about the expert issue.  It

7    shouldn't take too long, I hope, and then we'll adjourn.  So

8    I'll be back in about five minutes.

9          (Defendant left the courtroom.)

10         (A short recess was had from 4:11 p.m. to 4:18 p.m.)

11         THE COURT:  All right.  I spoke to Ms. Williams.  She

12   was more alert today because she took Red Bull, and she's got

13   high blood pressure, and it didn't sit well with her.  And I

14   told her she could go.

15         So, you know, if we're making the kind of time we're

16   on now, I think with two alternates, we're pretty safe.

17   Fingers crossed.

18         I will tell the jury on Tuesday that she had a family

19   emergency of some sort and had to leave.  And we could actually

20   move Ms. Devine, who is in the way back there, up to her seat

21   so she'll be a little closer.  So I think that's what we're

22   going to do.

23         All right.  Let's talk about this motion which has

24   been kicking around a long time now.

25         MR. HERMAN:  Judge, while we're talking about seating

1  arrangements, if the back is going to be vacated now, can

2  Mr. Osadzinski's parents -- because they've been here every day

3  in the overflow room -- can they sneak in the -- or can they

4  occupy the back row since it will be open?

5          THE COURT:  Are they going to testify?

6          MR. HERMAN:  No.

7          THE COURT:  Okay.  Because they were on your list.

8          MR. HERMAN:  They were, but we talked to the

9  government about that.

10          THE COURT:  Okay.  I was a little concerned about

11  that.

12          Let me give that some thought, okay, and talk to our

13  people.

14          MR. HERMAN:  They are undergoing the testing for

15  coming, and every day they're in the overflow room.

16          THE COURT:  All right.  I don't have a problem with

17  that really.

18          MR. JONAS:  Neither do we as long as Mr. Greenberg

19  doesn't ask Your Honor to point out that they're sitting there.

20          MR. GREENBERG:  I'm sorry, I didn't hear you.

21          MR. JONAS:  As long as you don't ask the Judge to

22  point it out.

23          THE COURT:  Okay.  All right.  We have this motion to

24  exclude the testimony of Mr. Zelin.  I've read all of your

25  briefs.  I've given this an awful lot of thought.

1    I'm going to grant it in part and deny it in part.

2    First of all, I want to make sure -- and I'm sure, Mr. Jonas,

3    you have already considered this.  Is he your witness?

4         MR. JONAS:  No, he's Ms. Hughes's witness.

5         THE COURT:  Oh, Ms. Hughes.  Okay.

6    I want to make sure that when he does testify that he

7    makes it very clear that he's not testifying about this

8    defendant, right?  He's not opining about the defendant's state

9    of mind or intentions or anything that the defendant does.  In

10   fact, he may not even know who the defendant is.  Okay?

11        So I would like that to be forecast by the

12   government.  I'm sure that the defense would do it on cross,

13   but I think it has more of an impact and more -- it will sit

14   better with the jury if the government actually brings that

15   out.  So that's one thing.

16        And that's something that we encounter a lot in --

17   you know, when you have a gang specialist testify about that

18   sort of thing.  So I feel very strongly about that here,

19   because this goes so much to his intention, what he knew and

20   what he didn't know and what he intended.

21        Where is the defendant?  He's not here.

22        MR. HERMAN:  We were just --

23        MR. GREENBERG:  I was just going to -- Judge, we can

24   waive his appearance.  They took him up.

25        THE COURT:  All right.

1    MR. GREENBERG:  They didn't -- I think they didn't

2    hear either that we were coming back.  We'll waive his

3    appearance, Judge.  We'll tell him what transpired.

4    THE COURT:  Okay.  All right.  This is a technical

5    issue, I guess, but -- no, that's okay.  If they'll waive it,

6    that's fine.

7    Okay.  First of all, I agree with the defendant that

8    Mr. Zelin should not testify about certain of the things that

9    appeared to -- that the government appeared to want him to

10   testify about originally, and that's like the origin of ISIS or

11   their activities or a lot of their terrorist incidents and that

12   sort of thing.

13   The only thing that I can see where his -- and this

14   is where I agree with the government -- where he can testify

15   consistent with the rule to help the jury understand what's

16   going on here, he can testify -- and this is also based on the

17   evidence I've heard to date, too, so where it makes this more

18   relevant.

19   He can testify about the leadership, because there

20   has been evidence about pledging allegiance to the

21   leadership -- I don't think it has to be elaborate by any means

22   at all -- about the territories, because there has been

23   evidence that the defendant knew about the territories and

24   mentioned them in some of his communications.  The Media Diwan,

25   which has been testified to at length, he can explain what that

1   is and how ISIS uses it.  He can explain the purpose of the

2   various media organizations that ISIS has, because the

3   defendant -- at least there's evidence to support the notion

4   that the defendant was directing his efforts to help the media

5   organization.  So it really surrounds the media and not other

6   ISIS activities.

7        And I will be very -- my ears will be very open to

8   whether he goes and crosses that line.  If he does, I'll get an

9   objection, and we'll have to talk about it; but I'm hoping we

10  don't get to that point.

11       Where I do have maybe -- I don't know if it's a

12  question or just a directive here.  You want him to talk about

13  these videos.  I don't -- the jury is going to see the videos.

14  He doesn't have to tell the jury what they're seeing.  He could

15  talk about the purpose -- like the structure, I think, is

16  important, that first one that you have in your -- and I'm

17  looking more at the September 29 submission, document 132.  The

18  reasons that some of these videos -- what he believes in his

19  opinion the videos were made for.  "Holding to the Pledge, The

20  Fighting Has Just Begun," we've seen those already.

21       I don't want him to sit here and tell us what's in

22  the videos.  That's not the purpose of the expert testimony.

23       He could say, this is what the video -- the Crusaders

24  of Russia and that sort of thing, this is what ISIS, in his

25  opinion, uses to recruit other people or get their -- the word

1    out to the world.

2           But when it comes to the videos, it should not be

3    elaborate at all.  It should be a basic description of what he

4    thinks the purpose of the videos are, and that's about where it

5    should end.

6           All right?  So that's about as plain as I can be at

7    this time.  A lot of this stuff has already come out through

8    the witnesses we've heard, so it doesn't have to be elaborate.

9    But I think, as I said before, my instinct remains that this is

10   a subject that I think everybody in the world has heard about

11   who reads.  And so a little education about what ISIS is and

12   how it works with respect to its media operation I think is

13   something that is appropriate expert testimony, but it

14   shouldn't -- I don't know if you were planning on it to be much

15   more elaborate than that or not, but it really shouldn't be

16   more elaborate than that.

17          MS. HUGHES:  Your Honor, unless you have more, I

18   would like to ask just a few clarifying points just so I'm

19   clear on the boundaries.

20          THE COURT:  Go ahead.  You know, it would be easier

21   if I had, like, a report that he was going to testify from.  I

22   don't have that here.  I just have -- and I know you've

23   narrowed it down a little bit from the original Rule 16

24   disclosures, so go ahead.

25          MS. HUGHES:  So just particularly on the historical

1    aspects of ISIS, I mean, one -- one component of their media

2    efforts is that there was this physical caliphate where they

3    were encouraging people to come to them.  And then the physical

4    caliphate dissolved, and they then instructed people, stay

5    where you are and assist ISIS where you are.

6            That -- that transition from having a physical

7    presence and wanting people to travel versus stay in their

8    homeland and carry on the cause from there, that's a sort of

9    significant part of how their media has evolved and why it's so

10   important for them to have this global outreach.  And that's

11   something --

12           THE COURT:  But is that something that this defendant

13   would be -- that they could infer this defendant even knew

14   about?

15           He joined it in 2017, is when he started this --

16   these conversations.  And, you know, that's a long way from

17   1400.

18           MS. HUGHES:  So -- so, I mean, the organization

19   itself started in 1999.  So all of this is, like, relatively

20   recent history.

21           THE COURT:  Well --

22           MS. HUGHES:  But, I mean, part of what we have to

23   show --

24           THE COURT:  But we've seen some videos or screenshots

25   about the origins already, so I don't know if you need any

1    elaboration on that.  I mean, this isn't a tutorial on

2    everything to do with ISIS.

3            MS. HUGHES:  No, I completely agree, Your Honor.

4            One -- one thing that we need to show and what Dr.

5    Zelin's testimony will be so critical for is showing how this

6    service, the government would argue, is a benefit to ISIS.  And

7    so what benefit it provides --

8            THE COURT:  And that is -- no, that is -- that is

9    important.  And you mentioned that in your last brief, and I

10   think that that kind of nailed down what we're talking about

11   here.

12           It's your burden to show that this was a service and

13   why it was a service.  But do you have to go back to --

14           MS. HUGHES:  No.  And to be clear, Your Honor, we're

15   not seeking to bore the jury about sort of the disintegration

16   of the physical caliphate.

17           We just sort of need to under -- the jury -- what we

18   hope his testimony will do is to contextualize for them why

19   these videos were important, what they did.  And part of it is

20   they needed to have this supporter base that is more disbursed

21   that was their homeland, and they're telling them in media that

22   the defendant possessed.  So this isn't just, you know,

23   abstract kind of intent evidence that is divorced from the case

24   itself.

25           They're saying in -- most specifically, in Inside 8,

1    which was in the defendant's possession, they're saying join
2    the media jihad, get online.

3            And there is this transition from a benefit being
4    travel and fight with us to stay in your homeland, and you can
5    be part of this mission.  And so I just want to be very clear,
6    because I hear Your Honor -- and we don't want to cross the
7    line -- if it would be permissible to not sort in-depth but in
8    this short way explain that there is sort of -- there was
9    physical caliphate.  It devolved, and there still is this
10   global supporter network.  And that's sort of helpful context
11   for why -- why are they not urging you to come and pick up
12   arms?  Because part of what is a little -- what might not be
13   clear to the average sort of, you know, citizen is that ISIS
14   really wants its supporters to contribute, not just through
15   waging warfare with guns but contributing in this media jihad.

16           THE COURT:  No, I've seen that, and I understand the
17   point.  And I think that that's appropriate.

18           MS. HUGHES:  Thank you, Your Honor.

19           THE COURT:  Mr. Herman, do you --

20           MR. HERMAN:  Thank you.  I'd like to be clear on --
21   if we had a chance to file a reply, I would have done this, so
22   I want to just put this out there.

23           And I think it drives through the heart -- and I
24   could come up to the podium if you can't hear me from --

25           THE COURT:  I can hear you fine.  Thank you.

1          MR. HERMAN:  Thank you.  I mean, I think it drives to

2     the point why this case is important for many reasons, but it

3     is very significant and important in terms of material support

4     case law and where the government is pushing this.

5          And this goes to the top of page 2 of their brief

6     where they write or their response --

7          THE COURT:  Which brief?

8          MR. HERMAN:  The most recent one, which I'm orally

9     replying to now.

10         THE COURT:  Okay.

11         MR. HERMAN:  Docket 140, Dr. Zelin's testimony

12    regarding how unofficial media organizations receive

13    instruction from official ISIS entities is directly relevant to

14    the burden the government must meet.

15         Our point, and to be crystal clear on this, is the

16    government is seeking to establish the element of attempted

17    direction, coordination by showing it coming from the other

18    way, by showing that ISIS tells unofficial media organizations

19    to do X, Y, and Z.  Mr. Osadzinski interacted with unofficial

20    media organizations; therefore, he's attempting to coordinate

21    with ISIS.

22         There's no evidence -- there's not going to be any

23    evidence and no evidence so far showing that Mr. Osadzinski,

24    Tommy, knew that ISIS was telling these unofficial

25    organizations to do X, Y, and Z.  In fact, quite to the

1    contrary, there was some chats in the OCE 2 binder where OCE 2

2    tried to elicit Tommy's knowledge about whether or not ISIS,

3    the Diwan communicated with AF Media, al-Faqir, right?

4              And Tommy said, "I don't know."

5              And we'd also like to -- and the FBI also was

6    questioning this.  Mr. Greenberg and I debated whether or not

7    to try to cross on some of these additional chats that OCE 2

8    had in these internal spreadsheets.

9              And this is 1A55 ending in 73.  On September 3rd,

10   2019, OCE 2 writes in one of these internal chats:  I've

11   discussed the Osadzinski case in general terms with blank on

12   the question of, quote, at what point does material support for

13   a supporter group become material support for the FTO?

14             I mean, it's an open question.  And the government's

15   methodology of proof is replacing -- relieving themselves of

16   the burden to show what Tommy knew by showing instead what ISIS

17   desired.

18             OCE 2, even much earlier on, six months before that

19   comment about it's an open question, writes to, I believe -- I

20   believe somebody, redacted:  This is really exciting.  Unless

21   I'm mistaken, you'll be breaking new ground with your

22   complaint.

23             I mean, it's an open -- it's an open question.  Okay?

24   And the government's methodology of proof right now I think is

25   relieving a burden.  And using Zelin, using an expert to do

1   that, is particularly objectionable here.

2            And, Judge, Mr. Greenberg reminded me, I'm sorry,

3   that the -- what is happening here through this method of proof

4   is they're removing the element or the protection of

5   independent advocacy, because if you advocate independently

6   through what you think is an unofficial non-FTO that has,

7   perhaps, some residual benefit to another group and to --

8   without you even knowing it, there's somebody in the unofficial

9   group that may have communications with the FTO or just the FTO

10  saying it out there -- we want people to do this -- and all of

11  a sudden your independent advocacy becomes material support is

12  very dangerous.  And that's why we're fighting this case so

13  hard.

14           MS. HUGHES:  May I just respond to a few brief

15  points?

16           THE COURT:  Sure.  A sur-sur-surreply.

17           MS. HUGHES:  And then we can all go home.

18           First, this is a very complicated ecosystem, and

19  we've been living with sort of al-Hayat, al-Faqir, all of

20  these, you know, entities for a long time, and it is

21  complicated.  And division between official and unofficial

22  is -- demands explanation, and this is part of the reason why

23  Dr. Zelin's testimony is so critical.

24           What the defendant did say in one of the chats was

25  when asked is al-Faqir official, he says, "I don't know."

1          And the truth of the matter is and what Dr. Zelin

2  will explain is that these unofficial groups take -- and these

3  are documents that are in the defendant's possession.  We hear

4  the defense when they say -- when they explain that we cannot

5  infer intent from these, you know, abstract concepts -- he

6  says, "I don't know."

7          And what Dr. Zelin will explain is what these

8  unofficial groups do is they essentially take clips from

9  official ISIS media, and they make them their own.  And what

10  the defendant was doing in reaching out to these groups is he

11  was trying to assist ISIS's mission.

12          And so there are -- the defense will be very -- I'm

13  sure that they will cross-examine Dr. Zelin if he has any

14  knowledge of what the defendant knew, and he will say no.

15          But what we have to show is we have to, one, explain

16  this ecosystem of media-related organizations.  We have to

17  explain why ISIS, in media that the defendant possessed, most

18  notably in Inside 8, said that this is what I need you to do to

19  support us.  And we understand the line in defense will be very

20  free to make that argument when Dr. Zelin is on the stand.

21          THE COURT:  Well, I understand the point that the

22  defense is making here, but there is enough evidence to support

23  an inference, at least arguably at this time -- and, of course,

24  it has to be beyond a reasonable doubt, and that's the jury's

25  job -- that by providing this service, if you will, to the

1    other organization, to the unofficial organization, he intended
2    it to benefit ISIS itself.

3              And so there's, I think, a needed explanation of the
4    relationship between the two, and that's what I think Dr. Zelin
5    is going to opine about.

6              I don't think that's relieving the government of a
7    burden.  I think it's part of their burden to show that
8    connection, if you will, or that there could be a connection
9    between the two.  And some of those videos and other material
10   that we've seen seems to make that link, and I think that's
11   something that is a little complicated and could use some
12   explanation.

13             So I'm sticking with my ruling.  I know it's not as
14   definitive because I really haven't heard him testify or seen a
15   report.  That's the one thing that makes this a little harder
16   to deal with an expert motion like this, but I think I've made
17   myself about as clear as I can at this point.

18             And, again, remember 403.  We don't want to get into
19   any of the violent stuff or any of that.  There's no need for
20   that.  We're really talk -- we're keeping it to the media
21   subject.  And at this point, I think I've said about as much as
22   I can on it.

23             So what is your order of play at this point?  I know
24   we don't have a lot left for OCE 3.

25             Are you going to bring Dr. Zelin -- I said Mr. Zelin.

1    I apologize.  Are you going to bring Dr. Zelin in after that?

2             MR. JONAS:  Yes, he'll testify Tuesday -- I expect

3    Tuesday after OCE 3, and then it's probably going to be OCE 4.

4    And we still have a few witnesses.  And OCE 4 will not -- if he

5    gets on the stand Tuesday, he's not going to finish Tuesday.

6             We still have the CHS.  We have at least one other

7    agent to testify, if not two, after that.

8             THE COURT:  All right.  Well, thank you for your

9    work, and I'll see you Tuesday.

10             MR. JONAS:  Thanks, Judge.  Have a good weekend.

11             THE CLERK:  All rise.

12          (Adjournment at 4:40 p.m. until 9:30 a.m. on 10/12/2021.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on October 7, 2021, Volume No. 3 before the HON. ROBERT W. GETTLEMAN and a jury in the above-entitled matter.

*/s/ Nancy L. Bistany, CSR, RPR, FCRR*          December 8, 2021

    Official Court Reporter          Date
    United States District Court
    Northern District of Illinois
    Eastern Division