```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3
       UNITED STATES OF AMERICA,        )
 4                                      )
                      Plaintiff,        )
 5                                      )
                 vs.                    ) No. 19 CR 869
 6                                      )
       THOMAS OSADZINSKI,               ) Chicago, Illinois
 7                                      ) October 12, 2021
                      Defendant.        ) 9:25 a.m.
 8

 9          TRANSCRIPT OF PROCEEDINGS - Volume No. 4 AM

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                         and a Jury

12
       APPEARANCES:
13
       For the Plaintiff:       HON. JOHN R. LAUSCH, JR.
14                              United States Attorney
                                BY:  MR. BARRY JONAS
15                                   MS. MELODY WELLS
                                Assistant United States Attorneys
16                              219 South Dearborn Street, Fifth Floor
                                Chicago, Illinois  60604
17                              (312) 353-5300

18
                                MS. ALEXANDRA HUGHES
19                              Trial Attorney, Department of Justice
                                National Security Division
20                              950 Pennsylvania Avenue, NW
                                Washington, D.C.  20530
21

22

23     Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              nancy_bistany@ilnd.uscourts.gov
```

1   APPEARANCES:   (Continued)

2

3   For the Defendant:          GREENBERG TRIAL LAWYERS
                                BY:   MR. STEVEN GREENBERG
3                               53 West Jackson Boulevard, Suite 1260
4                               Chicago, Illinois  60604
                                (312) 879-9500
5

6                               LAW OFFICE OF JOSHUA G. HERMAN
                                BY:   MR. JOSHUA G. HERMAN
7                               53 West Jackson Boulevard, Suite 404
                                Chicago, Illinois  60604
8                               (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               I N D E X

2    WITNESS                                             PAGE

3

4    KHALEEL

5        DIRECT EXAMINATION (Resumed) BY MS. WELLS      682

6        CROSS-EXAMINATION BY MR. HERMAN                719

7        REDIRECT EXAMINATION BY MS. WELLS              758

8        REDIRECT EXAMINATION (Resumed) BY MS. WELLS    771

9        RECROSS EXAMINATION BY MR. HERMAN              777

10

11   AARON ZELIN

12       DIRECT EXAMINATION BY MS. HUGHES               779

13       CROSS-EXAMINATION BY MR. GREENBERG             834

14       REDIRECT EXAMINATION BY MS. HUGHES             863

15       RECROSS-EXAMINATION BY MR. GREENBERG           871

16

17   BILL SMITH

18       DIRECT EXAMINATION BY MS. WELLS                875

19

20

21

22

23

24

25

1       (Proceedings heard in open court:)

2               THE CLERK:  All rise.

3       (Jury in.)

4               THE COURT:  Good morning, folks.  Please be seated.

5               Before we start today, I just -- you may have noticed

6       Ms. Williams was excused.  She had some family issue come up

7       that required her attention, and I decided that we had to

8       excuse her.

9               So Ms. Devine is now in her seat, which is a little

10      closer than it was before.  So we will go with the 12 jurors

11      and 2 alternates instead of 3 alternates.

12              So your witness is on the stand.  And, Khaleel,

13      you're still under oath.

14              THE WITNESS:  Yes.

15              MS. WELLS:  Thank you, Your Honor.  May I proceed?

16              THE COURT:  Sure.

17           KHALEEL, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

18                   DIRECT EXAMINATION (Resumed)

19      BY MS. WELLS:

20      Q.  Good morning, sir.

21      A.  Good morning.

22      Q.  Welcome back after the long weekend.

23      A.  Thank you.

24      Q.  Since it's been a few days, could you please just remind us

25      what name you're using for your testimony today?

1    **A.** I'm using Khaleel.

2    **Q.** And in the course of your involvement in the investigation

3    of the defendant, were you also known as OCE 3?

4    **A.** Yes.

5    **Q.** And just at a high level, in what capacity were you

6    involved in the investigation of the defendant?

7    **A.** I was involved as OCE.

8    **Q.** And can you just remind us, what does OCE stand for?

9    **A.** It's --

10   **Q.** What's the nature of the work?

11   **A.** A covert FBI employee or undercover online activity, online

12   employee.

13   **Q.** And as an undercover online employee involved in this case,

14   how did you first come in contact with the defendant?

15   **A.** I was introduced to the defendant by OCE 2, who testified

16   earlier.

17   **Q.** And in what -- for what reason were you introduced?

18   **A.** I was tasked to give the defendant a translation from

19   Arabic into English --

20   **Q.** Of what?

21   **A.** -- some material.  Some explosive recipes and things like

22   that.

23   **Q.** In the course of your discussions with the defendant, did

24   he ever talk to you about ways that he wanted to use computer

25   skills in order to help ISIS?

 1    **A.** Yes.

 2              MS. WELLS:  And, Your Honor, if I may show the

 3    witness what is in evidence -- what is in evidence as

 4    Government Exhibit 300, and the page number ends in 0040.

 5              THE CLERK:  Just for the witness?

 6              MS. WELLS:  For everyone.  It's in evidence, please.

 7    BY MS. WELLS:

 8    **Q.** All right.  Mr. Khaleel, taking a look at this exhibit and

 9    just directing you down to the bottom of the page here, can you

10    remind us what date these communications were taking place on?

11    **A.** Wednesday, May 1st, 2019.

12    **Q.** And I'd like to refer you to the message -- or can you also

13    remind us, if you don't mind, who is -- which speaker is which

14    on this page, just beginning with "Khalil" and the image of the

15    cat at the top?  Who is that?

16    **A.** So "Khalil," that's my persona.  And then underneath

17    (Arabic words) over the (Arabic word) is the defendant.

18    **Q.** And just so the record is clear, when you're referring to

19    "the defendant," is this the user with the Arabic text username

20    that's visible?

21    **A.** Yes.

22    **Q.** And the, I guess, bluish-grayish image to the left?

23    **A.** Yes.

24    **Q.** Okay.  And I want you to please refer to the message that

25    you sent at approximately 3:18:03 a.m.  Do you see that?

1    **A.** Yes.

2    **Q.** Can you please read that to us?

3    **A.** "Also akhi I was thinking, you mentioned something about

4    your computer skills, lenox.  Are you willing to use them to

5    help the Dawlah?"

6    **Q.** Can you remind us, sir, what "the Dawlah" means?

7    **A.** Dawlah simply is the Islamic State.

8    **Q.** And is the Islamic State the same or different than ISIS?

9    **A.** It's the same.

10   **Q.** And in your question here, you say, "you mentioned

11   something about your computer system skills, lenox."

12           Had the defendant previously in Government Exhibit

13   300 mentioned anything to you about "Lenox"?

14   **A.** Yes, he mentioned he was going to use them for -- for the

15   mujahideen.

16   **Q.** And what are the mujahideen?

17   **A.** The mujahideen are the Islamic State supporters.

18   **Q.** ISIS supporters?

19   **A.** Yes.

20   **Q.** What did you mean when he asked if he was willing to use

21   them to help the Dawlah?

22   **A.** You know, he sent me these images and computer languages

23   and, you know, some -- and he mentioned that he will -- he's

24   doing something.  He will help the mujahideen probably with the

25   language -- encryption language that he -- that the mujahideen

 1   will benefit from it.

 2   **Q.** And did he respond to your question then "Are you willing

 3   to use them to help the Dawlah"?  And is that response at the

 4   bottom of this page?

 5   **A.** Yes.

 6   **Q.** And directing you specifically to the message from the

 7   defendant at 3:52:02, what did the defendant send at the bottom

 8   of this page?

 9   **A.** He forwarded me from Al-Ansar OS Development account some

10   downloads and some images, some softwares that he was going to

11   show me how he will be using it for the mujahideen.

12   **Q.** All right.  And I'm showing you the next page in Exhibit

13   300, which ends in 0041.  I'm just going to enlarge this

14   component at the top.

15           Can you describe for us what we see here?

16   **A.** Yeah, this is a video, and it says, "Building the First

17   Version Available for the Ansar to use" --

18   **Q.** Let me pause you real quick right there.

19           What does "Ansar" mean?

20   **A.** Ansar means supporters --

21   **Q.** And --

22   **A.** -- of the Islamic State, yes, of ISIS.

23   **Q.** And is this a continuation of the post that the defendant

24   had sent you on the page we just looked at?

25   **A.** Yes.

1  **Q.** In other words, is this still part of the defendant's

2  message to you?

3  **A.** That's correct, yes.

4  **Q.** And can you continue reading what he wrote here?

5  **A.** "First version will run on amd64 architecture only.

6  (64-bit processor). Includes AMD and Intel Core/Xeon/Pentium."

7  **Q.** Did you know what any of that was?

8  **A.** I didn't know.

9  **Q.** Was there an image posted right below the message that you

10 just read?

11 **A.** Yes.

12 **Q.** Just generally speaking, can you describe what's in the

13 image?

14 **A.** Something related to computer language. I don't

15 understand, yeah.

16 **Q.** And did the defendant post an additional message below that

17 image?

18 **A.** Yes.

19 **Q.** What did he write?

20 **A.** "Manual kernel configuration, the hardest part."

21 **Q.** All right. Scrolling down, is this a continuation of that

22 post?

23 **A.** Yes.

24 **Q.** Can you read -- or can you describe the next image, just at

25 a high level, that the defendant sent you?

1    **A.** Yeah, again, this is something related to computers

2    language.  That's all, yeah, I can understand.

3    **Q.** What did the defendant write below that image?

4    **A.** "Kernel will not be configured for UEFI boot due to

5    security vulnerabilities exploitable by crusader intelligence

6    agencies."

7    **Q.** I just want to break that into two pieces.

8            The first part of that statement, "Kernel will not be

9    configured for UEFI boot," did you understand what that meant?

10   **A.** No.

11   **Q.** Looking at the second part of that statement, "due to

12   security vulnerabilities exploitable by crusader intelligence

13   agencies," did you understand what the defendant was referring

14   to there?

15   **A.** I think he was referring to, you know, making -- so this

16   like a warning, this is exploitable software.  And the

17   crusaders, which is the -- they can -- the Westerner secret

18   police can get into this and monitor.

19           MR. HERMAN:  Judge, can I object to further questions

20   along this line?  This gentleman says he doesn't understand

21   what this is, and then he's asked to offer an opinion about

22   what it means.  And I move to strike the last answer.

23           MS. WELLS:  Your --

24           THE COURT:  I'm going to sustain the objection and

25   strike the answer.

1     BY MS. WELLS:

2     Q.  And finally, can you just describe the image that the

3     defendant sent at the bottom, just the appearance of the image?

4     A.  The building of the kernel.

5     Q.  And finally, referring you to the very bottom, was there

6     another message sent at 3:52 a.m.?

7     A.  Yes.  This was a link to some file or maybe website.  I'm

8     not sure.

9     Q.  And who sent this message?

10    A.  This was sent by the defendant.

11    Q.  All right.  And I want to refer you to the next page of

12    Exhibit 300 -- oh, pardon me.

13            The next page of 300 which ends in 0042, is this a

14    continuation of that same message that we were just looking at?

15    A.  Yes.

16    Q.  And can you read what the defendant posted in these top two

17    lines?

18    A.  "It is this distribution.  It is different from all other

19    linux because you choose every single package."

20    Q.  And what is posted or pasted in below that message?

21    A.  It's posted "Welcome - Gentoo" and then the link to that

22    Linux.

23    Q.  To a website?

24    A.  www.Gentoo.org.

25    Q.  What did the defendant write below that website link?

1    **A.**  "The website of Gentoo, a flexible Linux or BSD

2    distribution."

3    **Q.**  And what were his messages below that beginning at 3:54?

4    **A.**  I want to make it so you may use Telegram and use TOR

5    browser and maybe nordvpn if the brothers are the -- at the

6    bank of Al-Ansar have accounts.

7    **Q.**  Directing your attention to where the defendant referred to

8    the TOR browser, do you see that?

9    **A.**  Yes.

10   **Q.**  Are you familiar with that?

11   **A.**  Yes.

12   **Q.**  What is that?

13   **A.**  TOR browser is, like, when you want to browse the internet,

14   you will use a VPN to hide your IP address or location.

15   **Q.**  And for the TOR browser, what function does that serve?

16   **A.**  I'm sorry, what was the question?

17   **Q.**  You mentioned VPNs?

18   **A.**  Yes.

19   **Q.**  And I wanted to refer you back to where it says "TOR

20   browser."

21   **A.**  Right.

22   **Q.**  Do you know what the TOR browser is?

23   **A.**  Yes, TOR browser, like I mentioned, is a software that

24   use -- people use it to hide their IP address.

25   **Q.**  Moving a little further down, there's a reference here to

1    the brothers at the Bank Al-Ansar having accounts.  Do you see
2    that?
3    **A.**  Yes.
4    **Q.**  Are you familiar with the Bank Al-Ansar?
5    **A.**  Yes.
6    **Q.**  First of all, can you remind us what "Ansar" means?
7    **A.**  Ansar means ISIS supporters.
8    **Q.**  And what is the Bank Al-Ansar?
9    **A.**  Bank Al-Ansar is an account on several media platforms that
10   supplies or provides phone numbers and ready-made accounts for
11   the Ansar, for the supporters of ISIS to use to distribute ISIS
12   propaganda on social media in general.
13   **Q.**  So to be clear, it's not a bank where you deposit money?
14   **A.**  No.
15   **Q.**  And what kind of information or what kinds of accounts can
16   someone get if they go to the Bank Al-Ansar?
17   **A.**  They can -- they can get a Facebook account, a Twitter
18   account --
19              MR. HERMAN:  Objection.
20   BY THE WITNESS:
21   **A.**  -- a phone number to create an account.
22              MR. HERMAN:  Objection, Judge.  Foundation.
23   BY MS. WELLS:
24   **Q.**  Do you have experience in your capacity in your job seeing
25   the Bank Al-Ansar account?

1    **A.**  Yes.

2    **Q.**  And are you familiar with how it functions?

3    **A.**  Yes.

4    **Q.**  And are you familiar with the information or the accounts

5    that are available from that -- that Bank Al-Ansar Telegram

6    account?

7    **A.**  Yes, I do.

8    **Q.**  And based on that, what kinds of accounts can you get from

9    the Bank Al-Ansar if you go there?

10             MR. HERMAN:  Same objection, Judge.  Foundation.

11             THE COURT:  I think he's laid a foundation.  You

12   can --

13   BY THE WITNESS:

14   **A.**  The accounts, like I said, I can get a Twitter account, a

15   phone number, a Facebook account, and et cetera.  Everything is

16   available for the supporters there.

17   BY MS. WELLS:

18   **Q.**  Moving down a little further on this page, directing you to

19   the defendant's messages beginning at 4:05, can you please read

20   what he wrote there?

21   **A.**  "I know the basic of this but I did not know you are so

22   good at this."

23   **Q.**  I'm sorry.  And who sent the message that you just read

24   there?

25   **A.**  This was my persona's message, yes.

1    **Q.** And what did the defendant respond to you?

2    **A.** Hahaha, I am still learning how to build a new OS, but I

3    know a lot for other things.  I study computer science.

4    **Q.** All right.  Showing you another page of Government Exhibit

5    300, ending in 0043, and starting just at the very top, did you

6    respond to the defendant regarding the computer system

7    information that he sent you?

8    **A.** Yes.

9    **Q.** What did you write at 4:08:01?

10   **A.** When you insha'Allah done and it is ready to use, we can

11   send it to expert brothers, and they can use this system.

12   **Q.** What did you mean when you wrote this statement?

13   **A.** I meant that when he finishes the project that he

14   mentioned, we are going to test it, send it to the expert

15   brothers, means ISIS supporters that a brother, you know, to

16   see how they can use this system.

17   **Q.** How did the defendant respond?

18   **A.** "In sha Allah.  For now I recommend to use TailsOS for TOR

19   and any other Linux encryption for Telegram."

20   **Q.** And what was the last statement there?

21   **A.** "I think many brothers use it."

22   **Q.** Can you remind us what "in sha Allah" means?

23   **A.** "In sha Allah" means God willing.

24   **Q.** And what did you understand the defendant to mean when he

25   said, "I think many brothers use it"?

1    **A.** I think the defendant was familiar with what ISIS was

2    using for encryption on Telegram --

3              MR. HERMAN:  Objection.

4              THE COURT:  Sustained.  Sustained.  He can't say what

5    the defendant was thinking.  Strike that answer.

6              Maybe you could rephrase it.

7              MS. WELLS:  Yes.

8    BY MS. WELLS:

9    **Q.** What was your understanding of what the defendant meant

10   when he said, "I think many brothers use it"?

11   **A.** So I understand he had knowledge of the system as was being

12   used on Telegram by the brothers.

13   **Q.** All right.  Directing you a little further down on the

14   page, did the defendant send a message at approximately

15   4:09:24 a.m.?

16   **A.** Yes.

17   **Q.** What did he write?

18   **A.** "I think in sha Allah I will make a guide for trusted

19   brothers like Horizon.  You know them?"

20   **Q.** And were you, in fact, familiar with Horizons?

21   **A.** Yes.

22   **Q.** And had you seen publications or other informations put out

23   by Horizons?

24   **A.** Yes.

25   **Q.** What was your understanding of what Horizons is?

1   **A.** Horizon, just to simply understand it, is we can say it's

2   like the IT help desk for ISIS in all social media platforms.

3   **Q.** When the defendant wrote:  "I think in sha Allah I will

4   make a guide for trusted brothers like Horizons," what did you

5   understand him to mean?

6   **A.** I understood that he was going to make a guide step by step

7   how to install and make a functional disk system.

8   **Q.** Referring you down a little further on the page, did the

9   defendant send another message at approximately 4:11:35 a.m.?

10  **A.** Yes.

11  **Q.** What did he send?

12  **A.** He sent a file of this Linux system.

13  **Q.** And can you just read the title -- I'm sorry.  One moment.

14          Can you read the title of the file that he sent?

15  **A.** "HORIZONS_LIB."

16  **Q.** And was this a file that you were able to download?

17  **A.** Yes.

18  **Q.** And just referring you to the image on the cover here, did

19  you recognize -- and I'm directing you to the upper left-hand

20  corner of the black and green picture -- did you recognize that

21  image?

22  **A.** Yes, this is the Horizons symbol.

23  **Q.** And I think you mentioned that you were able to download

24  this file.  I'd like to show the witness only, please, what's

25  been marked for identification as Government Exhibit 302.

1          Do you recognize this?

2     **A.** Yes.

3     **Q.** And is this a true and accurate copy of the file that you

4     downloaded that was sent by the defendant on the page we just

5     saw?

6     **A.** Yes.

7     **Q.** And who was the publisher or the creator of this document,

8     based on your understanding of it?

9     **A.** This is from Horizon.

10          MS. WELLS:  Your Honor, I'd move to admit Government

11    Exhibit 302 and request permission to publish.

12          MR. HERMAN:  No objection.

13          THE COURT:  Okay.

14       (Said exhibit admitted in evidence.)

15    BY MS. WELLS:

16    **Q.** All right, sir.  What are we looking at?  Everyone can now

17    see the same image.

18          What are we looking at in Government Exhibit 302?

19    **A.** This is the title of the program supposedly.  It says the

20    explanation on how to install programs on Linux system.

21    **Q.** And I just want to direct you to page 2 of this file, which

22    is also Government 302.  Is there a watermark or an image on

23    the back of this page?

24    **A.** Yes.

25    **Q.** And in yellow, what is the word written in English at the

1    bottom?

2    **A.**  The bottom is "Horizon."

3    **Q.**  And this yellow image or insignia at the top, do you

4    recognize that?

5    **A.**  This is their emblem that they use in their publications,

6    Horizons symbol.

7    **Q.**  Like their logo?

8    **A.**  Yes, logo, exactly.

9    **Q.**  And showing the witness what's already in evidence as

10   Government's Exhibit 603-5, sir, directing you down to the

11   bottom left-hand corner, do you recognize that image?

12   **A.**  This is, again, the same logo of Horizon.

13   **Q.**  And what is written in English at the bottom of the logo?

14   **A.**  "Horizons."

15   **Q.**  Can you please just read the title of this document?

16   **A.**  "Horizons Notifications."

17   **Q.**  And what's written below this?

18   **A.**  Should I read the whole thing?

19   **Q.**  Pardon me?

20   **A.**  Should I read the whole paragraph?

21   **Q.**  Yes, please.

22   **A.**  Okay.  "Many supporters overlook the dangers of physical

23   access to the device used in media work, if you get arrested

24   and you weren't ready to face this threat.  You will be the

25   reason of arresting many brothers whom you were in contact with

1    them.  So taking a security measures and understanding the

2    threats you are facing is not just a personal matter, the loss

3    of security is a loss for everyone including your brothers,

4    friends and family.  If any of you get arrested it means the

5    others will be arrested too, so take care of your security to

6    keep your brothers safe."

7    **Q.** All right.  I want to move to another page in Government

8    Exhibit 300.  This is the page ending 0044.

9              Did the defendant post a message after he sent you

10   the Horizons document that we looked at a moment ago?

11   **A.** Yes.

12   **Q.** And directing you to the message at 4:11:38, can you read

13   what the defendant wrote, please?

14   **A.** Well, the defendant wrote:  "This is good akhi.

15   SubhanAllah I didn't know they made a guide."

16   **Q.** What did you understand the defendant to mean when he wrote

17   that?

18   **A.** That he didn't know that Horizon had made a guide of

19   similar -- similar software.

20   **Q.** And when he wrote "This is good akhi," what, if anything,

21   did you understand him to be referring to?

22   **A.** That he meant that the software he sent me, the file is a

23   good way to communicate --

24             MR. HERMAN:  Objection again, Judge.

25   BY THE WITNESS:

1    **A.** -- the security online.

2              THE COURT:  It's what he -- what he thought he meant,

3    not what the defendant thought.  This witness -- no witness can

4    testify what somebody else has in their head.  It's just what

5    he thought from his perspective.  Go ahead.

6    BY MS. WELLS:

7    **Q.** Sir, moving down on the page a little further, what message

8    did you send to the defendant at 4:12:42?

9    **A.** "The dawlah plan is to continue with the amaliat."

10   **Q.** Can you remind us what "Dawlah" is?

11   **A.** Dawlah is ISIS.

12   **Q.** And what does the word "amaliat" mean?

13   **A.** It means operations.

14   **Q.** And so with those terms defined, what did you mean when you

15   said "the dawlah plan is to continue with the amaliat"?

16   **A.** That ISIS is planning to do some operations.

17   **Q.** When you say "operation," what do you mean?

18   **A.** Operations means like bombings, like killing, like

19   everything that ISIS is doing.

20   **Q.** And did you add anything to that comment at 4:13:03 a.m.?

21   **A.** Yes.

22   **Q.** What did you write?

23   **A.** "Everywhere especially in the kuffar nation."

24   **Q.** What did you mean when you wrote "kuffar nation"?

25   **A.** Kuffar nations means in the disbelievers' countries.

1    **Q.** Did the defendant ask a question in response?

2    **A.** Yes.

3    **Q.** What did he ask?

4    **A.** "What is amaliat?"

5    **Q.** How did you respond?

6    **A.** "Like operation like the one in serlanka and mali."

7    **Q.** What were you referring to when you mentioned "serlanka and

8    mali"?

9    **A.** "Serlanka" I was referring to the Sunday massacre in 2019

10   where three churches were bombed by ISIS, and 267 people were

11   killed in that Easter morning.

12   **Q.** How did the defendant respond to your comment about

13   operations "like the ones in serlanka and mali"?

14   **A.** "I love it."

15   **Q.** What message did you then send the defendant?

16   **A.** We need to tell the world we are in every corner of the

17   earth, akhi.

18   **Q.** And what did the defendant say in response?

19   **A.** He wrote:  "They should coordinate media release with dawla

20   like the Sri Lankan brothers did."

21   **Q.** What did you understand the defendant to mean when he said

22   "they should coordinate media release with dawla like the Sri

23   Lankan brothers"?

24   **A.** I understood that this Sri Lankan terrorist act, it was all

25   in the news, and there was a film by ISIS, and they claimed the

 1   responsibility clearly why they did it and who did the

 2   operation.

 3   Q.  And did the defendant continue -- let me move to the next

 4   page.

 5          On the next page of Exhibit 300, which ends in 0045,

 6   was there a continuation of the defendant's message that you

 7   were just reading at the top here?

 8   A.  Yes.

 9   Q.  What did he write at 4:14:44?

10   A.  "It makes the kuffar take it seriously.  Otherwise they

11   blame it on other things."

12   Q.  What did you understand the defendant to mean in those

13   statements?

14   A.  I understood that -- that the Kuffar will take it

15   seriously, that ISIS is there and -- or otherwise it will be

16   blamed on probably mass shooting or something other than ISIS

17   is doing this.

18   Q.  And did the defendant continue discussing this topic at

19   4:15:40?

20   A.  Yes.

21   Q.  Can you read what he wrote in that message?

22   A.  "They said Omar Mateen rahihamullah was a homosexual.

23   AstaghfirAllah these are lies wallahi.  In the phone call he

24   said 'Stop bombing Muslims in Iraq and Syria.'"

25   Q.  Are you familiar with the name "Omar Mateen"?

1    **A.**  Yes.

2    **Q.**  And did you understand who the defendant was referring to

3    when he sent you this message?

4    **A.**  Yes.

5    **Q.**  Who do you understand Omar Mateen to be?

6           MR. HERMAN:  Judge, I'm going to object on 403

7    grounds.

8           MS. WELLS:  Your Honor, it's in the communications

9    from the defendant, and this goes to the defendant's knowledge,

10   intent.

11          MR. HERMAN:  It does not.  The document speaks for

12   itself.  And any interpretation or further explanation of

13   Mr. Mateen and conduct of Mr. Mateen that was completely

14   independent of Mr. Osadzinski is prejudicial.

15          THE COURT:  I think he can say who he is but not

16   elaborate.

17   BY MS. WELLS:

18   **Q.**  At a very high level, sir, who do you understand Omar

19   Mateen to be?

20   **A.**  Omar Mateen was the Orlando shooter who killed 49 people.

21   **Q.**  All right.  I want to turn your attention to the next page,

22   which is Government 300 ending in 0046.

23          Did you continue to have discussions with the

24   defendant about his translation project?

25   **A.**  Yes.

1    **Q.** And directing you to your first message at the top of the

2    page here, can you please read that?

3    **A.** "Akhi of course you know the brother rite?"

4    **Q.** What were you referring to when you asked this question?

5    Which brother?

6    **A.** I think this is when he told me he was going to use -- to

7    need help from other -- the other brother for translation.  So

8    I was asking him if he knew the brother.

9    **Q.** Why were you asking that question?

10   **A.** For security reasons.

11   **Q.** What do you mean --

12   **A.** I mean --

13   **Q.** -- for security reasons?

14   **A.** Yeah, because, you know, my persona was careful not to have

15   any track from other security -- from other, you know, agents

16   or any other people.

17   **Q.** How did the defendant respond?

18   **A.** "Yes, for two years."

19   **Q.** And what did you say?

20   **A.** "So we are safe insha'Allah."

21   **Q.** What did you mean when you wrote that?

22   **A.** I meant that if he knew him for two years, then we are

23   good, no problem.

24   **Q.** And what did the defendant say in response to you?

25   **A.** He said, "if he was mukhabarat, I would be in prison."

1    **Q.**  What does "mukhabarat" mean?

2    **A.**  Mukhabarat means intelligence agents or secret police.

3    **Q.**  All right.  I want to move on to Government Exhibit 300,

4    page ending 0050.

5              Just directing your attention down to the second half

6    of the page here, were there times that the defendant discussed

7    with you other things that he could do to assist the brothers?

8    **A.**  Yes.

9    **Q.**  And can you please read the defendant's message at 4:42:45

10   at the top here?

11   **A.**  "Alhamdulillah also akhi I am good at Russian.  If you know

12   any Russian brothers you can send my username in sha Allah."

13   **Q.**  When the defendant wrote "if you know any Russian brothers,

14   you can send my username," what did you understand him to mean?

15   **A.**  I understood he was willing to talk to other Russian ISIS

16   supporters.

17   **Q.**  All right.  Moving to Government Exhibit 300, page ending

18   in 0052, and once again, just going to the bottom half of the

19   page here, at any point did you ask the defendant questions

20   about other things that he had done for the brothers or for

21   ISIS?

22   **A.**  Yes.

23   **Q.**  What did you ask at 4:55:59?

24   **A.**  I asked him if he did voice on video for some publications.

25   **Q.**  And what word did you write next?

1    **A.** He said, "alhamdulillah, yes.  Did you watch?"

2    **Q.** Sorry.  Let me back you up one.

3           You read your message at 4:56:19.  Can you read what

4    you wrote right after the word "Publication"?

5    **A.** "Isdarat."

6    **Q.** And what does that mean?

7    **A.** It literally means same thing, publications, but this is an

8    Arabic word.

9    **Q.** How did the defendant respond?

10   **A.** "Alhamdulillah, yes.  Did you watch?"

11   **Q.** And what did you say?

12   **A.** "No can you send it to me if you have it."

13   **Q.** And turning your attention to Government 300, page ending

14   0053, what, if anything, did the defendant send you?

15   **A.** So he sent me this video entitled "The Fighting Has Just

16   Begun."

17   **Q.** When he sent this video, was it a file that you were able

18   to download?

19   **A.** It was -- it was a movie.  I was able to download it, yes.

20   **Q.** And did you -- did you save the movie?

21   **A.** Yes.

22   **Q.** And have you watched it?

23   **A.** I did.

24   **Q.** At a very high level, what is this video about?  What are

25   the contents?

1    **A.**  This is, in short, was -- was after the American troops

2    were pulled from Syria 2000 --

3              MR. HERMAN:  Judge, I'm going to object.  The jury

4    has already been shown portions of this video.  We don't need

5    an editorial comment -- interpretation of it.

6              THE COURT:  I agree.

7              MS. WELLS:  All right.  Your Honor, I'd like to show

8    the witness what's been marked for identification only -- or

9    let me ask you a different question.

10   BY MS. WELLS:

11   **Q.**  Sir, have you reviewed clips that were taken from the video

12   "The Fighting Has Just Begun"?

13   **A.**  Yes.

14   **Q.**  Are you familiar with the contents of those clips?

15   **A.**  Yes.

16   **Q.**  And are you familiar with the contents of the entire video

17   itself as well?

18   **A.**  Yes.

19   **Q.**  All right.  And referring you to what's been marked for

20   identification as Government Exhibit 603 -- excuse me --

21   203-23.

22             MS. WELLS:  One second, please.

23        (Counsel conferring.)

24             MS. WELLS:  And just for the witness, Your Honor, I'm

25   going to show the cover image from this clip, which is not yet

1    in evidence.

2                THE COURT:  And what exhibit number is that?

3                MS. WELLS:  Just to present the beginning of the clip

4    to the witness so he can authenticate it.  I'm not going to

5    play it.  I just want to pull up the file.

6                Pardon me, Your Honor.  I'm going to move on.

7    BY MS. WELLS:

8    **Q.**  Sir, turning back to the video "The Fighting Has Just

9    Begun" that we looked at a moment ago, were --

10               MS. WELLS:  And, Your Honor, if I may, there are

11   portions of this that the jury has not seen, which is all I

12   plan to address with the witness.

13               MR. HERMAN:  Objection, Judge.

14               THE COURT:  What objection?  She's showing the

15   witness a document that's been identified but not admitted.

16               MR. HERMAN:  There was --

17               MS. WELLS:  I'm sorry, Your Honor, just could we

18   perhaps do a sidebar or -- I just want to clarify the scope

19   here.

20               There's an item that's in evidence which has not been

21   shown in its entirety to the jury.  I'm not planning to revisit

22   anything that they've seen but instead to do other portions

23   that have not yet been shown.

24               THE COURT:  But the exhibit itself, it's part of "The

25   Fighting Has Just Begun"?

1          MS. WELLS:  That's correct.  And the exhibits are all
2     in evidence but have not all been published.
3          THE COURT:  What is the objection, then, if it's been
4     admitted already?
5          MR. HERMAN:  I understand, Judge.  There was
6     additional commentary.
7          THE COURT:  Well, let's see what -- there's really no
8     question pending at the moment.
9          MS. WELLS:  Your Honor, I'd like to show the witness
10    what is in evidence as Government Exhibit 203-7.
11    BY MS. WELLS:
12    **Q.** And, sir, when you have that, let me know if you recognize
13    it.  And I think this is for the whole court.  It is in
14    evidence.
15          Sir, do you recognize this screenshot?
16    **A.** Yes.
17    **Q.** And what is it from?
18    **A.** This is from the movie, The Fight Has Just Begun.
19    **Q.** And just for context, in that movie at the end is there
20    music that plays or song that plays throughout the video?
21    **A.** Yes, there is a nashid playing.
22    **Q.** What is a nashid?
23    **A.** Nashid is a jihadi song.  We translate it that way.
24    **Q.** And are the screenshot -- or have you reviewed screenshots
25    or still images from that portion of the video that are in

1    evidence as Government Exhibit 203 in this series?

2    **A.**  Yes.

3    **Q.**  Is this one of those screenshots?

4    **A.**  Yes.

5    **Q.**  Can you read for us what the wording on this screenshot

6    says?

7    **A.**  "The states of the crusaders' coalition must know that the

8    fire they throw at the Islamic State will return to their

9    country."

10   **Q.**  All right.  And showing you what's in evidence as 203-8 --

11              MR. HERMAN:  Judge, I'm going to object to this whole

12   line of questioning for a video that's already been introduced

13   into evidence.  It's already been shown to the jury.

14              MS. WELLS:  Your Honor, these images have not been

15   shown to the jury.

16              MR. HERMAN:  The video is already in evidence, and

17   using this witness to put these through I think is improper and

18   is 403.

19              MS. WELLS:  This was a video that was sent to this

20   witness by the defendant.  These are not images that have

21   previously been shown to the jury.  They were shown separate

22   clips.

23              THE COURT:  The objection is overruled.  Go ahead.

24   BY MS. WELLS:

25   **Q.**  Sir, referring you to 203-8, is this another screenshot?

1    **A.** Yes.

2    **Q.** What's written in English at the bottom of this?

3    **A.** "Terrorizing the World."

4    **Q.** And you mentioned that there was a nashid a few moments

5    ago.  Is there any connection between the nashid that played in

6    the video and the words that are listed here?

7    **A.** Actually, these were the words of the nashid.  The lyrics

8    we call them.

9    **Q.** The lyrics of the song?

10   **A.** Yes.

11   **Q.** All right.  Showing you 203-9, what's written in English at

12   the bottom of this still shot?

13   **A.** "Go and answer the call."

14   **Q.** And once again, is there a connection between those words

15   and the song?

16   **A.** Yes, these are sung in English.

17   **Q.** As part of the song lyrics?

18   **A.** As part of the song, yes.

19   **Q.** And for the record, can you describe what is visible in

20   this image?

21   **A.** This is a man holding a machine gun, firing.

22   **Q.** All right.  Showing you Government Exhibit 203-10, can you

23   read the English language words on this slide or on this

24   screenshot?  Excuse me.

25   **A.** "Don't spare none."

1    **Q.**  And on to 203-11?

2    **A.**  "Kill them all."

3    **Q.**  And once again, what is the connection of these words to

4    the song playing in the video, if any?

5    **A.**  This is the lyrics of the song.

6    **Q.**  Showing you 203-12, can you read the English language words

7    on the bottom?

8    **A.**  "It is now time to rise."

9    **Q.**  203-14, can you read the words there?

10          MR. HERMAN:  Judge, I'll renew my objection and just

11   have it be standing for the record if the ruling will be same.

12          THE COURT:  Okay.  You're objection is noted.  Thank

13   you.

14   BY THE WITNESS:

15   **A.**  "Slit their throats."

16   BY MS. WELLS:

17   **Q.**  And 203-15?

18   **A.**  "Watch them die."

19   **Q.**  I just want to bring up in the upper right-hand corner

20   here, do you recognize -- I'm sorry.  That's a little bit

21   blurry.  Let me see if I can zoom out a bit.

22          Do you recognize the English language name listed in

23   this upper right-hand corner?

24   **A.**  Al-Hayat.

25   **Q.**  And are you familiar with al-Hayat?

1  **A.** Al-Hayat is an ISIS publication institute.

2  **Q.** Showing you 203-16, can you read the English language words

3  here?

4  **A.** "Through our blood comes success."

5  **Q.** Are these also continuations of the song lyrics?

6  **A.** Yes.

7  **Q.** And 203-17?

8  **A.** "And we will give it our best."

9  **Q.** And showing you 203-18?

10  **A.** "To destroy the Kuffar."

11  **Q.** And then finally -- or excuse me, 203-22 [sic]?

12  **A.** "So my brothers erupt."

13  **Q.** And then finally, 203-22?

14  **A.** Let them -- "Let the world know we are up."

15  **Q.** At the outset of "The Fighting Has Just Begun," is there

16  information showing who the organizations or entities that

17  created the video are?

18  **A.** Yes.

19          MS. WELLS:  And, Your Honor, if we could have the

20  screen just for the witness, please.

21  BY MS. WELLS:

22  **Q.** And revisiting our conversation earlier, do you recognize

23  this video as one that you've reviewed and is a clip from the

24  beginning of "The Fighting Has Just Begun"?

25  **A.** Yes.

 1              MS. WELLS:  And, Your Honor, for the record, the clip

 2     overlaps with one that we have played, but the beginning 12

 3     seconds of this new exhibit have not been shown and only depict

 4     the entities involved that we've just seen.

 5              THE COURT:  It's part of the admitted exhibit?

 6              MS. WELLS:  It's part of a new exhibit just to add

 7     those additional introduction titles.

 8              THE COURT:  I see.

 9     BY MS. WELLS:

10     **Q.**  And I'd like to -- is this a true and accurate copy of this

11     portion of "The Fighting Has Just Begun"?

12     **A.**  Yes.

13              MS. WELLS:  And, Your Honor, I'd move to admit this

14     and request permission to publish.

15              THE COURT:  What's the exhibit number?

16              MS. WELLS:  203-23.  This was newly marked, Your

17     Honor.

18              MR. HERMAN:  Judge, we're maintaining our objection

19     to the -- this video being introduced to this witness.

20              THE COURT:  Was this something that was sent to him

21     by the defendant?

22              MS. WELLS:  Yes, Your Honor, this is the same video

23     that was sent to the defendant.

24              THE COURT:  The same one we saw before?

25              MS. WELLS:  Yes.

1            THE COURT:  All right.

2            MS. WELLS:  Yes, Your Honor.

3            THE COURT:  It will be overruled.

4            MS. WELLS:  All right.  And if I could please have it

5    for the courtroom.

6    BY MS. WELLS:

7    Q.  All right.  Playing what's in evidence as Government

8    203-23.

9            (Said video played in open court.)

10   BY MS. WELLS:

11   Q.  And can you just read the English language letter and

12   wording that appears at the top here?

13   A.  This is the AB Media -- or AF.  I'm sorry.  AF Media.

14           (Said video played in open court.)

15   BY MS. WELLS:

16   Q.  Just pausing there.  Are you able to read the second

17   organization that's listed in the title credits?

18   A.  Yes.  Al-Battar.

19           (Said video played in open court.)

20   BY MS. WELLS:

21   Q.  And pausing one more time, what organization is now listed

22   in the title credits?

23   A.  This is Al-Saqri.

24           (Said video played in open court.)

25   BY MS. WELLS:

1    **Q**. All right, sir.  I want to return back to your

2    conversations with the defendant and particularly referring you

3    to page -- Exhibit 300, ending in 53.

4             Can you just remind us, is this the video that we

5    were just discussing that's featured at the top of this page?

6    **A**. Yeah, yeah, this is the video, and it was sent to my

7    persona in three different qualities, the three videos that you

8    can see here.

9    **Q**. And after the defendant sent you those three different

10   quality links to the video, did he make any comment about the

11   video at 4:58:27?

12   **A**. Yes.

13   **Q**. What did he write?

14   **A**. He wrote "The end is great."

15   **Q**. And have you watched the end of the video?

16   **A**. Yes.

17   **Q**. What happens -- just at a very high level, what happens at

18   the end of the video?

19   **A**. The end was really beheadings and not a very pleasant

20   scene.  There's at least --

21             THE COURT:  I think that's enough.

22   BY MS. WELLS:

23   **Q**. All right.  Moving to page -- Government Exhibit 300 and

24   this is the page ending in 56, in your -- in the course of your

25   conversations with the defendant, did he ever send you the

1    translated document that the two of you had discussed?

2    **A.** He never send me translation.

3    **Q.** And -- oh, pardon me.

4             Just to orient us, what is the date that appears at

5    this portion of your conversations?

6    **A.** Thursday, May 2nd, 2019.

7    **Q.** And in taking a look at this page, does your username still

8    appear here?

9    **A.** Yes.

10   **Q.** And directing you here to -- do you see the word "Deleted"?

11   **A.** Yes.

12   **Q.** What -- what, if anything, did that indicate to you or what

13   does that indicate to you?  What does the word "deleted" mean

14   in this context?

15   **A.** The defendant's account -- Telegram account at this point

16   was deleted.

17   **Q.** When the -- how did you know that the defendant's Telegram

18   account was deleted?

19   **A.** Because when you look at this deleted account, it says not

20   seen for a very long time, and the defendant wasn't active on

21   his account.

22   **Q.** Were you able to still see the messages that the defendant

23   had sent you even though his account had been deleted?

24   **A.** Yes.

25   **Q.** And how did you capture them if his account was deleted?

1  How did you save these messages?

2  **A.** It was still there, so I was able to make screenshots of

3  them.

4  **Q.** Referring you down to the bottom messages or message,

5  excuse me, sent on May 2nd, was this entry at 12:42:52 -- who

6  sent this message?

7  **A.** This is from the defendant.

8  **Q.** What did the defendant write at that time?

9  **A.** "Akhi the brother has a security problem..the mukhabarat

10  were following him today."

11  **Q.** And remind us what "the mukhabarat" means, what that word

12  means?

13  **A.** It means secret police or intelligence agents.

14  **Q.** And who did you understand the defendant to refer to when

15  he said "the brother has a security problem"?

16  **A.** I understood the brother who was going to help him do the

17  translation.

18  **Q.** And what did you understand the defendant to mean when he

19  said "the mukhabarat were following him today"?

20  **A.** I -- my understanding was he may have been arrested or

21  something.

22  **Q.** All right. Showing you the next page, Government 300,

23  ending in 57, did the defendant's message continue at the top

24  here?

25  **A.** Yes.

1    **Q.** And what did he write?

2    **A.** He wrote:  "So he said he won't send it."

3    **Q.** What did you understand the defendant to mean there?

4    **A.** I believe he meant the translation.

5    **Q.** And referring you a little further down to the defendant's

6    messages later at 4:22:10, do you see those messages?

7    **A.** Yes.

8    **Q.** What did the defendant write?

9    **A.** "He's fine in sha Allah."

10   **Q.** And what's next?

11   **A.** "But they're following him.  It happened to me too Akhi."

12   **Q.** What did you understand the defendant to be referring to in

13   those three messages?

14   **A.** I think the pursue that he mentioned by the Mukhabarat, it

15   will be okay, and that happened to him, too.

16   **Q.** What happened to him, too?

17   **A.** Been pursued by -- by the Mukhabarat.

18   **Q.** And referring you down to the very bottom of the page here,

19   what were the defendant's last two messages here at 4:22:35 and

20   4:22:39?

21   **A.** He said, "They will be fine in sha Allah.  It has happened

22   before."

23   **Q.** And what did you understand the defendant to mean?

24   **A.** I understood he -- he was, like, taking it lightly, and

25   that occurred before.  It happened.  He has seen it.

1   **Q.** After this conversation, did you speak with the defendant

2   again?

3   **A.** No.

4   **Q.** And at some point after this message at 4:22:39, was that

5   when the defendant's account was deleted?

6   **A.** Yes.

7              MS. WELLS:  I have nothing further, Your Honor.

8              THE COURT:  Before you begin, Mr. Herman, I just want

9   to remind everybody, we're going to break at 11:30 today

10  because the jury will have to be tested again.  So just keep

11  that in mind, please.

12             And if anybody has water with them, please stop

13  drinking now so that you can -- or stop drinking by 10:30 so

14  that you can take the test properly.  Sorry.  Sorry about that.

15             MR. HERMAN:  Judge, may I?  Thank you.

16                      CROSS-EXAMINATION

17  BY MR. HERMAN:

18  **Q.** Sir, you're familiar with something called "Google

19  Translate," correct?

20  **A.** Yes.

21  **Q.** Okay.  Google Translate is something that's free on the

22  internet, right?

23  **A.** Right.

24  **Q.** And you could put in something in any language on one

25  section of Google Translate, and it spits out the translation

1    in your other language, correct?

2    **A.** That's right.

3    **Q.** Have you used Google Translate before?

4    **A.** I did.

5    **Q.** You gave -- do you use it for work?

6    **A.** I'm sorry?  What do you --

7    **Q.** Do you use it for work?

8    **A.** I don't use Google Translation.  It helps me to modify

9    something here and there but not for work.

10   **Q.** So you're aware that you can put in Arabic into Google

11   Translate and translate it into English, correct?

12   **A.** That's correct.

13           THE COURT:  Can you just wait one second, because we

14   want to get the feed for the witness?

15      (Brief pause.)

16           THE COURT:  Okay.

17           MR. HERMAN:  Thank you.

18   BY MR. HERMAN:

19   **Q.** We were talking about Google Translate, and you can -- you

20   know that you can put in Arabic text, correct?

21   **A.** Any language, yes.

22   **Q.** Any language and translate it into English, correct?

23   **A.** Correct.

24   **Q.** And you could even take screenshots or enter PDFs and then

25   have them translated; you don't even have to retype the

1    language, correct?

2    **A.**  My belief is Google Translation doesn't work with images

3    that you put in screenshots, no.

4    **Q.**  But there are multiple translation services online for

5    free, correct?

6    **A.**  There is apps, yes.

7    **Q.**  And there's something called "a dictionary,"

8    Arabic-to-English dictionary, right?

9    **A.**  Right.

10   **Q.**  And you use that sometimes for your work to look up words,

11   right?

12   **A.**  Yes.

13   **Q.**  Your task -- and you used the word "task," right?  That's a

14   special term as an FBI employee, correct?  You're tasked with

15   something?

16   **A.**  Yes.

17   **Q.**  Okay.  You were tasked with giving Tom instructions to

18   translate, correct?

19   **A.**  That's part of what I do, yes.

20   **Q.**  Okay.  Well, you reached out to him on April 11th, 2019,

21   right?  That's the first time you guys communicated?

22   **A.**  I didn't, in fact, reach out to him.  He reached out to me.

23   **Q.**  You communicated first on April 11th, 2019, right?

24   **A.**  Yes, but I didn't reach out to him.

25   **Q.**  Okay.  And you understood that another OCE told Tommy in a

 1   separate chat to communicate to you, correct?

 2   **A.**  The defendant was introduced to me by OCE 2.

 3   **Q.**  Okay.  And you remember -- did you look at OCE 2's chats?

 4   Did you see how he introduced you to Tommy?

 5   **A.**  Yes, it was brief introducing a brother to another, to me.

 6   **Q.**  And he -- and OCE 2, in fact, called you independent to

 7   Tommy, right?

 8                MS. WELLS:  Objection, foundation.

 9                MR. HERMAN:  He just said he saw the chats.

10                THE COURT:  All right.  Overruled.

11   BY THE WITNESS:

12   **A.**  I saw the chat that preceded the introduction only, that

13   this brother will be contacting you.

14   BY MR. HERMAN:

15   **Q.**  I'm showing you what's been marked as -- I believe this is

16   part of Government Exhibit 200 that's already in evidence,

17   Bates number 16.

18                OCE 2 told Tommy, "These brothers trusted but

19   independent."  Isn't that what it says there?

20   **A.**  Okay.

21   **Q.**  Right?

22   **A.**  Yes.

23   **Q.**  OCE 2 called you independent to Tommy, correct?

24   **A.**  I am not sure -- yeah, okay.

25   **Q.**  And that's this @Khalil229.  That's you, right?

1    **A.** Right.

2    **Q.** Okay. OCE 2 in this message didn't say, I'm going to have

3    you contact somebody in ISIS, right?

4    **A.** He didn't but --

5            THE COURT: There's no question pending.

6    BY THE WITNESS:

7    **A.** One thing I'm still --

8            THE COURT: There's no question pending. Go ahead.

9            MR. HERMAN: Thank you.

10   BY MR. HERMAN:

11   **Q.** You were asked a number of questions at the end to look at

12   screenshots of a video and to basically read to the jury these

13   things that the video said, right?

14   **A.** Right.

15   **Q.** And you went over still after still, correct? Right?

16   **A.** Yes, yes.

17   **Q.** You don't know a single act of violence that Tommy has

18   done, correct?

19   **A.** I don't know.

20   **Q.** And after all of this talk of violence, the one thing that

21   you initially asked him to do, translate bomb-making

22   instructions, he never did, right?

23   **A.** I am -- I'm not sure. I am -- I don't know beyond my

24   conversation with him that it was just displayed to you.

25   **Q.** I'm not asking you to speculate about other things.

1          I'm asking you, in fact, just to say the exact same

2    thing you said when Ms. Wells was asking you questions.  He

3    never translated the bomb-making instructions, right?

4    **A.**  I agree.

5    **Q.**  And you gave him those bomb-making instructions on April

6    12th, 2019, correct?

7    **A.**  Correct.

8    **Q.**  Did you write them?

9    **A.**  I didn't.

10   **Q.**  Did you get them from another FBI employee?

11   **A.**  Yes.

12   **Q.**  And you have -- you have a handler, right, in the FBI?

13   **A.**  I'm sorry, I have a --

14   **Q.**  You have a supervisor?

15   **A.**  Of course, yes.

16   **Q.**  And you have -- that supervisor tells you what to do,

17   right?

18   **A.**  Right.

19   **Q.**  And that supervisor gave you these instructions and told

20   you to send them to Tommy, correct?

21   **A.**  That's correct.

22   **Q.**  Okay.  And the supervisor told you specifically to say that

23   these instructions were for ISIS, right?

24   **A.**  You know, I don't -- I don't agree with you that supervisor

25   doesn't interfere in what we do.  We are trained enough to --

1    they don't specifically go, like, send this to this, send -- we

2    do too many things that the supervisors don't know.  We know

3    better than the supervisors in these matters.

4    **Q.**  So did you decide on your own to say that these bomb-making

5    instructions were for ISIS?

6    **A.**  No.  I meant the specific things that supervisor doesn't

7    interfere in these.

8    **Q.**  I'm not asking if the supervisor interfered.

9              I'm asking for you to confirm that your tasking was

10   to send bomb-making instructions to Tom and to specifically say

11   that they were for ISIS?

12   **A.**  That's right.

13   **Q.**  You were asking Tom to do something for ISIS?

14   **A.**  He came to me, and I started a conversation with him.  It

15   was all agreed upon what he was able to do.

16   **Q.**  Didn't you say when you were answering the questions on

17   direct examination that were put to you, in reading the

18   questions or reading the chats, that the bomb-making

19   instructions, page 4 -- Claire, thanks -- this is Government

20   Exhibit No. 30 -- 300, excuse me, page 4.

21             "But it is a" -- I'm looking at 1:47:03.  Could you

22   please read that to the jury?

23   **A.**  Yes.  "But it is a file on how make the thing to make the b

24   thing and insha'Allah this will be used for making the thing.

25   The brothers in the firqah all have bi'ah for the khilafah and

1    they will make this thing to take the revenge for what happened

2    in sham insha'Allah."

3    **Q.**  Thank you.  The "b thing" is the bomb; you testified on

4    direct examination that that was your code for a bomb, the "b

5    thing"?

6    **A.**  Yes.

7    **Q.**  And the brothers in the firqah all have bi'ah to the

8    khilafah.  That basically means, as you testified on direct

9    examination, ISIS, correct?

10   **A.**  That's correct.

11   **Q.**  So you were saying in this message that's on April -- I

12   believe this is April 11th or April 12th; this is right in the

13   beginning -- so on April 12th, the second day of communicating

14   with him, this bomb-making instructions are for ISIS, correct?

15   **A.**  Yes.

16   **Q.**  You were asking him to make a -- to translate bomb-making

17   instructions for ISIS specifically, correct?

18   **A.**  Yes.

19   **Q.**  Okay.  And these instructions which was introduced as

20   Government Exhibit No. 302, there are two pages, correct?

21   **A.**  Yes.

22   **Q.**  That's all it is, just two pages, right?

23   **A.**  It was part 1 of 3, yeah.

24   **Q.**  You didn't tell him it was part 1 until later on in the

25   conversation?

 1    **A.**  That's right.

 2    **Q.**  And these two pages altogether, we're talking about, what,

 3    30 or so lines of text?

 4    **A.**  Approximately, yes.

 5    **Q.**  Okay.  And this Arabic is -- the Arabic that's in there,

 6    there's nothing specialized about it?  It's normal Arabic,

 7    right?

 8    **A.**  I would say there is some high-level terms that -- you

 9    know, scientific things.

10    **Q.**  Scientific terms, but there's nothing -- it's not like

11    classical Arabic or something that you might see in an old

12    Quran; it's something that you'd see every day, right?

13    **A.**  Yes.

14    **Q.**  Okay.  Something that you could just plug into a computer

15    and have translated, right?

16    **A.**  Yeah, I can't -- I can't say a Google translation will

17    produce a valuable material --

18    **Q.**  But --

19    **A.**  -- especially when making, you know, sensitive things like

20    explosives.

21    **Q.**  Okay.

22    **A.**  Nobody will -- will depend on Google for that.

23    **Q.**  Somebody could use a dictionary and translate it, correct?

24    **A.**  Of course.

25    **Q.**  Nothing would stop somebody from doing that, right?

Khaleel - cross by Herman                728

1    **A.**  That's right.

2    **Q.**  Unless they didn't want to do it, correct?

3    **A.**  Yeah.

4            MS. WELLS:  Objection, Your Honor.

5            THE COURT REPORTER:  I'm sorry?

6            THE COURT:  Overruled.  It's cross-examination.  Go

7    ahead.

8    BY MR. HERMAN:

9    **Q.**  So you first contacted him on April 12th, right?  I'm

10   sorry.  April 11th, correct?

11           The first contact between you and Mr. Osadzinski,

12   Tom, was on April 11th, right?

13   **A.**  Yeah.  I would like to correct you.  I'm sorry.  Like I

14   said, he contacted me.  He came to me.  You can see --

15   **Q.**  My question was, the first contact between you --

16   **A.**  Yes.

17   **Q.**  -- two was on April 11th, correct?

18   **A.**  That's correct.

19   **Q.**  You sent him the bomb-making instructions on April 12th,

20   right?

21   **A.**  Yes.

22   **Q.**  And then the last communication you had was on May 4th,

23   right?

24   **A.**  Yes.

25   **Q.**  That's 22 days between you sending him the document -- the

1   two-page document and the stop of the communications, right?

2            April 12th to May 4th, would you take my word for it,

3   22 days?

4   **A.** Right.

5   **Q.** Okay.  And he never translated it at all during that time

6   period, correct?

7   **A.** Correct.

8   **Q.** Okay.  And let me just bring you back to it.  You stopped

9   communicating with him on April -- on May 4th.  You never tried

10  to reach out to him again, right?

11  **A.** I didn't.

12  **Q.** Okay.  He just sent you this video that you walked through

13  the jury about all of this violence, kill them all, slit their

14  throats on May 1st, right?

15  **A.** Okay.  Yeah.

16  **Q.** And you don't even -- and the communications just stop on

17  May 4th?

18  **A.** It stopped because the account was deleted.

19  **Q.** You didn't try to -- you didn't try to find him again; you

20  didn't try to reach out to him again?

21  **A.** I didn't, no.

22  **Q.** Okay.  Wasn't the account deleted before May 4th?

23  **A.** Yes.

24  **Q.** Okay.  You wanted to see if he were to do something big

25  like a bomb for ISIS, right?

1    **A.**  Yes.

2    **Q.**  And you knew that if he were to make something like a

3    translation for a bomb for ISIS, he could be arrested, right?

4            MS. WELLS:  Objection, calls for a legal conclusion.

5            THE COURT:  Sustained.

6    BY MR. HERMAN:

7    **Q.**  Do you not have conversations with -- in the FBI and your

8    fellow FBI employees about establishing probable cause to make

9    an arrest?

10            MS. WELLS:  Same objection, Your Honor.  Also

11   relevance.

12            THE COURT:  Overruled.

13   BY MR. HERMAN:

14   **Q.**  Do you have those conversations, sir?

15   **A.**  Again, I didn't follow.  It was --

16   **Q.**  Do you have conversations with your FBI supervisor or

17   anyone else in the FBI about establishing probable cause to

18   make an arrest?

19   **A.**  Not really.  We -- what we do is we are legally trained not

20   to do insightments and things like that.

21   **Q.**  I'm not asking you about insightments.

22   **A.**  Yes.

23   **Q.**  The purpose of you sending him the bomb-making instructions

24   is to see if he were to do it?

25            Is there something over here that's distracting you?

1   **A.**  No.

2   **Q.**  Okay.

3   **A.**  Nothing.  I'm good.

4   **Q.**  Thank you.

5   **A.**  Yeah.

6   **Q.**  You sent him the bomb-making instructions to see if he

7   would do that for ISIS, right?

8   **A.**  Right.

9   **Q.**  And if he did it for ISIS, you knew that he could be

10  arrested, right?

11  **A.**  Yes.

12              THE COURT:  Do you want the exhibit to remain up?

13              MR. HERMAN:  I'm sorry, Judge.  You can take it down.

14  BY MR. HERMAN:

15  **Q.**  Right in the beginning of the conversation, Tom says, "My

16  English is" -- "My English is very good," right?  Do you

17  remember him saying that?

18  **A.**  Yes.

19  **Q.**  Okay.  And then he -- you went over on direct examination

20  how he's talking about how over here we have cells, right?

21  **A.**  Yes.

22  **Q.**  And you speculated what he meant about cells, right?

23              MS. WELLS:  Objection, mischaracterizes the

24  testimony.

25              MR. HERMAN:  Your Honor, he was --

 1           MS. WELLS:  The witness was asked his understanding.
 2    That's not speculation.
 3           THE COURT REPORTER:  I'm sorry?
 4           THE COURT:  We can't hear you.
 5           THE CLERK:  I have the microphone on.
 6           MS. WELLS:  The witness was asked for his
 7    understanding.  It wasn't speculation.  It's just
 8    mischaracterizing.
 9           THE COURT:  It's cross-examination.
10           Go ahead.  Why don't you put the question again.
11           MR. HERMAN:  Thank you, Judge.
12    BY MR. HERMAN:
13    **Q.**  And then you were asked to explain what you thought he
14    meant about working in cells, right?
15    **A.**  Yes.
16    **Q.**  Okay.  And then right after that, he has problems getting a
17    phone number, correct?
18    **A.**  Yes.
19    **Q.**  In fact, you asked him to get a new phone number so you
20    could send him the bomb-making instructions, right?
21    **A.**  To open an account, yes.
22    **Q.**  So you could send him the bomb-making instructions?
23    **A.**  Yes.
24    **Q.**  And he never got a new phone number, right?
25    **A.**  He wasn't able, no.

1   **Q.** And you still sent him the bomb-making instructions, right?

2   **A.** We -- we agreed to work on the same account that he had.

3   **Q.** And despite him saying his English is very good, he asked

4   you throughout these chats what certain words mean, right?

5   **A.** Yes.

6   **Q.** For instance, there's a word "in mizan" -- can you go to 7,

7   please -- "in mizan hasanatak insha'Allah." I apologize for my

8   mispronunciation.

9       Correct? Do you remember him asking you what that

10  means?

11  **A.** Yes.

12  **Q.** Okay. And you had to explain to him what that meant,

13  right?

14  **A.** I did.

15  **Q.** And that's a pretty -- what does that phrase mean again?

16  **A.** "Mizan hasanatak" means good deeds.

17  **Q.** And that's a pretty common phrase in Arabic, correct?

18  **A.** It's actually very common in the jihadi circles, but like

19  speaking Arabic, nobody uses.

20  **Q.** So he didn't understand this word that was very common in

21  jihadi circles, correct?

22  **A.** He didn't.

23  **Q.** He had to ask you for -- and this was April 12th, I

24  believe. He had to ask you for what that jihadi word meant,

25  right?

1    **A.**  Right.

2    **Q.**  Okay.  I'm going to skip forward.

3              And that wasn't the only time that he asked you what

4    that jihadi word meant, right?

5    **A.**  I think so, yes.

6    **Q.**  You think that was the only time that he asked you what it

7    meant?

8    **A.**  I don't recall.  I don't remember.

9    **Q.**  Okay.  On -- skipping forward to the future, he asked you

10   again -- I'm sorry.  Well, we'll get back to that, because I

11   believe that he asked you again what that word meant.

12             Before you said that this bomb was to be made for

13   ISIS, Tommy never brought up ISIS, did he?

14   **A.**  Not with the specific ISIS name, no.

15   **Q.**  You're the first one who said, the brothers who have

16   pledged bayat to the Khilafah, okay?

17   **A.**  Yes.

18   **Q.**  That's a reference to ISIS.  You're the first one that made

19   that reference to ISIS, correct?

20   **A.**  You know, I would say that even when mentioning the

21   brothers, the trusted brothers, all these are a reference --

22   they came earlier with the introduction.  It was referred to

23   ISIS.

24   **Q.**  This is your speculation about what Tommy is thinking when

25   he says "trusted brothers," though, right?

1    **A.**  I mean, if you take the context that the movie that was

2    sent, when we are talking, this is all -- it was --

3    **Q.**  I'm talking in the beginning, sir.  I don't mean to talk

4    over you, but I'm talking in the beginning.

5    **A.**  Yes.

6    **Q.**  You're the first person who brings up ISIS?

7    **A.**  I didn't mention ISIS.  I still kept with the flow

8    brothers, trusted brothers, Dawlah, Khilafah, all these, but I

9    never mentioned ISIS.

10   **Q.**  The brothers in the firqah all have bayat for the Khilafah,

11   that means ISIS, right?  It's the same thing as saying ISIS,

12   right?

13   **A.**  Yes, yes.

14   **Q.**  And you're the first person who says that, right?

15   **A.**  Yes.

16   **Q.**  The government skipped over some of the communications with

17   you and Tom, and I'd like to go back to some of those.

18              After you give the bomb-making instructions, Tom says

19   that he's going to finish it as soon as possible, correct?

20   **A.**  Yes.

21              THE COURT:  Can you just identify the page?

22              MR. HERMAN:  Yes.

23   BY MR. HERMAN:

24   **Q.**  This is page 7.  And he says, "Ok Akhi I will finish it as

25   soon as possible."  And this is April 12th, correct?

1    **A.** Correct.

2    **Q.** Okay.  But he doesn't do that, does he?

3    **A.** He didn't, no.

4    **Q.** Then on April 16th, four days -- in fact, four days pass

5    before the next communication, correct?

6    **A.** Yes.

7    **Q.** And that's April 16th.  And everything that you're going to

8    see, even if I don't get the page right right away, has been

9    introduced into evidence.

10             This is from the binder that you reviewed, correct?

11   **A.** Correct.

12   **Q.** Okay.  If we can zoom in at the bottom of the screen,

13   please, at page 11, this is Tom who writes:  "I am working on

14   it akhi but the trusted brother of mine hasn't been online for

15   a few days."

16             So four days later he says, sorry, it's still not

17   done.  This other person doesn't have it done, correct?

18   **A.** Correct.

19   **Q.** And then on the next day, April 17th, you send Tommy an

20   image, correct?

21   **A.** Yes.

22   **Q.** This is you, "Khalil" with the cat, and sending Tommy the

23   ISIS image, right?

24   **A.** Right.

25   **Q.** Where did you get that image from?

1    **A.** I have it from online.

2    **Q.** You just pulled the ISIS -- this is an ISIS image, right?

3    That's the ISIS flag in the back -- background, two of them, in

4    fact?

5    **A.** Yes.

6    **Q.** And those are two ISIS soldiers hugging each other, right?

7    **A.** Right.

8    **Q.** And you just found that online, right?

9    **A.** It -- I -- this is from the Telegram groups that I was part

10   of.

11   **Q.** And you copied it, and you saved it?

12   **A.** Yes, these -- these images were exclusively in these

13   Telegram groups, exactly.

14   **Q.** Okay. So after you saved it to your work computer? Did

15   you save it to your work computer?

16   **A.** Yes, yes.

17   **Q.** Okay. So you save this -- you go from a Telegram group,

18   and you save this ISIS image to your FBI work computer, and you

19   decide to repost it to Tom in this chat, right?

20   **A.** That's part of my work, yes.

21   **Q.** Okay. It wasn't illegal for you to share this ISIS image,

22   was it?

23           MS. WELLS: Objection, Your Honor, calls for a legal

24   conclusion.

25           THE COURT: Sustained.

1    BY MR. HERMAN:

2    **Q.** Did you have -- have to ask for permission to do this?

3    **A.** I have permissions.

4    **Q.** You already have permission just to send ISIS images?

5    **A.** I don't send ISIS images to -- in public.  You know, it's

6    not like that, no.

7    **Q.** So it's okay if you do it in private?

8    **A.** It's not private.  This is part of -- of what I do, and I

9    don't share it with public.  I don't share it with social

10   media.  You know, this public open, that's not how we do it.

11   **Q.** I think you said earlier that as an OCE -- and what's that

12   stand for again?

13   **A.** Covert -- underlying covert employee.

14   **Q.** Online?

15   **A.** Online covert employee.

16   **Q.** Okay.  As an online covert employee, you can't do things

17   like entice people, right?

18   **A.** We -- we have trained on legal things that we are not

19   permitted to do.

20   **Q.** Right.  And you can't do things that are illegal, right?

21   **A.** We don't do illegal things.

22   **Q.** Okay.  And you sent this ISIS image, which means that it

23   wasn't illegal to send it, right?

24           MS. WELLS:  Objection, Your Honor.

25   BY MR. HERMAN:

1   **Q.** Because you wouldn't do something that was illegal?

2            MS. WELLS:  Objection.  This still calls for a legal

3   conclusion.

4            THE COURT:  Overruled.  Can you answer?  He didn't

5   answer the question.

6            Mr. Herman, he did not answer the question.

7            MR. HERMAN:  Thank you.

8   BY MR. HERMAN:

9   **Q.** Could you please answer that question, or do you need me to

10  rephrase?

11  **A.** You know, I'm afraid I'm going to an area which is

12  classified that I cannot disclose these things, what I do.

13           MR. HERMAN:  I'll move on, Judge.

14  BY MR. HERMAN:

15  **Q.** So now we're at April 20th.  Can you zoom in, please?

16           We're at April 20th, and now we're at eight days

17  after you send the bomb-making instructions.  And you write to

18  Tom:  "How are you?  Any word from the brother?"  Right?

19  **A.** Right.

20  **Q.** That's you.  And he waits -- you sent that at 11:17:40

21  p.m., correct?

22           By the way, are these real times that you're having

23  these communications, or are they just where you're located?

24  And I'm not going to ask where you're located.

25  **A.** These are not real times.

1    **Q.**  Okay.  11:17:40 p.m. you send that message, and then Tom

2    replies 12 hours later -- or excuse me, I'm sorry -- he replies

3    three, two -- two or so hours later:  "I am great.  Yes I am

4    working with him.  It will done tomorrow," right?

5            Finally it's going to be done tomorrow on April 21st,

6    correct?

7    **A.**  Yes.

8    **Q.**  Okay.  That's what he says?

9    **A.**  Yes.

10   **Q.**  But it wasn't done the next day, right?

11   **A.**  It was never done, actually.

12   **Q.**  Right.

13   **A.**  It didn't came.

14   **Q.**  It didn't come, but you and Mr. -- you and Tom have a

15   number of communications that that -- where you're asking him

16   where it is, right?

17   **A.**  That's right.

18   **Q.**  In fact, the next communication was the following day on

19   April 22nd.

20           And on April 22nd, Tom actually starts by

21   apologizing.  "I am sorry" -- "I am sorry it is taking so long.

22   The brother I wanted to work with has disappeared, his account

23   is deleted so I am doing it by myself.  I have another brother

24   who is trusted," but I wish the first one -- "the first brother

25   was available."

1          So now the first brother has disappeared, right?

2     That's what he says?

3     **A.**  Yes.

4     **Q.**  Okay.  And he also says during the same chat:  "I do school

5     too so I am busy a lot."  It's another kind of excuse to put

6     you off, right?

7     **A.**  Yes.

8     **Q.**  So that's April 22nd.

9          And the next chat we have is April 23rd where you

10    say:  Yes, don't pressure yourself.  Thanks for saying that,

11    right?  That's what Tommy says, "thank you," correct?

12    **A.**  Yes.

13    **Q.**  And then we have two more days pass, April 25th, correct?

14    And you reach out to Tommy?

15    **A.**  Yes.

16    **Q.**  Okay.  You say:  Of course.  We are brothers.  Do not

17    forget we are all doing this.  So Allah's hand, the upper hand.

18         Tommy responds to you:  "I will be free this weekend

19    for 2 days."  Okay?  This is after he said that he would have

20    it done the next day, right?

21    **A.**  Right.

22    **Q.**  So now we're at April 28th.  All the way at the bottom,

23    Tommy writes:  I have it done today."  So now he's saying he

24    has it done, right?

25    **A.**  Yes.

1   **Q.** But he didn't, right?

2   **A.** He didn't.  In fact, you know, I felt sorry for -- he was

3   trying his best, but he couldn't.  It was overwhelming.

4   **Q.** How do you know he was trying his best?

5   **A.** He mentioned earlier that I will do my best.  I will try

6   it.  You know, the brother has been missing.  I'm a little

7   busy.  He did try.

8   **Q.** But you're just speculating as to what Tommy was actually

9   doing, right?

10  **A.** Not really spec -- like I mentioned, he apologize, and I

11  felt, you know, he wanted to because he mentioned that I will

12  do it bithnillahi tomorrow, I hope.  I wish that the brother

13  wasn't -- was here, you know, the first brother.

14            So that's why, you know, it was acceptable excuse.

15  **Q.** You're relying exclusively on what Tom is telling you as

16  to -- for what the truth is, right?

17  **A.** I will take his words from that, yes.

18  **Q.** Okay.  So -- but you're not looking at him face to face,

19  right?

20  **A.** No.

21  **Q.** You have -- you have no way to judge whether or not he's

22  just completely exaggerating, right?

23  **A.** I didn't know if he was exaggerating.

24  **Q.** You don't -- you don't know if he's just lying through his

25  teeth, right?

1    **A.** I have no idea, no.

2    **Q.** You didn't know if he was a 75-year-old woman sitting

3    behind a computer, right?

4    **A.** I didn't know that.

5    **Q.** And then the next thing you do on April 28th -- now we're

6    16 days after you send the two-page document -- I'm at the top

7    of the screen now; it's Bates number ending in 40 -- you send

8    him another ISIS image, right?

9    **A.** Yes.

10   **Q.** Okay.  Was this another image that you had saved to your

11   FBI computer?

12   **A.** That's another image that I saved to my work computer.

13   **Q.** Next day, April -- and then April 29th after he says he has

14   it done, you have no communications on April 29th, correct?

15   **A.** Correct.

16   **Q.** And this is after he said he had it done, correct?

17   **A.** Right.

18   **Q.** So on April 30th you tell Tommy, "We need to move faster,"

19   right?

20   **A.** Yes.

21   **Q.** Okay.  Could you read this, please?  I'm at 2 -- this is at

22   2:58:42 p.m. on April 30th.

23   **A.** "How are you akhi?  Did you find this trusted brother?

24   When do you think you will finish the document?  You can

25   introduce me to this brother if you like.  We need to move

1    faster akhi."

2    **Q.** All right. So he wasn't -- Tommy wasn't moving fast enough

3    for you, and you told him "We need to move faster," right?

4    **A.** Yes.

5    **Q.** And then Tommy responds: He just told me it's done. It's

6    done again, right? April 30th, he just told me it's done?

7    **A.** Yes.

8    **Q.** And the next day, May 1st, he still doesn't give it to you,

9    and you ask him "So when akhi?"

10               Right, those are your words?

11   **A.** Yes.

12   **Q.** "We need to move faster," and then you say, "So when akhi?"

13               And you're talking about these bomb-making

14   instructions that you asked him to do for ISIS, right?

15   **A.** The translation, yes.

16   **Q.** Tommy says again: I asked him to send it. He said he's

17   done. Right?

18   **A.** Right.

19   **Q.** And you don't even know if this other brother exists, do

20   you?

21   **A.** It's online thing. I don't.

22   **Q.** Yeah, it's all an online thing. You just don't know what's

23   real?

24   **A.** Right.

25   **Q.** You then changed the topic to the computer skills, right?

1          You testified a lot about this.  You ask him:  Are

2    you willing to help the Dawlah with your computer skills,"

3    right, on May 1st?

4    **A.**  Yes, it was a follow-up, you know, on what he was making

5    was useful for the mujahideen, so --

6    **Q.**  You specifically on May 1st, 2019 -- it's Bates number

7    40 -- you write:  "Also akhi...you mentioned something about

8    your computer skills, Lenox.  Are you willing to use them to

9    help the Dawlah"?

10   **A.**  Yes.

11   **Q.**  And you testified on direct examination that Tommy said he

12   would use it for the mujahideen.  That's what you said, right?

13   **A.**  He mentioned it, actually, yes.

14   **Q.**  Okay.  Did you -- do you know where he actually uses the

15   word "mujahideen"?

16   **A.**  I believe he -- he mentioned it when he said that this is

17   useful for the mujahideen.

18   **Q.**  Didn't he say "Ansar" and not "mujahideen"?

19   **A.**  Ansar, I mean, widely it means the mujahideen, the

20   supporters of ISIS and all that.

21   **Q.**  But we need to be accurate here --

22   **A.**  Yes.

23   **Q.**  -- in terms of what Tommy -- what you say Tommy said.  And

24   you said he said mujahideen?

25   **A.**  I mean, the Ansar, he mentioned Ansar, but mujahideen, I'm

 1   not sure.  I don't remember if he has used it or not.

 2   **Q.**  So on direct examination --

 3   **A.**  Yes.

 4   **Q.**  -- when you said he said mujahideen, that was not correct

 5   now or you don't remember him actually saying it?

 6   **A.**  I don't remember that.

 7   **Q.**  Okay.  But he --

 8   **A.**  If I had said something, so let's say Ansar, because he

 9   mentioned Ansar.  So I don't really -- maybe I mistakenly said

10   that.  Mujahideen, maybe it came in a different context.

11   **Q.**  So he didn't say mujahideen?

12   **A.**  I -- I have 60 pages conversations with him.  I don't

13   remember.

14   **Q.**  And you've had plenty of time to review these 60 pages,

15   correct?

16   **A.**  I have, yes.

17   **Q.**  Did you --

18   **A.**  I did review them.

19   **Q.**  You reviewed it before you testified on Thursday, right?

20   **A.**  Yes.

21   **Q.**  And you sat down with the government, and you reviewed it

22   together, and you were asked what questions -- you were told

23   what questions you were to be asked?

24   **A.**  I wasn't told what questions the defense will be asking me.

25   We don't know, but the --

1   **Q.** You were told -- because you didn't meet with the defense.

2   You met with the government.  That was my question?

3   **A.** Exactly.

4   **Q.** And you practiced your testimony, right?

5   **A.** Right.

6   **Q.** And over the weekend since Thursday, did you have a chance

7   to look at the binder again?

8   **A.** No.

9   **Q.** Did you talk to the government again?

10  **A.** I didn't.

11  **Q.** And these 60 pages include a lot of -- like this Horizons

12  document.  I mean, did you read every single page of that?

13  **A.** No, I didn't.

14  **Q.** All right.  Do you know -- even know what it says on the

15  computer script?

16  **A.** You know, in general I know this is something related to

17  computers, but I didn't go through that.

18  **Q.** You're not a computer guy, right?

19  **A.** Right.

20  **Q.** You can't offer any kind of testimony about computer stuff,

21  right?

22  **A.** That's right.

23  **Q.** So on May 1st, with that said, you start talking about

24  computers, correct?

25  **A.** Can you please refer me to that line?

1   **Q.** Sure.  I am back here which -- what we read before where

2   you ask him about his computer skills?

3   **A.** Yes.

4   **Q.** Right.  Okay.  So you're shifting gears from the

5   bomb-making instructions to the computer skills, right?

6   **A.** Yes.  This is -- like I said, it was -- it was a response

7   to what he mentioned earlier, that he was helping the Ansar,

8   yes.

9   **Q.** You didn't do it because it was obvious that he wasn't

10  going to do bomb-making instructions for ISIS?

11  **A.** He was still working on the translations, as you can see.

12  I didn't --

13  **Q.** This is now 19 days after you gave him a two-page document

14  to translate?

15  **A.** That's right.

16  **Q.** Now, Tommy then sends you this -- you were asked questions,

17  and you were asked to look at these screenshots of this Ansar

18  OS Development -- this Ansar OS Development, right?

19  **A.** Yes.

20  **Q.** And he's sending this to you on May 1st, 2019, correct?

21  **A.** Yes.

22  **Q.** And you see that this Ansar Development looks like a

23  screenshot, right?

24  **A.** Yes.

25  **Q.** And it says March 28th, 2019?

1    **A**.  Yes.

2    **Q**.  And you were shown some images from another binder that --

3    from OCE 2's binder about -- to compare these things, right?

4    **A**.  Yes.  Right.

5    **Q**.  And all you -- the best you can do is say they look alike,

6    right?

7    **A**.  I think that's what we mentioned.  It was shown to me.

8            MS. WELLS:  Objection, Your Honor.  I don't -- I

9    don't believe this was in the testimony.  I flipped past them,

10   but I didn't ask those questions.  That's okay.

11   BY MR. HERMAN:

12   **Q**.  Okay.  And then Tommy talks about things he wants to do or

13   he may do with this Ansar operating system, right?

14   **A**.  Yes.

15   **Q**.  You're aware, though, that he told OCE 2 that it was too

16   difficult to do this, right?

17   **A**.  I am not aware of that.

18   **Q**.  He never told -- Tommy never told you that he completed

19   this project, right?

20   **A**.  There was no communication between OCE and me in this

21   regard, no, OCE 2.

22   **Q**.  So you asked Tommy what he can do for Dawlah with his

23   computer skills, right?

24   **A**.  Right.

25   **Q**.  And Dawlah means ISIS, right?

1    **A.** Yes.

2    **Q.** Tommy never said anything about Python, did he?

3    **A.** No.

4    **Q.** He never said about writing a computer script, did he?

5    **A.** I really don't understand this, you know, what he knew.

6    But to my understanding, that he was developing something to

7    the Ansar, as he mentioned it.

8    **Q.** His words were the Ansar OS Development Operating System,

9    right?  He's talking about an operating system?

10    **A.** Yes.

11    **Q.** He doesn't say anything about a Python script with the

12    letters NAS in it, does he?

13    **A.** I don't remember that, no.

14    **Q.** You don't remember because he didn't, right?

15    **A.** Right.

16    **Q.** He never mentioned anything called "Heralds of the

17    Internet" to you, right?

18    **A.** He didn't mention that, no.

19    **Q.** Okay.  Do you even know what Heralds of the Internet is?

20    **A.** No.

21    **Q.** He never talked about copying ISIS videos from one Telegram

22    channel to the other, right?

23    After you asked him, what are you going to use your

24    computer skills for to help ISIS, he never said anything about

25    copying videos, did he?

1    **A.** No.

2    **Q.** Okay.  He never said anything about organizing videos, did

3    he?

4    **A.** No.

5    **Q.** And right now you're talking like trusted brothers,

6    correct?

7    **A.** Yes.

8    **Q.** You believe what he's telling you, right?

9    **A.** Yes.

10   **Q.** And when you asked him specifically, what are you going to

11   do for ISIS with your computer skills, you expected him to say

12   what he was going to do, right?

13   **A.** He did.  He send me -- and that's why I didn't -- you know,

14   he send me this file, and he mentioned clearly that he's

15   developing something so that the crusaders, the Mukhabarat,

16   will not be cracking the systems that -- you know, and track

17   the brothers.

18   **Q.** Right.  He didn't say anything about copying or forwarding

19   videos; that's clear, right?

20   **A.** Yeah, he didn't.

21   **Q.** What's the word "Afaaq," A-f-a-a-q?

22   **A.** Afaaq is the same as Horizons.

23   **Q.** Okay.  And you asked -- you asked Tommy, "The brothers in

24   Afaaq?"  Do you know?  This is page 43.

25   **A.** Yes.

1    **Q.** Okay. And Tommy says, "I don't know afaaq," right?

2    **A.** Yes, this was a misunderstanding. He didn't know the

3    Arabic word "afaaq," but as far as he didn't know Horizons or

4    Afaaq, well, you can tell from the next screen that he sent me

5    Afaaq.

6    **Q.** Which he doesn't even know, right? He doesn't know what

7    the -- he's sending you something from Afaaq. You ask him "Do

8    you know Afaaq," and he says, "I don't know Afaaq"?

9    **A.** So but he -- so it was, like I said, it's Arabic versus

10   English. In English is Horizons, and in Arabic is Afaaq.

11           When I mentioned "Do you know Afaaq," he said "No."

12   But it looks like if I have mentioned Horizon, he would have

13   known it because he sent me Horizon after -- right after.

14   **Q.** He sent you a Horizons document that was all in Arabic,

15   right?

16   **A.** That's right.

17   **Q.** And it says "Afaaq" all over it, correct?

18   **A.** Yes.

19   **Q.** Okay. I don't need to put it up on the screen, but on

20   every single page of that Horizons document, Exhibit No. 301,

21   it says "Afaaq," correct?

22   **A.** Yes, correct.

23   **Q.** And you asked him if he knew Afaaq, and he says I don't

24   know, correct?

25   **A.** That's correct.

1    **Q.** He didn't know what the document he sent you said?

2              MS. WELLS:  Objection, calls for speculation.

3              THE COURT:  Sustained.

4    BY MR. HERMAN:

5    **Q.** Well, he didn't know what the word "Afaaq" was in it?

6              MS. WELLS:  Same objection.

7              THE COURT:  Well, it's what he said, not what he

8    thought.

9    BY MR. HERMAN:

10   **Q.** Correct?

11   **A.** I believe this whole thing is -- Afaaq is Horizon, and

12   Horizon is Afaaq.  If he doesn't know if Arabic, I don't -- I

13   don't know what to make out of this.

14   **Q.** And he also doesn't know what the word "amaliat" meant?

15   **A.** Amaliat.

16   **Q.** Thank you.  He didn't know what that one meant either?

17   **A.** That's a hard word.

18   **Q.** Well, it's a pretty common word in the jihadi world; it

19   means operation, right?

20   **A.** Yes.

21   **Q.** Okay.  So he didn't -- that's another jihadi word he didn't

22   even know, amaliat, correct?

23   **A.** Correct.

24   **Q.** And on May 1st again you ask him:  The brothers are waiting

25   for me with the document thing to make the thing.

1      You change the subject back to the bomb-making

2   instructions on May 1st, right?

3   **A.** Yes.

4   **Q.** And in response on the next -- page 19, after you ask him

5   that, Tommy talks about making friends with a brother at school

6   who he prays with, right?

7   **A.** Yes.

8   **Q.** So you ask him about the bomb, and he talks about making

9   friends and praying with somebody?

10      MS. WELLS:  Objection.  That mischaracterizes the

11   document, Your Honor.

12      THE COURT:  Well, the witness can either agree or

13   disagree.

14   BY THE WITNESS:

15   **A.** Am I allowed to speak?

16      THE COURT:  Put the question again.

17   BY MR. HERMAN:

18   **Q.** You ask him, May 1st, 4:17:42 a.m., the brothers are

19   waiting for me with the document -- with the document to make

20   the thing.  He responds:  "I think the brother is asleep."

21   **A.** Yes.

22   **Q.** After a discussion, "Do you know if the brother is right,"

23   et cetera, he switches the subjects and talks about "I made

24   friends with a brother," and "we pray together"?

25   **A.** Yeah, but this was after a course of, you know,

 1    back-and-forth speaking about pretty much related stuff from

 2    the above conversation.

 3    **Q.** And then in the same chat, you say again:  Just tell the

 4    brother for the translation so we start working before I send

 5    the other part, right?

 6    **A.** Yes.

 7    **Q.** And Tommy writes:  "Another part?"  Right?

 8    **A.** Right.

 9    **Q.** Do you recall telling him earlier on in the conversation

10    that this was a multi-part document?

11    **A.** I don't remember telling him that it was three parts.  I

12    may have, but like I said, I don't know.  I don't remember.

13    **Q.** I'm taking you back to April 12th right after you send it:

14    Insha'Allah, when I finish -- when finish I will send you the

15    second part.  Those are your words, right?

16    **A.** Yes.

17    **Q.** So you had told him on April 12th that this is a multi-part

18    document?

19    **A.** Yes.

20    **Q.** Which he seems to have forgotten by May 1st, right?

21    **A.** Right.

22    **Q.** Tommy also told you during these conversations that he was

23    kind of part Russian, right?  You were asked questions about

24    him being able to translate something from Russia -- Russian,

25    excuse me, right?

**A.**  Yes.

**Q.**  And he tells you that he was kind of part Russian?

**A.**  That's right.

**Q.**  And he says that he's Eastern European, north of Bosnia, right?

**A.**  Yes.

**Q.**  Were you aware that he was born in Park Ridge, Illinois?

**A.**  Yes, I was aware of that.

**Q.**  So this is just another thing that's not true that he's saying online, right?

**A.**  Not necessarily.  I assumed, you know, parents, something like that, but he has heritage related to this region.

**Q.**  Now, you compliment him also.  You say that he has a powerful iman?

**A.**  Yes.

**Q.**  What's iman?

**A.**  Iman means faith.

**Q.**  It's a very important thing to say to somebody, especially somebody who is a convert, right, that they have a powerful iman, correct?

You're trying -- you're trying to say that he's very religious; he's got a powerful spirit, right?

**A.**  This is, I mean, part of the bona fides of the persona I was portraying.

**Q.**  So it was part of the act, your act, right?

1    **A.** Yes.

2              MR. HERMAN:  One second, Judge.

3         (Counsel conferring.)

4    BY MR. HERMAN:

5    **Q.** And just continuing to walk through the document, your

6    communications, on May 2nd Tommy says that the brother has a

7    security problem, and he still hasn't done it, right?

8    **A.** Right.

9    **Q.** May 3rd, the brother disappeared again, right?

10   **A.** Yes.

11   **Q.** And then May 4th, still nothing, and that's the last

12   translations that you had with him, right?

13   **A.** The last conversation.

14   **Q.** During these conversations from April 11th to May 4th,

15   Tommy never asked to be put in touch with anybody in ISIS, did

16   he?

17   **A.** Except when he mentioned there is a Russian brothers, then

18   that -- that was -- that was one.  Except that.

19   **Q.** He didn't say -- he never used the word "ISIS" when he said

20   that, did he?

21   **A.** He didn't mention ISIS, no.

22   **Q.** Okay.  And, in fact, you wrote, when you say -- "When you

23   insha'Allah have done it and it's ready to use, we can send it

24   to expert brothers, and they can use the system."

25              This was on May 1st when you were talking about this

1    Ansar Operating System, right?

2    **A.**  Yes.

3    **Q.**  Okay.  Your words were "expert brothers."  And by that, in

4    your mind, you meant ISIS, right?

5    **A.**  Yes.

6    **Q.**  Okay.  Tommy never asks you, can you put me in touch with

7    the expert brothers, did he?

8    **A.**  He didn't mention that, no.

9              MR. HERMAN:  One second, please, Judge.

10         (Counsel conferring.)

11             MR. HERMAN:  I found what I was looking for.

12   BY MR. HERMAN:

13   **Q.**  The phrase "mizan of hasanat," he asked you that on April

14   11th or 12th, what does that mean, correct?

15   **A.**  Yes.

16   **Q.**  And then on May 1st you said it again, and he said, "What

17   is that," correct?

18   **A.**  Yes.

19   **Q.**  Is this the same phrase?

20   **A.**  Yes.

21   **Q.**  Okay.  And you had to explain this jihadi phrase again to

22   him?

23   **A.**  Yes.

24             MR. HERMAN:  Okay.  Thank you.  Nothing further.

25                        REDIRECT EXAMINATION

1    BY MS. WELLS:

2    **Q.** On cross-examination, sir, you were asked a number of

3    questions about your communications with the defendant in

4    Government Exhibit 300.  Do you recall that?

5    **A.** Yes.

6    **Q.** I'm going to start with just the beginning of those

7    communications.  You were asked if you were put -- or excuse

8    me, if the defendant was introduced to you via OCE 2.  Do you

9    recall those questions?

10   **A.** Yes.

11   **Q.** And specifically, I want to make sure the record is clear

12   on this topic.

13           Who contacted who first?  Did you contact the

14   defendant or did the defendant contact you?

15   **A.** Well, the defendant contacted me.

16   **Q.** All right.  And I'd like to show the witness what is in

17   evidence as Government Exhibit 300, page ending in 002.  Or

18   excuse me, to show everyone this is what's in evidence.

19           Can you read the date of this communication, please?

20   **A.** Thursday, April 11, 2019.

21   **Q.** Was this the first time that you communicated with the

22   defendant?

23   **A.** Yes.

24   **Q.** Who is the first message in this communication from?

25   **A.** This is from the defendant.

1    **Q.** Did you reach out to the defendant separately from this

2    communication?

3    **A.** No.

4    **Q.** All right.  I also want to clarify something about the back

5    end of the timeline.

6             You were asked a few questions about the defendant

7    deleting -- or excuse me, the defendant's account being

8    deleted.  Do you recall those questions?

9    **A.** Yes.

10   **Q.** All right.  And I want to go to what's already in evidence

11   as Government Exhibit 300, page ending in 57.

12            And can you just remind us where it says "Deleted,"

13   which account is this?

14   **A.** This is the defendant's account.

15   **Q.** And can you explain to us how you captured messages from

16   the defendant -- how you were able to save these messages from

17   the defendant after his account was deleted?

18   **A.** So when Telegram deletes an account, the messages are still

19   there.  I have tried -- this is based on experience.  I have

20   couple personas, and I can see that.

21            So although his account was deleted, the conversation

22   was still there for a pretty good time.  That's how I was able

23   to capture it.

24   **Q.** And so that the timeline is clear, the last communications

25   we see at the bottom of this page are on what date?

1    **A.** May 4th, 2019.

2    **Q.** And were there messages from the defendant sent on May 4th?

3    **A.** There was two messages, yes.

4    **Q.** Was that account deleted before or after May 4th, based on

5    your ability to save these messages?

6    **A.** This was -- this was before the account was deleted.

7    **Q.** The messages were sent before the account was deleted?

8    **A.** Yes.

9    **Q.** And you mentioned just the idea of accounts of being

10   deleted on Telegram.  Are there different ways that accounts

11   can be deleted on that platform?

12   **A.** Yes.  A user can delete his account, but when a user

13   deletes his account, all the historic conversations will

14   disappear.

15        If the Telegram itself deletes an account, the

16   conversations will stay there.

17   **Q.** So based on what you've seen from using Telegram

18   historically, did it appear that the defendant deleted his

19   account or that Telegram deleted his account?

20   **A.** According to my experience, at this point Telegram deleted

21   his account.

22   **Q.** I just want to go back to some of the questions that you

23   were asked about specific communications that you had with the

24   defendant.

25        And you were asked a number of questions on

1    cross-examination about whether the defendant ever sent you

2    this translated bomb-making recipe, correct?  Do you recall

3    those questions?

4    **A.**  Yes.

5    **Q.**  Did the agree -- did the defendant agree to do the

6    translation?

7    **A.**  He did.

8    **Q.**  At any point during any of your communications contained

9    here in Government Exhibit 300, did the defendant ever say he

10   was not going to do the translation?

11   **A.**  No.

12   **Q.**  You were asked a number of questions about the person that

13   the defendant referred to as the trusted brother.  Do you

14   recall those questions?

15   **A.**  Yes.

16   **Q.**  And what was your understanding of what role this trusted

17   brother was playing for the defendant and the translation work?

18   **A.**  I think he was also an ISIS supporter and with knowledge of

19   Arabic and English.

20            MR. HERMAN:  We would object again.  Speculation.

21            MS. WELLS:  Your Honor, this is all based on the

22   cross-examination.

23            THE COURT:  No, you're asking him something else.

24   Sustained.  Strike the answer.

25   BY MS. WELLS:

1   **Q.** Whose idea was it for the defendant to work with someone

2   else on these translations?

3   **A.** It was the defendant's idea.

4   **Q.** You were asked questions about the nature of online

5   communications and whether people exaggerate online.

6            Do you recall those questions?

7   **A.** Yes.

8   **Q.** As an OCE is part of your role to determine what people are

9   saying and to assess what you understand them to mean?

10  **A.** Yes.

11  **Q.** And is part of that determining whether or not you believe

12  people are exaggerating?

13  **A.** I mean, I can determine if people are exaggerating.

14  **Q.** Did you believe the defendant was exaggerating?

15  **A.** I don't believe the defendant was exaggerating.

16  **Q.** All right. And I want to refer you to Exhibit 300 ending

17  in 007, which is the page that's up on the screen here.

18           And just referring you back to the top of the page

19  where you see the word "Debian," do you see that?

20  **A.** Yes.

21  **Q.** Who sent that information?

22  **A.** This was sent by the defendant.

23  **Q.** Did -- and referring you down a little further to the

24  defendant's message the 11:31:17, can you read the two messages

25  from the defendant there?

1    **A.** "I love learning about computers akhi.  They're very useful

2    for jihad."

3    **Q.** Were these messages from the defendant related in any way

4    to the translation project, or was this a totally separate

5    topic he brought up or he mentioned?

6    **A.** This was separate.

7    **Q.** And referring you to page ending in 11 and in particular at

8    the bottom, what's the date of this communication?

9    **A.** April 16, 2019.

10   **Q.** And who sent this?

11   **A.** This was sent by the defendant.

12   **Q.** And can you read his message at 5:54:31?

13   **A.** "I am working on it akhi but the trusted brother of mine

14   hasn't been online for a few days.  Make dua that he is safe.

15   He is the best in Arabic and must make sure the translation is

16   correct."

17   **Q.** What was your understanding of what the defendant mean when

18   he -- meant when he said, "he is the best in Arabic and must

19   make sure the translation is correct"?

20   **A.** I understood that this trusted brother is very good at

21   Arabic, and also the defendant is concerned about the

22   translation should be correct.

23   **Q.** You were asked a bunch of questions on cross-examination

24   about Google Translate.  Do you remember those?

25   **A.** Yes.

1  **Q.** And part of your role at the FBI is to -- is as a linguist;

2  is that right?

3  **A.** I'm a linguist, yes.

4  **Q.** And you do translations to and from which languages?

5  **A.** Arabic and in English.

6  **Q.** And you testified on cross-examination that you do not use

7  Google Translate typically in your roles; did I hear that

8  correctly?

9  **A.** That's correct.

10 **Q.** Why?

11 **A.** Obviously, Google translation is a machine translation.  We

12 don't trust that in our line of work.

13 **Q.** Why?

14 **A.** It doesn't -- it's not accurate.  It gives you -- a lot of

15 times gives you different meanings, so it's -- we don't trust

16 the Google translation.

17 **Q.** I'm going to go back just a moment.

18         Were there other occasions where the defendant

19 mentioned to you that he was interested in making sure that the

20 translations were accurate?

21 **A.** Yes.

22 **Q.** And may I show the witness what's in evidence as 300, page

23 ending in 0038?

24         And I want to direct your attention to this message

25 at 11:14:45.  Do you see that?

1    **A.**  Yes.

2    **Q.**  And just to be clear because of the formatting here, who

3    sends this message?

4    **A.**  This is from the defendant.

5    **Q.**  And your screen name appears here.  Can you explain what

6    the nature of this response or this comment from the defendant

7    is?

8    **A.**  Yeah, this is a response -- my message is quoted, so he's

9    responding to that message.

10   **Q.**  It's a direct reply to what you said?

11   **A.**  Yes.

12   **Q.**  What did the defendant write in this message?

13   **A.**  "Yes akhi I know.  It will be 100% correct.  I have made my

14   niyyah to Allah for it."

15   **Q.**  When he said, "It will be 100% correct," what did you

16   understand him to refer to?

17   **A.**  He was referring to the translation.

18   **Q.**  And you said, "I have made my niyyah to Allah for it."

19   What did you understand that to mean?

20   **A.**  That means I have made my intention to Allah.  I will do

21   it.

22   **Q.**  And you were also asked some questions about this image

23   that you sent to the defendant.  Do you recall those questions?

24   **A.**  Yes.

25   **Q.**  After you sent this, did the defendant object to this image

1    and say, hey, don't send me that?

2    **A.**  No.

3    **Q.**  Did the defendant say, I don't like that picture; I don't

4    like ISIS?

5    **A.**  No.

6    **Q.**  In any of your references to the brothers or the Ansar or

7    any of the other terms used to refer to ISIS, did the defendant

8    ever object to any of those?

9    **A.**  No.

10   **Q.**  Or did he ever suggest that he did not agree or want to

11   have a conversation with you if that's what you were

12   discussing?

13   **A.**  I haven't seen any of that.

14   **Q.**  All right.  I want to move to the page ending in 39.  You

15   were asked some questions about this communication as well.

16           And for everyone, what's the date of this

17   communication, the top, the one beginning on Thursday?

18   **A.**  April 25, 2019.

19   **Q.**  Defense counsel asked you about your message but not the

20   whole thing.  Could you read in your message at 1:46:01,

21   please?

22   **A.**  "Of course akhi.  We are brothers and do not forget we are

23   all doing this just to have Allah's hand the upper hand.  I

24   hear very good things about you from the brother and inshallah

25   you know how to help dawla with your science and noulege."

**Q.** When you wrote "inshallah you know how to help dawla with
your science and noulege," what were you referring to?

**A.** I was referring to his computer skills.

**Q.** What you did the defendant respond?

**A.** He said, "bithnillahi ta'ala."

**Q.** What does that mean?

**A.** It means God willing.  All Mighty God willing.

**Q.** And with that understanding of the terms, was that an
agreement from the defendant?

**A.** Yes.

      THE COURT:  We're going to have to break.  Do you
have more redirect?

      MS. WELLS:  More than I can do in the next two
minutes, Your Honor, but not terribly much.

      THE COURT:  That's slightly slow, I think.

      All right, folks.  We're going to have to break
because you have to be tested and then have some time for
lunch, so we will give you maybe an extra five minutes for
that.  So why don't we come back at around 12:35, and we will
go to 4:30 today.

      THE CLERK:  All rise.

    (Jury out.  Recess from 11:35 a.m. until 12:35 p.m.)

```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
      UNITED STATES OF AMERICA,      )
 4                                   )
                   Plaintiff,        )
 5                                   )
              vs.                    ) No. 19 CR 869
 6                                   )
      THOMAS OSADZINSKI,             ) Chicago, Illinois
 7                                   ) October 12, 2021
                   Defendant.        ) 12:45 p.m.
 8

 9          TRANSCRIPT OF PROCEEDINGS - Volume No. 4 PM

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                       and a Jury

12
      APPEARANCES:
13
      For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                              United States Attorney
                                BY:  MR. BARRY JONAS
15                                   MS. MELODY WELLS
                                Assistant United States Attorneys
16                              219 South Dearborn Street, Fifth Floor
                                Chicago, Illinois  60604
17                              (312) 353-5300

18
                                MS. ALEXANDRA HUGHES
19                              Trial Attorney, Department of Justice
                                National Security Division
20                              950 Pennsylvania Avenue, NW
                                Washington, D.C.  20530
21

22

23    Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              nancy_bistany@ilnd.uscourts.gov
```

1   APPEARANCES:  (Continued)

2

3   For the Defendant:         GREENBERG TRIAL LAWYERS
                               BY:  MR. STEVEN GREENBERG

4                          53 West Jackson Boulevard, Suite 1260
                          Chicago, Illinois  60604

5                          (312) 879-9500

6                          LAW OFFICE OF JOSHUA G. HERMAN
                          BY:  MR. JOSHUA G. HERMAN

7                          53 West Jackson Boulevard, Suite 404
                          Chicago, Illinois  60604

8                          (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          (Jury in.  Proceedings heard in open court:)

2                THE COURT:  Good afternoon, folks.  Please be seated.

3                MS. WELLS:  May I proceed?

4          KHALEEL, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

5                REDIRECT EXAMINATION (Resumed)

6    BY MS. WELLS:

7    **Q.**  Welcome back, sir.

8    **A.**  Thank you.

9    **Q.**  Before we took our lunch break -- pardon me.

10         Before we took our lunch break, we were discussing

11   some of your communications with the defendant in this case.

12   And I'd like to refer you back to Government Exhibit 300,

13   ending in 0040.  And you were asked some questions about the

14   computer-related imagery that the defendant sent you.

15         Do you recall those questions on cross-examination?

16   **A.**  Yes.

17   **Q.**  And just referring to the question that you asked here at

18   3:18:03, can you just read your two sentences beginning with

19   "Also akhi"?

20   **A.**  "Also akhi I thinking, you mentioned something about your

21   computer system skills, lenox.  Are you willing to use them to

22   help the Dawlah?"

23   **Q.**  Who had mentioned "Lenox" in this conversation before you

24   asked this question?

25   **A.**  The defendant mentioned this before.

1   **Q.** And in response to your question, did the defendant send

2   you the Al-Ansar OS Development account information?

3   **A.** Yes.

4   **Q.** Had you ever asked the defendant anything about an

5   operating system or about OS development?

6   **A.** No.

7   **Q.** Can you read the date right here at the bottom next to the

8   Al-Ansar OS Development account?

9   **A.** March 28, 2019.

10  **Q.** Was March 28th, 2019, before or after you began your

11  communications with the defendant?

12  **A.** This was before.

13  **Q.** So this account preceded any communications you ever had

14  with the defendant; is that right?

15  **A.** That's right.

16  **Q.** All right.  I'm referring you to Exhibit 300 ending in 4 --

17  excuse me -- 0043.  You were asked some questions about this

18  portion of your conversation with the defendant.

19          Do you recall those questions?

20  **A.** Yes.

21  **Q.** And can you read your message at 4:08:01?

22  **A.** "When you insha'Allah done and it is ready to use we can

23  send it to experts brothers and they can use this system."

24  **Q.** What did the defendant respond in his -- just his initial

25  response here at 4:08:21?

1    **A.**  "In sha Allah."

2    **Q.**  What does that mean?

3    **A.**  That means God willing.

4    **Q.**  Was that an agreement, as you understood it?

5    **A.**  Yes.

6    **Q.**  All right.  Referring you to the page ending in 0044, you

7    were asked some questions about this term "amaliat."

8            Do you remember those questions?

9    **A.**  Yes.

10   **Q.**  And specifically were you asked questions to the effect of

11   the defendant didn't know what that word meant.

12           Do you recall that?

13   **A.**  Yes.

14   **Q.**  And, in fact, did the defendant ask you a question here at

15   4:13:05 a.m.?

16   **A.**  Yes.

17   **Q.**  What did he ask?

18   **A.**  He asked:  "What is amaliat?"

19   **Q.**  Did you define "amaliat" for the defendant?

20   **A.**  Yes.

21   **Q.**  How did you define it?

22   **A.**  Operations.  "Like operations like the one in serlanka and

23   mali."

24   **Q.**  And had you previously described on direct the operation in

25   Sri Lanka as being a deadly attack?

1   **A.** That's right.

2   **Q.** Going down, did the defendant respond after you gave that

3   definition?

4   **A.** Yes.

5   **Q.** What did he say?

6   **A.** He said, "Alhamdulillah.  I love it."

7   **Q.** All right.  I want to turn your attention to page a little

8   further down in your conversations with the defendant.

9           Referring to the defendant's communications here at

10  4:42:45, can you read what the defendant wrote here?

11  **A.** "Alhamdulillah.  Also akhi I am good at Russian.  If you

12  know any Russian brothers you can send my username in sha

13  Allah."

14  **Q.** Did this have anything to do with the translation project

15  that the defendant was working on?

16  **A.** No.

17  **Q.** Did you ask the defendant or did you ever raise the topic

18  of the defendant contacting or being put in contact with

19  Russian brothers?

20  **A.** No.

21  **Q.** Whose idea was that?

22  **A.** That was the defendant's idea.

23  **Q.** All right.  And then referring you to the page ending in

24  0052, you asked a question at 4:56:19.  Do you see that?

25  **A.** Yes.

1    **Q.** Can you read that question?

2    **A.** "You said you did voice on video for some publication

3    isdarat."

4    **Q.** And what did you mean when you asked that question?

5    **A.** This is -- I heard that he -- he had some video on -- a

6    voice on video, and I was asking if he had any of that.

7    **Q.** And did the defendant tell you whether or not he had, in

8    fact, done a voice -- a voiceover on video?

9    **A.** Yes.

10   **Q.** What did he say?

11   **A.** He said, "Alhamdulillah.  Yes.  Did you watch?"

12   **Q.** And after that, what, if anything, did the defendant send

13   you?

14   **A.** He sent me the video of "The Fighting Has Just Begun."

15   **Q.** And I think you mentioned on your direct testimony, you

16   have seen that video, correct?

17   **A.** Yes.

18   **Q.** Does it feature a voiceover like the one the defendant

19   discussed?

20   **A.** There is an English voice in it, yes.

21          MS. WELLS:  Your Honor, I'd like to play what's

22   already in evidence -- play what's already in evidence as

23   Government Exhibit 203-3.

24          MR. HERMAN:  Judge, I object.  This wasn't part of

25   cross.

1              MS. WELLS:  Your Honor, this --

2              MR. HERMAN:  I did not ask about the video.

3              MS. WELLS:  There were a number of questions on cross

4    about what the defendant did or did not do, and the implication

5    was that the defendant was not following through on something.

6    This is something that the defendant sent --

7              THE COURT:  He didn't ask any questions about this

8    video that I recall.  They've heard the -- they've seen the

9    video.  They've heard the video.

10             MR. HERMAN:  Yes.

11             MS. WELLS:  Your Honor --

12             THE COURT:  I don't think this is appropriate

13   cross-examination.  I'm sustaining the objection.

14   BY MS. WELLS:

15   **Q.**  You were also asked questions on cross-examination about

16   whether your conversations continued with the defendant after

17   May 4th.  Do you recall those questions?

18   **A.**  Yes.

19   **Q.**  And you never spoke to him after that; is that right?

20   **A.**  Never, no.

21   **Q.**  Do you know whether other people within the FBI continued

22   to be in touch with the defendant after his account was

23   deleted?

24   **A.**  I have no knowledge of that.

25   **Q.**  And do you know what, if anything, the defendant shared

 1   with anyone he might have been in touch with after you?

 2   **A.**  No.

 3            MS. WELLS:  Your Honor, I have no further questions.

 4                      RECROSS EXAMINATION

 5   BY MR. HERMAN:

 6   **Q.**  Sir, you were asked on redirect examination about whether

 7   or not Tom deleted his Telegram account.

 8            Do you recall those questions?

 9   **A.**  Yes.

10   **Q.**  And you said it was your opinion that Telegram deleted the

11   account, correct?

12   **A.**  That's right.

13   **Q.**  But you don't know that for a fact, do you?

14   **A.**  I mentioned that it was based on my experience, I believe

15   Telegram deleted the account.

16   **Q.**  It's equally possible that Tommy deleted the account, isn't

17   it?

18   **A.**  According to my experience, if he -- if the defendant had

19   deleted his account, I wouldn't see the conversation at all.

20   **Q.**  Are you aware, sir, that on May 7th, 2019, Tommy sent a

21   message to OCE 2 saying, "It is the convert Qital.  I had to

22   delete my account"?  Are you familiar with that?

23   **A.**  I am not aware of that.

24   **Q.**  Okay.  Are you familiar that 15 days after that when OCE 2

25   was asking Tommy about you, Tommy said to him:  "Don't give him

1    my username yet"?  Are you aware of that?

2    A.  I am not aware of that.

3    Q.  So it's just as plausible, in fact even more plausible,

4    that Tommy deleted his account so he wouldn't have to talk to

5    you, right?

6    A.  Like I mentioned, I have -- we have experienced this

7    before.  So I know exactly when Telegram deletes an account,

8    the conversation, they stay there like I mentioned before.  But

9    if a user deletes his account, then the conversation

10   disappears.

11   Q.  He never tried to, with a new account, contact you again,

12   did he?

13   A.  I haven't seen that, no.

14   Q.  Okay.  You would have known it if you had seen it, right?

15   A.  That's right.

16   Q.  Okay.  He never tried to contact you again to get in touch

17   with the expert brothers, did he?

18   A.  He didn't.

19   Q.  He didn't try to contact you again to get in touch with the

20   Russian brothers, did he?

21   A.  No.  His account was deleted, so I didn't see that.

22   Q.  And he didn't get in contact with you about anything

23   related to ISIS again, did he?

24   A.  After May 4th, I didn't see anything.

25            MR. HERMAN:  One second, please.

1          (Counsel conferring.)

2                MR. HERMAN:  Nothing further.  Thank you.

3                THE COURT:  All right.  Thank you.

4                You're excused, sir.  Thank you.

5          (Witness excused.)

6                THE COURT:  Call your next witness, please.

7                MS. HUGHES:  Thank you, Your Honor.  The government

8    calls Aaron Zelin.

9          (Witness entered courtroom.)

10               MS. HUGHES:  May I remove my mask?

11               THE COURT:  Raise your right hand, please.  Do you

12   solemnly swear or affirm that the testimony you're about to

13   give in this cause will be truth, the whole truth, and nothing

14   but the truth?

15               THE WITNESS:  I do.

16         (Witness duly sworn.)

17               THE COURT:  Have a seat, please.

18                AARON ZELIN, GOVERNMENT'S WITNESS, SWORN

19                          DIRECT EXAMINATION

20   BY MS. HUGHES:

21   **Q.**  Good afternoon, sir.  Could you please introduce yourself

22   and spell your name for the record?

23   **A.**  Aaron Zelin.  It's A-a-r-o-n; Zelin, Z-e-l-i-n.

24   **Q.**  And where are you currently employed?

25   **A.**  I'm a senior fellow at the Washington Institute for Near

1    East Policy.

2    **Q.** What is the Washington Institute?

3    **A.** It's a think-tank or research center that's based in

4    Washington, D.C.

5    **Q.** How long have you been employed at the Washington

6    Institute?

7    **A.** About nine-and-a-half years now.

8    **Q.** What is your position and responsibilities there?

9    **A.** I primarily focus on doing research on jihadist groups, in

10   particular groups like ISIS and al-Qaeda in the Arab world and

11   looking at Syria and Tunisia especially.

12   **Q.** Where were you employed before the Washington Institute?

13   **A.** I was a research assistant in the department of politics at

14   Brandeis University working with a professor there on her

15   Western jihadism project.

16   **Q.** What kinds of groups did you investigate as part of that

17   project?

18   **A.** It was primarily individuals involved in joining up with

19   al-Qaeda at that point as well as ISIS predecessor groups from

20   Western countries.

21   **Q.** Besides the Washington Institute, are you affiliated with

22   any other research or academic institutions?

23   **A.** Currently I'm a visiting research scholar at Brandeis

24   University, which is a part of that same project.

25   **Q.** What is your educational background?

1    **A.** I received my bachelor's from Indiana University,

2    Bloomington, in political science and Near Eastern languages

3    and cultures. Then I did my master's at Brandeis University in

4    Islamic and Middle Eastern studies.

5            And then after that I did my Ph.D. from King's

6    College, London, in war studies.

7    **Q.** And did you receive your Ph.D.?

8    **A.** Yes, I defended it in December 2017.

9    **Q.** What was your dissertation on?

10   **A.** It was on the history of the Tunisian jihadist movement.

11   **Q.** And you mentioned that you analyzed trends and extremist

12   groups. Could you just once again detail the groups that you

13   have researched and examined?

14   **A.** Primarily al-Qaeda, the Islamic State, and their various

15   affiliates and branches, but also other groups like Hay'at

16   Tahrir al-Sham in Syria and their predecessor groups as well as

17   Ansar al-Sharia in Tunisia as part of the project that I did

18   for my Ph.D. and book.

19   **Q.** Can you explain your research methods in researching these

20   groups?

21   **A.** Sure. So for me at least, I usually try and go to the

22   source from the groups themselves, so the primary sources they

23   put out, the media that they put out, so that I can directly

24   see what they're saying so it's not filtered through what

25   somebody else is trying to say, whether it's the media or

1  somebody in government.

2         And then from there I try and triangulate that with

3  other information that might be out there, whether it's in

4  regional media in the Arab world or Western media.  And then,

5  of course, there's people that are in the field as well that do

6  research on these issues, so I read their articles and see what

7  they're saying and see whether I agree or disagree or maybe

8  something in between, and then try and put that all together

9  and come up with the research that I'm writing about at that

10  particular time or the answer I'm trying to -- or the question

11  I'm trying to answer.

12  **Q.**  Do you speak Arabic?

13  **A.**  I do.

14  **Q.**  Are you fluent in Arabic?

15  **A.**  I'm not a native speaker.

16  **Q.**  Have you published any articles about terrorism?

17  **A.**  I have.

18  **Q.**  Approximately how many articles would you say?

19  **A.**  Hundreds at this point.  I'm not sure the exact amount.

20  **Q.**  And would those articles include articles about ISIS?

21  **A.**  Yes.

22  **Q.**  Were any of your articles peer reviewed?

23  **A.**  Yes.

24  **Q.**  What does peer reviewed mean?

25  **A.**  It's a process within academia where you submit an article

1    you write to an academic journal, and then they send that off

2    to two anonymous peer reviewers so they don't see that I wrote

3    it.  My name is not on the document.  And then they review it.

4         I don't know who is reviewing it, and so it's like a

5    double-blind process.  And then you get feedback whether they

6    want to publish it 'cause it's so good that it just gets

7    published, which usually never happens because academics always

8    argue with each other, but usually the good sign is to get a

9    revised and resubmit; otherwise, they'll reject it, and some

10   people then try and submit it to another journal.  But that's,

11   generally speaking, the process.

12        MR. GREENBERG:  Ms. Hughes, could you pull the

13   microphone a little bit closer?

14        MS. HUGHES:  Sure.

15        MR. GREENBERG:  Thank you.

16   BY MS. HUGHES:

17   **Q.**  Have you published any books?

18   **A.**  Yes.

19   **Q.**  Have you testified before Congress?

20   **A.**  I have.

21   **Q.**  Approximately how many times have you testified before

22   Congress?

23   **A.**  Twice.

24   **Q.**  What topics did you did you testify on?

25   **A.**  Primarily it was on Tunisia and Libya and North

1    Africa-related issues.

2    **Q.** Dr. Zelin, have you testified in any other federal trials?

3    **A.** I have.

4    **Q.** And were you qualified as an expert in those trials?

5    **A.** Yes, I have.

6    **Q.** Approximately how many times have you been qualified as an

7    expert?

8    **A.** About a half a dozen times.

9    **Q.** Have you lectured on issues related to jihadism?

10   **A.** Yes.

11   **Q.** Dr. Zelin, what is jihadology.net?

12   **A.** It's a website that I created in May 2010, so about 11-1/2

13   years ago now.  It's a primary source archive, so it has

14   content from the groups that I study as well as other groups

15   because it's part of a project so that other researchers have

16   access to this information so that they themselves can do

17   research on it, of course.  You know, journalists, people in

18   government, diplomats, humanitarian workers, lawyers as well as

19   others that use [sic] it useful for their professional purposes

20   use it also.

21          But the original emphasis was for other graduate

22   students.  Because when I was doing my master's thesis in 2008

23   to 2010, part of the research was related to gathering primary

24   sources, and at the time it was difficult to find it online,

25   but also there wasn't really any structure within academia to

1    teach people how to find that.  So I figured if, you know, I

2    was having a tough time with that throughout my master's

3    process, I'm sure other students would likely as well; and

4    therefore, that's the initial reason why it was created, so

5    that other people would be able to have access to it for

6    research purposes, too.

7    Q.  And just to be more specific, does jihadology.net collect

8    information from only one terrorist group?

9    A.  No.

10   Q.  Could you give a sense of what kinds of groups you collect

11   on on this website?

12   A.  I mean, there's dozens, if not more.  Of course, there's

13   the Islamic State.  There's Al-Qaeda.  There's Hay'at Tahir

14   al-Sham.  There's the Taliban.  There's the Tehrik-i-Taliban

15   Pakistan.  There's the Islamic Movement of Uzbekistan.  There's

16   Ansar al-Tajweed.  There's Ahrar al-Sham and so on and --

17   Q.  That's --

18   A.  I mean, I could go on if you want, but --

19   Q.  That's perfect.

20   A.  -- there's many.

21   Q.  Okay.  Perfect.  Thank you, Dr. Zelin.

22          Dr. Zelin, are you being paid for your time here

23   today?

24   A.  Yes.

25   Q.  How much are you being paid?

1    **A.** $400 an hour.

2    **Q.** As far as you know, is that within the range of the going

3    rate for this kind of expert testimony?

4    **A.** Yes.

5    **Q.** Is your testimony today based on any understanding you have

6    regarding the defendant or this case in particular?

7    **A.** No.

8    **Q.** Are you instead testifying solely based on your research

9    and your academic work?

10   **A.** Correct.

11            MS. HUGHES:  Your Honor, at this time the government

12   offers Aaron Zelin as an expert in terrorist groups, including

13   the Islamic State of Iraq and al-Sham, also known as ISIS.

14            MR. GREENBERG:  No objection.

15            THE COURT:  All right.

16   BY MS. HUGHES:

17   **Q.** Dr. Zelin, you mentioned that you studied ISIS.

18            Beginning -- what does ISIS stand for?

19   **A.** It stands for the Islamic State of Iraq and al-Sham.

20   **Q.** Are there other names that ISIS is known by?

21   **A.** They're -- also have gone by ISIL or the Islamic State of

22   Iraq and the Levant, the Levant being just a translation of

23   al-Sham, which is essentially greater Syria, also the Islamic

24   State or just IS.

25            In Arabic people will call it "Daesh," which is just

1    the acronym of ISIS in Arabic.  And then usually members of the

2    group for short might just call it "al-Dawlah" or "the State."

3    Q.  Are you familiar with the term -- so Dawlah, could you

4    please spell Dawlah?

5    A.  It could be spelled in different ways depending on how you

6    transliterate it, but essentially D-a-w-l-a or adding an H at

7    the end also.

8    Q.  When and where was ISIS created?

9    A.  The group originally formed in Afghanistan in 1999 by Abu

10   Musab al-Zarqawi; however, it's had various iterations over the

11   years and moved to Iraq in 2002, 2003, and has had different

12   names, with the most recent iteration coming about in June 2014

13   when it just called itself the Islamic State and self-declared

14   itself a caliphate.

15   Q.  What, in general terms, is the purpose or objective of

16   ISIS?

17   A.  Generally speaking, the group wants to take over territory

18   anywhere possible so that they can implement Islamic law based

19   off of their own interpretation of it; and therefore, everybody

20   in the world essentially is under their writ.

21   Q.  What announcement did ISIS make at the end of 2014?

22   A.  Do you mean in June 2014?

23   Q.  Correct.

24   A.  Sorry.

25   Q.  There are several.  Sorry, I should have -- that was a poor

1    question.  I should have been more specific.

2    **A.**  Sure.  So in the end of June 2014, that's when Abu Muhammad

3    Al-Adnani, the group spokesperson at the time, announced that

4    they were sort of recreating the caliphate and that Abu Bakr

5    al-Baghadadi, who was the group's leader at the time, would

6    become the caliph, which is just what they call the leader in

7    the context of the caliphate.

8    **Q.**  I'm showing just for the witness, please, what has been

9    marked as Government's Exhibit 800.

10           Dr. Zelin, let me know when you see this screen.

11   **A.**  I do.

12   **Q.**  And what is before you?

13   **A.**  It's a map of the Middle East.

14   **Q.**  Is this a fair and accurate representation of the Middle

15   East?

16   **A.**  As far as I can tell.

17           MS. HUGHES:  At this time the government offers

18   Government's Exhibit 800 for demonstration purposes only.

19           MR. GREENBERG:  No objection.

20           THE COURT:  Okay.

21           MS. HUGHES:  Permission to publish.

22           THE COURT:  All right.

23   BY MS. HUGHES:

24   **Q.**  And in general terms, you mentioned there was a physical

25   presence.  Could you just on your screen -- you'll actually be

1    able to touch your screen -- could you please just outline

2    generally where ISIS was headquartered in this 2014 timeframe?

3    **A.**  Okay.  I'll try and do my best with my fingers.  But sort

4    of in this area.  Whoops.  I guess I can't expand it.

5         But generally speaking, that area.  It goes a little

6    farther south as well but generally speaking.

7    **Q.**  And for the record, the witness has drawn a box in between

8    Syria and Iraq in the northern quadrants of both countries.

9         And at this time in 2014, was in -- was this physical

10   space -- was it occupied solely by Iraqis and Syrians, or who

11   were ISIS supporters in this land?

12   **A.**  Of course, there were people from Iraq and Syria that were

13   in this area, but you also had a number of people from other

14   countries that came to Iraq and Syria to join up with the

15   Islamic State.

16        Based off of other research as well as statements

17   from a number of governments, it's believed that up to, if not

18   at least more, 110 different nationalities were represented

19   within people that joined up with the Islamic State.

20   **Q.**  Does ISIS still have a physical caliphate, a physical

21   occupied territory?

22   **A.**  No, they don't currently control any territory in Iraq or

23   Syria.

24   **Q.**  When -- when did this transition happen?

25   **A.**  The last village that they controlled was in March 2019 in

1    Baghuz, which is in eastern Syria.

2    **Q.** Did the loss of a physical territory have any impact on

3    ISIS's messaging or the way it communicated to its supporters

4    in ways that could help ISIS?

5    **A.** It definitely relied on something different than before,

6    where previously they're primarily talking about people coming

7    to join up with the group; whereas, later, especially after the

8    U.S. started its military campaign against it in 2014 and '15,

9    that people that can't make it to Iraq and Syria should either

10   go to other provinces that ISIS is operating in outside of Iraq

11   and Syria or to potentially conduct terrorist attacks in their

12   own countries that they're in.

13            But after 2019 also they added this -- not utopian --

14   this nostalgic narrative, essentially talking about how, like,

15   what there used to be in relation to them controlling the

16   territory.

17   **Q.** You had mentioned -- you had mentioned who the original

18   leader was for ISIS.

19            Could you just repeat, who was the original founder

20   of ISIS?

21   **A.** The original founder was Abu Musab al-Zarqawi in 1999, but

22   the group has had a number of leaders since then.  After

23   Zarqawi, the leader of the Islamic State of Iraq, which is sort

24   of the predecessor of ISIS, was Abu Umar al-Baghdadi.  Then you

25   had Abu Bakr al-Baghdadi, who probably is most known maybe

1    because of everything that happened in 2014 and after.  He came

2    to be the leader in 2010, and then he was killed in October

3    27th, 2019, so about two years ago now.

4              And now they have this new guy, Abu Ibrahim

5    al-Hashimi al-Qurashi.

6    **Q.**  Does ISIS have a flag or an emblem?

7    **A.**  Yes.

8    **Q.**  How would you describe this flag?

9    **A.**  It's black, and then the top of it is sort of the beginning

10   part of the Muslim testament of faith, and then in the bottom

11   is sort of the seal that the Muslim Prophet Muhammad used when

12   he had allegedly corresponded with people.

13   **Q.**  What significance does this flag have in particular in ISIS

14   media and ISIS iconography, if you will?

15   **A.**  It's pretty ubiquitous in a lot of the things that they do,

16   whether it's in their media realm, but even in the physical

17   world, too, when they took over territory, they, of course, put

18   the flag up on administrative buildings, and in the streets

19   people would wave it around.

20             So any -- you know, in the same way people would use

21   an American flag or another country's flag, that was their

22   flag.

23   **Q.**  Dr. Zelin, are you familiar with any hand gestures that are

24   particular to ISIS?

25   **A.**  Yes.

1    **Q.** Could you please explain what that gesture is?

2    **A.** It's called Iisba (phonetic) Tawheed or the finger of

3    monotheism to note that there is only one God within Islam.

4    **Q.** Would you mind demonstrating this hand gesture?

5    **A.** (Indicating.)

6    **Q.** And for the record, the witness has put his right hand in

7    the air with his index finger up.

8             And is this -- is this gesture exclusive to ISIS?

9    **A.** No.  I mean, other Muslims use it as well; however, because

10   of the fact that there was so much media related to ISIS, most

11   people that, you know, are not Muslim probably only came across

12   of it because of ISIS.

13   **Q.** I'm putting up what has been previously admitted into

14   evidence Government's Exhibit 603-3.

15            Dr. Zelin, before you, is this the gesture you were

16   describing?

17   **A.** Yes.

18   **Q.** And behind the individual with the one finger raised, is

19   this the flag that you were also describing before?

20   **A.** Yes.

21   **Q.** Over the course of your study of Islamic terrorist groups,

22   have you become familiar with certain terms that are

23   specifically used by ISIS?

24   **A.** Yes.

25   **Q.** I want to just run through a few of these terms with you

1    now.

2    **A.** Okay.

3    **Q.** Are you familiar with the term "jihad"?

4    **A.** Yes.

5    **Q.** What does this mean in the context of ISIS?

6    **A.** In general, it just means to struggle or to strive.

7    Usually in the context of a group like ISIS, it's in relation

8    to struggling or striving on the military battlefield.

9    **Q.** We briefly touched on who Anwar al-Awlaki is, but could you

10   just explain in a little more detail who is Anwar al-Awlaki?

11   **A.** Anwar al-Awlaki was a Yemeni-American who eventually joined

12   al-Qaeda in the Arabian peninsula in Yemen.  He eventually was

13   killed in a drone strike in 2011, but before that he became a

14   senior leader within AQAP and was a senior ideologue as well.

15   And in a lot of his messages, besides trying to get people to

16   come to Yemen to become foreign fighters to join the group, he

17   also called for individuals to conduct attacks abroad in

18   Western countries, including the United States.

19   **Q.** Is he cited in sort of ISIS propaganda or ISIS material?

20   **A.** Yes, he has been.

21   **Q.** What is the -- what are -- what is referred to as the

22   mujahideen?

23   **A.** It's just the one who struggles.  So in this context, one

24   who struggles within fighting.

25   **Q.** On behalf of ISIS?  In the context of ISIS?

1    **A.**  Yes.

2    **Q.**  What does the term "Kuffar" mean as used by ISIS?

3    **A.**  Infidels.

4    **Q.**  And when ISIS refers to Kuffars or you see it in

5    literature, what generally are they referring to?

6    **A.**  Non-Muslims.

7    **Q.**  What is bayat?

8    **A.**  It means a religious oath of allegiance.

9    **Q.**  What does bayat mean in the context of ISIS?

10   **A.**  If you become a member of the Islamic State or even

11   supporters of the group will do this, where they'll give a

12   baya, which is the singular to bayat, to the leader of the

13   group.

14            So at one point it would have been, you know, Abu

15   Bakr al-Baghdadi, and now it would be Abu Ibrahim al-Hashimi

16   al-Qurashi.

17   **Q.**  So if I did an oath to Baghdadi -- he's since passed -- am

18   I still in the -- am I good to go or is there a renewal sort of

19   obligation?

20   **A.**  Yeah, you need to renew for the new leader of the group

21   potentially, because that sort of renews your vow with what

22   they're trying to do.

23            So after Baghdadi died and the new leader came about,

24   ISIS in its propaganda actually put out a whole series of

25   photographs showing people in different so-called provinces

1    that they operate in in various parts of the world, reaffirming

2    it to show that people are still supporting what the Islamic

3    State was doing even after Baghdadi was killed.

4    **Q.**  Are you familiar with the term "shuhada"?

5    **A.**  Yeah.

6    **Q.**  What -- what does that mean?

7    **A.**  In its essence, it just means to testify.  But in the

8    context of what ISIS does, it's like testifying usually when

9    you're doing a martyrdom operation, so potentially a suicide

10   attack or something like along those lines, because you're

11   testifying and witnessing with God's will essentially.

12   **Q.**  I want to now turn your attention to the bureaucracy of

13   ISIS.  And just for the witness, I'm putting up what has been

14   marked as Government's Exhibit 801.

15            Dr. Zelin, are you familiar with this exhibit?

16   **A.**  Yes.

17   **Q.**  What is this exhibit?

18   **A.**  It's a screenshot from an Islamic State video called "The

19   Structure of the Caliphate."

20   **Q.**  Have you had a chance to review that video?

21   **A.**  I have.

22   **Q.**  And is this a fair and accurate screenshot from that video?

23   **A.**  Yes.

24            MS. HUGHES:  The government seeks to admit and

25   publish Government's Exhibit 801.

1          MR. GREENBERG:  No objection.

2          THE COURT:  Okay.

3        (Said exhibit admitted in evidence.)

4    BY MS. HUGHES:

5    **Q.**  So, Dr. Zelin, what are we looking at here?

6    **A.**  It's essentially the structure of the Islamic State's

7    bureaucracy or government.

8    **Q.**  And let's focus on the top first.

9          Who is at the top of this structure?

10   **A.**  "The Khalifah," so Abu Bakr al-Baghdadi when the video came

11   out.

12   **Q.**  And who are -- what are the two organizations, in general

13   terms, beneath The Khalifah?

14   **A.**  You have The Shura Council and The Delegated Committee.

15         The Shura Council are essentially a group of people

16   that provide guidance and strategy between them and the leader

17   of the group.

18         And then The Delegated Committee sort of converts

19   these ideas that they come up with into strategic directives on

20   how the bureaucracy of the state then should implement them,

21   whether it's their administrations, their provinces, or their

22   committees and offices.

23   **Q.**  And you mentioned committees and offices.  In general

24   terms, what are these responsible for?

25   **A.**  They're one part of the government of ISIS essentially.  I

1    mean, if you read Arabic, one of them says "The Hijrah

2    Committee," which is for people who are foreign fighters.  One

3    is related to affairs of prisoners and martyrs.  Another one is

4    research and studies.

5           Another one is about their distant provinces, which

6    is the provinces outside of Iraq and Syria.  And then the other

7    one is about the relations with tribes and clans and the areas

8    that they operate in.

9    **Q.**  What is a foreign fighter?

10   **A.**  A foreign fighter is essentially somebody that's not from

11   the country where the conflict is operating, where the group is

12   based.

13          So in the context of Iraq and Syria, it would be

14   anybody that's not Iraqi or Syrian that's come over there to

15   join up with the group.

16   **Q.**  What are the Dawawin?

17   **A.**  It's the administrations.  So it's essentially the

18   equivalent of, like, the Department of State, Department of

19   Defense, Department of Justice, Department of Interior,

20   et cetera, et cetera.

21          And they call it Dawawin, which is just the plural of

22   Diwan, and it just means the administration, essentially.

23   **Q.**  So Diwan is the singular of Dawawin?

24   **A.**  Yes.

25   **Q.**  And, Dr. Zelin, what are "The Wilayat"?

1   **A.**  Those are the provinces that the Islamic State claims to

2   either control territory in or operate in.

3           Obviously right now they don't control any territory,

4   but back when this was out, they did.  So it includes the

5   provinces that are specifically in Iraq and Syria as well as

6   the so-called distant provinces, as they describe it, that are

7   outside of those two countries because they have -- you know,

8   these provinces are also where the group operates.

9   **Q.**  How are these provinces organized internally?

10  **A.**  Usually there's a wali at the top, which is a governor.

11  Then there's a deputy wali, and then there's usually a senior

12  military commander, who is in charge of the fighting in that

13  area.  And then you'll also have a senior sharia official or

14  Islamic law since that's important.

15          And then under that you also have the actual

16  administrations being implemented in those specific local

17  areas, and that's also being mediated between the province --

18  the provincial leadership, the administrations, and the

19  delegated committee, which is the ones who provide those

20  strategic directives initially.

21  **Q.**  I'm putting up what has been already admitted into evidence

22  as Government's Exhibit 202-020-T.

23          Dr. Zelin, first of all, are you familiar with where

24  this exhibit comes from in any way?

25  **A.**  No.

1   **Q.** What -- looking at these names, what do these names, if

2   anything, mean to you?

3   **A.** They just look like English language translations of the

4   provinces of the Islamic State.

5   **Q.** I would now like to go through the video where that diagram

6   came from, "The Structure of the Khilafah."

7          And this has already been admitted into evidence as

8   Government's Exhibits, just specific clips from it, 603-22,

9   603-23, and 603-24.

10         (Said video played in open court.)

11  BY MS. HUGHES:

12  **Q.** Pausing here, Dr. Zelin, what is this name we see on the

13  screen?

14  **A.** Abu Umar al-Baghdadi.

15  **Q.** And is that khalif, the leader that we were discussing

16  before?

17  **A.** He was one of the leaders of the group, so he was in charge

18  from 2006 until 2010.  So he was Abu Bakr al-Baghdadi's

19  predecessor.

20         (Video playing in open court.)

21  BY MS. HUGHES:

22  **Q.** And pausing for a second, Dr. Zelin, what is the symbol you

23  see in the upper left-hand corner of the video?

24  **A.** It's the logo for al-Furqan Media, which is the first media

25  outlet that the Islamic State created back in 2006.

1   **Q.** And is al-Furqan then a part of official sort of ISIS
2   media?
3   **A.** Yes.
4        (Video played in open court.)
5   BY MS. HUGHES:
6   **Q.** So, again, who was the image we just saw?  Who was the
7   khalif at the time of this?
8   **A.** That was Abu Bakr al-Baghdadi.
9        (Video played in open court.)
10  BY MS. HUGHES:
11  **Q.** Pausing there for a moment, Dr. Zelin, does this mean --
12  are the wilayats then solely in the Middle East, or how
13  expansive were these wilayats?
14  **A.** The core of the group was, of course, in Iraq and Syria,
15  but they had provinces in North Africa, Sub-Saharan African,
16  South Asia, and caucuses.
17       (Said video played in open court.)
18  BY MS. HUGHES:
19  **Q.** Moving to Government's Exhibit 603-23.
20       (Said video played in open court.)
21  BY MS. HUGHES:
22  **Q.** Pausing here for a moment, Dr. Zelin, around the Diwan of
23  Media there are these symbols.  Could you please explain if any
24  of these are, one, familiar to you; and then if they are, what
25  they are?

1    **A.**  Sure.  On the top is al-Furqan, which is the one we already

2    discussed.

3           At, like, just on the right side of that is

4    al-Hayat --

5    **Q.**  And, Dr. Zelin, you can actually touch your screen.

6    **A.**  Oh, okay.

7    **Q.**  If you wouldn't mind just helping us read along with you.

8    **A.**  So this is al-Furqan.  This is al-Hayat.

9           Did you want me to describe what they specifically

10   are or just --

11   **Q.**  Please.  Please just briefly what al-Hayat --

12   **A.**  Okay.  So al-Furqan originally was showing videos and

13   everything that the Islamic State did, but then they started to

14   diversify and create a bunch of different outlets in around

15   2013 or so.  And more recently, al-Furqan primarily just

16   publishes speeches from the leader of the group and the

17   official spokesperson.

18          Al-Hayat was primarily created for

19   non-Arabic-speaking audiences, so they'll release content

20   usually in English, French, German, Russian, along those lines

21   as well as others.

22          Then there's Asnad, which is their main outlet for

23   nasheeds as well as chronic recitations.  Nasheeds are just

24   religiously sanctioned acapella music since they're not

25   allowed, according to them, to use instruments in music.

1  **Q.** And, Dr. Zelin, actually is there a nasheed in the

2  background of this video that we played --

3  **A.** Yes, so the -- you know, song, quote/unquote, that you've

4  been hearing or there's been multiple ones, I believe, are

5  nasheeds essentially.

6         Then this one here is Ivet (phonetic) Al Bayane or

7  Bayane Radio.  This was a radio station that the Islamic State

8  created.  And when they controlled territory, they had a number

9  of different FM channels depending on what locality you're in,

10  but they also posted some of it online, including a PDF

11  document that showed some of the claims and responsibility that

12  the group did.

13        Then you have Maktabat al-Himmah, which was

14  essentially their proselytization wing where they would provide

15  information and advice related to certain topics, usually

16  religious topics but sometimes other things.

17        And then this final one here is Al-Naba, which is

18  their weekly newsletter that they put out once a week.

19  **Q.** Resuming the video.

20     (Said video played in open court.)

21  BY MS. HUGHES:

22  **Q.** Moving on to Government's Exhibit 603-24.

23     (Said video played in open court.)

24  BY MS. HUGHES:

25  **Q.** And you mentioned "shuhada" as we were running through some

1    terms.

2          Here what does "looking after the families of the

3    shuhada" mean in this context?

4    **A.**  In this context it's referring to anybody that's, you know,

5    married to, children of, related to an individual that would

6    have been martyred on the battlefield, because "shuhada" means

7    the martyrs.

8          (Said video played in open court.)

9    BY MS. HUGHES:

10   **Q.**  And, Dr. Zelin, this video was in English.  Is that common

11   to have English-speaking ISIS videos in this way?

12   **A.**  It's not super common since I'd say about 88 to 90 percent

13   of the materials they put out is usually in Arabic.  However,

14   they have put out content in English, so it's definitely there

15   alongside other languages.  But if you're looking at it in

16   totality, English was probably the second biggest language that

17   they put content out in.

18   **Q.**  Just for the witness, please, I'm showing what has been

19   marked for -- what's been marked as Government's Exhibit 802.

20         Dr. Zelin, what is on your screen?

21   **A.**  It's an English language translation of various media

22   offices that are official to the Islamic State.

23   **Q.**  Did you create this exhibit?

24   **A.**  No.

25   **Q.**  Is this exhibit a fair and accurate representation, though,

1    of the various media offices that operate within Central ISIS

2    Media Diwan?

3    **A.**  Yes.

4            MS. HUGHES:  At this time the government offers into

5    evidence Government's Exhibit 802, which is a demonstrable

6    exhibit, and seeks permission to publish.

7            MR. GREENBERG:  No objection.

8            THE COURT:  Okay.

9        (Said exhibit admitted in evidence.)

10   BY MS. HUGHES:

11   **Q.**  So, Dr. Zelin, let's start with the bright colors on the

12   outside.  Could you please explain what this outer circle

13   represents?

14   **A.**  Those are the official media offices for the various

15   provinces that the Islamic State operates.

16   **Q.**  Those are -- by "provinces," you mean the wilayat?

17   **A.**  Yes.

18   **Q.**  So in addition to a wali in the provinces, there's also

19   their own media entities?

20   **A.**  Correct.

21   **Q.**  Zooming in on the less colorful inner circle, what are

22   these entities?

23   **A.**  Those are the ones that are directly managed by the Central

24   Media Diwan itself.

25   **Q.**  Are these occasionally referred to as official ISIS media

1    groups?

2    **A.**  Yes.

3    **Q.**  Could you just -- we described some of these, but just so

4    that the English spelling is clear, could you please just read

5    the entities that comprise the Central Media Office?

6    **A.**  Furat Media, Himma Library, Naba Newspaper, Bayan Radio,

7    Ajnad Foundation, Furqan Foundation, I'tisam Foundation,

8    Al-Hayat Media, A'maq News Agency, and Reality Media.

9    **Q.**  Showing you what's been marked and already admitted as

10   Government's Exhibit 201, Dr. Zelin, what is this emblem of?

11   **A.**  It's a graphic or promotional graphic that ISIS put out for

12   a particular nasheed that they released called "Answer the Call

13   through al-Hayat Media," and the logo is al-Hayat Media's logo.

14   **Q.**  And my apologies.  I misspoke.  This is 603-10, already

15   admitted into evidence still.

16          And at the top of 603-10, Dr. Zelin, there's a list

17   of languages.  Could you please explain what this list

18   represents?

19   **A.**  Partially aspirational since they haven't released content

20   in all these languages, but its aim is to show that they're

21   trying to reach a variety of audiences, especially since

22   usually after something is officially released, some of the

23   supporters of the group will then try and translate it into

24   their own languages to spread the message even further to a

25   larger audience that might not know Arabic or English or

1    whatever language an official release might be in.

2    **Q.** Now putting up what has been marked as Government -- and

3    admitted as Government's Exhibit 201, and, Dr. Zelin, are you

4    familiar at all with the context of this document?

5    **A.** No.

6    **Q.** Focusing your attention on the list underneath

7    "Priorities," could you please explain -- are al-Furqan,

8    al-I'tisam, and al-Himmah then official ISIS media entities?

9    **A.** Yes.

10   **Q.** And what do you understand item 3 to be a reference to?

11   **A.** I assume it's in relation to sort of the --

12          MR. GREENBERG: Objection, Judge. He assumes.

13          MS. HUGHES: He's explaining what this means in the

14   context of ISIS entities -- media entities.

15          THE COURT: Well, the word "assumes" obviously raises

16   an objection.

17   BY MS. HUGHES:

18   **Q.** Could you please -- why don't we focus No. 5, Nasheed

19   channels. In the context of ISIS media, what are Nasheed

20   channels?

21   **A.** It would be Ajnad Media, and then al-Hayat Media would

22   sometime release nasheeds, too.

23   **Q.** And Office of Media Productions for the Wilayat of the

24   Islamic State, are those the provinces you've -- does Wilayat

25   refer to the same provinces you've been describing throughout

1    your testimony?

2    **A.**  Yes, they have provincial media offices.

3    **Q.**  I now want to spend some time talking about the kinds of

4    media ISIS produces.

5              And you can clear the screen.  Thank you.

6              You mentioned at the beginning that you study primary

7    sources.  And what does that mean, "primary sources"?

8    **A.**  In essence, it's content that comes directly from a group

9    or individual.

10   **Q.**  What kinds of media does ISIS produce?

11   **A.**  A variety of different types; for example, video messages,

12   audio messages.  They put out a weekly newsletter.  They have

13   magazines that have come out at various points that are defunct

14   now.

15             They've put out nasheeds.  They had the radio

16   station.  So they've also had a number of pictures, photo

17   essays.  So there's a large swath of media that they've put out

18   over the years.

19   **Q.**  What are some of the names of the magazines that ISIS has

20   put out?

21   **A.**  Well, there's Al-Naba newsletter, which we talked about.

22   Then in terms of English language ones, there's Dabiq and

23   Rumiyah.  And then for French there's Dar al-Islam.  For

24   Turkish, there's Constantinople.  And then there's the Russian

25   one that was called Istok, though I don't know Russian so I

1  can't really tell you what that means.

2  **Q.** Where does ISIS publish its written or video content?

3  **A.** It depends what year you're essentially talking about; but,

4  you know, earlier years it was these password-protected forums.

5  Then starting in around 2012, '13 or so, they're more

6  so on Twitter. That's sort of viewed as, like, the

7  headquarters of the media operations for the jihadi movement

8  online.

9  Then in around the fall of 2015, that changed more to

10 Telegram, which is an encrypted messaging application that also

11 has channels you can join.

12 And then over the last two years, while Telegram is

13 still very much seen as sort of the headquarters of things,

14 there's also Rocket.Chat, which is the sort of like this

15 decentralized server where some content is released now since

16 Telegram has cracked down more so on ISIS- and al-Qaeda-related

17 content more recently.

18 **Q.** What do you attribute this transition from Twitter to

19 Telegram to be the cause of?

20 **A.** Much of it's external pressure because of takedowns by the

21 companies themselves. Of course, part of it is not necessarily

22 the companies originally doing it themselves but more because

23 of pressure from both articles in the media that are sort of

24 asking why are all these groups on here, but also other

25 governments have pressured the technology companies to take the

1    content down as well.

2    **Q.**  What do you attribute the movement to Telegram to be the

3    result of then?

4    **A.**  Because they no longer were able to operate on Twitter in a

5    way that they felt was good for them, because Twitter is the

6    sort of open system where anybody can see anything if you post

7    it more or less; whereas, other social media platforms are

8    slightly different.

9              So in some ways, Telegram was kind of a hybrid

10   between Twitter and the password-protected forums where you

11   could still kinda find stuff, but you had to join a specific

12   channel instead of just randomly coming across it possibly like

13   you could on Twitter.

14   **Q.**  How is ISIS media -- let me pose it this way.

15             Is ISIS media different from the way al-Qaeda or

16   other jihadi groups use media?

17   **A.**  The Islamic State definitely puts a lot of resources into

18   it, so that it's the best quality possible.  But in particular,

19   they usually have more of a narrative and story-telling

20   approach to the videos, at least, that they put out, in

21   comparison to al-Qaeda, which mainly -- I mean, they, you know,

22   do other things, but a lot of their videos are just their

23   leaders lecturing into a screen where they're wagging their

24   finger and telling people what they should be doing or

25   following.

1        So -- and then also the Islamic State, a lot of their

2   videos were shorter, and the way they were produced was cut in

3   a quicker manner so it was felt like more action and also could

4   probably be more exciting, I guess you could say, for a younger

5   generation; whereas, while al-Qaeda has added some stuff over

6   the years, it's still very much similar, especially from the

7   leaders themselves, the way it was 10, 15, 20 years ago, so --

8   and then besides that, of course, the Islamic State puts out

9   content from the leaders.  Every once in a while, they'll put

10  out an audio message usually.

11       But much of the video is usually focused on just

12  random individuals, whether it's foreign fighters, whether it's

13  local civilians involved in the administration of the Islamic

14  State and things along those lines.

15       So it makes it seem as if you, too, can be that

16  person in the video because it's just somebody random that you

17  don't even know; whereas, al-Qaeda it's kinda like, well,

18  you're likely not going to become a leader of the group.

19  **Q.**  You said a lot there.  I just want to go back to a few

20  points.

21       First of all, you said this was high quality

22  productions.  What do you mean by these productions are high

23  quality?

24  **A.**  All the videos were 1080p HD, so the best that you could

25  get at least from a commercial basis.  And then it was highly

1    edited in a way that anybody that watches a video would make it

2    seem like it could potentially come from something, you know,

3    like in the West instead of when you compare it to other videos

4    of other rebel groups that were operating in Syria at the time,

5    which were more grainy or the editing wasn't as well done, the

6    transitions.

7              I mean, I'm not a video editing expert, but at least,

8    you know, somebody that watches video you could tell that it

9    was -- it was very well done.

10   **Q.**  How would they go about, sort of in general terms,

11   collecting this footage?

12   **A.**  They had members of the group that had cameras on them that

13   were either embedded with fighters of the group who are

14   conducting some form of an attack against their enemies, or in

15   the case of things that they wanted to showcase with the media

16   or, I should say, the governance, they would go around to

17   different administrations or offices within the areas that they

18   controlled and would interview, you know, somebody that's the

19   head of whatever office or administration or talking to people

20   on the street and asking them about what's going on.  So, you

21   know, essentially people embedded in what they're doing.

22   **Q.**  We've spent some time talking about official ISIS media

23   groups.

24              Are there also unofficial ISIS media groups, groups

25   that aren't part of the Media Diwan?

1   **A.** Yes.

2   **Q.** I want to speak now about some of those specific groups.

3          Based on your research, what is your understanding

4   about how these unofficial groups operate to disseminate ISIS

5   propaganda?

6   **A.** They're essentially, more or less, supporters of the

7   organization that want to further the message of the group

8   because they're not actually in the areas that the group is

9   operating in, but they still want to help them out in some

10  ways.  And so they then will, you know, create a bunch of

11  different accounts or channels online and then potentially

12  create an official media outlet that sort of spreads the

13  message of ISIS.

14         And a lot of times they'll try and remix official

15  media content in their own way so that that's fashioned to a

16  potentially broader audience, whether because it's edited

17  differently or maybe it's not being taken down by a tech

18  company because it's not official, or it's being put into

19  another language so that those that might not know Arabic could

20  understand it.

21  **Q.** Are you familiar with the term "centralized" or

22  "decentralized media plan"?

23  **A.** Yes.

24  **Q.** What does that general concept mean?

25  **A.** I mean, essentially you have a centralization of some

1    strategic directive from the top, and then decentralization of

2    sort of implementation of whatever that strategic directive is;

3    so, you know, not necessarily in the media front, but as we

4    were talking about before in relation to the governance and the

5    structure of the Islamic State, the delegated committee

6    essentially creates these strategic directives, so that's like

7    the central top.  But then the administrations or the

8    provinces, based off of their knowledge of how to implement

9    them, then decide to do it.  So it's not like micromanagement,

10   essentially.

11   **Q.**  Are there instances where you have official ISIS media,

12   Media Diwan entities, engaging with these unofficial groups?

13   **A.**  Yeah, they won't necessarily, like, call them out

14   specifically, but they'll talk about the importance of work in

15   the media on behalf of the group even if they aren't members.

16   **Q.**  Are there specific examples where you have sort of official

17   ISIS communicating with unofficial groups?

18   **A.**  So, you know, sometimes leaders of the group will put out

19   audio messages, and they'll praise those who work in the media

20   field online that are supporting the group and trying to

21   encourage them to do more because they see it as harming their

22   enemies.

23          Then sometimes they'll put out graphics at certain

24   times to boost the particular hashtag.  This is, obviously, in

25   the context of when Twitter was big and being, like, you should

1    flood social media with that, essentially.

2              Other times they'll put out pamphlets that

3    specifically directly talk to people in the media field and

4    showing their importance to the movement even if they aren't

5    actually members of the group, too.

6    **Q.**  Are you familiar with the group Horizons Foundation?

7    **A.**  Yes.

8    **Q.**  What is the Horizons Foundation?

9    **A.**  It's essentially an IT help desk, an unofficial outlet that

10   supported the Islamic State.

11   **Q.**  I am moving on to Exhibit 204-1 and -2.  This is

12   "Crusader" -- my apologies -- 202-1.  This is "Holding Firm to

13   the Pledge."  I'm just playing portions of this clip that's

14   already been introduced into evidence.

15        (Said video played in open court.)

16   BY MS. HUGHES:

17   **Q.**  Dr. Zelin, stopping here, what do you see on your screen?

18   **A.**  It's the logo for Al-Abd al Faqir Media.

19   **Q.**  What is Al-Abd al Faqir?

20   **A.**  It's one amongst a number of unofficial support media

21   accounts for the Islamic State.

22        (Said video played in open court.)

23   BY MS. HUGHES:

24   **Q.**  Dr. Zelin, stopping again, who is this individual in the

25   center of the screen?

1    **A.** Abu Muhammad Al-Adnani, the former spokesperson of the

2    group who was killed in a drone strike.

3    **Q.** So is this an official statement?

4    **A.** Yes, it's audio from an official release that ISIS put out.

5    **Q.** Is it uncommon, then, for an unofficial group to use

6    official statements in this way?

7    **A.** Yeah, they'll remix content in their own manner.

8    **Q.** Moving to Government's Exhibit 204-1 and -2, which has

9    already been introduced into evidence, this is the video titled

10   "Crusader State of Russia."

11        (Said video played in open court.)

12   BY MS. HUGHES:

13   **Q.** Is this the same media symbol, Dr. Zelin?

14   **A.** Yes.

15   **Q.** And what is this group again?

16   **A.** Al-Abd al-Faqir Media.

17        (Said video played in open court.)

18   BY MS. HUGHES:

19   **Q.** Stopping here, what is this a scroll of?

20   **A.** It's a scroll of a section of the Al-Naba newsletter, which

21   is the weekly newsletter that the Islamic State puts out.

22   **Q.** Is Al-Naba an official ISIS publication?

23   **A.** Yes.

24   **Q.** So do these unofficial groups -- or let me -- that was a

25   poorly begun question.

1      How do these unofficial groups then amplify or work

2   to sort of disseminate official ISIS messaging?

3   **A.**  They can take different pieces of official media and then

4   try and put it in their own way or put their own spin on it and

5   remix it in the same way, you know, you might see with people

6   that are supporters of other endeavors.

7   **Q.**  Moving to Government's Exhibit 204-2.

8      (Said video played in open court.)

9   BY MS. HUGHES:

10  **Q.**  Dr. Zelin, was that English?

11  **A.**  No.

12  **Q.**  Is that Arabic?

13  **A.**  No.

14  **Q.**  Is it -- again, is it common to see ISIS media produced in

15  a multitude of languages?

16  **A.**  Yes, they've released content in other languages besides

17  Arabic and English.

18  **Q.**  Putting what has already been admitted into evidence as

19  Government's Exhibit 603-7, Dr. Zelin, what are these entities

20  that you see on your screen?

21  **A.**  They're unofficial media outlets or logos for them where

22  they translate content from certain -- or from Arabic to other

23  languages.

24  **Q.**  Focusing your attention to the top left corner, the red

25  circle, what entity is this?

1    **A.** Halummu.

2    **Q.** And what is your understanding of Halummu?

3    **A.** They primarily were involved in translating the original

4    Arabic content into English.

5    **Q.** What, if anything, has ISIS said about the importance of

6    translating its material or providing material in different

7    languages?

8    **A.** It's seen as a key part of them being able to grab a

9    greater audience than just one that understands Arabic, because

10   as I talked about earlier, you know, their ultimate goal is to

11   try and take over all territory in the world, however, you

12   know, sort of fanciful one might think that is.

13   **Q.** Putting up what has been introduced into evidence already

14   as Government's Exhibit 203-23, this is from the video, "The

15   Fighting Has Just Begun."

16        (Said video played in open court.)

17   BY MS. HUGHES:

18   **Q.** And, Dr. Zelin, is this the same AF, Abd al-Faqir, we've

19   seen in the previous two videos?

20   **A.** Yes.

21        (Said video played in open court.)

22   BY MS. HUGHES:

23   **Q.** Can you read the name of this entity?

24   **A.** Al-Battar.

25   **Q.** What is Al-Battar?

1    **A.**  It's another unofficial media outlet that supports the

2    Islamic State.

3    **Q.**  And what is the symbol you now see on your screen now?

4    **A.**  Al-Saqri Foundation.

5    **Q.**  What is the Al-Saqri Foundation?

6    **A.**  It's another one of these unofficial media outlets that

7    supports the Islamic State online.

8    **Q.**  Is it rare for these entities to collaborate in this way?

9    **A.**  Not necessarily.  I mean, you know, these individuals

10   online that support the group also communicate with each other

11   as well.  It's part of being in this social movement that

12   supports ISIS.

13            So, of course, sometimes people come up with ideas

14   together, and they want to share them in the same way other

15   people in other endeavors might collaborate on something that

16   they support.

17   **Q.**  Is -- are you familiar with an instance where the Al-Saqri

18   Foundation, in particular, put out a cartoon?

19   **A.**  Yes.  So they put out a cartoon with -- of Abu Muhammad

20   Al-Adnani, the official spokesman for the group, you know; and

21   according to, you know, ISIS's beliefs, you're not supposed to

22   show somebody in that fashion.  And therefore, it's considered

23   illegal in their world view; and therefore, when it came out,

24   it was admonished by members of the group as well as other

25   supporters online, and then it was swiftly taken down within

1    the day.

2    Q.  So is it fair to say official ISIS, the Diwan, monitors

3    what these groups do?

4    A.  Yeah, they do.

5    Q.  What has ISIS said in general about the role of media and

6    those who are supporting ISIS through media?

7    A.  They see it as just as important to their endeavors as

8    those fighting on the ground, because it's able to continue to

9    expand their presence as well as garner new supporters; and

10   therefore, while one might say, well, the people on the ground

11   fighting are doing more because they're potentially taking over

12   a territory, fighting their enemies, but ISIS views them on the

13   same level of importance.

14   Q.  Are you familiar with the document called "Oh, Media

15   Operative:  You Are a Mujahid, Too"?

16   A.  Yes.

17   Q.  What is that document?

18   A.  It was a 50-page booklet that was released in 2015 and then

19   a second edition in 2016.  That was about 50 pages.  I think I

20   said that, actually.  Sorry.

21           And it looked at -- or they were trying to talk to

22   people involved in the media operations of the Islamic State or

23   supporters and ascribe and reassure them and highlight how

24   important they were and that they were on the same level as

25   those involved in other activities of the Islamic State,

1    whether fighting or involved in sort of the administration of

2    the caliphate as well.

3              So, you know, just because some people might have

4    tried to marginalize or discredit what they're doing because it

5    wasn't seen as, you know, them fighting or anything, but it was

6    just as important to the apparatus of the Islamic State and the

7    future of the group as anything else of anybody, you know,

8    being involved in the movement or the group itself.

9    **Q.**  When you said "it was just as important to the apparatus of

10   the group," what do you mean by "it"?

11   **A.**  People that are involved in the media work.

12   **Q.**  Who produced this document?

13   **A.**  Al-Himma Library.

14   **Q.**  Is that part of the official ISIS Diwan?

15   **A.**  Yes, it's one of the official outlets that's part of ISIS.

16   **Q.**  And, again, what does this official statement say about the

17   importance -- how someone who is fighting compares to someone

18   who's putting out this type of propaganda?

19   **A.**  They're equally important to the future and aspirations and

20   what the Islamic State is trying to do.

21   **Q.**  Moving to what's already been admitted into evidence as

22   Government's Exhibit 409-1-2, 3, 5, 6, 7, and 8, and these are

23   clips from the video Inside 8, beginning with 409-1.

24             (Said video played in open court.)

25             MS. HUGHES:  My apologies.  No, I was right.

 1              (Said video played in open court.)

 2     BY MS. HUGHES:

 3     Q.  And, Dr. Zelin, what is this symbol again?

 4     A.  It's the Al-Hayat Media Center logo.

 5     Q.  And is this an official ISIS media group?

 6     A.  Yes.

 7              (Said video played in open court.)

 8     BY MS. HUGHES:

 9     Q.  And have the videos we've been reviewing up to this point

10     been unofficial ISIS media groups?

11     A.  Yes, the Abd al-Faqir one was unofficial.

12     Q.  Are you familiar with this Inside 8, Inside the Khilafah

13     series?

14     A.  Yes, it was a series of videos looking at different aspects

15     of what was going on within the ISIS's territories or what

16     they're trying to push out as important messages related to the

17     future of where they're going.

18     Q.  Moving to Government's Exhibit 409-2.

19              (Said video played in open court.)

20     BY MS. HUGHES:

21     Q.  In general terms, what did we just see there?  What were

22     the two individuals communicating?

23     A.  It was a text message conversation allegedly between two

24     individuals about, you know, finishing to produce a particular

25     video and whether it was being posted on platforms online and

 1    being spread and then said something about, you know, the

 2    importance of being with those in the front-line areas, which

 3    is why we then see sort of this footage right here of them

 4    being in front-line positions fighting.

 5    **Q.**  Moving to Government's Exhibit 409-3.

 6         (Said video played in open court.)

 7    BY MS. HUGHES:

 8    **Q.**  Moving to Government's Exhibit 409-5.

 9         (Said video played in open court.)

10              MR. GREENBERG:  Judge, we're going to object at this

11    point.

12              THE COURT:  Can we pause this?

13              MR. GREENBERG:  We're going to object for all the

14    reasons we previously stated.  The witness can testify about

15    things, but now they're just playing videos and trying to get

16    across a message from that.

17              I mean, if the witness wants to explain as he's been

18    doing, that's one thing.  But to just be playing video after

19    video now I think it goes beyond what the Court has permitted.

20              THE COURT:  Do you have specific questions of him

21    about these videos?

22              MS. HUGHES:  So this specific video is -- first of

23    all, it's the only video we're playing in most of its entirety,

24    and it's because it is ISIS's statement about the importance of

25    media.  So we're going to be pausing and asking the witness to

1    explain the context of this.

2            THE COURT:  Well, I think you are -- I think the

3    objection is that you're playing long clips from it without any

4    questions, correct?

5            MS. HUGHES:  Well, we'll be pausing --

6            THE COURT:  I'm asking -- I'm asking Mr. Greenberg.

7            MR. GREENBERG:  That's part of it, Judge.  But the

8    witness can testify as an expert, but that doesn't mean that

9    they should be able to play all of these videos that -- and

10   just have him opine about what the video -- he's already

11   explained how ISIS media works.  Now he's having ISIS explain

12   it.

13           THE COURT:  I think what he's trying to explain is

14   that these -- the difference between the official and the

15   unofficial, and these are examples of the official.

16           MS. HUGHES:  Correct, Your Honor.  So we've seen

17   examples of unofficial --

18           THE COURT:  But I think you don't have to play the

19   entire video for that point to be made.

20           MS. HUGHES:  Your Honor, if we could just play a bit

21   more of this video, this is sort of the crux of the -- of

22   ISIS's articulation of the importance of media.

23           THE COURT:  Just a little bit more, not the whole

24   thing.

25           (Said video played in open court.)

1   BY MS. HUGHES:

2   **Q.** Dr. Zelin, you mentioned that social media companies had

3   taken down some of ISIS's media.

4            Is this montage -- is that a reference to that?  It

5   said to thwart the Khilafah state?

6   **A.** Yes.  And the logos that are presented in the video are of

7   different intelligence agencies, at least thus far shown, from

8   the U.S., U.K., and Germany.

9   **Q.** So what is this message that -- in the face of this

10  opposition, what generally is sort of ISIS advocating for here?

11  **A.** They're essentially saying that in spite of the fact that

12  people are trying to go against them, they're still going

13  against their enemies and thriving online, essentially, or

14  trying to at least.

15     (Said video played in open court.)

16  BY MS. HUGHES:

17  **Q.** Dr. Zelin, what do you understand these messages to be

18  about?

19  **A.** It's about pledging bayat to Abu Bakr al-Baghdadi and

20  listening and obeying and being a part of the movement until

21  their death, essentially.

22     (Said video played in open court.)

23            MS. HUGHES:  Your Honor, there are a few more

24  exhibits that are clips that are part of this that I would like

25  to show the witness.  I'm happy to explain further at sidebar.

1              THE COURT:  Well, I think it's time for a break

2     anyway.  So why don't we take a break.  I think the jury is

3     very happy about that.

4              THE CLERK:  All rise.

5          (Jury out.)

6              THE COURT:  I think we all could use a little break,

7     so I'll come back before the jury.

8          (Recess from 2:09 p.m. until 2:22 p.m.)

9              THE COURT:  Please be seated, folks.  A couple of

10    things.

11             We've had a request from the jury through a spokesman

12    that they're a little upset that you're repeating yourselves an

13    awful lot and that their time is valuable.  That's a direct

14    quote.  And I have to agree with them.  You've been going over

15    the same chats.  You know, in the last witness's -- OCE 3's

16    testimony you went through the same thing twice.

17             And they're not stupid.  They're taking notes.

18    They're really trying to pay attention.  And you've got to

19    tighten it up a bit.  That's number one.

20             Number two, when we went through the ruling on the

21    expert testimony, I said I did not want him to go through these

22    videos that have already been produced and just play them

23    again.

24             So you can show him a screenshot or a couple of

25    seconds of a video and ask him, you know, is this official

 1    ISIS?  Is this an excerpt from official ISIS or by an

 2    unofficial support group, or something like that, without

 3    playing the videos to the extent you've been doing it.

 4         I'll stop you if Mr. Greenberg doesn't.  So that's

 5    what I said before, and I mean it.

 6              MS. HUGHES:  Your Honor, I'm sorry.  I have a --

 7              THE COURT:  There's no real discussion here.

 8         We may adjourn the actual -- we may let the jury go a

 9    little early today because I have rulings on the jury

10    instructions as well.  I'm ready to give them.

11              MS. HUGHES:  Your Honor, can I just ask a point of

12    clarification?

13         So there's -- there's just about 20 seconds more of

14    content that I would like to play.  Part of what you're about

15    to see, because it's just playing --

16              THE COURT:  But 20 seconds is one thing.  You've been

17    playing a lot more than 20 seconds.  You've really been

18    replaying the videos, so that's what I don't want.  He doesn't

19    have to -- he doesn't have to watch the whole video to tell us

20    what you want him to tell us.  I think you've gotten out of

21    him -- I was looking at your letter.  I think you've gotten out

22    of him pretty much everything you said you wanted to get out of

23    him.

24         So, you know, you don't have to keep beating a dead

25    horse.  I used to have a picture of a dead horse up here that I

```
 1    would hold up just to make sure everybody understood it, but
 2    I've somehow misplaced that.  So don't -- you don't have to
 3    overkill, and you don't have to replay these videos.
 4              MS. HUGHES:  And, Your Honor, I would just --
 5              THE COURT:  20 seconds is fine.
 6              MS. HUGHES:  Understood.
 7              THE COURT:  I'll give you your 20 seconds.  Okay?
 8              Let's get the jury.
 9              MS. WELLS:  I'm sorry.  Can I ask just one question,
10    because it will affect the next witness?
11              THE COURT:  You just asked one question.
12              THE COURT REPORTER:  Can you move to a microphone,
13    please?
14              THE COURT:  All right.  She came to the podium.
15              MS. WELLS:  I just want to clarify some videos that
16    have not yet been played for the jury.  What the government did
17    was we separated these various videos into shorter clips.
18    We've played some of those clips with other witnesses, but
19    bearing in mind this concern, we did not play all of the clips
20    from any of these videos with any of the previous witnesses.
21              And so I -- to the extent this affects Ms. Hughes but
22    also OCE 4, I think the government just needs clarity on
23    whether it's permissible to play things that have not yet been
24    shown to the jury.
25              THE COURT:  If they haven't been shown yet, that's
```

1    one thing.  But some of the stuff I just saw, I've seen before.

2              MR. GREENBERG:  Judge, this is something we were

3    hoping to raise with you earlier.

4              The videos that are getting played, there's no doubt

5    at this point we've raised this before, that they've shown

6    intent or whatever it is they want to show by playing all of

7    these videos.

8              So we don't think that they should be able to play

9    any of them at this point because it's just -- I'm not trying

10   to make a pun here -- but overkill.  They've gotten their point

11   across.  Nobody -- again, it's an undisputed point that

12   Mr. Osadzinski was a fan.

13             And so they keep playing these videos, and they keep

14   playing these videos, and they show violent scenes, and they

15   show war scenes, and they say terrible things about this

16   country, and so forth.  And it's just -- at some point it

17   becomes too much.  The analysis outweighs itself, and they

18   shouldn't be able to play any more.

19             Again, we're not going to argue that he wasn't

20   sympathetic to the cause.

21             MS. WELLS:  Your Honor, if I may, just for the

22   record, because I think this will be material at some point.

23             Mr. Jonas played from this Inside 8 video, my

24   recollection is, clips 1, 2, and 7 with a previous witness.

25   Ms. Hughes is, I think, in the middle of clip 5, which had not

1      been played.  I'm saying -- I just want to make sure I'm saying

2      the right clip.

3              And so we have been very -- the government has done

4      our very best to be extremely judicious in not playing any of

5      the violent -- these videos do contain quite a bit of violence,

6      but we've done our very best to cut out those elements.  And to

7      the extent that -- for example, this one showed the editing of

8      battle footage sort of resolved through video editing software

9      by these, you know, media jihadis, what we've really done --

10     we've tried to exercise as much caution as we can.

11             And I just want to make the record.  We understand

12     the Court's ruling --

13             THE COURT:  I understand, and I appreciate that you

14     have eliminated some material that I have seen that was very

15     distasteful and very inflammatory.  And I'm not criticizing you

16     in that regard at all.

17             I just think there is a limit to what we have to play

18     to the jury.  These are in evidence.  The jury will be able to

19     play them when they deliberate.  Whether they do or not is

20     another question, but that's up to them.

21             So I think you should just keep this as narrow as

22     possible to get the points across that you articulated in your

23     Rule 16 disclosure, and I think you're almost there, frankly.

24             MS. WELLS:  Thank you, Judge.

25             THE COURT:  So you do reach a point of overkill.

1    It's pretty hard to draw that line, I understand.

2              These are videos that he had in his possession that

3    apparently he saw, and the nature of those videos is something

4    that does -- that is relevant to his intention and his state of

5    mind and all the rest of it.

6              So I'm just trying to ask you to keep it as narrow as

7    you can so that we don't cross that line, and I'll start doing

8    that.

9              And this is an expert witness.  This isn't even

10   anybody who, you know, was dealing with him.  So all he has to

11   say is this is official or unofficial and how important that

12   was, which he's already said, to ISIS.  And you made your point

13   through the expert.

14             MS. WELLS:  Understood, Your Honor.

15             THE COURT:  It may be somebody else who gave him the

16   video, if you have that person to explain what it was in maybe

17   a little more detail, but I think using an expert to do it is a

18   little bit too much.

19             All right.  I think I've said everything I can say.

20             (Witness entered courtroom.  Jury in.)

21             THE COURT:  All right.  Please be seated, folks.

22   BY MS. HUGHES:

23   Q.  Dr. Zelin, we just have a few more minutes of material left

24   to cover.

25   A.  Okay.

1    **Q.** Continuing with Government's Exhibit 409-6.

2        (Said video played in open court.)

3    BY MS. HUGHES:

4    **Q.** And, Dr. Zelin, is this still the same sort of messaging

5    about the dangers of social media and the need to be -- and the

6    need to sort of promulgate its material in a way that is

7    careful?

8    **A.** Yes, because governments were trying to infiltrate their

9    channels and subvert them.

10   **Q.** And in terms of -- you've referenced Telegram before.

11       What additional, if any, protections would sharing

12   this material on Telegram serve ISIS in this effort?

13   **A.** Well, for a time Telegram really didn't take down the

14   content, so it was a bit more stable for them to put it there;

15   whereas, Twitter after fall of 2015, it wasn't, so it would be

16   harder for people to get access to and see.

17       But also Telegram, at least according to the company,

18   is an encrypted application; and therefore, it's more difficult

19   to trace certain messages between people.

20   **Q.** Moving to Government's Exhibit 409-8.

21       (Said video played in open court.)

22   BY MS. HUGHES:

23   **Q.** And, Dr. Zelin, at the bottom it said, Beware of taking any

24   media -- or following media from anyone aside from the Central

25   Media of the Islamic State.

1          What -- are there echos of this in other ISIS media?

2    What is this sort of "trust us and us alone" message that we

3    see here?

4    **A.**  They're essentially trying to say that anything from

5    outside of the Islamic State is polluted or there's a

6    particular agenda; and therefore, you can only get the real

7    truth from the Islamic State.  Otherwise, you're being fed some

8    kind of distortion or lie and not the ground reality.

9          (Said video played in open court.)

10   BY MS. HUGHES:

11   **Q.**  And, Dr. Zelin, I stopped a little too slowly here, but you

12   see someone on the battlefield with a camera in this paused

13   video.

14          Is that what you were referring to of imbed

15   videographers?

16   **A.**  Yes.  So there's people imbedded within the fighting forces

17   of ISIS just with cameras.  They're not there to fight.

18   They're just there with cameras.

19          And when they've actually been killed on the

20   battlefield, ISIS has then put out martyrdom notices

21   essentially praising them for being a media mujahid or a holy

22   struggler essentially, just in the same way they would for

23   somebody that was actually carrying a weapon and shooting a

24   gun.

25   **Q.**  Does this make this media more valuable in that they've

 1    sort of gone to these lengths to collect the footage?

 2    **A.**  It illustrates the very important way that it is for the

 3    Islamic State in that, you know, there are people willing to

 4    put their life on the line just to get footage to show the

 5    truth of the Islamic State, of course according to their own

 6    particular narrative.

 7    **Q.**  And a more fundamental question, what is the distinction --

 8    we talked about official and unofficial ISIS.

 9          What's the distinction between members of ISIS and

10    supporters of ISIS in ISIS's own articulation?

11    **A.**  I mean, the Islamic State views them as equally important

12    in some regards.  Of course, if you're a supporter, you're not

13    a member of the group, but they have a role to play as well,

14    whether in the media field or when ISIS has put out messages

15    calling on supporters of the group to try and plot and

16    attack -- do attacks as well, and there have been cases where

17    ISIS has then claimed responsibility for attacks of individuals

18    abroad that didn't go over there, didn't necessarily maybe even

19    communicate with them because they're seen as part of this

20    broader movement that the Islamic State was trying to build.

21    And, you know, the statements would say that this person was a

22    soldier of the caliphate, so --

23    **Q.**  And based on its -- ISIS's own statements --

24          THE COURT REPORTER:  Can you use the microphone,

25    please?

1    BY MS. HUGHES:

2    **Q.** I'm sorry. Based on ISIS's own statements, how important

3    does ISIS say that its media operations are to building the

4    supporter base?

5    **A.** It's very important for them, because without it, the

6    message would be much more localized or regional to the area

7    that they're focusing on. So because they have the broader

8    swath of the internet or social media or these messaging

9    applications, they can reach an audience that they wouldn't

10   have been able to 10, 20, 30 years ago.

11              MS. HUGHES: The Court's indulgence.

12         (Counsel conferring.)

13              MS. HUGHES: No further questions.

14              THE COURT: Thank you.

15              Mr. Greenberg.

16              MR. GREENBERG: Judge, if I can just -- if I can have

17   a minute. I need to plug in my computer also.

18              MS. HUGHES: Your Honor, we would just ask, is this

19   being shown to the jury?

20              MR. GREENBERG: It shouldn't be. Not yet. I'm just

21   trying to make sure my computer is working. So are we good?

22              THE CLERK: Yes.

23              MR. GREENBERG: Okay. Thanks.

24                            CROSS-EXAMINATION

25   BY MR. GREENBERG:

1    **Q.**  Okay.  Dr. Zelin, good afternoon.

2    **A.**  Good afternoon.

3    **Q.**  I want to ask very briefly -- we might as well start at the

4    beginning of where you started with your background.

5           You went to Indiana University; is that right?

6    **A.**  Yes.

7    **Q.**  And you majored in political science?

8    **A.**  Yes, and Near Eastern languages and cultures.  I had a

9    double major.

10   **Q.**  And you speak Arabic, although you said you're not a native

11   speaker, correct?

12   **A.**  Yes.  Yeah.  I mean, there's 13 dialects, so --

13   **Q.**  Okay.  And this is a credibility test.

14          Have you ever been to Little Zagreb?

15   **A.**  Pardon me?

16   **Q.**  Have you ever been to Little Zagreb?

17   **A.**  No.

18   **Q.**  In Bloomington?  No?

19   **A.**  Oh, oh.  Yeah, yeah, now I remember.  Sorry, I didn't know

20   what you were referencing --

21   **Q.**  Best steakhouse ever.

22   **A.**  Yeah.  No, I know what you're talking about now that you

23   say specifically Bloomington.  Sorry about that.

24   **Q.**  All right.  And then from Bloomington you went and got your

25   master's at Brandeis, right?

1    **A.** Correct.

2    **Q.** And then studied at King's College in London, correct?

3    **A.** Yes.

4    **Q.** And when you started out, you were sort of a trailblazer in

5    this area, weren't you?

6    **A.** I mean, I'd let other people decide that.

7    **Q.** Okay.  Well, haven't you described yourself that way?

8    **A.** Maybe.  I don't know.  It's possible I could have in a

9    certain context.

10   **Q.** Now, you're not a member of ISIS?

11   **A.** No.

12   **Q.** Okay.  And you're not an ISIS supporter?

13   **A.** No.

14   **Q.** But you said that you researched them and other groups?

15   **A.** Correct.

16   **Q.** Okay.  And for today we're just going to talk about ISIS.

17   **A.** Sure.

18   **Q.** All right.  Your research method you said was to

19   triangulate?

20   **A.** Yeah.

21   **Q.** What does that mean?

22   **A.** Essentially bring a bunch of different sources together to

23   try and come up with some form of idea or conclusion based off

24   of the variety of sources, because, you know, depending on the

25   source or who puts it out, it might have a certain bias.  And

1    therefore, if you bring different forms of information from

2    different areas, you can try and come up with what is the

3    truth.

4    **Q.**  Okay.  Or what you think the truth is?

5    **A.**  Sure.

6    **Q.**  Right?  Because you -- you were just expressing an opinion

7    as a result of your research in any paper you write or anything

8    like that, right?

9    **A.**  I don't know if I'd call it an opinion because I've been

10   doing research on this for years, but if that's how you want to

11   describe it, you can.

12   **Q.**  Well, it's -- it's your academic conclusion?

13   **A.**  Yeah, it's based off of rigorous research.

14   **Q.**  Okay.  And someone else may look at the exact same

15   information and come up with an entirely different conclusion,

16   correct?

17   **A.**  It's plausible.

18   **Q.**  You said that -- something along the lines of academics

19   like to disagree, right?  Isn't that what you said earlier?

20   **A.**  Yeah, it's definitely true.

21   **Q.**  Okay.  And that's part of -- like lawyers, they like to

22   argue the point even if the point might be -- might seem

23   obvious, right?

24   **A.**  Sure.

25   **Q.**  All right.  And it's -- is part of your testifying here

 1    today -- you're being paid you told us, correct?

 2    **A.**  Yes.

 3    **Q.**  $400 an hour, right?

 4    **A.**  Yes.

 5    **Q.**  And you're not just being paid for your time here; you also

 6    have talked to the government on prior occasions about this

 7    case, right?

 8    **A.**  Yes.

 9    **Q.**  Okay.  You went through what they were going to ask you

10    about, correct?

11    **A.**  Yes.

12    **Q.**  You provided information to them about other things and

13    other areas in the case, didn't you?

14    **A.**  Just specific things related to ISIS media.

15    **Q.**  All right.  I'm hearing a sound from somewhere.  I'm sorry.

16    Is that --

17    **A.**  I think it's just from the lights.

18    **Q.**  Okay.  I'm sorry.  I was hearing something.

19            All right.  You got paid for your research time to

20    prepare to testify, right?

21    **A.**  Correct.

22    **Q.**  How much time did you spend getting ready to testify?

23    **A.**  I don't know off the top of my head, to be honest with you.

24    I'd have to look at the Excel sheet that I created on my

25    laptop.

1    **Q.** It was my watch, by the way.

2    **A.** Okay.

3             MR. GREENBERG: So I wasn't hearing things, Judge.

4    BY THE WITNESS:

5    **A.** I hear the lights making a noise, so I thought you were

6    just referencing that.

7    BY MR. GREENBERG:

8    **Q.** So you don't how much time you spent?

9    **A.** Not off the top of my head. I'd have to go on my laptop

10   and check.

11   **Q.** Okay. All of the pictures that you saw and you testified

12   about here, did you see those previously?

13   **A.** Yes.

14   **Q.** Okay. And all of the videos, you've watched those?

15   **A.** Correct.

16   **Q.** Let's talk for a minute about your website that you say

17   you've got, "Jihadology"? Am I pronouncing --

18   **A.** Yeah, Jihadology.

19   **Q.** Okay. Jihadology. Can you tell the ladies and gentlemen

20   of the jury what that website is?

21   **A.** Like I said earlier, it's a primary source archive. So it

22   has content directly from these groups, and I created it after

23   I finished my master's program in May 2010 as a way for other

24   researchers to have access to the materials to do research on a

25   variety of topics, because, obviously, I alone can't

1    necessarily do anything.  But also because, as I had mentioned

2    before, when I was doing the research for my master's thesis,

3    it wasn't necessarily easy to find the information.  And, you

4    know, professors didn't necessarily know it because it was new

5    that they had all this kind of content online.

6            So I thought it would be a useful resource to other

7    graduate students since they might have had difficulties

8    finding it as well for their own potential research.

9    **Q.**  Okay.  So you certainly believe that your site is

10   necessary, right?

11   **A.**  Yes.

12   **Q.**  You believe that it's useful, right?

13   **A.**  Yes.

14   **Q.**  And for years it had what's called open access, correct?

15   **A.**  Correct.

16   **Q.**  Well, let me see if I understand what your site did,

17   because now -- now it's protected; it's behind what we like to

18   call a pay wall, correct?

19   **A.**  Not a pay wall.  It's just a password protection.  You

20   don't need to pay for it.  It's still free.  You just need to

21   register to get on it.

22   **Q.**  So what does one have to do to register to get on it?

23   **A.**  There's just the thing that says log in or register.  You

24   hit the register button, and then you fill out some

25   information.  And you have to have some form of an

Zelin - cross by Greenberg                841

1    institutional email address to get access to it, so somebody

2    like in a university or government or journalist or

3    humanitarian worker, lawyer maybe, et cetera, et cetera.

4    **Q.**  Okay.  And who makes that determination of who gets access?

5    **A.**  I do.

6    **Q.**  All right.  Your site went on this restricted thing when?

7    **A.**  It came online in April 2019, so two-and-a-half years ago,

8    I guess.

9    **Q.**  So before that anyone could have accessed it, right?

10   **A.**  Potentially.

11   **Q.**  And on your site you assembled videos, correct?

12   **A.**  Well, I didn't assemble the videos.  I just posted them.

13   **Q.**  You post -- well, where did you get them from?

14   **A.**  I got them from the jihadi channels themselves.

15   **Q.**  Okay.  So you would go to these jihadi channels?

16   **A.**  Yes.

17   **Q.**  The official channels?

18   **A.**  Correct.

19   **Q.**  The unofficial channels?

20   **A.**  I mean, I'd follow some of them, but it wasn't something

21   that I focused on for my website.  The stuff on my website was

22   mainly just the official content, since that's what I felt was

23   the most important for my own research.

24   **Q.**  Okay.  But this was something that you had not just for

25   your own research; you had it for everyone to use prior to

1    April 2019?

2    **A.** Yeah.  It was so other people that were researching this

3    conduct -- content could use it as well.

4    **Q.** All right.  But you didn't know if the people who were

5    accessing the content were researching?

6    **A.** No, I don't know who was on the website.

7    **Q.** Right.  Anyone could have --

8    **A.** Potential --

9    **Q.** Sam could have accessed it, right?

10   **A.** Sure.

11   **Q.** Tommy could have accessed it?

12   **A.** Sure.

13   **Q.** Anyone could have access -- the gentleman sitting back

14   there could have accessed it, right?

15   **A.** Sure.

16   **Q.** Okay.  And on your website, you would go to the official

17   sources, and you would -- I take it you had to download the

18   materials to post them, correct?

19   **A.** Correct.

20   **Q.** Okay.  And about how many videos would you guess you had

21   posted -- or maybe you know the accurate number --

22   **A.** Well --

23   **Q.** -- as of January 1st of 2019?

24   **A.** Well, I mean, there are more than just videos on the site,

25   because there's --

1    **Q.** Right. We're going to --

2    **A.** -- PDFs and audios.

3    **Q.** We're going to get to that.

4    **A.** Okay. I mean, I don't know specifically the videos, but in

5    terms of everything in totality, it was probably around maybe

6    14 or 15,000.

7    **Q.** Different things?

8    **A.** Correct.

9    **Q.** So you were maintaining a website that had 14 or 15,000

10   different downloaded things, be them speeches or videos or

11   photos or whatever, from official ISIS media?

12   **A.** Well, it was from other groups as well. It wasn't just

13   ISIS. I mean --

14   **Q.** Okay.

15   **A.** -- all relevant jihadist groups.

16   **Q.** So from jihadist groups?

17   **A.** Yes.

18   **Q.** Official jihadist groups?

19   **A.** Correct.

20   **Q.** Okay. And you were able to do that without any government

21   interference?

22   **A.** Correct.

23   **Q.** And you didn't have any special government permission,

24   right?

25   **A.** No. I just did it.

1   **Q.**  Would you -- would I be correct that your site was the

2   largest repository of jihadi content at that point?

3   **A.**  Maybe.  I mean, it's possible that jihadists themselves had

4   their own repositories that are larger.  I mean, I imagine that

5   the hard drives in the Islamic State territory or areas of

6   al-Qaeda has even more content.

7   **Q.**  Okay.  Did you write a paper called "The Case of Jihadology

8   and the Securitization of Academia"?

9   **A.**  Yes.

10  **Q.**  All right.  And you wrote that in 2021, right?

11  **A.**  That's when it came out, but I wrote it in 2020.

12  **Q.**  Okay.  But it was published in March of 2021, correct?

13  **A.**  Correct.

14  **Q.**  All right.  And did you write the abstract for that

15  article?

16  **A.**  Yes.

17  **Q.**  Okay.  And in the abstract for your article, didn't you

18  refer to your website as the largest repository of jihadi

19  content?

20  **A.**  I'd have to look at it.  I haven't looked at the article

21  probably since it came out.

22  **Q.**  Oh.

23  **A.**  But I trust that it's there if you say it is.

24          MR. GREENBERG:  May I approach, Judge?  I would mark

25  this as Exhibit 29.

1          MS. HUGHES:  Objection, Your Honor.  How is this

2    being admitted?

3          MR. GREENBERG:  I'm showing it to refresh his

4    recollection.

5          MS. HUGHES:  Okay.  This isn't being admitted for

6    purposes of an official exhibit?

7          THE COURT:  I haven't heard any such request.

8          THE WITNESS:  Thanks.

9    BY MR. GREENBERG:

10   **Q.** Dr. Zelin, is that a copy of the article that was published

11   in 2021 that you wrote in 2020?

12   **A.** It looks like it.

13   **Q.** All right.  Can you take a look at the abstract section and

14   tell me if it refreshes your memory as to whether you wrote

15   that your website was the largest repository of jihadi content?

16   **A.** Correct.

17   **Q.** Okay.  That's what you wrote, right?

18   **A.** Yes, I wrote the article.

19   **Q.** And the purpose of the article was because -- well, let me

20   strike that.

21          At some point you said that you started to sort of

22   restrict the access to the website, correct?

23   **A.** Well, I didn't necessarily restrict access.  I wouldn't

24   post certain content.

25   **Q.** Okay.  You got pressure to -- because people could access

1    your website, right?

2    **A.**  I did from the U.K. government.

3    **Q.**  From the U.K. government.  All right.

4           And so by making it sort of password protected, that

5    was part of your remedial measure to that, right?

6    **A.**  Yes.

7    **Q.**  Okay.  No one told you that you couldn't continue to

8    download these videos?

9    **A.**  What do you mean by that?

10   **Q.**  Well, you continued --

11   **A.**  Oh, you mean in terms of with the website since April 2019?

12   **Q.**  Right, right.

13   **A.**  Correct.

14   **Q.**  You continued to go -- for instance, you could still go to

15   an official ISIS media location and download the video,

16   correct?

17   **A.**  Yes.

18   **Q.**  Okay.  And no one has told you you cannot do that, correct?

19   **A.**  Correct.

20   **Q.**  And you can continue to take this downloaded video and make

21   it available, anyone who has a web address or an email address

22   that you think passes the criteria that you've set, right?

23   **A.**  Sure.

24   **Q.**  Okay.  So if I had a web address -- if I got a web address

25   that said "Professor Steve at 123 University," in theory I

1    could access and download this, right?

2    **A.**  Yes, universities are whitelisted.

3    **Q.**  All right.  And once I download that video from you,

4    there's no restriction on what I can do with it?

5    **A.**  Well, you actually can't download videos now on the website

6    since April 2019.

7    **Q.**  Okay.

8    **A.**  You can stream it, but you can't download it.

9    **Q.**  So I can stream it.  What do you mean I can stream it, but

10   I can't download it?

11   **A.**  You can just watch it, but you can't download it physically

12   onto your computer.  There was something put in the code for

13   the people that helped change the website.  I obviously didn't

14   do that since I'm not a computer programmer or coder.

15   **Q.**  Okay.  But I could stream it on my computer and take out my

16   iPhone and make a movie of it, right?

17   **A.**  I mean, I guess if you took a video of your phone's front

18   page while it's playing, potentially.

19   **Q.**  Right.  I mean, there's ways -- would you agree with me

20   there's ways even to get a video off your computer when it's

21   even not downloadable?

22   **A.**  Yeah, I guess somebody could just take a video of them

23   streaming it.

24   **Q.**  And did you ever use a website called archive.org in the

25   course of your work?

1    **A.** Yeah, there's videos and magazines and other things that

2    jihadis post there, and you can download from it.

3    **Q.** All right.  And you've done that, right?

4    **A.** Yeah.

5    **Q.** And there's nothing wrong with doing that, is there?

6    **A.** I mean, not in and of itself.

7    **Q.** And, in fact, one of the reasons that you started your

8    website, besides just to help people research, was because

9    videos would disappear, and sometimes they couldn't be found on

10   archive.org, right?

11   **A.** Yeah, because, like I alluded to before, there was a

12   campaign for people to take it down, so people wouldn't be able

13   to do research on it if it was just lost to history.  So I

14   wanted people that did research on it to have access to that,

15   because then the historical record would be more complete.

16   **Q.** And so you wanted to make sure that this stuff just didn't

17   disappear?

18   **A.** Yes.

19   **Q.** And you had millions of visitors to your website over the

20   years, didn't you?

21   **A.** Yes.

22   **Q.** And you don't know how many of those visitors were

23   researchers or how many of those visitors were, for instance,

24   ISIS members or ISIS supporters or just curious people?

25   **A.** Yes.

1    **Q.** And are you able to preserve on your website all of the

2    official media?  Do you have some program that automatically

3    grabs that?

4    **A.** No.  I do it manually myself.

5    **Q.** You -- you've written a number of papers about the value

6    that your website has, right?

7    **A.** I mean, this is the only article that I've written about my

8    website as far as I'm aware.

9    **Q.** Well, didn't you write an article when the British were

10   trying to have your website shut down?

11   **A.** No.

12   **Q.** Okay.  Did others?

13   **A.** Maybe.  I think maybe Graeme Wood at the Atlantic did.  I

14   don't recall other people, but it's possible.  But the article

15   that you mentioned earlier, political -- or Terror and

16   Political Violence, the academic article that came out in March

17   this year, is the only time I've ever written about it.

18              MR. GREENBERG:  Can I have one second, Judge?

19         (Counsel conferring.)

20   BY MR. GREENBERG:

21   **Q.** All right.  Let's -- let's move on from your website to

22   some of the other things that you talked about.  Okay?

23   **A.** Sure.

24   **Q.** Well, actually, before we move on from your website, some

25   of the stuff that is taken from your website actually makes its

1    way into academic papers, right?

2    A.  Yes.

3    Q.  And so were you part of a think-tank recently for something

4    called "The Wilson Center"?

5    A.  Well, I'm not part of it, but it was a joint research

6    project that they put together to bring a bunch of academics

7    and researchers to talk about different issues.

8    Q.  And you contributed to that, right?

9    A.  I was part of the process, yes.

10   Q.  Okay.  And came up -- you guys wrote a lengthy -- everyone

11   involved wrote a lengthy -- what do you call this?

12   A.  Just a policy paper, I guess you could say.

13   Q.  Policy paper.  Okay.

14          Within the policy paper there are pictures, aren't

15   there?

16   A.  Probably.

17   Q.  Do you recall?

18   A.  Not off the top of my head.  I mean, I think that thing

19   came out, like, four or five years ago now.

20   Q.  Let's see if there's a date on it.  2017, you're right.

21   A.  Yeah, yeah.

22   Q.  Would looking at a copy of it help refresh your

23   recollection?

24   A.  Sure.  Yeah, that would be great.  Thanks.

25          MR. GREENBERG:  May I approach, Judge?  I marked it

1       as 30.

2                  THE COURT:  As what?

3                  MR. GREENBERG:  Defendant's 30, just to refresh his

4       recollection.

5                  THE WITNESS:  Thank you.

6       BY MR. GREENBERG:

7       Q.  What's the title of that?

8       A.  "The Jihadi Threat:  ISIS, al-Qaeda, and Beyond."

9       Q.  Why don't you take a look at that and see if you recall.

10      A.  Is there something in particular you wanted me to look at

11      in it or --

12      Q.  I wanted to see --

13                 MS. HUGHES:  Your Honor --

14      BY MR. GREENBERG:

15      Q.  -- if that refreshed your memory at to whether there were

16      photos.

17      A.  Yes.

18                 MS. HUGHES:  We would --

19                 THE WITNESS:  Sorry.

20                 MS. HUGHES:  We would actually object.  I mean, the

21      witness hasn't testified he inserted these photos.  His

22      recollection method -- we're not really sure if this --

23                 THE COURT:  He said he couldn't recollect the photos,

24      and now he's refreshing his recollection.  That's all.

25      BY THE WITNESS:

1    **A.** Yes, I see the pictures in here.

2    BY MR. GREENBERG:

3    **Q.** Okay.  And there's probably a dozen pictures in that

4    article, would that be fair, give or take a couple?

5    **A.** Yes.

6    **Q.** And many of those pictures have the ISIS flag displayed?

7    **A.** Yes, some of them do.

8    **Q.** Okay.  And some of them have other ISIS symbols displayed,

9    right?

10   **A.** Correct.

11   **Q.** Some of the same things that you've talked about being

12   displayed here, correct?

13   **A.** Yes.

14   **Q.** Okay.  And you didn't get in any trouble for that, right?

15   **A.** No.

16   **Q.** All right.  You told us what the word "Dawlah" means,

17   correct?

18   **A.** Uh-huh.

19   **Q.** And Dawlah means "state" --

20   **A.** Correct.

21   **Q.** -- right?  All right.

22           And in some cases it's referring to the Islamic State

23   when it's being used when people are talking about the Islamic

24   State, right?

25   **A.** Yes.

1   **Q.**  But the word itself means "state"?

2   **A.**  Yeah.

3   **Q.**  Okay.  And you said that ISIS or the Islamic State wants

4   everyone to be under Islamic law, right?

5   **A.**  Yes.

6   **Q.**  And their ultimate goal is to take over all the territory

7   in the world?

8   **A.**  Yes.

9   **Q.**  But they're not doing very well, because right now they

10  have no territory, right?

11  **A.**  Correct.

12  **Q.**  All right.

13  **A.**  We all have aspirations.

14  **Q.**  Yes.  In opening I said I want to be 6'3".

15       Okay.  And since when have they had no territory?

16  **A.**  March 2019 is when they lost their last village in Syria.

17  **Q.**  But they're operating from somewhere, right?

18  **A.**  Yes, they still, you know, have an insurgency and conduct

19  terrorist attacks in both Iraq and Syria and as well as in

20  outlying provinces in other parts of the world.

21  **Q.**  And in the time they had the territory, I think you told us

22  that 110, or thereabout, different nationalities were actually

23  helping ISIS as fighters?

24  **A.**  Yeah, people from that many countries.

25  **Q.**  And when you say that, those are people who have actually

Zelin - cross by Greenberg                854

 1    gone to the Middle East in that territory you showed us, right?

 2    A.  Yes, correct.

 3    Q.  Okay.  The number of Americans who have actually done that

 4    is maybe 100 or 200 over time, correct?

 5    A.  Yeah, about that.

 6    Q.  All right.  Very small number, right?

 7    A.  Yes.

 8    Q.  There's thousands from other parts of the world, but from

 9    here it's just a couple hundred maybe?

10    A.  Yes.

11    Q.  And that's something you've written about, right?

12    A.  Yes, I've mentioned it.

13    Q.  Okay.  You told us about something called "a bayat"?

14    A.  Yes.

15    Q.  All right.  And could you explain what that is again?

16    A.  It's a religious oath of allegiance to a particular leader.

17    Q.  Okay.  So there's a bayat that's done for ISIS, right?

18    A.  Well, it's to the leader itself but, yes, generally

19    speaking.

20    Q.  Okay.  To the leader of ISIS?

21    A.  Yes.

22    Q.  And you said that people had to redo it when the leader got

23    killed and there's a new leader?

24    A.  Yes.

25    Q.  All right.  And do you have to give it to anybody?

1   **A.**  Like on a form or something or --

2   **Q.**  Yeah.  I mean, do you have to -- do you have to film

3   yourself doing it and send it in to -- just to somewhere or --

4   **A.**  Not necessarily.  I mean, you could just post online

5   yourself that you want to do that because you're a supporter of

6   the group, too.  Of course, people within the territory itself

7   will do things in person.

8   **Q.**  Right.  But if you're a supporter, you would do it and then

9   post online that you've done this; is that right?

10  **A.**  Yeah, though there have been cases where people have also

11  done videos or audios as well.

12  **Q.**  Okay.  If you do it yourself standing in a room, does it

13  really have any significance?

14  **A.**  In terms of by yourself and nobody hears it?

15  **Q.**  Right.

16  **A.**  I mean, to the person that does it, it has significance, I

17  would assume.

18  **Q.**  But it doesn't mean anything to the world at large, right?

19  **A.**  Well, I guess nobody else would know it technically.

20  **Q.**  Or if you do it just for a friend of yours, it's -- you're

21  really not broadcasting it to the world at large, right?

22  **A.**  Yeah, but for the person itself, they would still have some

23  significance because they want to do it because they care about

24  the cause.

25  **Q.**  Okay.  And people can care about the cause and be a

1    supporter, right?

2    **A.**  Yes.

3    **Q.**  Not a member, right?

4    **A.**  Correct.

5    **Q.**  All right.  Do you have to do the bayat for three people?

6    Is there some rule?

7    **A.**  That's if you, like, want to create, like, a subgroup or

8    cell or something like that.

9    **Q.**  What do you mean?

10   **A.**  So if you want to create a group, you essentially need to

11   have three people to be able to give a bayat, like legally

12   speaking.  So like a group of two technically doesn't consider,

13   like, a group officially, if that makes sense.

14   **Q.**  Okay.  You have to have a -- yeah, you have to have a --

15   two people is not good enough?

16   **A.**  Yeah.

17   **Q.**  It's got to be three or more --

18   **A.**  Yes, exactly.

19   **Q.**  -- to be sort of a subgroup?

20   **A.**  Yeah.

21   **Q.**  All right.  So you said something about a social movement

22   that supports, might share a desire to support or something

23   like that?

24   **A.**  Yeah, in the academic literature when there's a particular

25   social political cause, people call it a social movement

1    usually, in the same way that somebody would call, you know,

2    like the civil rights movement a social movement or, you know,

3    anything that is for a particular group.

4    **Q.** Okay.  Is there a difference between a member and a

5    supporter?

6    **A.** Well, a member would be in the territory that they're

7    operating in or potentially an operative that went from that

8    territory abroad to do some form of an attack.

9    **Q.** Okay.  And a supporter is someone who just believes in it,

10   right?

11   **A.** Yes.

12   **Q.** So by way of an analogy, a supporter is like maybe a fan?

13   **A.** It could be.

14   **Q.** Okay.  And as opposed -- like I'm a fan of the White Sox

15   but a member -- well --

16   **A.** I'm a Cubs fan.  Sorry.

17        (Laughter.)

18   BY MR. GREENBERG:

19   **Q.** Well, this week --

20   **A.** It's all right.  It's all right.

21   **Q.** This week, Dr. Zelin, everyone is a White Sox fan.

22   **A.** Yeah.  I mean, nobody is going to root for the Astros.

23   They're cheaters.

24   **Q.** And the Judge is hopefully going to update the score here

25   in a little bit because I don't know what it is.

1      But I could be a fan of, I'll say, the Bears, okay?

2    I could be a fan of the Bears, and that doesn't make me, you

3    know, an offensive lineman, right?

4    **A.**  No.

5    **Q.**  Okay.  And so I'm different, but I could still be a fan,

6    right?

7    **A.**  Sure.  Yeah.

8    **Q.**  And I could -- if the Bears' media office puts out a

9    highlight film of Sunday's game and I re-post that, I'm still a

10   fan, right?

11   **A.**  Yes.

12   **Q.**  All right.  You told us something about these media groups,

13   right?

14   **A.**  Yes.

15   **Q.**  And you said these unofficial media groups are groups that

16   are supporters of ISIS, correct?

17   **A.**  Correct, though sometimes members of the group might be

18   involved in some of them as well.  It's them just doing it on

19   their own, sort of like freelancing.

20   **Q.**  Okay.  And how would you know that?

21   **A.**  Just based off of research, looking into it, as well as

22   other individuals in the research field that have written on

23   these topics.

24   **Q.**  All right.  But, I mean, how would someone who is logging

25   on to that group know that?

Zelin - cross by Greenberg                859

**A.** They might not know unless they talked about it with one

another, I would assume.

**Q.** All right.  So when someone logs on to an unofficial ISIS

site and obtains media from that site, it's no different than

someone logging on to your website and obtaining media, right?

**A.** In and of itself, correct.

**Q.** And ISIS wants these other media sites to spread the

message, so to speak, right?

**A.** Yes.

**Q.** Okay.  Would a good analogy, because I like analogies, be

like retweeting?

**A.** Sure, yeah.  That could work.

**Q.** All right.  So it's no different than when someone posts

something and they say, "please retweet this," just because I

retweet it doesn't mean that I'm a member, right?

**A.** Correct.

**Q.** And, in fact, you said that many of these unofficial sites

actually edit what they put out so it's no longer the official

media stuff; it's their spin on it, right?

**A.** Correct.  It's essentially a remix.

**Q.** A remix of it, right?

**A.** Yeah.

**Q.** All right.  And you -- by the way, these videos that we saw

today while you were testifying, are those videos all available

on your website?

1    **A.**  The official ones.  Not the unofficial ones.

2    **Q.**  Okay.  And do you know if these were the official or the

3    unofficial?

4    **A.**  Yeah, the one from al-Hayat Media was official.  The one

5    from the Abd al-Faqir wasn't.

6    **Q.**  All right.  So I just want to go through a couple of

7    things.

8              Have you ever heard of the term "fanboys"?

9    **A.**  Yes.

10   **Q.**  Okay.  And what is a fanboy?

11   **A.**  Somebody that's a fan or excessively fan-like about a

12   particular issue or topic.  I mean, it depends the context, I

13   would assume.

14             I mean, somebody could be a fanboy of a band or a

15   sports team, as you referred to earlier.

16             MR. GREENBERG:  All right.  Could I have one second,

17   Judge?

18         (Counsel conferring.)

19             MR. GREENBERG:  Judge, I'm trying to get -- may I

20   just have one second here.  There it is.

21   BY MR. GREENBERG:

22   **Q.**  So these -- there was a video we watched earlier that was

23   called "The Flames of War."  Are you familiar with that video?

24   **A.**  Yes, though I'm unsure we watched -- I don't think we

25   watched that one.  We watched "The Structure" --

1          MS. HUGHES:  Your Honor --

2    BY MR. GREENBERG:

3    **Q.**  We didn't watch it with you.

4    **A.**  Oh, okay.

5    **Q.**  We watched it earlier in the case.

6    **A.**  Okay.  Sorry.

7    **Q.**  And it was admitted into evidence.

8          MS. HUGHES:  Objection.  That video has not been

9    admitted into evidence.

10         THE COURT:  Let's go off the record.  Why don't you

11   talk about it.

12       (Counsel conferring.)

13   BY MR. GREENBERG:

14   **Q.**  I misspoke.  "The Fighting Has Just Begun" was admitted.

15   **A.**  Yes, that was, I believe, if I recall, from an hour or so

16   ago, one of the Abd al-Faqir ones.

17   **Q.**  Okay.  And are you aware that if you put that in under

18   Google, you come up with a whole bunch of newspaper articles,

19   The Wall Street Journal, the New York Post, and so forth, where

20   you can watch that video?

21   **A.**  Not off the top of my head, but, I mean, I trust that

22   you're telling the truth.

23   **Q.**  Okay.  And one of the reasons you can do all of these

24   things and watch all of these things and maintain your website

25   is because you have First Amendment rights, correct?

 1    **A.**  Yes.

 2    **Q.**  And you're written about that, haven't you?

 3    **A.**  Yes, I did in the article you cited before.

 4    **Q.**  Right.  In fact, you're thankful that you have First

 5    Amendment rights, and as an American citizen you can have these

 6    materials, right?

 7    **A.**  Correct.

 8    **Q.**  And that's what you wrote, correct?

 9    **A.**  Yes.

10    **Q.**  And maybe if you were somewhere else, you wouldn't be able

11    to, right?

12    **A.**  Yes.

13    **Q.**  All right.  And so you were talking about -- I asked you

14    about fanboys, and you said they can be like fans of a band,

15    right?

16    **A.**  Yeah.

17    **Q.**  They can be like groupies, right?

18    **A.**  Yes, I guess.  I mean --

19    **Q.**  So if I'm a groupie of the Rolling Stones, I'm not Mick

20    Jagger, right?

21    **A.**  Yes.

22    **Q.**  And I'm not playing guitar in the band, right?

23    **A.**  Correct.

24    **Q.**  But I can share their music, can't I?

25    **A.**  Yes.

1    **Q.** And whether people like their music or their lyrics or

2    don't like their lyrics, I can do that because I live here,

3    right?

4    **A.** Yes.

5              MR. GREENBERG:  I have nothing else, Judge.

6              THE COURT:  Thank you.

7              MR. GREENBERG:  Thank you.

8              THE WITNESS:  Did you want these articles back or --

9              MR. GREENBERG:  Yeah, eventually we'll get them.  You

10    keep them for now.  She might want to ask you about them.

11             THE WITNESS:  Okay.  Thank you.

12             MS. HUGHES:  Thank you.

13                          REDIRECT EXAMINATION

14    BY MS. HUGHES:

15    **Q.** Just a few questions more, Dr. Zelin.

16    **A.** Okay.

17    **Q.** You were asked a series of questions about the distinction

18    between supporters and members.

19    **A.** Yes.

20    **Q.** What has ISIS said about whether or not supporters can

21    still add to its mission and further its mission and provide

22    support for its mission?

23             MR. GREENBERG:  Objection, Judge.

24             MS. HUGHES:  I can respond.  But I think it's -- you

25    know, this was -- this was -- the heart of his cross was a

1    distinction between supporters and members and --

2             THE COURT:  I agree.  Overruled.  Go ahead.

3             THE WITNESS:  Should I go?

4    BY MS. HUGHES:

5    **Q.**  Yes, please.  Thank you.

6    **A.**  Okay.  So for the Islamic State, they see members just as

7    important as supporters because the supporters are still

8    furthering the group in some manner, whether in the media field

9    if they're doing something online, or even if somebody plans an

10   attack themselves and kills people.

11            I mean, there have been cases where individuals in

12   Western countries, in particular, have done attacks and didn't

13   really have any specific connection to the group itself, but

14   the group then claimed responsibility for the attack and said

15   that the person was a soldier of the caliphate even if the

16   person never was actually in the territory that it was

17   operating in.

18   **Q.**  So just backing up for a second, do you have to be a member

19   to commit an attack?

20   **A.**  No.

21   **Q.**  Have there been attacks committed by nonmembers?

22   **A.**  Yes.

23   **Q.**  And does ISIS -- official ISIS communicate to its

24   supporters?  Does it put out directives to supporters, or is it

25   all sort of super secret only to members?

1    **A.**  No, the -- you know, the leaders will put out audio

2    messages.  I mean, for example, Abu Muhammad Al-Adnani, the

3    individual we referenced an hour or two ago, the official

4    spokesperson, directly in one of his messages in the fall of

5    2014, which is famous, at least to those that do research on

6    ISIS, sort of was, like, this declaration call for people to do

7    attacks in the West even if you're not a member of the group

8    but a supporter.

9    **Q.**  Dr. Zelin, you were asked a series of questions about your

10   website and how you post media.

11            Do you -- does jihadology.net have a Telegram channel

12   or Telegram group where you post your media also there?

13   **A.**  No.

14            MS. HUGHES:  And I'm showing the witness what has

15   already been admitted into evidence as Government's Exhibit

16   604-22.

17       (Said video played in open court.)

18   BY MS. HUGHES:

19   **Q.**  And, Dr. Zelin, just to be clear, do you have any idea of

20   where this comes from?

21   **A.**  It looks like Telegram; but, I mean, I'm not familiar with

22   the specifics of it.

23   **Q.**  And based on your understanding of Telegram, do these

24   appear to be channels?

25   **A.**  Yes.

1   **Q.** So is your channel al-Furqan?

2   **A.** No.

3   **Q.** Is your channel al-Hayat Media Center?

4   **A.** No.

5   **Q.** Is your channel Furat Media?

6   **A.** No.

7   **Q.** Moving to Government's Exhibit 604-25.

8            MR. GREENBERG:  Judge, I'm going to object to this.

9   He already said he doesn't have a Telegram, so we don't have to

10  go through every channel that -- on every exhibit.

11           MS. HUGHES:  Your Honor, the implication was that

12  Dr. Zelin has the sole repository for some kind of information,

13  and we are showing that there is ample --

14           THE COURT:  Well, I don't think that was the

15  implication at all.  He said that he doesn't have a Telegram

16  channel.  I think that's enough.  I sustain the objection.

17  BY MS. HUGHES:

18  **Q.** Dr. Zelin, you were asked questions again about your

19  website, and you said that you -- you collect material both

20  from al-Qaeda and ISIS as examples of two organizations that

21  you collected information of?

22  **A.** Yes.

23  **Q.** Are those two entities aligned with each other?  Are they

24  supportive of each other?

25           MR. GREENBERG:  Objection, Judge.  I only asked about

1    ISIS.

2              MS. HUGHES:  Your Honor, this is -- this is

3    relevant to the --

4              THE COURT:  I'll let her ask the question.  Go ahead.

5    BY MS. HUGHES:

6    **Q.**  Are those two organizations aligned with each other?

7    **A.**  No.  They're enemies.

8    **Q.**  In fact, does your website support any one ideology or any

9    ideology, rather?

10   **A.**  No.  Just academic research.

11   **Q.**  Showing just the -- just the witness what has been marked

12   as Government's Exhibit 803, Dr. Zelin, what do you have before

13   you?

14   **A.**  It's an "About" me specifically on my Jihadology website.

15   **Q.**  And is this a fair and accurate screenshot from your

16   website?

17   **A.**  Yes.

18             MS. HUGHES:  The government moves to admit Exhibit

19   803.

20             MR. GREENBERG:  Sure.  No objection.

21   BY MS. HUGHES:

22   **Q.**  Dr. Zelin, is this from your website?

23             And permission to publish?

24   **A.**  Yes.

25   **Q.**  Do you conduct your website under a pseudonym or a fake

1    name?

2    **A.** No.

3    **Q.** Is this your real name?

4    **A.** Yes.

5    **Q.** Is this your bio?

6    **A.** Yes.

7    **Q.** Could you please read the admonishment at the bottom of

8    your blog?

9    **A.** "This blog is for academic purposes only, and it does not

10   endorse any of the jihadi material that is posted on it.

11   Jihadology is a personal project of Aaron Y. Zelin and is not

12   associated with the Washington Institute for Near East Policy."

13   **Q.** Does your website also include analysis of these primary

14   source documents?

15   **A.** Yes.

16   **Q.** Could you remind the jurors when you began this project?

17   **A.** May 2010.

18   **Q.** So 11 years ago?

19   **A.** Yes.

20   **Q.** How long has it taken you to collect this media then?

21   **A.** Usually about an hour or two a day maybe.

22   **Q.** An hour or two a day for 11 years?

23   **A.** Yes.

24   **Q.** And how -- how long does it sort of -- could you explain --

25   you said you download this material manually?

1    **A.**  Yes.

2    **Q.**  Could you explain sort of, like, what that means in

3    practical terms?

4    **A.**  So depending on where I get the information, whether it's

5    Twitter or Telegram or Rocket.Chat or wherever else there might

6    be, I'll go to the particular channel.  I'll go through, and

7    some of the materials I'll save for my own personal archive and

8    then other materials that I think is relevant, because

9    essentially what's on my website is curated, I'll download

10   that, too.

11          And then I'll create the name of the file.  I'll go

12   to my website.  I'll make the title for the post.  I'll then

13   add the promotional graphic that the jihadis themselves use

14   just so the aesthetics of the website look nicer.

15          Then I'll put the source to say it's, like, from

16   Telegram or whatever.  Then under it I'll usually have a note

17   saying that if somebody wants the content translated, they can

18   reach out to me, though that usually doesn't happen.  It's very

19   rare.  Nevertheless, it's there.

20          And then on the side of the template for WordPress,

21   which is where it's created, there's a number of categories.

22   So I'll put the name of the group, the media outlet, the

23   country it's related to, and anything else that's relevant so

24   that people can then search through different categories on the

25   website to find information since it is a historical archive.

1    And then I'll upload, you know, the PDF video, or whatever, and

2    then I'll click post, and then it's online.

3    **Q.**  So just backing up for a second, just in terms of

4    downloading and uploading, how long does this generally take

5    you each day?

6    **A.**  I mean, you know, I have high internet speeds in my

7    apartment on purpose because of all this work I do, so it's

8    quicker than most average people would.

9          So the downloads usually take anywhere from, like,

10   five seconds to a minute or two.  And then the uploads take

11   anywhere from -- I don't know -- a minute or two to five to

12   seven minutes.  Not super long but, you know, the whole process

13   with everything with the website takes longer.

14          And then I'll usually then post it on Twitter so

15   people can get access to it if they're registered.

16   **Q.**  So in terms of this process, have you taught others how to

17   manually download and upload these videos?

18   **A.**  No.  I'm the only one that runs my website.

19   **Q.**  Have you -- in terms of building this website, was your

20   intent in building this website to support ISIS?

21   **A.**  No.

22   **Q.**  Did you teach ISIS how to build a website like yours?

23   **A.**  No.

24          MS. HUGHES:  No further questions.

25          THE COURT:  Anything else, Mr. Greenberg?

1           MR. GREENBERG:  Yes, Judge.

2           Actually, we'll just -- we can use theirs.

3                   RECROSS-EXAMINATION

4    BY MR. GREENBERG:

5    **Q.** Dr. Zelin, you mentioned translating --

6    **A.** Yes.

7    **Q.** -- right?

8           You said people don't typically ask you to do that?

9    **A.** Correct.

10   **Q.** All right.  You charge a fee to translate, correct?

11   **A.** Yes.

12   **Q.** So that is sort of one way to monetize at least a little

13   bit your website?

14   **A.** You can't live off of it, but it's a little extra side

15   money maybe.

16   **Q.** Okay.  But if you combine all the work you do, that's how

17   you make your living, right?

18   **A.** Well, yeah.  I mean, my actual salary at my office job,

19   yes.

20   **Q.** All right.  And in connection with this website that's

21   here, which is, you call it, a clearinghouse for jihadi primary

22   source material, original analysis, and translation service --

23   **A.** Correct.

24   **Q.** -- right?

25   **A.** Yes.

1   **Q.** All right.  And then it describes you a little bit, and it

2   says it's for academics, right?

3   **A.** Correct.

4   **Q.** On this website -- I just want to understand -- so you

5   could translate, correct?

6   **A.** Yes.

7   **Q.** And you do translate the stuff that you download, don't

8   you?

9   **A.** Well, I mean, when I'm doing research, I'll -- I can read

10  it or watch it and understand it, but if somebody emails me and

11  asks me for a translation and it's, you know, somebody that's a

12  legitimate person, then I'll do it.

13  **Q.** Okay.  That's -- you'll download something, and then you'll

14  post it, and then you'll write about what it is sometimes,

15  right?

16  **A.** Yeah.  I mean, not everything --

17  **Q.** But some of it you'll analyze?

18  **A.** Correct.

19  **Q.** For instance, you just did that with something that

20  appeared to be a discussion of salaries recently or medical

21  documents?

22          MS. HUGHES:  Objection, Your Honor.  This -- this is

23  far outside the scope of even the direct --

24          THE COURT:  This is recross.

25          MR. GREENBERG:  Okay.

1           THE COURT:  You don't have to answer it.

2           MR. GREENBERG:  That's all right.  I'll move on.

3    BY MR. GREENBERG:

4    **Q.**  You share stuff from the website?

5    **A.**  I mean, those who are registered can see it, yes.

6    **Q.**  Right.  You certainly save stuff on the website, and you

7    preserve stuff on the website, right?

8    **A.**  Yes.

9    **Q.**  And you told us that you don't have a Telegram account,

10   right?

11   **A.**  Well, I have a Telegram account where I follow the jihadis,

12   but I don't have a channel where I post content to.

13   **Q.**  Okay.  So you use that Telegram account sometimes to get

14   information; is that fair?

15   **A.**  Yes, that's where I get the primary sources from.

16   **Q.**  And is that Telegram account under the name Dr. Aaron

17   Zelin?

18   **A.**  No.

19   **Q.**  Do you use a fake name on your Telegram account?

20   **A.**  Yes.

21   **Q.**  You use fake names to get the materials, right?

22   **A.**  Yes.

23   **Q.**  I want to talk about -- you said something at the beginning

24   of redirect about members and supporters; and sometimes people

25   are supporters, and they do these crazy things, and then

1    al-Qaeda -- or ISIS will claim credit for it?

2              MS. HUGHES:  Mischaracterizes the testimony, but I

3    think we've passed that.

4    BY MR. GREENBERG:

5    **Q.** Well, you said they do stuff, right?

6    **A.** Yes.

7    **Q.** Okay.  They attack people, right?

8    **A.** Yes, there have been attacks.

9    **Q.** They blow people up, right?

10   **A.** Yes.

11   **Q.** Kind of fits crazy things, right?

12   **A.** Yeah.  I mean, it depends your definition of crazy but --

13   **Q.** All right.  You have no information that Tommy was doing

14   any of those things, right?

15             MS. HUGHES:  Objection, Your Honor.  This is again

16   outside the scope of --

17             THE COURT:  I'll let him ask it.

18   BY THE WITNESS:

19   **A.** I mean, I don't even know who Tommy is, well, besides the

20   fact that you just named him then.

21   BY MR. GREENBERG:

22   **Q.** All right.  Fair enough.

23             And certainly the fact that someone somewhere might

24   do something that ISIS claims credit for doesn't mean that

25   there aren't legitimate supporters, right?

1    **A.**  Yes, there are supporters.

2    **Q.**  Okay.  And through your research you've learned that people

3    can independently advocate on behalf of ISIS, right?

4                MS. HUGHES:  Objection, Your Honor.

5                THE COURT:  Overruled.

6    BY MR. GREENBERG:

7    **Q.**  Right?

8    **A.**  Yes, they don't need to be a member of the group to support

9    them.

10   **Q.**  Right.  And they can -- so a supporter can independently

11   advocate on behalf of ISIS?

12   **A.**  Yes.

13               MR. GREENBERG:  Thank you.  I have nothing else.

14               THE COURT:  All right.  You're excused, sir.  Thank

15   you very much.

16        (Witness excused.)

17               MS. WELLS:  Your Honor, the government calls Bill

18   Smith.

19        (Witness entered the courtroom.)

20               THE COURT:  Raise your right hand, please.

21        (Witness duly sworn.)

22               THE COURT:  Have a seat, please.  You can take off

23   your mask while you're testifying.

24               THE WITNESS:  Okay.  Thank you.

25                  BILL SMITH, GOVERNMENT'S WITNESS, SWORN

1          DIRECT EXAMINATION

2     BY MS. WELLS:

3     Q.  Good afternoon.  Sir, could you please state the name that

4     you're using for your testimony today?

5     A.  The name I'm using is Bill Smith.

6     Q.  And is that your real name?

7     A.  It is not.

8     Q.  Who do you work for?

9     A.  I work for the FBI.

10    Q.  How long have you worked for the FBI?

11    A.  Since September 2010, so a little more than 11 years.

12    Q.  And can you tell us what your job responsibilities have

13    included in that period of time?

14    A.  Yeah.  So I'm a -- I'm an intelligence analyst in the FBI.

15    Q.  And generally speaking, what does an intelligence analyst

16    do?

17    A.  So reads information, writes reports, tries to figure

18    things out, puts together information for others.

19    Q.  In addition to working as an intelligence analyst, do you

20    have any other roles?

21    A.  Yes.

22    Q.  What is that?

23    A.  I'm also an online covert employee, as we call it, so an

24    online undercover.

25    Q.  And, again, broadly speaking, what do online undercovers or

1    OCEs do?

2    **A.** So run personas, operate online, kind of undercover work

3    but in an online capacity.

4    **Q.** About how many years have you done that work?

5    **A.** So since February 2016.  So for a little more than five

6    years.

7    **Q.** Are there any particular types of investigations that

8    you've been involved in in your role as an OCE?

9    **A.** Yes.  It's all counterterrorism investigations.

10   **Q.** Were you involved in the investigation of the defendant in

11   this case?

12   **A.** Yes, I was.

13   **Q.** And was it also in your capacity as an OCE?

14   **A.** Yeah, correct, yes, as an OCE.

15   **Q.** And more specifically, Mr. Smith, were you sometimes

16   referred to as OCE 4 in connection with this investigation?

17   **A.** Yes, that's correct.

18   **Q.** All right.  In the course of the investigation, did you

19   speak with the defendant online?

20   **A.** I did, yes.

21   **Q.** And what was the nature -- how did you first come in

22   contact with the defendant?

23   **A.** As an OCE, the defendant contacted an account that I

24   operated, an account I controlled.

25   **Q.** Did you do any -- did you contact him before that?

1    **A.**  I did not, no.

2    **Q.**  All right.  You mentioned that the defendant contacted an

3    account that you operated.  What kind of account?  Who was that

4    account for?

5    **A.**  So it was a -- it was an account for what we're calling

6    Organization 2.

7              MS. WELLS:  And, Your Honor, at this point I would

8    like to refer to, with the witness and ultimately with the

9    Court, Government Sensitive 2.

10             THE COURT:  Are you going to pass it out?

11             MS. WELLS:  I believe Ms. Newman has it.

12             THE COURT:  All right.  Ladies and gentlemen, while

13   my clerk is passing that out, the government is -- like the

14   other one that we saw earlier, the government is distributing

15   an exhibit that contains sensitive information.  That sensitive

16   information must remain confidential even though it is being

17   disclosed here in the courtroom.

18             So please don't draw any inferences for or against

19   either party simply because the exhibit is sensitive.  The

20   exhibit identifies the organization that's known as

21   Organization 2 during this testimony of this witness.  The real

22   organization -- the real name of that organization is contained

23   in the exhibit.  It also contains an unredacted document that

24   will be publicly presented in redacted form during this

25   testimony.

1          Please don't make any notes.  If you're taking notes,

2     don't take any notes identifying this organization by name.

3     And at any time during or after the conclusion of this trial,

4     please don't reveal that name or discuss it with anybody,

5     discuss any of the sensitive information referenced in the

6     exhibit.

7          The only time you'll be allowed to discuss the

8     contents of this sensitive exhibit, just like the other one we

9     did, will be during your deliberations after the trial is over

10    and after I instruct you on the law.  Okay.

11         MS. WELLS:  Thank you, Your Honor.

12    BY MS. WELLS:

13    **Q.**  And, Mr. Smith, just referring you to what's been marked as

14    Government Exhibit Sensitive 2, are you familiar with the

15    two-page document you see there?

16    **A.**  Yes, I am.

17    **Q.**  And does it contain the true name of Organization 2?

18    **A.**  Yes, it does.

19    **Q.**  And does it also contain a communication with the defendant

20    that displays the true name of Organization 2 as well as its

21    logo?

22    **A.**  The second page, yes, it does.

23         MS. WELLS:  Your Honor, I'd move to admit Government

24    Exhibit Sensitive 2.

25         MR. HERMAN:  Noting for the record our pretrial

1    objection on the matter, Judge.

2            THE COURT:  All right.  Well, subject to that, it

3    will be admitted.

4            (Said exhibit admitted in evidence.)

5    BY MS. WELLS:

6    Q.  All right.  Mr. Smith, just directing -- directing you to

7    page 1 of the exhibit, so now that everyone can look at it in

8    front of them, is this the page that contains the true name of

9    the organization whose account the defendant contacted?

10   A.  Yes, yes, the first page.

11   Q.  And can you tell us what -- what was Organization 2?  What

12   kind of work, if any, did it do?

13   A.  In general, it was a brand used by the Islamic State by

14   ISIS's Media Diwan for English translations of ISIS media

15   content.  So ISIS content in English.

16   Q.  And then referring you to page 2 of that same exhibit, does

17   this contain a communication from the defendant to that

18   account?

19   A.  Yes, that's correct.

20   Q.  Is this dated October 2nd?

21   A.  Yes, yes, that's correct.

22   Q.  And does the name of the organization appear in two places

23   on this exhibit?

24   A.  Yes, yes, that's correct.

25   Q.  And in addition, are there images that depict the logo of

1    that organization on the left-hand side?

2    **A.**  Correct.  Yep.

3    **Q.**  All right.  So you mentioned that the defendant first

4    contacted this account; is that correct?

5    **A.**  Yes.

6    **Q.**  And approximately when did he contact this account?

7    **A.**  In October of 2019.

8    **Q.**  And on what platform did the defendant contact that

9    account?

10   **A.**  It was on Telegram Messenger.

11   **Q.**  And what is Telegram Messenger specifically?

12   **A.**  Telegram is an online communication platform, I guess

13   similar to WhatsApp, if anybody has used that.  It's a

14   communication where you can send messages to and from various

15   people and consume information.

16   **Q.**  And in your role as an OCE, did you take any steps to

17   advertise that Organization 2 account?

18   **A.**  Yes.

19   **Q.**  And very broadly speaking, what were those steps?

20   **A.**  We posted Organization 2 contact links and accounts in

21   pro-ISIS and ISIS groups and channels, as they're called on

22   Telegrams.

23   **Q.**  And was the true name of Organization 2 and that logo

24   visible to people who contacted this account?

25   **A.**  Yes, that's correct.

1    **Q.** All right.  I want to turn back to October 2019.

2              After the defendant first contacted that account, did

3    he continue to communicate with you?

4    **A.** Yes, yes, he did, yeah.

5    **Q.** And did you save your communications with the defendant?

6    **A.** I did, yes.

7    **Q.** And how did you save those?

8    **A.** I took screenshots of the communications as they were

9    occurring.

10   **Q.** And did you preserve those communications or save those

11   communications?

12   **A.** Yes.

13             MS. WELLS:  Your Honor, at this point I'd like to

14   read a stipulation, which states that Government Exhibit 401,

15   402, 403, 405, and 406 are true and accurate copies of the

16   written communications, including attachments, between

17   defendant and the undercover FBI employee identified as OCE 4,

18   a/k/a Bill Smith.

19   BY MS. WELLS:

20   **Q.** And, Mr. Smith, does Government Exhibit 401 contain the

21   communications between you and the defendant?

22   **A.** Yes, it does.

23   **Q.** And are those true and accurate copies of those

24   communications?

25   **A.** Yes, they are.

1          MS. WELLS:  Your Honor, I'd like to move to admit

2    Government 401 and request permission to publish.

3          MR. HERMAN:  No objection.

4          THE COURT:  All right.

5       (Said exhibit admitted in evidence.)

6    BY MS. WELLS:

7    **Q.** All right.  Mr. Smith, I'd like to show you and the

8    courtroom, please, what's in evidence as Government Exhibit 401

9    with page ending 004.

10   **A.** Okay.

11   **Q.** All right.  Mr. Smith, can you see that?

12   **A.** Yes.  Yes, I can.

13   **Q.** Okay.  Just to orient us a little bit, can you tell us what

14   it is we're looking at?

15   **A.** That is a message from a user, the defendant's account, to

16   an account that I controlled, that I operated.

17   **Q.** And just specifically, there's a UID listed here that ends

18   in 8072.  Do you see that?

19   **A.** Yes.

20   **Q.** Who or what does that UID belong to?

21   **A.** That's a unique identifier for Telegram accounts.  Each

22   Telegram account has a unique numeric identifier.  That's the

23   numeric -- that's a unique identifier for that particular

24   account.

25   **Q.** Below that do you see a name listed in Arabic characters?

1   **A.** Yes.

2   **Q.** And just for the record, sir, do you speak Arabic?

3   **A.** I do not.

4   **Q.** In the course of this investigation, did you become aware

5   of what those Arabic characters say?

6   **A.** Yes.

7   **Q.** And what is the name there?

8   **A.** It says Qital.

9   **Q.** And below that is there a username ending 60FT?

10  **A.** Yes.

11  **Q.** What is the username?

12  **A.** So it's AJ --

13  **Q.** Oh, I'm sorry.  Let me ask you a different -- what is the

14  significance, if any, of a username in the Telegram

15  environment?

16  **A.** A username is an account -- is an aspect of a Telegram

17  account's profile.  So it's like on Facebook or something.  So

18  it's basically the display that somebody can click on to

19  interact with that account.

20  **Q.** Mr. Smith, sitting here today, do you know who this user

21  Qital with the UID ending 8072 is?

22  **A.** Yes.

23  **Q.** And who is that?

24  **A.** That is the defendant.

25  **Q.** At the time you received this initial message, did you know

Smith - direct by Wells                    885

1    who this person was?

2    A.  I did not, no.

3    Q.  Did there come a time when you made the determination that

4    this user was the defendant?

5    A.  Yes.

6    Q.  Approximately when was that?

7    A.  About a day later.

8    Q.  And just generally speaking, how did you make that

9    determination?

10   A.  I searched this identifier -- the unique identifier in

11   internal FBI systems and saw that it was an already open matter

12   in Chicago.

13   Q.  Is there a message from the defendant on this page?

14   A.  Yes.

15   Q.  Can you please read that message?

16   A.  "Akhi do you have English translated isdarat from the

17   wilayah?"

18   Q.  Did you understand the terms "isdarat" and "wilayah" when

19   you received this message?

20   A.  I did, yes.

21   Q.  What did you understand "isdarat" to mean?

22   A.  "Isdarat" is an Arabic word that means publications.  In

23   the ISIS content, it usually means ISIS videos or PDFs but

24   mostly videos.

25   Q.  And in context, then, what did you understand the full

1    message "akhi do you have English translated isdarat from the

2    wilayah" to mean?

3    **A.** I understood it to mean asking the account I controlled if

4    I had English translations of ISIS videos that the various

5    provinces that ISIS has, which is what wilayat means, the

6    various provinces produced over -- over the years.

7    **Q.** Did this request have anything to do with what

8    Organization 2 did or does?

9    **A.** It did, yes.

10   **Q.** And what was that?

11   **A.** Organization 2 was involved in those English translations

12   on behalf of ISIS's Media Diwan.

13   **Q.** All right.  I want to show you the next page of 401, which

14   is the page -- excuse me -- page ending 005.

15          Is this another message from the defendant?

16   **A.** It is, yes.

17   **Q.** And just focusing on the message portion here, can you read

18   what he wrote?

19   **A.** The defendant wrote:  "I'm a munasir and copy channels and

20   share."

21   **Q.** Did you understand the term "munasir" when he sent this

22   message?

23   **A.** I did, yes.

24   **Q.** And what did you understand that to mean?

25   **A.** I understood it to mean online supporter, helper.  It's an

1    Arabic word.  In the ISIS context, it means online supporter.

2    Q.  And in full context, what did you understand "I'm a munasir

3    and copy channels and share" to mean?

4    A.  I understood it to mean that he was an online ISIS

5    supporter, and as part of his support, as part of his ISIS

6    support activity what he did was he copied Telegram channels

7    and then shared those channels.

8    Q.  All right.  Did you also capture -- and I'm showing you a

9    page from Government 401 that ends in 0020.  Did you also

10   capture the account information for this user?

11   A.  I did, yes.

12   Q.  And what is depicted here?

13   A.  So that is the account information for the user that

14   contacted the account I controlled, the account that was

15   operated by the defendant.  It shows the account identifier,

16   the 740268072, and then also the username and the display name

17   at the top there in Arabic.

18   Q.  Is there also an image that's pictured here that's

19   associated with that account?

20   A.  Yes, that's correct, yeah.

21   Q.  And is -- just for the record, is that the sort of

22   bluish-grayish black-and-white image we see there?

23   A.  Yes, that's the profile picture of the defendant's account.

24   Q.  All right.  Referring back to your communications -- and

25   this is a page ending in 007 -- at some point did you respond

1   to the defendant's messages?

2   **A.**  Yes, that's my response.

3   **Q.**  And can you read your response, please?

4   **A.**  Okay.  So my response is:  "News is in Organization 2

5   channels, no braking out by wilayah.  How U copy?  U has tool?"

6   **Q.**  What did you mean, just in the first sentence --

7   **A.**  Yeah.

8   **Q.**  -- about "no braking out by wilayah"?

9   **A.**  I was trying to provide excuses as to why we could not

10  provide -- as to why I could not provide the defendant with

11  what he was asking for.

12          So I said that we did not -- Organization 2 did not

13  separate ISIS material based on wilayah, as he had asked.  We

14  did not break it down by province.

15  **Q.**  And when you asked "How U copy?  U has tool?" what did you

16  mean by those questions?

17  **A.**  I was asking how -- how he did what he mentioned earlier,

18  how he copied material for ISIS.

19  **Q.**  All right.  Moving to Exhibit 401, page ending 0010, did

20  the defendant send you another message?

21  **A.**  He did, yeah.

22  **Q.**  And directing your attention to the sort of lower

23  portion --

24  **A.**  Yep.

25  **Q.**  -- of this page, what, if anything, did the defendant send

1   to you?

2   **A.**  The defendant sent me a file, a Python file.

3   **Q.**  When the defendant sent this to you, did you know what it

4   was?

5   **A.**  I did not, no.

6   **Q.**  And, in fact, were you expecting him to send you a file of

7   any kind?

8   **A.**  No, I was not.

9   **Q.**  Were you familiar at the time with what a .py file was?

10  **A.**  I was generally familiar with it, yes.

11  **Q.**  And what was your understanding?

12  **A.**  That it is a file that operates and one can open with

13  Python.

14  **Q.**  And what is Python?

15  **A.**  Python is a programming language that's pretty common and

16  popular among programmers to do various things.

17  **Q.**  And just for the record, can you please read the full name

18  of the file that was sent by the defendant?

19  **A.**  Yeah, nas.py; nas.py.

20  **Q.**  Was this a file you were able to download?

21  **A.**  Yes, it was.

22  **Q.**  And did you save a copy of this file in what's been marked

23  as Government Exhibit 402?

24  **A.**  I did, yes.

25  **Q.**  And have you reviewed that exhibit, and does it contain a

1    true and accurate copy of the nas.py file the defendant sent to

2    you?

3    A.  Yes, it does.

4         MS. WELLS:  Your Honor, I think this is already in

5    evidence subject to connection but move to admit Government

6    402.

7         MR. HERMAN:  No objection.

8         (Said exhibit admitted in evidence.)

9    BY MS. WELLS:

10   Q.  All right.  Mr. Smith, just showing you and the room very

11   briefly, is this the file --

12   A.  Yes.

13   Q.  -- the defendant sent you?

14   A.  Yes, it is.

15   Q.  And was this three pages of content that was contained

16   within that file?

17   A.  Yes, that's correct.

18   Q.  All right.  And now, when this was first sent to you by the

19   defendant, I think you said that you did not know what it did

20   at the time?

21   A.  Correct.

22   Q.  Did there come a point in time during your conversations

23   with the defendant that you learned what this file did?

24   A.  Yes.

25   Q.  And how did you learn what it did?

1   **A.** The defendant walked me through it in great detail over a

2   couple of days.

3   **Q.** Are those conversations with the defendant part of Exhibit

4   401?

5   **A.** Yes.

6   **Q.** And according to the defendant, what does this nas.py file

7   do?

8   **A.** Essentially it enables a series of Telegram bots to

9   automatically take material that's in one location on Telegram

10  and rapidly place it in another in an automated fashion.

11  **Q.** Did there come a point in time when you learned whether or

12  not this process as explained by the defendant to you, whether

13  you learned whether or not it actually worked?

14  **A.** Yes.

15  **Q.** How did you learn whether or not it worked?

16  **A.** I used it.

17  **Q.** And does it work?

18  **A.** It does work.  Or it did work.

19  **Q.** All right.  Showing you Exhibit 401, page ending in 0013,

20  after the defendant sent you the nas.py Python program, did he

21  send you another attachment of sorts?

22  **A.** Yes.

23  **Q.** And what do we see here?

24  **A.** Those are a series of screenshots that the defendant sent

25  to the account I controlled.

1   **Q.** And perhaps helpfully, did you save a larger version of

2   this image?

3   **A.** I did, yes.

4   **Q.** Showing you Government 401 ending in 0014, Mr. Smith, can

5   you just let us know what it is we're looking at in this

6   picture?

7   **A.** Yes.  So that's a screenshot of account information of a

8   Telegram channel that is from the defendant's machine.  So he's

9   taking a screenshot of the actual channel and then sending it

10  to the account I controlled.

11  **Q.** And so was this something -- had you asked the defendant

12  specifically to send a picture of a Telegram channel?

13  **A.** No.

14  **Q.** I want to just review what's visible in one of these

15  Telegram channels, and I want to refer you first just to this

16  upper left-hand corner.

17  **A.** Yep.

18  **Q.** Is there a name associated with this channel?

19  **A.** Yes.

20  **Q.** What is the name of the channel?

21  **A.** "Channel with every isdar ever."

22  **Q.** What did you understand that title to mean?

23  **A.** So it's a display name of the channel.  I understood it to

24  mean that it's a Telegram channel with every ISIS publication

25  ever in it.

**Q.** Does the channel information tell you how many members or how many people have access to the channel?

**A.** Yes, it does.

**Q.** What does this screenshot depict as to the membership?

**A.** So 10, 10 users are in the channel.

**Q.** All right. Referring you a little further down, does the channel screenshot also tell you anything about the content of the channel?

**A.** Yes, it does.

**Q.** In this instance, how many photos were saved to this channel?

**A.** So 3,488 photos.

**Q.** How many videos?

**A.** 8,860 videos.

**Q.** How many files?

**A.** 2,100 files.

**Q.** And by the way, what did you understand files to mean in this context? What kinds of files?

**A.** Files is typically a PDF, sometimes a Word document, but usually a PDF of a brochure or something similar that ISIS made.

**Q.** And how many audio files?

**A.** 3,457.

**Q.** And I'm going to put you on the spot and ask you to do a little bit of arithmetic.

1                 Approximately what's the total number of items there?

2      **A.**  I think that number comes to just under 18,000.  I think

3      it's like 17,900-something.

4      **Q.**  Okay.  Then just referring you a little bit lower on this

5      screenshot -- and I know this is kind of hard to read -- was

6      there additional information contained at the bottom of this

7      screenshot related to that channel?

8      **A.**  Yes, there was.

9      **Q.**  What did you understand this list to be?

10     **A.**  This list, I learned and understood to be, is an index of

11     the channels, so the various sections and components of each --

12     of the content that's in the channel.

13     **Q.**  And did you recognize the names of any of these components

14     of the channel?

15     **A.**  I did, yes.

16     **Q.**  And specifically, did you recognize any of these as ISIS

17     official media outlets?

18     **A.**  Correct, ISIS official brands that ISIS uses.

19     **Q.**  And can you give us examples of which of these you

20     recognized as ISIS official brands?

21     **A.**  So al-Hayat being the -- being number two there.  That's

22     al-Hayat Media Center, a brand that ISIS uses for its

23     non-Arabic content.

24                 al-Furat, number 3, is another brand that ISIS uses,

25     some of their older material.  al-I'tisam is an older one as

1    well.

2          al-Furqan is ISIS's leadership statements that

3    ISIS -- the brand ISIS uses when they release leadership

4    statements.  Radio al-Bayan is ISIS's daily radio that they had

5    for a very long time online in which it read news and other

6    things.

7          al-Himmah is -- al-Himmah Office there on Number 9,

8    that is ISIS's library.  They released various governance-type

9    publications there, things about things in the caliphate,

10   educational materials, things along those lines.

11         And then al-Naba, number 10 and 11, al-Naba is ISIS's

12   weekly Arabic magazine that they put out each week and that

13   they still put out each week but that they've been putting out

14   since 2016.  Yeah, so those are the main ones.

15   **Q.** All right.  And then moving ahead, did the defendant send

16   you a second or separate screenshot related to this channel?

17   **A.** Yes, that's a second screenshot that the defendant sent to

18   the account I controlled.

19   **Q.** And did you also save a larger version of that that's a

20   little more legible?

21   **A.** I did, actually.

22   **Q.** All right.  Showing you Government 401 ending in 0017,

23   Mr. Smith, can you just describe for us what's in this

24   screenshot?

25   **A.** So that's a screenshot of the users that are in the

 1   channel, and the screenshot there shows that there are 10 users
 2   in the channel.  Nine of those users are bots or Telegram bots,
 3   and then the one at the very bottom, the creator of the
 4   channel, is the defendant's channel -- is the defendant's
 5   account.
 6   **Q.**  Okay.  So just to orient us a little bit, you mentioned the
 7   one at the very bottom.  I've highlighted that in yellow.
 8   **A.**  Yes.
 9   **Q.**  Is there a red star next to that entry?
10   **A.**  Correct.  Yes, that's correct.  So, yeah, on Telegram in
11   that particular display, the red star means that that account
12   created that channel.
13   **Q.**  Sorry.  Bringing that back up --
14   **A.**  Yeah.
15   **Q.**  -- and you mentioned that there were other members of this
16   channel that you said were bots?
17   **A.**  Correct.
18   **Q.**  And just for the record, where are those bots listed here?
19   **A.**  So they're all listed -- they're all listed as members of
20   the channel there.
21   **Q.**  Are you familiar with what a bot is in Telegram?
22   **A.**  I am, yes.
23   **Q.**  And what is that?
24   **A.**  A Telegram bot is kind of an automated account that does
25   automated things on Telegram.  It's very much a built-in

1    functionality on Telegram, but it does a thing automatically,

2    so it's an account one can create to do an automated process.

3    **Q.** And at the time the defendant sent you this, did you know

4    or understand why there were approximately nine or so bots as

5    members of this channel?

6    **A.** No, I did not.

7    **Q.** Did there come a point in time when you learned why these

8    were there?

9    **A.** Yes.

10   **Q.** And how did you learn that?

11   **A.** The defendant explained it to me.

12   **Q.** And after he explained it to you, what was your

13   understanding of what these bots were doing in the channel?

14   **A.** My understanding was that the bots were used to take the

15   material from one location and place it in another location.

16   And there were multiple bots in order to get around Telegram's

17   restriction on the number of messages one can post in a certain

18   amount of time.

19        Telegram has a spam filter, I guess, in order to

20   prevent an account from spamming.  So it only lets an account

21   post a certain number of messages within a short period, say,

22   you know, 500 within 10 minutes, or something like that.

23        And then there are multiple ones, because when one

24   account hits -- when one of the bots hits that limit, the

25   script automatically causes -- automatically goes to the next

1    bot.  And then that one will keep posting until it hits the

2    limit, and then it will automatically go to the following one

3    and so on and so forth.

4    **Q.**  Was there a particular naming convention that was

5    associated with the bots in this channel?

6    **A.**  Yes.

7    **Q.**  And what was that naming convention?

8    **A.**  It looks like crypt.  Crypt bot numbers 1 through 8, I

9    believe, were used.

10   **Q.**  All right.  Did there also come a point in time in your

11   conversations with the defendant where instead of just sending

12   you screenshots, he actually gave you access to this channel?

13   **A.**  Yes.

14   **Q.**  And can you just -- and did you go into the channel and

15   join it?

16   **A.**  I did, yes.

17   **Q.**  What did you see when you joined that channel?

18   **A.**  So exactly kind of what the description here is at the

19   bottom there, just ISIS -- an enormous amount of ISIS

20   propaganda material that the organization had released over the

21   years, both, you know, from its founding in 2014 and then also

22   its predecessor organizations, al-Qaeda and Iraq and Islamic

23   State of Iraq, so another more important material as well.

24   **Q.**  Did your communications with the defendant continue after

25   this?

1    **A.** Yes.

2    **Q.** Showing you 401 with the page number ending in 0018 --

3    **A.** Yes.

4    **Q.** -- what's the date of this message?

5    **A.** So October 3rd, 2019.

6    **Q.** Who sent this message?

7    **A.** I did.

8    **Q.** Can you read it for us, please?

9    **A.** Sure.  "Alhamdulillah akhi this code very impressive.  I

10   has instruct a bro who know sum code n work with us," and then

11   I list an "@", a Telegram account -- "to contacts u to ask more

12   questions.  He message u soon inshaAllah."

13   **Q.** Okay.  So, first of all, what, if anything, were you

14   responding to when you sent this message to the defendant?

15   **A.** I was responding to the defendant's messages earlier that

16   he had sent to this account saying -- with the screenshots and

17   the code.

18   **Q.** And you wrote that you had -- well, actually, let me ask

19   you just a background question here.

20               As part of your role as the OCE or an OCE in this

21   case --

22   **A.** Yes.

23   **Q.** -- was your -- can you explain anything about your

24   persona's use of the English language as it applies to your

25   comments in this case?

1    **A.** Sure.  So I operated a persona that pretended not to speak

2    English as a first language and also pretended not to speak

3    Arabic as a first language.  So somebody who could understand

4    English but was not necessarily fluent in it, similar to how

5    many ISIS members and associates spoke.

6    **Q.** And where you wrote that you have instructed a bro --

7    **A.** Yeah.

8    **Q.** -- who knows some code to work with us and you sent a

9    username, what did you mean when you sent that information?

10   **A.** I meant that an account -- this account would contact the

11   defendant and have a one-on-one conversation with the

12   defendant.

13   **Q.** And to be clear, who was the other bro?

14   **A.** So the other bro was me.  I also operated that other

15   account.  I just gave the actual personal account that I

16   operated that I used in order to have kind of a one-on-one

17   easier conversation, back-and-forth conversation.

18   **Q.** And did there come a point in time when you used this other

19   account to contact the defendant?

20   **A.** Yes.

21   **Q.** All right.  Showing you Government 401 ending in 21, what

22   are we looking at on this screenshot?

23   **A.** That's a direct message conversation between the defendant

24   and my account on Telegram Secret Chat.

25   **Q.** Okay.  So let's just orient everybody for a moment.

1           What's the date of this communication?

2    A.  October 3rd, 2019.

3    Q.  And just so we can tell who is who, there's messages on the

4    left and messages on the right.  Can you tell us who is who?

5    A.  So messages on the right with the green background, those

6    are all messages that I sent, that my account -- my persona

7    sent.  And then messages on the left with the white background,

8    those are all from the defendant.

9    Q.  And is the defendant's screen name visible somewhere on

10   this?

11   A.  Yes, it is.

12   Q.  Where is that?

13   A.  At the top, at the very top.

14   Q.  And is that the Arabic text here with the image next to it

15   at the top of the picture?

16   A.  Correct, the Qital at the top there.

17   Q.  And then finally you mentioned something called Telegram

18   Secret Chat.  Did I hear that right?

19   A.  That is right.

20   Q.  What is Telegram Secret Chat?

21   A.  Telegram Secret Chat is a functionality that Telegram

22   offers that advertises itself -- you know, publicizes itself as

23   more secure, as a way of communicating in a more secure

24   environment.  It's only between -- it's only directional.  So

25   it's only between two accounts.  It doesn't work in a group.

1    It's just between two users, so between myself and the

2    defendant.  And it adds some security features as opposed to

3    just regular chat.

4    **Q.**  All right.  Showing you the page ending in 23, did you

5    continue your discussion with the defendant here?

6    **A.**  Yes.

7    **Q.**  Okay.  And beginning at the top here -- I'm going to make

8    this a little bit larger -- what were the first three messages

9    that you sent here at 10:26?

10   **A.**  "Alhamdulillah jazakAllah khayran for send ur code.  U says

11   it copy chanel?"

12   **Q.**  When you said "jazakAllah khayran," can you tell us what

13   that -- what you meant by that?

14   **A.**  Just it's an honorific -- in Arabic it's an Arabic phrase,

15   I guess, that just means may God bless you, essentially.

16   **Q.**  Like a thank you?

17   **A.**  Yeah, thank you, but more of a religious thank you.

18   **Q.**  And when you wrote essentially thank you "for send ur code,

19   u says it copy chanel," what were you referring to?

20   **A.**  I was referring to the code that the defendant had sent to

21   the account that I controlled, and I was asking essentially how

22   does it work.

23   **Q.**  How did the defendant respond?

24   **A.**  "Alhamdulillah akhi another brother made it.  Yes, I can

25   show you how, very easy in sha Allah."

1   **Q.** Now, referring you just to the bottom of this message, what

2   did you write in response?

3   **A.** I said, "Alhamdulillah, na'am," which means yes, "how it

4   work?"

5   **Q.** And what did the defendant say?

6   **A.** "If you will do it from your phone, download the app

7   Termux."

8   **Q.** All right. And I just want to pause you right there.

9          What did you understand the defendant to mean when he

10  said, "if you will do it from your phone"?

11  **A.** The defendant is asking whether I'm operating a phone or

12  operating a Windows or just a computer -- a desktop computer.

13  So a phone or a computer.

14  **Q.** And at this point in time, were you using a phone or a

15  computer in this conversation?

16  **A.** At that point in time, I was using a phone.

17  **Q.** Okay. Over the next portion of your conversation with the

18  defendant, can you just describe generally what the two of you

19  discussed over the next couple of hours?

20  **A.** Over the next couple of hours, the defendant attempted to

21  show me how to operate this process -- this copy process with a

22  phone. So very generally, the defendant told me to download a

23  Linux emulator, and with the Linux emulator download Python,

24  and then configure the computer correctly in order to have the

25  code work on this emulator.

1  **Q.** So you mentioned a couple of different things there.  One

2  was a Linux emulator?

3  **A.** Correct.

4  **Q.** Did the defendant tell you to download some kind of Linux

5  emulator?

6  **A.** He did, yes.

7  **Q.** What was the name of that --

8  **A.** So that's Termux.  That's the one in the bottom left there.

9  That is the name of the Linux emulator.

10 **Q.** I'm going to do our court reporter a favor, and I will

11 remember not to speak over you and ask you to do the same

12 thing, too.

13 **A.** Okay.  Sorry.

14 **Q.** So the name of that Lenux emulator you said was Termux.  Is

15 that what we see on the screen here?

16 **A.** Yes.

17 **Q.** And were there other programs that the defendant instructed

18 you to install on your phone?

19 **A.** Yes.

20 **Q.** And what were those?

21 **A.** So after this back and forth on Termux, the defendant

22 instruct me -- instructed me to download Python.

23 **Q.** Did you have Python already on your phone?

24 **A.** No, I did not.

25 **Q.** Did you have Termux already on your phone?

1    **A.** No, I did not.

2    **Q.** And was your phone, in short, properly configured to do

3    these things that the defendant was telling you about?

4    **A.** No, it was not.

5    **Q.** Were you ever able to get this to work on your phone after

6    working with the defendant?

7    **A.** We were not, no.

8    **Q.** Approximately how much time did he spend giving you

9    instructions related to your phone?

10   **A.** I believe about two hours or so related to the phone.

11   **Q.** Ultimately, did you do something instead in your

12   conversations with the defendant to run his nas.py program?

13   **A.** Yes.

14   **Q.** What did you do instead?

15   **A.** We -- instead I used a computer, a desktop computer, and

16   told the defendant I was using a desktop computer.  We got it

17   to work on the desktop computer.

18   **Q.** All right.  Showing Government 401, page ending in 56, and

19   just along those lines, I'm directing you to the bottom of this

20   message here.  Are these messages from you in green?

21   **A.** Yes, they are, yes.

22   **Q.** And can you read the second line at 9:14, please?

23   **A.** I will message you later when I has a real comp.

24   **Q.** And what did you mean by that?

25   **A.** I will send you messages later when I actually have a

1    computer -- a desktop computer that I can use rather than

2    having to use my phone.

3    **Q.** And forwarding to the next page, this is ending in 057?

4    **A.** Yes.

5    **Q.** Mr. Smith, this image looks a little different than the

6    ones we were just looking at.  Can you explain what happened

7    here?

8    **A.** So that's the same conversation throughout 401 there.  So

9    that's the same conversation just going on, but there are no

10   additional messages above the message from the defendant at

11   9:18 because the defendant deleted the chat, so deleted the

12   messages in the chat.

13   **Q.** How did you know that the defendant deleted the messages in

14   the chat?

15   **A.** Telegram Secret Chat has a functionality whereby you can

16   hit a button.  There's one button you can hit, and it's clear

17   chat.  And with that button, it clears it both on your phone

18   and on the person you're talking to's phone.

19            All right.  So it clears it in both locations.  So I

20   saw that happen.  Essentially, I saw everything be deleted.

21   **Q.** And just to orient us, what's the date of the

22   communications that began after that deletion by the defendant?

23   **A.** So on the screenshot there, it is October 4th, 2019.

24   **Q.** All right.  Moving to Government 401, ending in 061 --

25   **A.** Yeah.

1    **Q.** -- did there come a point when you actually messaged the

2    defendant from a real computer, so to speak, as opposed to a

3    phone?

4    **A.** Correct, yes.

5    **Q.** And can you read your first message on the upper right-hand

6    side there?

7    **A.** "I is bak on computer alhamdulillah."

8    **Q.** And from here what, if anything, did you and the defendant

9    discuss?

10   **A.** We discussed initially when we were free to talk more, and

11   then once we were free to talk more, we discussed how to

12   operate the process on a computer.

13   **Q.** All right.  Moving to 401 with the page ending 062 and

14   specifically, Mr. Smith, I want to just direct you to these

15   messages kind of in the center here.

16            On the left-hand side, are these messages from the

17   defendant?

18   **A.** Yes, they are.

19   **Q.** And can you read those three, please?

20   **A.** "Alhamdulillah, in sha Allah it will work this time,

21   windows?"

22   **Q.** What did you understand him to mean when he said, "in sha

23   Allah it will work this time, windows"?

24   **A.** "In sha Allah" just means like basically hopefully.  So

25   hopefully it will work this time.  And then the defendant is

1    asking me if I am operating a Windows machine.

2    **Q.**  And were you?

3    **A.**  Yes, I was.

4    **Q.**  What did the defendant message you next?

5    **A.**  The defendant messaged me next:  "Ok you must download

6    Python let me send."  And he sent a link.

7    **Q.**  And can you describe what link you're referring to?

8    **A.**  That link there is to download Python for Windows.  That's

9    the link you would need to download Python for Windows.

10   **Q.**  And did you follow that link?

11   **A.**  I did, yes.

12   **Q.**  And maybe put another way, was Python already installed on

13   your computer?

14   **A.**  No, it was not.

15   **Q.**  All right.  Showing you the next page, is this the

16   continuation of the Python link that the defendant sent you

17   here on the upper left-hand side?

18   **A.**  Yes, yeah, it's the same one, yep.

19   **Q.**  All right.  And this is page ending 064.

20   **A.**  Okay.

21   **Q.**  And I want to direct your attention down to the defendant's

22   messages here on the bottom half of the page.

23           Can you read what he wrote beginning at -- the second

24   message at 3:42 p.m. please?

25   **A.**  "Try right click nas.py" -- "nas.py."

1    **Q.** And what did you understand nas.py to be?

2    **A.** Nas.py was the file -- was the Python file that the

3    defendant had sent to the account that I controlled, so the

4    defendant is telling me how to open that file and run that

5    file.

6    **Q.** Is this the file that we saw earlier in Government Exhibit

7    402?

8    **A.** Yes, that's correct.  It's the same file.

9    **Q.** And then the defendant sent an image at the bottom here; is

10   that right?

11   **A.** Yes.

12   **Q.** And just showing you the next page ending in 065, is this

13   image a continuation of that same picture that he sent?

14   **A.** Yes.

15   **Q.** And just very generally, can you describe what's in the

16   picture for the record?

17   **A.** The picture is the nas.py code.  So it's a nas.py file

18   opened, and it's the code in -- in that file.

19   **Q.** And what did the defendant write below the image that he

20   sent you?

21   **A.** So "in sha Allah it looks like this."

22   **Q.** Right below that did the defendant send you a series of

23   messages or instructions?

24   **A.** Yes.

25   **Q.** What did you understand these instructions to be about?

1  **A.** The defendant says, "Now press F5." F5 means run. So he's

2  telling me how to run -- he's telling me to run the program.

3  And then "IN SHA ALLAH it won't ask for tokens,"

4  tokens being for the bots, for the Telegram bots, so saying

5  hopefully it won't ask for tokens to run the bots.

6  **Q.** And, Mr. Smith, can you just explain to us what you were

7  doing as these instructions were being sent to you by the

8  defendant?

9  **A.** Yeah, I was -- I was trying to follow these instructions as

10  he was doing them.

11  **Q.** And this page ending 066, is this just an enlarged version

12  of the image we saw a moment ago?

13  **A.** Yes, it is.

14  **Q.** Okay. Government Exhibit 401, ending in 067, starting here

15  just sort of at the top third --

16  **A.** Yeah.

17  **Q.** -- did you ask a question of the defendant at 3:44?

18  **A.** I did, yes.

19  **Q.** What did you ask?

20  **A.** I asked: "I think I needs to download Telethon?"

21  **Q.** And what were you referring to?

22  **A.** In our earlier conversation on the phone, we kind of

23  skipped past -- the defendant walks me through how Telethon is

24  a library -- a Python library that allows Python to interact

25  with Telegram. So we kind of skipped that step here and when

 1  I'm on the computer, so I said I think -- I think I need to do

 2  that step.  I think I need to actually download that library.

 3  **Q.**  And so to be clear, who first -- in the course of your

 4  overall conversations --

 5  **A.**  Right.

 6  **Q.**  -- with the defendant, who first mentioned the Telethon

 7  library?

 8  **A.**  In the -- the defendant.  In my initial conversations with

 9  the defendant on my phone, the defendant made clear and walked

10  me through how Telethon is a key component of this step.  So it

11  was -- it was the defendant explanation there.

12  **Q.**  And was Telethon something that was already installed on

13  your computer?

14  **A.**  No, it was not.

15  **Q.**  Okay.  Moving to the page ending in 071, did there come a

16  point in time when you were ultimately able to install

17  everything you needed on your computer in order to run that

18  Python program that the defendant sent?

19  **A.**  Yes.

20  **Q.**  Had your computer been configured correctly at the outset

21  of your conversation with him in order to do that --

22  **A.**  No.

23  **Q.**  -- to use that program?

24  **A.**  It was not configured correctly, no.

25  **Q.**  How would you describe the complexity of the process up

1    until this point?

2    **A.**  It was relatively complex.  We had to -- we had to change

3    several things.  The defendant had to walk me through how to

4    change several things about my computer in order for it to

5    work.

6    **Q.**  And just going back to the original goal of running the

7    defendant's script, can you tell us where we are in that

8    process --

9    **A.**  We are --

10   **Q.**  -- at this stage?

11   **A.**  -- still very early.  We have not run the script at all.

12   We're still in the configuration step here in these

13   screenshots.

14   **Q.**  Okay.  Moving to Government 401, ending in 73, and just

15   directing you to this group of messages at the top from the

16   defendant --

17   **A.**  Yep.

18   **Q.**  -- can you just read in those bottom five messages for us?

19   **A.**  Okay.  "Bot, do bot, and then bot9 for main file."

20   **Q.**  What did you understand the defendant to be telling you in

21   these messages?

22   **A.**  Those right there are the instructions for the script on

23   Python.  So once it starts working, those are the -- those are

24   the actual codes one has to put in for the process to function.

25   **Q.**  And referring you a little further down on the page, first,

1    can you read the first two messages here from the defendant?

2    A.  Alhamdulillah, I made the bot have a password instead of

3    start.

4    Q.  What did you understand the defendant to mean when he said

5    that he "made the bot have a password instead of !" -- I think

6    it's "!start"?

7    A.   In order to interact with the Telegram bot that was part of

8    the process, part of the procedure for duplicating material,

9    one had to enter a password instead of the typical way of

10   entering -- of dealing with a Telegram bot is you click start

11   or you type in that code there listed.  Instead the defendant

12   added a password.

13   Q.  And in these messages from the defendant, does he tell you

14   what that new or different password is?

15   A.  He did, yes.

16   Q.  What was the new password?

17   A.  So it's the message sent there at 4:42, "longee6Ahz."

18   Q.  And is that the message that's highlighted there?

19   A.  Yes, it is.  That -- that's correct.

20   Q.  Did the defendant also provide you with a particular bot?

21   A.  Yes, he did, yep.

22   Q.  Can you tell us what that bot was called?

23   A.  So that's chcrypt9bot there at 4:41.

24   Q.  Is that naming convention, that chcrypt9bot, familiar to

25   you?

1    **A.** Yes.

2    **Q.** And where have we seen that naming convention in your

3    conversations with the defendant?

4    **A.** In earlier conversations, that is one of the bots that is

5    in the "every isdar ever channel."

6    **Q.** What did you understand the defendant to mean when he said

7    to message the bot?

8    **A.** I understood the defendant to mean to interact with the

9    bot, to begin using the bot.

10   **Q.** And for those folks who maybe haven't used a Telegram bot,

11   what does it mean to interact with a bot?  How does that work?

12   **A.** A bot is -- is an automated account.  So the way one

13   interacts with a bot is you just message it.  You send it

14   certain messages, and those messages are commands for the bot

15   to do certain things.  So you just interact with a bot, so send

16   a message to the bot.

17   **Q.** And does it -- do the bots respond in sort of

18   conversational language?

19   **A.** Yes, the bots respond with a preprogrammed response.

20   **Q.** Whose bot was this chcrypt9bot?  Was that yours or the

21   defendant's or someone else's?

22   **A.** That's the defendant's bot or it's -- it's not my bot.

23   **Q.** And are you familiar with how bots are created on Telegram?

24   **A.** I am, yes.

25   **Q.** How do you do that?

1    **A.** Telegram has a special account one contacts to create a

2    bot.  So it's the BotFather account.  You message the

3    BotFather, and you follow a set of instructions.

4              And it's all very kind -- it's relatively

5    straightforward, and you follow the instructions to create a

6    bot.  So you message the particular account, which was the

7    BotFather account.

8    **Q.** And had the defendant before this point in your

9    conversation mentioned that BotFather account to you?

10   **A.** Yes.

11   **Q.** All right.  Showing you -- this is still part of Exhibit

12   401, and this is the page --

13   **A.** Yeah.

14   **Q.** -- ending 041.

15   **A.** Yeah.

16   **Q.** Directing -- oops.  Directing you to this portion of those

17   messages and specifically this message -- the last three

18   messages at 11:04 p.m., can you read those?

19   **A.** And then akhi go to botfather and create 4 bots.

20   **Q.** Who were those messages from?

21   **A.** Those were from the defendant.

22   **Q.** And what was your understanding of what role, if any, going

23   to BotFather and creating four bots had to do with the

24   defendant's Python script?

25   **A.** One needed Telegram bots in order to operate the Tele -- in

1    order for the script to function.

2              THE COURT:  We're going to break in a few minutes, so

3    whenever it's a good point --

4              MS. WELLS:  This is as good a time as any, Your

5    Honor.  It's up to you.

6              THE COURT:  All right, folks.  We're going to break

7    for the day.  So as always, please don't talk about --

8         (Discussion off the record.)

9              THE COURT:  Yes, we should collect the folders.

10   Claire is reminding me, so here.

11             While we are doing that, we can begin at 9:00

12   tomorrow.  And please, as always, don't talk about the case.

13   If there's any publicity, don't expose yourself to it.

14             Enjoy the evening.  It has stopped raining, so I

15   think we can stay dry tonight.  And I thank you, as always, for

16   your attention and your participation in the case.

17             So at this point, do we have all the files collected?

18   There's one more.

19             All right.  We'll adjourn for the day then.

20             THE CLERK:  All rise.

21        (Jury out.)

22             THE COURT:  I'm going to take a very short personal

23   break, I think maybe, and I can come back, and I'd like to go

24   through the jury instructions that I have received from you.

25   And I think we can at least put them to bed for now.  So I'll

1    be back in about five minutes.

2         (Witness left the stand and the courtroom.)

3         (Recess from 4:17 p.m. until 4:24 p.m.)

4         THE CLERK:  All rise.  Please be seated and come to

5    order.

6         THE COURT:  I just want to go through these.  I

7    appreciate you getting this to me early.  Again, nothing is

8    written in stone.  Something can change, but we're pretty well

9    through the meat of the trial or at least a good part of the

10   way.  So let me just go through these right now, and I will

11   want a conforming set by the end of the week, let's say.

12        Well, I don't know.  Do you still -- is it still

13   possible we could get this to the jury by Friday?

14        MR. JONAS:  I think so, Judge.  So after this

15   witness, if this witness is done by lunch tomorrow, in sha

16   Allah --

17        (Laughter.)

18        THE COURT:  It depends whose -- I won't tell your

19   rabbi you said that.

20        MR. JONAS:  Thank you, Judge.

21        THE COURT:  It depends who cross-examines -- never

22   mind.  I'm only kidding.

23        MR. JONAS:  We then have the CHS, who will

24   definitely -- if he starts tomorrow afternoon, which is

25   Wednesday, I would guess by early Thursday afternoon would be

1    off the stand.  And then we have one fairly quick witness, and

2    then we should be done with the government's case.

3                THE COURT:  That would be sometime on Thursday.  And

4    then if the defense puts on a case, we're going into Friday,

5    and we probably would wait until Monday to do the closings and

6    give it to the jury.

7                MR. JONAS:  Obviously I can't speak to that.  I do

8    know -- and I don't know, again, if the defense is going to do

9    this.  I know in conversations with defense counsel, they

10   talked about introducing the defendant's college and high

11   school transcripts during their case.  If they do that, we may

12   have a very short rebuttal case.

13               THE COURT:  Okay.  So --

14               MR. GREENBERG:  Judge, I'm going to Mexico on the

15   21st whether we're done or not, so I'm just letting you know.

16               THE COURT:  I don't know how to respond to that,

17   Mr. Greenberg.

18               MR. GREENBERG:  I'm willing to come in Saturday.

19               THE COURT:  Can't work on the Sabbath.  You know

20   that.

21               Okay.  So let me just go through my little pages that

22   I marked.

23               On page 15 there's a blank there for charts.  Are

24   there any charts?  Do we have charts?  Are we going to have

25   charts?

1          MR. JONAS:  Judge, there's some demonstratives,

2     Judge, if you're going to --

3          THE COURT REPORTER:  Can you use the microphone --

4          THE COURT:  Hold on.  She has to turn it on first.

5          MR. JONAS:  Judge, there's some demonstratives.  I'm

6     not sure if they're charts or not, but we'll fill that in if we

7     need to.  If not, we'll just eliminate the exhibit.

8          THE COURT:  Or just say demonstrative exhibits, but

9     they don't go back to the jury, so I'm not sure you need it.

10    Okay.  That's not a problem.

11         Government 19 is agreed.  Government 22, you know --

12    oh, by the way, in your briefs you said that we had our

13    pretrial conference on August 28th.  It was September 28th.

14    That caused us a little --

15         MR. JONAS:  I think there were two, Judge.

16         THE COURT:  Well, but that's when we went through the

17    jury instructions.

18         MR. JONAS:  Okay.

19         THE COURT:  So we had to track -- we tracked that

20    down this morning.

21         And on September 28th I had said that I wanted that

22    instruction to stop on the fifth line, that ISIS has been

23    designated a foreign terrorist organization by the United

24    States Secretary of State, period.  I don't want anything after

25    that in that instruction.  So that includes the additional --

1    that's evidence.  You can certainly -- you can certainly, you

2    know, put that in your closing argument.  It is evidence.  But

3    I don't think we have to summarize evidence in the jury

4    instructions.

5         MR. JONAS:  Your Honor, just for clarification, are

6    you talking about everything after the fifth line in the

7    entirety of the instruction or just --

8         THE COURT:  Yes -- no, no, no.  Just that paragraph.

9         MR. JONAS:  Just that paragraph?

10        THE COURT:  Yes, just that paragraph.  Thank you for

11   that clarification.

12        For 23 and 24 -- I'm sorry -- 22 and 23, I keep

13   looking at the page numbers rather than the instruction

14   numbers.  Eventually they will be the same when we give them to

15   the jury.

16        I like the defendant's notion of putting these in one

17   instruction, and I think the version two is what I intend to

18   give with an addition.  So if you look at page 4 of the

19   defendant's response, which is document 145, version two, after

20   the first sentence, which ends with the words "includes

21   services," I would add the second sentence of the government's

22   instruction 22, "The term services includes the performance of

23   work commanded or paid for by another or act done for the

24   benefit of another or at the command of another."  And then

25   continue on with the rest of the defendant's suggested version

1     two.

2              MR. GREENBERG:  May I address that, Judge?

3              THE COURT:  Yes.  I've given this a lot of thought,

4     though, Mr. Greenberg.

5              MR. GREENBERG:  Okay.  Judge, under *Holder*, which

6     seems to be the only case that defines this, it's got to be in

7     coordination with or at the direction of the organization.

8              If we include that sentence, then it could be

9     misleading to the jurors, who could look at it and think that

10    one of the OCEs who encouraged it or asked for it, and it would

11    be included.  So it needlessly expands the definition --

12             THE COURT:  But look at the last sentence in your

13    suggested version two.

14             MR. GREENBERG:  Right.  Ours parrots *Holder*.  But if

15    you insert this, it expands beyond the organization to just

16    doing it.  The term "services," unless I'm misreading which one

17    you're referring to, "includes the performance of work

18    commanded or paid for by another or act done for the benefit of

19    another."

20             So if you take out the word "another" and you were to

21    insert, for instance, OCE 4, you could do that in lieu of the

22    word "another."  It's not limiting it to the organization.

23             THE COURT:  I see your point.

24             What do you say, counsel?

25             MR. JONAS:  I'm sorry, Judge.  Can I have one second?

1          THE COURT:  Yes.

2          MR. JONAS:  So Mr. Greenberg is objecting to the

3    instruction that the defense initially submitted regarding the

4    definition of the term "services"?  Is that my understanding?

5          THE COURT:  Well, what they suggested is combining 22

6    and 23 into one instruction, which I think is a good idea.

7          And I'm trying to be as accurate as I can, and I

8    thought their version two was good, but it didn't -- it didn't

9    incorporate the notion of performance of work or commanded or

10   paid for by another for the benefit of another.

11         You're saying the word "another" is too broad?

12         MR. GREENBERG:  I'm saying that --

13         THE COURT:  For a terrorist organization, is that

14   what you're suggesting?

15         MR. GREENBERG:  Right, I'm suggesting that that

16   language -- and I don't know if this instruction originally

17   came from us or is modified from us, but I spent a lot of time

18   on these two yesterday, these two versions.

19         And the way I read *Holder,* quoting directly, advocacy

20   performed, in coordination with, or at the direction of a

21   foreign terrorist organization.

22         THE COURT:  So if we change the word "another" to a

23   "foreign terrorist organization," that would satisfy your

24   problem?

25         MR. JONAS:  Your Honor, if -- again, if we're talking

1    about the sentence from the government's instruction that you

2    addressed earlier to include with the defendant's version two,

3    the government has no objection to swapping out the word

4    "another" or swapping in the word "foreign terrorist

5    organization" in replace of "another."

6              MR. GREENBERG:  And Judge, then if we say the last

7    part of that sentence after the word "or," "or act done for the

8    benefit of another," that negates independent advocacy, because

9    independent advocacy, in theory, is an act done for the benefit

10   of another.

11             So our instruction parrots the *Holder* case, which is

12   the -- the language in the *Holder* case, which is apparently the

13   only case where they talked about this.  And, in fact, giving

14   this definition that the Court gave, they still said that

15   doesn't mean that in a future case we might not determine that

16   this is too broad, and, you know, may -- it may even violate

17   freedom of speech being this broad.  So we can't expand it

18   further than that.

19             And I'm referring to page -- I'm sorry.  I don't have

20   the page of this -- I'm reading from a Law Review article

21   called "Tweeting for Terrorism," Judge, which talks about all

22   of this and the material support statute.  It does not have the

23   page number.  I apologize for that.

24             MR. JONAS:  Your Honor -- Mr. Greenberg, are you --

25             THE COURT:  I guess what we're talking about here --

1     and it's something that I was giving some thought to earlier,

2     too -- is the word "benefit."  Is that the point?

3            So if you do something that benefits somebody, I

4     could do something totally innocent, and it could benefit

5     somebody else.

6            MR. GREENBERG:  Right.

7            THE COURT:  And there's a disjunctive there.

8            MR. GREENBERG:  Right, you could do something that

9     benefits them, which is still permissible.  That's the essence

10    of the law.

11           MR. JONAS:  Your Honor, this is the definition as

12    from *Holder* but read in conjunction with the requirement that

13    there be coordination or the direction or control is what

14    *Holder* directs.

15           So in other words, it defines services.  That's what

16    that sentence does; it defines services.  And when it follows

17    in the rest of the paragraph in version two, it explains, but

18    if you're providing services, it has to be done in direction or

19    coordination with.

20           So I think it's helpful to provide a definition of

21    services to the jury so they understand specifically what they

22    are to find that the defendant did.  And then beyond that, it's

23    what's the defendant's intent.

24           THE COURT:  Well, that --

25           MR. JONAS:  Was he doing it in direction and

1  coordination with, so --

2        THE COURT:  That was my intention in putting that

3  sentence between the first and second sentences of version two,

4  because we really haven't defined the term "services" except to

5  say it refers to concerted activity and not independent

6  advocacy.  That's what that -- that's not a complete definition

7  of what a service is.  So that's why I picked up the

8  government's definition of that.

9        But I guess I am re-thinking -- and I think we've all

10  agreed that instead of "another," because that could be

11  anybody -- it could be one of the agents or something -- so I

12  agree with Mr. Greenberg on that one.

13        But "or for the benefit of another" is awfully broad,

14  now that I look at it again.

15        MR. GREENBERG:  And the definition of services is in

16  *Holder*.  That's exactly what we quoted in our instruction.  So

17  our instruction parrots the definition from *Holder*, Judge.

18        MR. JONAS:  Which is what this is, Judge.  This is --

19  this definition is from *Holder* regarding the term "services."

20        MR. HERMAN:  Judge, I think what Mr. Greenberg

21  meant -- and we set this forth in our brief is -- at docket 145

22  is that "services" was defined in the manner -- in an

23  incomplete manner in that parenthetical merely to illustrate

24  the Supreme Court's point that the services must be provided to

25  the foreign terrorist organizations.

1          So your concerns -- and thank you for picking up what
2    our concerns were with the word "benefit" -- is that there
3    could be some type of corollary or ancillary benefit to an
4    organization by one's independent conduct.  And that's what our
5    concerns were that were set forth in the motion even -- you
6    know, *in limine* regarding Dr. Zelin's testimony, which was
7    there could be testimony or argument that somebody some -- the
8    terrorist organization may benefit from certain activity, but
9    that activity is done independently.  And there's a danger that
10   we're trying to avoid here, and it's stemming from this word
11   "benefit."
12          THE COURT:  All right.  I'm going to give this some
13   more thought.  I think you've raised a good point.
14          I mean, you could argue that, you know, Dr. -- I'm
15   blocking on his name now --
16          MR. GREENBERG:  Zelin?
17          MR. JONAS:  Zelin.
18          THE COURT:  -- Zelin's website itself could benefit
19   one of these organizations because it allows people with an EDU
20   address to get into it.
21          So I'm having trouble with the word "benefit."  Maybe
22   we should talk about this before we begin tomorrow.  I would
23   like to get these as settled as I can.
24          MS. HUGHES:  Your Honor, one point on *Holder*.  There
25   is a broad definition of services, which this language comes

1    from.  And then when *Holder* specifically addresses advocacy,

2    that is when it -- that is when it incorporates that advocacy

3    done in coordination is sufficient, but independent advocacy is

4    not.

5          So there are two -- this is part of the reason why we

6    parsed these out.  There's a services theory, and then there is

7    an advocacy portion of that that *Holder* paid particular

8    attention to and gave specific language when addressing.

9          THE COURT:  Okay.  Let me take another look at that

10   and give you a definite ruling on this tomorrow.  I think I

11   understand the point, but I don't think *Holder* used the word

12   "benefit," as I recall, but I don't have it in front of me.  So

13   I'm going to take another look at that.  I appreciate the input

14   here.

15         All right.  The last one I have is --

16         MR. JONAS:  I'm sorry, Your Honor, before we move

17   away from this, there's just one other word that we would

18   request to be changed.

19         On the defendant's version two where it says,

20   "services provided as a material support to a foreign terrorist

21   organization" --

22         THE COURT REPORTER:  Can you read that slower because

23   of your mask --

24         MR. JONAS:  Sorry.

25         THE COURT:  Maybe you should come up here, Barry --

1        MR. JONAS:  Sure.

2        THE COURT:  -- and take your mask off, because I have

3    trouble sometimes.  That's one reason I'm not wearing a mask.

4    You'd never understand a thing I said.

5        MR. JONAS:  So, Your Honor, in version two, the

6    second -- or I guess it's the third sentence, services provided

7    as material support to a foreign terrorist organization, the

8    defendant has the word "involves advocacy."  We'd like that to

9    be "includes advocacy."

10        MR. GREENBERG:  Probably no problem with that, Judge,

11    but if we could just talk about it --

12        THE COURT:  All right.  Think about that.  I see what

13    you're saying.  I understand that.

14        All right.  The next one was defendant's instruction

15    number one.  I've already decided that we should give a First

16    Amendment instruction because there's been so much talk about

17    the First Amendment.  And the statute itself mentions the First

18    Amendment so I thought we should tell the jury what the First

19    Amendment says.

20        The government wants to add that last paragraph.  I

21    agree with the defendant that the first two sentences in that

22    paragraph I want out.  I think that's argumentative.  And it's

23    certainly something you could argue legitimately in closing.

24        The last two sentences beginning with "Advocacy that

25    is done independently of the terrorist organization" I think is

1    something that is correct and probably puts context to the

2    First Amendment instruction.  And I wouldn't -- and I'd also

3    strike out the word "this means that."  I would just start that

4    last sentence, "Advocacy performed in coordination with or at

5    the direction of ISIS is not shielded."  I think that really

6    does give the jury a solid idea of what this First Amendment

7    defense is.

8            So let's give some real thought to 22 and 23.  I do

9    like putting them together, and I'm pretty set on that.  But we

10   will take another look at *Holder* and that suggestion that I had

11   at first and your comments on it, and I'd like to get a

12   definite ruling on that tomorrow and then get a set of

13   instructions that we can get to the jury quickly after the case

14   is -- after the evidence is presented.

15           MR. GREENBERG:  Judge, do you give the instructions

16   to the jury before closing?

17           THE COURT:  I give -- no.

18           MR. GREENBERG:  Do --

19           THE COURT:  No.

20           MR. GREENBERG:  Have you ever done it that way, just

21   out of curiosity, the issues instructions?

22           THE COURT:  There's a lot of things I've never done

23   that way.

24           I have not given it, but you will know what they are,

25   so you can certainly refer to any instruction I'm going to

1  give.  You can put it up on a white board.  You could put it on
2  the screen or whatever.  So you'll know what the
3  instructions -- you can say the Judge is going to instruct you
4  that, and then put that into your argument.

5          So the last thing they hear -- maybe I'm just a
6  traditionalist, but the last thing they hear is the
7  instructions of the Court.

8          MR. GREENBERG:  No, I've seen it done both ways.

9          THE COURT:  I've seen it done where you give
10  substantive instructions ahead of time.

11          MR. GREENBERG:  Right.

12          THE COURT:  Which I think can be very confusing,
13  because they don't know what the case is about at that point.

14          All right.  Gentlemen and ladies, thank you so much
15  for your service, and I will see you tomorrow morning.

16          MR. JONAS:  Thank you, Judge.

17          THE CLERK:  All rise.

18          (Adjournment at 4:44 p.m. until 9:00 a.m., 10/13/2021.)

19

20

21

22

23

24

25

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on October 12, 2021, Volume No. 4, before the HON. ROBERT W. GETTLEMAN in the above-entitled matter.

*/s/ Nancy L. Bistany, CSR, RPR, FCRR*          December 8, 2021

    Official Court Reporter                                      Date
    United States District Court
    Northern District of Illinois
    Eastern Division