```
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
      UNITED STATES OF AMERICA,        )
 4                                     )
                      Plaintiff,       )
 5                                     )
                 vs.                   ) No. 19 CR 869
 6                                     )
      THOMAS OSADZINSKI,               ) Chicago, Illinois
 7                                     ) October 13, 2021
                      Defendant.       ) 9:06 a.m.
 8

 9           TRANSCRIPT OF PROCEEDINGS - Volume No. 5 AM

10           BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                          and a Jury

12
      APPEARANCES:
13
      For the Plaintiff:         HON. JOHN R. LAUSCH, JR.
14                               United States Attorney
                                 BY:  MR. BARRY JONAS
15                                    MS. MELODY WELLS
                                 Assistant United States Attorneys
16                               219 South Dearborn Street, Fifth Floor
                                 Chicago, Illinois  60604
17                               (312) 353-5300

18
                                 MS. ALEXANDRA HUGHES
19                               Trial Attorney, Department of Justice
                                 National Security Division
20                               950 Pennsylvania Avenue, NW
                                 Washington, D.C.  20530
21

22

23    Official Court Reporter:   NANCY L. BISTANY, CSR, RPR, FCRR
                                 219 South Dearborn Street, Room 1706
24                               Chicago, Illinois 60604
                                 (312) 435-7626
25                               nancy_bistany@ilnd.uscourts.gov
```

1    APPEARANCES:   (Continued)

2

3    For the Defendant:          GREENBERG TRIAL LAWYERS
                                 BY:   MR. STEVEN GREENBERG
                                 53 West Jackson Boulevard, Suite 1260
4                                Chicago, Illinois  60604
                                 (312) 879-9500
5

6                                LAW OFFICE OF JOSHUA G. HERMAN
                                 BY:   MR. JOSHUA G. HERMAN
7                                53 West Jackson Boulevard, Suite 404
                                 Chicago, Illinois  60604
8                                (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               I N D E X

2   WITNESS                                        PAGE

3   BILL SMITH

4       DIRECT EXAMINATION (Resumed) BY MS. WELLS      936

5       CROSS-EXAMINATION BY MR. HERMAN                1010

6       REDIRECT EXAMINATION BY MS. WELLS              1041

7       RECROSS-EXAMINATION BY MR. HERMAN              1049

8

9   AHAKIM ABBAS

10

11      DIRECT EXAMINATION BY MR. JONAS                1058

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Jury out.  Proceedings heard in open court:)

2    THE CLERK:  19 CR 869, USA versus Thomas Osadzinski.

3    THE COURT:  You don't have to put your appearances

4    back on the record.

5    All right.  We have given you what I've decided is

6    going to be a combination of the government's two instructions.

7    And that's my decision, and that's what we're going to give.

8    The rest of them, I would like a conforming set,

9    let's say, by tomorrow, so we can have that ready to go.  It

10   should not have the caption of the case on it.  It will just --

11   you know, just page 1 will be government 1.  And don't have the

12   government -- don't have the material at the bottom, defense or

13   government, that sort of thing.

14   So, in other words, it will be in the form that we'll

15   give the jury, and at that point, if we do make any changes,

16   we'll just refer to the page numbers.

17   MR. GREENBERG:  Judge, there's one other thing that I

18   raised with Mr. Jonas this morning that we're talking about, so

19   I just want to alert the Court.  Maybe when we come back from

20   the lunch break, if you could just maybe give us five minutes

21   in case it's something we have to discuss with the Court.

22   THE COURT:  There's also -- the government filed a

23   motion to admit the Federal Register.  Is there any objection

24   to that?  It is a self-authenticating document, so --

25   MR. HERMAN:  Judge, most likely not.  We got it

1    early.  We were preparing for things --

2              THE COURT:  Take a look at that.  I would think not

3    either.

4              MR. HERMAN:  Yes.  And we're --

5              THE COURT:  And because I did take that out of the

6    instruction, because you wanted to put that in the instruction,

7    so I think it's -- as I said, it's evidence -- there is

8    evidence to support --

9              MR. HERMAN:  We most certainly don't want to do

10   anything to trigger another witness.  So we will try our best,

11   as we have throughout trial, to be amenable to stipulations.

12             THE COURT:  Well put.  Thank you.  Okay.

13             MR. JONAS:  Judge, I was just going to ask,

14   logistically on the jury instructions, you want me just to send

15   a Word version to Claire so you guys can make whatever edits

16   you want?

17             THE COURT:  That's fine.  Thank you.

18             MR. JONAS:  Okay.

19             THE COURT:  Let's get our -- yes, you can put your

20   witness on the stand, and then we'll bring the jury in.

21             MS. WELLS:  Your Honor, do you prefer if we wait

22   until the witness and the jury comes in at the same time or --

23             THE COURT:  Yes, we'll put the witness in the box

24   before we bring the jury in.

25             (Witness entered courtroom and resumed the stand.)

Smith - direct by Wells                    936

```
 1              THE CLERK:  All rise.
 2          (Jury in.)
 3              THE COURT:  Good morning, everybody.  Please be
 4      seated.
 5              We'll resume the testimony.  Sir, you're still under
 6      oath.
 7              THE WITNESS:  Okay.
 8              THE COURT:  And you can take your mask off.
 9              THE WITNESS:  Thank you, sir.
10              MS. WELLS:  May I proceed?
11              THE COURT:  Please.
12              BILL SMITH, GOVERNMENT'S WITNESS, SWORN
13                  DIRECT EXAMINATION (Resumed)
14      BY MS. WELLS:
15      Q.  Mr. Smith, welcome back.
16      A.  Thank you.
17      Q.  All right.  When we left off yesterday, we were discussing
18      your use or attempted use of the script, the nas.py script that
19      the defendant sent you.  Do you recall that?
20      A.  I do, yes.
21              MS. WELLS:  And I'd like to show the courtroom what
22      is in evidence as Government 401, page ending 73.
23      BY MS. WELLS:
24      Q.  All right.  Mr. Smith, can you just remind us what we're
25      looking at on this page?  And in particular, I'd like to direct
```

1    your attention to the messages that the defendant sent here at
2    the bottom of the screen.
3    **A.**  Right.  So this is a conversation between the defendant and
4    myself, and defendant is telling me how to operate the bot
5    connected to the script.
6    **Q.**  And were you following these instructions as you were
7    receiving them?
8    **A.**  I was, yes.
9    **Q.**  And can you explain to us what, if anything, you were doing
10   with the chcrypt9bot that the defendant sent you information
11   for?
12   **A.**  So I was interacting with that bot as the defendant
13   instructed.
14   **Q.**  And did you take screenshots or pictures of your
15   interaction with that particular bot and of account information
16   related to that bot?
17   **A.**  Yes, I did.
18   **Q.**  You have -- or for the witness only, please, I'd like to
19   show what's been marked for identification as Government 404.
20          And, Mr. Smith, do you recognize this and the
21   subsequent pages as true and accurate copies of the screenshots
22   you took of your interactions with the chcrypt9bot and of the
23   chcrypt9bot account information?
24   **A.**  I do, yes.
25   **Q.**  And are those true and accurate copies of those

1   interactions?

2   **A.**  They are, yes.

3          MS. WELLS:  Your Honor, I'd move to admit Government

4   Exhibit 404 and request permission to publish.

5          MR. HERMAN:  No objection.

6          THE COURT:  All right.

7       (Said exhibit admitted in evidence.)

8   BY MS. WELLS:

9   **Q.**  Mr. Smith, first of all, just starting on this first page

10  of Government 404, what are we looking at here?

11  **A.**  That's account information.  That's Telegram account

12  information for that particular Telegram bot.

13  **Q.**  And can you just direct us to the name of the bot appears,

14  please?

15  **A.**  Sure.  So the name is the display name there at the top,

16  and that's "Main" at the top there, is the name of the bot.

17  **Q.**  And is that different from the username associated with

18  the --

19  **A.**  Correct, yeah.  So the username is chcrypt9bot there in the

20  middle.

21  **Q.**  And so there are -- are there times when either the

22  username versus the display name, in this case Main, will

23  appear in Telegram chats or conversations?

24  **A.**  Right.  It's a little bit like Facebook where there are

25  different identifiers for the account.  The display name is

1    usually at the top in this case, and the actual username is

2    what you would click on to interact with the particular

3    account.

4    **Q.** All right. And I want to move to page 2 of the same

5    exhibit. Mr. Smith, what are we looking at here? What is

6    this?

7    **A.** So that's a communication between myself and the

8    defendant's Telegram bot. The messages on the right in green

9    with the green background are messages that I sent, and the

10   messages on the left with white background are the messages

11   that the bot sent to me.

12   **Q.** And for the record, can you tell us what date these

13   interactions took place on?

14   **A.** So October 4th, 2019.

15   **Q.** All right. And on the left, the white messages that came

16   from the bot, what language are those messages in?

17   **A.** Those messages are in Arabic.

18   **Q.** Based on your review of the information that the defendant

19   sent you, do you know where that Arabic text comes from?

20   **A.** So the bot is programmed to respond in a certain way, and

21   that -- that programming is from the script. So it is

22   producing the responses that the script tells it to.

23   **Q.** And when you say "the script," are you referring to the

24   nas.py file that's in evidence as Government Exhibit 402?

25   **A.** Correct, correct, yes, the nas.py file.

1   **Q.**  And I'd like to show everyone what's in evidence as

2   Government 716.

3           All right.  Mr. Smith, first of all, the exhibit that

4   we're looking at, is this your interaction with the bot?

5   **A.**  It is not, no.

6   **Q.**  However, based on your review of this information, first of

7   all, can you tell us what the name of this bot is here --

8   **A.**  Yes.

9   **Q.**  -- just for the record?

10  **A.**  Yes, the display name is "Main."

11  **Q.**  And then looking at the messages here --

12  **A.**  Yes.

13  **Q.**  -- have you compared these, in particular, the Arabic

14  messages on the left with the information from the screenshot

15  that you took of your interaction with the defendant's bot?

16          MR. HERMAN:  Judge, I object, he's already said he

17  doesn't speak Arabic.

18          THE COURT:  He's comparing it to the other without

19  interpreting it, correct?

20          MS. WELLS:  Correct, Your Honor, just a visual

21  comparison.

22  BY THE WITNESS:

23  **A.**  Correct.  And I speak enough Arabic to understand the

24  alphabet.  So I kind of -- I know what the letters are, not

25  necessarily every single word, though.

1           But, yeah, I compared it, and it's the same.

2    BY MS. WELLS:

3    **Q.** And I'm sorry.  Just so the record is clear, do these

4    appear to be the same messages on the left side in this exhibit

5    and in Exhibit 404 that we just looked at?

6    **A.** Correct, yes, they're the same.  They appear to be the

7    same.

8    **Q.** And also directing your attention to the upper right-hand

9    corner of Exhibit 716 that we see now, is there a pass code or

10   an initiation code listed here?

11   **A.** Yes.

12   **Q.** And what is that?

13   **A.** So it's the same one that the defendant gave me earlier.

14   So it's longee6Ahz.

15   **Q.** All right.  Referring back to your conversations with the

16   defendant -- and this is Government 401, page ending 74 --

17   after the defendant sent you those messages regarding using the

18   crypt bot, what did he write to you at 4:42 p.m.?

19   **A.** The defendant wrote:  "Alhamdulillah, now let me show you."

20   **Q.** What did you understand that to mean?

21   **A.** I understood it to mean that the defendant was going to

22   show me how it worked, how the bots and script worked.

23   **Q.** And below that, his subsequent messages also at 4:42, can

24   you read those, please?

25   **A.** "Let's do one channel.  Can I invite you?"

1    **Q.** And what did you understand that to mean?

2    **A.** That we would start by copying one channel and that the

3    defendant was going to invite me to that channel that we were

4    going to copy.

5    **Q.** All right.  Moving into 401, page 75, first of all, what

6    did the defendant send at the top of this portion of your

7    messaging?

8    **A.** So those -- those are GIFs, which is kind of like moving

9    images.  It's a file format.  It shows kind of short clips,

10   usually about 10 seconds or so, and they're meant to express

11   excitement or something along those lines.

12   **Q.** And do you recall what these were -- these were moving

13   images when you saw them initially; is that correct?

14   **A.** Correct, yeah, they're moving images on my -- on my screen,

15   yes.

16   **Q.** And as to the first image, do you recall what the moving

17   image displayed at the time?

18   **A.** Yeah.  So it's two military-aged males embracing with

19   ISIS's flag in the top right in front of a suicide vehicle, a

20   vehicle that will be used as a --

21             MR. HERMAN:  Objection, Judge.

22             THE WITNESS:  I'm sorry.

23             THE COURT:  Please stand --

24             MR. HERMAN:  Objection, 403.

25             MS. WELLS:  Your Honor, it's something, again, that

1    the defendant sent, and it's what the witness perceived at the

2    time.

3              THE COURT:  Well, let's minimize this sort of thing.

4    BY THE WITNESS:

5    **A.**  It's two images commonly used by ISIS to express

6    excitement, and it shows battlefield scenes.

7    BY MS. WELLS:

8    **Q.**  All right.  Referring you a little further down on the

9    page, did the defendant send you an invitation to some kind of

10   channel?

11   **A.**  Yes.

12   **Q.**  And specifically referring you to this portion of the chat

13   at 4:43, what is this text that's sort of in the green

14   lettering?

15   **A.**  So that's a Telegram join link.  That's a link that one

16   must put to join a channel, a private channel.  So that link

17   right there is the link to the channel the defendant wants me

18   to join.

19   **Q.**  And did you follow the link?

20   **A.**  I did, yes.

21   **Q.**  What channel did the defendant invite you to?

22   **A.**  So I believe the name of the channel is RU Isdar.

23   **Q.**  And when you joined that channel, what, if anything, did

24   you see?

25   **A.**  I saw a large quantity of ISIS propaganda in Russian.  So

1    Russian language ISIS propaganda.

2    **Q.** And for the witness only, please.  I'd like to show you

3    what's been marked as Government 400-2.

4              Did you -- I'm showing that exhibit to you now.  Did

5    you also take pictures of account information related to the

6    join -- to the RU Isdar channel you just mentioned and a

7    subsequent channel that the defendant sent you?

8    **A.** Yes, I did.  I took screenshots.

9    **Q.** And does Government 400-2 contain true and accurate copies

10   of those screenshots?

11   **A.** Yes, it does.

12             MS. WELLS:  Your Honor, I'd move to admit 400-2 and

13   request permission to publish, please.

14             MR. HERMAN:  No objection.

15             THE COURT:  All right.

16        (Said exhibit admitted in evidence.)

17   BY MS. WELLS:

18   **Q.** Mr. Smith, once again, what are we looking at in this

19   screenshot?

20   **A.** So that's profile information, account information for the

21   Telegram channel RU Isdar.  At the top there it shows the

22   display name RU Isdar, and then it also shows the unique

23   identifier, the numeric Telegram ID that's unique to that

24   particular channel.  It shows the number of users in it, so

25   subscribers and administrators.

1           And then it also shows the content in the channel.

2    So underneath at the bottom there, photos, videos, and files

3    that are -- that are in the channel.

4    **Q.**  And specifically, can you tell us how many different photos

5    were in this channel when you viewed it?

6    **A.**  So 180 photos.

7    **Q.**  How many videos?

8    **A.**  108.

9    **Q.**  And how many other types of files?

10   **A.**  299.

11   **Q.**  Did you also capture information related to the membership

12   of that channel?

13   **A.**  Correct, yes.

14   **Q.**  And is that what's displayed on Exhibit 400-2, page ending

15   123?

16           MR. GREENBERG:  Judge, Judge, I'm going to object to

17   her moving the pointer along to show all of this stuff.  If she

18   wants to ask a question, that's fine, but moving the mouse is a

19   form of leading.

20           THE COURT:  She's directing his attention to part of

21   the exhibit, which has been admitted into evidence.  I think

22   that's okay.

23           MR. GREENBERG:  Judge, I understand she's directing

24   his attention or she's showing something specific.  But, for

25   instance, where she's showing does it show the list of people,

1    and then she just goes along the list with the mouse.

2              THE COURT:  She's showing what the question is

3    directed to.  I think it's perfectly fine.  She's not

4    suggesting an answer to the question.  Go ahead.

5    BY MS. WELLS:

6    **Q.**  All right.  Mr. Smith, directing your attention to the list

7    that we see here, what's the title at the top?

8    **A.**  So that list right there shows the administrators in that

9    particular channel.  It's titled "Administrators."

10   **Q.**  And can you just read for us quickly the names of the

11   administrators that we see here?

12   **A.**  So at the top there it's an Arabic letter, and the others

13   are all named "Crypt" and then one named "Main."  And then

14   there's a redacted one.  That would be my account, the account

15   I was using at the time.  And then there was Qital at the

16   bottom there, the defendant's account.

17   **Q.**  Okay.  And just so the record is clear, the Qital is the

18   one that's written in Arabic text at the very bottom; is that

19   right?

20   **A.**  Correct.  Correct.

21   **Q.**  Where you mentioned "Crypt" and "Main," did you at some

22   point come to understand what kinds of accounts those were that

23   were administrators in the RU Isdar channel?

24   **A.**  I did, yes.

25   **Q.**  And what were they?

1    **A.** They're Telegram bots.

2    **Q.** All right.  And I'd like to show the witness only what's

3    been marked for identification as Government 400-3, please.

4              Mr. Smith, did you also take screenshots of the

5    content of the RU Isdar channel?

6    **A.** I did, yes.

7    **Q.** And do you recognize the exhibit in front of you now?

8    **A.** I do.

9    **Q.** What is this?

10   **A.** It's screenshots of the Telegram channel RU Isdar.

11   **Q.** Does that constitute an approximately 79-page PDF of your

12   screenshots?

13   **A.** Yes, that's correct.

14   **Q.** Are they true and accurate copies of what you -- the images

15   that you took?

16   **A.** Yes.

17             MS. WELLS:  And, Your Honor, I'd move to admit

18   Government 400-3 and request permission to publish.

19             MR. HERMAN:  No objection.

20             THE COURT:  Okay.

21        (Said exhibit admitted in evidence.)

22   BY MS. WELLS:

23   **Q.** Okay.  Mr. Smith, this is a little bit small text.  I'm

24   going to make this larger.

25             First of all, can you let us know what the title of

1    this channel is or where we can find the title?

2    **A.**  The title is at the top there, and it's RU Isdar.

3    **Q.**  Is that listed here where I've highlighted?

4    **A.**  Yes, yes.

5    **Q.**  Is there information on this page explaining when this

6    channel was created?

7    **A.**  Yes.

8    **Q.**  And where is that?

9    **A.**  So that's also at the top there.  The Saturday, September

10   28, 2019, is the date that the channel was created.

11   **Q.**  And is that where I've highlighted again?

12   **A.**  Yes.

13   **Q.**  What's the date listed below?

14   **A.**  Friday, October 4th, 2019.

15   **Q.**  And what, if anything, does that date indicate?

16   **A.**  That date indicates the date that the posts were made.  So

17   the date that the material was posted into this particular

18   channel.

19   **Q.**  All right.  And you mentioned a few moments ago what you

20   observed generally when you went to this channel.

21          Can you explain what it is we're looking at here --

22   excuse me --

23   **A.**  Sure.

24   **Q.**  -- at the bottom portion of just this one page?

25   **A.**  Right.  So that's ISIS propaganda content in Russian.  At

1      the top the images is like -- kind of like a movie image, like

2      a leading image, I guess, that ISIS would release with their

3      propaganda content.  And then below that are the actual video

4      files that one can download, and those videos files are Russian

5      language ISIS videos.

6      **Q.**  So typically speaking, would there be a still image

7      associated with each video posted in the channel?

8      **A.**  Correct.  Yeah, like a movie poster-type sort of situation,

9      still image.

10     **Q.**  And in addition, were there video links that were

11     downloadable?

12     **A.**  Yes.

13     **Q.**  All right.  I'd like to show the witness what's already in

14     evidence as 604-8.

15            All right.  Mr. Smith, I just want you to direct your

16     attention to the top portion of this.  What's the date of this

17     message?

18     **A.**  September 28th.

19     **Q.**  And to be clear, are you a participant in this message?

20     **A.**  I am not, no.

21     **Q.**  Reading just the -- pardon me -- the four messages in pink

22     lettering, can you read those into the record, please?

23     **A.**  "Wow I just found a goldmine of wilayah isdars translated

24     into Russian official translations.  I guess I shall be

25     learning Russian and Arabic then."

Smith - direct by Wells                                    950

1    **Q.** All right. And then referring you back to Government

2    400-3, is this another page of the RU Isdar channel?

3    **A.** It is, yes.

4    **Q.** And is this the third page of that?

5    **A.** Yep. Yes, it is.

6    **Q.** And the fourth?

7    **A.** Yes.

8    **Q.** And does this document continue essentially in the fashion

9    that we've seen in these examples?

10   **A.** Yes, it does, for 79 pages.

11   **Q.** Okay. Referring you back to your conversations with the

12   defendant, did he also invite you to a second channel?

13   **A.** Yes, he did.

14   **Q.** Directing your attention to the bottom here -- and the time

15   is hard to read; it's 4:44 p.m. -- what did he send you at

16   4:44 p.m.?

17   **A.** At the very bottom there you can see a Telegram join link,

18   and that's the link one has to click to join or access a

19   private Telegram group or channel.

20   **Q.** Did you also join this second channel?

21   **A.** I did, yes.

22   **Q.** When you joined that channel, what, if anything, did you

23   see?

24   **A.** It was a blank channel. It was a channel with no content,

25   just a channel with a display name at the top and no content in

1    it.

2    **Q.** All right.  Moving on to the next page, is this just a

3    continuation of the conversation we were just looking at with

4    the second join link?

5    **A.** Yes, it's the same conversation.

6              THE COURT:  Just for the record, what exhibit is this

7    again, please?

8              MS. WELLS:  Oh, pardon me.  It's 401, page ending 76.

9    BY MS. WELLS:

10   **Q.** All right.  Mr. Smith, can you just read the defendant's

11   message to you right before he sent that second -- right,

12   excuse me, after he sent the second join link?

13   **A.** He's replying to the first join link, and he says, "In this

14   channel I will make you an admin."  So in the first channel, I

15   will make you an admin.

16   **Q.** And what did he write below that?

17   **A.** "Type" and an Arabic word.

18   **Q.** Let me pause you there.  I'm not asking you to translate

19   the Arabic word, but do you recognize those characters, and do

20   you know where they came from?

21   **A.** I do.

22   **Q.** And where did they come from?

23   **A.** They're part of the script.  They're part of the process.

24   **Q.** And is that, once again, Exhibit 402, the nas.py file?

25   **A.** Correct, yes.

1    **Q.** And what did he write below in that final message at 4:45?

2    **A.** "It will give you last message ID in channel."

3    **Q.** What were you doing as the defendant was sending you these

4    instructions?

5    **A.** I was following them, carrying them out.

6    **Q.** All right.  Moving to the next page of 401, which ends in

7    77, what information was the defendant sending you here?

8    **A.** So these are additional instructions on how --

9    **Q.** Oh, pardon me.

10   **A.** Additional instructions on how to operate the script.

11   **Q.** And can you please read those to us?

12   **A.** "Now send the first link to chcrypt9bot, this."  And "then

13   send this link, then type anything, then the last message ID

14   from" the Arabic word.  "And then if you type 0 it will copy

15   the channel.  If you type something else it will forward to the

16   channel."

17   **Q.** All right.  What were you doing after you were -- as you

18   received these instructions?

19   **A.** I was following them.

20   **Q.** And can you explain kind of the process that you went

21   through?

22   **A.** Sure.  So I did exactly this with the bots.  So I sent the

23   first link and then the second link.  I then put the Arabic

24   word into the first channel, and that Arabic word returns how

25   many posts are in that channel, so how many -- how long the

1   channel is.

2           And then I -- I believe I used forward in this

3   instance.  The defendant gives an option of either 0 or

4   forward.

5   Q.  And were the results of your following those instructions

6   captured here in Exhibit 404, page ending 117?

7   A.  Yes, that's correct.

8   Q.  And so were -- just to clarify, when you were following the

9   defendant's instructions, where were you typing that

10  information in or where does that appear on the screen?

11  A.  So the messages from myself are in green on the right.  The

12  messages on the left are responses from the bot.

13  Q.  Okay.  Referring you back to your conversations with the

14  defendant in 401, and this is page ending 78.  Can you explain

15  what you pasted in to the chat with the defendant here at the

16  bottom of this page?

17  A.  So I forwarded the messages that I was receiving from the

18  bot to the defendant.  So those are the messages -- that's the

19  conversation I had with the bot.  I sent those to the

20  defendant.

21  Q.  And then showing you the next page of that same Exhibit

22  401, page ending 79, what do we see on the right-hand side

23  here?

24  A.  It's the same.  It's message -- it's me sending the

25  messages that I was exchanging with the bot back to the

1    defendant.

2    **Q.**  All right.  And at this point in time, were you -- could

3    you tell whether or not the script, Exhibit 402, was working?

4    **A.**  It was not working.  I could tell that it was not working,

5    and that's why I sent the messages to the defendant.

6    **Q.**  All right.  And then showing you 401, page ending 81, did

7    there come a point in time when you asked the defendant a

8    question?

9    **A.**  Yes.

10   **Q.**  What -- directing you to these messages at 4:53, what did

11   you ask?

12   **A.**  I said, "Is there a bot in eng?"  My Arabic is very bad.

13   **Q.**  And what -- first of all, what did you mean "Is there a bot

14   in eng"?

15   **A.**  I meant is there a bot that produces English responses?  Is

16   there a bot that, you know, works in -- works in English?

17   **Q.**  Why did you ask that question?

18   **A.**  I asked that question to see if there's a bot -- if there's

19   a bot that could respond in English so that we could use

20   English commands.

21   **Q.**  Because you're not a fluent Arabic speaker?

22   **A.**  Correct.

23   **Q.**  And how did the defendant respond?

24   **A.**  The defendant said laughter, "Yes akhi.  I will translate

25   it.  I thought you speak Arabic."

1    **Q.** Did there come a point in when the defendant sent you a

2    translated version of the nas.py script?

3    **A.** Yes.

4    **Q.** All right.  Showing you Exhibit 401, page ending 82, and

5    just directing you down to the bottom left-hand corner, what

6    are these -- who are these messages from?

7    **A.** Those are from the defendant.

8    **Q.** And can you explain to us what that first message is at

9    4:57?

10   **A.** The first message at 4:57 there is a Python file.  The file

11   is labeled "nas_eng.py."

12   **Q.** What did the defendant write underneath that file?

13   **A.** "Try run that akhi.  In sha Allah its in english."

14   **Q.** And was there, in fact, a downloadable file attached?

15   **A.** Yes, that is -- that is the file there that you can

16   download.

17   **Q.** Did you download the file?

18   **A.** I did, yes.

19          MS. WELLS:  All right.  And I'd like to show -- Your

20   Honor, pursuant to one of our stipulations, Government --

21   what's been marked as Government 403, which is the next

22   exhibit, the parties have agreed that is a true and accurate

23   copy of written information between this witness and the

24   defendant.

25   BY MS. WELLS:

1   **Q.** And, Mr. Smith, is Exhibit 403, in fact, a true and

2   accurate copy of the nas_eng.py file?

3   **A.** Yes.

4          MS. WELLS: Your Honor, I'd move to admit 403 and

5   request permission to publish.

6          MR. HERMAN: No objection.

7          THE COURT: Okay.

8       (Said exhibit admitted in evidence.)

9   BY MS. WELLS:

10  **Q.** All right. Mr. Smith, I want to -- first of all, what are

11  we looking at?

12  **A.** That is the text of a Python file.

13  **Q.** Is this the file with the "eng" that the defendant sent you

14  in the screenshot we just looked at?

15  **A.** Yes, correct. It's a nas_eng.py file.

16  **Q.** I want to direct you to the third page of this exhibit and

17  in particular this section.

18  **A.** Yeah.

19  **Q.** Is there something different based on your review of this

20  exhibit and the original nas.py file in 402 that you can see in

21  this portion of the code?

22  **A.** Right. So those are the commands that the bot responds

23  with, and the commands are now in English.

24  **Q.** And just for the record, where do those commands appear

25  here?

1   **A.** So the commands appear after -- so the code is "await

2   conv.send_message" and then the demand is "Enter the original

3   channel" right there.

4   **Q.** Right here?

5   **A.** Correct.

6   **Q.** And are there other commands contained in these parentheses

7   throughout?

8   **A.** Correct, yes.

9   **Q.** So referring you down two lines, what is this command?

10  **A.** Correct.

11  **Q.** Can you read that one, please?

12  **A.** "Enter" -- so the first command is "Enter the original

13  channel."

14           The second is "Enter the channel to copy to."

15           And then the third there is "Make sure bots are in

16  both channels, type" the Arabic word "in original channel."

17           And then the final one there or the next one is

18  "Enter the last message ID from" the Arabic word.

19           And then "enter 0 to copy the channel, enter anything

20  else to forward the channel."

21           And, yeah, the final message that it sends is

22  "Begun."

23  **Q.** All right.  Referring you back to your conversations with

24  the defendant, this is 401, page ending 84.

25  **A.** Yeah.

1   **Q.** Did you continue to discuss with the defendant how to use

2   this English version of the script?

3   **A.** I did, yes.

4   **Q.** And can you read the defendant's messages here, please?

5   **A.** "In original channel you can type anything.  It will go to

6   the next question."  And then an emoji and "try send something

7   again to it.  Anything."

8   **Q.** And the messages here from the defendant?

9   **A.** "Ya Allah," which just means by God.  "No it should work.

10  Let me try to message it.  Oh.  It works."

11  **Q.** Okay.  When the defendant wrote "let me try to message it,"

12  what did you understand him to mean?

13  **A.** We were trying to troubleshoot as to why it was not working

14  when I was entering -- when I was following the Arabic commands

15  and why we weren't getting a response that -- why nothing was

16  happening, essentially.  And I --

17  **Q.** Oh, pardon me.

18  **A.** Yeah, I understood the defendant to mean that he was going

19  to try.

20  **Q.** Was the defendant also in the same bot as you --

21  **A.** Right.

22  **Q.** -- at this time?

23  **A.** Right.  So the defendant could communicate with the same

24  bot that I was also communicating with at the same time.

25  **Q.** And when he wrote "it works," what did you understand that

1    to mean?

2    **A.**  That the script and bots were functioning the way that they

3    should and that the channel was being automatically reproduced.

4    **Q.**  Were you able to independently determine whether or not the

5    script was working?

6    **A.**  Yes.  So I was in the channel with the original material,

7    right, which is RU Isdar, and I was in the other channel that

8    was blank.

9            And when the defendant says, "it works," I could see

10   that the blank channel was being populated one at a time very

11   quickly with the content that was in the original channel, so

12   taking everything from RU Isdar and placing it in the second

13   channel, in the channel that was blank.

14   **Q.**  Did you also capture your communications with the bot using

15   the English language version of the script?

16   **A.**  Yes.

17   **Q.**  And are those part of Exhibit 404, which is already in

18   evidence?

19   **A.**  Yes.

20   **Q.**  All right.  Showing you the third page of Exhibit 404 and

21   just starting here at the sort of lower portion, can you

22   describe what this is, what we're looking at?

23   **A.**  Right.  So when the defendant sent me the nas_eng.py file,

24   I started to run it.  I downloaded it and started to run it.

25   And then once I started to run it, my interactions with the

1    bot, as you can see here, changed to where the bot was

2    responding in English.  And that's my -- those are my

3    interactions with the bot and the bot's responses.

4            So my messages are in green again, and the bot is

5    responding in the white on the left.

6    **Q.**  All right.  And then showing you the next page of the same

7    Government 404, was one of the instructions that we looked at a

8    few moments ago in the actual script itself the word "Begun"?

9    **A.**  Yes.

10   **Q.**  Does that appear on this page?

11   **A.**  Yes.

12   **Q.**  What time does the word "Begun" appear?

13   **A.**  5:02.

14   **Q.**  And what is the next message from the bot below that?

15   **A.**  "Done."

16   **Q.**  What time does the word "Done" appear?

17   **A.**  5:09.

18   **Q.**  What did you observe at 5:09 when the word "Done" popped

19   into the bot chat?

20   **A.**  That the process of the scripted bot had automatically

21   reproduced more than 1700 posts into the blank channel in seven

22   minutes.  All right.  So it had taken everything that was in

23   the RU Isdar channel and placed it into the blank channel in --

24   in seven minutes there.

25   **Q.**  All right.  And I'd like to show you what's already in

1    evidence as Government 722.  Looking at this exhibit, once

2    again, so the record is clear, this is not your communication

3    with the bot; is that right?

4    **A.**  That's right; it is not my communication.

5    **Q.**  Have you reviewed the messages in this bot chat, in

6    particular the messages from the bot itself in white?

7    **A.**  Yes.

8    **Q.**  Do you recognize those messages?

9    **A.**  Yes.

10   **Q.**  What are they?

11   **A.**  Those are the same messages that I had with the bot.  Those

12   are the messages from the script, from the nas_eng.py file.

13   **Q.**  All right.  Referring you back to your messages with the

14   defendant -- actually, sorry.

15              Referring you back to Government 400-3, RU Isdar, can

16   you remind us which of the two channels the defendant invited

17   you that this one was?

18   **A.**  So the -- so the defendant invited me to two channels.  RU

19   Isdar was the first one.  RU Isdar was the one that had the

20   content already in it when I joined.

21   **Q.**  All right.  And then moving to Government Exhibit 400-2,

22   which is in evidence, this was the account information for RU

23   Isdar; is that correct?

24   **A.**  Correct.

25   **Q.**  What are we looking at in this page of Government 400-2?

1    **A.** So that's the account information for ru2 test, which was

2    the blank channel.  That's the name of the blank channel that

3    the defendant invited me that was blank when I first joined it.

4              At the top there is the display name for it, ru2

5    test, and then the unique ID.  And then it also describes the

6    users that are in that channel, so the subscribers and

7    administrators, and then the content in the channel.

8    **Q.** All right.  And directing you down to the content, you

9    mentioned a moment ago that the channel was blank when you

10   joined it.  Is there content reflected here?

11   **A.** Correct.

12   **Q.** Where did that come from?

13   **A.** So I took these screenshots -- I took the screenshots of

14   the ru2 test after the process had been employed.  Right?

15   After the blank -- what was blank had been populated.

16   **Q.** And just for the record, can you tell us how many photos,

17   videos, and files were in the ru2 test channel after it was

18   populated?

19   **A.** Sure.  So there were 180 photos, 108 videos, and then 299

20   files.

21   **Q.** And have you compared those numbers to the original number

22   of items in the RU Isdar channel?

23   **A.** I have, yes.

24   **Q.** And how do they compare?

25   **A.** They're the same.

1    **Q.** And for the witness only, please, what's been marked as

2    Government 400-4.  Do you recognize this exhibit?

3    **A.** Yes.

4    **Q.** What is it?

5    **A.** It's my screenshots of ru2 test once it was populated.

6    **Q.** And are these true and accurate screenshots of that

7    Telegram channel after it was populated with content?

8    **A.** Yes.

9          MS. WELLS:  Your Honor, I'd move to admit Government

10   400-4 and request permission to publish.

11         MR. HERMAN:  No objection.

12         THE COURT:  All right.  Go ahead.

13      (Said exhibit admitted in evidence.)

14         MS. WELLS:  May I have that for the courtroom,

15   please?

16   BY MS. WELLS:

17   **Q.** Okay.  Mr. Smith, question of the day, what are we looking

18   at?

19   **A.** So that is ru2 test once it has been populated.  That is

20   the content that was placed in ru2 test by the defendant's

21   script and bots.  So that is the same content that was in RU

22   Isdar, and it's Russian language ISIS propaganda, propaganda

23   ISIS released in Russian or was translated into Russian by

24   ISIS.

25   **Q.** And just to orient us, can you tell us where we can see the

1    name of the channel?

2    **A.**  Right.  It's at the top there, "ru2 test," the display name

3    at the very top.

4    **Q.**  Is there information about the date that this channel was

5    created?

6    **A.**  Yes.

7    **Q.**  Where is that?

8    **A.**  So it's kind of toward the middle of this particular image.

9    So Friday, October 4th, 2019.

10   **Q.**  And what does it say below the date?

11   **A.**  "Channel created."

12   **Q.**  All right.  And can you remind us, on what date were you

13   having your conversations with the defendant and using his

14   script and his bot?

15   **A.**  This conversation was occurring on Friday, October 4th,

16   2019.

17   **Q.**  And do you recall from the RU Isdar channel what date

18   content had been also added to that channel?

19   **A.**  I believe it was the same date, right.

20   **Q.**  Referring you just down to the bottom here --

21   **A.**  Yep.

22   **Q.**  -- after you took all of the screenshots, how many pages

23   were contained in the screenshots of the ru2 test channel?

24   **A.**  So it was identical.  It was also 79.

25   **Q.**  Identical to?

1    **A.**  Identical to RU Isdar.  So the screenshots between the two

2    are the same because they had the same content.

3    **Q.**  All right.  Referring you back to your conversations with

4    the defendant, this is Government 401, page ending in 85.

5              After you saw the ru2 test channel populate with

6    content, did the defendant send you messages?

7    **A.**  Yes.

8    **Q.**  And are those messages captured here?

9    **A.**  They are, yes.

10   **Q.**  Can you read what the defendant said, please?

11   **A.**  So the defendant said, "You just have to wait a few

12   seconds" and then laughter.

13   **Q.**  And moving on to the next page of the same conversation,

14   ending 086, just very briefly, what additional information did

15   the defendant attach here?

16   **A.**  So those are also GIFs of battlefield scenes from ISIS

17   propaganda videos showing ISIS soldiers.  It's meant to express

18   excitement.

19              MR. HERMAN:  Objection, Judge.

20              THE COURT:  Sustained.

21              MR. HERMAN:  Move to strike.

22              THE COURT:  Strike the last part of that answer.

23              MR. HERMAN:  Thank you.

24   BY MS. WELLS:

25   **Q.**  Referring to the messages at 5:05, who are those from?

1   **A.** They're from the defendant.

2   **Q.** Can you read them, please?

3   **A.** "Yea akhi ma sha Allah.  Now you can copy everything."

4   **Q.** What did you understand the defendant to mean when he wrote

5   "now you can copy everything"?

6   **A.** That I could copy anything I wanted to, that I could use

7   the defendant's process to copy and distribute any of the

8   material that I wanted to distribute.

9   **Q.** All right.  Referring you to the next page in the same

10  exhibit, page ending 87, just for the record, is this a

11  continuation of that same conversation?

12  **A.** Yes, it is.

13  **Q.** All right.  And referring you to the defendant's messages

14  at the bottom left beginning at 5:06 p.m., can you read those,

15  please?

16  **A.** Yes.  So the defendant says, "in sha Allah akhi I will make

17  another app.  It will copy all channels from al hayat, furat,

18  wilayat."

19  **Q.** And let me just pause you there.

20          When he wrote "in sha Allah akhi I will make another

21  app," what did you understand him to mean?

22  **A.** I understood the defendant to mean that he would make an

23  application that could do this rather than the bot and script

24  process.

25  **Q.** And, in particular, what did you mean -- what did you

1   understand "application" to mean in this context?

2   **A.** Perhaps a phone app or something along those lines, just an

3   application that might be easier to use than the long process

4   we went through.

5   **Q.** And in the second message, what did you understand the

6   defendant to mean in that second one at 5:06?

7   **A.** That this application could copy -- would be able to copy

8   channels from those brands listed there.  So those are ISIS --

9   ISIS propaganda brands.

10  **Q.** Do you recognize "al hayat, furat," and the term "wilayat"

11  to refer -- you said ISIS brands?

12  **A.** Yeah.

13  **Q.** Is that the same or different than an official ISIS media

14  outlet?

15  **A.** Yeah, so the same.  I mean, "al Hayat" is al-Hayat Media

16  Center, which is ISIS's official brand for non-Arabic

17  propaganda content.

18          "Furat" is another official ISIS brand.  And then the

19  "wilayat" there, that's a reference to propaganda that ISIS

20  released from its various provinces.

21  **Q.** All right.  Moving on to your further conversations with

22  the defendant, this is 401, page ending 88.

23          After you did the test of the script, did the

24  defendant invite you to another Telegram channel?

25  **A.** Yes.

1    **Q.** And can you read the messages here, please?

2    **A.** So laughter, and then "yea akhi, this is much" -- "this is

3    much better" and then the link there to -- to a private

4    Telegram channel.

5    **Q.** And did the defendant describe what that private Telegram

6    channel was?

7    **A.** He did, yes.

8    **Q.** Can you read the messages right below there, please?

9    **A.** "This is the channel with all isdar and magazines."

10   **Q.** What did you understand "the channel with all isdar and

11   magazines" to mean?

12   **A.** So Isdar is publications, ISIS publications.  So this is a

13   channel with all of ISIS's publications, mostly videos but also

14   PDFs and other things, and also ISIS magazines.

15   **Q.** Did you follow the join link?

16   **A.** I did, yes.

17   **Q.** And what, if anything, did you see when you joined this

18   channel the defendant invited you to?

19   **A.** So I saw a channel that was labeled "Channel with Every

20   Isdar Ever," and it had exactly what kind of the defendant

21   described there, a large volume of ISIS propaganda content.

22   **Q.** Had the defendant actually already sent you information

23   about this "Every Isdar Ever" channel in your communications?

24   **A.** Yes, he did.

25   **Q.** All right.  And showing you what's in evidence, this is

1    still Government 401.  This is from page ending 0014.  I'll

2    make this a little bit bigger.  What is this?

3    **A.** That's the profile information, the display information for

4    channel with "Every Isdar Ever."

5    **Q.** And was this screenshot something the defendant had

6    previously sent you?

7    **A.** Correct, yes.

8    **Q.** And was this the same channel that you ultimately joined?

9    **A.** Yes, it is.

10   **Q.** Did you take any screenshots to document the contents of

11   the "Every Isdar Ever" channel?

12   **A.** Yes.

13   **Q.** And what did you do in order to accomplish that?

14   **A.** So the channel is enormous, as you can see here by the

15   profile information there on the left, the number of messages.

16   So physically impossible to see everything, but I took

17   screenshots of the indexes.  So the channel has various indexes

18   that one can use to click through it.

19           So like links to particular sections in the channel,

20   I took screenshots of those.

21   **Q.** And when you took those screenshots, were you taking them

22   from the defendant's original channel or a copy of the channel?

23   **A.** A duplicate copy of the channel.

24   **Q.** And why were you taking them from a duplicate copy of the

25   channel?

1   **A.** Telegram and like other social media platforms has made an
2   effort to delete as much ISIS material as possible.  It has
3   made an effort to delete --
4             MR. HERMAN:  Objection, foundation, Judge.
5             MS. WELLS:  I can establish foundation, Your Honor.
6             THE WITNESS:  Yes.
7   BY MS. WELLS:
8   **Q.** Have you -- in the course of your employment as an
9   intelligence analyst with the FBI, have you used Telegram?
10  **A.** Yes, yes.  As an on -- as an online covert employee, I've
11  used Telegram and witnessed Telegram deleting tons of ISIS
12  material constantly.
13  **Q.** And so is your testimony about this topic based on that
14  training and experience that you have?
15  **A.** Yes, it's based on my experience operating as an online
16  covert employee for about five years just seeing Telegram
17  constantly delete ISIS content, including accounts and
18  channels.
19  **Q.** So going back to the duplicate channel, why did you have
20  to -- why did you have a duplicate channel of the defendant's
21  "Every Isdar Ever" channel?
22  **A.** Because Telegram was making an effort to delete those kind
23  of channels and accounts in those channels.
24  **Q.** Were -- and so what did your duplicate channel have to do
25  with preserving that content, if anything?

1    **A.** There's -- I was making copies and others were making

2    copies to try to save material from being deleted.

3    **Q.** All right.  And did you capture that duplicate channel in

4    what's been marked as Government 411?

5    **A.** Yes.

6    **Q.** And have you reviewed that exhibit?

7    **A.** Yes.

8    **Q.** And is it a true and accurate copy of your screenshots of

9    the contents of the "Channel with Every Isdar Ever"?

10   **A.** Yes.

11           MS. WELLS:  Your Honor, I'd move to admit Government

12   411 and request permission to publish.

13           MR. HERMAN:  No objection.

14           THE COURT:  All right.

15       (Said exhibit admitted in evidence.)

16   BY MS. WELLS:

17   **Q.** Okay.  We're looking at Government 411.  Just first of all,

18   page 1, what do you see here?

19   **A.** That's the display name -- the display name of the channel

20   and then the unique identifier.

21   **Q.** Moving on to the second page of the same exhibit, what do

22   we see listed here?

23   **A.** That's the content in the channel.  A description of the

24   content in the channel.

25   **Q.** And how many photos were there?

1    **A.**  3,488.

2    **Q.**  How many videos?

3    **A.**  8860.

4    **Q.**  How many other files?

5    **A.**  2100.

6    **Q.**  And how many audio files?

7    **A.**  3,457.

8    **Q.**  Were these numbers consistent with the information in the

9    screenshot the defendant had originally sent you?

10   **A.**  Yes, they're the same.

11   **Q.**  And about how many total items did you calculate there

12   were?

13   **A.**  So that adds up to slightly less than 18,000, 17,900 and a

14   little more than that.

15   **Q.**  All right.  Showing you the third page of Exhibit 411, what

16   is contained on this portion of your screenshots?

17   **A.**  So that is the -- I guess the index of the overall channel,

18   the way to browse through the overall channel.  Each one of

19   those there is a section in the channel.

20   **Q.**  Where did this index come from?  Did you create it?

21   **A.**  No, I did not.  I did not create it.  It came from -- it

22   came from the channel.

23   **Q.**  And looking through the index, are each of these -- where

24   it says, like, "#end1," 2, et cetera, are each of these

25   different entries?

1    **A.**  Yes.

2    **Q.**  Do you recognize some of the names in these entries?

3    **A.**  Yes.  So they're the same as I described yesterday.

4    Towards the end those are -- each section of the channel and

5    each one of those is various ISIS publications under those

6    particular brands.

7    **Q.**  Do you recognize any of these as official ISIS media

8    publications?

9    **A.**  Yes.

10   **Q.**  Which ones?

11   **A.**  So al-Hayat -- there at the top is al-Hayat Media Center,

12   ISIS's brand for non-Arabic content.  Furat is an ISIS brand.

13   Al-I'tisam, also an ISIS brand, a little older.

14          Al-Furqan is leadership statements, an ISIS brand for

15   leadership statements.  Radio al-Bayan was the name of the

16   radio that ISIS operated online.

17          And then al-Himmah Office, al-Himmah was ISIS's

18   library for -- that they used for governance matters.  And

19   al-Naba there is ISIS's weekly Arabic magazine that they

20   continue to publish every Thursday.

21          And, yeah, those are -- those are the main ones.

22   **Q.**  Now, you mentioned that Government 411 are screenshots from

23   a duplicate channel that you created; is that right?

24   **A.**  That's right.

25   **Q.**  How did you make a duplicate channel of the "Every Isdar

1    Ever" Telegram account?

2    **A.** I used the -- I used the defendant's process.

3    **Q.** What do you mean?

4    **A.** I used the defendant's script and bots in the way that the

5    defendant described to produce duplicate copies.

6    **Q.** Why did you use the defendant's process instead of just

7    copying and pasting them yourself?

8    **A.** That was the only way to do it.  There are an enormous

9    quantity of material here.  The numbers that we saw earlier

10   don't include text posts, so there's also text posts in the

11   channel.

12           So if you include text posts, it's more than -- based

13   on my observation, it's more than 21,000 overall posts.  And if

14   you were to click on each one of those -- each one of those

15   posts individually, I believe it would take hundreds of

16   man-hours.  It would be more than a human could do in a

17   reasonable amount of time.  It would take -- take a very long

18   time.

19   **Q.** All right.  I want to move a little further into Government

20   411.  And just by way of example, what are we seeing on this

21   page?

22   **A.** Each section had a -- like an introduction portion for that

23   section.  This is the introduction for the al-Hayat Media

24   Center portion of -- of the channel.  I believe al-Hayat was

25   the second one, the second section.  So it's the intro to the

1    second section.

2    **Q.** I'm showing you another page from Exhibit 411, ending 109.

3    **A.** Yeah.

4    **Q.** What are we looking at on this page?

5    **A.** These are the names of the various videos that are in the

6    al-Hayat Media Center section.  So those are the names of the

7    videos that one can click on and that are available there in

8    this -- in this channel for viewing.

9           Each one of those videos was in multiple different

10   qualities.  All right.  So in HD, so could you download the

11   full thing, the full HD version.  And then I also saw that

12   there were smaller versions.  Right?  If your internet isn't

13   all that good, you can download a worst quality copy of it.

14          But those are the -- those are the titles of each of

15   the videos in the al-Hayat Media section.

16   **Q.** And at any point in time, did you download examples of any

17   of the videos that were saved to the "Every Isdar Ever"

18   Telegram channel?

19   **A.** Yes.

20   **Q.** And I want to direct your attention to the middle here.

21          Do you see the English word highlighted there?

22   **A.** Yes.

23   **Q.** What does that say?

24   **A.** That says "Inside."

25   **Q.** Did you -- what did you under -- or what is that a

1    reference to?  Have you downloaded that video or videos?

2    **A.**  So "Inside" is a series that ISIS made, kind of --

3                MR. HERMAN:  Objection, Judge, nonresponsive.

4                MS. WELLS:  I can ask a better question, Your Honor.

5                THE COURT:  All right.  Go ahead.

6    BY MS. WELLS:

7    **Q.**  Did you download the contents associated with where it says

8    "Inside" on this index?

9    **A.**  Yes.

10   **Q.**  And have you watched the contents of what was downloaded in

11   connection with "Inside"?

12   **A.**  Yes.

13   **Q.**  Before you got access to this channel, were you familiar

14   with a series of videos called "Inside"?

15   **A.**  I was, yes.

16   **Q.**  Can you tell us what those videos are or what that series

17   is, please?

18   **A.**  Yes.  ISIS made a series called "Inside."  It was meant to

19   show life inside the caliphate.  It was one through eight.

20   They made eight of them.

21   **Q.**  Pardon me.

22   **A.**  I'm done, yeah.

23   **Q.**  Was the eighth installment of that series one of the videos

24   that was saved here?

25   **A.**  Yes.

1   **Q.** And not to ask a very obvious question, but what's the
2   title of that one?
3   **A.** That was called "Inside 8."
4   **Q.** Did you also download another video from the "Every Isdar
5   Ever" channel?
6   **A.** Yes.
7   **Q.** And was that called "The Structure of the Khalifah"?
8   **A.** Yes.
9   **Q.** Very briefly, do you -- can you tell us what the nature of
10  "The Structure of the Khalifah" video was about?
11  **A.** "The Structure of the Khalifah" video was produced by
12  al-Furqan, so it's in the al-Furqan section.  It was produced
13  in 2018.  It meant to explain the caliphate to ISIS members and
14  supporters, so the organization, the bureaucratic governance
15  organization, the way that the organization was structured and
16  governed.
17          MS. WELLS:  Your Honor, at this point I'd like to
18  read a stipulation between the parties which states that
19  Government Exhibit 603-23-T is a true and accurate translation
20  of Arabic text into English.
21          And pursuant to that, I'd like to offer Exhibit
22  603-23-T into evidence and request permission to publish.
23          MR. HERMAN:  No objection.
24      (Said exhibit admitted in evidence.)
25  BY MS. WELLS:

1    **Q.** All right.  Mr. Smith, showing you Government 603-23-T, do

2    you have that on your screen?

3    **A.** I do, yes.

4    **Q.** Do you recognize this?

5    **A.** I do.

6    **Q.** What is it?

7    **A.** So it's an image from the structure of the caliphate

8    video -- "The Structure of the Khalifah" video that was

9    released under al-Furqan in 2017.

10   **Q.** And does this contain, pursuant to the stipulation I just

11   read, some translated information from Arabic into English?

12   **A.** Yes.

13   **Q.** Okay.  And I want to direct your attention specifically to

14   the center section of this circle.

15   **A.** Sure.

16   **Q.** What is written in this -- in the white circle in the

17   middle here?

18   **A.** "Central Media Office."

19   **Q.** And is there original English from the video itself, not

20   from our translation written below that circle?

21   **A.** Yes.

22   **Q.** And what does that say?

23   **A.** The "Diwan of Media."

24   **Q.** All right.  And then I want to refer you to these smaller

25   circles, just using this as an example, that go around --

1    **A.**  Yes.

2    **Q.**  -- that one.  Beginning with the top circle, what is the

3    name associated with that?

4    **A.**  Al-Furqan.

5    **Q.**  And going clockwise, what is the next?

6    **A.**  Al-Hayat.

7    **Q.**  And let me ask you another question.

8            Do each of these names that we're reading have an

9    image associated with them?

10   **A.**  Yeah, it's their logo, yes.

11   **Q.**  So taking al-Furqan as an example, what is the image above

12   the words "al-Furqan"?

13   **A.**  It's the logo that al-Furqan uses, that is used on

14   al-Furqan videos by ISIS.

15   **Q.**  And is that also the case for al-Hayat?

16   **A.**  Correct.

17   **Q.**  What's the next one?

18   **A.**  Al Ajnad.

19   **Q.**  And at the bottom?

20   **A.**  Al-Bayan Broadcasting.

21   **Q.**  And I don't think we've spoken about this.

22           Do you know what Al-Bayan Broadcasting is?

23   **A.**  Yes.

24   **Q.**  What is that?

25   **A.**  It's ISIS's radio that they -- that they ran typically

1    online.

2    **Q.**  And then continuing clockwise, what's the next entry?

3    **A.**  Al-Himmah Library.

4    **Q.**  And then finally here?

5    **A.**  Al-Naba.

6    **Q.**  And what do you understand all of those six entities to be?

7    **A.**  These are major ISIS brands that they release propaganda

8    under.

9    **Q.**  And was that related to the ISIS's Diwan of Media?

10   **A.**  Yes, that's the -- those are the brands that ISIS's Media

11   Diwan uses for their propaganda content.

12   **Q.**  And in watching the original "Structure of the Khalifah"

13   video, were some of -- was some of the information on this

14   screenshot already in English?

15   **A.**  Yes, the video was released in both English and Arabic.

16   **Q.**  And so referring you to, for example, the entry here --

17   **A.**  Yes.

18   **Q.**  -- was that English word already in the video in its

19   original form?

20   **A.**  Yes, it was.

21   **Q.**  And what does that say?

22   **A.**  Dabiq.

23   **Q.**  And what is Dabiq?

24   **A.**  Dabiq was ISIS's magazine -- their English magazine that

25   they produced pretty early in the organization.

1    **Q.** And then referring you just to the right side of the screen

2    here, was this also something that appeared in the original

3    English version of the video?

4    **A.** Yes.

5    **Q.** What does that say?

6    **A.** The Arabic says "munasireen," and that means supporters.

7    **Q.** All right.  So we've been looking at a screenshot from "The

8    Structure of the Khalifah."

9           You mentioned that there was a second video that you

10   downloaded.  Can you remind us what that was?

11   **A.** Inside 8.

12   **Q.** Did there come a point in time in your conversations with

13   the defendant where he sent you information -- let me ask

14   you -- strike that.

15          Did you watch Inside 8, and are you familiar with its

16   contents?

17   **A.** Yes, I watched it, and I'm familiar with the contents.

18   **Q.** And did there come a point in time when the defendant in

19   his conversations with you sent you information from Inside 8?

20   **A.** Yes.

21   **Q.** All right.  I'm showing you what's in evidence as

22   Government 401, and this is the page ending in 0323.

23          Mr. Smith, can you tell us, first of all, what the

24   date of this communication is?

25   **A.** October 27th, 2019.

1    **Q.**  Do you recall anything significant that happened on October

2    27th, 2019?

3    **A.**  That is the day that United States forces killed Abu Bakr

4    al-Baghdadi in Syria.

5    **Q.**  Who was Abu Bakr al-Baghdadi?

6    **A.**  Abu Bakr al-Baghdadi was the leader of ISIS and kind of the

7    founder of the organization.

8    **Q.**  All right.  And showing you the next page of the same

9    exhibit, this post and images above it, who sent this to who?

10   **A.**  Those are -- so those are messages -- it's a message from

11   the defendant to me.  So the messages in white are from the

12   defendant.

13   **Q.**  And starting with just the top of this post from the

14   defendant, can you describe what is in the image section of the

15   post?

16   **A.**  So it is -- it's three stills from the Inside 8 video.

17   It's three clips, I guess, screenshots or whatever, from

18   Inside 8, and so it's taken from Inside 8.

19   **Q.**  And below that, I just want to direct your attention to

20   this first paragraph in the post that the defendant --

21   defendant sent you.  Can you read that for us, please?

22   **A.**  "Beware, O lions of information and warriors of media of

23   taking news from any source other than the Central Media of the

24   Islamic State."

25   **Q.**  Do you know where that language came from?

1    **A.** I do.

2    **Q.** Where?

3    **A.** From Inside 8.  That's a word-for-word reproduction of part

4    of Inside 8, a speech that a fighter was giving in Inside 8.

5    **Q.** And in particular -- first of all, is the subtitle -- are

6    the subtitles on the images that were attached to this post,

7    are they legible in this picture?

8    **A.** It's kind of hard to see them, but somewhat legible.

9    **Q.** Did you go back and have you compared the images and what's

10   legible in those screenshots to the original video?

11   **A.** Yes.

12   **Q.** And what -- what relationship does the highlighted text

13   that says "Beware, O lions of information and warriors of

14   media" have to those screenshots?

15   **A.** So that's the -- that's the text written out.  That first

16   paragraph there is in each of those closed captions, I guess,

17   with the white background in the image above.

18   **Q.** All right.  Referring you to the second paragraph in

19   defendant's posts, can you read that, please?

20   **A.** "They wish to sow fitnah among the ranks.  Trust nothing

21   you hear from those who disbelieve as they've rushed to claim

22   responsibility for the Emir's death several times before."

23   Accept no claim upon the matter -- upon this matter except from

24   your sources in the Islamic State.

25   **Q.** What did you understand the defendant to mean when he wrote

1    that?

2    **A.** I understood it to mean that don't believe any of the news

3    about Baghdadi's death.  Wait for ISIS to comment on it.

4    **Q.** And then finally, the last paragraph in his post, can you

5    read that, please?

6    **A.** Sure.  "None of our leaders grew old and died in their

7    beds.  Each one of the martyred fighting in the path of Allah,

8    and each time there is a mujahid eagerly waiting to rise up and

9    replenish the ranks.  He is never overcome by boredom or

10   laziness."

11   **Q.** What did you understand the defendant to mean?

12   **A.** Even if -- even if Baghdadi was killed, it's okay.

13   Everybody -- all of ISIS's previous leaders were -- died in

14   battle.

15   **Q.** And then finally, what did the defendant post below this at

16   3:01 a.m.?

17   **A.** "Spread it akhi."

18   **Q.** What did you understand that to mean?

19   **A.** To post this elsewhere, to post this in other pro-ISIS

20   locations.

21   **Q.** In addition to the information that the defendant sent you

22   in the "Every Isdar Ever" channel and the RU Isdar channels,

23   did there come a point in time where he sent you other

24   information about his collection of official ISIS media?

25   **A.** Yes.

1    **Q.** All right.  I'd like to show you what's in evidence as

2    Government 401, page ending 91.  Actually, let me ask you --

3    I'll strike that question and ask a different one for this

4    page.

5            Referring you to the defendant's messages here, can

6    you --

7    **A.** Yes.

8    **Q.** -- can you please read the messages beginning here at 5:08?

9    **A.** "This is from them.  I think if you copy first message, and

10   last, it will copy all messages in between, but it doesn't" --

11           THE COURT REPORTER:  I'm sorry, can you read slower,

12   please.

13   BY THE WITNESS:

14   **A.** Yes.  Sorry about that.

15           "This is from them.  I think if you copy first

16   message, and last, it will copy all messages in between.  But

17   it doesn't use bots.  It uses your account.  If you forward too

18   many Telegram can ban or restrict your account."

19   BY MS. WELLS:

20   **Q.** Before the defendant sent you these messages, had you been

21   discussing whether there were other ways of doing copying or

22   preservation on Telegram?

23   **A.** Yes.

24   **Q.** And what did you understand the defendant to be telling you

25   in these messages?

1    **A.**  We were discussing other methods by which to copy material,

2    and we were discussing another group that was also involved in

3    this sort of thing, copying and archiving and backing up ISIS

4    material.

5            And I understood the defendant to be discussing the

6    process that this other group uses or one of the processes that

7    they use.

8    **Q.**  When the defendant wrote "if you forward too many Tele" --

9    "if you forward too many Telegram can ban or restrict your

10   account," what did you understand him to mean there?

11   **A.**  Right.  So I mentioned this a bit earlier, but Telegram has

12   various restrictions in place where you can only make so many

13   posts in a period of time.  Right.  You can't post more than,

14   say, X number of posts -- that's like 500 -- within a short

15   period.

16           So the defendant there is referencing that, and he's

17   saying if you do too many while copying, Telegram will ban or

18   restrict your account.

19   **Q.**  Okay.  And so what happened if, using your example of 500

20   as a hypothetical, if you do forward too many messages and you

21   hit whatever that limit may be --

22   **A.**  Yes.

23   **Q.**  -- what happens?

24   **A.**  You can no longer use your Telegram account.  Like, you

25   can't -- you can't make more posts.  You can't do things with

1    Telegram.

2    **Q.** And did the defendant comment on how his nas.py program

3    worked in connection with that spam limit?

4    **A.** Right.  So this -- the defendant's process is better,

5    right, because it uses bots rather than your account, so you --

6    go ahead.

7    **Q.** And where he wrote "but with this bot program, Telegram

8    never bans," what did you understand the defendant to mean?

9    **A.** So I understood the defendant to mean that the bots are the

10   ones doing the posting.  The bots, each of those, you know,

11   nine bots are the ones doing the posting.

12           So if something happen -- you know, if the posts --

13   there are 500 posts made, the bot is the one making those

14   posts, and Telegram will restrict the bot; rather than if your

15   account was the one making those 500 posts, then Telegram would

16   restrict your account.  So using bots allows you to continue to

17   do this activity and continue to use this account.

18   **Q.** And based on your use of the defendant's program, do you

19   have an understanding as to how those bots help or affect or

20   otherwise react to that spam limit?

21   **A.** Right.  So that's why there's so many bots, right?  So when

22   one bot will post a large number of times and then be

23   restricted by Telegram, and this process automatically goes to

24   the next bot.  Right?  And that bot will then -- you know, bot

25   number 2 will post a bunch, get restricted by Telegram, and

1    then automatically go to the third, and so on, fourth, fifth,

2    on and on, to a point where the first bot is no longer

3    restricted.  Right?  So it can continue forever, essentially.

4    **Q**.  All right.  Moving on to Government 401, page ending 92,

5    I'll ask that question I asked a moment ago, which is, at some

6    point did the defendant send you other information about

7    information that he had collected related to ISIS official

8    media?

9    **A**.  Yes.

10   **Q**.  And I want to refer you to just the bottom of this page.

11   Can you read the defendant's top two messages there?

12   **A**.  "Copy them to a channel in sha Allah.  Thats ok akhi I sort

13   it myself."

14   **Q**.  What was the -- was the defendant responding to something

15   that you had said?

16   **A**.  Yes.

17   **Q**.  And what had you said?

18   **A**.  So the defendant had asked me multiple times for English

19   translations of ISIS content, English Isdar.  I had come up

20   with various excuses as to why I could not give him English

21   content, and I said that one of my excuses here kind of towards

22   the top is that it was all over the place.

23          But, yeah, it's the message at 5:10, no think there's

24   anything in good order.  And then so the defendant is trying to

25   come around my excuse here and saying, just put them all in one

Smith - direct by Wells                    989

1    channel, and I'll sort it.

2    **Q.** Did he send you an image below that?

3    **A.** Yes.

4    **Q.** And I'm just going to move to the next page.

5         Is this a continuation of the image in the page

6    ending 93?

7    **A.** Yes.

8    **Q.** Generally speaking, can you just describe what the top

9    image was?

10   **A.** The image is a file structure, so folders from a file

11   structure.

12   **Q.** And what did the defendant write below his file folder

13   structure message?

14   **A.** "I download all and organize."

15   **Q.** And below that did he paste another image?

16   **A.** Yes.

17   **Q.** And what did he write below that second image?

18   **A.** 700 gigabytes, "make a channel for english isdar in sha

19   Allah."

20   **Q.** Okay.  And did you save larger versions of these two images

21   we just looked at?

22   **A.** I did.

23   **Q.** All right.  Showing you 401, page ending 95, okay, what is

24   this?

25   **A.** So that is the image that the defendant sent me there, a

1   full -- full version of it.  It shows the amount of storage

2   space that's free on a drive.  So it shows that 800 gigabytes

3   of 1.5 terabytes have been used, and there's only 700 gigabytes

4   free.

5   **Q.**  And what did you understand this data size to refer to, if

6   anything?

7   **A.**  To refer to the earlier image, to refer to how much ISIS

8   propaganda content the defendant had.

9   **Q.**  And so this mentioned something called "gigabytes" and

10  something called "terabytes"?

11  **A.**  Yeah.

12  **Q.**  Generally speaking, what do those terms mean?

13  **A.**  Those are file sizes.  Right?  So a gigabyte is a -- I

14  think like 1000 or -- it is a large amount of data storage.

15  **Q.**  Mr. Smith, just to put this in context, do you own a

16  smartphone?

17  **A.**  I do.

18  **Q.**  Do you know how much storage your smartphone has?

19  **A.**  So my newer smartphone has 128 gigs.

20  **Q.**  Gigs meaning gigabytes?

21  **A.**  Yeah, gigabytes.  128 gigabytes.

22  **Q.**  And if -- how many Bill Smith smartphones is represented by

23  this approximately 8-1/2 gigabytes of data?

24  **A.**  I believe it was something like 6-1/2 or so gigs, 6-1/2

25  smartphones worth of material.

1  **Q.** All right. And showing you 401 ending in 094, what are we
2  looking at here?
3  **A.** That's the full image. That's the full version of the
4  image that was sent, and you showed a couple pages earlier, the
5  file archive.
6  **Q.** Do you recognize any of the names in this folder structure?
7  **A.** Yes.
8  **Q.** Do you recognize any of the names in this folder structure
9  as official ISIS media organizations or brands?
10 **A.** Yes.
11 **Q.** What are those?
12 **A.** So it's the same ones from the "Every Isdar Ever" channel.
13 It's Office for Himmah Publications there at the beginning,
14 ISIS's library, governance matters, Radio Al-Bayan, the radio,
15 Al-Hayat Media Center, Furat Media, I'tisam, and Furqan.
16 **Q.** Did you have further discussions with the defendant about
17 testing of his script?
18 **A.** Yes.
19 **Q.** And before we look at those discussions, you mentioned that
20 you had made a copy of the "Every Isdar Ever" channel yourself.
21 Do you -- was that correct?
22 **A.** Yes.
23 **Q.** About how long did it take to make that copy?
24 **A.** Based on my observation, about four hours to reproduce that
25 entire channel.

1  **Q.** And about how many items were reproduced, to the best of

2  your understanding?

3  **A.** So I think it's a little more than 22,000, 22,000 posts.

4  **Q.** All right. And then referring you to this page ending in

5  96, what did you write to the defendant here at 5:14 p.m.?

6  **A.** "It already finish copy ru channel."

7  **Q.** What were you referring to?

8  **A.** The first channel that he had showed me -- that the

9  defendant had showed me, it had already finished copying that

10  channel.

11  **Q.** And when you observed that channel copying, do you recall

12  about how much time it took?

13  **A.** I believe it was seven minutes.

14  **Q.** Referring you down here to the defendant's messages, can

15  you just read his messages beginning at 5:15 through 5:16?

16  **A.** So laughter. And then "Well, always add a chcrypt9bot,

17  that bot is main, so you will message that one always, no

18  other."

19  **Q.** What did you understand the defendant to be telling you

20  when he gave you the name of that bot and these instructions?

21  **A.** The defendant is telling me how to use his process -- use

22  this process. So use -- the way to do it is interact with the

23  chcrypt9bot, and then below that is the bots that one adds in

24  addition to the chcrypt9bot.

25  **Q.** And whose bots were those?

1    **A.**  Those were the defendant's or they're what the defendant

2    gave me.

3    **Q.**  All right.  Referring you to the next page, which ends in

4    97, is this a continuation of that same chat?

5    **A.**  Yes.

6    **Q.**  And just generally speaking, what are the list of bots?

7    What did you understand the list of bots provided by the

8    defendant here to be?

9    **A.**  So that's crypt 1 through 8.  Those are the additional bots

10   that one adds, and the point of those bots is to get around the

11   spam limit that I discussed earlier.

12            So each -- each of those bots you add it if --

13   because once one of those bots is restricted, the script

14   automatically goes to the next one.

15   **Q.**  Can you read the defendant's messages, these three

16   beginning at 5:16?

17   **A.**  Sure.  So "then also add."  Then he lists the bots.  "Only

18   if you're doing huge channel."  I usually only add -- "I

19   usually add only 9 8 7 and 6.  4 is enough."

20   **Q.**  What did you understand the defendant to mean in those

21   messages?

22   **A.**  These are the bots one adds to the channel to perform --

23   for the script to function and that he -- the defendant only

24   typically uses four of them, and you only need eight or nine if

25   you're doing an enorm -- a massive channel.

Smith - direct by Wells                                    994

1   **Q.** And what was your understanding of why you would use more

2   or less depending on the size of the channel?

3   **A.** Again, with the spam limit, so it would depend on how many

4   messages you have to send.

5   **Q.** And did you, in fact, ask the defendant a question there

6   about the spam limit?

7   **A.** Yes.

8   **Q.** What did you ask?

9   **A.** I asked:  "Wow."  And this is -- this is -- this to avoid

10  spam limit?

11  **Q.** How did -- how did the defendant respond?

12  **A.** "Yes.  The program is so, if the bot has spam limit, it

13  makes the next bot forward, and then when that hits the spam

14  limit, the next bot will start."

15  **Q.** And then did the defendant's messages continue on this next

16  page?

17  **A.** Yes.

18  **Q.** What did he write at 5:17?

19  **A.** So the next -- it's a continuation of that earlier

20  screenshot.  So the defendant says, "The next bot will start,

21  so it will never pause or stop copying."

22  **Q.** And then finally, what did he write at 5:18?

23  **A.** "In sha Allah you can" share -- "you can also share it to

24  other munasir."

25  **Q.** What did you understand that message to mean?

1    **A.**  Munasir meaning online ISIS supporters.  So I understood it

2    to mean that I could share this process with other online ISIS

3    supporters.

4    **Q.**  And what did you understand the defendant to mean when he

5    said, "so it will never pause or stop copying"?

6    **A.**  I understood the defendant to mean that this is -- this is

7    what using multiple bots accomplishes.  It allows one to

8    continue to copy this material by getting around Telegram spam

9    limit and just using multiple ones allows one to go on and on

10   and on and always having a bot that is not restricted.

11   **Q.**  All right.  And then showing you Government 401, page

12   ending 99 --

13   **A.**  Yes.

14   **Q.**  -- referring you down to the defendant's messages here on

15   the lower left, can you read his message -- the third message,

16   excuse me, at 5:21 p.m.?

17   **A.**  "I also copied the naba english channel."

18   **Q.**  What did you understand "Naba" to mean?

19   **A.**  Naba is ISIS's weekly Arabic publication.

20   **Q.**  Was that one of the official publications listed from The

21   Structure of the Khalifah screenshot we looked at earlier?

22   **A.**  Yes.

23   **Q.**  All right.  Showing you Government 401, page ending in 287,

24   what's the date of these communications?

25   **A.**  October 7th, 2019.

1    **Q.**  And what was the -- can you read the defendant's messages
2    to you on October 7th?

3    **A.**  "Can you invite me to a channel with all the English isdar
4    akhi?  The Arabic translated into english."

5    **Q.**  What did you understand the defendant to be asking for?

6    **A.**  I understood the defendant to be -- again be asking for
7    English translations of ISIS's propaganda.

8    **Q.**  Was this something the defendant asked you for once or more
9    than once?

10   **A.**  More than once.

11   **Q.**  About how many times?

12   **A.**  I believe if you look through the screenshots, four times.

13   **Q.**  And what was your response the following day?

14   **A.**  I was again trying to come up with an excuse.  My response
15   there was to allege that it was scattered all over the place
16   and that we could not quickly put it in one place.

17   **Q.**  Why were you making excuses about sending stuff?

18   **A.**  Because I did not want to provide the defendant with
19   English translations of ISIS propaganda.

20   **Q.**  All right.  Moving on to the next page in 401, this is page
21   ending in 288, and just referring you to the second half here,
22   what's the date of this communication?

23   **A.**  October 9th, 2019.

24   **Q.**  And the message on the left was being sent from who to who?

25   **A.**  So that's from the defendant to me.

1   **Q.** And what did he send?

2   **A.** That is an English translation of a Naba infographic.  So

3   it's a graphic that Nab -- that was in that week's edition of

4   Naba -- from Naba, which is ISIS's weekly magazine.

5   **Q.** And Naba is N-a-b-a?

6   **A.** Yes, N-a-b-a, yes.

7   **Q.** Can you just read the title and the headline of this

8   infographic?

9   **A.** Sure.  So it's "Take Precautions from the Methods of the

10  Intelligence to Trap Muslims Online."

11  **Q.** And just referring you down to the next page, is this a

12  continuation of that same infographic?

13  **A.** Yes.

14  **Q.** Mr. Smith, I asked you a moment ago about the defendant

15  contacting you to ask for English language ISIS propaganda.

16          Do you recall that?

17  **A.** Yes.

18  **Q.** Is that information, those English language official ISIS

19  propaganda items, are they readily available on the internet?

20  **A.** No.

21  **Q.** And based on your experience in this area and what you've

22  seen using Telegram, why not?

23  **A.** Again, because of the efforts by social media providers to

24  delete them, to delete this material from the internet as much

25  as possible.

1   **Q**.  And is there a place that the defendant could have gone to

2   that you know of where that English language material was

3   organized by type, size, video resolution, et cetera?

4   **A**.  Not that I know of, no.

5   **Q**.  All right.  Referring you to the page ending in 300 and the

6   defendant's messages here on the left-hand side beginning at

7   11:32 a.m., can you please read those?

8   **A**.  Yes.  So "Allahu akbar akhi, ya Allah, I will try to

9   program a robot that will forward all of these English

10  translations on your account to 1 channel, in sha Allah, if

11  it's too many."

12  **Q**.  What did you understand the defendant to mean when he said,

13  I will try to program a robot that will forward all these

14  English translations to your account on one channel?

15  **A**.  I understood the defendant to be -- once again, trying to

16  overcome my objection and to offer an automated process that

17  would allow the -- an automated method by which all of the

18  English translations could be forwarded to one location.

19  **Q**.  All right.  Mr. Smith, I want to change topics for a

20  second.

21          Do you work with someone who testified at trial known

22  as Special Agent Rodgers, also known as OCE 2?

23  **A**.  Yes, I do.

24  **Q**.  And did your work with him continue after the investigation

25  of the defendant was concluded?

1   A.  Yes, very much.

2              THE COURT:  Let's let it continue after our morning

3   break.  Okay?  Let's take a short break.

4              THE CLERK:  All rise.

5         (Jury out.)

6              MR. GREENBERG:  How long?

7              THE COURT:  About ten minutes, folks.

8         (Recess from 10:29 a.m. until 10:39 a.m.)

9              THE CLERK:  All rise.

10        (Jury in.)

11             THE COURT:  Please be seated, folks.

12             MS. WELLS:  May I proceed, Your Honor?

13             THE COURT:  Please.

14   BY MS. WELLS:

15   Q.  All right.  Welcome back, Mr. Smith.

16             Before the break I had asked you if you worked with

17   OCE 2, who is also known as Agent Rodgers, and you said that

18   you had; is that correct?

19   A.  That's correct, yes.

20   Q.  And directing your attention to 2020, some time point after

21   the defendant's -- the investigation of the defendant was

22   concluded, did Agent Rodgers ask you your views about a

23   separate archive of ISIS material online?

24   A.  Yes.

25   Q.  And was that archive he was asking you about related in any

Smith - direct by Wells                    1000

1    way to this case?

2    **A.**  No, no.  It's a separate matter.

3    **Q.**  What do you recall him asking?

4    **A.**  So we were -- I'm also an intelligence analyst, so we're

5    trying to figure out, you know, who is behind these other

6    archives, who is behind this other efforts to back up and save

7    ISIS propaganda content.

8    **Q.**  And was Special Agent Rodgers interested in your assessment

9    as to whether the defendant in this case was in any way

10   involved in this other archive?

11   **A.**  Yes.

12   **Q.**  How did you respond to that question?

13   **A.**  I responded that I -- I used the words "too stupid," which

14   is probably not the best words to use, but I responded that I

15   did not think that the defendant was involved in this separate

16   effort.

17   **Q.**  And when you made that poor choice of words, "too stupid,"

18   what did you mean?

19   **A.**  I meant it was beyond the capacity, in my personal opinion,

20   speculating -- it was beyond the capacity of a supporter or

21   any -- or a group of supporters to do the activity that we were

22   discussing.

23          My contention that it was -- you need to be in the

24   Islamic State's media bureau in order to do this activity.

25   **Q.**  All right.  I want to turn your attention back to your

1    communications with the defendant in this case.

2    **A.**  Okay.

3    **Q.**  Now, I'm showing you what is in evidence as Government 401,

4    and this is the page ending in 309.  And just for reference,

5    can you tell us what the date of these communications was?

6    **A.**  October 23rd, 2019.

7    **Q.**  All right.  And at the top of the communications here, what

8    did the defendant write beginning at 9:49 p.m.?

9    **A.**  "Ma sha Allah.  Wait let me make a picture for you to

10   post."

11   **Q.**  What did you understand him to mean when he said, "let me

12   make a picture for you to post"?

13   **A.**  I wasn't exactly sure what he meant.  I thought he was

14   going to create an image but an image to post in a pro-ISIS

15   threat channel.

16   **Q.**  And what, if anything, did the defendant send you in terms

17   of images after this?

18   **A.**  Later on in this conversation the defendant sent me two

19   images, and they're kind of later in the screenshots.

20   **Q.**  All right.  And I'm moving to the next page of this Exhibit

21   401, page ending 310.  Was this one of the images the defendant

22   sent?

23   **A.**  Yes, it was.

24   **Q.**  And for the record, can you just describe what's visible in

25   that image?

1    **A.** Yes.  So on the screen there, it's a screen -- computer

2    screen and the computer, and the Telegram channel that the

3    defendant asked me to post in is up.  And then in the

4    foreground is what appears to be an ISIS flag.

5    **Q.** And what did the defendant write below this image?

6    **A.** "There you go akhi."

7    **Q.** You mentioned that there were two images.  Where is the

8    other image?

9    **A.** So the defendant deleted the other image.  The other image

10   was too bright in the defendant's opinion, but I captured both

11   of them.

12   **Q.** And were you able to capture both of them before that

13   second image was deleted?

14   **A.** Yes, correct.  Yeah, I captured -- I captured -- took

15   screenshots of both of them.

16   **Q.** And does Government Exhibit 400-6 contain true and accurate

17   copies of both images the defendant sent you?

18   **A.** Yes.

19          MS. WELLS:  Your Honor, I'd move to admit 400-6 and

20   request permission to publish.

21          MR. HERMAN:  No objection.

22      (Said exhibit admitted in evidence.)

23   BY MS. WELLS:

24   **Q.** All right.  Starting with the first page just to orient us,

25   what are we looking at here?

1   **A.** So that's -- that's the image that I believe was deleted.

2   Right. That is the same image, and in the background there you

3   can see how it's quite bright. It is a Telegram channel being

4   displayed -- being displayed on a screen, and then in the

5   foreground is what appears to be an ISIS flag.

6   **Q.** And then showing you the second page of this exhibit,

7   what's here?

8   **A.** So that's the darker version that the defendant edited and

9   sent me and the one he kept there so you can better make out

10  the fact that there is a Telegram channel up. And it is the

11  ISIS threat channel that the defendant asked me to post him,

12  and in the foreground again you see the -- the ISIS flag there

13  or what appears to be an ISIS flag.

14  **Q.** When do you mean when you use the phrase "ISIS threat

15  channel"?

16  **A.** I mean a Telegram channel that was well known among ISIS

17  supporters for posting ISIS-related threats, threat-related

18  content, calls to violence, those sorts of things.

19  **Q.** All right. Going back to your conversations with the

20  defendant, this is Exhibit 401, page ending 316. And I want to

21  refer you to the defendant's communications here on the left.

22  And beginning with this message, this third message at 10:18

23  that starts "If you know," can you read the defendant's

24  comments there?

25  **A.** "If you know brother who can write Arabic, let me know."

Smith - direct by Wells                          1004

1    **Q.** And what did he write below that?

2    **A.** "Just write to make a note akhi."

3    **Q.** And then finally, what's his message below that?

4    **A.** "In sha Allah akhi all I need is for them to take a picture

5    of a piece of paper, make them write," Arab phrase, and then "I

6    will photoshop a note."

7    **Q.** And what is your understanding of what the defendant was

8    asking you to do?

9    **A.** My understanding was that the defendant wanted somebody who

10   knew how to write Arabic, fluently could write Arabic, to write

11   that particular Arabic phrase, the one that the defendant sent

12   at 10:21, on a blank sheet of paper, to actually physically

13   write it out.

14   **Q.** All right. And then I'm referring you to the next page of

15   the same exhibit -- or I'm sorry, not the next page -- a few

16   pages in to your conversation with the defendant, did you

17   actually find someone to handwrite that message that the

18   defendant had sent you?

19   **A.** I did.

20   **Q.** And what's the date of this communication?

21   **A.** October 28th, 2019.

22   **Q.** And this is the page ending in 325.

23        Did you send an image to the defendant at 9:02 a.m.

24   that day?

25   **A.** Yes.

1  **Q.** And I'm showing you what's in evidence as Government

2  Exhibit 401-69-T.  Is this a translation of what the defendant

3  asked you to have handwritten?

4  **A.** Yes.

5  **Q.** Can you please read that exhibit?

6  **A.** "Islamic Caliphate State Soon - God Willing."

7  **Q.** All right.  And referring you to Government 401, page

8  ending in 327, did there come a point in time when the

9  defendant sent you some information related to flags?

10 **A.** Yes.

11 **Q.** And just beginning on the left-hand side here, whose

12 messages are these from that we see on this page?

13 **A.** All those messages are from the defendant.  The messages on

14 the left and with the white background are from the defendant.

15 **Q.** All right.  Starting with the top image that has the yellow

16 background, can you just describe for the record what's

17 pictured there?

18 **A.** I believe that's called a Gadsden flag.  It's a common flag

19 used by libertarian.  It's a common "Don't Tread On Me" flag.

20 It's seen often in the American political spectrum.

21 **Q.** What did the defendant write below that image?

22 **A.** "Im making an...improvement to this flag."

23 **Q.** And what did he send you immediately after that?

24 **A.** Some sort of a black-and-white version of it with Arabic

25 script.

1  **Q.** All right. Moving on to Government 401, page ending in

2  335, did you have additional discussions with the defendant

3  related to flags?

4  **A.** Yes.

5  **Q.** And in particular, directing your attention to your message

6  at 8:38 a.m., what did you write?

7  **A.** "I wish I had dawlah flag wit me lik u has."

8  **Q.** First of all, what did you mean when you said "dawlah

9  flag"?

10 **A.** "Dawlah" means "state" in Arabic. It's what ISIS often

11 used to refer to itself, what ISIS members or supporters used

12 to refer to the organization. So I said I wish I had an ISIS

13 flag on me the way -- the way that you appear to.

14 **Q.** And what did you mean when you said "the way you appear to"

15 or like you have or like you has?

16 **A.** So the image -- I mean, he sent me images earlier of what

17 appear to be an ISIS flag in front of -- what appeared to be

18 his computer. So I was saying I wish I had a flag as well.

19 **Q.** How did he respond at 8:38?

20 **A.** "Ma sha Allah akhi you can make one."

21 **Q.** And what did you say after that?

22 **A.** "Black fabric and paint."

23 **Q.** And directing your attention to the next page ending in

24 336, did the defendant send you more images?

25 **A.** Yes.

1    **Q.**  What did he write at the top here?

2    **A.**  "Flag."

3    **Q.**  And then what's depicted right below?

4    **A.**  So "don't share," and it's two images.

5    **Q.**  What are -- just for the record, so the record is clear,

6    what do the images contain?

7    **A.**  On the left-hand side there is an ISIS flag or what appears

8    to be an ISIS flag, and on the right-hand side there's a poster

9    from ISIS's al-Himmah publications.

10   **Q.**  And what did the defendant write below that final message

11   at 8:40 at the bottom?

12   **A.**  "I print maktab himmah posters."

13   **Q.**  Did you understand what the word "maktab" meant or did --

14   **A.**  I had an idea, yes.

15   **Q.**  What did you understand that to mean?

16   **A.**  So I understood it to be, like, office of al-Himmah.  So

17   al-Himmah being one of ISIS's brands.

18   **Q.**  And so what did you understand the defendant's message at

19   8:40 to mean?

20   **A.**  I understood it to mean that he prints al-Himmah posters

21   that are produced by ISIS's al-Himmah brand.

22   **Q.**  All right.  Moving on to the next page ending in 337, is

23   this a continuation of that same conversation we just saw?

24   **A.**  Yes, it is.

25   **Q.**  Making that a little bit larger and starting with your

1    message here at 8:43, can you read what you wrote there?

2    A.   "U hang in ur house akhi?  I wuld have to keep it in place

3    where no neighburs wuld see.  So many kuffar around."

4    Q.   How did the defendant respond?

5    A.   "Yea I dont hang it up akhi, just sometimes."

6    Q.   And did he provide any more information about what he did

7    with those materials?

8    A.   Yes.

9    Q.   What did he write at 8:44 there?

10   A.   "I hide it akhi with my clothes."

11   Q.   All right.  Are you familiar with the term "bayah" or

12   "bayat"?

13   A.   Yes.

14   Q.   What do you -- what is your understanding of what those

15   words mean?

16   A.   My understanding is that it's a pledge of allegiance.

17   Q.   And did there come a point in time when the defendant

18   discussed with you a bayah?

19   A.   Yes.

20   Q.   And particular -- in particular, I want to refer you to the

21   defendant's messages on the left-hand side here.

22          And just for context, does the date change right

23   after he sends these messages?

24   A.   Yes.

25   Q.   And so what are the dates of the messages that we're

Smith - direct by Wells                    1009

1    looking at here beginning at 10:26 p.m.?

2    A.  I'm not exactly sure, but if you -- if you scroll up, it

3    should show it on the page.

4    Q.  Well, what's -- what's the date immediately following?

5    A.  So the date immediately following is November 3rd.

6    Q.  What did the defendant send you -- what's the first message

7    at 10:26?

8    A.  "In sha Allah akhi."

9    Q.  And what is contained immediately below that?

10   A.  There's an image of what appears to be an ISIS flag and a

11   note card with text written on it.

12   Q.  Below the image, what did the defendant write?

13   A.  "Mine akhi, the brother didn't post it in the bayah

14   channel."

15   Q.  Did you capture a larger version of the image?

16   A.  I did, yes.

17   Q.  All right.  And then I just want to refer you quickly to

18   401, page ending in 368.  What are we looking at?

19   A.  So there appears to be an ISIS flag there and a note card

20   with text on it.

21   Q.  Can you read the note card, please?

22   A.  "I renew my pledge to Abu Ibrahim al-Hashimi al-Qurashi in

23   the land of America."

24   Q.  Do you know who Abu -- Abu Ibrahim al-Hashimi al-Qurashi

25   is?

Smith - cross by Herman                          1010

**A.** Yes.

**Q.** Who is that?

**A.** That is the current leader of ISIS, and that is the person who took over after Baghdadi was killed and the person that ISIS announced as the successor to Baghdadi after Baghdadi was killed.

**Q.** Are you familiar with this language:  I renew my pledge to al-Qurashi in the land of America?

**A.** I am, yes.

**Q.** What do you understand this to be?

**A.** At the time as I observed it, multiple pro-ISIS and ISIS associated organizations were renewing their pledge of allegiance to the new ISIS leader after the United States killed Abu Bakr al-Baghdadi.  So various wilayat and various groups were put -- were renewing their pledge to the new ISIS leader here.

**Q.** And just referring you back just one page to your conversation with the defendant, where the defendant wrote "mine akhi" at 11:34 p.m., what did you understand him to mean?

**A.** I understood him to mean that this was his bayah, his renewal of bayah to the new ISIS leader.

           MS. WELLS:  Your Honor, I have nothing further.

                         CROSS-EXAMINATION

BY MR. HERMAN:

**Q.** Good afternoon.

Smith - cross by Herman                                          1011

1    **A.**  Yep.

2    **Q.**  We've heard a lot of testimony from you today about your

3    communications with Tommy from October of 2019, correct?

4    **A.**  Correct.

5    **Q.**  It's true, though, that your -- you said you were an FBI

6    analyst?

7    **A.**  Correct, I'm -- yeah.

8    **Q.**  And you also serve as an OCE?

9    **A.**  Correct, yes.

10   **Q.**  Which stands for online covert employee?

11   **A.**  That is correct.

12   **Q.**  Okay.  And you were also asked about chats that you had

13   with somebody else who had testified today -- somebody else who

14   testified today or testified during this trial, somebody known

15   as OCE 2?

16   **A.**  Correct.

17   **Q.**  Who you know by a name of OCE 2, Jack Rodgers?

18   **A.**  Yes.

19   **Q.**  Something like that.

20          It's true, though, that your involvement in this

21   investigation of Tommy would go back to June of 2018, correct?

22   **A.**  Correct.

23   **Q.**  And in June of 2018 there was another OCE.  We'll call him

24   OCE 1.  Do you know who I'm talking about?

25   **A.**  I do.

1   **Q.** And this OCE had some chats with Tommy, correct?

2   **A.** Yes, correct.

3   **Q.** And asked other members of your team -- is it fair to call

4   it a team?

5   **A.** I think it's fair to call it a team, sure.

6   **Q.** Members of your team to get information on the person who

7   he was talking to, correct?

8   **A.** In general, correct, yes.

9   **Q.** And you were a re -- you received that query from -- that

10  question from OCE 1, right?

11  **A.** Correct.

12  **Q.** And then you provided some information about Tommy back in

13  June of 2018?

14  **A.** Based on internal searches in our -- in our databases, yes.

15  **Q.** Okay.  So Tommy was on your radar since June of 2018,

16  correct?

17  **A.** Yes.

18  **Q.** And by -- not your personal radar; the FBI's radar, right?

19  **A.** As far as I know.

20  **Q.** And your involvement in the investigation continued into

21  February of 2019 regarding Tommy, right?

22  **A.** Peripheral involvement, I would say, yes.

23  **Q.** Well, specifically, you understood -- you know that Tommy

24  started having communications with OCE 2 or a persona of OCE 2,

25  right?

1  **A.**  Yes.

2  **Q.**  Okay.  And there were a lot of, let's say, chats between

3  members of your team while those communications were happening,

4  correct?

5  **A.**  A lot of efforts to coordinate, correct.

6  **Q.**  Right.  Your team was coordinating with each other while

7  there was a persona who was communicating with Tommy, right?

8  **A.**  Yes, correct.

9  **Q.**  And -- and that persona, that person was reporting back

10  what Tommy was saying, right?

11  **A.**  Correct.

12  **Q.**  And you guys as a team would say, maybe you can ask him

13  this question sometimes, right?

14  **A.**  Some mild suggestions once in a while, yes.

15  **Q.**  And you had input occasionally into what questions would be

16  asked to -- or maybe ask him this, right?

17  **A.**  Some lines that could be useful, correct.

18  **Q.**  Right.  And this is all the way back in February and March

19  of 2019?

20  **A.**  Correct, yes.

21  **Q.**  And timeline-wise your testimony today was about October of

22  2019, so fast forward seven, eight months, right?

23  **A.**  Sure.

24  **Q.**  And, for instance, on one occasion you recall asking the

25  persona, "Can you ask this person if he knows somebody on

1    Reddit"?

2    **A.**  Yes, I do recall that, yes.

3    **Q.**  And you also recall a discussion about whether or not --

4    basically whether or not there was enough for a probable cause

5    for an arrest, if he had done something illegal, right?

6    **A.**  Personal speculation, yes.

7    **Q.**  Okay.  In fact, another member of your team said:  He

8    talked a lot of shit; I think it's time for him to go to jail.

9              And that was March 3rd, 2019.  Do you remember that?

10   **A.**  I do recall that particular statement.

11   **Q.**  And then right after that you said:  Hahaha, quote,

12   "American in sha Allah."  Do you remember writing that?

13   **A.**  I do, yes.

14   **Q.**  Okay.  And that was back in March of 2019?

15   **A.**  Sure.  Yes.

16   **Q.**  You testified about being a persona for -- or a persona for

17   Organization 2, right?

18   **A.**  Yes.

19   **Q.**  And you're aware that Dr. Aaron Zelin has said that

20   Organization 2 was an unofficial ISIS organization?

21              MS. WELLS:  Objection, foundation.

22              THE WITNESS:  Yeah.

23              THE COURT:  Well, he asked him if he knew that or

24   not.

25   BY THE WITNESS:

1   **A.** So the answer is no, I'm not aware of Mr. Zelin's opinion

2   about Organization 2.

3   BY MR. HERMAN:

4   **Q.** You understand that Aaron Zelin is a -- Dr. Aaron Zelin is

5   an expert in this field, correct, of jihadi studies, right?

6   **A.** I know very little about Mr. Zelin.

7   **Q.** Okay.  You've written about Zelin or you've made a comment

8   about Zelin before, right?

9   **A.** I was aware of his website, yes.

10  **Q.** Okay.  Have you visited his website?

11  **A.** Oh, yes, yes.  Yeah.

12  **Q.** Have you downloaded videos from his website?

13  **A.** Never, no.

14  **Q.** Have you viewed videos from his website?

15  **A.** Not that I -- not that I can recall, no.  I mean, but I was

16  aware that it had videos.  I was aware of its contents.

17  **Q.** You're aware that those videos are downloaded or from

18  primary sources, right?

19  **A.** Yes.

20  **Q.** And by "primary sources," we're talking about official ISIS

21  media organizations, correct?

22  **A.** I would imagine those would constitute as primary sources.

23  I don't know what his primary sources are.

24  **Q.** There's nothing illegal about Dr. Zelin downloading these

25  videos, correct?

                        Smith - cross by Herman                    1016

1               MS. WELLS:  Objection, calls for a legal conclusion.

2               THE COURT:  I'll let him answer.

3       BY THE WITNESS:

4       A.  I mean, I -- I have no idea what the law is on things like

5       that, but I -- I don't know, but I would assume that.

6       BY MR. HERMAN:

7       Q.  Sir, you're an FBI analyst, and part of your role in this

8       case was to establish evidence to determine whether or not a

9       crime had been committed, correct?

10      A.  So my role in this case was the OCE angle, right.  I mean,

11      I was -- I took -- my role was as an OCE in this case.

12              The analysts involved in this case were FBI Chicago

13      analysts, so, you know, kind of separate.

14      Q.  Sure.  But as an OCE your job is to talk anonymously or

15      under a persona with somebody else online, right?

16      A.  Yes.

17      Q.  And to elicit or capture incriminating statements, correct?

18      A.  Information in general, yes.

19      Q.  And, in fact, before this case, you participated in

20      reviewing and drafting a charging instrument; isn't that right?

21      A.  I saw if it was accurate.  It was sent to me as to whether

22      or not the material in it was accurate.

23      Q.  And the material that you wanted to be -- make sure was

24      accurate were the facts that were in the charging instrument to

25      establish a crime, right?

1   **A.** Which were my communications, right, to make sure that

2   people -- I mean, it's obviously a team, as you said earlier.

3   To make sure members of that team understood exactly how my

4   communications happened.

5   **Q.** So it's important for you to distinguish, in looking at

6   those communications, what crosses the line in terms of what

7   somebody's doing?

8   **A.** I mean, my -- I can, of course, give my opinion to other

9   members of the team, but nobody is bound by opinion. And my

10  opinion only goes so far as to whether or not a charge actually

11  happens.

12  **Q.** The -- speaking of your team, you were asked questions

13  about this communication with OCE 2?

14  **A.** Yes.

15  **Q.** When you were -- when you had called Tommy too stupid,

16  right?

17  **A.** To do a particular thing, yes.

18  **Q.** Well, I'm not asking you to clarify or anything like that.

19  Okay? If you can answer the questions. Okay?

20          And you said it was a poor choice of words, right?

21  **A.** I did say that, yes.

22  **Q.** But it was how you felt, correct?

23  **A.** It could have been conveyed more clearly, I guess, is my --

24  is why I consider it a poor choice of words. It's a --

25  **Q.** But the words were still "too stupid"?

Smith - cross by Herman                    1018

1    **A**.  In the moment, yes.

2    **Q**.  And there was a -- you also noted in that same

3    communication about that there was a list that Tommy was making

4    from scraping Zelin's site.  You said from scraping Zelin's

5    site, correct?

6    **A**.  Correct.

7    **Q**.  What do you mean by "scraping"?

8    **A**.  So that list was in the communications that I had with the

9    defendant.  They should be in the screenshots.  I was giving an

10   excuse as to why I could not give the defendant the material he

11   was asking for, and I said I don't have a list of titles.

12          And then the defendant sent me an English list of

13   titles, and that was my reference.  That was my reference I was

14   saying there.

15   **Q**.  You were shown -- I'm now showing you -- this is Bates

16   number ending 92.

17   **A**.  Yeah.

18   **Q**.  And this was a document that you were shown on direct

19   examination, correct?

20   **A**.  Correct.

21   **Q**.  All right.  These are the communications between you and

22   Tommy, right?

23   **A**.  Yes, me and the defendant, yes.

24   **Q**.  And you were asked to see if you recognized what these

25   folders were?

1    **A.** Yes.

2    **Q.** Correct?

3    **A.** Yes.

4    **Q.** But you weren't -- you weren't asked specifically -- and I

5    just want to make sure that everybody in the jury sees this --

6    that there's a list here, correct?

7    **A.** Yes.

8    **Q.** What does that say?

9    **A.** The list there at the bottom is "Jihadology crawl before

10   censorship."

11   **Q.** Okay. "Jihadology crawl before censorship." This is the

12   list that you were talking about when you wrote -- let me read

13   the full sentence, and you correct -- well, not in a way that

14   it may be exculpatory, but his list was from scraping Zelin's

15   site; that's what you wrote, right?

16   **A.** Yes. As I understood it, yes.

17   **Q.** And then you wrote -- and we're talking about this list

18   right now that's before the jury, right?

19   **A.** Yes, yes, as far as I understood, yes.

20   **Q.** That's what this communication with OCE 2 that

21   Ms. Hughes -- Ms. Wells brought --

22   **A.** So, yeah, to be very specific, I was talking about a list

23   that the defendant sent me in our one-on-one communications. I

24   can point you to that page number. But I assume it is the same

25   as this jihadology crawl before censorship.

1   **Q.** Right. And then you wrote: And he lost huge amounts of

2   material, was begging me to find it. He couldn't have made one

3   one-hundredth of that archive?

4   **A.** Right.

5   **Q.** So when you -- what do you mean by he lost huge amounts of

6   material?

7   **A.** So the defendant -- as I understood it, the defendant told

8   me that his accounts had been deleted in the past, probably for

9   the same reason that other ISIS supporters' accounts had been

10  deleted. And as part of his accounts being deleted, he had

11  lost a good amount of material.

12  **Q.** And a lot of that material came from Jihadology?

13  **A.** I don't know where his material originally came from. I

14  know a list of titles probably came from Jihadology. I don't

15  know where his actual videos and whatnot came from.

16  **Q.** You know that Jihadology is still up online today, right?

17  **A.** With a -- now you have to have a login. I do know that it

18  is up online today, yes, and I do know that you need a login, a

19  username and a password to get onto it.

20  **Q.** And before 2019 anybody in the world could go on and

21  download videos from Jihadology, correct, before you needed a

22  login?

23  **A.** Yeah. I don't know how easy they make it to download.

24  But, yes, I know that you can go there and watch -- and watch

25  videos, yes.

1    **Q.** And that wasn't illegal to do that, right?

2    **A.** I have no idea.

3              MS. WELLS:  Objection, Your Honor.

4              THE COURT:  He's already answered.

5    BY MR. HERMAN:

6    **Q.** Well, nobody is out arresting Aaron Zelin, right?

7    **A.** Well, I don't know.  It's a large organization.  Different

8    people have different opinions.

9              My opinion -- my personal opinion is that, no, it is

10   not illegal -- go ahead.

11   **Q.** I'm sorry.

12   **A.** My personal opinion is that it is -- it is First Amendment

13   protected in terms of being able to view the material as it is

14   there on Jihadology.

15   **Q.** And in order to view the material -- in order to view the

16   material, you need to get it from somewhere, right?

17   **A.** You mean in order for Zelin to --

18   **Q.** I mean for anybody.  I mean, the material is out there

19   online, right?

20   **A.** Yes.

21   **Q.** And it's not illegal to watch the material, right?

22   **A.** As far as I know.

23              MS. WELLS:  Objection, Your Honor.

24              THE WITNESS:  Yeah.

25              THE COURT:  Same ruling.

1    BY THE WITNESS:

2    **A.** Okay.

3    BY MR. HERMAN:

4    **Q.** You have no knowledge or information that it's illegal to

5    download the videos, right?

6    **A.** In general, in the United States, as far as I know, again

7    not a lawyer and not involved in prosecutions, but as far as I

8    know, watching ISIS videos is -- is deemed -- you know, courts

9    have deemed that acceptable.

10   **Q.** And so is sharing the videos, right?

11   **A.** Oh, I don't know about that.  I would not make that -- I

12   would say no to that.

13   **Q.** Well, let's say this.  You've got -- you talked a lot about

14   the "Every Isdar Ever," right?

15   **A.** Yes, that channel, yes.

16   **Q.** And you created your own Telegram channel with "Every Isdar

17   Ever," right?

18   **A.** I created duplicate copies of it, yes.

19   **Q.** Okay.  And you used Tommy's bot to do that, right?

20   **A.** Correct, yeah, his process.

21   **Q.** And that Telegram channel still exists, right?

22   **A.** Yes.

23   **Q.** Okay.  And, in fact, I could take my phone out or a

24   computer, create a blank Telegram channel, and you could send

25   me all those videos, right?

1    **A.** If I was instructed to do that, I could, indeed.

2    **Q.** You could do it to anybody in the room; we could share

3    those videos with each other, right?

4    **A.** I would not do that of my own volition.  If people who, you

5    know, told me to do that, then I -- you know, if FBI agents and

6    prosecutors told me to do that, then I could do that, but I

7    would certainly not share the material in there of my own

8    volition.

9           The backups copies that I made, only I have access to

10   them.  Nobody else has access to them.  I never shared them

11   with other people.

12   **Q.** Now, you also -- you also indicated that -- you described

13   Tommy as begging you to get videos, and you expressed

14   reluctance to share them, right?

15   **A.** Correct, yeah.

16   **Q.** Did you have the videos?

17   **A.** Yes.

18   **Q.** Okay.  Where did you get the videos from?

19   **A.** Various places over time.  I mean, I had accounts that were

20   operating for five years.

21   **Q.** Did you share any information with Tommy, any videos?  Did

22   you give him any videos?

23   **A.** I did.  If you look in the later parts of the conversation,

24   yes, I did -- I did send him some videos.

25   **Q.** Right.  And those were -- you sent him pro-ISIS videos,

1    correct?

2    **A.**  I did, yep.

3    **Q.**  Okay.  It wasn't illegal to do that, was it?

4    **A.**  I have no idea.  Again, I'm operating under groups and with

5    people.  But the videos that I sent him and the images that I

6    sent him were ones that were available at the time.  Right.

7           So it was the material that was fairly widely

8    available, and it was my understanding -- you know, my guess

9    and whatnot that these were things that he had access to

10   already.

11   **Q.**  If he had access to them already, why is he begging you for

12   them?

13   **A.**  I mean, if -- I don't know.  But what I meant is, you know,

14   I was making videos available that I thought he already had

15   access to.

16          Again, begging might not have been the best adjective

17   in my conversation with OCE 2, but what I was -- the point I

18   was trying to make was that I did not think that the defendant

19   of his own volition could come up with all the -- all the

20   material in "Every Isdar Ever" from scratch.

21   **Q.**  Let's go back to the script.  And I'm not going to ask

22   questions about the script itself, right?

23   **A.**  Okay.

24   **Q.**  Because the script itself is not like malware.  It's not --

25   the script isn't illegal itself, right?

1    **A.**  I have no idea on -- yeah --

2              MS. WELLS:  Objection, Your Honor.

3    BY THE WITNESS:

4    **A.**  I wouldn't -- I wouldn't say that about the script.

5    BY MR. HERMAN:

6    **Q.**  When Tommy sent you the script, though, he did so, you

7    know, on his own; he didn't say he was part of a group, did he?

8    **A.**  He said he was munasir.

9    **Q.**  But he didn't say, I'm with this group, and I'm sending you

10   this script from -- you know, on behalf of this group, right?

11   **A.**  He conveyed to me that he was a munasir, and that conveyed

12   to me that he was a supporter of the Islamic State.

13   **Q.**  Okay.  But he's still sending it to you on his own.  He's

14   not getting an introduction from somebody else, right?  And --

15   **A.**  Yeah.  Yes, that's --

16   **Q.**  And you testified earlier that Organization 2 posts

17   basically an invite link in channels -- pro-ISIS channels, I

18   think you said, right?

19   **A.**  Correct.

20   **Q.**  It occupies certain spaces in those channels, right?

21   **A.**  Correct.

22   **Q.**  And somebody could -- somebody could get access through

23   your advertisement?

24   **A.**  Correct.  Yes, yes.

25   **Q.**  And then all of a sudden they're talking to the FBI?

1  **A.**  Or they're talking to others.  I mean, it would depend on

2  the situation.  But in this particular case, they were talking

3  to the FBI, yes.

4  **Q.**  So from your perspective, he independently clicked on some

5  link and ended up talking to you, right?

6  **A.**  Yes, indeed, yes.

7  **Q.**  And when he shared -- this happened very quickly, right,

8  back in early October?  You asked him how he copied, and then

9  he just gave you the script, right?

10  **A.**  That's basically what happened, yes.

11  **Q.**  Okay.  He didn't say, I'm doing this for ISIS, right?

12  **A.**  Again, I mean --

13  **Q.**  When he sent you the script, he did not say, I'm doing this

14  for ISIS, right?

15  **A.**  The first -- I mean, his second message --

16  **Q.**  Sir, when he sent you the script --

17  **A.**  Yeah.

18  **Q.**  -- did he say he's doing it for ISIS?

19  **A.**  He said he was a munasir, and that conveyed to me that he

20  was a supporter of the Islamic State.

21  **Q.**  Is that a no?  Did he say he's doing it for ISIS?

22  **A.**  He did not say the words "I'm doing it for ISIS," no.

23  **Q.**  Okay.  He didn't say when he gave it to you later -- and he

24  says again this word "munasireen," supporter, right?  This is

25  your interpretation of what munasireen means.  You think it

1  means the same thing as ISIS, don't you?

2  **A.** I think it means an online supporter of the Islamic State.

3  I think that's -- but, yes, that is my personal opinion on what

4  munasir means and what it was conveyed to me when he used that

5  statement, yes.

6  **Q.** You know that you can support ISIS, and that's not illegal,

7  right?

8  **A.** I do not know that.

9          MS. WELLS:  Objection --

10  BY MR. HERMAN:

11  **Q.** You don't know that?

12  **A.** I mean, theoretically --

13          THE COURT:  I'll let him answer.  Go ahead.

14          THE WITNESS:  Okay.

15          THE COURT:  When she stands up to make an

16  objection --

17          THE WITNESS:  Okay.

18          THE COURT:  -- you can stop --

19          THE WITNESS:  I apologize.

20          THE COURT:  -- to let her make the objection.

21          THE WITNESS:  Okay.

22          THE COURT:  All right.

23  BY THE WITNESS:

24  **A.** In terms of -- so to answer your question, I do not know

25  whether or not support -- theoretical support outside of

1    anything providing a thing that is material it is illegal or

2    not.  I do not know that, and I would not -- I would not want

3    to comment on it because that's way outside my expertise.

4    BY MR. HERMAN:

5    **Q.**  And you don't introduce yourself as a member of ISIS, do

6    you, when you say, "How do you copy it," correct?

7    **A.**  No, no, I do not.

8    **Q.**  And even using your personal opinion, you don't say that

9    I'm a munasir, give me -- how can I use this script?

10   **A.**  I do not say it directly, no.

11   **Q.**  Okay.  So Tommy doesn't say directly he's a member of ISIS

12   and doing this for ISIS, right?

13   **A.**  He does not use those words.

14   **Q.**  And neither do you?

15   **A.**  No, no, I do not.

16   **Q.**  And for the hour or so of your direct testimony describing

17   this -- what was going on with the Telegram script, he's

18   just -- he's just showing you how that works, right?

19   **A.**  Yeah.  I mean, it was longer than an hour, but yes.

20   **Q.**  No, I'm talking about your testimony.

21   **A.**  Oh, okay.

22   **Q.**  And it was longer -- it actually took several days, right?

23   **A.**  Correct.

24   **Q.**  And you couldn't get it to work on the phone, right?

25   **A.**  Correct, yeah.

1    **Q.** And then he had to fix it, and then you offered to do some

2    things.  Like you brought up Telethon.  Like maybe you offered

3    some -- maybe I need to make a change on Telethon, right?

4    **A.** I -- yeah, I mean, I said a step that we had skipped based

5    on the earlier interaction, based on the night previously, I

6    saw that we had not followed the step from the night

7    previously.

8    **Q.** And before this, though, that -- so he -- again, just so

9    we're all clear, and I'm not going to ask you any more

10   questions about it hopefully -- he's just showing you how it

11   works over a couple of days, several days?

12   **A.** Initially, yes.

13   **Q.** Okay.  In the "Every Isdar" -- you talked about "Every

14   Isdar Ever"?

15   **A.** Yeah.

16   **Q.** Which you have?

17   **A.** Yeah.

18   **Q.** And you were asked about a couple of videos of the 17,000

19   things that are out there?

20   **A.** I believe the channel contains about a little more than

21   22,000.

22   **Q.** 22,000.  You were asked about two, right?

23   **A.** I was, yes.

24   **Q.** When Tommy shared this with you, he didn't highlight

25   anything, did he?

1    **A.** No, he didn't.  He did not.

2    **Q.** He didn't say, check out "The structure of the Caliphate,"

3    right?

4    **A.** He didn't explicitly say that, no.

5    **Q.** He didn't say, "Look at Inside 8," right?

6    **A.** No.

7    **Q.** By the way, do you know you can get both "Inside 8" and

8    "Structure of the Caliphate" from Zelin's website?

9    **A.** If you have the login, I imagine.

10   **Q.** Okay.  And before you needed a login, you know you could

11   download them for free?

12   **A.** I don't know.  I don't know where you would have gotten it

13   two years ago.  But if you have a login, I imagine you can get

14   it from Zelin's site, yes.

15   **Q.** So "The Structure of the Caliphate" and "Inside 8" are

16   things that you picked out for the purposes of your testimony,

17   right?

18   **A.** I downloaded a couple things that I thought would be, you

19   know, kind of standard.  I mean, there's some standard ISIS

20   videos that I think a lot of people in the West understand.

21   And they're in English, right?

22            I mean, most of those videos in that channel are in

23   Arabic.

24   **Q.** But it was your editorial selection; you chose them for the

25   purposes of the testimony today.  It was nothing that Tommy did

1    in terms of highlighting them for you?

2    **A.**  Yeah, I downloaded a couple of the videos and documented

3    them, yes.

4    **Q.**  And chose them to highlight today?

5    **A.**  I chose the -- you know, I didn't make the choices as to

6    what questions I would be asked.  I made the -- I downloaded a

7    couple videos that I thought were exemplar, you know, a decent

8    example of what was there --

9    **Q.**  And you sent them to the prosecutor to say, these are --

10   these are decent examples that we might want to talk about?

11   **A.**  I didn't -- well, the prosecutors looked through the case

12   information, and the prosecutors, I think, decided certain

13   things as to what to ask me.

14   **Q.**  A couple of times you'll recall that Tommy also said

15   somebody else made the script, right?  Another brother made it?

16   **A.**  I believe that's in the conversation, yes.

17   **Q.**  And on two occasions -- I don't need to go back to this

18   binder, right?

19   **A.**  That sounds --

20   **Q.**  On two occasions he said another brother made it, right?

21   **A.**  That sounds right, yes.

22   **Q.**  Okay.  Did you ever ask him about that other person?

23   **A.**  I did not.  I did not.

24   **Q.**  You're aware also that during these conversations there's

25   an actual real-life confidential human source that's

1    interacting with Tommy in person, right?

2    **A.**  Oh, no, I had no idea.  So I again --

3    **Q.**  Hold on.  So you know that there's --

4    **A.**  No.

5    **Q.**  You know that there's an investigation that is occurring --

6    **A.**  Yes.

7    **Q.**  -- in person, right?

8    **A.**  I knew that there was an FBI investigation out of Chicago.

9    As to the in-person activities that FBI Chicago was directing,

10   I had no idea about that.  That was not a thing that I --

11   **Q.**  So your headquarters are not in Chicago?

12   **A.**  No.  Yeah, I'm not in Chicago.

13              MS. WELLS:  Objection.

14              MR. HERMAN:  I'm not asking him where.  Okay?

15   BY MR. HERMAN:

16   **Q.**  You're not in Chicago?

17   **A.**  Correct, I'm not in Chicago.

18   **Q.**  Okay.  And you're aware, your testimony, that there's

19   another investigation going on in Chicago?

20   **A.**  I was aware that the defendant was the subject of an

21   investigation in Chicago.

22   **Q.**  Okay.  Were you briefed on what was said during that

23   investigation?

24   **A.**  No.

25   **Q.**  So you know that the in-person -- in preparing for your

 1    testimony, you know that the in-person CHS told Tommy to make a

 2    bayat before he sent it to you, right?

 3    **A.**  I did not know that.

 4    **Q.**  All right.

 5    **A.**  Honestly, I did not know that.

 6    **Q.**  So you didn't know that a CHS told Tommy, you need to do

 7    the bayat to three people, around November 1st, 2019?  You

 8    didn't know that?

 9    **A.**  I've never heard that, no.

10    **Q.**  Okay.  And then all of a sudden you get a picture of this

11    bayat right after that?  You didn't know that?

12    **A.**  No, I --

13           MS. WELLS:  Objection.  It mischaracterizes the

14    evidence.  There are no communications --

15           THE COURT:  He already said he didn't know it.

16    BY MR. HERMAN:

17    **Q.**  This is the FBI, and you've got you sitting somewhere, and

18    then somebody telling Tommy what to do, and you don't know

19    what's going on on both sides?

20    **A.**  I was obviously communicating with the case agents quite a

21    bit on this case, and they were telling me and discussing, you

22    know, how I -- the interactions I should have with the

23    defendant.  The case agents were handling my interactions, and

24    I was passing all my information to them.

25           The case agents were not telling me other things that

1    they were doing or other components that were going on.  And,

2    honestly, I deal with a lot of different cases.  It's not just

3    this one.  Right?  So I was not -- I was not trolling through

4    the file trying to read everything that was happening.

5    **Q.**  You didn't have, like, this chat channel with your team

6    where you could coordinate with what he's saying and what he's

7    doing?

8    **A.**  The chat channels that we had that you might be referring

9    to there, that's us trying to coordinate online things, right.

10   Make sure that our online interactions match up, and we don't,

11   you know, step over each other, I guess.

12            MR. HERMAN:  Judge, one second, please.

13       (Counsel conferring.)

14   BY MR. HERMAN:

15   **Q.**  So I want to just make sure everything is clear here.

16   **A.**  Yeah.

17   **Q.**  Okay?  Your team is working in another location, right?

18   **A.**  Yes.

19   **Q.**  And you're aware generally that there's another FBI team

20   out of Chicago?

21   **A.**  Yeah, that the FBI Chicago has an investigation on the

22   defendant, yes.

23   **Q.**  And that investigation includes an in-person CHS?

24   **A.**  So I'm not aware of that.

25   **Q.**  Okay.

1    **A.**  I'm honestly not aware of that.

2    **Q.**  So you don't know if the CHS is telling Tommy to do certain

3    things and sending them to you?

4              MS. WELLS:  Objection, foundation.

5              THE COURT:  Overruled.

6    BY THE WITNESS:

7    **A.**  I mean, frankly, no, I had no idea.

8    BY MR. HERMAN:

9    **Q.**  There's no communication between your team and the Chicago

10   team in terms of what's going on?

11   **A.**  Again, Chicago is communicating with me, and they're

12   saying, you know, what information are you gathering and

13   whatnot.  And here's, you know -- and here's what we need and

14   ways forward and, you know, what we're thinking and whatnot.

15             But, again, they're not briefing me nor do I have any

16   need to know really as to what the online -- you know, what

17   in-person things are happening.  That's totally a separate

18   thing, right?  And I'm divorced from that.

19   **Q.**  Okay.  But this is all the FBI, right?  This is this one

20   investigation under the FBI?

21   **A.**  Yeah, everybody who you're describing there is in the FBI,

22   yes.

23   **Q.**  Okay.  I want to be clear on the timeline, too.

24             He sent -- Tommy sent this script on October 4th,

25   right?

1    **A.**  I -- yeah, that's --

2    **Q.**  Around there?

3    **A.**  Yes, around there, yes.

4    **Q.**  And you found out a couple of days later that it worked,

5    right?

6    **A.**  Yes.

7    **Q.**  And you -- you knew that, you know, these videos that

8    you're saying I don't know if they're illegal or not, these

9    videos, this script could copy them so quickly, right, into

10   other Telegram channels?

11          And that's what it did.  It copied from one Telegram

12   channel to the other.  That's all it did, right?

13   **A.**  Based on what the defendant showed me, yeah, it mass -- it

14   could very quickly copy a large amount of material from one

15   location to another.

16   **Q.**  Right.  And the FBI from the general FBI perspective

17   doesn't want these videos out there, right?

18   **A.**  I think that's a -- I don't know if the FBI has a policy

19   about propaganda material.  I know that the FBI is trying to

20   prevent, you know, ISIS, and media is a key component of the

21   Islamic State, so --

22   **Q.**  So it would be in the FBI's interest to make sure that none

23   of these videos were copied and sent around?

24   **A.**  I don't want to comment on it.  I mean, like, I think

25   that's -- I could speculate about that --

1    **Q.** I'm not going to ask you to speculate.

2    **A.** Oh, okay.

3    **Q.** My point is is that after he sent you this and after you

4    confirmed that it worked, you picked up the phone and said,

5    this thing works, go arrest him?

6    **A.** No.  I communicated with FBI Chicago as to the information

7    that I -- you know, that I obtained, and I tried to explain it

8    to them as best as I could.  And then we had many

9    back-and-forth conversations in which I was trying to answer

10   their -- you know, make it more clear.

11           And then FBI Chicago did their -- you know, and the

12   U.S. Attorneys and other players did their own thing.  I tried

13   to clarify as much as I could, as you discussed earlier.  But

14   whether or not to arrest, that is totally beyond my pay grade.

15   **Q.** So this script that you say works could have been sending

16   around all of these ISIS videos and, to use your word, I

17   believe it was forever?

18   **A.** Oh, yeah.

19   **Q.** It could have just replicated over and over and over again,

20   and nobody stopped him?

21   **A.** Correct.  Yeah, I mean --

22   **Q.** Nobody went to -- nobody went to arrest him, you know, send

23   in the SWAT team and unplug his computer and, you know, put a

24   drill through his hard drive, you got to stop this menace?

25           MS. WELLS:  Objection, Your Honor.

1   BY MR. HERMAN:

2   **Q.** Nobody did that, is that what --

3              MS. WELLS:  Objection.

4              THE COURT:  Overruled.

5              MS. WELLS:  He's testifying.

6              THE COURT:  Overruled.  It's cross-examination.

7   BY THE WITNESS:

8   **A.** I mean, that's not exactly how the FBI works.

9   BY MR. HERMAN:

10  **Q.** Well, is it -- does the FBI work in waiting over a month

11  and a half after this computer script is on the loose to arrest

12  him?

13             You know he was arrested November 18th, 2019, right?

14  The FBI just let it -- let it just go out on the internet

15  and --

16  **A.** The federal government might not be the most nimble in some

17  instances.  But, yeah, I mean, there is a lot of ISIS activity,

18  pro-ISIS activity that was happening for many months.  That

19  is -- that is certainly fair.  And no -- and there were -- I

20  mean, there are efforts to try to mitigate those activities.

21  There's not a code where we can just kick down a door for no

22  reason, you know.

23  **Q.** You didn't get a warrant for his arrest.  Nobody is talking

24  about kicking down the door.

25             You didn't use a legal process to get his arrest as

1    soon as you figured out this script worked?

2    **A.** I think things worked relatively quickly in the time frame

3    of -- but, again, there's a lot of different moving pieces

4    involved in that. And getting a warrant and everything is

5    outside of my --

6    **Q.** Would you say 44 days is pretty quickly?

7    **A.** I would say so, yes. I would say so from the federal

8    government, yes.

9    **Q.** For dealing with a script that could, with the push of a

10   button, could be spread to everybody else? Just like with you,

11   you asked, how does this work, and he copied it?

12   **A.** Yes, I would say that there are many -- I mean, there are

13   many -- go ahead.

14   **Q.** No, no. I didn't have a question.

15   **A.** Okay.

16   **Q.** I just wanted to make sure, too, that I heard you correctly

17   when you said that somebody could copy anything, anything they

18   wanted with this script, right?

19   **A.** I believe that's in the messages that were sent back and

20   forth between me and the defendant --

21   **Q.** Actually, I believe -- I wanted to make sure that those

22   were your words that you said.

23   **A.** No, I think that was the defendant -- oh, yeah, I mean,

24   yes. I -- the script would work in a copying way regardless of

25   the material, I believe.

1    **Q.** You were shown some images, too, like the "Don't Tread on

2    Me," right, and the photoshop, correct?

3    **A.** Yep.

4    **Q.** There's nothing illegal about photoshopping the flag,

5    right?

6    **A.** As far as I know, no.

7    **Q.** Sending you the image of the -- of the ISIS flag in front

8    of the computer, there's nothing -- there's nothing breaking

9    the law with that, right?

10   **A.** Again, I'm not a lawyer.  Go ahead.

11   **Q.** Even a picture of a bayat, like a little note on an ISIS

12   flag, there's nothing illegal with sending that to somebody

13   else, right?

14   **A.** I would not say that.  If you look at the last -- what's

15   the last line in that note?

16   **Q.** It's not illegal to say, "I pledge of allegiance to ISIS"?

17          You know it's not illegal to be a member of ISIS

18   even, don't you?

19   **A.** I don't know that.  I would defer to the courts and

20   everything on that.

21   **Q.** And that's something that Tommy even never said he was.  At

22   most, according to you, he says he's a supporter?

23   **A.** A munasir.

24   **Q.** At most he says he supports a message, right?

25   **A.** Directly to me, yes.

1    **Q.** And as you said, there's a First Amendment in this country

2    still, right?

3    **A.** Thankfully, yes.

4                MR. HERMAN:  Thank you.

5                        REDIRECT EXAMINATION

6    BY MS. WELLS:

7    **Q.** Mr. Smith --

8    **A.** Yeah.

9    **Q.** -- on cross-examination you were asked questions about the

10   fact that you copied over the Ever Isdar Ever -- excuse me,

11   "Every Isdar Ever" channel that the defendant sent you.

12               Do you recall those questions?

13   **A.** Yes.

14   **Q.** And did you make a copy of that channel to help ISIS?

15   **A.** I did not, no.

16   **Q.** When you made a copy of that channel, were you engaging in

17   media jihad?

18   **A.** Certainly not in my understanding of it, no.

19   **Q.** Would you share videos like those contained in the "Every

20   Isdar Ever" channel with ISIS supporters?

21   **A.** No.

22   **Q.** Why?

23   **A.** Yeah, there's no reason to.  There's no reason to.  It

24   was -- the activity that we conducted online was to find and

25   identify, you know, ISIS supporters and members; and unless

1    there is a reason, then no.

2    **Q.**  What kind of information or what kind of material is

3    contained in those videos?

4    **A.**  So it's ISIS propaganda material.  So standard ISIS videos

5    for those who have seen them, I mean, graphic violence, calls

6    to violence, justifications of ISIS political actions.

7    **Q.**  You were asked questions about your role vis-a-vis

8    Organization 2.  Do you recall those questions?

9    **A.**  Correct.

10   **Q.**  Can you remind us what Organization 2 was?

11   **A.**  It was a brand that ISIS used for English translations of

12   propaganda content.

13   **Q.**  And who first contacted who in this case?  Did you contact

14   the defendant or did the defendant contact you?

15   **A.**  The defendant contacted an account I controlled.

16   **Q.**  And that's a good point.

17            Did he contact you directly, or when you say an

18   account that you controlled, what account did the defendant

19   first contact?

20   **A.**  He contacted an Organization 2 account.

21   **Q.**  And for what -- what was the purpose -- you were asked

22   questions about whether you put sort of information about how

23   to contact Organization 2 out on the internet.

24            Do you recall those questions?

25   **A.**  Yes.

1    **Q.**  What -- what was the nature of those advertisements?  Why

2    would people have followed -- contacted your account, for what

3    purpose?

4    **A.**  To join Organization 2 associated channels and groups.

5    **Q.**  And what would people have expected to find on those

6    channels?

7    **A.**  They would -- the Organization 2 material, which would be

8    English translations of ISIS propaganda content.

9    **Q.**  And when defendant contacted that account, what did the

10   defendant ask for?

11   **A.**  Well, the defendant asked for much more than was in those

12   channels.  He asked for all -- you know, he asked for all the

13   English publications and asked for me to provide as many as I

14   could.

15   **Q.**  All right.  I'd like to show you, Mr. Smith, Exhibit 401,

16   which is in evidence.  And specifically, do you recall being

17   asked questions about this image of the file folder structure?

18   **A.**  Yes.

19   **Q.**  And I'm going to show you the larger version of that.

20   **A.**  Yep.

21          THE COURT:  You should refer to the page number when

22   you offer these so the record will be clear.

23          MS. WELLS:  Yes, Your Honor.  My apologies.

24   BY MS. WELLS:

25   **Q.**  And this is the page ending in 94.  You were asked about

1  one of these files at the bottom here, the "jihadology crawl

2  before censorship," correct?

3  **A.**  Correct.

4  **Q.**  Are there other files on here that say "jihadology"?

5  **A.**  No.

6  **Q.**  And to the best of your knowledge, is jihadology the same

7  as the Furqan Foundation for Media Production, for example?

8  **A.**  No.

9  **Q.**  Is jihadology the same as the Al-Hayat Media Center?

10  **A.**  No.

11  **Q.**  Is the jihadology the same as Himmah Publications?

12  **A.**  No.

13  **Q.**  Or Radio Bayan?

14  **A.**  No.

15  **Q.**  What are those other things?

16  **A.**  Those are all brands that ISIS Media Diwan -- ISIS's Media

17  Diwan uses for its propaganda material.

18  **Q.**  And you were also asked questions about a list of material

19  that the defendant sent you at some point?

20  **A.**  Yes.

21  **Q.**  Do you recall those?

22  **A.**  Yes.

23  **Q.**  And just so the record is clear, did there come a point in

24  time when the defendant sent you an actual file attachment

25  containing a list of materials?

1    **A.** Yes.

2    **Q.** And is that the same or different than the still image of

3    what's contained on government -- on 401, page ending 94?

4    **A.** Different.

5    **Q.** And did you review that list of materials?

6    **A.** I did, yes.

7    **Q.** To the best of your understanding, is it the same or

8    different than what was contained in, for example, the RU Isdar

9    channel?

10   **A.** Very different.

11   **Q.** And was it the same or different than what was contained in

12   the "Every Isdar Ever" channel?

13   **A.** Very different.

14   **Q.** You were also asked questions about the fact that you

15   downloaded a couple of videos from the "Every Isdar Ever"

16   channel.  Do you recall that?

17   **A.** Yes.

18   **Q.** And how many videos from "Every Isdar Ever" did we discuss

19   during your testimony today, if you recall?

20   **A.** I believe it was two of them.

21   **Q.** How many were there in the channel?

22   **A.** So the screenshots with the exact number, but I believe

23   there were 8,800 videos, 8,890 or something like that.  It

24   was --

25   **Q.** So there's another 8,888 or so that we did not talk about,

1   correct?

2   **A.**  Correct.

3   **Q.**  And what is the nature of those videos, based on your

4   review of that channel?

5   **A.**  All of them are officially released by ISIS's propaganda

6   department, ISIS official propaganda videos.

7   **Q.**  And you were asked if you -- you were asked about how you

8   selected those videos.  Do you recall that?

9   **A.**  Yes.

10  **Q.**  And I think the question on cross is something like, the

11  defendant didn't highlight those videos.  Do you recall that

12  question or something to that effect?

13  **A.**  Yes.

14  **Q.**  In fact, did the defendant highlight Inside 8 to you during

15  his conversations?

16  **A.**  Well, he included -- yes, so the screenshots from Inside 8

17  were included, were mentioned in our -- were from the defendant

18  in our conversations.

19  **Q.**  And do you recall the date that the defendant sent you the

20  screenshots of Inside 8?

21  **A.**  So it would have been after Baghdadi died.  So I think it

22  would have been, like, late October 2019 or early November

23  2019.

24  **Q.**  And did you ask the defendant to send you images from

25  Inside 8?

1    **A.**  No, no.

2    **Q.**  Had you ever mentioned that video to him?

3    **A.**  No.

4    **Q.**  What did the defendant describe when he sent you those

5    Inside 8 images?

6    **A.**  The defendant was describing why we should not -- why just

7    people should not believe that news media account of the United

8    States killing Baghdadi and should wait for ISIS to officially

9    claim it or deny it.

10   **Q.**  And did that post contain references to following the

11   orders of ISIS official media?

12              THE COURT:  Are you done with this exhibit?

13              MS. WELLS:  Oh, pardon me, Your Honor.

14              THE COURT:  That's okay.

15   BY MS. WELLS:

16   **Q.**  I'm showing the witness Government 401 --

17              MS. WELLS:  Pardon me, Your Honor.  There are just a

18   lot of pages.

19   BY MS. WELLS:

20   **Q.**  -- page ending in 324.  Was this the defendant's message?

21   **A.**  Yes.

22   **Q.**  And is this the one that -- the mouse isn't working.

23              Is this the one where the defendant highlighted

24   Inside 8 to you?

25   **A.**  Yes, that's the one I'm -- yes.

1  **Q.** And can you read the first paragraph of the defendant's

2  message here?

3  **A.** "Beware, O lions of information and warriors of media of

4  taking news from any source other than the Central Media of the

5  Islamic State."

6  **Q.** Was that a direction to follow the instructions of the

7  Islamic State Central Media?

8  **A.** Yes.

9  **Q.** You were also asked questions about the fact that there are

10 messages or communications from the defendant in which he

11 mentioned that he got a computer script from someone else?

12 **A.** Yes.

13 **Q.** And do you recall those questions?

14 **A.** Yes.

15 **Q.** How many versions of the computer script did he send you?

16 **A.** So I guess two, one in -- one in Arabic and one in English.

17 **Q.** Did he ever say he got multiple computer programs from

18 somebody else?

19 **A.** No.

20 **Q.** Did he ever tell you he got five computers programs from

21 someone else?

22 **A.** No.

23 **Q.** Did he ever tell you that there was a PDF describing how to

24 copy, sort, and organize material extending those computer

25 scripts from someone else?

1    A.  No, no, none of that.

2            MS. WELLS:  Nothing further, Your Honor.

3            MR. HERMAN:  Very briefly.

4                        RECROSS-EXAMINATION

5    BY MR. HERMAN:

6    Q.  You were asked questions about why you didn't share these

7    videos, right?

8            On redirect examination, you were asked why you

9    didn't share the videos that you got from "Every Isdar Ever,"

10   correct?

11   A.  Something to that effect, yeah.

12   Q.  Yeah.  It wouldn't have been illegal, though, if you had,

13   would it?

14   A.  I have no idea.

15   Q.  You don't know either way, do you?

16   A.  No.  Yeah, in terms of sharing videos and things like that,

17   I think --

18   Q.  It wouldn't have been illegal to watch them?

19   A.  Based on my understanding, again, yeah.  But, again, I

20   would leave all these legal conversations to --

21   Q.  Or download them, there's nothing wrong with downloading

22   them, is there?

23   A.  I wouldn't -- I don't know what wrong -- by wrong, do you

24   mean illegal?  I -- again, not a lawyer.

25   Q.  And you were asked questions about, again, the image with

1    Jihadology before Censorship and all of the al-Hayat and

2    al-Furqan, right?

3    **A.**  Yes.

4    **Q.**  You know that jihadology has al-Hayat and al-Furqan and

5    every single other official ISIS organization videos on that

6    website?

7    **A.**  I don't know exactly what is on jihadology, but I do

8    understand that it has a large quantity of -- of various, you

9    know, Al-Qaeda and also ISIS material.

10   **Q.**  Official ISIS material, right?

11   **A.**  As far as I know.  Again, I don't know the exact number.

12             MR. HERMAN:  One second.

13        (Counsel conferring.)

14             MR. HERMAN:  Nothing else.  Thank you.

15             THE COURT:  All right.  You're excused, sir.  Thank

16   you.

17        (Witness excused.)

18             THE COURT:  Do you want to take our -- who do you

19   have now?

20             MR. JONAS:  Your Honor, we can break if you want.

21   That's fine.  The government would like to admit and read to

22   the jury that exhibit that we discussed earlier -- sorry,

23   Judge -- the exhibit we discussed earlier this morning before

24   we call our next witness.

25             THE COURT:  Is there a stipulation on that or an

1    agreement?

2        (Counsel conferring.)

3            MR. JONAS:  Your Honor, what time do you want to

4    break for lunch?

5            MR. GREENBERG:  Barry, it's fine.

6            MR. JONAS:  Your Honor, Ms. Hughes will take care of

7    this part.

8            Your Honor, in order to save time while Ms. Hughes is

9    organizing, we'll just go to the next witness, and we'll do

10   this after the witness.

11           THE COURT:  Well, we're going to break in a few

12   minutes anyway, so --

13           MR. JONAS:  Should we just break now and then have

14   the afternoon?  That's fine with the government.

15           THE COURT:  Okay.  All right, folks.  We'll take a

16   little earlier lunch break now and be back at 1:00.

17           THE CLERK:  All rise.

18       (Jury out.)

19           THE COURT:  If your next witness was the CHS, I

20   thought this would be a good time to break so you could bring

21   him in and put him in the box before we started.

22           MR. JONAS:  I appreciate that, Judge.  It is the CHS.

23           THE COURT:  Yes, so I think that's --

24           MR. JONAS:  Thank you, Judge.

25           THE COURT:  All right, folks.  Be back at 1:00.

1    (Recess at 11:53 a.m. until 1:00 p.m.)

```
 1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
       UNITED STATES OF AMERICA,        )
 4                                      )
                        Plaintiff,      )
 5                                      )
                  vs.                   )  No. 19 CR 869
 6                                      )
       THOMAS OSADZINSKI,               )  Chicago, Illinois
 7                                      )  October 13, 2021
                        Defendant.      )  1:07 p.m.
 8

 9            TRANSCRIPT OF PROCEEDINGS - Volume No. 5 PM

10           BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                          and a Jury

12
       APPEARANCES:
13
       For the Plaintiff:       HON. JOHN R. LAUSCH, JR.
14                              United States Attorney
                                BY:  MR. BARRY JONAS
15                                   MS. MELODY WELLS
                                Assistant United States Attorneys
16                              219 South Dearborn Street, Fifth Floor
                                Chicago, Illinois  60604
17                              (312) 353-5300

18
                                MS. ALEXANDRA HUGHES
19                              Trial Attorney, Department of Justice
                                National Security Division
20                              950 Pennsylvania Avenue, NW
                                Washington, D.C.  20530
21

22

23     Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              nancy_bistany@ilnd.uscourts.gov
```

```
1   APPEARANCES:   (Continued)

2
    For the Defendant:              GREENBERG TRIAL LAWYERS
3                                   BY:   MR. STEVEN GREENBERG
                                    53 West Jackson Boulevard, Suite 1260
4                                   Chicago, Illinois  60604
                                    (312) 879-9500
5
6                                   LAW OFFICE OF JOSHUA G. HERMAN
                                    BY:   MR. JOSHUA G. HERMAN
7                                   53 West Jackson Boulevard, Suite 404
                                    Chicago, Illinois  60604
8                                   (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    (Proceedings heard in open court:)

2        THE CLERK:  All rise.

3    (Jury in.)

4        THE COURT:  Good afternoon, folks.  Please be seated.

5        MR. JONAS:  Your Honor, Ms. Hughes --

6        THE COURT:  Oh, let me swear the witness in.

7        MR. JONAS:  No, I was going to say, Ms. Hughes is

8    going to read that exhibit in first, and then we'll go ahead to

9    the witness.  Thank you, Judge.

10        THE COURT:  All right.

11        MS. HUGHES:  Good afternoon.  The government seeks to

12    admit and publish Government's Exhibit 1000 and 1001, which are

13    amended -- notices of amended -- of amended designation

14    language in reference to ISIS that were printed in the Federal

15    Register on March 22nd, 2019, and May 15th, 2014.

16        Beginning with Government's Exhibit 1000 -- and we're

17    actually going to use -- we're going to use the computer.  My

18    apologies.  This is misleading.  My apologies.

19        Beginning with Government's Exhibit 1000, page 1,

20    I'll read a portion of this notice.  "In the Matter of the

21    Amendment of the Designation of al-Qa'ida in Iraq," and moving

22    down into the body of the notice:  Based upon a review of the

23    administrative record assembled in this matter and in

24    consultation with the Attorney General and the Secretary of the

25    Treasury, I have concluded there is sufficient factual basis to

1  find that al-Qa'ida in Iraq, also known by the aliases listed

2  above, uses the additional alias Islamic State of Iraq and the

3  Levant, also known as the Islamic State of Iraq and al-Sham,

4  also known as Islamic State of Iraq and Syria, also known as

5  ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, also known as

6  Daesh, also known as Dawla al Islamiya, also known as Al-Furqan

7  Media Establish -- Media Establishment for Media Production, as

8  its primary name.

9         Moving to page 2 of Government's Exhibit 1000:  I

10  have further concluded that there is sufficient factual basis

11  to find -- my apologies.  We actually can skip that.

12         Moving to the last paragraph:  Therefore, pursuant to

13  Section 1(b) of Executive Order 13224, I hereby amend the

14  designation of al-Qa'ida in Iraq as Specially Designated Global

15  Terrorist to include the following new aliases:  The Islamic

16  State of Iraq and the Levant, and moving down, also known as

17  Al-Furqan Establishment for Media Production, and several of

18  the aliases have alternatively been removed.

19         Moving to Government's Exhibit 1001, bottom

20  right-hand corner of 1001, page 1:  Based on a review of the

21  Administrative Record assembled pursuant to Section 2019 -- my

22  apologies -- 219 of the Immigration and Nationality Act as

23  amended and in consultation with the Attorney General and the

24  Secretary of Treasury, I conclude that the circumstances that

25  there were bases for the designation of the aforementioned

1  organization and other aliases as a Foreign Terrorist

2  Organization in such a manner as to warrant revocation --

3  revocation of the designation and that, moving to page 2, the

4  national security of the United States does not warrant a

5  revocation of the designation.  I also conclude that there is

6  sufficient factual basis to find that the aforementioned

7  organization and other aliases uses the additional aliases:

8  Amaq News Agency and Al Hayat Media Center, also known as

9  Al-Hayat Media Center, also known as Al Hayat.

10          Therefore, I hereby determine that the designation of

11  the aforementioned organization as a Foreign Terrorist

12  Organization, pursuant to Section 219 of the INA as amended,

13  shall be maintained.  Additionally, pursuant to Section 219(b)

14  of the INA, as amended, I hereby amend the designation of the

15  aforementioned organization as a Foreign Terrorist Organization

16  to include the following new aliases:  Amaq News Agency and Al

17  Hayat Media Center, also known as Al-Hayat Media Center, also

18  known as Al Hayat.

19          Thank you, Your Honor.

20          THE COURT:  Thank you.  Do you want to call --

21          MR. JONAS:  Your Honor, the government calls Ahakim

22  Abbas.

23          THE COURT:  Please raise your right hand.

24      (Witness duly sworn.)

25          THE WITNESS:  Yes, sir.

1    THE COURT:  You can take off your mask while you're

2    testifying.

3                AHAKIM ABBAS, GOVERNMENT'S WITNESS, SWORN

4                        DIRECT EXAMINATION

5    BY MR. JONAS:

6    **Q.**  Good afternoon.

7    **A.**  Good afternoon, sir.

8    **Q.**  Can you state the name that you are testifying under today?

9    **A.**  Ahakim Abbas.

10   **Q.**  And is that your real name?

11   **A.**  No, sir.

12              THE COURT:  Can you spell it, please?

13   BY MR. JONAS:

14   **Q.**  Can you spell that?

15   **A.**  A -- A-h-a-k-i-m.  Abbas, A-b-b-a-s.

16   **Q.**  Do you work with the FBI?

17   **A.**  Yes, sir.

18   **Q.**  And are you an FBI employee?

19   **A.**  No, sir.

20   **Q.**  Are you what's called a confidential human source?

21   **A.**  Yes, sir.

22   **Q.**  CHS for short?

23   **A.**  Yes, sir.

24   **Q.**  And how long have you been a CHS for the FBI?

25   **A.**  Since 2013.

                    Abbas - direct by Jonas                    1059

1    **Q.** Has the FBI paid you?

2    **A.** Yes, sir.

3    **Q.** When had they started paying you?

4    **A.** 2014.

5    **Q.** So you worked for a year for free?

6    **A.** As a volunteer, yes.

7    **Q.** And going back to 2014, approximately how much have they

8    paid you over the past seven years?

9    **A.** $560,000.

10   **Q.** 560,000?

11   **A.** Around that, yes.

12   **Q.** And does that include money for reimbursement of expenses?

13   **A.** Yes, sir.

14   **Q.** What type of expenses did you incur as being a CHS?

15   **A.** Airplane, airplane expenses, food, car repair.

16   **Q.** And when you say "airplane," do you mean -- did you have to

17   travel as a result of being a CHS?

18   **A.** Yes, sir, I travel.

19   **Q.** So they reimbursed you for any expenses you incurred?

20   **A.** During the trial, yes.

21   **Q.** Hotel?

22   **A.** Yes.

23   **Q.** Food?

24   **A.** Yes.

25   **Q.** And are you -- in fact, are you under contract with them?

1    A.  Yes, sir.

2    Q.  Does that contract call for monthly payments to be made to

3    you?

4    A.  Yes, sir.

5    Q.  Like a salary almost?

6    A.  Yes, sir.

7    Q.  How much is the monthly payments you're getting currently?

8    A.  9,200.

9    Q.  And did you get a raise recently?

10   A.  Yes, sir.

11   Q.  Were you getting paid a little bit less last year?

12   A.  Yes, sir.

13          THE COURT:  I'm going to stop you just for a second.

14   Let's go off the record.

15     (Discussion off the record.)

16   BY MR. JONAS:

17   Q.  Is being a CHS essentially your full-time job?

18   A.  Yes, sir.

19   Q.  Do you have time for doing any other jobs?

20   A.  No, sir.

21   Q.  Do you work on more than one case?

22   A.  Yes, sir.

23   Q.  Is it fair to say over the past seven or eight years you've

24   worked on many cases?

25   A.  A lot of cases, yes, sir.

1  **Q.** And as part of being a CHS, do you operate in an undercover
2  capacity?

3  **A.** Yes, sir.

4  **Q.** And so you -- do you do this online or do you do this in
5  person or both?

6  **A.** I do them both.  Sometimes online, sometimes I have to go
7  meet in person.

8  **Q.** And either situation, whether it's in person or online, do
9  you work in your real name?

10 **A.** No, sir.

11 **Q.** Do you create a persona for the investigation that you're
12 doing?

13 **A.** Yes, sir.

14 **Q.** Okay.  And did there come a time when the FBI asked you to
15 meet the defendant?

16 **A.** Yes, sir.

17 **Q.** Was that also in an undercover capacity as a CHS?

18 **A.** Yes, sir.

19 **Q.** About when was it that they asked you to meet the
20 defendant -- or let me withdraw that.

21        About when was it that you first met the defendant?

22 **A.** February 2019.

23 **Q.** And can you explain to the jury the circumstances of
24 meeting him?

25 **A.** I was going to meet him to conduct -- to ask him about the

1    survey he took.

2    **Q.** Can you explain what survey?

3    **A.** So he took a -- he took a survey and to do a beta test

4    for -- for a soft -- for an antivirus software where you can

5    do, like, certain steps to test the software, find bugs, see if

6    there's any flaws so they can fix it before a release.  So he

7    applied for that.

8    **Q.** And were you someone representing the company that was

9    doing the beta testing?

10   **A.** I was representing the contractor company, yes.

11   **Q.** A contractor company?

12   **A.** Yes, sir.

13   **Q.** So did you come up with the survey yourself?

14   **A.** No, sir.

15   **Q.** Was that someone at the FBI?

16   **A.** Yes, sir.

17   **Q.** Did you distribute the survey to the defendant or other

18   students?

19   **A.** No, sir.

20   **Q.** Were you involved at all in getting the survey out to

21   students?

22   **A.** No, sir.

23   **Q.** So can you explain briefly what beta testing means?

24   **A.** Beta testing is where you have a software, and you can run

25   it locally in a different -- very high test platform where you

1    can track it, see if there's any problem with the code, any
2    problem with the processes.
3            And then if you find a -- if you find a flaw, you can
4    report it to the developers, and then they can fix it before
5    they release it to the public.
6    Q.  I'm sorry.  You said you can report it to who?
7    A.  To developer who actually --
8    Q.  Developer?
9    A.  Yes, who actually programmed the program or software.
10   Q.  The developer?
11   A.  Yes, sir.
12   Q.  And the -- you're -- the company that you were allegedly
13   working for, is that a real company?
14   A.  No, sir.
15   Q.  And the surveys went out to students at what college?
16   A.  DePaul.
17   Q.  DePaul?
18   A.  Yes, sir.
19   Q.  Was the defendant paid for doing the survey?
20   A.  Yes, sir.
21   Q.  Was he --
22   A.  For the survey, no.  But he got paid for the beta testing,
23   the process.
24   Q.  Did you pay him?
25   A.  No, sir.  The FBI paid him.

1  **Q.** The FBI paid him?

2  **A.** Yes, sir.

3  **Q.** Were you involved in arranging the payments in any way?

4  **A.** Yes, sir.

5  **Q.** How was that?

6  **A.** I ask him how he -- like how he received the payment, but I

7  ask him how he want to receive the payment.  And then he said

8  he wanted to receive it through PayPal, so I give that and

9  then --

10  **Q.** I'm sorry, what was that last thing?  What did you say?

11  **A.** I reported that he wants to receive his payment through

12  PayPal.

13  **Q.** You reported that back to the FBI?

14  **A.** To the FBI, yes.

15  **Q.** And did there come a time when you met with the defendant?

16  **A.** Yes, sir.

17  **Q.** And I'm sorry.  I forgot to ask you one question.

18  Do you know how much the defendant was paid?

19  **A.** Around $1,000.

20  **Q.** Did he actually do the beta testing?

21  **A.** Yes, sir, he did.

22  **Q.** Did that take some time to do?

23  **A.** Yes, sir.

24  **Q.** So did there come a time when you met the defendant?

25  **A.** Yes, sir.

1    **Q.** And was that in February of 2019?

2    **A.** Yes, sir.

3    **Q.** Prior to meeting with him, did you communicate with him in

4    any way?

5    **A.** Yes, sir.

6    **Q.** How was that?

7    **A.** Through text messages.

8    **Q.** And what was the purpose of communicating with him prior to

9    meeting with him?

10   **A.** So I can set up a meeting to go through the survey he

11   filled in.

12   **Q.** So when you met with him in February 2019, where was that?

13   **A.** Here in Chicago.

14   **Q.** And was that meeting recorded?

15   **A.** Yes, sir.

16   **Q.** Were you wearing a recording device on you?

17   **A.** Yes, sir.

18   **Q.** All right.  And what did you guys talk about?

19   **A.** We talk about the survey, and then we talk about ourself.

20   He knew that -- because of my accent, he knew that I'm from

21   Middle East.

22          And then we start talking about where he's from,

23   where I'm from, and then general things.

24   **Q.** All right.  And did you continue to talk with him after

25   that February 2019 meeting?

1  **A.** Yes, sir.

2  **Q.** What did you discuss with him afterwards?

3  **A.** Oh, we did discuss the beta testing processes, the report

4  he's making.

5  **Q.** Was that also by text messages?

6  **A.** Yes, sir.

7  **Q.** Are you familiar with something called Discord?

8  **A.** Yes, sir.

9  **Q.** What's Discord?

10 **A.** So Discord is a platform where gamers use to communicate

11 together.  You can use a voice; you can use video.  And it's

12 only for, like, mostly gamer -- gamers who play videos games

13 use it.

14 **Q.** Did -- when you met with him in February 2019, did you talk

15 about gaming?

16 **A.** Yes, sir.

17 **Q.** And at some point did you talk about gaming together

18 online?

19 **A.** Yes, sir.

20 **Q.** So did you talk to the defendant on Discord?

21 **A.** Yes, sir.

22 **Q.** And what did you talk about on Discord?

23 **A.** Talk about games, like communicating about, like, games and

24 server and stuff.  Mostly games.

25 **Q.** And did there come a time when you met the defendant a

1    second time?

2    **A.** Yes, sir.

3    **Q.** When was that?

4    **A.** That was in April 2019.

5    **Q.** Where was that?

6    **A.** Here in Chicago.

7    **Q.** What was the purpose of meeting him a second time?

8    **A.** Regarding the survey again, about the beta testing, and

9    then, like, I want to ask him how he wants to receive his

10   payment.

11   **Q.** Did you talk about other things during that April meeting?

12   **A.** We talk about, like, homework, about our life, general

13   stuff, yes.

14   **Q.** Did you also talk about current events?

15   **A.** A little bit, yes.

16   **Q.** Did he say anything to you about something called Python?

17   **A.** Yes, sir.

18   **Q.** Do you know what Python is?

19   **A.** Yes, sir.

20   **Q.** What's your understanding of what Python is?

21   **A.** It's a program -- it's a programming language where you can

22   use it to create programs, scripts.

23   **Q.** Computer programs?

24   **A.** Yes, sir.

25   **Q.** So do you remember what the defendant said about Python?

1   **A.** He likes it, yes.  He's studying in the college, and then

2   he really likes Python.  It's much easier.

3   **Q.** And did you -- after that April meeting, did you continue

4   to talk to him?

5   **A.** Yes, sir.

6   **Q.** What about?

7   **A.** About friends.  Now we're mostly moved towards, like,

8   friendship and brothers.

9   **Q.** Did you meet with him a third time?

10  **A.** Yes, sir.

11  **Q.** When was that?

12  **A.** May 2019.

13  **Q.** Where?

14  **A.** Here in Chicago.

15  **Q.** So I had asked you if your communications were recorded in

16  terms of your meetings.

17        What about the text messages and any other method

18  that you communicated with him, were those also preserved?

19  **A.** Yes, sir.

20  **Q.** How were they preserved?

21  **A.** I always take a screenshot of the device I'm communicating

22  with him.

23  **Q.** On the floor is a binder --

24  **A.** Yes, sir.

25  **Q.** -- that says Government's Exhibit 500.  Can you take a

1    quick look through that.  Do you recognize what's in there?

2    **A.**  A screenshot.

3    **Q.**  Are those of the communications between you and the

4    defendant?

5    **A.**  Yes, sir.

6              MR. JONAS:  Your Honor, if I can read a stipulation,

7    please.

8              Government's Exhibits 500 and 509 through 511 are

9    true and accurate copies of written communications including

10   attachments between defendant and the CHS identified as Ahakim

11   Abbas.

12             Your Honor, at this time I would offer into evidence

13   Government's Exhibit 500.  I believe 509 and 511 are already in

14   evidence.

15             THE COURT:  Any objection?

16             MR. GREENBERG:  No objection.

17             THE COURT:  All right.

18        (Said exhibit admitted in evidence.)

19             MR. JONAS:  Your Honor, I'm going to publish some

20   pages from Government's Exhibit 500, and I will say what pages

21   they are.

22   BY MR. JONAS:

23   **Q.**  I'm showing you what's on the screen as Government's

24   Exhibit 500, page 47.  Do you see that?

25   **A.**  Yes, sir.

1   **Q.** What is this?

2   **A.** This is a screenshot between me and the defendant.

3   **Q.** Was this -- how is this communicated?

4   **A.** This is through a regular SMS.

5   **Q.** Text?

6   **A.** Test message, yes.

7   **Q.** And you see the name "Tom" on the top?

8   **A.** Yes.

9   **Q.** Who is that?

10  **A.** That's the defendant.

11  **Q.** So is this just an example of the text messages between you

12  and him up through the first few months of your relationship?

13  **A.** Yes, sir.

14  **Q.** I'm going to turn to page 48.  Now, this looks different?

15  **A.** Yes, sir.

16  **Q.** How are you communicating with him here?

17  **A.** Here we moved to app called Telegram, which is -- it's very

18  different from regular SMS.  It's more -- highly secure and

19  encrypted -- very encryption, like peer-to-peer encryption.

20  **Q.** So why did you move to this app, to Telegram?

21  **A.** After the -- during the May meeting, I find out that he has

22  a Telegram account, so we exchange Telegram, to start talking

23  in Telegram.

24  **Q.** Was it your idea or his idea?

25  **A.** It's -- I asked him if he has an account, and he said yes.

1    **Q.** You see it says May 9th, "Tom joined Telegram"?

2    **A.** Yes, sir.

3    **Q.** Can you explain that?

4    **A.** That's when he -- when we started -- when he joined

5    Telegram, like, joined my chat.

6    **Q.** So not joined Telegram in general but just joined your --

7    **A.** Conversation.

8    **Q.** -- your conversation?  Okay.

9    **A.** Yes, sir.

10   **Q.** And was May 9th the date of the May meeting?

11   **A.** Yes, sir.

12   **Q.** During that May meeting, what did you talk about with the

13   defendant?

14   **A.** We talked about general things, and then we start about --

15   talking about current events happening in the world, in the

16   Middle East, and talk about gamings a little bit.

17          And then we talked about how -- how he -- he went to

18   jail before.  He told me about --

19   **Q.** Did he talk to you about the FBI following him?

20   **A.** Yes, sir.

21   **Q.** Did you guys talk about ISIS?

22   **A.** A little bit, yes, sir.

23   **Q.** Did you during this May meeting profess any support for

24   ISIS?

25   **A.** No, sir.

1    **Q.** Did he?

2    **A.** No, sir.

3    **Q.** Was the conversation more -- withdraw.

4            Regarding ISIS in the May meeting, was it more just

5    talking about it in terms of current events?

6    **A.** Yes, sir.

7    **Q.** On May 10th, the next day, who is talking here?  Who is

8    sending this picture?  Is that you or him?

9    **A.** That's me, sir.

10   **Q.** What is that?

11   **A.** This is a picture of an Arabic sweet.  It's one -- like

12   one -- like it's very popular sweet they use during Ramadan.

13   **Q.** After the May meeting, did you continue to talk to him?

14   **A.** Yes, sir.

15   **Q.** Was that primarily by Telegram?

16   **A.** Yes, Telegram and WhatsApp.

17   **Q.** All right.  Turning to page 54 of this exhibit, and I want

18   to make sure -- on the top do you see where it says "Tom"?

19   **A.** Yes, sir.

20   **Q.** Who is that?

21   **A.** That's the defendant.

22   **Q.** Is that how you put him in your address book?

23   **A.** Yes, sir.

24   **Q.** That's why it appears that way?

25   **A.** Yes, sir.

1    **Q.** Did you create that picture next to his name?

2    **A.** No, sir.

3    **Q.** How did that appear?

4    **A.** That's his profile picture, so he's the one who put it.

5    **Q.** Now, you see there's a picture there with an arrow in the

6    middle?

7    **A.** Yes, sir.

8    **Q.** Who is sending this to whom?

9    **A.** He sent me this video.

10   **Q.** And this is on May 15th?

11   **A.** Yes, sir.

12   **Q.** What did he send you?

13   **A.** He send me a video of a Kurdish fighter woman getting shot

14   by ISIS sniper.

15   **Q.** Let me show you the next page.  This is page 55 of the

16   exhibit.

17          So he said, "I just remembered I was going to show

18   you this."  Did you guys talk about a Kurdish woman or ISIS

19   snipers during the May meeting?

20   **A.** Yes, sir.

21   **Q.** Do you remember what was said?

22   **A.** Yeah.  He -- like, he shared a story with me about this

23   event where the woman getting shot by a sniper, ISIS sniper.

24   And then he -- later on after a couple days, he send me that to

25   remind me of that story.

1    **Q.** Did you watch the video?

2    **A.** Yes, sir.

3    **Q.** What happens here?

4    **A.** She's getting hit by an ISIS sniper and almost getting

5    killed.

6    **Q.** And the next page, page 56, he says:  "Yea, its Kurdish but

7    there is a guy behind the camera man to the left who shot the

8    bullet."  Was that consistent with what you saw in the video?

9    **A.** Yes, sir.

10   **Q.** Turning to page 93, just highlighting the top for a moment,

11   is this still communication on Telegram?

12   **A.** Yes, sir.

13   **Q.** On the top he sends you -- on the top of the page, he

14   writes:  "I got a 100% on the coding part of my final

15   alhamdulillah.  This is what I wrote."

16          What did he send you?  What's your understanding of

17   what he was sending you?

18   **A.** He's sending here his Python homework.  I think that's his

19   script of homework, coding some homework in the school.

20   **Q.** And he wrote:  "Last year I didn't like programming because

21   I was bad at it, but now that I am able to learn and understand

22   more I really like it."

23          Was this in about June of 2019?

24   **A.** It's prior to that, yes, sir.

25   **Q.** This communication?

1    **A.**  Yes, sir.

2    **Q.**  It was after you met with him in May?

3    **A.**  Yes, sir.

4    **Q.**  Okay.  And so when he says, "Last year I didn't like

5    programming," what was your understanding of what he meant by

6    "last year"?

7    **A.**  Year before that.

8    **Q.**  Turning to page 112, at the top of the page there's now a

9    phone number.  Whose phone number is that?

10   **A.**  That's his phone number, sir.

11   **Q.**  How are you communicating now in this page?

12   **A.**  There's an app called WhatsApp, and he reach out to me in

13   WhatsApp.

14   **Q.**  Did you guys discuss communicating by WhatsApp prior to

15   this?

16   **A.**  A little bit, like, just in general.  Like, this app better

17   than this app and as just in general.

18   **Q.**  Did you know he was going to send you a message by WhatsApp

19   before he sent this?

20   **A.**  No, sir.

21   **Q.**  So the message just came to you?

22   **A.**  Yes, sir.

23   **Q.**  How does WhatsApp work?  How did he find you on WhatsApp?

24   **A.**  So if you have -- if you have a regular phone number and

25   you downloaded WhatsApp, you can link that to your phone

1    number, and you can receive messages, texts -- text for free.

2    Like most of Middle Eastern country, other countries, they use

3    it so it's free to communicate, and it's secure, too.

4    **Q.**  So what's your understanding of what's going on in this

5    picture?

6    **A.**  He send me his marriage photo.

7    **Q.**  Did he talk to you about his marriage?

8    **A.**  Yes, sir.

9    **Q.**  What did he tell you?

10   **A.**  He's going to go and travel and then get married to his

11   wife in Indonesia.

12   **Q.**  Indonesia?

13   **A.**  Yes, sir.

14   **Q.**  Is that your understanding where this picture was taken?

15   **A.**  Yes, sir.

16   **Q.**  Did he tell you how he met his wife?

17   **A.**  Through online.

18   **Q.**  The next page, 113, sorry, is this -- do you see the way it

19   says, "Block, Add"?  What does that mean?

20   **A.**  So that's when if someone reach out to you the first time

21   in WhatsApp, it will -- it will give you an option if you want

22   to reply or you want to block it.

23          So at this point, I know that was him, so I added

24   him.

25   **Q.**  Turning to page 147, do you see where it says, "Tom

1    Whatsaap" on the top?

2    **A.**  Yes, sir.

3    **Q.**  What happened?  What caused that to say "Tom Whatsaap"?

4    **A.**  Because I added him to my contacts, so I changed the name

5    to "Tom Whatsaap."

6    **Q.**  And did he send you a link to something?

7    **A.**  Yes, sir.

8    **Q.**  What did he send you?

9    **A.**  He sent me a link where Trump -- President Trump talking

10   about defeating ISIS.  And then there he's saying it's getting

11   stronger.  They're basically -- he's lying.

12   **Q.**  When you say "he," you're talking about --

13   **A.**  The president, Trump.

14   **Q.**  The defendant said, "He said he defeated dawla now dawla is

15   a stronger insurgency than in 2011."

16          So, first of all, what was your understanding of what

17   the defendant meant when he said "dawla"?

18   **A.**  ISIS.

19   **Q.**  And when the defendant said the word "he" -- "he said he,"

20   who is "he"?

21   **A.**  The president, President Trump.

22   **Q.**  The defendant also said, "Turkey is about to invade SDF/YPG

23   and the SDF is going to have to free everyone from the camps if

24   they want to be able to fight."

25          Do you understand what "SDF" is?  What's your

1    understanding of "SDF"?

2    **A.**  Yes, sir.  SDF is three -- Syrian free -- Kurdish, Syrian

3    Army which is dedicated for Kurdish militias.  They have three

4    plunge (phonetic).  They have SDF, YPG, PKK.  They mostly work

5    in northern Syria and south of Turkey.

6             So SDF is the one who control, like, the north of

7    Syria.  And then he's talking about freedom from the camps,

8    because SDF, they have a lot of people from ISIS inside a

9    prison, big prison there.  And then he's talking about they

10   have to let the -- let it go if they want to fight Turkey, let

11   ISIS fighter.

12   **Q.**  Turning to page 148, the next page, he says, "Yea he called

13   half the world 'shithole countries' but this week 50 people got

14   shot in America at the grocery store."

15            Is the defendant still talking about President Trump?

16   **A.**  Yes, sir.

17   **Q.**  You respond, and you say, "I think they will attack and

18   they will force them to free them just like what happened in

19   Baghdad couple years ago."

20            When you say "they will attack," who are you talking

21   about?

22   **A.**  ISIS.

23   **Q.**  And when you said "just like what happened in Baghdad

24   couple years ago," what did you mean by that?

25   **A.**  Back -- back in 2011 to, like, 2012, '11, in that time

1   period, ISIS attack a prison called Abu Ghraib, and that prison

2   host a lot of ISIS leaders, ISIS member, and they freed them.

3   **Q.** So the defendant said, "Yea, dawla are experts at this."

4   What was your understanding of what the defendant

5   meant when he said "experts at this"?  Experts at what?

6   **A.** ISIS expert at freeing their fighters from prison.

7   **Q.** Turning to page 149, there's a discussion on the top about

8   Shia sending Sunni kids to prison and torturing them.  I read

9   an article.  It's so sad.

10  When the defendant said that, what was your

11  understanding of what he was talking about?

12  **A.** He's talking about Shi'a.  Like Shi'a -- in Muslim there's

13  two part.  There's Shi'a and Sunni.  So he's talking about the

14  Shi'a.

15  **Q.** And what's ISIS?

16  **A.** It's mostly Sunni.  Like ISIS, Sunni, Shi'a.  It's another

17  side of Islam, so there are two parts.

18  **Q.** Are ISIS -- from your understanding and experience, are

19  ISIS or Shi'a an enemy of ISIS?

20  **A.** Shi'a are the enemy of ISIS, yes, sir.

21  **Q.** So the defendant said, "I saw one where a Shia was burning

22  a mujahid with boiling water."  What's your understanding of

23  what mujahid -- how am I pronouncing -- I know I'm

24  mispronouncing it.

25  **A.** Mujahid.

1    **Q.** Mujahid?

2    **A.** Yes, sir.

3    **Q.** What's your understanding of what that is?

4    **A.** It's -- he's talking about ISIS fighter.

5    **Q.** And when he said he saw one, one what?

6    **A.** He saw one Shi'a fighter, which is militia.

7    **Q.** On a video?

8    **A.** On the video, yes, sir.

9    **Q.** Have you seen a lot of ISIS videos?

10   **A.** Yes, sir.

11   **Q.** And are they generally violent videos?

12   **A.** Very violent, yes, sir.

13   **Q.** So staying on the same page, 149, the defendant says, "The

14   only time dawla burned anyone was if they were pilots.  Anyone

15   else they kill is very fast by gun or knife like a normal halal

16   slaughter."

17            What's your understanding of what the defendant meant

18   by "a normal halal slaughter"?  What does that mean?

19   **A.** It's like they cut their heads.  It's basically like how

20   Muslim slaughter a chicken, like very fast.  Basically, like,

21   how, like, you don't hurt the animal, so you do it very fast.

22   That's halal slaughter.

23   **Q.** And in the ISIS videos that you saw, would you agree with

24   the defendant's statement that they kill very fast like a

25   normal halal slaughter?

1    **A.**  No, sir.  They killed really -- like, it's really bad.

2    **Q.**  Now, did you meet the defendant a fourth time after the May

3    meeting?

4    **A.**  Yes, sir.

5    **Q.**  And when was that?

6    **A.**  August 2019.

7    **Q.**  August 2019?

8    **A.**  Yes, sir.

9    **Q.**  Would that be August 21st?

10   **A.**  Yes, sir.

11   **Q.**  Was that also recorded?

12   **A.**  Yes, sir.

13          MR. JONAS:  Your Honor, I'd like to read another

14   stipulation.

15          Government's Exhibits 501 through 507 are recordings

16   of meetings between the defendant and the CHS identified as

17   Ahakim Abbas.  Government's Exhibits 504-T through 506-T are

18   transcripts that fairly and accurately reflect the

19   communications recorded on Government's Exhibits 504 through

20   506.

21          And for expediency, Judge, I'm going to move into

22   evidence all the recordings between the defendant and the CHS.

23   So I would move in Government's Exhibit 501, which is the

24   February 27th, 2019 recording; 502, which is April 12, 2019;

25   503, the May 9, 2019 meeting; 504, the August 21st meeting;

1    505, the October 8th meeting; 506, the October 10th meeting;

2    and 507, November 18th meeting.

3              Your Honor, I would also move into evidence

4    Government's Exhibit 504-1, which is a clip of Government's

5    Exhibit 504, as well as 505-1, 2, 3, which are clips from the

6    October 8th meeting; and 506-1 through 10 which are clips from

7    the November -- October 10th meeting.

8              MR. GREENBERG:  No objection.

9              THE COURT:  All right.  Thank you.

10         (Said exhibits admitted in evidence.)

11             MR. JONAS:  Judge, if we can pass out binders to the

12   jury which contain the transcripts of the meetings and the

13   headphones.

14         (Counsel conferring.)

15             MR. JONAS:  Your Honor, just so we're clear, the

16   transcripts -- the binder contains transcripts of just the

17   clips the government is going to play and not transcripts of

18   the entire meetings between the defendant and the -- and the

19   witness.

20             If Your Honor wants to instruct the jury at this time

21   as to the transcripts being aids, the government would have no

22   objection to that.

23             THE COURT:  All right.  Ladies and gentlemen, the

24   recording itself is the evidence that's coming into the record.

25   We're giving you transcripts by agreement of the parties that

1    are transcripts of the recordings so you can follow along with

2    the recording in the transcripts that are being played to you.

3            These are being played through the headphones that

4    you're being given, so they're not being publicly broadcast.

5            I think that takes care of it.  Do you have one of

6    the smaller books?  Thanks.

7            MR. JONAS:  There's a binder by your foot with the

8    transcripts.

9    BY MR. JONAS:

10   Q.  Mr. Abbas, before I play the recording, just so we're

11   clear, when you met with the defendant, what were you -- what

12   language were you primarily speaking in?

13   A.  English.

14   Q.  And were there times when there were Arabic words that were

15   said either by you or by the defendant?

16   A.  Yes, sir.

17   Q.  Have you reviewed these transcripts?

18   A.  Yes, sir.

19   Q.  And to the best of your knowledge, are they -- do they

20   fairly and accurately represent the conversations that you had

21   with the defendant?

22   A.  Yes, sir.

23   Q.  At least the clips we're going to play?

24   A.  Yes, sir.

25   Q.  In the transcripts, when somebody said an Arabic term, is

1   the term translated into English in the transcript?

2   **A.**  Yes, sir.

3              MR. JONAS:  Your Honor, if I may play the first clip.

4   And this is 504-1 from the August 21st, 2019 meeting.

5   BY MR. JONAS:

6   **Q.**  By the way, where were you -- where did you guys meet?

7   **A.**  Here in Chicago.

8              (Said audio recording played in open court.)

9   BY MR. JONAS:

10  **Q.**  Let me pause you.  So the defendant said, "These are all my

11  channels.  I have every single release."  What's going on here?

12  **A.**  Here he starts showing me his second Telegram account where

13  it contained all ISIS channel, ISIS content owned by him.

14             (Said audio recording played in open court.)

15  BY MR. JONAS:

16  **Q.**  What's "1425 Hijri" mean?

17  **A.**  That's the Islamic year.

18  **Q.**  Of 2019 or some other year?

19  **A.**  145?

20  **Q.**  1425, do you know what year that converts to?

21  **A.**  No.  It's -- no, like I have to look it up.  I'm sorry.

22             (Said audio recording played in open court.)

23  BY MR. JONAS:

24  **Q.**  So he says, "al-I'tisam."  Do you know what that is?

25  **A.**  Yes, sir.  That's ISIS media channel.

1    **Q.** And "Furqan"?

2    **A.** That's a very famous ISIS media channel, yes, sir.

3    **Q.** The defendant said, "all qualities." What was your

4    understanding of what he meant by "all qualities"?

5    **A.** Because in the -- in the channel, each channel has a

6    different quality. Like each video of ISIS video, underneath

7    it there is a description of 1080p, and there is another video

8    720p, and there's another quality, 360p.

9    **Q.** And does that equate to the resolution of the video?

10   **A.** Yes, sir.

11   **Q.** The higher the number, the better the quality of the video?

12   **A.** Yes, sir.

13       (Said audio recording played in open court.)

14   BY MR. JONAS:

15   **Q.** What's -- do you know what "UI" is in the transcript?

16   **A.** Not understandable.

17   **Q.** Not understandable, unintelligible?

18   **A.** Unintelligible, yes, sir.

19       (Said audio recording played in open court.)

20   BY MR. JONAS:

21   **Q.** What were you saying?

22   **A.** So here after he showed me his Telegram channels and all

23   that content -- all that ISIS content, I showed him my Telegram

24   channel where I subscribe to some channels, some ISIS channels.

25   **Q.** And you do that as part of your persona?

1    **A.** Yes, sir.

2         (Said audio recording played in open court.)

3    BY MR. JONAS:

4    **Q.** You said, "That's you, Qal'aa?" What was that?

5    **A.** That's his second Telegram account.

6    **Q.** So this is not the same Telegram account you guys were

7    communicating on earlier?

8    **A.** No, sir. That's a different one.

9         (Said audio recording played in open court.)

10   BY MR. JONAS:

11   **Q.** The defendant said, "This is all hijacked Shi'aa accounts."

12   What did you understand him to mean at the time?

13   **A.** Shi'a accounts, it's where ISIS members, supporters, they

14   go and hack other people who they believe be Shi'a. They steal

15   their account. They steal phone number. And then they go back

16   and put it in this Telegram channel so other ISIS people, they

17   can go create a new Telegram account using the stolen account

18   so they can start pushing all these ISIS videos, ISIS

19   propaganda.

20         Because Telegram -- if you do that, Telegram will

21   shut down your account immediately. So these -- providing

22   these to, like, make it easier for someone to publish the

23   media.

24         (Said audio recording played in open court.)

25   BY MR. JONAS:

1    **Q.**  What's he showing you?

2    **A.**  His Telegram account, his second Telegram account, the

3    username.

4    **Q.**  The AJ462?

5    **A.**  Yes, sir.

6         (Said audio recording played in open court.)

7    BY MR. JONAS:

8    **Q.**  When the defendant was showing you these Telegram channels,

9    what was he showing it to you on?

10   **A.**  His phone number.

11   **Q.**  And he says here, "I have two, look."  What did he have two

12   of?

13   **A.**  Two phones.

14   **Q.**  And what was your understanding of what he meant when he

15   said, "This one doesn't have data"?

16   **A.**  He doesn't -- one of the phones, he doesn't have a SIM card

17   on it.

18   **Q.**  Did he explain why at any point?

19   **A.**  Yes.

20   **Q.**  Why?

21   **A.**  Because he thinks the government intelligence, the FBI,

22   they can -- they can decrypt your Telegram Secret Chat, which

23   is -- it's a feature in Telegram when you can start a chat but

24   in secret way.  No one can read it.  The chat will disappear

25   after certain time you set.

1        So if you type something and you set the disappearing

2    after 30 seconds, it will disappear after 30 seconds so no one

3    can read it.  But he thinks they can decrypt that through the

4    SIM card.

5        (Said audio recording played in open court.)

6    BY MR. JONAS:

7    Q.  After that August 21st meeting, did you continue to talk to

8    the defendant?

9    A.  Yes, sir.

10   Q.  And at this point is the whole beta testing thing done?

11   A.  It's over, sir, yes.

12   Q.  So are you and the defendant friendly?

13   A.  Friendly, yes, sir.

14   Q.  Turning back to Government's Exhibit 500, page 180, on the

15   top of the page, that looks like it's something new.

16        What is this that we're now looking at?

17   A.  This is his second Telegram channel, his second account.

18   And that's his name in the top.  It says "Qalaa" in Arabic.  It

19   means castle.

20   Q.  In English?

21   A.  Yes, sir.

22   Q.  And August 21st is the day that you guys met?

23   A.  Yes, sir.

24   Q.  So is this you talking in the green?

25   A.  Yes, sir.  I told him "as-salamu alaykum."  How are you,

1    brother?

2    **Q.**  Was that just to establish a connection on Telegram between

3    your account and his account?

4    **A.**  Yes, sir, so I can make sure that that's him I'm adding.

5    **Q.**  And at 4:03 p.m. he sends you something that says, "these

6    channels are all owned by me akhi, share with anyone you

7    trust."

8               And let me go to the next page, 181.  That has the

9    entire statement.  What are we looking at here?

10   **A.**  That's all his -- the ISIS channel that he owns on his

11   second account.

12   **Q.**  Is -- are these the channels that he showed you when you

13   met with him on that day?

14   **A.**  Yes, sir.

15   **Q.**  In August?

16   **A.**  Yes, sir.

17   **Q.**  Did you go into these channels and look to see what was

18   there?

19   **A.**  Yes, sir.

20   **Q.**  Did you do that when you were with the defendant or did you

21   do that at a later time?

22   **A.**  After.

23   **Q.**  What did you see?

24   **A.**  I saw all ISIS content, and they're really organized.

25   They -- he organize them by each -- each media channel.  For

1  example, you see here al-I'tisam.  That's the link for

2  al-I'tisam only.  So you can only find al-I'tisam ISIS content.

3          Al-Furqan, that's a link for only ISIS content that

4  belonged to Al-Furqan Foundation.

5          Speeches, same thing, if you go to that channel, you

6  going to see all speeches made by ISIS leader, Abu Bakr

7  al-Baghdadi, or his umara, which is the -- the commanders.

8  They're all there.

9          Al-Bayan, it's a radio for ISIS.  And you go there,

10  you're going to find only Al-Bayan content for ISIS.

11          And magazine, that's the link that contain all the

12  magazine for ISIS.  Al-Naba magazine, Dabiq, it's all there.

13  **Q.**  Now, he said with you -- by the way -- I'm sorry.  You said

14  speeches, radio, magazines.

15          In al-Furqan, what would you find in there?  Is it

16  videos?  Is it also speeches?  What would be in there?

17  **A.**  So all al-Furqan content, videos, yes, sir.

18  **Q.**  Videos?

19  **A.**  Yes, sir.

20  **Q.**  And al-I'tisam?

21  **A.**  Same thing, sir.

22  **Q.**  He said, "Share with anyone you trust."  What was your

23  understanding of what he meant by that?

24  **A.**  Pass it to other -- to other brothers.

25  **Q.**  Why did you -- what's your understanding as to why it has

1    to be -- well, withdraw that question.

2            You said "brothers."  What did you mean by

3    "brothers"?

4    A.  Like ISIS brothers.

5    Q.  Why does it have to be with anyone you trust, if you know?

6            MR. GREENBERG:  Judge, I'm going to object at this

7    point.  He's acting as a thought translator.

8            THE COURT:  I agree.  Sustained.

9    BY MR. JONAS:

10   Q.  When the defendant said, "Share with anyone you trust,"

11   what was your understanding as to why it had to be with people

12   you trust?

13   A.  Because this can sometimes get you in the legal trouble.

14   Like people can get in trouble if you have these kind of

15   content, so it's got to be someone you trust.

16   Q.  Turning to the next page, page 182 of the exhibit, the top

17   of the page, the defendant sent you something.

18           It says, previewing a copy a big channel -- "preview

19   of copying a big channel with the script the brothers made."

20           What was your understanding of what the defendant

21   meant when he said that?

22   A.  That's a script where he lets you -- he lets you --

23           MR. GREENBERG:  Your Honor, I'm going to object

24   again.  They're asking his understanding of what Tommy meant.

25           He can say what he thought or he understood it as.

1          THE COURT:  I agree.

2          MR. JONAS:  Judge, I --

3          THE COURT:  Rephrase the question.

4          MR. JONAS:  I thought the question was, what was your

5    understanding of what the defendant meant?

6          MR. GREENBERG:  Right.  But he -- he doesn't know

7    what the defendant meant.  The words speak for themselves.

8          THE COURT:  What was his understanding of what he

9    saw?

10   BY MR. JONAS:

11   **Q.**  What was your understanding of what this is?

12   **A.**  This is a script, one lets you download and copy big

13   channels and from one channel to another channel.  Like big

14   ISIS content, it lets you copy it from one channel to other

15   channel in very easy way.

16   **Q.**  And he sent two screenshots; is that correct?

17   **A.**  Yes, sir.

18   **Q.**  So I know it's very difficult to read, but when you looked

19   at this, the one on the left, did you know what this was?

20   **A.**  It's the script, yes.

21   **Q.**  And the one on the right, do you know what this is?

22   **A.**  Yes, sir.  That's the Telegram bot who connect to the

23   script.

24   **Q.**  And then he sends a link.  What's this link?

25   **A.**  This is for nasheeds, for ISIS music, ISIS audios.

 1    **Q.**  And then below that, what is that?

 2    **A.**  That's -- that's another audio from an attack from ISIS.

 3    When they did attack in Brussels, they released an audio

 4    version of that to the -- to the world.

 5    **Q.**  I'm sorry.  Go ahead.  I cut you off.

 6    **A.**  Yes, sir.  That's the -- that video, that release, it's in

 7    that channel.

 8    **Q.**  Have you listened to this release?

 9    **A.**  Yes, sir.

10    **Q.**  And page 184, is this just an enlargement of the

11    screenshots he sent you?

12    **A.**  Yes, sir.

13    **Q.**  Now, on page 186, is he still sending you material from

14    that second Telegram account?

15    **A.**  Yes, sir.

16    **Q.**  What's he send you here?

17    **A.**  Pictures of two ISIS hugging each other -- two ISIS

18    fighters hugging each other.

19    **Q.**  How do you know that they're ISIS fighters?

20    **A.**  Because they're about to do a suicide bomber on this, and

21    then they -- they hug each other before they do the attack.

22    **Q.**  Did you send him something in response?

23    **A.**  Yes, sir.

24    **Q.**  What did you send him?

25    **A.**  I sent him someone holding an ISIS flag responding to that

1  picture he sent.

2  **Q.** Why did you send him that?

3  **A.** Because he -- he sent the one with, like, the brother one.

4  So now we're very connected.  We're brothers.  So I need to

5  show that, too, to him.  So I sent him that picture.

6  **Q.** Turning to page 187, at the top there's some Arabic

7  writing.  It looks like you made a statement on the right, and

8  he responded.  What did you say, and then what did he respond?

9  **A.** I said here:  (Arabic word) b'ithnillah, and that means

10  it's here -- the ISIS Khilafah is here to stay.

11          And then he said:  "Ma sha Allah."  Yes, God willing,

12  it will stay.

13  **Q.** You then asked him a question:  "Mashaallah akhi did you

14  get all this videos by yourself?"  What did you mean by that?

15  **A.** I meant here about all the channels, all these videos and

16  the channels they're on, like, they're very big and large.

17  **Q.** So he responded:  "Some brothers made them all and I just

18  copy them."

19          And then he said, "but I did modify and sort them to

20  360p versions only so I can upload a full .rar to archive."

21          What's your understanding of what .rar is?

22  **A.** For a zip file.

23  **Q.** And what's 360p?

24  **A.** That's the quality of the videos -- of the ISIS videos.

25  **Q.** He also -- let's move to page 189.  You said, "this

1    amazing" -- "this amazing Inshaa'Allah if you need any just" --

2    I'm assuming "ket" meant "let" -- that's a typo?

3    **A.**  Yes, sir.

4    **Q.**  -- "let me know."

5            What were you offering -- when you said do you need

6    any, what were you offering him?

7    **A.**  I'm offering him anything he wants.  If he needs anything,

8    I'm here; I can help.  Like I'm -- since we made that

9    connection, he showed me all this.  So I felt like I need to --

10   if he needs something, I'm here to help, too.

11   **Q.**  Why did you do that?

12   **A.**  It's part of the keeping building the rapport and then

13   keeping a good relationship.

14   **Q.**  He responded:  "There were brothers who had al-Hayat and

15   Furat channels but I can't find them.  Those are the only ones

16   left to do."

17           What's your understanding of what al-Hayat is?

18   **A.**  Al-Hayat is another ISIS media foundation.  They release

19   videos of ISIS, too.

20   **Q.**  And Furat?

21   **A.**  Same thing, they -- another ISIS media channel.

22   **Q.**  You had said, "I ask around."  What were you -- what did

23   you mean by that?

24   **A.**  Like basically I will -- I will see if I can find some for

25   you.  I will ask the brothers.

1    **Q.**  Find what?

2    **A.**  ISIS -- of ISIS video from Furat and of al-Hayat.

3    **Q.**  The defendant wrote:  In sha Allah I will write a guide how

4    to copy channels using only Termux on Android.

5              Do you know what Termux is?

6    **A.**  Yes, sir.

7    **Q.**  What is it?

8    **A.**  It's a Linux and Android will let you do a command of,

9    like, Python.  It lets you run scripts on your phone.

10   **Q.**  Is it like an operating system?

11   **A.**  It kind of looks like operating, but it lets you execute

12   codes on Android.

13   **Q.**  And an Android is an operating system for a phone?

14   **A.**  Android is an operating system, yes, sir.

15   **Q.**  And then he says, "so anyone can do it."

16             What did you understand him to mean by "anyone"?

17   **A.**  So basically any ISIS --

18             MR. GREENBERG:  Same objection, Judge.

19             MR. JONAS:  Judge, the witness is part of a

20   conversation with the defendant, and he's explaining his

21   understanding of what the defendant meant when the two were

22   conversing.

23             THE COURT:  Your use of "what he meant."  What did he

24   understand those words to --

25   BY MR. JONAS:

1    **Q.** What did you understand the defendant when he said, "so

2    anyone can do it"?

3    **A.** So anyone, any ISIS supporter can go and start publishing

4    these videos in very easy way.

5    **Q.** You respond:  "That's very smart, but why you go with

6    Termux not Bash on Linux?"  What's Bash?

7    **A.** Bash, it's another command line for a Linux operating.

8    It's a PC.  It's like Windows, but it's Linux.  So it lets you

9    execute codes and run scripts on Linux operating system.

10   **Q.** And he said, "I use bash on Linux but some brothers don't

11   know how"?

12   **A.** Yes, sir.

13   **Q.** Page 190, he then added:  "Also I forgot at" -- I can't --

14   how do you pronounce that?

15   **A.** Ajnad.

16   **Q.** And what is that?

17   **A.** So Ajnad, it's another media -- another ISIS media channel

18   for -- dedicated for reciting Qur'an in their view, in ISIS's

19   view.

20   **Q.** So turning to page 193, what are we looking at here?

21   **A.** That's his second Telegram account.

22   **Q.** Did you -- were you able to take a screenshot of this page

23   in his account?

24   **A.** Yes, sir.

25   **Q.** And where it says, "@AJ462e60," is that the username he

1    gave you when you guys had met in August?

2    **A.**  Yes, sir.

3    **Q.**  And this says "isdarat."  What are we looking at here?

4    **A.**  That's one of the -- that's one of his channels that he

5    own.

6    **Q.**  And is this one of the channels that he sent you?

7    **A.**  That's one of the channels he sent me, yes, sir.

8    **Q.**  So did you go into the channel and take this screenshot?

9    **A.**  Yes, sir.

10   **Q.**  It says there are 20 -- 20 subscribers.  Do you know who

11   the other subscribers are or what they are?

12   **A.**  No, sir.

13   **Q.**  And 6,715 videos, did you see approximately that many

14   videos in this channel?

15   **A.**  Yes, sir.  There's a lot of videos.

16   **Q.**  I assume you didn't count them?

17   **A.**  I didn't count them, but I went through them, and they're

18   very, very -- yes, there are a lot.  But here it says Telegram

19   count them for you and then tell you how many videos, how many

20   photos, audios.

21   **Q.**  And the same al-I'tisam, that's another one of the channels

22   that he sent you?

23   **A.**  Yes, sir.

24   **Q.**  Furqan?

25   **A.**  Yes, sir.

1    **Q.** Fourteen subscribers.  Do you know who the other

2    subscribers are or what they are?

3    **A.** No, sir.

4    **Q.** Speeches.  Al-Bayan, is that the radio station?

5    **A.** That's the radio for ISIS, yes, sir.

6    **Q.** Himmah, what's Himmah?

7    **A.** It's a dedicated ISIS media for only books.  It's basically

8    a library for ISIS where they host their books, teaching.

9    **Q.** And then page 200 is nasheeds?

10   **A.** Yes, sir.

11   **Q.** Just to go back to page 181, the screenshots of the -- I

12   don't know what you call the page -- the table of contents

13   maybe but the -- or the volume of material, those all match up

14   with the channels that are on page 181 that he sent you?

15   **A.** Yes, sir.

16   **Q.** Moving to page 237, on August 24th did you send him a video

17   called "Flames of War"?

18   **A.** Yes, sir.

19   **Q.** What is "Flames of War"?

20   **A.** It's a very famous ISIS video.

21   **Q.** Is it violent?

22   **A.** Very violent, yes, sir.

23   **Q.** And he says, "that's the one with tank hunters I showed

24   you."  Did he show you "Flames of War" previously, prior to

25   August 24th?

1   **A.**  He showed me on his phone.

2   **Q.**  Was that when the two of you were together --

3   **A.**  Yes, sir.

4   **Q.**  I'm sorry.  We're cutting each other off.  You need to let

5   me finish.

6   **A.**  I'm sorry.

7   **Q.**  Was that when you two met a few days earlier, and you were

8   together?

9   **A.**  In -- yes, sir.

10   **Q.**  Turning to page 240, you said -- and this is August 25th --

11   "I'm trying to get more of al-Hayat for you.  And akhi I will

12   try my best to get the good quality ones."

13           What were you talking about?

14   **A.**  I'm talking about the same thing.  I told him if you need

15   anything or any help, I can help.  And here I'm saying the same

16   thing; I can find you more al-Hayat.

17   **Q.**  And he responded:  "Furat foundation is good too they have

18   a lot of Russian and I understand."

19           What's your understanding of that or what he said?

20   **A.**  They have a lot of releases in Russian or they have Russian

21   content translated to content -- to Russian language.

22   **Q.**  So that's in response of you saying, "I'm trying to get

23   more of al-Hayat"?

24   **A.**  Yes, sir.

25   **Q.**  Did you understand this to be a request of the specific

1    type of videos he wanted you to get for him?

2  **A.**  Yes, sir.

3  **Q.**  Russian ones?

4  **A.**  Russian ones, yes, sir.

5  **Q.**  Did you ever send him Russian videos from al-Hayat?

6  **A.**  No, sir.

7  **Q.**  Page 241 he said, staying in the same conversation, "I made

8    @baqiyahenglis."  What is "@baqiyahenglis"?

9  **A.**  That's another channel he made.  It's in ISIS's name.  It

10   called baq (phonetic) baqiyah.  That means ISIS here to stay in

11   English, so he can publish English stuff.

12  **Q.**  And there appears to be a video -- a forwarded message as

13   to video; is that correct?

14  **A.**  Yes, sir.

15  **Q.**  Did you watch this video?

16  **A.**  Yes, sir.

17  **Q.**  On page 242, is this a screenshot from that video?

18  **A.**  Yes, sir.

19  **Q.**  Do you recall what happened in the video?

20  **A.**  Suicide bombers, sir.

21  **Q.**  Turning to page 244, you responded to his comment about

22   that he made that channel.  What did you say here?

23  **A.**  "Barak allah feek."

24  **Q.**  What did you mean?

25  **A.**  Like that's -- that's something like very, very good.  And

1    "inshaa'Allah" like -- like basically, like, this is like

2    impressive, like, you know in English.

3    **Q.** And just prior to that at 352, in response -- sorry -- in

4    response to him saying "the Furat Foundation is good," as he

5    said a couple of pages earlier, you say "inshaa'Allah akhi I

6    will try to get some for you."

7            And then you ask him:  Any quality okay -- "any

8    quality is ok?"  What did you mean "any quality is okay"?

9    **A.** So any quality, I mean, like, the video itself, the ISIS

10   video, if he want it, like, 1080p or 720p or 360p.

11   **Q.** And then he responded "yea any" -- "any quality"?

12   **A.** Yes, sir.

13   **Q.** "Any quality."

14           You said, "I will get a really good one for you."

15   And he said, "in sha Allah."  What does that mean?

16   **A.** Like thank you.  Basically, God willing.

17   **Q.** Turning to the next page, page 245, he sent you a video,

18   and he said, "These brothers make me cry."  Do you see that?

19   **A.** Yes, sir.

20   **Q.** Did you watch that video?

21   **A.** Yes, sir.

22   **Q.** Did you download the video?

23   **A.** Yes, sir.

24           MR. JONAS:  One moment, Your Honor.

25         (Counsel conferring.)

1      MR. JONAS:  Your Honor, at this time I would offer

2   into evidence Government's Exhibit 213 -- or I think 213-1,

3   sorry, which is a clip of this video.  Sorry, 513, 513.

4      MR. GREENBERG:  Judge, we have the same objection we

5   raised before on these.

6      THE COURT:  I haven't seen this, so I'll let it in

7   until I see it.

8      MR. JONAS:  Thank you, Judge.  And I'll publish the

9   video.

10      (Said exhibit admitted in evidence.)

11      (Said audio-video recording played in open court.)

12   BY MR. JONAS:

13   **Q.**  Mr. Abbas, what happened in the video up to this point?

14   **A.**  After this, sir, they --

15   **Q.**  No, I'm sorry.  Up to this point.  What's happening in the

16   video up to the point I stopped it?

17   **A.**  What happened, they're preparing for -- ISIS here preparing

18   for two suicide bombers.  They're preparing the cars.  They're

19   preparing theirself.  They are saying bye to each other.  And

20   then here they going to go and blow theirself up.

21   **Q.**  Is that what the rest of the video shows?

22   **A.**  It's going to show, yes, how they going to do that and how

23   they going to blow theirself up.

24   **Q.**  It shows the trucks exploding?

25   **A.**  Yes, sir.

1   **Q.** And you say it's ISIS video.  How do you know it's ISIS?

2   **A.** You can see the logo and --

3   **Q.** Is that the logo in the top right-hand corner?

4   **A.** Yes, sir.  And the release itself, it's -- when they say

5   it's, like, it's released by ISIS.

6           MR. JONAS:  Your Honor, at this time I'd also offer

7   into evidence Government's Exhibit 514, which is a screenshot

8   from this video.

9           MR. GREENBERG:  Subject to the same objection.

10          THE COURT:  All right.  It will be admitted.

11       (Said exhibit admitted in evidence.)

12  BY MR. JONAS:

13  **Q.** So, Mr. Abbas, this is a screenshot from that same video;

14  is that correct?

15  **A.** Yes, sir.

16  **Q.** In fact, this is very close to the scene where I just

17  stopped it?

18  **A.** Yes, sir.

19  **Q.** Have you seen this before?

20  **A.** Yes, sir.

21  **Q.** Where?

22  **A.** In the emoji he sent me.

23  **Q.** Going back to Government's Exhibit 500, page 186, is this

24  the emoji you're talking about?

25  **A.** Yes, sir.

1   **Q.** So is there a difference between what he sent you in this

2   picture of the two men hugging and what was in the video?

3   **A.** Yes, sir.  There's a difference.  There's a heart emoji and

4   then ISIS flag -- ISIS logo inside.

5   **Q.** Staying with Government's Exhibit 500, going to page 250,

6   this was right before August 26th.  Did he send you another

7   video?

8   **A.** Yes, sir.

9   **Q.** And what did he say about this video that he sent you?

10  **A.** He wants a daughter.

11          MR. JONAS:  One moment, Your Honor.

12      (Counsel conferring.)

13  BY MR. JONAS:

14  **Q.** Did you preserve the video?

15  **A.** Yes, sir.

16          MR. JONAS:  Your Honor, at this time I would offer

17  into evidence Government's Exhibit 512, which is the video

18  that's on the screen now.

19          MR. GREENBERG:  Same -- same objection to all these,

20  Judge.

21          THE COURT:  All right.  We'll leave it as a standing

22  objection.  Is that agreeable?

23          MR. GREENBERG:  Sure.

24      (Said exhibit admitted in evidence.)

25          MR. JONAS:  Thank you, Judge.

1    BY MR. JONAS:

2    **Q.** If I can play 512.

3         (Said audio-video recording played in open court.)

4    BY MR. JONAS:

5    **Q.** What just happened here?

6    **A.** This ISIS fighter. He's making a little kid -- a little

7    girl making her pledge allegiance to ISIS leader, Abu Bakr

8    al-Baghdadi. And he's teaching her, like, how to say it and

9    how, like, word by word. He's going through the process, the

10   bayat word by word, and let her, like, say it.

11   **Q.** You just said the word "bayat"?

12   **A.** Yes, sir.

13   **Q.** What is that?

14   **A.** It's pledging allegiance to ISIS.

15   **Q.** Going to page 251, this is August 26th. Did the defendant

16   send you this message?

17   **A.** Yes, sir.

18   **Q.** And this is forwarded from "Halummu Special 12."

19         Are you familiar with Halummu?

20   **A.** Yes, sir.

21   **Q.** What is it?

22   **A.** It's a -- it's a dedicated channel for translating ISIS

23   material.

24   **Q.** Do you know if it's official ISIS or unofficial ISIS?

25   **A.** I think it's official. They colluded it --

1              MR. GREENBERG:  Objection, Judge.  Objection.

2              MR. JONAS:  Judge, I'll withdraw the question.

3    That's fine.

4    BY MR. JONAS:

5    Q.  It says on the top of what he sent:  "Channels dedicated to

6    the translation of media from the Khilafah."

7              What's your understanding of what "Khilafah" is?

8    A.  "Khilafah," it's another word for saying ISIS.

9    Q.  And so there's about 13 different icons here.

10             Do you see the first one says, "Halummu Translations

11   into English"?  Do you understand what the rest of them are?

12   A.  Yes, sir.

13   Q.  What are they?

14   A.  They -- each one is dedicated to translate ISIS material to

15   a different language.  Halummu translate take English.  Nur to

16   French, Nahawand to Farsi, and they have a lot of languages

17   they translate to.

18   Q.  On page 252, this continues, and it says, "Announcement

19   Channels Dedicated to the Translation of Media from the

20   Khilafah," and then it has some links.  Did you go to these

21   links, do you remember?

22   A.  Yes, sir.

23   Q.  What do these links go to?

24   A.  Some of them go to the actual channels, belong to these

25   channels on Telegram, and some of them they go to dedicated

1    translation videos for ISIS.

2    Q.  On page 253 on the bottom, this announcement continues.  It

3    says, "Kindly spread."

4            Did you ask for the defendant to send this to you?

5    A.  No, sir.

6    Q.  Turning to page 254, on the bottom you respond to what he

7    sent you; is that correct?

8    A.  Yes, sir.

9    Q.  And you write:  "Translation is very important work to do,

10   but it's a lot of ajr Inshaa'Allah.  I will spread as well."

11           What did you mean by -- when you said, "it's a lot of

12   ajr"?

13   A.  "Ajr," it's, like, what you use in Islam and like rewards.

14   Like that's a lot of rewards from Allah.

15   Q.  And then you said --

16   A.  And I will --

17   Q.  I'm sorry.  Go ahead.

18   A.  And I said, "I will spread as well."  Like I will do that

19   as well.  I want to get the ajr, too.  I want to get the

20   reward, too.

21   Q.  So were you responding to the portion of the message that

22   said, "Kindly spread"?

23   A.  Yes, sir.

24   Q.  And the defendant responds:  "Yea not much new material

25   gets translated anymore"?

1    **A.** Yes, sir.

2    **Q.** Turning to page 258, the defendant in this message, did he

3    write:  "I finally contacted the brothers who made..."  Was

4    that him?

5    **A.** Yes, sir.

6    **Q.** You respond:  "Inshaa'Allah I will get you a couple Al

7    Furat isdars today."  Just -- what's an isdar?

8    **A.** Isdar, it's a video -- episode of ISIS video.

9    **Q.** And why were you saying this to the defendant?

10   **A.** Because he wants to -- he wants -- like, he doesn't have a

11   Furat, and I offered to find a Furat.

12   **Q.** Does this go back to the statement he made previously about

13   not being able to get in touch with the brothers from Furat and

14   al-Hayat?

15   **A.** Yes, sir.

16   **Q.** Turning to page 269, now on the top of the page, it's

17   different again.  The banner is different than the prior pages

18   we were looking at.  Why is that?

19   **A.** Because this one is WhatsApp, not Telegram anymore.

20   **Q.** When you were communicating with him by Telegram and

21   WhatsApp, was there a difference in the type of communications

22   that were going on?

23   **A.** Yes, sir.

24   **Q.** Can you explain that?

25   **A.** When we talk about normal things, we use WhatsApp; but when

1    we talk about ISIS and sharing ISIS material, we use Telegram

2    because it's the encryption, and it just -- that's how we

3    decided to do it.

4    **Q.** He sends you two pictures.

5              MR. JONAS:  Your Honor, may I have just one moment.

6         (Counsel conferring.)

7    BY MR. JONAS:

8    **Q.** What are you looking at in those pictures?

9    **A.** These are ISIS posters.

10   **Q.** And he says, "I printed this beautiful poster at the

11   university library."

12             Do you know what room you're looking at here?

13   **A.** His room.

14   **Q.** And I'm holding up for you Government's Exhibit 605, which

15   is in evidence.  Is this the same poster?

16   **A.** Yes, sir.

17   **Q.** Do you know what it says in the middle, the big word?

18   **A.** Yes, sir.  It says "Jihad."

19   **Q.** And then he sends you a second copy of the picture?

20   **A.** Yes, sir.

21   **Q.** What's -- he wrote "Its surah tawba."

22             What does that mean?

23   **A.** It's a verse in Quran where they talk about jihad, and ISIS

24   like to use that a lot in their videos.

25   **Q.** On page 270, did he offer to make you a poster?

1    **A.**  Yes, sir.

2    **Q.**  Did you take him up on your offer -- on his offer?

3    **A.**  No, sir.

4    **Q.**  Page 285, on September 2nd, is he sending you another

5    video?

6    **A.**  Yes, sir.

7    **Q.**  What's this video of?

8    **A.**  This is a release from al-I'tisam Foundation, which is the

9    ISIS channel -- ISIS media channel.

10   **Q.**  Turning to page 286, are these screenshots from the video?

11   **A.**  Yes, sir.

12   **Q.**  Did you watch the video?

13   **A.**  Yes, sir.

14   **Q.**  What happened here?

15   **A.**  ISIS, they going to kill all these soldiers.  They going to

16   cut their heads, and they going to shoot some of them, too.

17   **Q.**  And page 289, does he send you another video?

18   **A.**  Yes, sir.

19   **Q.**  And what's -- what is this that we're looking at here?

20   **A.**  This is from Iraq -- Islamic State, ISIS, but from Iraq

21   province, Wilayat al-Iraq.

22   **Q.**  And what did the defendant write about it?

23   **A.**  Basically Wilayat al-Iraq, and then here it says "New" with

24   heart emoji.

25   **Q.**  Jumping to 311 -- page 311, the screen looks different.

1    What happened?

2    **A.** Here I'm using Telegram from my PC.  So this is the PC

3    version of Telegram.

4    **Q.** And on the top there's an Arabic word right above where it

5    says, "last seen recently."  What is that word?

6    **A.** That's "qalaa."  It means castle.

7    **Q.** So is that the defendant's Telegram name?

8    **A.** Yes, sir.

9    **Q.** And is he forwarding you yet another video?

10   **A.** Yes, sir.

11   **Q.** And what is -- what's this one about?

12   **A.** This is from al-Furqan.  This is basically, like, a new

13   release.  They're about to -- ISIS is about to release a new

14   content or a new (Arabic word), a new star.

15   **Q.** So this is not actually a video?  This is just a screenshot

16   announcing a video?

17   **A.** Yes, sir.

18   **Q.** And the defendant said, "Wallahi akhi I almost cry when

19   there is a furqan release.  That's how you know the diwan for

20   media is still alive another day."

21            Do you know what the "diwan for media" is?

22   **A.** Yes, sir, it's the -- it's basically the ministry of media

23   for ISIS.

24   **Q.** Turning to page 312, and this is about September 16th.

25            You say, "Akhi you didn't send me the Python script,

1    you only send me a preview."  What did you mean?

2    **A.**  He only send me -- here he already send me the screenshot

3    of the Python script.  He didn't send me the script itself.

4    **Q.**  Was that the two screenshots we looked at earlier right

5    after your August meeting?

6    **A.**  Yes, sir.

7    **Q.**  And he responded:  "Here you go theres two different

8    ones...but recently telegram messed up the other one so its

9    very slow."

10            And then there's something that says "Original.zip.

11   make new .session files, they store the telegram session for

12   the bot as an sql type file.  1 file for each bot and then 1

13   main.session file for a main bot."

14            What's going on here?

15   **A.**  So here he send me two scripts.  He explaining the first

16   one, the first script, the original, and then he's basically

17   explaining how the process works.

18   **Q.**  And he says, "so on linux basically touch bot1.session

19   touch bot2.session.  Just make new files.  Try making 4 bots

20   with @botfather, getting the key for each one, and then add

21   them to the channel you will copy to, and the channel you will

22   copy from."  And he puts in paren, "(I'll add them all to a

23   channel after you set them up)."

24            What is your understanding of what is happening here?

25   **A.**  Here he's, he's explaining steps of connecting the script

1    to the bot and connecting that to Telegram bot in Telegram.

2              And the BotFather is the -- is the Telegram bot

3    making for bots.

4    **Q.**  For what purpose?

5    **A.**  For copying ISIS material from one channel, like, to other

6    channel, big size and a lot -- very, very, like, big.  Like if

7    you want to download these individually, it will take you -- it

8    will take you weeks; but with this process, it will -- very

9    fast.

10   **Q.**  And he sent you, it looks like, a file.  It says,

11   "original.zip."  What's that?

12   **A.**  That's the script, sir.

13   **Q.**  On the bottom of the page 312, there's something that says,

14   "TelegramApp.py."  I think that this continues on page 3 --

15   sorry.

16             This is page 182 I jumped to, but this is what he

17   sent you earlier that you were referring to, "you only sent me

18   the PDF"?

19   **A.**  Yes, sir.

20   **Q.**  Going back to the prior page, so the "original.zip," did

21   you open that up?

22   **A.**  Yes, sir.

23   **Q.**  And look at it?

24   **A.**  Yes, sir.

25   **Q.**  And save it?

1    **A.** Yes, sir.

2    **Q.** So I want to show you Government's Exhibit 508.  Actually,

3    let me jump for a second.

4         509.  509, which is already in evidence, page 1, what

5    is this?

6    **A.** That's the script, sir.

7    **Q.** Was this part of that zip file?

8    **A.** Yes, sir.

9    **Q.** And -- sorry.  5 -- okay.  On the second page of 509, I'm

10   highlighting lines 78 through 81.

11        Did you try to run this script?

12   **A.** Yes, sir.

13   **Q.** Were you able to?

14   **A.** No, sir.

15   **Q.** Why not?

16   **A.** Well, because I get error code for the code.

17   **Q.** What did the -- what did the error codes say?

18   **A.** I always get the Arabic name, "raqm."

19        There's a number there called "raqm" in Arabic.

20   **Q.** "Raqm"?

21   **A.** Yes, sir.

22   **Q.** So where it says, "pattern equals," is that an Arabic word

23   after "equals"?

24   **A.** Yes, sir.

25   **Q.** And is that the word "raqm"?

1    **A.**  "Raqm," yes.

2    **Q.**  What does that mean?

3    **A.**  It's a number.

4    **Q.**  And the fact that this was an Arabic word in an otherwise

5    all-English Python script, did that cause you not to be able to

6    run the script?

7    **A.**  Yes, sir.

8    **Q.**  Is this page 3 of the -- of that zip file?

9    **A.**  Yes, sir.

10   **Q.**  And then was there also something else in zip file?  This

11   is Government's 509-2.

12   **A.**  Yes, that's the bot.  Yes, sir.

13   **Q.**  That's the bot that's needed to connect channels?

14   **A.**  Yes, sir.

15   **Q.**  So on page 313 of Government's Exhibit 500, we saw on the

16   bottom of page 312 he also sent you something "TelegramApp.py."

17            On page 13 we see the entire message for that

18   TelegramApp.py.

19            He then said, "then this is the other one that my

20   brother made but I modified it to only 10 messages per line

21   because telegram servers are so much slower than before for

22   some reason.  It works a bit differently, no bots needs, just

23   be in a channel, but telegram can ban your account for spam if

24   you do it in 7000+ messages."

25            What does this -- what does this mean?

1    **A.** So that's another Telegram script.  It lets you copy big

2    content, big ISIS content from one Telegram account to another

3    Telegram account to another channel.  But this time it's only

4    10 messages per line where it's not like -- it's a little bit

5    slower, but it does require a bot.

6              And then Telegram -- like it -- Telegram is not going

7    to ban you -- it will ban you if do 7,000.  So this will not

8    get you banned if you do it under that number.

9    **Q.** And let me go -- show you 5 -- Government's Exhibit 508,

10   which is in evidence.  So is this that Telegram app that he

11   sent you that you just described?

12   **A.** Yes, sir.

13   **Q.** What is -- I'm highlighting line 4 -- 15 through 34.  What

14   is this?

15   **A.** These all channels, Furqan channel, Al-Furat, Al-Hayat.

16   It's all ISIS channels.

17   **Q.** And are these the channels to take from -- to copy from?

18   **A.** Yes, sir.

19   **Q.** And then lines 39 through 58, it says "Channels_to."  And

20   what do we see here?

21   **A.** Another ISIS channels that will copy to Al-Furat, Furqan,

22   speeches, himmah.  It's all ISIS channel that will copy that

23   content from that to that.

24   **Q.** Jumping back real quick to the channels to copy from, just

25   using an example al-Hayat that I'm -- I'm highlighting with the

1    cursor, in the channels to copy to, it says "al-Hayat" --

2    "al-Hayat2."  Do you know why there's now a number 2 added?

3    **A.**  So you can copy to that, to there.

4    **Q.**  To a separate channel?

5    **A.**  Yes, sir.

6    **Q.**  So it's giving it a different name?

7    **A.**  Yes, sir.

8    **Q.**  And this is page 2 of that TelegramApp.py?

9    **A.**  Yes, sir.

10   **Q.**  So going back to Government's Exhibit 500, page 313, after

11   he gives you an explanation of the TelegramApp.py, he sends you

12   another message, "original.zip."  So was that the first thing

13   he sent you, the "original.zip"?

14   **A.**  Yes, sir.

15   **Q.**  That was the one with the bots?

16   **A.**  Yes, sir.

17   **Q.**  "Make new .session files, they store the Telegram."  And

18   then it says, "se...this one is the best one, fastest, I was

19   thinking in my head to be able to give it a list of channels as

20   a dictionary like" -- and then he has

21   "{invitelinkparent:invitelinkchild} and have it run for a loop

22   like that instead of taking input from the main bot."

23              Do you understand what he's saying here?

24   **A.**  He said this one is a lot faster because they allow you to

25   connect bots to it and then take the input from the bot.  But

1    here he wants to change it a little bit.  He wants to add a

2    little bit to it, so make it better, faster, make it shorter,

3    shorter time to copy.

4    **Q.**  And on the same page, page 313, he sends you -- what is --

5    is this a screenshot?

6    **A.**  Yes, sir.

7    **Q.**  What is this?

8    **A.**  This is how you -- like after you connect the script to

9    Telegram bot, that's how you start it.  So first you press

10   start, and then you answer the question from the Telegram

11   script bot, and then you follow the instruction.

12   **Q.**  Turning to page 314, so this is just more of a complete

13   screenshot of what you just described?

14   **A.**  Yes, sir.

15   **Q.**  And underneath he wrote, "it works like this"?

16   **A.**  Yes, sir.

17   **Q.**  You wrote:  It's very smart -- "this is very smart and

18   smart thinking, akhi."

19              And then what did you -- what were you saying here?

20   **A.**  That's "jazak allah khayr."  I mean, thank you for this.

21   Like, this is very smart way of copying the ISIS content

22   because you can't find it.  Like, as soon as you upload it to

23   Telegram, they get shut down immediately.  So there's no way

24   you find it.  But with this method, you can share it and

25   disappear it in very easy way.

1    **Q.** And just so we're clear, this is still -- this is between

2    your meeting in August, and then you met with him again in

3    October, correct?

4    **A.** Yes, sir.

5    **Q.** This is about September 16th?

6    **A.** Yes, sir.

7    **Q.** He then responds:  "Yea of course bro in sha Allah if you

8    think you can make it better do it"?

9    **A.** Yes, sir.

10   **Q.** Did you try to make it better?

11   **A.** No, sir.

12   **Q.** Turning to page 315, you asked him:  "But when you call it

13   are you storing in the cloud or locally?"

14            What did you mean by that?

15   **A.** So I was asking about the content.  Like, are you -- like,

16   when you call the bot about -- the content is locally stored or

17   in the cloud?

18   **Q.** And he said "local."  What does -- what does "local" mean?

19   **A.** Local means he's storing all in his computer, in his own

20   computer.

21   **Q.** And he said, "Basically anyone can find the bot and do

22   !start and it will accept their input which is a security

23   problem."

24            Did you understand it to be a security problem to do

25   what he's explaining?

1    **A.**  Yes, sir, because you have to find the bot.  You go to

2    Telegram, find the bot, and then start, and then it will start

3    the process.

4    **Q.**  And then you offer him help?

5    **A.**  Yes, sir.

6    **Q.**  He wrote:  "But it only accepts if you're running the

7    python bot... the brother made it so anyone can use the script

8    but I was thinking of getting rid of messaging the bot part so

9    it doesn't listen to any messages and just does what I tell it

10   to in the python script.  I have an idea of how to make it very

11   automated in sha Allah."

12           Did there come a point when he told you his idea on

13   how to make it automated?

14   **A.**  Yes, sir.

15   **Q.**  That was later on?

16   **A.**  Yes, sir.

17   **Q.**  And, again, you offer him any help?

18   **A.**  I didn't offer any help, sir.

19   **Q.**  And he said, "ill let me know"?

20   **A.**  Yes, sir.

21   **Q.**  Is this just an enlargement of the Python script working

22   screenshot that he sent you earlier?

23   **A.**  Yes, sir.

24   **Q.**  That's page 323.  Going to page 335, on the bottom of the

25   page, there is a picture of what?  What do we see here?

1  **A.** This is a picture of Python, Python code in Python. And

2  here on the top he put it in Arabic, the numbers Arabic. And

3  then Python translated that to English.

4  **Q.** So he said, "I didn't know Python was this smart... I

5  accidentally used Arabic when entering a number, but it can

6  still convert it to an int."

7       Was this the problem that you ran into because it was

8  Arabic?

9  **A.** Yes, sir.

10  **Q.** So did Python translate it into the correct word or number

11  for you?

12  **A.** No, sir.

13  **Q.** Turning to page 347, this is right before September 18th.

14  The defendant says, "This reminds me to make this poster next."

15       And then he sends you a picture of what? What are we

16  looking at here?

17  **A.** Here another release from ISIS media called "Maktabat

18  al-Himmah" (phonetic) when they release books in PDFs. And

19  here they release this photo about -- about, like, all these

20  countries killing them. And that's al-Himmah Foundation.

21  **Q.** So he says, "This reminds me to make this poster next."

22       I'm showing you Government's Exhibit 606, which is in

23  evidence. Is this the same picture he sent you that he said he

24  was going to make a poster of?

25  **A.** Yes, sir.

1  Q.  Turning to page 348, on September 18th, what is this?  He

2  sends you a screenshot of something -- it says "Islamic Iraq

3  State Ministry of Media."  And he says, "oh my GOD AKHI."

4       What is this that we're looking at?

5  A.  This is a video from ISIS in Iraq, when they used to

6  operate in Iraq, from the minister of media.

7  Q.  And you said this was one of the first beginnings in

8  Baghdad, I think, like 2006?

9  A.  Yes, sir.

10  Q.  Is that an accurate date, roughly?

11  A.  Yes, sir.

12  Q.  Turning to page 371, did you meet the defendant again in

13  October?

14  A.  Yes, sir.

15  Q.  Was that October 8th?

16  A.  Yes, sir.

17  Q.  So we're looking at page 371, and it says "Tom WhatsApp."

18       So you guys switched back to WhatsApp --

19  A.  Yes, sir.

20  Q.  -- in this communication?

21       And what's happening here?

22  A.  So here he send me the location where I'm going to meet

23  him.

24  Q.  This is the DePaul library?

25  A.  Yes, sir.

1     MR. JONAS:  Your Honor, I'm about to start playing

2    another audio recording.  Do you want to -- it's probably a

3    good time for a break.

4            THE COURT:  I think it is a good time.  I was going

5    to wait until a quarter of, so why don't we take our afternoon

6    break.  Leave your headphones on your seat, folks, please, and

7    we'll pick them up when we return.  It will be about 10

8    minutes.

9            THE CLERK:  All rise.

10           (Jury out.  Recess from 2:44 p.m. until 3:04 p.m.)

11           (Jury in.)

12           THE COURT:  All right.  Be seated, folks, please.

13           MR. JONAS:  Should I proceed?

14           Your Honor, I'm going to play Government's Exhibit

15   505-1, which is the first clip for October 8th, 2019.

16   BY MR. JONAS:

17   **Q.**  Mr. Abbas, do you have the transcript binder in front of

18   you, the second tab, 505-1?  Ready?

19           (Said video recording played in open court.)

20   BY MR. JONAS:

21   **Q.**  Okay.  So, Mr. Abbas, first question, where are you?

22   **A.**  In Chicago here.

23   **Q.**  And this is a video?

24   **A.**  Yes, sir.

25   **Q.**  Are you in your car?

1    **A.** In the car, yes, sir.

2         (Said video recording played in open court.)

3    BY MR. JONAS:

4    **Q.** What was the background that he was showing you?

5    **A.** The background of the chat.  It says, "Hello, kitty."

6         (Said video recording played in open court.)

7    BY MR. JONAS:

8    **Q.** What is he doing at that moment?

9    **A.** He's showing me the process to run the bot --

10   **Q.** And is this on his phone?

11   **A.** -- and the script.

12            On his phone, yes, sir.

13   **Q.** Okay.

14        (Said audio-video recording played in open court.)

15   BY MR. JONAS:

16   **Q.** Mr. Abbas, when you testified earlier about Telegram Secret

17   Chat and the defendant expressing concerns about law

18   enforcement accessing it, is that -- what he's saying to you

19   now, is that what you meant?

20   **A.** Yes, sir, that's it.

21        (Said audio-video recording played in open court.)

22   BY MR. JONAS:

23   **Q.** Mr. Abbas, do you know what Tunis is?

24   **A.** Tunis?

25   **Q.** Yeah, what is that?

1     **A.**  It's a country.

2     **Q.**  Is that Tunisia?

3     **A.**  Tunisia, yes.

4          (Said audio-video recording played in open court.)

5     BY MR. JONAS:

6     **Q.**  Turning to Government's Exhibit 505-2, also part of the

7     October 8th meeting.

8          (Said audio-video recording played in open court.)

9     BY MR. JONAS:

10    **Q.**  Mr. Abbas, what was the defendant explaining to you about

11    shooting in the wall?

12    **A.**  So here he was explaining that him and his friends, they

13    tricked the Tunisian intelligent by using the game, a game

14    called Counter Strike, where you can -- like you can use the

15    gun to shoot.  And by shooting, you can make letters.

16          So here he was explaining that his friend start

17    shooting in the wall, and he's making the letter "Mukhabarat"

18    in Arabic means intelligence, so that they know that he's been

19    watched.

20          (Said audio-video recording played in open court.)

21    BY MR. JONAS:

22    **Q.**  What did you mean when you said you would die?  What were

23    you talking about?

24    **A.**  Well, I will go "shuhada" (phonetic).  Like how you blow up

25    yourself.  You die before you give anything.

1    **Q.** But what was the circumstance where you would go shuhada?

2    **A.** If they going to catch me.

3    **Q.** Who is "they"?

4    **A.** The police or the intelligence.

5    **Q.** And the defendant agreed that he would do the same?

6    **A.** Yes, sir.

7            MR. JONAS:  If we can play 505-3, the third clip from

8    this meeting.

9        (Said audio-video recording played in open court.)

10   BY MR. JONAS:

11   **Q.** Where are you now?

12   **A.** In the hotel.

13   **Q.** Your hotel room?

14   **A.** Yes, sir.

15       (Said audio-video recording played in open court.)

16   BY MR. JONAS:

17   **Q.** Did the defendant make any gestures when you were talking

18   just now?

19   **A.** Yes, sir.

20   **Q.** What did he do?

21   **A.** He took a piece of -- he his took his wallet, and he opened

22   it, and he showed me a piece of paper where he has his unique

23   password on it.  And then he -- he do like that (indicating).

24           So I said, "What, you gonna swallow it?"

25           He said, "Yes, I'm gonna swallow my password."

1    **Q.** So for the record, when you said he did like that, you're

2    talking about he held the paper up above his mouth --

3    **A.** Yes.

4    **Q.** -- as if he was going to put it in his mouth?

5    **A.** Yes, sir.  So he can swallow it and no one can get the

6    password.

7    **Q.** Turning back to the Government's Exhibit 500 series, the

8    binder that you have by you, do you see page 383 on the

9    screen --

10   **A.** Yes, sir.

11   **Q.** -- in Government's Exhibit 500?  What is this?

12   **A.** This is the code.  And here in the left and the right you

13   see that's my open to Linux terminal, and here I'm having error

14   on line 77.

15   **Q.** So before we played the recording for the October 8th

16   meeting, we went through the Python code that the defendant

17   sent you?

18   **A.** Yes, sir.

19   **Q.** And he sent that to you on the same day of the meeting,

20   correct?

21   **A.** Yes, sir.

22   **Q.** Did he send that to you before the meeting, during the

23   meeting, or after the meeting?

24   **A.** During the meeting.

25   **Q.** Okay.  And you had said that you had an error message, and

1  you couldn't run the code?

2  **A.** Yes, sir.

3  **Q.** Is this the error message that you were getting?

4  **A.** Yes, sir, line 77.

5  **Q.** And is that where you had the Arabic word for "number" --

6  **A.** Yes, sir.

7  **Q.** -- in the code?

8          Turning to page 385, October 10th, this was two days

9  after that last meeting.  Did you meet again?

10 **A.** Yes, sir.

11 **Q.** And did the defendant send you more code on that day?

12 **A.** Yes, sir.

13 **Q.** Python code?

14 **A.** Python script, yes.

15 **Q.** And are those the two files that we see he sent on October

16 10th, nas.py and bot.ini?

17 **A.** Correct, sir.

18 **Q.** Did he discuss this with you during the meeting on October

19 10th?

20 **A.** Yes, sir.

21 **Q.** Okay.  Let's go back to the transcripts.

22          MR. JONAS:  Judge, I'm going to play Government's

23 Exhibit 506-01, the first clip from the October 10th meeting.

24      (Said audio recording played in open court.)

25 BY MR. JONAS:

1    **Q.** Let me ask, where are you guys now?

2    **A.** In the hotel.

3    **Q.** Your hotel room?

4    **A.** Yes, sir.

5    **Q.** In Chicago?

6    **A.** Yes, sir.

7         (Said audio recording played in open court.)

8    BY MR. JONAS:

9    **Q.** What are you telling the defendant to do and what you will

10   do?

11   **A.** To go -- like to walk me through the script, how it worked

12   step by step, and then take a screenshot so I can translate it

13   for the brothers in Dawlah in ISIS.

14   **Q.** Was that his idea for you to translate or your idea?

15   **A.** My idea.

16        (Said audio recording played in open court.)

17   BY MR. JONAS:

18   **Q.** What's real easy once you get it?

19   **A.** The script.

20   **Q.** By the way, when you said to him that you'll take

21   screenshots for the brothers in ISIS, did he say, no, he

22   doesn't want that to happen?

23   **A.** No, sir, he didn't say no.

24        (Said audio recording played in open court.)

25   BY MR. JONAS:

Abbas - direct by Jonas                    1131

1    **Q.** Sorry.  I stopped it too soon.

2            When you said to him, "this is actually from your

3    channel," which channel were you referring to, if you remember?

4    **A.** One of his channels, al-Furqan.  Like I downloaded video

5    from his channel.

6    **Q.** And those are the channels that you testified earlier --

7    **A.** He sent me -- he sent me, yes, sir.

8        (Said audio recording played in open court.)

9    BY MR. JONAS:

10   **Q.** Sorry.  Do you know -- in English in the transcript it

11   says, "The Foundation of Sarh Al-khilafa."  The defendant said

12   that in Arabic, didn't he?

13   **A.** Yes, sir.

14   **Q.** Do you know what that is?

15   **A.** Yes, sir.

16   **Q.** What is it?

17   **A.** It's an ISIS channel media -- for media.

18       (Said audio recording played in open court.)

19   BY MR. JONAS:

20   **Q.** What is he showing you this on?

21   **A.** On his phone.

22   **Q.** On his phone?

23   **A.** Yes, sir.

24       (Said audio recording played in open court.)

25   BY MR. JONAS:

1    **Q.** What are you watching?

2    **A.** ISIS video for Abu Bakr al-Baghdadi doing his speech.

3         (Said audio recording played in open court.)

4    BY MR. JONAS:

5    **Q.** Just to orientate ourselves, are we now on line 185, page

6    5?

7    **A.** Yes, sir.

8         (Said audio recording played in open court.)

9    BY MR. JONAS:

10   **Q.** Mr. Abbas, is this, what the defendant is showing you now,

11   different from the copying process of large channels?  Is he

12   doing something different here?

13   **A.** Yes.  We're -- he's cutting the video to different quality.

14   Like he's cutting it.

15   **Q.** Editing it?

16   **A.** Editing the video, yes.

17        (Said audio recording played in open court.)

18   BY MR. JONAS:

19   **Q.** So the defendant said, if you're doing 10 -- like all

20   these -- "those from every channel, 10,000 videos, 10,000

21   videos in audio.  So if you're doing that many, it takes a long

22   time."  What takes a long time?

23   **A.** So you saw, like, the way he started doing the editing and

24   dropping the quality and editing from his phone, that's only

25   for one video.

1           But if you have large amount of content, that's going

2      to -- like he said, Mu'asasah Sarh al-Khilafa, for example, and

3      they have a lot of -- like if you're doing it with, like,

4      10,000 videos or a lot of audios, it's going to take time.

5           So he has a script where it lets you go through them

6      quickly and drop the quality quickly.

7      Q.  He references a Bash script?

8      A.  Yes, sir.

9      Q.  You had earlier asked him about Bash versus Termux; is that

10     correct?

11     A.  Yes, sir.

12     Q.  So what is he saying here -- what is he saying here about

13     the Bash script?

14     A.  It's like using it on Linux.

15     Q.  And does that script help the editing large volume of

16     material quickly?

17     A.  Yes, sir.

18        (Said audio recording played in open court.)

19     BY MR. JONAS:

20     Q.  Mr. Abbas, that's where you see what?  What did you see?

21     A.  The attack, the ISIS do the attack.

22     Q.  On the Iraqi Army?

23     A.  In the Iraqi Army, yes, sir.

24     Q.  And you got -- so this is a video you're both watching?

25     A.  Yes, sir.

1          (Said audio recording played in open court.)

2     BY MR. JONAS:

3     **Q.**  Turning to 506-2.

4          (Said audio recording played in open court.)

5     BY MR. JONAS:

6     **Q.**  Why did you ask him if he knows Russia?

7     **A.**  Why?  Because he showed me something in Russian.

8     **Q.**  A video, you mean?

9     **A.**  Yes, sir.

10         (Said audio recording played in open court.)

11    BY MR. JONAS:

12    **Q.**  So, Mr. Abbas, both of you are talking over each other a

13    little bit.  What are you saying to each other?

14    **A.**  So here he's talking he has a lot of Chechnyan friends, and

15    he was trying to get them to work -- to do ISIS work.  Like

16    when I say Mu'asasah, it's like one of the ministry of ISIS

17    section.  Like videos, audios, or books or translation, all

18    these go under Mu'asasah.

19    **Q.**  Is that the Media Diwan?

20    **A.**  That's the Media Diwan, yes, sir.

21         (Said audio recording played in open court.)

22    BY MR. JONAS:

23    **Q.**  So did he just say "Halummu"?

24    **A.**  Yes, sir.

25    **Q.**  Is that -- do you remember those -- the thing he sent you

1  earlier about translation -- organizations that translate into
2  different languages?
3  **A.**  Yes.
4  **Q.**  Was Halummu the one that translates material into English?
5  **A.**  Yes, sir.
6       (Said audio recording played in open court.)
7  BY MR. JONAS:
8  **Q.**  Bayat, the allegiance, why did you raise that?
9  **A.**  Because there is a -- there was an ISIS released video
10  shows a lot of Chechen people from Chechnya and from Russia
11  where they're, like, doing pledge in very large group, doing
12  bayat to ISIS, doing the pledge.
13  **Q.**  So that's why you asked the defendant or raised it with the
14  defendant?
15  **A.**  Yes, sir.
16       (Said audio recording played in open court.)
17  BY MR. JONAS:
18  **Q.**  The defendant says, "I love them."  What did you understand
19  "them" to be?
20  **A.**  The ISIS fighter from Chechnya.
21  **Q.**  And are you offering to do bayat with the defendant?
22  **A.**  I ask him when he did his bayat, like when he did his
23  pledge.
24  **Q.**  You say -- and this is the English of the Arabic -- "Do the
25  pledge of allegiance in the same time, brother."

1    Are you saying that you would do it with him?

2    **A.** Yes, sir.

3    **Q.** Did you do it with him?

4    **A.** No, sir.

5    (Said audio recording played in open court.)

6    BY MR. JONAS:

7    **Q.** What did you mean when you said you need three?  Three

8    what?

9    **A.** Three witnesses to witness the pledge of bayat.

10   **Q.** Where did you get that -- where did you get that from?

11   **A.** It's a common -- like that's how they do it.  Like

12   sometimes they do it in large group.  Sometimes, like in

13   Islamic tradition, they do it in -- alone by, like, just

14   between him and the God and Allah or sometimes they need

15   witness.  So if he need -- if you want to do it, do it with

16   three people so they can witness.

17   **Q.** So if someone wants to give bayat but they don't have three

18   witnesses, are they not allowed to give it?

19   **A.** No, they can still do it, because in the interpretation of

20   Islam, like, you can do it.  It's only about your niyyah, which

21   is your -- what do you believe?  Is that what you really

22   believe?

23   So if that's really coming from your heart and you

24   want to do that, Allah will accept it; God will accept it.

25   **Q.** Okay.  It's back to the recording.

1          (Said audio recording played in open court.)

2     BY MR. JONAS:

3     **Q.** Turning to Government's Exhibit 506-3, third clip from the

4     October 10th meeting.

5          (Said audio recording played in open court.)

6     BY MR. JONAS:

7     **Q.** Mr. Abbas, do you know what Raqqa is?

8     **A.** Raqqa, yes.  It's a city in Syria, north of Syria.

9          (Said audio recording played in open court.)

10    BY MR. JONAS:

11    **Q.** Is the YPG and PKK the Kurdish groups -- the Kurdish groups

12    that you were talking about earlier that operate in northern

13    Syria?

14    **A.** Yes, sir.

15         (Said audio recording played in open court.)

16    BY MR. JONAS:

17    **Q.** Turning to Government's Exhibit 506-04, also part of the

18    October 10th meeting.

19         (Said audio recording played in open court.)

20    BY MR. JONAS:

21    **Q.** Mr. Abbas, is the defendant reading the posts on Reddit?

22    **A.** Yes, sir.

23    **Q.** And these were posts made to a video that he put up on

24    Reddit?

25    **A.** Yes, sir.

1          (Said audio recording played in open court.)

2    BY MR. JONAS:

3    **Q.** Who did you mean when you said, "They will be so happy"?

4    Who will be so happy?

5    **A.** The ISIS members, and they don't speak English.  They only

6    speak Arabic, so they will be happy about the translation.

7    **Q.** The translation from English to Arabic?

8    **A.** Yes, sir.

9    **Q.** Translation of what?

10   **A.** Of his code, his script.

11   **Q.** That you offered to translate?

12   **A.** Yes, sir.

13   **Q.** You say "brother" a lot.  How come you don't say "ISIS

14   member" or "ISIS brother"?

15   **A.** Because it's not like -- it's -- this is how they use --

16   like they use "akhi, akhi, brother."  This is a term they use

17   between each other a lot, so trying to use the same.

18   **Q.** When you say "they," you mean ISIS?

19   **A.** ISIS, yes, sir.

20   **Q.** Would it seem weird if you said "ISIS" over and over again

21   to the defendant?

22   **A.** It's going to look really weird and suspicious.

23          MR. JONAS:  All right.  Going back to the recording.

24          (Said audio recording played in open court.)

25   BY MR. JONAS:

1   **Q.** The defendant said, "I didn't even change any of it."  But

2   did he talk to you later on and say he changed some of it?

3   **A.** Yes, sir.

4       (Said audio recording played in open court.)

5   BY MR. JONAS:

6   **Q.** What is he explaining to you here?

7   **A.** His idea of improving the script.

8   **Q.** The script that he sent you previously?

9   **A.** Yes, sir.

10  **Q.** How does this improve the script?

11  **A.** This -- because it will make it shorter where you don't

12  have to get a lot of inputs or put a lot inputs to the script.

13  So it's basically one or two steps, and you start copying the

14  content from one -- from one channel to other channel.

15       MR. JONAS:  Back to the recording.

16       (Said audio recording played in open court.)

17  BY MR. JONAS:

18  **Q.** So we're going to skip 505-5.  Does the defendant go on and

19  continue to show you how the script works?

20  **A.** Yes, sir.

21  **Q.** And just so we're clear, when he talked a moment ago about

22  improving the script --

23       THE COURT:  I think you meant 506?

24       MR. JONAS:  Sorry, Judge.  We're going to skip 50 --

25  sorry -- 506-5 we're going to skip.  I apologize.

 1    BY MR. JONAS:

 2    **Q.**  But before I go to 506-6, my question is, the defendant

 3    said he wanted to improve on the script.  I just want to be

 4    clear.  That was the script he already sent you?

 5    **A.**  Yes, sir.

 6    **Q.**  About copying large amount of videos from one channel to

 7    another?

 8    **A.**  Yes, sir.

 9    **Q.**  So turning to 506-6.

10         (Said audio recording played in open court.)

11    BY MR. JONAS:

12    **Q.**  What is he showing you now?

13    **A.**  So he's showing me the script, the Python script, how to

14    work it step by step.

15    **Q.**  And this is the original script he sent you on October 8th?

16    **A.**  Yes, sir.

17    **Q.**  I shouldn't say "original."

18         The script he sent you October 8th?

19    **A.**  Yes, sir.

20         (Said audio recording played in open court.)

21         THE COURT:  Mr. Jonas, we have a juror who would like

22    to take a break.

23         JUROR BURKHART REYES:  Oh, not a break.

24         THE COURT:  Oh, were you having trouble?

25         JUROR BURKHART REYES:  I don't have --

Abbas - direct by Jonas                                    1141

1          I have two 506-5s.  So I don't have a 506-6.

2          THE COURT:  Okay.

3          MR. JONAS:  I think we can make a trade, Judge.

4          THE COURT:  You're going to run out of those pretty

5    soon.

6          MR. JONAS:  No, Judge.

7       (Laughter.)

8    BY MR. JONAS:

9    Q.  So, Mr. Abbas, we were on page 2, around the middle or so?

10   A.  Yes, sir.

11      (Said audio recording played in open court.)

12   BY MR. JONAS:

13   Q.  The defendant is talking about -- he says "four bot max,

14   doing 9 bot."

15          What's going on here?  What's he explaining to you?

16   A.  So here he set up the script.  He's running it in his

17   laptop in Arch Linux operating system, and he's setting up the

18   bot and connect them to the -- to the script.

19   Q.  So he's doing it on his laptop, you said?

20   A.  On his laptop, yes, sir.

21   Q.  Okay.  And when he says, "you want to do 4 bot max," what

22   was your understanding of what that means?

23   A.  That's how much -- that's like -- that's how many bots you

24   need to create to connect to the script, but you need one as a

25   main -- act as a main bot, and then the other can be the

1    channels.

2    **Q.** Can be the what?

3    **A.** In channels.

4    **Q.** In the channels?

5    **A.** Yes, sir.

6    **Q.** Did he ever talk to you, whether it's in this conversation

7    or later, about Telegram limits?

8    **A.** Yes, sir.

9    **Q.** Can you explain that?

10   **A.** So Telegram limits the amount of messaging you can send to

11   a channel.  And when you send very big amount of messages,

12   Telegram will ban your account immediately, so you will lose

13   the account.

14   **Q.** So did the defendant have a solution to that?

15   **A.** Yes, sir.

16   **Q.** What was that solution?

17   **A.** Instead sending 10 messages or 10 line, I think.  That was

18   the -- 10 messages -- I'm sorry, 10 messages per line, where if

19   you do it that way, you cannot get banned.  Telegram will not

20   ban you for spamming.

21   **Q.** They won't pick it up as spam then?

22   **A.** No, sir.

23           MR. JONAS:  Okay.  Let's continue with the recording.

24        (Said audio recording played in open court.)

25   BY MR. JONAS:

1    **Q.** Did he send you the nas.py script?

2    **A.** Yes, he sent me that.

3    **Q.** Was that the same day?

4    **A.** The same day, yes, sir.

5            MR. JONAS:  Okay.  Judge, we're going to skip 506-7

6    and go to 506-8.

7            (Said audio recording played in open court.)

8    BY MR. JONAS:

9    **Q.** What's happening here?

10   **A.** He's still walking me through the process of setting up the

11   script with the bots.

12           (Said audio recording played in open court.)

13   BY MR. JONAS:

14   **Q.** So the defendant's acknowledging that he did, in fact, make

15   changes to the script?

16   **A.** Yes, sir.

17           (Said audio recording played in open court.)

18   BY MR. JONAS:

19   **Q.** Tell who?  The defendant says, "You want to tell them to

20   modify this."  Tell who?

21   **A.** The ISIS members.

22           (Said audio recording played in open court.)

23   BY MR. JONAS:

24   **Q.** Turning to the next clip, 506-9.

25           (Said audio recording played in open court.)

1   BY MR. JONAS:

2   **Q.**  The defendant said he got this from Sarh Al-Khilafa

3   Foundation.  You testified about that earlier.  But what he

4   got -- what did he get from that?

5   **A.**  The videos.

6   **Q.**  Did the defendant ever tell you that he got all his videos

7   from something called jihadology.net?

8   **A.**  No, sir.

9   **Q.**  Do you know what that is, jihadology.net?

10  **A.**  Yes, sir.

11  **Q.**  You've heard of that?

12  **A.**  Yes.

13  **Q.**  Did the defendant say he got his videos from that site?

14  **A.**  No, sir.

15       MR. JONAS:  Going back to the recording.

16    (Said audio recording played in open court.)

17       MR. JONAS:  Judge, turning to 506-10.

18    (Said audio recording played in open court.)

19  BY MR. JONAS:

20  **Q.**  The defendant said you have to type in "raqm."  That means

21  number?

22  **A.**  Number, yes, sir.

23  **Q.**  And that was what was written in the script he sent you on

24  October 8th that you said caused you a problem?

25  **A.**  Yes, sir.

1        (Said audio recording played in open court.)

2    BY MR. JONAS:

3    **Q.** Do you hear that noise in the background?

4    **A.** Yes, sir.

5    **Q.** It kind of sounds like a slot machine a little bit?

6    **A.** Yes, sir.

7    **Q.** What is that noise?

8    **A.** That's -- basically now that's the script working.  So now

9    you can hear the messages getting received to Telegram, and you

10   see like every receive -- every receive you hear that noise,

11   "ting, ting."  He's receiving the videos.

12   **Q.** Receiving --

13   **A.** Receiving the ISIS videos, yes.

14   **Q.** So it's copying from one channel to another?

15   **A.** Correct, sir, yes.

16   **Q.** And every time a video is copied, you hear a ding?

17   **A.** You hear the noise, yes.

18   **Q.** Okay.

19        (Said audio recording played in open court.)

20   BY MR. JONAS:

21   **Q.** The defendant said "they have something that was good."

22   Who is "they"?

23   **A.** ISIS.

24        (Said audio recording played in open court.)

25   BY MR. JONAS:

1   Q.  What was your understanding what the defendant was going to

2   do with the screenshot of every single step?

3   A.  He's going to screenshot them and send them.

4   Q.  Send them to you?

5   A.  Yes, sir.

6       (Said audio recording played in open court.)

7   BY MR. JONAS:

8   Q.  What is he showing you?

9   A.  Python codes.

10      (Said audio recording played in open court.)

11  BY MR. JONAS:

12  Q.  What's 2000?

13  A.  It's the messages.

14  Q.  When you say "messages," do you mean videos?

15  A.  I'm sorry.  Yes, the videos.

16  Q.  Telegram calls them messages?

17  A.  Yes, sir.

18      (Said audio recording played in open court.)

19  BY MR. JONAS:

20  Q.  What's he explaining to you?

21  A.  So here he's explaining the code.  He's -- me and him were

22  viewing the Python code, and he's showing me what he did, what

23  he changed in the script.

24  Q.  What's -- he's talking about 1080?

25  A.  Yeah, so -- so it used to be originally when you download

1    these content from -- from the channel, copy them, and -- and

2    it will put them randomly in the channel, like mixed together.

3    1080, 320 and 720, they mix together, and it's disorganized.

4         So with his way, they all organized.  So when he says

5    he put the slogan first, the shiear (phonetic), so the ISIS

6    video here and then underneath it is the shiear -- sorry,

7    shiear and then underneath it the video.  And then underneath

8    that, three multiple versions of the videos, 1080, 720, 360, so

9    very organized.

10   **Q.**  Of the same video?

11   **A.**  Same video, yes, sir.

12   **Q.**  The three versions, different resolutions of the same

13   video?

14   **A.**  Yes, sir.

15   **Q.**  You said the word "shiear"?

16   **A.**  Shiear, yes.

17   **Q.**  What is that?

18   **A.**  It's like thumbnail on YouTube.  When you go YouTube, you

19   see the thumbnail of the video.  So that's a thumbnail for

20   Telegram.

21   **Q.**  Okay.  All right.  Back to the recording.

22       (Said audio recording played in open court.)

23   BY MR. JONAS:

24   **Q.**  What's OnionShare?

25   **A.**  OnionShare, it's very secure network.  It's called TOR,

1    dark web.  So the dark web use Onion servers, Onion website so

2    that the URL -- it's not -- it's not like Google.com.  It's

3    something.Onion.  That's a dark web method of transferring.

4    **Q.**  So when the defendant is saying, I'm doing OnionShare, give

5    him a Torrent file, what is your understanding of that?

6    **A.**  So Torrent, he's putting all of -- he's downloading all the

7    files and put them in Torrent file where he can share it

8    through the Torrent network, and then Torrent network make it

9    easier to download for everyone.

10                MR. JONAS:  Okay.

11        (Said audio recording played in open court.)

12   BY MR. JONAS:

13   **Q.**  Mr. Abbas, did you try to get the defendant to do

14   something?

15   **A.**  No, sir.

16   **Q.**  Did you try to get him to write the script?

17   **A.**  No, sir.

18   **Q.**  Had he written the script before or -- did he first broach

19   the idea of the script to you?

20   **A.**  No, sir.

21   **Q.**  No, I -- did he tell you about the script first?

22   **A.**  Yes, sir.

23                MR. JONAS:  Okay.

24        (Said audio recording played in open court.)

25   BY MR. JONAS:

1  **Q.** Was that the poster I showed you a little while ago?

2  **A.** Yes, sir.

3  **Q.** The one with the horse?

4  **A.** Yes, sir.

5       (Said audio recording played in open court.)

6  BY MR. JONAS:

7  **Q.** What's Shuhada?

8  **A.** Shuhada means you go and fight, and you die.

9       (Said audio recording played in open court.)

10 BY MR. JONAS:

11 **Q.** You said, "like you changed it."  What did you mean by "you

12 changed it"?

13 **A.** Like he edit the script, the original script.

14 **Q.** And then he said, "I saved him, Allah willing."  Who did he

15 save?

16 **A.** The brother in Tunis.

17 **Q.** I just want to jump back real quick to page --

18       THE COURT:  I think we're going to jump to our break.

19       MR. JONAS:  Yes, Judge.  I had one question on this,

20 and then I was going to break.

21       THE COURT:  One question, and then let's take our

22 break.

23 BY MR. JONAS:

24 **Q.** On page 20 of the transcript, the defendant said, "This is

25 one of the highs," and then you said, "This is one of the

1    highs.  This is Jihad too."

2          What was your understanding of what the defendant was

3    saying when he said, "This is one of the highs"?

4    **A.**  Highs of -- highs jihad.  Because he said the brother

5    couldn't go in 2012 -- or 2011 because a lot ISIS member start

6    traveling from the U.S., from Europe, from everywhere to go

7    fight in Syria or Iraq, and they cross from Turkey.

8          So he couldn't do that because he was sick, but this

9    is the highest, and it's like jihad.  So it's basically just

10   like that, doing jihad in this way.

11   **Q.**  What was just like that?  When you say "this way," what did

12   you mean by "this way"?

13   **A.**  The jihad.  Like doing the script and doing the large --

14   like transferring a large amount of media and copying them from

15   one channel to the second channel and keep them safe and

16   distribute that -- all these comment to the wall.  That's big.

17          THE COURT:  All right, folks.  We'll take our evening

18   break.  As always, please don't talk about the case.  Don't

19   expose yourself if there is any publicity.

20          We can start tomorrow at 9:00.  And the earphones

21   that you have, are we done with them now?

22          MR. JONAS:  Yes, Judge.

23          THE COURT:  Okay.  So if you -- as you're leaving, if

24   you could just -- Claire will be right there, and you can just

25   give them to Claire.  And you can leave the books on your

1    chairs, and we'll pick them up.

2            Thank you again for your attention and service.

3            THE CLERK:  All rise.

4        (Jury out.  Witness left the witness stand.)

5            THE COURT:  Barry, about how much longer do you have?

6            MR. JONAS:  15, 20 minutes.

7            THE COURT:  Okay.

8            MR. JONAS:  Mr. Greenberg promised me he only has 30

9    minutes of cross.

10           MR. GREENBERG:  Judge, if they're willing to waive

11   argument completely, I'm willing to waive cross.

12           THE COURT:  You guys talk about that.

13           MR. JONAS:  Your Honor, in all seriousness, I mean, I

14   would expect that the witness will be done by lunch at the

15   latest.  And then we have one last witness that's going to be

16   fairly quick.

17           I don't know what the defense is planning on doing,

18   but assuming we finish early afternoon tomorrow, can we agree

19   that closings would be Friday instead of tomorrow afternoon?

20           THE COURT:  It depends how early.

21           MR. JONAS:  I think I just heard Ms. Wells' heart

22   stop.

23           THE COURT:  Okay.  So then let me ask you the next

24   question.

25           How long do you think your closing will be?

```
 1          MS. WELLS:  Your Honor, I think combined closing and
 2   rebuttal would be two hours.  The exact division is a little
 3   open at the moment.
 4          MR. HERMAN:  45 minutes, at most.
 5          THE COURT:  All right.  So we could give it to the
 6   jury on Friday.
 7          MR. JONAS:  Thank you, Judge.
 8          THE COURT:  All right.  So if we're done early
 9   tomorrow -- it all depends on what the defense wants to do.
10   And if you do make any decisions that you can tell us about in
11   the morning, that would be great; but otherwise, we'll see.
12          MR. GREENBERG:  Judge, I can --
13          THE COURT:  I know you have a Rule 29 you have to
14   make.
15          MR. GREENBERG:  Right, but we -- I don't anticipate,
16   I mean, that we're going to have a case or much of a case, at
17   least.  Three minutes at the longest maybe.  I don't think that
18   our client is going to be testifying.  I don't want anyone to
19   stay up all night preparing.
20          And I don't know -- my cross, I expect -- I mean, I
21   never know with these things -- but it's not going to be more
22   than an hour, hour and a half, I wouldn't think.  There's some
23   audio to play.  So I --
24          THE COURT:  So we should be done with the evidence
25   tomorrow.
```

1     MR. GREENBERG:  We should be done with the evidence,

2  I think, by lunchtime or at the latest probably.

3     MR. JONAS:  And, Your Honor, just a reminder, if the

4  three-minute case is putting in the defendant's transcript, we

5  do anticipate calling a rebuttal witness that's not going to

6  take very long, but we would like to put that rebuttal witness

7  on.  I think even with that, we're still talking tomorrow

8  afternoon.

9     THE COURT:  All right.  Well, nice work, everybody.

10  I'll see you tomorrow.

11     MR. JONAS:  Thank you, Judge.

12     (Adjournment at 4:37 p.m. until 9:00 a.m., 10/14/2021.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T E

2

3

4          I, Nancy L. Bistany, certify that the foregoing is a

5    complete, true, and accurate transcript from the record of

6    proceedings on October 13, 2021, VOLUME 5, before the HON.

7    ROBERT W. GETTLEMAN in the above-entitled matter.

8

9

10   */s/ Nancy L. Bistany, CSR, RPR, FCRR*          December 8, 2021

11        Official Court Reporter                     Date
          United States District Court
12        Northern District of Illinois
          Eastern Division
13

14

15

16

17

18

19

20

21

22

23

24

25