<pre>
 1                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
        UNITED STATES OF AMERICA,        )
 4                                       )
                       Plaintiff,        )
 5                                       )
                vs.                      )  No. 19 CR 869
 6                                       )
        THOMAS OSADZINSKI,               )  Chicago, Illinois
 7                                       )  October 14, 2021
                       Defendant.        )  9:13 a.m.
 8

 9            TRANSCRIPT OF PROCEEDINGS - Volume No. 6 AM

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                        and a Jury

12
     APPEARANCES:
13
     For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                             United States Attorney
                               BY:  MR. BARRY JONAS
15                                  MS. MELODY WELLS
                               Assistant United States Attorneys
16                             219 South Dearborn Street, Fifth Floor
                               Chicago, Illinois  60604
17                             (312) 353-5300

18
                               MS. ALEXANDRA HUGHES
19                             Trial Attorney, Department of Justice
                               National Security Division
20                             950 Pennsylvania Avenue, NW
                               Washington, D.C.  20530
21

22

23   Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                               219 South Dearborn Street, Room 1706
24                             Chicago, Illinois 60604
                               (312) 435-7626
25                             nancy_bistany@ilnd.uscourts.gov
</pre>

APPEARANCES:   (Continued)

For the Defendant:          GREENBERG TRIAL LAWYERS
                            BY:   MR. STEVEN GREENBERG
                            53 West Jackson Boulevard, Suite 1260
                            Chicago, Illinois  60604
                            (312) 879-9500

                            LAW OFFICE OF JOSHUA G. HERMAN
                            BY:   MR. JOSHUA G. HERMAN
                            53 West Jackson Boulevard, Suite 404
                            Chicago, Illinois  60604
                            (312) 909-0434

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

I N D E X

WITNESS                                                    PAGE

AHAKIM ABBAS

    DIRECT EXAMINATION (Resumed) BY MR. JONAS        1157

    CROSS-EXAMINATION BY MR. GREENBERG               1167

    REDIRECT EXAMINATION BY MR. JONAS                1266

    REDIRECT EXAMINATION (Resumed) BY MR. JONAS      1276

    RECROSS EXAMINATION BY MR. GREENBERG             1286

JACOB SCHAEFER

    DIRECT EXAMINATION BY MS. WELLS                  1300

    CROSS-EXAMINATION BY MR. GREENBERG               1305

1    (Jury out.  Proceedings heard in open court:)

2         THE CLERK:  All rise.

3         THE COURT:  We're lining up the jury right now.

4         I went through the jury instructions.  I appreciate

5    that.  I did pick up a couple little typos, and, you know,

6    there were some bracketed language, so we can talk about that.

7    Nothing substantive.  So I think we're in pretty good shape

8    there.

9         MR. JONAS:  Good.  Bracketed language is always TBD.

10        THE COURT:  I like "Foreperson" rather than

11   "Presiding Juror."  I don't know why, but I do.

12        MR. GREENBERG:  Can we say "Foreperson" in this era?

13        THE COURT:  Pardon me?

14        MR. GREENBERG:  Can we say "Foreperson"?  Or is that

15   one of those things we're not supposed to say anymore?

16        I'm just kidding.  I'm saying we are politically

17   correct where we have to be --

18        THE COURT:  We are being sensitive.

19        (Brief pause.)

20        THE CLERK:  All rise.

21        (Jury in.)

22        THE COURT:  Good morning, everybody.  Please be

23   seated.

24        Mr. Jonas.

25        MR. JONAS:  Thank you, Judge.

1    THE COURT:  You are still under oath, sir.

2    Mr. Witness, you are still under oath.

3    THE WITNESS:  Yes, sir.  Yes, Your Honor.

4    AHAKIM ABBAS, GOVERNMENT'S WITNESS, PREVIOUSLY SWORN

5    DIRECT EXAMINATION (Resumed)

6    BY MR. JONAS:

7    **Q.**  Good morning.

8    **A.**  Good morning.

9    **Q.**  I want to just go back a little bit and ask you a couple of

10   follow-up questions on things we discussed yesterday.

11   **A.**  Yes, sir.

12   **Q.**  And the first thing I want to ask you is, when you met with

13   the defendant during, you know, the six, seven meetings, how

14   did he look?  What was his physical appearance, I mean?

15   **A.**  He had long hair, a little bit thick here, and like a

16   little bit of beard, like until here.

17   **Q.**  Was his beard a little bit more than yours?

18   **A.**  Yes, sir.

19   **Q.**  And do you see the defendant in the courtroom?

20   **A.**  Yes, sir.

21   **Q.**  Can you identify something he's wearing?

22   **A.**  Yes, sir.  He's wearing glasses and a blue shirt and a

23   mask.

24   MR. JONAS:  And for the record, let -- let it show

25   that the witness pointed out the defendant.

1    BY MR. JONAS:

2    **Q.**  Staying with Government's Exhibit 500, the binder of the

3    communications between you and defendant, page 312.

4              Claire, if we could have it for the jury.

5              So I just want to make sure we're clear on a couple

6    of things.  This was about September 16, 2019; is that correct?

7    **A.**  Yes.

8    **Q.**  So he sends you this original.zip file, and that was what?

9    **A.**  That was the script to do the bots.

10   **Q.**  And Government's Exhibit 509, is that part -- this is the

11   Python script?

12   **A.**  Yes, sir.

13   **Q.**  And this was part of that zip file he sent you on September

14   16th?

15   **A.**  Yes, sir.

16   **Q.**  And page 2 of 509-1, this is where we saw yesterday this

17   was the Arabic word "raqm"; is that correct?

18   **A.**  Yes, "raqm," number.

19   **Q.**  On line 77 on page 2 and then page 3 is the rest of the

20   Python script, correct?

21   **A.**  Yes, sir.

22   **Q.**  And then on -- and then part of that zip file he also sends

23   Government's Exhibit 509-2?

24   **A.**  Yes, sir.

25   **Q.**  And what's that?

1   **A.**  That's the bot.

2   **Q.**  And on the same day he sent you on Government's Exhibit 500

3   dash -- page 313, this TelegramApp.py?

4   **A.**  Yes, sir.

5   **Q.**  And that was a separate way of copying channels from one

6   channel to another, correct?

7   **A.**  This is a separate -- a little bit slow way of copying ISIS

8   content from one channel to another without bots.

9   **Q.**  And so Government's Exhibit 508, which you went through

10  yesterday, that's what he sent you, the TelegramApp.py,

11  correct?

12  **A.**  Yes, sir.

13  **Q.**  Okay.  And that's the second page of it?

14  **A.**  Yes.

15  **Q.**  So turning to Government's Exhibit 500, page 385, you had

16  said -- the last recordings we played yesterday was an October

17  10th meeting, correct?

18  **A.**  Correct, sir.

19  **Q.**  And during that meeting he showed you how the script

20  worked?

21  **A.**  Yes, sir.

22  **Q.**  On October 10th did he send you a different version of the

23  script?

24  **A.**  Yes, sir.

25  **Q.**  So I want to show you Government's Exhibit 510.  Is this

1  that other version of the script that he sent you on October

2  10th?

3  **A.**  Yes, sir.

4  **Q.**  And turning to page 2 of Government's Exhibit 510, same

5  line, line 77 on page 2, do you see where it no longer says

6  "raqm"?

7  **A.**  Yes, sir.

8  **Q.**  Am I pronouncing that right?

9  **A.**  Raqm, yes.

10 **Q.**  Raqm?

11 **A.**  Yes, sir.

12 **Q.**  What's it say instead?

13 **A.**  "NUM," number.

14 **Q.**  And that was a fix that was needed because you couldn't run

15 it when it said "raqm"?

16 **A.**  Yes, sir.

17 **Q.**  And turning to page 3, do you see on the bottom of page 3

18 that I highlighted?

19 **A.**  Yes, sir.

20 **Q.**  It says, "In the name of Allah, the most gracious, the most

21 merciful.  In loving memory of brother no name, may Allah

22 safeguard him."

23         Was that on the earlier version of the script that we

24 saw a moment ago?

25 **A.**  No, sir.

1      MR. JONAS:  And, Your Honor, at this time I'd like to

2  read a stipulation into the record that's been agreed upon by

3  the parties.

4      MR. GREENBERG:  Okay.

5      MR. JONAS:  The parties agree -- and I'm shortcutting

6  the first part of the stipulation -- that in January 2019 the

7  FBI was aware that a computer code that allowed for the copying

8  of Telegram rooms was made available by a third party.

9  BY MR. JONAS:

10  **Q.**  And did he also send you on October 10th Government's

11  Exhibit 511?

12  **A.**  Yes, sir.

13  **Q.**  And what is this?

14  **A.**  It's the bot with the script.

15  **Q.**  Going back to Government's Exhibit 500, page 425, on

16  October 30th did he send you this page?

17  **A.**  Yes.  Yes, sir.

18  **Q.**  What is this?

19  **A.**  This is an announcement from ISIS Furqan.  And this --

20  when they use this kind of announcement, they're about to

21  release a new video or, like, they announce a new operation,

22  something, like, big.

23  **Q.**  And what did the defendant send you along with that?

24  **A.**  He's very happy and then making prayer for them.

25  **Q.**  Is that with the hands there's a prayer?

1    **A.**  Yes, sir.

2    **Q.**  Turning to page 429, on November 1st you asked him:  "Did

3    you do your bayiea yet"?

4    **A.**  Yes, sir.

5    **Q.**  And that's the pledge -- the oath of allegiance to ISIS you

6    talked about yesterday?

7    **A.**  Yes, sir.

8    **Q.**  Why on November 1st did you ask him that?

9    **A.**  That was the instructions.

10   **Q.**  From whom?

11   **A.**  From the FBI.

12   **Q.**  They wanted you to ask the defendant that?

13   **A.**  Yes, sir.

14   **Q.**  Then on page 430 he responded:  "Not yet akhi.  I don't

15   know the words"?

16   **A.**  Yes, sir.

17   **Q.**  And you responded what?

18   **A.**  "It's all about neya."

19   **Q.**  What's "neya"?

20   **A.**  Neya, it's -- neya is the word more like -- like Muslim use

21   where you going to do something, so it's all about your neya,

22   like your intention.

23          So if you want to -- if you want to, like -- if you

24   want to, like, go work, so this is your intention to go to

25   work.  So the neya is, like, in your heart.  That's something

1    you want to do.

2    **Q.**  Did he tell you that he had already done bayat before?

3    **A.**  Yes, sir.

4    **Q.**  He said he'd done it before?

5    **A.**  Yes, sir.

6    **Q.**  Turning to page 442, you said to him on November 17th

7    you're still having problems with the Telegram bots trying to

8    connect it to the code, and you ask him to bring his laptop so

9    he can show you how to do it.  What was going on here?

10   **A.**  I was trying to run the script, but I wasn't -- I was still

11   having problem and issues, but I realized I was missing the

12   library -- the necessary library to -- the necessary Python

13   library to run the script.

14   **Q.**  So was this the second script he sent you on October 10th?

15   **A.**  Yes, sir.

16   **Q.**  That had the revision in it with the word "NUM," N-U-M?

17   **A.**  Yes.  Yes, sir.

18   **Q.**  So was it user error or was it the script that was the

19   problem?

20   **A.**  It was my -- my error, yes.

21   **Q.**  Turning to page 444, he responded:  "In sha Allah...I

22   started on my idea, but the API is a bit limited."

23           Do you know what API is?

24   **A.**  Yes, sir.

25   **Q.**  What is API?

1    **A.**  It's a software what lets you connect to other software

2    together or, like, share information together.

3    **Q.**  And he said, "I started on my idea."  What did you

4    understand that to mean?

5    **A.**  The idea he told me about during the previous meeting when

6    he wants to change it and make it more faster, more automated.

7    **Q.**  The script?

8    **A.**  The script, yes, sir.

9    **Q.**  I want to ask you quickly -- we showed -- yesterday you

10   identified a picture he sent you from his wedding?

11   **A.**  Yes, sir.

12   **Q.**  Did he ever talk to you about his conversations with his

13   wife regarding his support for ISIS?

14   **A.**  Yes, sir.

15   **Q.**  And what did he say his wife's reaction was to that?

16   **A.**  His --

17              MR. GREENBERG:  Objection, Judge.

18              THE COURT:  Please stand to make objections.

19              MR. GREENBERG:  I'm sorry.

20              THE COURT:  And tell me what the basis is.

21              MR. GREENBERG:  I'm sorry.  Objection, Judge.

22              THE COURT:  Based on what?

23              MR. GREENBERG:  For one thing, it's marital

24   privilege.

25              THE COURT:  If he told this gentleman, it's no longer

1    privileged.  So anything else?

2              MR. GREENBERG:  No.  Thank you.

3              MR. JONAS:  Thank you, Judge.

4    BY MR. JONAS:

5    **Q.**  So what did the defendant say about his wife's reaction

6    when he told her about his support for ISIS?

7    **A.**  His wife was down for him supporting ISIS, but the only

8    thing she was mad about, because ISIS allow you to have a lot

9    of wives.  So you can have one, two, three, four -- if he

10   wanted four.  He can have six.  So she -- she was just mad

11   about that.

12   **Q.**  Did you -- after that October 10th meeting and after these

13   latest exchanges that I just showed you, including the one on

14   November 17th when you talked about the script, did you meet

15   with the defendant again?

16   **A.**  Yes, sir.

17   **Q.**  Do you remember when that was?

18   **A.**  November.

19   **Q.**  21st?

20   **A.**  Yes, sir.

21   **Q.**  2019?

22   **A.**  2019, yes, sir.

23   **Q.**  And where did you meet with him?

24   **A.**  Here in Chicago.

25   **Q.**  Did you go to your hotel with him?

1    **A.** Yes, sir.

2    **Q.** What happened at the hotel?

3    **A.** We went to -- we got food, and we went there, and then we

4    got arrested.

5    **Q.** By the FBI?

6    **A.** Yes, sir.

7    **Q.** Were you able to see what was going on with the defendant

8    during the arrest?

9    **A.** I couldn't see because I was on the ground, but I can hear.

10   **Q.** What did you hear?

11   **A.** I heard he was fighting really hard.

12           MR. JONAS:  One moment, Your Honor.

13        (Counsel conferring.)

14   BY MR. JONAS:

15   **Q.** You said, "We got arrested."  Did you really get arrested?

16   **A.** Yes, sir, I got --

17   **Q.** But was it part of the ruse?

18   **A.** Part of the operation, yes, sir.

19   **Q.** After the FBI took the defendant away, you didn't go to

20   prison, did you?

21   **A.** No, sir.

22           MR. JONAS:  No further questions.

23           THE COURT:  Thank you.

24           MR. GREENBERG:  I just need a second, Judge, to get

25   plugged in.

1                          CROSS-EXAMINATION

2      BY MR. GREENBERG:

3      Q.  Good morning, sir.

4      A.  Good morning, sir.

5      Q.  Give me one more second.

6      A.  Yes, sir.

7           (Discussion off the record.)

8      BY MR. GREENBERG:

9      Q.  How are you today?

10     A.  Good, sir.  Good, sir, yes.

11     Q.  Good.  Okay.

12          Just to be clear, you had a lot of discussions and

13     meetings with Tommy, right?

14     A.  Yes, sir.

15     Q.  All right.  And, in fact, you had dozens of exchanges with

16     him, correct?

17     A.  Yes, sir.

18     Q.  And you had multiple in-person meetings with him, right?

19     A.  Correct, sir.

20     Q.  When the two of you would meet -- and we'll get to how it

21     initially started -- but you would do stuff, like you would go

22     pray together, right?

23     A.  Yes, sir.

24     Q.  Okay.  You would go to the mosque with him, right?

25     A.  Sometimes we do, yes, sir.

1    **Q.** All right.  And did the FBI tell you to do that?

2    **A.** It's just part of, like, my -- it's part of my initial --

3    my persona.

4    **Q.** Okay.  Part of your persona is to get as close as you

5    possibly can to somebody, correct?

6    **A.** Yes, sir.

7    **Q.** And that's what you were trying to do here, right?

8    **A.** That is correct, sir.

9    **Q.** I don't mean to pry, but how old were you when this was

10   going on?

11         MR. JONAS:  Objection.  This goes to the previous

12   ruling by the Court.

13   BY MR. GREENBERG:

14   **Q.** Well, give us a range.  Were you in your 20s, 30s, 40s?

15   **A.** Late 20s.

16   **Q.** Late 20s.  Okay.  Thank you.

17         And Tommy was what, 19?

18   **A.** I believe so, sir, yes.

19   **Q.** You would go out to eat with him, right?

20   **A.** Yes, sir.

21   **Q.** And that was something that you guys enjoyed doing

22   together?  In a lot of the recordings we hear you guys eating,

23   right?

24   **A.** Yes, sir.

25   **Q.** You would take him to -- for Middle Eastern food?

1   **A.** Yes, sir.

2   **Q.** Because that was part of trying to get him to be your

3   friend, right?

4   **A.** Yes, sir.

5   **Q.** That was part of your persona, right?

6   **A.** Yes, sir.

7   **Q.** I'm going to teach you about the food from the native land,

8   right?

9   **A.** Not teach him, but it's -- that's where I'm from.  Like I'm

10  from Middle East, so it's kind of natural, like, to go to these

11  kind -- because I'm not going to take him to American food, and

12  it's not halal, so --

13  **Q.** Okay.  And at one point, in fact, he even said he was going

14  to take you for Middle Eastern food, right?

15  **A.** Yes, sir.

16  **Q.** And he said, "I'm going to take you to this great place.

17  It's far away.  It's called the Pita Inn," right?

18  **A.** Yes, sir.

19  **Q.** That's like taking a person from Italy to Olive Garden for

20  authentic Italian food, right?

21  **A.** Yes, sir.

22  **Q.** It wasn't really Middle Eastern food, was it?

23  **A.** I'm not really expert in restaurant, sir, so --

24  **Q.** No?  Okay.  When you first met Tommy, you were supposedly

25  working for this computer company, correct?

1    **A.**  Correct, sir.

2    **Q.**  All right.  So let's unpack that for a minute.

3           You contact -- you knew he was going to school at

4    DePaul, right?

5    **A.**  Yes, sir.

6    **Q.**  And you got in touch with his computer professor, right?

7    **A.**  No, sir.

8    **Q.**  Someone got in touch with his computer professor?

9    **A.**  I have no idea, sir.

10   **Q.**  Okay.  Somehow -- well, how did -- how did you first meet

11   him?  Why don't you just tell us.

12   **A.**  I met him to conduct an interview for a survey he took.

13   **Q.**  Okay.  And what was that survey about?

14   **A.**  About beta testing software.

15   **Q.**  So there was beta testing software that the computer class

16   was supposed to check out, right?

17   **A.**  I believe so, yes, sir.

18   **Q.**  Okay.  You weren't involved in that?

19   **A.**  I wasn't, sir.

20   **Q.**  But -- so you weren't part of sort of duping the professor

21   into giving names of people to do this?

22   **A.**  I wasn't involved in all that, sir.

23   **Q.**  And, in fact, Tommy was the only one who actually did the

24   testing, right?

25   **A.**  I don't -- I'm not sure, sir.  I don't know.

1   **Q.** Well, you certainly told him that he did the best of anyone

2   on the test, right?

3   **A.** Yes, sir, I did.

4   **Q.** Did you grade the test?

5   **A.** Well, I didn't grade it, but I saw the work he did.  He did

6   really good.

7   **Q.** Okay.  And did you see the work that everyone else did?

8   **A.** No, sir.

9   **Q.** So when you told him he did the best, you were buttering

10  him up, right?

11  **A.** Well, I want to get -- build the relationship, yes, sir.

12  **Q.** Right.  You were trying to build this relationship, right?

13  **A.** Yes.

14  **Q.** You told him he did so good -- you knew he needed money for

15  college, right?

16  **A.** I don't know if he want money for college.

17  **Q.** Okay.  But he had told you how he was struggling, didn't

18  he?

19  **A.** With what, sir?

20  **Q.** With money?

21  **A.** I don't recall that.

22  **Q.** All right.  But you paid him $1,000, right?

23  **A.** Approximately about 1,000.

24  **Q.** Okay.  And you sent that to his PayPal account?

25  **A.** I didn't do that, sir.

1    **Q.**  Someone else did it for you?

2    **A.**  Yes, sir.

3    **Q.**  Okay.  So that didn't come out of your expense money?

4    **A.**  No, sir.

5    **Q.**  All right.  Let's talk about that for a second just to make

6    sure we don't miss it.

7              You -- between the time you started in -- you said

8    2014 you started getting paid?

9    **A.**  I started working in 2013.  I started getting paid 2014.

10   **Q.**  Okay.  And between 2014 and 2021, you've made more than

11   half a million dollars, right?

12   **A.**  Yes, sir.

13   **Q.**  And that's for doing your undercover work?

14   **A.**  That's correct, sir.

15   **Q.**  Okay.  This is basically your job, right?

16   **A.**  Yes, sir.

17   **Q.**  And you got a raise, right?

18   **A.**  Yes, sir.

19   **Q.**  And now you're making more than $100,000 a year to do this,

20   right?

21   **A.**  Yes, sir.

22   **Q.**  And besides all of that money, you get reimbursed for your

23   expenses, correct?

24   **A.**  Yes, sir.

25   **Q.**  So it wasn't that you got paid this money, and out of this

1    money you've somehow reached into your pocket and paid for

2    things?

3    **A.** Well, I pay sometimes for things from my pocket, but I get

4    reimbursed.

5    **Q.** Right.  You get reimbursed for it, correct?

6    **A.** Yes, sir.

7    **Q.** Okay.  And, in fact, when Tommy got arrested, you got a

8    bonus, didn't you?

9    **A.** I don't know.

10   **Q.** You don't remember getting extra money, a bonus?

11   **A.** I don't recall that.

12   **Q.** A $10,000 payment?

13   **A.** I thought it's part of the payment.  It's part of, like,

14   I'm getting paid.

15   **Q.** You just got an extra $10,000, and you just thought it was

16   like a Christmas bonus?

17   **A.** Because in my work, like, sometimes I don't get paid, like,

18   monthly.  Thing's delayed, and we travel a lot, so --

19   **Q.** Okay.  So the fact that you got paid a bonus for your work

20   you did in this case is news to you?  You're learning about it

21   today for the first time?

22   **A.** Yeah, I didn't know I got bonus, sir.

23   **Q.** You just -- all right.

24   **A.** Yes, sir.

25   **Q.** But you did?

1   **A.** Like you said, sir, yes.

2   **Q.** By the way, I saw when you came in your watch.  It's a nice

3   watch.  What kind of watch is it?

4                MR. JONAS:  Objection, relevance.

5                MR. GREENBERG:  I will tie it up, Judge.

6                THE COURT:  I'll provisionally let it in.

7   BY THE WITNESS:

8   **A.** This is a $200 watch.  It's Bulova.  I got it from Macy's,

9   and I got it through a discount, too.  You can -- you can check

10  it.

11  BY MR. GREENBERG:

12  **Q.** Okay.  But when you were meeting with Tommy, you were

13  wearing a Rolex, right?

14  **A.** No, sir.

15  **Q.** You didn't have a Rolex, a gold Rolex?

16  **A.** No, sir.  I had an Apple watch.

17  **Q.** You had an Apple watch?

18  **A.** Yes, sir.

19  **Q.** So you're telling me that he mistaked an Apple watch for a

20  Rolex?

21  **A.** I don't know how he saw Rolex.  I don't -- I don't own

22  Rolex, sir.

23  **Q.** Okay.  And you weren't wearing a regular round watch; you

24  were wearing an Apple watch?

25  **A.** Sometimes I have a fitness watch.  It's Diesel.  It's a

1    black watch.  I wear it, too.

2    **Q.**  Okay.  And you don't wear your Apple watch now?

3    **A.**  For the court, I decide to wear something very like -- to

4    respect the -- you, sir, and then the jury and the Judge to,

5    like, to appear really nice.

6    **Q.**  You think an Apple watch is disrespectful?

7    **A.**  No, no.  It's good, too, but I just want to, like, look

8    good with a suit.

9    **Q.**  You think it doesn't look good with my suit?

10   **A.**  It looks good, sir.

11       (Laughter.)

12   BY MR. GREENBERG:

13   **Q.**  All right.  When you would hang out with Tommy, who else

14   would hang out with the two of you?

15   **A.**  Just me and him, sir.

16   **Q.**  Just -- you never met any friends?

17   **A.**  I remember like one time we -- we -- like, I saw one of his

18   friend in the university, and we talk for, like, two minutes,

19   and that's it.

20   **Q.**  Okay.  So this started out as you were doing this survey,

21   right, this computer survey, correct?

22   **A.**  Asking him about it, yes, sir.

23   **Q.**  Asking him about it, right?

24   **A.**  Yes, sir.

25   **Q.**  And then you said, I'm going to come to town, and I'm going

1   to review this with you, right?

2   **A.** Yes, sir.

3   **Q.** And you arranged for that during text messages, right?

4   **A.** Yes, sir.

5   **Q.** Okay.  And right away you started calling him "brother,"

6   didn't you?

7   **A.** Yes, sir.

8   **Q.** In those first text messages, you were calling him

9   "brother," right?

10  **A.** Yes, sir.

11  **Q.** Okay.  And you were calling him "brother" before at that

12  point he had ever told you about any of his beliefs, right?

13  **A.** Well, I don't -- can I -- can I see the screenshot?

14          Maybe I did; maybe I didn't.  But I called him

15  "brother" -- I start calling "brother" when I met him.

16  **Q.** Okay.  You started calling him "brother" when you first met

17  him, right?

18  **A.** Yes, sir.

19  **Q.** And that was before you knew about any of his viewpoints,

20  correct?

21  **A.** Before, yes.

22  **Q.** Yes.  Okay.  And I want to ask you, you said you're from

23  the Middle East, right?

24  **A.** Yes, sir.

25  **Q.** So you were, I take it, born Muslim --

1    **A.**  Yes, sir.

2    **Q.**  -- right?

3              And you practice the Muslim religion?  Is it Islam?

4    Is that the right word?

5    **A.**  Islam, yes, sir.

6    **Q.**  You practice Islam?

7    **A.**  Yes.

8    **Q.**  Okay.  So a couple of questions about that.

9              Is -- Islam is a religion where brotherhood is very

10   important, right?

11   **A.**  Yes, sir.

12   **Q.**  In fact, isn't that one of the basic beliefs of Islam?

13   **A.**  Yes, sir.

14   **Q.**  Is everybody is a brother, right?

15   **A.**  Yes, sir.

16   **Q.**  And the females are sisters, correct?

17   **A.**  Yes, sir.

18   **Q.**  And that everyone is equal; the wealthiest person in the

19   world, when they walk into the mosque, and the poorest person

20   are equal, correct?

21   **A.**  Yes, sir.

22   **Q.**  They're all brothers, right?

23   **A.**  Yes, sir.

24   **Q.**  So as -- as Muslims you refer to each other as "brother,"

25   correct?

1    **A.**  Correct, sir.

2    **Q.**  It's a sign of respect, right?

3    **A.**  Yes, sir.

4    **Q.**  It's how you do it in the religion, right?

5    **A.**  Yes, sir.

6    **Q.**  So when someone calls someone "brother," it does not

7    necessarily refer to ISIS, correct?

8    **A.**  No, sir.

9    **Q.**  That's not correct?

10   **A.**  Well, yeah, it doesn't -- like, you're right, yeah.

11   **Q.**  Right.  It just means you are a fellow Muslim, correct?

12   **A.**  Yes.  Yes, sir.

13   **Q.**  So when you were referring to him as "brother," you were

14   referring to him as someone who was Muslim?

15   **A.**  Yes, sir.

16   **Q.**  Okay.  You -- from time to time Tommy would come to you and

17   ask you for help how to -- ask for advice on how to dress as a

18   good Muslim, right?

19   **A.**  He was -- he didn't -- he didn't tell me about how to dress

20   as a Muslim.  He was -- he was -- when I saw him, he was

21   dressing like a Muslim.  He even -- like he looks to me like a

22   Salafi.

23   **Q.**  Okay.  So you don't remember that?

24   **A.**  No, sir.

25   **Q.**  All right.  He would ask you questions about how to

1    practice during Ramadan, right?

2    **A.**  He did ask me about Ramadan, yes.

3    **Q.**  Okay.  He -- I think we saw this yesterday.  He sent you

4    pictures of his wedding, right?

5    **A.**  Yes, sir.

6    **Q.**  You told him you were so happy for him, right?

7    **A.**  Yes, sir.

8    **Q.**  Okay.  And he asked you to help him get some clothing for

9    his wife, correct?

10   **A.**  Yes, sir.

11   **Q.**  And you just told us a minute ago that he said that his

12   wife was a supporter of ISIS; is that right?

13   **A.**  She support him, yes, sir.

14   **Q.**  She supported him, right?

15   **A.**  Yes, sir.

16   **Q.**  She wasn't a member?

17   **A.**  I don't know that.

18   **Q.**  He never told you she was a member, right?

19   **A.**  I never talked to her, sir.

20   **Q.**  He never told you she said -- well, you know she was a

21   supporter.  You never talked to her?

22   **A.**  Yeah, she -- she told -- like they talked together about

23   ISIS, and then she agree with him, like, but she's down with

24   the cause.  The only thing she don't -- she disagree is the

25   wife thing, because with ISIS, like --

1    **Q.** Right.  She doesn't want him to have six wives?

2    **A.** Yeah, because when they go fight, they capture a lot of --

3    **Q.** I got it.  I got it.  She didn't want him to have six --

4    but she didn't say she was a member; he never told you she said

5    she was a member, correct?

6    **A.** Correct, sir.

7    **Q.** Okay.  And he sent you these pictures of his wedding,

8    right?

9    **A.** Yes, sir.

10   **Q.** And when you were talking to him, you knew -- you knew why

11   you were there, correct?

12   **A.** I knew why I was there, yes, sir.

13   **Q.** Right, you -- what was your mission?

14   **A.** To get close to him to collect intel, to build a good

15   relationship and good rapport.

16   **Q.** And to collect intel, right?

17   **A.** Yes, sir.

18   **Q.** And, in fact, the FBI told you, get him to do a bayat,

19   right?

20   **A.** They didn't told me that.

21   **Q.** I thought you said just a few minutes ago that the FBI told

22   you to have Tommy do a bayat?

23   **A.** To ask him about bayat.

24   **Q.** And he didn't know how to do a bayat, right?

25   **A.** He didn't know.

1  **Q.**  He didn't know the words, right?

2  **A.**  Yes, sir.

3  **Q.**  But you told him it was important and all that, right?

4  **A.**  Yes, sir.

5  **Q.**  Because you were close to him, right?

6  **A.**  Yes, sir.

7  **Q.**  And he looked up to you, right?

8  **A.**  Yes, sir, I guess --

9  **Q.**  By that point you'd built this great relationship, right?

10  **A.**  We were very good friends.

11  **Q.**  Okay.  You were no longer this guy coming in just to look

12  at a computer situation, but you were his -- it seems like you

13  were his best friend?

14  **A.**  That is correct, sir.

15  **Q.**  And, in fact, this fake computer stuff that you told him he

16  did so great at, he actually sent you his resume, and he said,

17  "Can I put this on my resume," right?

18  **A.**  Yes, sir.

19  **Q.**  You said, "I will give you the best reference"?

20  **A.**  Yes, sir.

21  **Q.**  He really trusted you, right?

22  **A.**  Yes, he did.

23  **Q.**  And with all that trust that you guys built up and knowing

24  what you were supposed to do, he never told you he was a member

25  of ISIS, did he?

1  **A.** He never told me?

2  **Q.** He never told you that?

3  **A.** He told me he's with ISIS.

4  **Q.** He told you he supported them?

5  **A.** Yes.

6  **Q.** He never told you he was a member, did he?

7  **A.** Well, he told me he pledge bayat.  He pledge allegiance.

8  **Q.** After you told him to?

9  **A.** No, before he met me one year ago, so --

10 **Q.** You've listened to all these recordings, haven't you?

11 **A.** Yeah, I listened to them, yes, sir.

12 **Q.** Okay.  You listened to them to prepare to testify, right?

13 **A.** Yes, sir.

14 **Q.** You were there asking the questions, right?

15 **A.** Yes, sir.

16 **Q.** You were controlling the conversation, weren't you?

17 **A.** It's -- I'm -- I only control what I can, because as an --

18 as an undercover, you want to keep your -- there's a border I

19 cannot cross.  So it's both of us controlling the conversation.

20 **Q.** There's what?

21 **A.** Both of us.

22 **Q.** Both of you were controlling?

23 **A.** Yes, sir.

24 **Q.** Okay.  So let's talk about that border that you cannot

25 cross.  Okay?

1    **A.** Yes, sir.

2    **Q.** All right.  You wanted Tommy to think that you were an ISIS

3    supporter, right?

4    **A.** After he told me to -- like, after he told me -- after we

5    talked about Syria and conflict and then after the August, I

6    want him to think that, yes.

7    **Q.** Okay.  So the answer to my question is, you -- the question

8    you wanted him to think you were an ISIS supporter, the answer

9    is yes?

10   **A.** Yes, after August 21st.

11   **Q.** And you were best friends, as you said, right?

12   **A.** Yes, sir.

13   **Q.** Okay.  And you felt like he was an ISIS supporter, right?

14   **A.** Yeah, after -- after the May -- after the May meeting, I

15   started, like, thinking he knows more than we -- we were

16   talking about.

17   **Q.** Okay.  Before you got sent in on that project -- you have a

18   handler, right?

19   **A.** Yes, sir.

20   **Q.** Did you talk to your handler?

21   **A.** Yes, sir.

22   **Q.** Okay.  Were you given background information from your

23   handler?

24   **A.** Yes, sir.

25   **Q.** So you knew about conversations that Tommy had had with

 1   other people, right?

 2   **A.**  No, sir.

 3   **Q.**  You didn't know about those?

 4   **A.**  No, sir.

 5   **Q.**  Okay.  But you were given an assignment, right?

 6   **A.**  Yes, to be --

 7   **Q.**  And the assignment -- the assignment was -- I'm sorry?

 8   **A.**  To be a friend with him, yes.

 9   **Q.**  To be a friend with him and to find out as much as you

10   could, right?

11   **A.**  That is correct, sir.

12   **Q.**  And when you became his best friend, best friends share

13   secrets with each other, right?

14   **A.**  Correct, sir.

15   **Q.**  Best friends tell each other their innermost feelings,

16   right?

17   **A.**  Yes, sir.

18   **Q.**  Okay.  And even with all of that, he never uses -- never

19   tells you he's a member of ISIS, right?

20   **A.**  In the end he did, yes.

21   **Q.**  He did?

22   **A.**  He told me he's -- he's supporting them.  He's doing jihad

23   for them.

24   **Q.**  Your -- you got to listen to my question.  Okay?

25   **A.**  Yes, sir.

1    **Q.** Okay. Did he ever tell you he was a member of ISIS?

2    **A.** He pledge bayat. Yes, he is.

3    **Q.** So that's what you take when he pledged bayat?

4    **A.** Yes, sir.

5    **Q.** You say that's becoming a member?

6    **A.** Yes, sir.

7    **Q.** When he did what you told him to do?

8    **A.** He did it before me, before I met him.

9    **Q.** You -- in fact, you told him he had to do it to three

10   people, right?

11   **A.** Yes, about the method, yes.

12   **Q.** Okay. You could have asked him -- you could have said,

13   "Akhi, are you a member of ISIS," right? You could have said

14   that?

15   **A.** I could have said that, but when I said that, that's very

16   suspicious question, and that's direct, and then he's going to

17   suspect me.

18   **Q.** You could have said, "Akhi, I'm a member. Are you a

19   member? We're brothers"?

20   **A.** I can't say that.

21   **Q.** Okay. Let's go through some of the information, and I'm

22   going to try and do this sort of as expeditiously as I can.

23   Okay?

24          You got a chance before testifying, I take it, to

25   review everything, right?

1    **A.** Yes, sir.

2    **Q.** Okay.  You reviewed all the text messages, correct?

3    **A.** Between me and him, yes, sir.

4    **Q.** Right.  You reviewed all the audio?

5    **A.** Yes, sir.

6    **Q.** Right?

7    **A.** Yes, sir.

8    **Q.** You reviewed -- there's these big binders that they have of

9    you and him, right?

10   **A.** Yes, sir.

11   **Q.** Do you have one of these big binders?

12   **A.** Yes, I have.

13   **Q.** Okay.  Not just the one that's up there.  You got stuff

14   before you came to court, right?

15   **A.** Yes, sir.

16   **Q.** You sat down with the prosecutors, I take it?

17   **A.** Yes, sir.

18   **Q.** Okay.  Nothing wrong with that, but how much time did you

19   spend?

20   **A.** Like how much time, I would say, like, totally maybe, like,

21   five days, four days.

22   **Q.** Okay.  Preparing, right?

23   **A.** Preparing, yes.

24   **Q.** All right.  In your role, by the way, you -- you will lie

25   to people, correct?

1    **A.**  Lie to people?

2    **Q.**  Yes.

3    **A.**  I sometimes have to lie under my persona to get close to

4    the -- to the subject and then to safe -- sometimes I have to

5    do that to be safe, to save my own --

6    **Q.**  Okay.  So the answer is, yes, you do lie?

7    **A.**  Yes, sir.

8    **Q.**  So you're -- basically you're a professional liar?

9    **A.**  I don't view it like that but --

10   **Q.**  Okay.  You're a professional actor?

11   **A.**  I work to defend my country, so it's --

12   **Q.**  Okay.  But you're an actor, right?  You go into an acting

13   role?

14   **A.**  Yes, sir.

15   **Q.**  All right.  So I want to ask you, you -- this is going to

16   be 54.

17              MR. GREENBERG:  Can we put this up for the jury?

18              THE CLERK:  The jury?

19              MR. GREENBERG:  It's from Sam.  These are all in

20   evidence, yes.  These are all from the Government's 500, Judge.

21   BY MR. GREENBERG:

22   **Q.**  Do you remember looking at this yesterday?  And this is a

23   video, I think, of the lady, right?

24   **A.**  Yes, sir.

25   **Q.**  And you told --

 1          THE COURT:  Can you just give us -- can you just give

 2     us a number for the record?

 3          MR. GREENBERG:  Oh, I'm sorry.  54.  These are all

 4     from the 500 series.

 5     BY MR. GREENBERG:

 6     Q.  This is a lady you told us got shot, right?

 7     A.  Yes, sir.

 8     Q.  And you remember that she got shot in this video, and it

 9     was terrible, right?

10     A.  Yes, sir.

11     Q.  And that made an impression on you, correct?

12     A.  Yes, sir.

13     Q.  And he sent you this video, right?

14     A.  Yes, sir.

15     Q.  So I'm going to play that video for you.  Okay?

16     A.  Yes, sir.

17     Q.  Okay.  Thank you.

18          MR. GREENBERG:  And can we play it for the jury,

19     Judge?  It's part of the exhibit, and it's part of the text

20     messages.

21          MR. JONAS:  Yeah, but the video itself is not in

22     evidence.  So if you have a clip of it --

23          MR. GREENBERG:  Oh, we do.  We would seek -- we would

24     mark it as an exhibit, Judge, and we'll mark it as Exhibit 40,

25     Defense Exhibit 40.

1      MR. JONAS:  Your Honor, can I have a moment?

2         (Counsel conferring.)

3         MR. GREENBERG:  Can we play the video, please?

4         THE COURT:  Sure.

5   BY MR. GREENBERG:

6   Q.  Tell me if this is the video you watched.

7         (Said video recording played in open court.)

8   BY MR. GREENBERG:

9   Q.  Okay.  That's the video he sent, right?

10  A.  Yes, sir.

11  Q.  Nobody got shot, right?

12  A.  He's getting -- she's getting shot by a sniper.

13  Q.  And, in fact, that was someone in -- her own person shot at

14  her; that was right there on the video, right?

15  A.  No, she's getting shot from different direction.

16  Q.  Okay.  You didn't see her getting shot from someone and

17  shooting into the wall?

18  A.  Yes, sir.  But according to him, she's getting shot there

19  from different person.

20  Q.  Can we go to 55?  Do you remember having a text exchange

21  with him about this?

22  A.  Text?

23  Q.  Yes.  Yeah.  I'm showing you -- this is your text exchange,

24  right?

25  A.  Yes, sir.

1    **Q.** And the exchange is -- he's explaining to you how the whole

2    thing is staged, isn't he?

3    **A.** Staged, yes, sir.

4    **Q.** Staged, right. So it wasn't some bullet coming from

5    somewhere else that was shooting at her like you told us

6    yesterday. It was something staged, and then the people are

7    laughing about it in the video, right?

8    **A.** It's not -- it's not staged. He's, like, she's getting

9    shot because she's stupid. She's getting shot from -- she's

10   looking at one direction, and she's getting shot from this --

11   **Q.** Okay. But she doesn't get shot. He doesn't send you a

12   video of her getting shot?

13   **A.** She survived, yes, sir.

14   **Q.** She didn't get shot?

15   **A.** Yes, sir, she survived.

16   **Q.** Okay. She survived because she didn't get shot? Is that a

17   difficult question?

18   **A.** No. Yeah, she didn't get shot, like, in the frame, yes.

19   **Q.** And when you got close to Tommy, he would send you things

20   about his life, right?

21   **A.** Yes, sir.

22   **Q.** So Tommy would send you pictures when he was in the mosque,

23   didn't he?

24   **A.** Yes, sir.

25              MR. GREENBERG: Can we go to 63?

 1    BY MR. GREENBERG:

 2    **Q.**  And, in fact, 63, this is a picture of Tommy back then?

 3    You said what he looked like, right?

 4    **A.**  Yes, sir.

 5    **Q.**  Okay.  Is there any significance to the beard?

 6    **A.**  A little bit long.

 7    **Q.**  Huh?

 8    **A.**  A little bit long, yes.

 9    **Q.**  But, I mean, in the Islamic religion, is a beard -- are you

10    supposed to have a beard, not supposed to have a beard?

11    **A.**  You supposed to have the -- yeah, you supposed to have a

12    beard.

13    **Q.**  Okay.  So this was part of his showing that he was a good

14    practicing Muslim, right?

15    **A.**  Yes, sir.

16    **Q.**  And he would send you pictures of his clothing, right?

17    **A.**  Yes, sir.

18    **Q.**  And all this time while you guys are talking about this,

19    this is -- you're calling him "brother" or "bro," correct?

20    **A.**  Yes, sir.

21    **Q.**  In fact, sometimes you would just call him "bro," right?

22    **A.**  Yes, sir.

23    **Q.**  All right.  And all this time is -- you're calling him that

24    because you're a good Muslim, and he's a good Muslim, right?

25    **A.**  Correct, sir.

Abbas - cross by Greenberg          1192

1   **Q.** At some point you told Tommy that you were having some

2   difficulties with immigration, correct?

3   **A.** Yes, sir.

4   **Q.** For your family members, right?

5   **A.** Yes, sir.

6   **Q.** And that was part of your persona; that wasn't actually

7   true?

8   **A.** Yes, sir.

9   **Q.** Okay.

10          MR. JONAS:  Objection.

11          THE COURT:  What's the objection?

12          MR. JONAS:  It goes to a previous ruling, Judge, the

13   second part of the question of that's not really true.

14          MR. GREENBERG:  It doesn't matter, Judge.

15   BY MR. GREENBERG:

16   **Q.** It was part of your persona, right?

17   **A.** Part of my persona, yes.

18   **Q.** Okay.  And he was very sympathetic to your problems, right?

19   **A.** Yes, sir.

20   **Q.** In fact, he told you how he hoped your problems would end

21   when President Trump did not get re-elected, right?

22   **A.** Yes, sir.

23   **Q.** Okay.  And he felt like all of the problems that were being

24   caused for Muslims coming to this country were because of

25   President Trump, correct?

1    **A.** Yes, sir.

2    **Q.** And he did things like send you -- I just want to -- his

3    schoolwork, right?

4    **A.** Yes, sometimes he send me his homework.

5    **Q.** Right.  He would send you -- when he would get good grades,

6    he would send them to you, wouldn't he?

7    **A.** Yes, sir.

8    **Q.** To show you, right?

9    **A.** Yes, sir.

10   **Q.** And you would say that he's done very well, correct?

11   **A.** Correct, sir.

12   **Q.** You were encouraging to him, right?

13   **A.** Yes, sir.

14   **Q.** Because you guys were best friends?

15   **A.** Yes, sir.

16   **Q.** You would ask him from time to time to send you stuff,

17   correct?

18   **A.** Yes, sir.

19   **Q.** Okay.  In fact, there's a number of times that you asked

20   him to send you screenshots, right?

21   **A.** Yes, sir.

22   **Q.** So you could do something with them, right?

23   **A.** Yes, sir.

24   **Q.** And he never sent them?

25   **A.** Never.

1    **Q.**  Never, right?

2    **A.**  Never sent it to me, yes.

3    **Q.**  Right.  You, in fact, I think said you wanted to get the

4    screenshots so that you could forward them, and you suggested

5    you're going to forward them to ISIS, right?

6    **A.**  Yes, sir.

7    **Q.**  And he didn't send you anything, right?

8    **A.**  He didn't send me screenshots.

9    **Q.**  He sent you these channels.  We've heard all this testimony

10   about these Telegram channels, correct?

11   **A.**  Yes, sir.

12   **Q.**  Okay.  Were you familiar with Telegram before this case,

13   because I sure wasn't?

14   **A.**  I was -- yes, I'm aware of Telegram.

15   **Q.**  Telegram is not the dark web, right?

16   **A.**  It's not.

17   **Q.**  Okay.  Telegram is a legitimate sort of social media site?

18   **A.**  Yes, sir.

19   **Q.**  There's -- there's people who use it for good; there's

20   people who use it for bad; there's people who use it for all

21   sorts of stuff, right?

22   **A.**  Yes, sir.

23   **Q.**  Not unlike Facebook or any of the others, right?

24   **A.**  Yes, sir.

25   **Q.**  By the way, you said people tend to use WhatsApp?

Abbas - cross by Greenberg                    1195

1    **A.**  WhatsApp.

2    **Q.**  WhatsApp, right?

3    **A.**  Yes, sir.

4    **Q.**  And for conversations, why was WhatsApp being used?

5    **A.**  Why people use WhatsApp?

6    **Q.**  Yeah.

7    **A.**  It's because you don't get charged for minutes.  In other

8    countries, they charge your phone for minutes.  So use

9    WhatsApp, send messages to each other with no cost, free.

10   **Q.**  Okay.  So nothing weird about that.  In the rest of the

11   world, WhatsApp is huge, correct?

12   **A.**  Yes, sir.

13   **Q.**  Okay.  We just don't use it here as much, right?

14   **A.**  Yes, sir.

15   **Q.**  All right.  And WhatsApp is, of course, owned by Facebook?

16   **A.**  Yes, sir.

17   **Q.**  So he sent you these -- page 180, please -- Telegram

18   channels?

19   **A.**  Yes, sir.

20   **Q.**  And this is in August, right, August 21st?

21   **A.**  Correct, sir.

22   **Q.**  Okay.  So he sent you these Telegram channels, and he says,

23   you know, "I own all these channels.  Share them with anyone

24   you trust," right?

25   **A.**  Yes, sir.

1    Q.  You told us yesterday that you understood him to mean share

2    it with the brothers, right?

3    A.  Yes, sir.

4    Q.  And you understood "brothers" to mean ISIS, right?

5    A.  Yes, sir.

6    Q.  Even though you've been up to this point calling him

7    brother, and he's been calling you brother because you're good

8    Muslims, right?

9    A.  At this point because ISIS --

10   Q.  Okay.  My question was up to this point?

11   A.  Sorry.  Yes, sir.

12   Q.  So that's right?  You call him -- in some of these

13   conversations -- we counted them -- you might call him

14   "brother" 200 times in a conversation, one of these recorded

15   conversations?

16   A.  Yes, sir.

17   Q.  Okay.  So at this point you're saying this is when the

18   relationship took a turn, right?

19   A.  Yes, sir.

20   Q.  Okay.  So he sent you these channels, and he doesn't say to

21   you, "share them with ISIS," right?

22   A.  He doesn't say "share them with ISIS"?

23   Q.  Correct.  He says, "These channels are all owned by me.

24   Share with anyone you trust," right?

25   A.  Yeah, the --

 1    **Q.** Trust is not a synonym for ISIS, right?

 2    **A.** But the content of the --

 3    **Q.** Do you understand my question?

 4    **A.** Yes, sir.

 5    **Q.** Okay.  Do you know what a synonym is?

 6    **A.** It's like -- can you explain it?  Can you --

 7    **Q.** A synonym is another word that means the same thing,

 8    similar word.  So he uses the word "trust," right?

 9    **A.** Yes.

10    **Q.** You didn't -- you know, "trust" is not ISIS.  "Trust" is

11    not a word that people use as a substitute for ISIS?

12    **A.** They don't use it, but the channels for ISIS.

13    **Q.** Okay.  Well, the channels were ISIS material, correct?

14    **A.** Yes, sir.

15    **Q.** And all of the material -- did you look at the material on

16    these channels?

17    **A.** Yes, sir.

18    **Q.** All of the material on these channels was publicly

19    available, correct?

20    **A.** Yes, sir.

21    **Q.** You didn't have to go to somewhere in Syria to log on and

22    download this information, correct?

23    **A.** Well, it's not public.  It's not -- because they got

24    deleted.  They -- Facebook, Telegram, all other social app, as

25    soon as you put this content, they delete you because they

```
 1   can't -- you can't have this content.  So you can have them
 2   in -- like, other website you have to do your own research and
 3   go and go get them, but you can't find them -- like, if you
 4   upload these on Telegram, after a couple days, you will --
 5   you'll get reported.
 6   Q.  Okay.  Let's -- let's talk about that for a second.  Okay?
 7          I'm going to give you what I understand goes on, and
 8   you can tell me if I'm wrong.  Okay?
 9   A.  Yes, sir.
10   Q.  Somebody somewhere makes a video.  Maybe they're a member
11   of ISIS, correct?
12   A.  What video?
13   Q.  Any video.  Someone makes a video?
14   A.  Someone makes a video, yes.
15   Q.  Okay.  And then that video gets uploaded through one of
16   these entities or maybe through someone else, right?
17   A.  Yes, sir.
18   Q.  It doesn't have to be through official ISIS media; it can
19   be through anyone, right?
20   A.  If it -- if we're talking about someone or ISIS?  Because
21   if somebody, I can upload any video.
22   Q.  Right.
23   A.  But if I'm ISIS and I upload video, that's different.
24   Q.  Okay.  Let's say ISIS.
25   A.  Yes, sir.
```

 1   **Q.**  Let's keep it there.  Okay?

 2          So someone from ISIS can upload this video, right?

 3   **A.**  Yes, sir.

 4   **Q.**  And then someone else can get this video, look at it, and

 5   say, "I'm going to now upload this video to Facebook," right?

 6   **A.**  Yes, sir.

 7   **Q.**  And at some point Facebook gets an alert, whether it's

 8   automatic or someone calls them up on the phone or whatever,

 9   and they say, "Oh, we're going to take down this video,"

10   correct?

11   **A.**  Correct, sir.

12   **Q.**  But for a period of time, the video is there, right?

13   **A.**  Yes, sir.

14   **Q.**  And someone else can get it, right?

15   **A.**  Yes, sir.

16   **Q.**  And that can happen with Reddit also?

17   **A.**  With Reddit, yes.

18   **Q.**  Reddit, right.  And it can happen with Telegram, right?

19   **A.**  Yes, sir.

20   **Q.**  And so are you familiar with Jihadology, the website

21   Jihad --

22   **A.**  The website, yes.

23   **Q.**  Okay.  So, in fact, that's how he -- he gets his

24   information from the original source.  Did you know that?

25   **A.**  I didn't know that.

1  **Q.** Do you know what the original source would be?

2  **A.** He told me he got them from the brothers, like from ISIS.

3  **Q.** Okay.  Now, again, he told you -- when you say that, you're

4  talking about Tommy, not Dr. Zelin, right?

5  **A.** Yes, sir.

6  **Q.** Okay.  So Tommy told you that he got these from the

7  brothers, right?

8  **A.** Yes, from --

9  **Q.** And you keep saying, every time you say "brothers," you say

10  "ISIS."  You say "brothers, ISIS"; "brothers, ISIS," right?

11  **A.** Yes, sir.

12  **Q.** Okay.  Show me a single text message where Tommy has said

13  "brothers, ISIS"?

14  **A.** I can show you the content when he's talking about the

15  brothers, because the content we're talking about, all the

16  conversation it's about ISIS.  So we going call brothers about

17  them.

18  **Q.** Okay.  So --

19  **A.** Because we're Muslim.

20  **Q.** So before August 21st when you guys are talking about

21  brothers, you're talking about Muslim people, right?

22  **A.** About us.

23  **Q.** And you're talking about other Muslims also you refer to as

24  "brothers," don't you?

25  **A.** Yes.  If we're referring to other people, it's all on the

1   content of the conversation.

2   **Q.**  Right.  So he told you he saw brothers at the mosque,

3   right?

4   **A.**  Yeah, we're talking then about the brothers in the mosque.

5   **Q.**  Okay.  And those brothers at the mosque, he's not telling

6   you these are ISIS fighters?

7   **A.**  No, he's not.

8   **Q.**  This is in -- the mosque is here in Chicago, right?

9   **A.**  That's correct, sir.

10  **Q.**  The one you went to, right?

11  **A.**  Yes, sir.

12  **Q.**  And you saw brothers at the mosque, right?

13  **A.**  Yes, sir.

14  **Q.**  And you would say, "Hello, brother" to them, right?

15  **A.**  Yes, sir.

16  **Q.**  And you didn't -- you didn't then have some secret

17  handshake or ISIS thing or, you know, symbol you were throwing

18  at them, did you?

19  **A.**  No, sir.  No, sir.

20  **Q.**  Right.  Because they were Muslim brothers, right?

21  **A.**  Yes, sir.

22  **Q.**  Okay.  And would it be a fair statement that most

23  supporters -- at least probably the vast majority of supporters

24  or people who are interested in ISIS materials are Muslim?

25  **A.**  Fair to say it's most of them are Muslim?

1    **Q.** Yes.

2    **A.** I don't know.  Muslim, it's like with that -- with my type

3    of job, I see everything, sir.

4    **Q.** So when he is referring to people as "brothers," you're the

5    one who is deciding he was referring to ISIS, right?

6    **A.** He's the one who decide after I -- my respond always after

7    I read the situation if he's -- if we're in the situation

8    talking about ISIS subject or ISIS material, when he referred

9    to "the brothers," and then I have to respond to that in that

10   context.

11          But if we're talking about Muslim, not all Muslim

12   brothers at the mosque have to -- yes, these are brothers in

13   the mosque.

14          So it all depends on the situation and the time and

15   what we are talking about.

16   **Q.** Okay.  So you had made a decision that when you and he are

17   talking about ISIS videos, he must be referring, when he says

18   the word "brothers," to ISIS; and when you're talking about

19   other times, he's referring to just Muslims; is that fair?  Is

20   that what --

21   **A.** Well, so when he talk -- when we talking about ISIS in the

22   videos, yes, ISIS.  And he said "trusted brothers."  That mean

23   brothers who believe in ISIS.  Because if I'm going to send

24   these to a normal Muslim, they going to call the FBI --

25   **Q.** Okay.

1     **A.** -- or they going to call the police.

2     **Q.** So this doesn't say share these with trusted brothers.  It

3     just says "share them with people you trust," right?

4     **A.** Yeah.

5     **Q.** All right.

6     **A.** Yes, sir.

7     **Q.** And -- and he sends you these links to these channels?

8     **A.** Correct, sir.

9     **Q.** And you don't know where he got the material that's on

10    these channels?

11    **A.** I have no idea, sir.

12    **Q.** And you didn't ask him?

13    **A.** I didn't ask.  I think I mention it once, but he said he

14    got them from Sahr Al-khilafa.

15    **Q.** From what?

16    **A.** Sahr Al-khilafa.  It's a foundation from ISIS.

17    **Q.** Really?

18    **A.** Yes, sir.

19    **Q.** That's where he told you he got them?  He told you he went

20    to their website and downloaded it?

21    **A.** Not website.  There's no website for them, but you can --

22    **Q.** They're out there in the free world, right?

23    **A.** Yes, sir.

24    **Q.** To download, right?

25    **A.** Yes, sir.

1   **Q.** And it's not illegal to download them?

2   **A.** I don't know that, sir.  I'm not a lawyer.

3   **Q.** Okay.  In fact, Tommy told you when you started talking to

4   him about the Middle East that he was never going to an Arab

5   country, right?

6   **A.** He never went to Arab country, yes, sir.

7   **Q.** Uh?

8   **A.** He never went to Arab country, yes.

9   **Q.** He told you he was never going to go to one --

10  **A.** Yes.

11  **Q.** -- right?

12  **A.** He wants to go to Mecca.

13  **Q.** He wants to go --

14  **A.** To Saudi, Saudi Arabia.  Mecca, it's a --

15  **Q.** He wants to go to Mecca?

16  **A.** Yes, sir.

17  **Q.** Okay.  Okay.  Well, let's talk about that for second.

18            Mecca is what?

19  **A.** It's a very holy place for Muslims.

20  **Q.** And in your life as a Muslim, you're supposed to make a

21  pilgrimage at some point to Mecca, right?

22  **A.** Yes, sir.

23  **Q.** And why is that?

24  **A.** It's because it's a very holy thing.  You can wipe your

25  whole sin.  Like, if you can make and you have the money and

 1    the will, God will -- God will wipe your sins.

 2    Q.  Okay.  And when people go to Mecca, everybody is the same,

 3    correct?

 4    A.  Yes, sir.

 5    Q.  Again, everyone from the Saudi prince to the Saudi peasant,

 6    when they get to Mecca, they enter the same way and the same

 7    everything, right?

 8    A.  Yes, sir.

 9    Q.  Okay.  Because they're brothers, right?

10    A.  Yes, sir.

11    Q.  And all Muslims, it's the dream to go to Mecca, right?

12    A.  Correct, sir.

13    Q.  That's the -- what's it called?

14    A.  The house, the big black house in Mecca --

15    Q.  Right, the very --

16    A.  -- very big.

17    Q.  Okay.  And, in fact, that's in one of the videos; the

18    people walking around in circles around it, right?

19    A.  Yes, sir.

20    Q.  So certainly saying that one day I want to go to Mecca is

21    not saying I want to join ISIS?

22    A.  If you want to go to Mecca, that's not -- you're not

23    joining ISIS, yes.

24    Q.  Right.  And he never said, "I want to go to Syria"?

25    A.  He never said that, no.

1   **Q.** Never said "I want to go to Iraq"?

2   **A.** Never.

3   **Q.** Okay. And, in fact, his wife that he married is from

4   Indonesia, correct?

5   **A.** Correct, sir.

6   **Q.** Which is also a predominantly Muslim country, right?

7   **A.** Yes, sir.

8   **Q.** What is a -- what does the word -- and I'm going to butcher

9   this -- baqiyah -- b-a-q-i-y-a-h, Miss Court Reporter -- what

10  does that mean?

11  **A.** Baqiyah?

12  **Q.** Yeah.

13  **A.** Baqiyah, that's a phrase used from ISIS after the United

14  States destroy them. They announce to the world that we're

15  here: We're not gone. So they use the phrase "baqiyah," mean

16  we're here; we're staying.

17  **Q.** Okay. In fact, sir, the word, which is my question, means

18  to preserve, right?

19  **A.** To preserve?

20  **Q.** That's the Arab translation of that word, correct?

21  **A.** I never translate, but I know I'm from Middle East, and I

22  speak Arabic, and that's what ISIS use, so --

23  **Q.** Okay. But you know that the word itself, like we've been

24  talking about the word "brother" --

25  **A.** Yes, sir.

1   **Q.**  -- what it means, the word means to preserve?

2   **A.**  To preserve?

3   **Q.**  Yes.

4   **A.**  This is what you say, yes, sir.

5   **Q.**  Okay.  You don't know that?

6   **A.**  I know it's -- baqiyah means, like, we're here to stay.

7   **Q.**  Okay.  In fact, when Tommy sent you videos, he told you

8   that he was uploading them to baqiyah them, right?

9   **A.**  To baqiyah them?

10  **Q.**  Yes.  And he sent them from a site called "Baqiyah

11  English"?

12  **A.**  The videos?

13  **Q.**  Uh-huh.

14  **A.**  Well, he -- I remember he told -- like, he made a -- he

15  made a Telegram channel called "Baqiyah English," which is for

16  only ISIS videos with subtitles in English.  So it will be

17  easier for an English -- for people who speak English to

18  understand the video or like to know what's going on.  Because

19  most of ISIS videos, they're in Arabic.  And it's -- that's

20  very important, when you have English subtitle, people can

21  understand where is the attack, what's going on.

22  **Q.**  So I don't know much Arabic --

23  **A.**  Yes, sir.

24  **Q.**  -- but I know that "baqiyah" means to preserve and that he

25  sent you videos that he had uploaded to a site that says

1    "Preserved in English," right?

2    **A.** Baqiyah, yes, English.

3    **Q.** Okay.  And then nowhere in your discussions with him does

4    he ever say anything about ISIS when he's sending you those

5    videos?

6    **A.** I mean, you can go to the channel, and you see it's all

7    ISIS videos.

8    **Q.** They might be ISIS videos, but he told you he was doing it

9    to preserve them, right?

10   **A.** Yes.

11   **Q.** Because that's what the word means?

12   **A.** It's baqiyah, yeah.

13   **Q.** Yeah.  Okay.  Now you know what the word means?

14   **A.** It's baqiyah.  It's, like, here to stay.

15           MR. GREENBERG:  May I have one second, Judge, just

16   to --

17      (Brief pause.)

18   BY MR. GREENBERG:

19   **Q.** You spent a lot of time telling us about this script and he

20   shared this script with you, right?

21   **A.** Correct, sir.

22   **Q.** Okay.  And he was creating these channels, correct?

23   **A.** Yes, sir.

24   **Q.** And he said that what he was going to do was he was going

25   to post the stuff on Reddit, right?

Abbas - cross by Greenberg        1209

1    **A.**  Yes, sir.

2    **Q.**  And Reddit, again, is not the dark web?

3    **A.**  It's not.

4    **Q.**  And he told you that all he wanted to do was copy these

5    videos from one channel to another, right?

6    **A.**  Yes, sir.

7    **Q.**  So he told you that he was getting the videos from a

8    Telegram channel, right?

9    **A.**  Yes, sir.

10   **Q.**  And he was just -- had a way to transfer them and organize

11   them in a different Telegram channel?

12   **A.**  Well, he told me from a Telegram, and he told me he has

13   them -- stored them locally.

14         I did ask him, like, where you store them?  And he

15   said he store them locally in his computer.

16   **Q.**  Okay.

17   **A.**  Yes, sir.

18   **Q.**  So that just means he downloaded them?

19   **A.**  I don't know how he got them, sir.

20         MR. GREENBERG:  If I can just have one second, Judge.

21      (Brief pause.)

22   BY MR. GREENBERG:

23   **Q.**  By the way, when you were friends, you would send him stuff

24   also, right?

25   **A.**  Correct, sir.

1    **Q.** So it wasn't just a one-way street?  He wasn't just sharing

2    stuff with you; you were sharing stuff with him, correct?

3    **A.** Yes, sir.

4    **Q.** And you looked at that video of the people hugging, right,

5    and the heart on it?  Do you remember that -- or the picture?

6    I'm sorry, not the video.  The picture?

7    **A.** The --

8    **Q.** The two guys hugging and --

9    **A.** The one with the heart -- the emoji heart?

10   **Q.** The one with the heart.

11   **A.** Yes, sir.  Yes.

12   **Q.** Okay.  And he sent that to you?

13   **A.** Yes, he did.  He sent it.

14   **Q.** And there was nothing -- it wasn't illegal to send that,

15   right?

16            MR. JONAS:  Objection, Judge.  It's calling for a

17   legal conclusion.

18            MR. GREENBERG:  I'll rephrase it, Judge.

19   BY MR. GREENBERG:

20   **Q.** That was just a picture of two people with a heart, right?

21   **A.** Two people with a heart -- two ISIS people.

22   **Q.** Okay.  Two ISIS people with a heart, correct?

23   **A.** Yes, sir.

24   **Q.** But he didn't tell you that he knew them or talked to them

25   or hung out with them?

1    **A.** He didn't told me that, no.

2    **Q.** When you were trying to butter him up in this relationship,

3    you could tell him basically anything you wanted to tell him?

4    **A.** Yes, sir.

5    **Q.** So you told him that you love him, didn't you?

6    **A.** Yes, I told him that.

7    **Q.** You played video games with him, right?

8    **A.** Correct, sir.

9    **Q.** And you told him he was different than other people, right?

10   **A.** Yes, sir.

11   **Q.** Okay.  You told him that it was sedet for you guys to meet?

12   Am I pronouncing that wrong?

13   **A.** Sedet?

14   **Q.** Sedet, s-e-d-e-t is how I translated it.

15   **A.** I think you meant, sir, sudfa (phonetic), sudfa.

16   **Q.** Okay.  What does that mean?

17   **A.** It's like -- it's like it's very good thing that we met

18   like that, like unconditional, like no -- like it's just it's

19   something very good in Arabic, you know.  It's sudfa.  If we

20   met in sudfa, like, that's very good.

21           MR. GREENBERG:  Okay.  Judge, I was going to switch

22   to audio clips, and I know they have to get tested today.  Is

23   it --

24           THE COURT:  We're going to have to break at 10:30.

25           MR. GREENBERG:  Right.  I didn't know if you wanted

 1    to just break a few minutes early.  That's what I was --

 2              THE COURT:  No, let's use the time wisely.

 3              MR. GREENBERG:  Okay.  The boss is saying no.  If I

 4    can just have one second then.

 5              I would seek to admit, Judge, numerous audio

 6    clippings.  And I will -- they're labeled Exhibit 32-1 through

 7    32-3 -- and we can get you a list -- which -- excuse me one

 8    second.

 9         (Counsel conferring.)

10              MR. GREENBERG:  32-1 through 32-3, which are from

11    April 12th of 2019; 33-1 through 33-6, which are from May 9th

12    of 2019; 34-1 and 34-2 from August 12th of 2019; 35-1 through

13    3, which are from October 18th; 36-1 through 36-11, which are

14    from -- I'm sorry -- October 10th.  And the rest are from

15    November 18th, 37-1 and 37-2.

16              And we would seek to admit those.  I'll get you

17    a list, Barry.

18              MR. JONAS:  Judge, we're going to object.  The entire

19    recordings are in evidence already.

20              Just for point of clarification, I believe

21    Mr. Greenberg said for the 35 -- for the 35 series that that

22    was October 18th.  That was actually October 8th, just so we're

23    clear.

24              MR. GREENBERG:  Right.  Yes.  I misspoke.

25              THE COURT:  All right.  If they're already in

1    evidence, then you have permission to play them --

2              MR. GREENBERG:  Okay.

3              THE COURT:  -- with those exhibit numbers.

4              MR. GREENBERG:  And I should -- Judge, I should point

5    out that I did misspeak.  It was put together correctly by

6    Josie, who did pass the bar exam while the case has been

7    pending.

8              THE COURT:  Congratulations.  Thank you.

9              MS. FOSTER-GIMBEL:  Thank you.

10   BY MR. GREENBERG:

11   Q.  I want to ask you about the arrest.

12       (Discussion off the record.)

13             MR. GREENBERG:  Probably, but I'm going to ask a

14   couple more questions and take us to 10:30 instead.  Thank you.

15   BY MR. GREENBERG:

16   Q.  You said that you were there when Tommy was arrested,

17   correct?

18   A.  Yes, sir.

19   Q.  Okay.  So let me see if I understood what happened that

20   date.

21             You made arrangements to meet with him, right?

22   A.  Yes, sir.

23   Q.  And you told him you were meeting together to hang out,

24   right?

25   A.  Correct, sir.

1   **Q.** You guys were going to go eat?

2   **A.** Yes, sir.

3   **Q.** You were going to play video games?

4   **A.** Not video games.

5   **Q.** Okay.  You were going to go pray to the mosque?

6   **A.** Maybe we going to pray, yes, sir.

7   **Q.** All right.  You guys played a lot of videos games --

8   **A.** We did, yes.

9   **Q.** -- together, right?

10  **A.** Yes, sir.

11  **Q.** You would play video games even when you weren't in town,

12  right?

13  **A.** Yes, sir.

14  **Q.** Remotely, correct?

15  **A.** Yes.

16  **Q.** Okay.  And he told you that he was going to be so happy to

17  see you, right?

18  **A.** Yes, sir.

19  **Q.** Because you guys were best friends?

20  **A.** Yes, sir.

21  **Q.** And he so -- but he had school that day?

22  **A.** Yes, sir.

23  **Q.** So you waited for him to finish school around 6:00, right?

24  **A.** Yes, sir.

25  **Q.** And you said, "We'll go back to my hotel.  We'll hang out,"

1   right?

2   **A.** Correct, sir, yes.

3   **Q.** And at that point you knew that he was going to be

4   arrested, right?

5   **A.** Yes, sir, I knew.

6   **Q.** What contact did you have with him between October 10th and

7   November 18th?

8   **A.** What contact?

9   **Q.** Yeah.

10  **A.** Like what kind of messages or --

11  **Q.** Did you talk to him?

12  **A.** Yeah, we talked.

13  **Q.** Okay.  Did you see him?

14  **A.** I didn't see him.  I saw him in November.

15  **Q.** Okay.  October was when he had supposedly shared this with

16  you, this script, right?

17  **A.** Yes, sir.

18  **Q.** And was that on the 10th?

19  **A.** On the 10th, yes.

20  **Q.** All right.  So that's when -- when he had given you this --

21  this method to gather all these videos, right?

22  **A.** He gave it to me, and he showed me how.

23  **Q.** And showed you how to work it?

24  **A.** Yes, sir.

25  **Q.** Okay.  And then nothing happened until November 18th,

 1  right?

 2  **A.**  Nothing.

 3  **Q.**  And you said that when he -- when he was arrested they

 4  pretended to arrest you also, right?

 5  **A.**  Yes, sir.

 6  **Q.**  Because they didn't want anyone to know that you were

 7  cooperating -- you know, that you were a confidential

 8  informant, right?

 9  **A.**  Yes, sir.

10  **Q.**  Okay.  What exactly did you hear?

11  **A.**  I hear fighting, like --

12  **Q.**  Like describe it.

13  **A.**  Describe -- it's, like, I heard, like, "Stop," like

14  something like that.  You know, like in my head, like -- like I

15  twist so, because they took me out.  They took me to the

16  ground, and then I just heard like scream, you know, like "voo,

17  voo, voo" (phonetic), something like that.

18  **Q.**  Okay.  I don't know how the court reporter gets that, but

19  I'll leave that to her.

20  **A.**  It's like someone sitting the bed or something, because we

21  were sitting next to the bed.

22  **Q.**  Did you -- did you hear punching?

23  **A.**  Punching?

24  **Q.**  Yeah.

25  **A.**  No.

1   **Q.** Did you hear struggling?

2   **A.** A little bit struggling, yes.

3   **Q.** Did you hear lamps breaking?

4   **A.** I didn't hear that.

5   **Q.** Did you hear Tommy make a bolt for the door?

6   **A.** Bolt?

7   **Q.** Yeah, like run for the door?

8   **A.** No, I didn't see that.

9   **Q.** All right.  And you had told him that he should bring his

10  computer that day, right?

11  **A.** Yes, sir.

12  **Q.** Okay.  And so you knew he was coming home from school, and

13  you asked him to bring his computer, right?

14  **A.** Yes, sir.

15  **Q.** And he brought his computer, right?

16  **A.** Yes, sir.

17  **Q.** And today, I take it, is the first day you've seen him

18  since then?

19  **A.** Yes, sir.

20          MR. GREENBERG:  I guess I didn't take long enough.

21          THE COURT:  Are you ready to play the tapes now?

22          MR. GREENBERG:  Yeah, we can play them.

23          THE COURT:  Well, Claire, can we break now and bring

24  the jury up for testing?

25          THE CLERK:  Yes.

1     THE COURT:  Okay.  Folks, we're going to take a break

2   for testing.  You can also take a personal break while you're

3   at it.  And as soon as you get back, we'll resume

4   cross-examination.

5         THE CLERK:  All rise.

6     (Jury out.)

7         THE COURT:  Sir, while you're under adverse

8   examination by Mr. Greenberg --

9         THE WITNESS:  Yes, sir.

10        THE COURT:  -- you're not to talk about the case at

11  all with anybody --

12        THE WITNESS:  Yes, Your Honor.

13        THE COURT:  -- until he's finished.

14        THE WITNESS:  Yes, Your Honor.

15        MR. JONAS:  Judge, the FBI is going to, you know,

16  squirrel him away so --

17        THE COURT:  Well, other than the logistics of your --

18        MR. JONAS:  Thank you, Judge.

19        THE COURT:  -- entrance and exit.  Okay?

20        MR. GREENBERG:  What time, Judge?

21        THE COURT:  Probably -- well, as soon as they get

22  back.  I would guess it's going to be 20 minutes, 25 minutes.

23        MR. GREENBERG:  Okay.  Thank you.

24     (Recess from 10:26 a.m. until 10:54 a.m.)

25     (Jury in.)

```
 1              THE COURT:  All right, folks.  Please be seated.
 2   Thank you for your cooperation with the testing.
 3              All right.  Mr. Greenberg, you're ready to play
 4   these?
 5              MR. GREENBERG:  I am, Judge.  Thank you.
 6              THE CLERK:  Oh, one minute.
 7         (Brief pause.)
 8              A JUROR:  Thank you.
 9              THE COURT:  You're very welcome.
10              All right, Mr. Greenberg.
11   BY MR. GREENBERG:
12   Q.  Okay.
13   A.  Yes, sir.
14   Q.  All set?
15   A.  Yes, sir.
16   Q.  All right.  You -- earlier we were talking about a couple
17   of things that I just want to circle back to for a brief
18   moment.
19              The pictures of the wedding, you saw the pictures of
20   the wedding, right?
21   A.  Yes.
22   Q.  And it was a traditional Muslim wedding, right?
23   A.  Yes, sir.
24   Q.  What people were wearing, that's what people wear in a
25   Muslim wedding, correct?
```

1    **A.** Yes, sir.

2    **Q.** Okay.  So the man is in the white -- what do call that?

3    **A.** It depends.  It's culture.  Sometimes they wear dishdasha,

4    means like a long dress.  Sometimes they wear, like, normal

5    like dress like me, you know.

6    **Q.** And the wife in her -- what is that called?  What she was

7    wearing?

8    **A.** Burka.

9    **Q.** A burka.

10   **A.** Yes.

11   **Q.** Okay.  And that it's not unusual that she could only see

12   out of her eyes, and her face was covered?  Nothing unusual

13   about that, right?

14   **A.** It's normal.  That's what Muslim is, yes.

15   **Q.** Okay.

16   **A.** Some Muslims, they dress like that.

17   **Q.** All right.  I just wanted to check.

18   **A.** Yes, sir.

19   **Q.** And you said that it would have been a problem if you ever

20   referred to the brothers as ISIS or brothers in the State; is

21   that right?

22   **A.** A problem?

23   **Q.** Yeah.  Like it would have -- it would have alerted that

24   something is up because people don't talk like that?

25   **A.** Yes.  If, like, I'm talking about ISIS and I'm calling them

1    "brother," like, yes, that's not good.

2    **Q.** Okay. So if you had said that you wanted Tommy to do

3    something for the brothers in the State, would that have raised

4    the antenna and the red flags?

5    **A.** When he wants to do something for the brothers?

6    **Q.** Yeah.

7    **A.** Yes, of course.

8    **Q.** Okay. So let me make sure I understand.

9         If Tommy wants to do something for the brothers and

10   you then said you're doing this for the brothers in the State,

11   that would -- that would cause alarm, right?

12   **A.** That's -- that's ISIS, yes.

13   **Q.** Okay. And you would never openly talk like that, right?

14   **A.** I would never openly talk like that, yes.

15   **Q.** Okay. Because that would be a signal to him that maybe

16   there was a problem here, right?

17   **A.** Yes.

18   **Q.** Okay. And at that point you were his friend. He certainly

19   didn't know that you were an FBI informant, right?

20   **A.** He doesn't know, no.

21   **Q.** But he knew that the FBI was -- had looked at him, right?

22   **A.** He told me they harassed him.

23   **Q.** They had harassed him, right?

24   **A.** Yes, sir.

25   **Q.** He told you how they had followed him?

1    **A.** Yes, sir.

2    **Q.** He told you how they had come to his home, right?

3    **A.** I don't know.  I don't think he told me about that.  I

4    don't know, yes.

5            MR. GREENBERG:  Okay.  All right.  Can we just play

6    the beginning of clip 506-1?

7            I didn't tell you to switch.  He did.

8    BY MR. GREENBERG:

9    **Q.** I want you to listen to the beginning of this clip from

10   October 10th of 2019.

11   **A.** Yes, sir.

12   **Q.** Thank you.

13       (Said audio recording played in open court.)

14           MR. GREENBERG:  Okay.  Can we pause it for a minute?

15   And can you -- the volume didn't come on.  Can you start it

16   again?

17       (Said audio recording played in open court.)

18   BY MR. GREENBERG:

19   **Q.** Okay.  Stop.  Okay.  So -- and this is in the transcript

20   binder, by the way, as Government Exhibit 506-1.

21           So this is a conversation on October 10th, correct?

22   **A.** Correct, sir.

23   **Q.** And you've listened to this conversation, right?

24   **A.** Yes, sir.

25   **Q.** And you've compared it to the transcripts, right?

1   **A.** Yes, sir.

2   **Q.** And you referred to the brothers in the Dawlah?

3   **A.** Dawlah, yes, sir.

4   **Q.** Okay. And Dawlah is the State, right?

5   **A.** Yes, sir.

6   **Q.** So you've said there exactly what you told us you wouldn't

7   say, right?

8   **A.** In that meeting I said because we talked about ISIS.

9   **Q.** Okay. This is the very beginning of the meeting, right?

10  **A.** Yes, sir.

11  **Q.** Every time you met with Tommy, everything was recorded,

12  correct?

13  **A.** Yes, sir.

14  **Q.** And even when you guys played video games, you recorded it,

15  right?

16  **A.** Yes, sir.

17  **Q.** There's a lot of recordings of you guys, right?

18  **A.** A lot, yes, sir.

19  **Q.** Hours and hours and hours and hours, right?

20  **A.** Yes, sir.

21  **Q.** Dozens of hours?

22  **A.** Yes, sir.

23  **Q.** Okay. At the beginning of this conversation, there's no

24  description; no one says we're talking about ISIS or anything

25  like that, right?

1    **A.**  In the beginning?

2    **Q.**  Yeah.  I mean, that's the fifth line of the conversation,

3    sixth line.

4    **A.**  It's -- we're meeting so we can -- he can show me the code,

5    the script, how the script works, and it's about ISIS script.

6    **Q.**  Right.  Okay.

7            MR. GREENBERG:  Can you resume playing it?

8         (Said audio recording played in open court.)

9    BY MR. GREENBERG:

10   **Q.**  Okay.  So you said it again, right?

11   **A.**  Yes, sir.

12   **Q.**  So you said it twice in that conversation?

13   **A.**  Correct, sir.

14   **Q.**  And this is the only time in all of these conversations

15   that you actually say that, right?

16   **A.**  In all -- well, I said it before.

17   **Q.**  You said "the State" before?

18   **A.**  Yeah.

19   **Q.**  Okay.  You referred to it in conversations before?

20   **A.**  Yes, sir.

21   **Q.**  You never said "brothers in the State" any other time in

22   any other conversation?

23   **A.**  Everything changed after the August meeting.

24   **Q.**  Okay.  Do you understand my question?

25   **A.**  Yes, sir.

Abbas - cross by Greenberg                    1225

1  **Q.** This is the only time you say "brothers in the State,"

2  right?

3  **A.** Yes, because --

4  **Q.** Out of these dozens of hours?

5  **A.** I think I said it more.

6  **Q.** Okay.  We'll see.

7  **A.** Yes, sir.

8  **Q.** The -- and when you say that to him, this is when you're

9  asking him also to send you the screenshots, which he never

10  sends?

11  **A.** Correct, sir.

12  **Q.** All right.  Let's go to when you guys first met.

13        And these are from your April 12th, 2019, meeting?

14  **A.** Yes, sir.

15  **Q.** And I'm sorry.  I don't have transcripts.

16        Okay.  He's going to play it because apparently I

17  didn't do it properly.  Thank you.

18     (Said audio recording played in open court.)

19  BY MR. GREENBERG:

20  **Q.** All right.  So were you able to hear that?

21  **A.** Yes, sir.

22  **Q.** Okay.  And, in fact, this is very early on.  This is -- is

23  this the first meeting?

24  **A.** Yes.

25  **Q.** This is at the coffee shop, right?

1   **A.**  This is the second meeting.

2   **Q.**  The second meeting?

3   **A.**  Yes, sir.

4   **Q.**  When was the first meeting?

5   **A.**  February.

6   **Q.**  February was the first meeting?

7   **A.**  2019, yes.

8   **Q.**  Okay.  And that's when you went over the --

9   **A.**  Survey.

10  **Q.**  -- the survey with him, right?

11  **A.**  Correct, sir.

12  **Q.**  Told him that this was the survey that the FBI had set up?

13  **A.**  I didn't tell like --

14  **Q.**  No, no, you didn't tell him that, but this was the survey

15  the FBI set up?

16  **A.**  Yes, sir.

17  **Q.**  Okay.  To get you in with Tommy, right?

18  **A.**  Yes, sir.

19  **Q.**  And so the next time you're in town, you guys go for

20  coffee, right?

21  **A.**  Correct, sir.

22  **Q.**  And you tell him how the first time you met him your heart

23  opened?

24  **A.**  Yes, sir.

25  **Q.**  Which is a very significant thing to say to a brother

1  Muslim, isn't it?

2  **A.** Very significant, yes.

3  **Q.** And Tommy says, everything I do is because of you?

4  **A.** No. Okay. This is -- towards the end you can see he said,

5  "everything I do, fisabilillah." That mean for Allah, not for

6  me, so --

7  **Q.** So when he said everything I do is because of you, he

8  wasn't referring to you. Did he point to the sky or point to

9  Mecca or --

10 **A.** He said, "fisabilillah." That means for Allah.

11 **Q.** He said what?

12 **A.** "Fisabilillah." It's --

13         MR. GREENBERG: Can you play the last part of that

14 clip again, please?

15     (Said audio recording played in open court.)

16 BY THE WITNESS:

17 **A.** "Fisabilillah," yes, sir.

18 BY MR. GREENBERG:

19 **Q.** Is that what -- okay. So he said everything he does is

20 because of Allah?

21 **A.** Yes, sir. It's like this is what sometimes ISIS use when

22 they do, like, a suicide bomber or, like, attack. They compare

23 sometimes Muslim use, so you can't really, like, tell. But

24 it's, like, he said, not for me, for Allah.

25 **Q.** Okay. So you do a great job of telling us every time

1   anyone says anything about Allah, it's for ISIS.  Okay?

2   **A.**  For ISIS, yes.

3   **Q.**  That's -- any time a Muslim says "Allah," they mean ISIS?

4   **A.**  No.

5   **Q.**  So when he's -- you've just met this guy, right?

6   **A.**  Yes, sir.

7   **Q.**  And you're telling me that while he's sitting -- was this a

8   Starbucks?

9   **A.**  No.  This is --

10  **Q.**  An --

11  **A.**  -- we were driving.

12  **Q.**  Huh?

13  **A.**  I think maybe like we're eating.

14  **Q.**  Okay.  And this guy just says to you, whatever that phrase

15  is about Allah, and you're saying that he meant ISIS, just out

16  of the blue?

17  **A.**  He didn't mean ISIS, no.

18  **Q.**  Oh, he didn't mean ISIS?

19  **A.**  No.

20  **Q.**  He was saying everything he did was for God?

21  **A.**  Yes.

22  **Q.**  Okay.  And you're saying that ISIS fighters say that,

23  right?

24  **A.**  Sometimes ISIS, sometimes like other groups, normal Muslim,

25  too.

1   **Q.**  Normal Muslims say that, too, right?

2   **A.**  Yeah.

3   **Q.**  People say they do stuff for God, right?

4   **A.**  Yes.

5   **Q.**  Do you ever watch a sporting event?

6   **A.**  Soccer.

7   **Q.**  Okay.

8   **A.**  Yes.

9   **Q.**  You watch soccer.  You ever watch baseball?

10  **A.**  No, sir.

11  **Q.**  You never saw a guy hit a home run, cross home plate, cross

12  himself, and point up at the sky like he just hit the home run

13  for God?

14          MR. JONAS:  Objection, Judge.

15  BY THE WITNESS:

16  **A.**  I really don't know baseball, sir.

17          THE COURT:  No need to object.

18          MR. GREENBERG:  Can we play 32-2?

19      (Said video recording played in open court.)

20  BY MR. GREENBERG:

21  **Q.**  Okay.  And there, again, you're just telling him how much

22  better he was at this than everyone else, right?

23  **A.**  Yes, sir.

24  **Q.**  And that's part of your persona and your role of buttering

25  him up and getting him close to you, right?

1  **A.** Yes, sir.

2  **Q.** So you could talk to him about anything?

3  **A.** Yes, sir.

4        MR. GREENBERG:  32-3.

5     (Said video recording played in open court.)

6  BY MR. GREENBERG:

7  **Q.** Okay.  Let me just ask -- I thought I heard that word

8  "sedet" that you told me earlier I didn't get right.

9  **A.** "Sedet"?

10  **Q.** That's what I thought you said.

11  **A.** Setup from Allah.

12  **Q.** I'm sorry?

13  **A.** Setup from Allah, from God.

14  **Q.** And what does that mean?

15  **A.** This is like a setup from God to meet.

16  **Q.** Like a blessing from God that we met?

17  **A.** Yes, sir.

18  **Q.** So you're telling him there that you guys are brothers now,

19  right?

20  **A.** Yes, sir, so I can build a good rapport.

21  **Q.** Right.  You're brothers.  You're not referring to ISIS

22  brothers; you're just brothers, right?

23  **A.** Yes, sir.

24  **Q.** Okay.  And you're telling him that Allah -- it's like a

25  gift from Allah that you've come into each other's lives?

1    **A.** Yes, sir.

2    **Q.** Right?

3    **A.** Yes, sir.

4    **Q.** And you're telling him that even though you told us that in

5    the first conversation he said everything he does is because of

6    ISIS?

7    **A.** In the first?

8    **Q.** Well, in the first clip we played, you said when he said

9    "Allah," he must have been talking about ISIS?

10   **A.** No.

11   **Q.** No, you didn't say that?

12   **A.** He said because -- you told -- you asked me because he said

13   it because he do it for me.

14              I told you, no, sir.  He do it for Allah,

15   "fisabilillah."

16   **Q.** Okay.  My misunderstanding.

17   **A.** Sorry, sir.

18   **Q.** All right.  Now we're on to conversations from the next

19   time you saw him, was May 9th of 2019, right?

20   **A.** Yes, sir.

21   **Q.** So about a month later you come back into town, right?

22   **A.** Yes, sir.

23   **Q.** You tell him you're coming here for work?

24   **A.** Yes, sir.

25   **Q.** Okay.  Thank you.

1          (Said video recording played in open court.)

2     BY MR. GREENBERG:

3     **Q.** Okay.  And that's just in the car, right?

4     **A.** Yes, sir.

5     **Q.** You knew that all these conversations were being recorded,

6     correct?

7     **A.** Yes.

8     **Q.** Are you wearing a camera also?

9     **A.** I was wearing a camera, yes.

10    **Q.** I take it you didn't tell him you were recording on it?

11    **A.** I didn't tell him, yeah.

12    **Q.** Okay.

13    **A.** I can't tell him.

14          MR. GREENBERG:  Can we play 33-2?  Thank you.

15          (Said audio recording played in open court.)

16    BY MR. GREENBERG:

17    **Q.** So in May of 2019, he's telling you how the FBI has looked

18    into him, right?

19    **A.** Yes, he told me they're harassing him.

20    **Q.** Right.  Of course, you knew it, but you're faking surprise,

21    right?

22    **A.** Yes, sir.

23          MR. GREENBERG:  All right.  And can we play 33-3?

24          (Said audio recording played in open court.)

25    BY MR. GREENBERG:

Abbas - cross by Greenberg                          1233

1    **Q.** Okay.  And you guys are going to get coffee, you decide,

2    right?

3    **A.** Yes.

4    **Q.** And he's calling you "bro," isn't he, in that clip?

5    **A.** Yes.

6    **Q.** All right.  He wasn't referring to ISIS bro?

7    **A.** No.

8    **Q.** Okay.  And you're telling him it's okay to watch stuff on

9    YouTube, right?

10   **A.** Yes, sir.

11   **Q.** You're -- and he's been telling you about the FBI following

12   him and the FBI saying stuff, right?

13   **A.** Yes, sir.

14   **Q.** And he's told you what he was watching, right?

15   **A.** Yes, he told me about YouTube.

16   **Q.** And you tell him -- you're the FBI.  You tell him it's

17   okay?

18   **A.** I'm not the FBI but --

19   **Q.** Well, you're working for the FBI?

20   **A.** Yes, sir.

21   **Q.** And you tell him it's okay, right?

22   **A.** To watch video on YouTubes, yes, it's okay.

23   **Q.** Okay.  And to watch those kind of videos?

24   **A.** On YouTube, yes.

25            MR. GREENBERG:  Can we play the next clip, please?

 1           (Said audio recording played in open court.)

 2                MR. GREENBERG:  Can you stop that?

 3      BY MR. GREENBERG:

 4      **Q.**  Now, what did you ask him there?

 5      **A.**  Like, do you talk to mujahideen?

 6      **Q.**  And who is the mujahideen?

 7      **A.**  Mujahideen is like the ISIS.

 8      **Q.**  And you asked him.  What did he say?

 9      **A.**  No.

10      **Q.**  "Of course not"?

11      **A.**  He said no, yes.

12      **Q.**  He said, "No, of course not," right?

13      **A.**  Yes, sir.

14      **Q.**  Because he hadn't, right?

15      **A.**  Can you repeat that, sir?

16      **Q.**  Never mind.

17               Can you keep playing it?

18           (Said audio recording played in open court.)

19      BY MR. GREENBERG:

20      **Q.**  Okay.  So, in fact, you guys have a discussion how you can

21      see this stuff on YouTube, right?

22      **A.**  Yes, sir.

23      **Q.**  Archive.org, right?

24      **A.**  Yes, sir.

25      **Q.**  And Jihadology, right?

1    **A.**  Yes, sir.

2    **Q.**  And, in fact, he says that he thinks Jihadology is run by

3    Jewish intelligence, right?

4    **A.**  Correct, sir.

5    **Q.**  All right.  And you say, yeah, you can watch this stuff,

6    right?

7    **A.**  YouTube maybe you can, but I told him -- I warned him about

8    the other websites.

9    **Q.**  You warned him in there?  Did I --

10   **A.**  Yes, sir.

11   **Q.**  Did you just warn him?

12   **A.**  Yeah, maybe not about, like, YouTube, yeah, but the other

13   website -- like Archive is being watched, so --

14   **Q.**  You told him it's being watched?

15   **A.**  Yes, sir.

16   **Q.**  Right.  And that if he's watching this stuff, he should be

17   careful, right?

18   **A.**  Yes, sir.

19   **Q.**  But these are all public websites, right?

20   **A.**  Yes, sir.

21   **Q.**  Anyone could go to them and watch this stuff, right?

22   **A.**  Yes, sir.

23              MR. GREENBERG:  33-5.

24         (Said audio recording played in open court.)

25   BY MR. GREENBERG:

Abbas - cross by Greenberg                    1236

1   **Q.** Okay. And, again, you're just -- as we've discussed, I

2   think, plenty, you're just buttering him up, right?

3   **A.** Yes, sir, I'm just trying to build a rapport still.

4   **Q.** And months go by before you saw him again, correct?

5   **A.** Yes, sir.

6   **Q.** During those months you guys are playing video games?

7   **A.** We did once, yes.

8   **Q.** Only once?

9   **A.** I think once, yeah.

10  **Q.** Okay. You're texting back and forth, right?

11  **A.** Yes, sir.

12  **Q.** And then the next time you see him is in August?

13  **A.** Yes, sir.

14  **Q.** And this is what I think you've told us -- this is the

15  transformational meeting, right?

16  **A.** Yes, sir.

17  **Q.** This is the meeting where all of a sudden "brother" starts

18  meaning something different than "brother"?

19  **A.** Yes, sir.

20  **Q.** And, of course, that was an in-person meeting?

21  **A.** In person, yes.

22  **Q.** It was recorded?

23  **A.** It was recorded.

24          MR. GREENBERG:  Okay. Can we play clip 34-1?

25       (Said audio recording played in open court.)

1    BY MR. GREENBERG:

2    Q.  Okay.  So that's from that transformational meeting, right?

3    A.  Yes, sir.

4    Q.  And you talk about your job.  You guys are talking about

5    how people discriminate against Muslims.  They don't like

6    Muslims, right?

7    A.  Yes.  Yes, sir.

8    Q.  He says, you know, just ignore it, right?

9    A.  Yes, sir.

10   Q.  Be thicker skinned, right?

11   A.  Yes, sir.

12   Q.  Okay.  And that whole meeting was recorded, correct?

13   A.  Yes, sir.

14          MR. GREENBERG:  All right.  They're queueing up the

15   other one, which is from the -- what the government played,

16   Judge.  So one moment, please.

17   BY MR. GREENBERG:

18   Q.  This is from Government 504-1, which is in the binders as

19   Exhibit 504-1.

20          You don't -- well, you can listen.  You were there

21   so --

22   A.  Oh, sorry.

23   Q.  You can look at the binder, too, if you want.

24   A.  Yes, sir.

25   Q.  I was just saying it for the benefit of the jury.

1          MR. GREENBERG:  Does it work?  If I were doing this,

2    we'd be here until Tuesday.  One second, Judge.  She's getting

3    the pinwheel.

4          Do you have 504-1?

5          MR. JONAS:  I do.

6          MR. GREENBERG:  Can you play it?

7          MR. JONAS:  I can.

8          MR. GREENBERG:  Thank you.  I apologize.

9        (Brief pause.)

10         MR. GREENBERG:  Can we play it?  Thank you.

11       (Said audio recording played in open court.)

12   BY MR. GREENBERG:

13   **Q.**  So I paused it for a moment.

14   **A.**  Yes, sir.

15   **Q.**  He's showing you something, right?

16   **A.**  Yes, sir.

17   **Q.**  What is he showing you?

18   **A.**  All his ISIS channel.

19   **Q.**  Well, you -- all his channels, right?

20   **A.**  Yes.

21   **Q.**  Okay.  There was no title that said "all ISIS channels,"

22   right?

23   **A.**  There is, yes.

24   **Q.**  On what he's showing you?

25   **A.**  Yes, sir.

1  **Q.** It says, "all ISIS channels"?

2  **A.** It's the Furqan, Himma.  It's all there.  It's showing

3  you --

4  **Q.** Okay.  So it's got the names of the different ones, right?

5  **A.** Yes, sir.

6  **Q.** All right.  These are different entities, correct?

7  **A.** Of ISIS, yes.

8  **Q.** Okay.  You knew that you were wearing a wire, right?

9  **A.** Yes, sir.

10 **Q.** You knew that you were wearing video, correct?

11 **A.** Correct, sir.

12 **Q.** Okay.  And you could have asked him, "Where did you get

13 this from," right?

14 **A.** I could have.

15 **Q.** You didn't?

16 **A.** No.

17 **Q.** You could have asked him, "How did you get this"?

18 **A.** I did, and eventually, like, I did ask him after, yes.

19 **Q.** And he told you that he got it from the public domain,

20 right?

21 **A.** No.

22 **Q.** Where did he tell you he got it?

23 **A.** He got it from the brothers.

24 **Q.** He said he said he got it from a brother off of Telegram,

25 right?

1   **A.** And Sahr Al-khilafa.

2   **Q.** Okay. He actually told you he got it from them or they

3   originally put it out?

4   **A.** They put it out, yes.

5   **Q.** They put it out, right?

6   **A.** Yes.

7   **Q.** So everything originates somewhere, right?

8   **A.** Yes.

9   **Q.** So he never told you he got it from them?

10  **A.** He told me that's where he got them from, yes.

11  **Q.** Well, you just said two different things.

12          You said he told you that they put it out, or did he

13  tell you that he got it from them or they put it out?

14  **A.** He got -- because he knows -- he knows them. He got it

15  from Sahr Al-khilafa.

16  **Q.** So he --

17  **A.** But that's not --

18  **Q.** He told you that he knows somebody on the inside?

19  **A.** Yes.

20  **Q.** He told you that?

21  **A.** Like, he told me about the brothers or Sahr Al-khilafa.

22  **Q.** Okay. You're telling me that there's a recording of him

23  telling you "I got a guy on the inside who is giving me this

24  stuff"?

25  **A.** Not -- not exactly a guy from the inside, but he said the

1   brothers of Sahr Al-khilafa, which mean them, ISIS.

2   **Q.** Well, to you it might have meant them because that's what

3   you want it to mean?

4   **A.** It's what --

5           MR. JONAS:  Objection.

6   BY MR. GREENBERG:

7   **Q.** But he says "brothers" the same as he said "brothers" the

8   first day you met him, right?

9           MR. JONAS:  Objection to the form of the question.

10          THE COURT:  I think just answer the last part of the

11  question.

12          THE WITNESS:  Can I answer?

13  BY MR. GREENBERG:

14  **Q.** He's saying "brothers" the same as he said it since he

15  first met you?

16  **A.** In this content, no, it's not the same.

17  **Q.** Does he use a different tone of voice?

18  **A.** It's the -- because we're talking about ISIS brothers.

19  **Q.** Does he use a different tone of voice?

20  **A.** No.  Same voice.

21  **Q.** Does he have a different face on?  Is he dressed

22  differently?

23  **A.** No.

24  **Q.** Is he throwing up some secret sign or anything?

25  **A.** No.

1   **Q.** He's not saying it's the Dawlah, or whatever the word is,

2   right?

3   **A.** No.

4            MR. GREENBERG: Can we finish playing? I'm sorry.

5   I've got it.

6   BY MR. GREENBERG:

7   **Q.** I'm going to play the rest of the clip.

8   **A.** Yes, sir.

9       (Said audio recording played in open court.)

10  BY MR. GREENBERG:

11  **Q.** Okay. And then you guys go get coffee, right?

12  **A.** Yes, sir.

13  **Q.** After the big bonding reveal moment, right?

14  **A.** Yes, sir. Yes, sir.

15           MR. GREENBERG: Okay. Can we go back to Sam's

16  computer, please?

17           Thank you, Mr. Jonas. Do you want me to --

18           MR. JONAS: Sure.

19           MR. GREENBERG: Can you play the next one, 34-2?

20      (Said audio recording played in open court.)

21  BY MR. GREENBERG:

22  **Q.** That's the end of that meeting on August 12th, right?

23  **A.** Yes.

24  **Q.** You're saying your good-byes, right?

25  **A.** Yes, sir.

 1   **Q.**  He's saying thank you, right?

 2   **A.**  Yes, sir.

 3   **Q.**  Thank you for the coffee, right?

 4   **A.**  Yes, sir.

 5   **Q.**  Thank you for -- did you buy him food, too?

 6   **A.**  Yes, sir.

 7   **Q.**  That's -- so the end of the -- no "you've changed my life"

 8   or "we're brothers in arms" or anything like that, right?

 9   **A.**  No, sir.

10   **Q.**  And that's the transformational meeting?

11   **A.**  Yes, sir.

12          MR. GREENBERG:  Can we play 35-2?

13   BY MR. GREENBERG:

14   **Q.**  Now we're to October -- is it October 8th of 2019 or --

15   **A.**  Yes, sir.

16   **Q.**  Okay.  We're to October 8th.

17          MR. GREENBERG:  35-2, please.

18       (Said audio recording played in open court.)

19   BY MR. GREENBERG:

20   **Q.**  What is -- you told him about jannah, right?

21   **A.**  Yes, sir.

22   **Q.**  What is jannah?

23   **A.**  Jannah is heaven.

24   **Q.**  Heaven?

25   **A.**  Yes.

1   **Q.** Does it -- paradise, is that also --

2   **A.** Yes, sir.

3   **Q.** So that's an aspirational goal of a good Muslim, right?

4   **A.** Yes, sir.

5   **Q.** To go to heaven, right?

6   **A.** Yes, sir.

7   **Q.** Or paradise when they die?

8   **A.** Yes, sir.

9   **Q.** Okay.  And you were telling him that he deserved to go to

10  heaven?

11  **A.** Yeah.  Yes, sir.

12  **Q.** Right?

13  **A.** Yes, sir.

14  **Q.** Okay.  So, again, you're mic'd up.  You know this is being

15  recorded, right?

16  **A.** Yes, sir.

17  **Q.** You don't say, because of the good work you're doing,

18  brother, for the Dawlah -- am I pronouncing it right?

19  **A.** Dawlah, yes.

20  **Q.** -- Dawlah, you deserve to go to paradise?  You don't say

21  anything like that, right?

22  **A.** No, sir.

23  **Q.** You tell him because he's a good Muslim brother --

24  **A.** Yes, sir.

25  **Q.** -- he deserves to go to paradise, right?

1    **A.** Yes, sir.

2    **Q.** Because he's going to the mosque, and he's -- he did

3    Ramadan, and he did all the things that a good Muslim brother

4    does, right?

5    **A.** Yes, sir.

6    **Q.** And then you guys talk about things on Reddit, right?

7    **A.** Yes, sir.

8    **Q.** And Reddit, of course -- I think I covered this already --

9    but Reddit is like looking at Facebook, right?

10   **A.** It's kind of, yes.

11   **Q.** All right.  But it's organized by -- maybe a little more

12   controversial by topic?

13   **A.** Yes, sir.

14   **Q.** Less ads?

15   **A.** Less ads, yes.

16          MR. GREENBERG:  All right.  Can you play 35-3?

17       (Said audio recording played in open court.)

18   BY MR. GREENBERG:

19   **Q.** Okay.  And that's kind of the end.  You guys are going to

20   play video games together, right?

21   **A.** Yes, sir.

22   **Q.** So that meeting was from October 8th of 2019, right?

23   **A.** Correct, sir.

24   **Q.** And this is after you guys have had the transformation in

25   the relationship?

1  **A.** Yes, sir.

2  **Q.** And then when was the next time you saw him, do you

3  remember?

4  **A.** 10/10.

5  **Q.** The 10th?

6  **A.** Yes, sir.

7  **Q.** So you were still in town?

8  **A.** Correct, sir.

9  **Q.** And you were coming to town just to see him, right?

10  **A.** Yes, sir.

11  **Q.** But he didn't know that?

12  **A.** He didn't know, no.

13  **Q.** He thought you were coming on legitimate business, part of

14  the persona?

15  **A.** Yes, sir.

16  **Q.** Now, back -- you have a contract now, correct? You have a

17  written contract about your work?

18  **A.** With the FBI or --

19  **Q.** Yes.

20  **A.** Yes, sir.

21  **Q.** Okay. Did you have a written contract back when you were

22  doing this work in 2019?

23  **A.** I didn't have contract. I don't think so.

24  **Q.** So how were you paid? Were you paid monthly? Were you

25  paid by the meeting, by the conversation?

 1    **A.**  Monthly.

 2    **Q.**  Monthly.  So you still were getting paid monthly, right?

 3    **A.**  Yes, sir.

 4    **Q.**  And back then you were getting -- do you recall how much a

 5    month?

 6    **A.**  It's approximately, like, I would say, 8,600.

 7    **Q.**  Okay.  And now you make 9,600?

 8    **A.**  9,200, yes.

 9    **Q.**  Okay.  And that's a month?

10    **A.**  Yes, but before I didn't -- like I only started making

11    that, like, in 2019.

12    **Q.**  Okay.  And, again, you don't remember the bonus you got for

13    this case?

14    **A.**  I don't know I got a bonus, sir.

15             MR. GREENBERG:  Can we play 36-1, please?

16          (Said video recording played in open court.)

17             MR. GREENBERG:  Can you stop it for a second?

18    BY MR. GREENBERG:

19    **Q.**  There was that phrase again, "the brothers in Dawlah"?

20    **A.**  Yes, sir.

21    **Q.**  Right?  Okay.

22             And so you say it, right?

23    **A.**  Yes, sir.

24    **Q.**  And he doesn't say anything, right?

25    **A.**  Yes, sir.  He agreed --

1  **Q.**  And you ask him to -- you say to him:  "You got to send me
2  the screenshots" --
3  **A.**  Yes, sir.
4  **Q.**  -- right?
5  **A.**  Yes, sir.
6  **Q.**  And he never does?
7  **A.**  He never.
8  **Q.**  Now, you got asked earlier when you asked him about sending
9  this stuff, did he say "No," right?  Do you remember being
10  asked that on direct?
11  **A.**  Yes, sir.
12  **Q.**  He didn't say yes, did he?
13  **A.**  He didn't say yes to what?
14  **Q.**  To sending the screenshot.  He doesn't say yes?
15  **A.**  He said, yes, I will send it.
16  **Q.**  He says that?
17  **A.**  Yes.
18  **Q.**  In what we just heard?
19  **A.**  Later on he said, I will go home, and then I will make it
20  better and send it.
21  **Q.**  There's a conversation where he says, I will go home, I
22  will make it better, and I will send you the screenshots?
23  **A.**  Correct, sir.
24  **Q.**  Okay.
25  **A.**  In the same meeting on the 10th.

1   **Q.** In the same meeting?

2   **A.** Yes, sir.

3   **Q.** Okay.  When you ask him here for the screenshots for the

4   brothers in the --

5   **A.** In Dawlah.

6   **Q.** -- I'm going to just use the word "State."

7   **A.** Yes, sir.

8   **Q.** Okay?  He doesn't say that he's going to send them to you,

9   right?

10  **A.** He said he will, yes.

11  **Q.** What we just heard?

12  **A.** I mean, like his -- he's accepting that, yes.  He didn't

13  say no.

14  **Q.** He didn't say yes?

15  **A.** He's like -- said yeah, like kind of, like, pointed his

16  head, yeah.

17  **Q.** So he shook his head?

18  **A.** Yes, sir.

19  **Q.** Okay.  So these last three meetings you had with him took

20  place in a hotel room, right?

21  **A.** Yes, sir.

22  **Q.** Your hotel room, right?

23  **A.** Yes, sir.

24  **Q.** You knew that you were going to bring him back to your

25  hotel room, correct?

1    **A.**  I knew, yes.

2    **Q.**  They outfitted your hotel room so they could capture these

3    conversations, right?

4    **A.**  Yes, sir.

5    **Q.**  They had video, right?

6    **A.**  Yes, and I --

7    **Q.**  They had audio, right?

8    **A.**  Yes, sir.

9    **Q.**  And so you're telling me that there's some video, then, of

10   him shaking his head, thumbs up, something like that?

11   **A.**  He was working on the -- on the laptop, so he's like

12   agreeing, generally agreeing.  Like -- like he didn't say --

13   like when I said don't send -- like send me the screenshot, he

14   said -- he didn't say, like, no, I'm not going to send you.

15   **Q.**  Right, and he didn't say, yes, I'm going to send them?

16   **A.**  In the meeting, he said yes.  He said he will go home, make

17   them better, and then send it to me.

18          MR. GREENBERG:  Okay.  Can we keep playing it?

19       (Said audio recording played in open court.)

20          THE COURT:  Let me just stop you for a second.  Can

21   you pause it?

22          This, as far as I can tell, is 506-1 in the book?

23          MR. GREENBERG:  I'm sorry, what?

24          THE COURT:  It's Government 506-1 in the book if the

25   jury wants to follow along in the transcript.

 1              MR. GREENBERG:  Oh, okay.  Yeah, I'm sorry, Judge.

 2      That's true.

 3              THE COURT:  Okay.

 4              MR. GREENBERG:  Do you want me to -- we can start it

 5      over.  Maybe that would be better from the -- it's not that

 6      long.

 7              THE COURT:  You don't have to.

 8              MR. GREENBERG:  Okay.

 9         (Said audio recording played in open court.)

10      BY MR. GREENBERG:

11      Q.  And, of course, he's telling you how he got this from some

12      brother, right?

13      A.  Yes, sir.

14      Q.  And you don't know if this person actually exists, this

15      brother in Tunis?

16      A.  I don't know, no.

17      Q.  Right.  You don't know if the person he's referring to is

18      actually another FBI employee?

19      A.  I don't know, but he told me he helped him --

20      Q.  Right.

21      A.  -- save --

22      Q.  He told you he helped him, right?

23      A.  Yes, sir.

24      Q.  He doesn't say that he got it from ISIS, right?  He doesn't

25      say that I got this script from ISIS?

1    **A.** He told me he got it from a brother, yes.

2    **Q.** A brother?

3    **A.** In Tunis.

4    **Q.** A brother in Tunis, right?

5    **A.** Yes, sir.

6    **Q.** And you certainly could have said, "Is the brother in the

7    Dawlah," right?

8    **A.** I mean, that's a direct question towards him.  He might

9    going to suspect me, so --

10   **Q.** You could have said, "Oh, a brother in the Dawlah"?  You

11   could have said it all sorts of ways to your best friend?

12   **A.** Yes, but since we're talking openly, like, if I keep asking

13   a direct question, he's going to think I'm a spy, so --

14   **Q.** But if you keep asking direct questions, but you didn't ask

15   any direct questions?

16   **A.** I do -- I do ask direct questions, sir, yes.

17   **Q.** You just wanted to be able to come later on and give your

18   interpretation, because that's -- that's how you make your

19   living?

20            MR. JONAS:  Objection to the phrase "his

21   interpretation."

22            THE COURT:  It's cross-examination.  Overruled.

23   BY MR. GREENBERG:

24   **Q.** Right?

25   **A.** My interpretation?

1    **Q.** Yeah.

2    **A.** No. It's -- it's what he said. Like, I don't interpret

3    something of his. It's all what he says.

4    **Q.** But you keep telling us, when he said nothing, he meant

5    yes; and when he said no, he meant yes; and when he said

6    brother, he meant ISIS? That's what you keep telling us,

7    right?

8    **A.** Because it's in the --

9    **Q.** Is that yes or no? Is that what you keep telling us?

10   **A.** Yes, in the conversation --

11   **Q.** And that's your interpretation, right?

12   **A.** Of the conversation, yes.

13   **Q.** Right. But he never says those things. That's what you

14   wanted to hear?

15   **A.** It's what the conversation says, yes.

16            MR. GREENBERG: Can we play the next one, please?

17        (Said audio recording played in open court.)

18   BY MR. GREENBERG:

19   **Q.** Okay. That's just talking about the script, right?

20   **A.** About where he get the --

21   **Q.** He got it, and he wants to make it better?

22   **A.** Yes, sir.

23   **Q.** And you don't say, what are you doing with it? Where is it

24   going? Who are you sending it to? Right?

25   **A.** He wants to improve it. I told him why, and then what do

 1   you want to do?  And he explain it.

 2        MR. GREENBERG:  Can we play --

 3   BY MR. GREENBERG:

 4   Q.  But you guys are in -- is this a normal hotel room or did

 5   you get a suite?

 6   A.  Normal.

 7   Q.  A normal hotel room?

 8   A.  Yes, sir.

 9   Q.  And normal, it's just a bed, a desk, that kind of thing, a

10   chair, right?

11   A.  Yes, sir.

12   Q.  When you guys are having these conversations, where are you

13   in the room?  Are you sitting on the bed together, or are

14   you --

15   A.  One time we sit on the bed.  Sometimes we sit in the -- in

16   the couch.

17   Q.  Okay.

18   A.  Yes, sir.

19   Q.  And so you're no longer meeting in coffee shops or

20   anything?  You're meeting in the room, right?

21   A.  Yes, sir.

22   Q.  Because there you can control everything, right?

23   A.  Yes, sir.

24   Q.  And you can video everything, right?

25   A.  I can, like, record, video, yes.

1        MR. GREENBERG:  Okay.  Can we play the next one?

2        THE COURT:  Which is the next one?

3        MR. GREENBERG:  36-3.

4     (Said audio recording played in open court.)

5  BY MR. GREENBERG:

6  Q.  Okay.  So you guys are watching some show, right?

7  A.  ISIS video.

8  Q.  You're watching ISIS video in your hotel room?

9  A.  Yes, sir.

10  Q.  And where were you getting this video from?

11  A.  From him.

12  Q.  So it was on his computer?

13  A.  Yes, sir.

14  Q.  Okay.  And so you didn't say, "Where did you get this

15  video"?

16  A.  He got -- he has them already in the channel.

17  Q.  Okay.  So these were things in the channel you're watching,

18  right?

19  A.  Yes, and he has them locally.

20  Q.  And he doesn't even -- right, he saved them to his hard

21  drive?

22  A.  Locally, yes.

23  Q.  Okay.  And he doesn't even know what the video says?  He's

24  asking you?

25  A.  He's asking about the -- like, the word, what the fighter

1   saying, yes.

2            MR. GREENBERG:  Okay.  Can we play 36-4?  This is the

3   bayat.

4        (Said audio recording played in open court.)

5   BY MR. GREENBERG:

6   Q.  So there you're talking about playing video games, right?

7   A.  No video games, sir.

8   Q.  Oh, I'm sorry.  It's the bayat.  He's showing -- yeah, and

9   then you're going to play a video game, right, Arma?  Is Arma a

10  video game?

11  A.  We're talking about this clip or that's another question,

12  sir?

13  Q.  No, the clip you -- that we just heard.

14  A.  The clip we're talking about --

15  Q.  Don't you -- don't you tell him during this clip -- you're

16  talking about the bayat, right?

17  A.  Yes, sir.

18  Q.  And when you're talking about the bayat, you're telling him

19  that he can do it to three people, right?

20  A.  Yes, sir.

21  Q.  That he should do it to three people, right?

22  A.  Yes, sir.

23  Q.  He says, I don't have three people to do it to, right?

24  A.  Yes, sir.

25  Q.  All those brothers you think he knows, he doesn't have

1   three to do it to, right?

2   **A.**  Yes, sir.

3   **Q.**  And so you say, well, we can do it to the guys we play

4   video games with?

5   **A.**  Yes, sir.

6   **Q.**  That's what you -- so they -- and the video game is Arma,

7   right?

8   **A.**  It depends.  Sometimes we play Arma; sometimes we play a

9   game called Bug-G.

10  **Q.**  Well, on this clip you're talking about playing Arma,

11  right?

12  **A.**  Yes, sir.

13  **Q.**  And I think you said yesterday that he used the word

14  "mother," but, in fact, he was talking about a video game,

15  Arma?

16  **A.**  Well, it depends.  Like because the -- like the brother --

17  like the guy he play with, he plays Arma.  So if that -- that

18  was probably the referred to.

19  **Q.**  In any event, you said you can do the bayat on the video

20  game when we're all playing, and he didn't do that?

21  **A.**  I don't know.

22  **Q.**  Well, you played the video game, right?

23  **A.**  Just me and him.

24  **Q.**  Okay.

25  **A.**  We don't play three.  We don't -- like, just me and him.

 1   **Q.** Didn't you say to him:  Play Arma and have the guys on Arma
 2   witness it?
 3   **A.** Yeah, but without me, so --
 4   **Q.** Oh, you didn't want to witness it?
 5   **A.** No, no.  I will witness it for him, but we don't play to --
 6   like, I don't know the other guys, so -- but if he's --
 7   **Q.** You play online, right?
 8   **A.** Yeah, but mostly we just play me and him.
 9   **Q.** Okay.  But you could have played online, and he could have
10   done it for you guys, right?
11   **A.** He could have, yes.
12   **Q.** But he didn't?
13   **A.** Yes.
14           MR. GREENBERG:  Can we play 36-5?
15           We're coming to the end, Judge.
16       (Said audio recording played in open court.)
17   BY MR. GREENBERG:
18   **Q.** So he's describing to you how he got this computer script
19   from someone, and he wants to just make it faster, right?
20   **A.** Yes, sir.
21   **Q.** Okay.  And, again, you don't ask any of these sort of
22   prying questions, right, about where, how, who?
23   **A.** I did ask him.
24   **Q.** You did ask him?
25   **A.** Yes, sir.

1  **Q.** He doesn't tell you he got it from anyone in Dawlah, did
2  he?
3  **A.** He told me he got it from the Tunisian brother.
4  **Q.** The Tunisian brother --
5  **A.** Yes, sir.
6  **Q.** -- right?
7          Could mean just another Muslim, right?
8  **A.** Yes, but in that context, he was -- he was from Tunis.  He
9  was -- he know a brother -- like, he know the Dawlah in Tunis.
10 He know the Dawlah in Iraq.  He know ISIS in Syria, so --
11 **Q.** Well, there's ISIS in America, too, right?
12 **A.** Everywhere.
13 **Q.** Everywhere, right.  So just because the guy was from
14 Tunisia doesn't make him ISIS, does it?
15 **A.** Because he know the real -- like when I say ISIS in
16 Tunisia, in Maghreb, that means the whole province.  Like all
17 North Africa, Maghreb, Egypt, it's that -- the whole area.
18 **Q.** Anyone he knows in North Africa is ISIS?
19 **A.** No.  The guy he knows -- the Tunisian guy knows a lot, know
20 the ISIS brothers in Maghreb.  He knows them in Syria.  He
21 knows in Iraq.  Because I did ask him:  Is this guy really,
22 like, ISIS?  And he said, yes, he is.
23 **Q.** You actually asked him at some point:  Is this guy really
24 ISIS?
25 **A.** I did, yes, sir.  Yes, sir.

1  **Q.** In these recordings?

2  **A.** Yeah, and he start counting -- I told him does he know the

3  guy in -- does he know the Dawlah in Maghreb?  He said yes.  I

4  told him --

5  **Q.** So now somewhere in these recordings there's a whole

6  discussion about the guy in Tunisia knowing people in ISIS all

7  over the world?

8  **A.** Correct, sir.  And then my answer was, he well -- then he's

9  very well-respected brother if he knows --

10 **Q.** Okay.  I'm sure if that's there that we'll hear about it.

11 **A.** Yes, sir.

12         MR. GREENBERG:  Can we play 36-8?

13         THE COURT:  We're going to break around 12:15, so you

14 have time.

15         MR. GREENBERG:  Do we do redirect before lunch?

16         THE COURT:  We're going to break at 12:15.

17     (Said audio recording played in open court.)

18 BY MR. GREENBERG:

19 **Q.** So you know what an OnionShare is, right?

20 **A.** Correct, sir.

21 **Q.** It's just a way to share larger files, right?

22 **A.** Very secure way, yes.

23 **Q.** Okay.  But it's free, isn't it?

24 **A.** Free.

25 **Q.** It's what they call "freeware," right?

1    **A.**  Yes, sir.

2    **Q.**  Anyone can download it from anywhere?

3    **A.**  Anyone can use OnionShare to down -- to share stuff --

4    **Q.**  Anyone can download it?

5    **A.**  Anyone.

6    **Q.**  Okay.  Thank you.

7    **A.**  Yes, sir.

8          (Said audio recording played in open court.)

9    BY MR. GREENBERG:

10   **Q.**  Okay.  I didn't know we were close to the end anyway.

11         So a little bit about that.  He's explaining to you

12   what his plan is and what the script is, right?

13   **A.**  Yes, sir.

14   **Q.**  And this is in October, right?

15   **A.**  Correct.

16   **Q.**  Okay.  And he's basically telling you that what he's done

17   is written something that's just faster at copying and pasting,

18   right?

19   **A.**  Yes, he was showing me the new script, yes.

20   **Q.**  Right.  But that's all it does, is copies and pastes,

21   right?

22   **A.**  Copy, paste, and then -- and then put them in order.

23   **Q.**  Puts them in order, right?

24   **A.**  Separate them by quality, yes.

25   **Q.**  Okay.  Okay.  So videos he's getting off of one channel,

1    and he's just reorganizing them and redoing them on another

2    channel?

3    **A.** Yeah, so it will be easier for someone to find, if you want

4    to find this episode with a lot of quality, so easy to find.

5    **Q.** And he's told you that he got some help from the Tunisian

6    guy, right?

7    **A.** Yes, he got it --

8    **Q.** Who knows a lot of people, I think is what he says --

9    **A.** Correct, sir.

10   **Q.** Right?

11        Right.  That's as far as Tommy went.  He knows a lot

12   of people, right?

13   **A.** He knows a lot of people in ISIS.

14   **Q.** Well, he never said that.  He just said he knows a lot of

15   people, right?

16   **A.** He knows -- he knows a lot of people in ISIS in Maghreb.

17   He knows a lot of people in ISIS in Syria.  He knows a lot of

18   people in ISIS in Iraq.

19   **Q.** He says that?

20   **A.** I ask him does he know the ISIS in Maghreb?  He said, yes,

21   he knows the brother in Maghreb.

22        I ask him does he know the ISIS in -- in Syria?  He

23   said, yes, he does.  And I was, like, okay.

24        Does he know the ISIS in -- in Iraq?  He said yes.

25   And then my response was, well, that was very, very

1    well-respected brother then.  I can't argue.

2    **Q.**  Okay.  So that's what he told you?  Okay.

3    **A.**  Yes, sir.

4    **Q.**  We'll -- and are you aware, as you sit there now, that, in

5    fact, he got this from -- it was, like, available to everybody,

6    and I think it was well known, just a posted script on the

7    internet?

8    **A.**  I don't know where -- he told me he got it from the

9    Tunisian brother.

10   **Q.**  Okay.  And you don't know if that person even exists,

11   right?

12   **A.**  I don't know.  He said he helped him before, yes.

13   **Q.**  You didn't ask him for any identifying information for that

14   person?

15   **A.**  I did try to see where he is.  And he said he's in Tunis.

16           I ask him, like, question about him.  And he said he

17   couldn't do jihad because he's -- he's ill, and he's on

18   medicine, and he can't leave.

19           So I did ask him a couple times about him.

20           MR. GREENBERG:  Can I have one moment, Judge?

21      (Counsel conferring.)

22   BY MR. GREENBERG:

23   **Q.**  I'm stealing his binder.

24           You heard a clip yesterday where you said that Tommy

25   said that -- that what he was doing was illegal.  Do we have

1    that one?

2           Do you remember saying that, that he said it was

3    illegal?  And for the jury, this is at 506-10.  It's in the

4    binders.

5    **A.**  You want me to see, sir?

6    **Q.**  On page 11, do you recall saying that?

7    **A.**  Saying "illegal"?

8    **Q.**  Yes.

9    **A.**  About what, sir?

10          MR. GREENBERG:  Let me just -- can we queue that up?

11   It's about two minutes into it.

12       (Said audio recording played in open court.)

13   BY MR. GREENBERG:

14   **Q.**  Okay.  So you were having a discussion about what he was

15   going to do, and he's talking about Torrent?

16   **A.**  Yes, sir.

17   **Q.**  You remember that, right?

18   **A.**  Yes, sir.

19   **Q.**  And Tommy explains that it's not illegal to have these

20   videos in the U.S.  Do you recall that?

21   **A.**  Yes, sir.

22   **Q.**  Okay.  And that's what it says, in fact, in the binders

23   that you listened to and made sure were correct, right?

24   **A.**  Correct, sir.

25   **Q.**  And then he talks about getting stopped at the airport,

 1   right?

 2   **A.** Yes, sir.

 3   **Q.** Okay.  And then I want to play a little bit more of that

 4   conversation.

 5   **A.** Yes, sir.

 6   **Q.** Pages 12 and 13.

 7   **A.** Yes, sir.

 8        (Said audio recording played in open court.)

 9           MR. GREENBERG:  Just to orientate the jury, we're on

10   line 520.

11        (Said audio recording played in open court.)

12   BY MR. GREENBERG:

13   **Q.** Okay.  Now I want you to listen very carefully, because

14   according to the transcript here it says that he says it's not

15   legal to have these?

16   **A.** Yes, sir.

17   **Q.** Okay.  So I want you to listen carefully to what he says.

18   **A.** Yes, sir.

19        (Said audio recording played in open court.)

20   BY MR. GREENBERG:

21   **Q.** He said it's not illegal to have these, correct?

22   **A.** That's what he said, yes.

23   **Q.** Okay.  So the transcript is wrong, right?

24   **A.** Yes, maybe.

25   **Q.** So in October when you're meeting with him and you're

1    talking about what he has, he's telling you that he's an

2    American, right?

3    **A.** He's an American, yes.

4    **Q.** And it's not illegal to have these things in America,

5    right?

6    **A.** I mean, it's -- I don't know.  I don't know the law.  I'm

7    not a lawyer, sir.

8    **Q.** That's what he's saying?

9    **A.** That's what he said, yes.

10   **Q.** Okay.  So -- and, of course, you don't tell him that it is?

11   **A.** Because I don't know, sir.  I'm not a lawyer.

12              MR. GREENBERG:  Thank you.  I have nothing else.

13              THE COURT:  We're going to break in five minutes.

14   Why don't you -- let's use the five minutes.

15              MR. JONAS:  I'm sorry, Judge?

16              THE COURT:  Let's start your redirect --

17              MR. JONAS:  Sure.

18              THE COURT:  -- and we'll break in about five minutes.

19                        REDIRECT EXAMINATION

20   BY MR. JONAS:

21   **Q.** Mr. Abbas, you recall Mr. Greenberg asked you about the

22   money you made working as a confidential human source.  Do you

23   recall those questions?

24   **A.** Yes, sir.

25   **Q.** And he asked you -- he said you paid -- you were paid

1   $565,000 over the past seven years.  Do you recall that?

2   **A.**  Yes, sir.

3   **Q.**  Now, have you worked a lot of investigations during those

4   seven years?

5   **A.**  A lot, sir, yes.

6   **Q.**  Does that take up most of your time?

7   **A.**  Most of my time, yes.

8   **Q.**  And without getting into specifics, have there been

9   investigations where you had to as a result of an investigation

10  relocate where you live?

11  **A.**  Yes, one of the investigation I had to change my city

12  because they said they gonna kill me if I don't --

13          MR. GREENBERG:  Judge, I'm going to object to this.

14  This seems to be covered by the Court's prior ruling for both

15  sides.

16          MR. JONAS:  Judge, he's not getting into specifics as

17  to prior investigations, but this is a response to

18  Mr. Greenberg's allegation that the defendant -- that the

19  witness has been paid an exorbitant amount of money, and I'm

20  putting in context as to why he gets paid what he does.

21          MR. GREENBERG:  Judge, we'll stipulate he works very

22  hard.

23          MR. JONAS:  It's a little bit more than he works very

24  hard, Mr. Greenberg.

25          THE COURT:  Overruled.  Go ahead.

1          MR. JONAS:  Thank you.

2    BY MR. JONAS:

3    **Q.**  Please continue.

4          THE COURT:  But not too much detail.

5    BY THE WITNESS:

6    **A.**  Yeah.  So because of that one -- one investigation I was

7    working on, these -- the -- they were in ISIS, and then they --

8    the brothers and the other stuff, they -- they threatened to

9    kill me.

10   BY MR. JONAS:

11   **Q.**  So you had to relocate and move?

12   **A.**  I have to move.  I have to leave everything behind and just

13   leave.

14   **Q.**  Okay.  Mr. Greenberg asked you about the brother in

15   Tunisia?

16   **A.**  Yes, sir.

17   **Q.**  Do you recall that?

18          And he asked you questions about whether or not you

19   were told that that brother was part of ISIS.  Do you recall

20   those questions?

21   **A.**  Yes, sir.

22   **Q.**  And I may be paraphrasing and condensing some of the

23   questions he asked.

24   **A.**  Yes, sir.

25   **Q.**  You had said that the defendant told you that the brother

1    knows people in, what did you say, Maghreb?

2    **A.**  Maghreb, yes.

3    **Q.**  Where is that?

4    **A.**  It's -- that's what ISIS called "The Province."  Maghreb is

5    the -- Morocco, Tunis, and Libya.

6    **Q.**  That's ISIS's name for that area?

7    **A.**  ISIS, yes.

8    **Q.**  And that the Tunisian -- and that the defendant said the

9    Tunisian brother also knows people in Syria and Iraq?

10   **A.**  Yes, sir.

11   **Q.**  And he questioned you, Mr. Greenberg, as to whether or not

12   that's in the recordings; is that right?

13   **A.**  Yes, sir.

14              MR. JONAS:  Judge, just to save time, instead of

15   playing the recording, I'd like to just go to the transcript.

16   BY MR. JONAS:

17   **Q.**  If we can turn to Government's Exhibit 506-10 of the

18   transcript, page 18, do you have the transcript -- the binder

19   in front of you?

20   **A.**  What page 18?  What's --

21   **Q.**  506-10, which would be the last transcript, page 18.

22              Before I ask you a question about what's in the

23   transcript, did the defendant also tell you that the Tunisian

24   brother had been arrested?

25   **A.**  Yes, sir.

1    **Q.** And what happened -- what did the defendant tell you

2    happened to that Tunisian brother after he was arrested?

3    **A.** They arrested him, and then they told him to work with them

4    and report on the -- on the group they have.

5    **Q.** That includes the defendant in that group?

6    **A.** Yes, sir.

7    **Q.** And did the defendant tell you whether or not the defendant

8    helped save that brother in Tunisia?

9    **A.** Yes, he told me he saved him.

10   **Q.** So going to 506-10, page 18, line 818, 818 -- let me know

11   when you're there.

12   **A.** Okay.  8 -- what line?

13   **Q.** Line 818.

14   **A.** Okay.  Page 1 -- yes, sir.

15   **Q.** About a third of the way down from the top or two-thirds

16   from the top.  Do you see where the defendant says, "The thing

17   is, I think anyone who wanted this is the brother in Tunis

18   already gave it to them."  Do you see that?

19   **A.** What line, sir?

20   **Q.** 818 on page 18.

21   **A.** 818, okay.  I think I have the wrong one.

22   **Q.** Do you have 506-10?  Do you have the transcript --

23              MR. JONAS:  One moment, Your Honor.

24              THE COURT:  Why don't you --

25              MR. JONAS:  Yeah, we're going to hand him a

1    transcript binder.

2    BY THE WITNESS:

3    **A.** 506-10.

4    BY MR. JONAS:

5    **Q.** Why don't you just use this one?

6    **A.** Yes, sir.

7    **Q.** Got it?

8    **A.** Yes, sir.

9    **Q.** Are you there?

10   **A.** 101?

11   **Q.** I'm sorry?  506-10, page 18, line 818.

12   **A.** 18, line 18 -- 818?

13   **Q.** Yeah.

14   **A.** Yeah.

15   **Q.** You see where the defendant says, "The thing is"?

16   **A.** I think anyone wanted this, yes.  "The thing is," yes, it's

17   118 for me.

18   **Q.** And then the defendant -- you say, "Hmm."  And the

19   defendant says, "He knew a lot of people, but I don't know."

20           Do you see that?

21   **A.** Yes.

22   **Q.** And then you ask him.  "That's fine.  How big the state

23   is?"

24           Now, would you have said the word "state" or would

25   you have said "Dawlah"?

1   **A.** "State" and "Dawlah" is the same thing, sir.

2   **Q.** But you would have said "Dawlah"?

3   **A.** Yes, sir.

4   **Q.** Okay.  It's just the translation is in English -- the

5   transcript is in the English version?

6   **A.** Yes, sir.

7   **Q.** You say:  "Probably he knows brothers in Maghreb -- in the

8   state of Maghreb."  Why did you say that?

9   **A.** Because that's a province of ISIS.

10  **Q.** That covers Tunisia?

11  **A.** Cover Tunisia and Morocco.

12  **Q.** And then the defendant says he does?

13  **A.** Yes, sir.

14  **Q.** And then you say:  "Okay, him, geography, and he is in

15  Maghreb."

16          The next page, page 19:  "You know that, right?

17  Africa and Maghreb."  And it says, "uh-umm."

18          And you say:  "So probably he knows about, what,

19  Iraq?"

20          And what does the defendant say?

21  **A.** He knows.  He knows them.

22  **Q.** And you say, "What about Syria?"

23          And what does the defendant say?

24  **A.** He knows them.

25  **Q.** And then what -- how did the defendant say he knows that?

1    **A.**  From him.  He told him.

2    **Q.**  From the brother in Tunisia?

3    **A.**  Yes, sir.

4    **Q.**  And when we're talking about "he knows them," who did you

5    mean "them" to be?

6    **A.**  ISIS.

7              MR. JONAS:  Your Honor, do you want me to stop for

8    lunch?

9              THE COURT:  Are you done with this transcript?

10             MR. JONAS:  For now, yes.

11             THE COURT:  All right.  Thank you.  We will be break

12   for lunch.  We'll be back at 1:30.

13             I think we are a little ahead of schedule, so that's

14   good news for everybody.  And I think that's about all I have

15   to say.  We'll reconvene at 1:30.

16             THE CLERK:  All rise.

17        (Jury out.)

18        (Recess from 12:18 p.m. until 1:30 p.m.)

19

20

21

22

23

24

25

1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF ILLINOIS
2   EASTERN DIVISION

3

    UNITED STATES OF AMERICA,           )
4                                       )
                Plaintiff,              )
5                                       )
            vs.                         )   No. 19 CR 869
6                                       )
    THOMAS OSADZINSKI,                  )   Chicago, Illinois
7                                       )   October 14, 2021
                Defendant.              )   1:34 p.m.
8

9           TRANSCRIPT OF PROCEEDINGS - Volume No. 6 PM

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                        and a Jury

12

    APPEARANCES:
13

    For the Plaintiff:      HON. JOHN R. LAUSCH, JR.
14                          United States Attorney
                            BY:  MR. BARRY JONAS
15                               MS. MELODY WELLS
                            Assistant United States Attorneys
16                          219 South Dearborn Street, Fifth Floor
                            Chicago, Illinois  60604
17                          (312) 353-5300

18
                            MS. ALEXANDRA HUGHES
19                          Trial Attorney, Department of Justice
                            National Security Division
20                          950 Pennsylvania Avenue, NW
                            Washington, D.C.  20530
21

22

23  Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                            219 South Dearborn Street, Room 1706
24                          Chicago, Illinois 60604
                            (312) 435-7626
25                          *nancy_bistany@ilnd.uscourts.gov*

1  APPEARANCES:  (Continued)

2

3  For the Defendant:        GREENBERG TRIAL LAWYERS
                             BY:   MR. STEVEN GREENBERG
                             53 West Jackson Boulevard, Suite 1260
4                            Chicago, Illinois  60604
                             (312) 879-9500
5

6                            LAW OFFICE OF JOSHUA G. HERMAN
                             BY:   MR. JOSHUA G. HERMAN
7                            53 West Jackson Boulevard, Suite 404
                             Chicago, Illinois  60604
8                            (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Jury in.  Proceedings heard in open court:)

2              THE COURT:  Good afternoon, everybody.

3              Mr. Jonas.

4              MR. JONAS:  Thank you, Judge.

5          AHAKIM ABBAS, GOVERNMENT'S WITNESS, SWORN

6              REDIRECT EXAMINATION (Resumed)

7    BY MR. JONAS:

8    **Q.**  Mr. Abbas --

9    **A.**  Yes, sir.

10   **Q.**  -- do you recall this morning Mr. Greenberg asked you

11   questions about the defendant taking screenshots?  Do you

12   remember that?

13   **A.**  Yes, sir.

14   **Q.**  And was that -- that was during that October 10th meeting

15   in the hotel room, correct?

16   **A.**  Yes, sir.

17   **Q.**  And who the -- you were talking -- you and the defendant

18   were talking about taking screenshots of the script?

19   **A.**  Yes, sir.

20   **Q.**  Or his method for working the script?

21   **A.**  It's for how to work the script, steps by step.

22   **Q.**  Mr. Greenberg asked you if the defendant agreed to take

23   screenshots.  Do you recall that?

24   **A.**  Yes, sir.

25   **Q.**  And he questioned whether or not it was in the transcripts

1    or in the recordings.  Do you recall that?

2    A.  Yes, sir.

3            MR. JONAS:  Judge, if we can go to -- I'm not going

4    to play the recording -- but 506-10, page 3.

5            THE COURT:  It would be helpful if you direct the

6    witness to the line number.

7            MR. JONAS:  I will, Judge.  I'm waiting for him to

8    get to there.

9    BY MR. JONAS:

10   Q.  Are you at 506-10?

11   A.  Yes, sir.

12   Q.  So this was on page 3, line 109?

13   A.  Yes, sir.

14   Q.  You see it starts with:  "No, no, you have to provide it"?

15   A.  Yes, sir.

16   Q.  Provide what?

17   A.  The screenshot.

18   Q.  Of?

19   A.  The steps.

20   Q.  And you say, "It will be easier for people to understand,

21   you know that, brother."

22            And the defendant responds:  "I will when I get

23   home."  Right?

24   A.  Yes, sir.

25   Q.  And then a few lines down, the defendant says, "I'll take a

1    screenshot of every single step.  It will be pretty simple"?

2    A.  Yes, sir.

3    Q.  Is that what you were referring to when you were answering

4    Mr. Greenberg's questions about the defendant agreeing to take

5    screenshots?

6    A.  Yes, sir.

7    Q.  By the way, when he sent you the script in December 16th --

8    we went through some of those exhibits -- did he also send you

9    some ancillary files along with the Python script and the bot?

10   A.  Yes, sir.

11   Q.  Mr. Greenberg, I believe, asked you questions about bayat.

12   Do you recall that?

13   A.  Yes, sir.

14   Q.  Did you -- you asked the defendant if he did bayat, right?

15   A.  Yes, sir.

16   Q.  And he told you he did?

17   A.  Yes, sir.

18   Q.  Did you tell the defendant at any time that he needs to do

19   bayat every time there's a new leader of ISIS?

20   A.  No, sir.

21   Q.  Do you recall questions Mr. Greenberg asked you regarding

22   the use of the word "brothers"?

23   A.  Yes, sir.

24   Q.  And he questioned you about the use of the word "brothers"

25   when you were at the mosque.  Do you remember that?

1    **A.**  Yes, sir.

2    **Q.**  And your use of the word "brother" when you first started

3    talking to the defendant by text messages.  Do you recall that?

4    **A.**  Yes, sir.

5    **Q.**  Were you using the -- and when you first started talking to

6    the defendant early on and you used the word "brother," did you

7    mean ISIS?

8    **A.**  No, sir.

9    **Q.**  When you were talking about brothers or he was talking

10   about brothers in the mosque, were you talking about ISIS?

11   **A.**  No, sir.  We're talking about brothers in the mosque.

12   **Q.**  Is it important to have context to understand what you mean

13   or what the defendant means when you're talking about

14   "brothers"?

15   **A.**  Yes, sir.

16           MR. JONAS:  Your Honor, I'm going to put on the

17   screen Government's Exhibit 500, page 182.

18   BY MR. JONAS:

19   **Q.**  Do you see where the defendant says, previewing -- "Preview

20   of copying a big channel with the script the brothers made"?

21   **A.**  Yes, sir.

22   **Q.**  And what -- is this the script that we -- that you

23   testified about?

24   **A.**  Yes, sir.

25   **Q.**  Did this email come to you shortly after -- or sorry --

1    message come to you shortly after he had sent you the channels?

2    **A.** Yes, sir.

3    **Q.** So what's the context of the word "brothers" here?

4    **A.** I --

5                MR. GREENBERG:  Objection, Judge.  Objection, form of

6    the question.  He's asking him to say what Mr. Osadzinski

7    meant.

8                MR. JONAS:  I'll rephrase the question, Judge.

9    BY MR. JONAS:

10   **Q.** What's your understanding of the context of the word

11   "brothers" as used in this message?

12   **A.** ISIS brothers.

13               MR. GREENBERG:  Objection to that also, Judge.

14               THE COURT:  That's how he understood it.  It was a

15   message to him.  That's how he understood it, not how the

16   defendant meant it necessarily.

17   BY MR. JONAS:

18   **Q.** And on page 124 of Government's Exhibit 500, the defendant

19   said, "Some brothers made them all and I just copy them."

20               What's your understanding of the context of the word

21   "brothers" here?

22   **A.** ISIS.

23   **Q.** And on page 126 the defendant said, "There were brothers

24   who had al-Hayat and Furat channels, but I can't find them."

25               And remind us, what are those channels?

1    **A.**  These are ISIS official channels.  One called al-Furat; one

2    called al-Hayat.

3    **Q.**  So in the context of that, what's your understanding of the

4    word "brothers" here?

5    **A.**  ISIS brothers.

6    **Q.**  Now, on page 150 of Government's -- sorry, 245 of

7    Government's Exhibit 500, do you see a thumbnail of -- of a

8    video the defendant sent you?

9    **A.**  Yes, sir.

10   **Q.**  And did we watch half that video yesterday?

11   **A.**  Yes, sir.

12   **Q.**  The defendant says, "these brothers make me cry."

13            MR. JONAS:  Your Honor, at this time I'd like to

14   offer into evidence Government's Exhibit 513, which is the

15   entirety of the video, and I would ask to publish it.

16            MR. GREENBERG:  Judge, we would be objecting to this

17   one.  There's reasons why only part of it was published.

18            MR. JONAS:  Judge, the cross-examination of this

19   witness by Mr. Greenberg hit hard on the use of the word

20   "brothers," and in here in this video the defendant --

21            MR. GREENBERG:  Judge, maybe we should do this at a

22   sidebar.

23            THE COURT:  Yes, I think so, too.  Let's do a

24   conventional sidebar.

25        (Proceedings heard at sidebar on the record:)

1          MR. GREENBERG:  Judge, I believe at the end of this

2     video everyone gets blown up.

3          MR. JONAS:  Can I explain?

4          Can I take my mask off, Judge?  Thank you.

5          So what happens in this video is this gentleman that

6     we saw yesterday going to these armored vehicles, you see the

7     armored vehicles drive off, and then miles away you see an

8     explosion.  And then what the video shows is next to the

9     explosion it stops, and it shows a picture of the person who is

10    in that vehicle.  So you don't see blood, guts, or any gore at

11    all.  You just see the explosion miles away.

12         And the fact that the defendant said "these brothers

13    make me cry" I think clearly shows that he's talking about

14    ISIS.

15         MR. GREENBERG:  But they've already had someone

16    testify that the video shows the people going to do a suicide

17    mission --

18         THE COURT:  But not being blown up.

19         MR. GREENBERG:  -- for ISIS.

20         THE COURT:  Okay.  I think we can cut this baby in

21    half.

22         I think you've made your point already in a way, and

23    I think you can have him describe what is on the rest of the

24    video --

25         MR. JONAS:  Okay.

1      THE COURT:  -- rather than showing it to him.  I just

2   think that could be very disturbing to some people, even the

3   way you describe it.  I hear you, but I think maybe that's the

4   best way to do it.

5      MR. GREENBERG:  Judge, I would rather have the video

6   played than have the witness describe it beyond -- unless

7   Mr. Jonas can just lead him.  "On this video does it show a

8   suicide bomber blowing up?"

9      THE COURT:  Well, he can describe what he just said.

10      MR. GREENBERG:  But I don't know what this guy is

11   going to say.  That's what concerns me.  He's kind of a

12   freelancer.

13      THE COURT:  Oh, I don't think so.  I prefer you do it

14   that way.  Okay?  I think that's the best way.

15      (End of sidebar proceedings.)

16   BY MR. JONAS:

17   **Q.**  Thank you.  Mr. Abbas, so in this video -- do you recall

18   this video?

19   **A.**  Yes, sir.

20   **Q.**  And is this the same video where there's that screenshot of

21   the two people hugging?

22   **A.**  Yes, sir.

23   **Q.**  That the defendant or somebody added a heart to and sent it

24   out to you?

25   **A.**  Yes, sir.

1    **Q.** Could you describe -- what happens in this video?

2    **A.** Two suicide ISIS bombers, they were preparing, and they

3    were saying good-bye to each other.  And then they drove into

4    the attack point, and then they blow theirself up.

5    **Q.** And the suicide bombers, when there's an explosion and they

6    blow themselves up, does the video show a picture of them?

7    **A.** Yes, sir.

8    **Q.** Next to the explosion?

9    **A.** Yes, sir.

10   **Q.** So is it your understanding that when the defendant says,

11   "these brothers make me cry," he's referring to those

12   individuals?

13   **A.** To these who blow theirself up, yes.

14   **Q.** Okay.  Now, Mr. Greenberg also asked you about becoming

15   best friends with the defendant.  Do you recall those

16   questions?

17   **A.** Yes, sir.

18   **Q.** And do you recall that he asked you that best friends tell

19   each other everything?

20   **A.** Correct, sir.

21   **Q.** And do you recall he questioned you about the defendant

22   telling you that the FBI was harassing him?  Do you remember

23   that?

24   **A.** Yes, sir.

25   **Q.** That was the defendant describing it, the FBI harassing

1    him?

2    **A.** Yes, sir.

3    **Q.** Well, did the defendant ever tell you that in June of 2018

4    he went into a Telegram chat room called "Weapons" and asked

5    for TATP material?

6    **A.** No, sir.

7    **Q.** Did the defendant ever tell you that he reached out to an

8    organization that published weapons and toxins manuals for

9    ISIS?

10             MR. GREENBERG:  Objection.  Objection, Judge.  This

11   is beyond the scope.

12             MR. JONAS:  Your Honor, Mr. Greenberg specifically

13   asked --

14             THE COURT:  No, I agree that it's not beyond the

15   scope.

16             MR. JONAS:  Thank you, Judge.

17   BY MR. JONAS:

18   **Q.** Did the defendant ever tell you that he reached out to an

19   organization online in Telegram that published weapons and

20   toxin manuals for ISIS?

21   **A.** He never told me.

22   **Q.** Did the defendant ever tell you that he reached out to an

23   organization in Telegram that published ISIS material in

24   English?

25   **A.** No, sir.

1    **Q.** Did the defendant ever tell you that he sent a script to

2    any of these organizations, a computer script?

3    **A.** No, sir.

4              MR. JONAS:  Judge, I have no further questions.

5              THE COURT:  Thank you.

6              Anything else, Mr. Greenberg?

7              MR. GREENBERG:  Very briefly, Judge.  Thank you.

8                         RECROSS-EXAMINATION

9    BY MR. GREENBERG:

10   **Q.** Sir, you began by telling us that in your work you once had

11   to relocate, right, because of threats?

12   **A.** Yes, sir.

13   **Q.** Nothing to do with this case?

14   **A.** No, sir.

15   **Q.** There haven't been any shenanigans connected with this

16   case, right?

17   **A.** No, sir.

18   **Q.** And at the end here, Mr. Jonas asked you about what I had

19   asked you about, about best friends sharing information, right?

20   **A.** Yes, sir.

21   **Q.** Okay.  And went through some things that maybe he didn't

22   tell you, right?

23   **A.** Yes, sir.

24   **Q.** Certainly your job, your role was to get very tight with

25   him, right?

1   **A.** Yes, sir.

2   **Q.** I take it he didn't tell you about, you know, where he had

3   his first ice cream cone?

4   **A.** He didn't tell me that, no.

5   **Q.** When he lost his virginity?

6   **A.** No, sir.

7   **Q.** Okay. So he didn't tell you every detail of his life,

8   right?

9   **A.** No, sir.

10  **Q.** And he didn't tell you the things that Mr. Jonas mentioned;

11  is that right?

12  **A.** No, sir.

13  **Q.** But when you would ask him things, he would talk to you,

14  wouldn't he?

15  **A.** Yes, sir.

16  **Q.** You never got the feeling that he was holding back on you,

17  did you?

18  **A.** I did ask him: Did you talk to mujahideen? And he said

19  no, so --

20  **Q.** Right. So that's -- for all you know, that's the truth,

21  right?

22  **A.** That's what I know, yes.

23  **Q.** Because as far as you know, he was always honest with you,

24  right?

25  **A.** Yes, sir.

1    Q.  Because friends are honest with each other?

2    A.  Yes, sir.

3    Q.  And this brother thing -- I think we covered it -- that

4    brothers are Muslims, right?  Muslims call each other

5    "brother," correct?

6    A.  Yes, sir.

7    Q.  And would it be a fair statement that most members of ISIS

8    are Muslim?

9    A.  There are Muslim, yes, sir.

10   Q.  Okay.  Predominantly Muslim organization, right?

11   A.  Yes, sir.

12   Q.  And supported primarily by Muslim people, right?

13   A.  No, not a lot of Muslims support ISIS.

14   Q.  Huh?

15   A.  Not a lot of Muslims support ISIS.

16   Q.  But the people who do support it, I'm asking you, the

17   people who do support ISIS --

18   A.  Yes, sir.

19   Q.  -- are primarily Muslim, aren't they?

20   A.  Could be Muslim.  Yes, probably Muslim, yes, but could be

21   anyone.

22   Q.  Okay.  Did you ever hear -- well, did you ever refer to a

23   Muslim as a Muslim when you were talking to Tommy?

24   A.  Yeah, sometimes.

25   Q.  But did you say "this Muslim" or did you say "this

1    brother"?

2    **A.** This brother.

3    **Q.** Right.  You never call a Muslim a Muslim --

4    **A.** It depends on --

5    **Q.** -- when you're describing him?

6    **A.** If he's from certain area, yes.

7    **Q.** Okay.  But in these discussions you refer to Muslims as

8    brothers, right?

9    **A.** Yes, sir.

10   **Q.** And that's what he did, right?

11   **A.** Yes, sir.

12   **Q.** Whether they were people supporting ISIS, whether they were

13   people at the mosque, whether they were people in his class at

14   school, right?

15   **A.** Well, there's -- it's all in the content.  Content of --

16   **Q.** I'm not asking the context.

17            I'm asking whenever, whoever, you described them as

18   brothers?

19   **A.** If we're talking about ISIS brothers, yes, out of respect.

20   **Q.** If you're talking about mosque people, they were brothers,

21   right?

22   **A.** Because we were talking about the mosque, yes.

23   **Q.** And if he was talking -- he was talking at some point about

24   one of his classes, he described another Muslim in the class as

25   a brother, right?

1    **A.**  Yes, sir.

2    **Q.**  And whenever you're saying that Tommy meant by saying

3    "brother" that they were ISIS, that's what you thought he

4    meant, right?

5    **A.**  That's what he meant when he say it in that content, so he

6    said it --

7    **Q.**  Okay.  So let me --

8    **A.**  -- with the script --

9    **Q.**  -- ask you a question.  All right?  I'm not going to ask --

10   you obviously have a pretty good education, right?

11   **A.**  Yes, sir.

12   **Q.**  Okay.  And you're well spoken.  I'll give you that, right?

13   **A.**  Yes, sir.

14   **Q.**  You've learned English as a second language?

15   **A.**  Yes, I learn as a second language.

16   **Q.**  Okay.  And you got this job that you're doing that you're

17   pretty good at, right?  You'd like to think so?

18   **A.**  I like to think so, yes, sir.

19   **Q.**  All right.  Did you ever receive any special training in

20   mind reading?

21              MR. JONAS:  Objection, Judge.

22              THE COURT:  Is that a rhetorical question?

23              MR. GREENBERG:  No.  I might get a -- he might say

24   yes.

25              THE COURT:  I'll let him answer.

1  BY THE WITNESS:

2  **A.**  Should I answer?

3  BY MR. GREENBERG:

4  **Q.**  Yes, please.

5  **A.**  Mind reading, no, sir.

6  **Q.**  Okay.  So when you're telling us what Tommy meant, you're

7  reading his mind, aren't you?

8         MR. JONAS:  Objection.

9         THE COURT:  Sustained.

10 BY MR. GREENBERG:

11 **Q.**  You're just telling us what you thought he meant?

12 **A.**  Well, what he said the brother in that -- so when he send

13 me the script, he said I got it from the brother --

14 **Q.**  Right.

15 **A.**  -- it's an ISIS script.  So should I say -- disrespect that

16 and then he stop talk to me?

17 **Q.**  Well --

18 **A.**  So I have to -- I have to match him.  I have to match him.

19 I have to keep the conversation going.  I have to respect the

20 friendship.  I have to respect until -- until the end.  It's --

21 **Q.**  Okay.

22 **A.**  Yes, sir.

23 **Q.**  So you say it's an ISIS script, right?  You just referred

24 to it as an ISIS script?

25 **A.**  Yes, sir.

1   **Q.** It's a computer script, right?

2   **A.** No, sir, but it's specialized in moving ISIS content.

3   **Q.** But that's what it does, right?

4   **A.** Yes, sir.

5   **Q.** But you don't know that it was written by ISIS?

6   **A.** That's what he said.  He -- written by the brothers, yes.

7   **Q.** He said it was written by a brother in Tunisia, right?

8   **A.** Yes, sir.

9   **Q.** Okay.  But for all you know, the brother in Tunisia might

10  work for Microsoft, right?

11  **A.** Well, he said he was with ISIS.

12  **Q.** Right.  In this conversation you told us about, right?

13  **A.** Yes, sir.

14  **Q.** He says that the guy is -- I'm sorry.  Mr. Jonas just read

15  it.  It's in Exhibit 506, part of that, and you said -- you

16  said that you thought that the guy was maybe from Maghreb,

17  right?

18  **A.** Maghreb, yes.

19  **Q.** And Maghreb is -- actually refers to the Arabic section of

20  North Africa, Morocco, Algeria, Libya --

21  **A.** Correct, sir.

22  **Q.** -- right?  Tunisia, right?

23  **A.** Correct, sir.

24  **Q.** Not Egypt?

25  **A.** Not Egypt.

1  **Q.**  Okay.  So that refers to a geographic area, right?

2  **A.**  Yes, sir.

3  **Q.**  And you're the one who brought that up, right?

4  **A.**  I'm trying to find out -- like you ask me, did you ask him

5  if he's with ISIS?  So I'm trying to find out more information.

6  My job is to collect that information.

7  **Q.**  Right.  And he's -- and you're saying, oh, yeah, he

8  probably knows people in Iraq.  And Tommy is, like, oh, yeah,

9  yeah, he knows people in Iraq.

10           And he probably knows people in Syria?  Yeah, yeah,

11  he probably knows people in Syria, right?

12  **A.**  So I was -- yes, I was doubting him.  So if he really

13  like -- if this guy is really, like, ISIS and he's assured me

14  that he is.

15  **Q.**  Probably knows people everywhere, this guy, right?

16  **A.**  And that's -- my reply was:  Well, he's a very respected

17  brother.

18  **Q.**  Okay.  And this was a conversation you guys were having,

19  according to the transcript at least, at about 9:00 at night in

20  your hotel room, right?

21  **A.**  Yes, sir.

22  **Q.**  And you guys had gotten to your hotel room hours earlier,

23  right?

24  **A.**  Yes, sir.

25  **Q.**  You've been sitting around in the hotel room.  You've been

 1   eating, right?

 2   **A.**  Yes, sir.

 3   **Q.**  You've been talking, right?

 4   **A.**  Yes, sir.

 5   **Q.**  It's been a -- you picked him up at 6:00 o'clock.  So for

 6   three-plus hours now you guys have been hanging out, right?

 7   **A.**  Yes, sir.

 8   **Q.**  And he had talked about this guy before, hadn't he?

 9   **A.**  Yes, he did.

10   **Q.**  In fact, he told you about this guy in Tunisia in an

11   earlier conversation, right?

12   **A.**  Yes, sir.

13   **Q.**  On a different day, right?

14   **A.**  Yes, sir.

15   **Q.**  And he had told you how this guy had been -- the Mossad was

16   after him, right?

17   **A.**  The intelligence, the Tunisian intelligence, yes.

18   **Q.**  Okay.  The Tunisian intelligence.  I'm sorry.

19            And you guys got in a whole discussion about the

20   Mossad and Tunisian intelligence, right?

21   **A.**  Who is better -- we were comparing which intelligence are

22   better, what intelligence are that have resources, yes.

23   **Q.**  So maybe some people don't know.  Who is the Mossad?

24   **A.**  Israeli intelligence.

25   **Q.**  It's the Israeli intelligence, right?

1   **A.**  Yes, sir.  Yes, sir.

2   **Q.**  And aren't they, like, the gold standard?  Like they're the

3   best?

4   **A.**  They're the best.

5   **Q.**  They're the best, right?

6   **A.**  I mean, Jordan is good.  I mean, you can call any -- any

7   intelligence services based on their country.

8   **Q.**  And you told him that, in fact, the Tunisian intelligence

9   service was really good, right?

10  **A.**  No.

11  **Q.**  All right.  He told you that this guy was actually arrested

12  in Tunisia, right?

13  **A.**  Yes, sir.

14  **Q.**  And he told you that this guy was in prison in Tunisia,

15  right?

16  **A.**  I don't know in prison, but he got arrested.

17  **Q.**  Okay.  In fact, he told you that this guy had been -- and

18  Tommy had been talking to him since 2011, right?

19  **A.**  I don't know.

20  **Q.**  You don't remember that?

21  **A.**  I don't think he told me that.

22  **Q.**  Okay.  And Tommy told you how he had saved the guy's life,

23  right?

24  **A.**  Yes, sir.

25  **Q.**  He told you how the Tunisian intelligence service was after

1    him, right?

2    **A.** Correct, sir.

3    **Q.** And while the Tunisian intelligence service was spying on

4    him or they had him locked up -- which was it?

5    **A.** Spying on him.

6    **Q.** -- spying on him, he started playing video games with this

7    brother in Tunisia, right?

8    **A.** He's -- they're -- they're friends, yes.  And then the

9    Tunisian guy, the intelligence told him if you don't want to go

10   to jail, you work with us and report.  So he was supposed to be

11   reporting on the group, the defendant and the other people in

12   it.  That was his job.

13   **Q.** Right.  So you thought that Tunisia was having -- they

14   wanted this guy to gather information on Tommy, right?

15   **A.** Yes, that's what he said.

16   **Q.** That's what he said.  Okay.

17   **A.** Yes, sir.

18   **Q.** Okay.  And this is all in one of these transcripts.  It's

19   in Exhibit 502-2 if you want to look.  I think that's in the

20   binder, too.

21   **A.** 502?

22   **Q.** Yep.

23   **A.** 502, which one, sir?

24   **Q.** 502-2.

25   **A.** Okay.  Got it.  Yes.  October 8.

1    **Q.** Oh, I'm sorry.  505-2.

2    **A.** Yes.

3    **Q.** Okay.  Go back to Costco and get new glasses.

4         Okay.  On page 4, so we're in the same place, right?

5    **A.** Page 4, yes, sir.

6    **Q.** All right.  So this guy in Tunisia is supposedly supposed

7    to be spying for the Tunisian secret police, or whatever they

8    are, on Tommy, right?

9    **A.** On the group, yes.

10   **Q.** Okay.  And by the way, Tommy never did the bayat for this

11   guy, did he?

12   **A.** I don't know.

13   **Q.** And Tommy tells you how he starts playing video games with

14   the guy, right?

15   **A.** Yes, sir.

16   **Q.** And he starts -- Tommy is shooting at the wall on the video

17   game, right?

18   **A.** He said he's shooting in the wall, yes.

19   **Q.** He's shooting at the wall, and he's -- through shooting in

20   the wall, he's writing secret words to this guy about what's

21   going on, right?

22   **A.** Yes, sir.

23   **Q.** And helping this guy in Tunisia to escape by firing these

24   secret words at the wall in the video game, that's what he told

25   you about this guy in Tunisia, right?

1   A.  Yes, sir.

2   Q.  And it was so good that the guy in Tunisia saw what was

3   going on and was able to escape?

4   A.  Well, he shot -- the guy in Tunisia shot the wall -- the

5   word he shot -- in the video game in the wall he shot the word

6   "intelligence," which mean "Mukhabarat."  That mean --

7   translated to Arabic that mean intelligence.

8           He shooting in it in the wall.  So Tommy -- and so

9   the defendant and then other Tunisian guy cannot say that in

10  the mic so -- because they're being watched.  So if they say

11  it, they know they -- now they know the intelligence are

12  watching.

13          So what they did, they use it in the wall so nothing

14  to record.  There's nothing.  So you can just read and

15  understand.

16  Q.  Okay.  So Tommy was able to outsmart the Tunisian -- one of

17  the best in the world by playing this video game and save this

18  guy's life, right?

19  A.  Them, both of them.

20  Q.  Right?

21  A.  Him and the other guy, yes.

22  Q.  Him and the other guy?

23  A.  Yes, sir.

24  Q.  And they saved this guy's life?

25  A.  Yes, sir.

1    **Q.**  This is the Tunisian, right?

2    **A.**  The Tunisian, yes.

3    **Q.**  And so instead of the guy spying on Tommy, he was able to

4    escape because of the words on the wall in the video game?

5    **A.**  He was -- he let -- he let the defendant and the other guys

6    know that I've been -- I've been watched by the intelligence,

7    so you cannot say important stuff.

8              And he said after that they started using gaming to

9    do their stuff because the intelligence, they're not watching

10   him when he's gaming.

11   **Q.**  I'm sorry.  So the guy in Tunisia said he's being watched

12   by intelligence or Tommy sitting here in his dorm room said it?

13   **A.**  The guy in Tunisia.

14   **Q.**  So the guy in Tunisia warned Tommy that he was being

15   watched by intelligence?

16   **A.**  Yes, they're basically recording him, yes.

17   **Q.**  So when he was helping him with the script, he was carving

18   the stuff into the wall in the video game also, because he

19   couldn't just send it because he's being watched by

20   intelligence?

21   **A.**  He let him know -- like he said, he let him know that by

22   drawing in the wall, by shooting the gun in the wall and

23   making -- making letters, he let them know -- like, he let

24   everyone know that I have -- it's Mukhabarat, mean

25   intelligence, so --

1    **Q.** Have you -- have you seen the new James Bond movie?

2    **A.** No, sir.

3              MR. GREENBERG:  Okay.  Thank you.  I have nothing

4    else.  Thank you.

5              THE COURT:  Thank you, sir.  So you're excused.

6              THE WITNESS:  Oh, all right.

7         (Witness excused.)

8              THE COURT:  Can you call your next witness?

9              MS. WELLS:  Yes, Your Honor.  The government calls

10   Jacob Schaefer.

11        (Witness entered courtroom.)

12             THE COURT:  Please raise your right hand, sir.

13             Do you solemnly swear or affirm that the testimony

14   you're about to give in this cause will be the truth, the whole

15   truth, and nothing but the truth?

16             THE WITNESS:  Yes.

17        (Witness duly sworn.)

18             THE COURT:  Have a seat please.  And you can take

19   your mask off while you're testifying.

20             THE WITNESS:  Thank you.

21             JACOB SCHAEFER, GOVERNMENT'S WITNESS, SWORN

22                         DIRECT EXAMINATION

23   BY MS. WELLS:

24   **Q.** Good afternoon, sir.

25   **A.** Good afternoon.

1   **Q.**  Could you please introduce yourself and spell your name for

2   the record?

3   **A.**  Jacob Schaefer, J-a-c-o-b, S-c-h-a-e-f-e-r.

4   **Q.**  Where do you work?

5   **A.**  I work for the FBI.

6   **Q.**  And before that, what did you do for a living?

7   **A.**  I worked in the military.

8   **Q.**  And how long have you been with the FBI?

9   **A.**  Four years and a few months.

10  **Q.**  What's your title there?

11  **A.**  Special agent.

12  **Q.**  As a special agent, can you tell us, generally speaking,

13  what kinds of cases you've worked on?

14  **A.**  I've worked on counterterrorism cases and domestic

15  terrorism cases.

16  **Q.**  Agent Schaefer, I want to direct your attention to the

17  evening of November 18th, 2019.

18          Where were you that night?

19  **A.**  I was in a hotel in downtown Chicago.

20  **Q.**  What was your assignment?

21  **A.**  I was put in charge of arresting and leading the arrest of

22  the defendant.

23  **Q.**  Did the -- did the arrest of the defendant take place at

24  that hotel?

25  **A.**  Yes.

1    Q.  And specifically where within the hotel was the arrest?

2    A.  It was in a hotel room.  We were in a -- in an adjacent

3    room.

4    Q.  And based on the information you had in preparing for the

5    arrest, the defendant didn't live at that hotel, correct?

6    A.  No, ma'am.

7    Q.  Was he just visiting?

8    A.  Yes, ma'am.

9    Q.  And, in fact, was he even planning to stay the night?

10   A.  No.

11   Q.  Was the defendant told in advance that he would be

12   arrested?

13   A.  No.

14   Q.  All right.  I want to move forward to the arrest itself.

15           Did there come a point in time when you and your team

16   went into the hotel room where the defendant was?

17   A.  Yes.

18   Q.  What was the first thing you did?

19   A.  We told the -- we said, "FBI.  Don't move" to the

20   defendant.

21   Q.  How did the defendant react?

22   A.  At first the defendant was in shock and was compliant.

23   Q.  What did you do then?

24   A.  We then moved to place the defendant in handcuffs and

25   arrest the defendant, and he began to resist the arrest.

1   **Q**.  When you say he began to resist arrest, can you describe

2   what he did?

3   **A**.  Yes.  He began to put his feet on the ground.  Once he put

4   his feet on the ground, he was able to push off.  The assisting

5   agent at the time was then thrown against the wall.  There was

6   a TV on the wall of the hotel, threw that agent against the

7   wall, and then I had to call additional agents in -- three

8   additional agents in to assist with the resisting defendant.

9            At that time we were able to gain compliance of the

10  defendant.

11  **Q**.  How many people were in your team that evening?

12  **A**.  Five.

13  **Q**.  And once -- you mentioned that you were able to gain

14  compliance.  What does that mean?

15  **A**.  We were able to get handcuffs on and place the defendant

16  under arrest.

17  **Q**.  Once you had handcuffs on the defendant, what, if anything,

18  did you see him do?

19  **A**.  The defendant raised his right finger -- right index finger

20  the entire time I was placing handcuffs on him.

21  **Q**.  And did you recognize that as any kind of gesture in

22  particular?

23  **A**.  Yes.  I recognize it as the finger of Tawheed.

24  **Q**.  Based on your experience, what is your understanding, if

25  any, of what the finger of Tawheed is?

 1    **A.**  It is a sign used by extremist organizations but

 2    specifically for ISIS.

 3              MS. WELLS:  Nothing further, Your Honor.

 4              A JUROR:  I'm sorry.  Is it possible -- it's a little

 5    hard to hear.

 6              THE COURT:  Was it hard to hear the witness?

 7              A JUROR:  Correct.

 8              THE COURT:  Do you want to just go through the last

 9    couple questions?

10              MS. WELLS:  Yes, absolutely, Your Honor.

11              THE COURT:  Speak up a little louder.  I guess we're

12    having some trouble with --

13              THE WITNESS:  Yes, sir.

14              THE COURT:  -- the amplification.

15              A JUROR:  It was a little hard to hear the last two

16    questions.

17              THE COURT:  I'm sorry?

18              A JUROR:  It was just a little hard to hear, like,

19    the last two questions.

20              THE COURT:  We'll just have them repeat it.  Or we

21    can have them ready back, actually.

22              Nancy, would you mind reading them back, please.

23          (The record was read by the reporter as requested.)

24              THE COURT:  Okay.  Thank you, Nancy.

25              THE COURT REPORTER:  You're welcome, Judge.

1                    CROSS-EXAMINATION

2   BY MR. GREENBERG:

3   **Q.** Agent, just briefly, your involvement in the arrest, that

4   wasn't your first involvement in this case, right?

5   **A.** No, sir.

6   **Q.** Okay.  No, it wasn't or it was?

7   **A.** No, it wasn't.

8   **Q.** Was the way I understand it.  I asked it double negative.

9           Okay.  You at one point actually went to Tommy's

10  house, right?

11          MS. WELLS:  Objection to the scope.

12          THE COURT:  Beyond the scope.

13          MR. GREENBERG:  Josh told me to ask.

14          THE COURT:  Josh was wrong.

15      (Laughter.)

16          MR. GREENBERG:  And that's what I said.  I said, I'm

17  going to get an objection, Judge.  So I've been paying

18  attention.

19  BY MR. GREENBERG:

20  **Q.** All right.  Let's go to the day of the arrest.

21          There was a plan put in place for this arrest,

22  correct?

23  **A.** Yes, sir.

24  **Q.** The room was outfitted with audio and video?

25  **A.** Yes, sir.

1    **Q.** Okay. And there's audio and video of the arrest?

2    **A.** Yes, sir.

3    **Q.** All right. Did you say that some agent got thrown into a

4    wall?

5    **A.** Yes, sir.

6    **Q.** Okay. Tommy didn't get charged with any kind of a battery

7    to an agent or anything, did he?

8    **A.** No, sir.

9    **Q.** And, in fact, you guys came in and said, "FBI." He was

10   seated on the bed; is that right?

11   **A.** Yes, sir.

12   **Q.** He didn't reach in his pockets and grab anything and

13   swallow it, did he?

14   **A.** No.

15   **Q.** Okay. Ultimately items were recovered from him, correct?

16   **A.** Yes, sir.

17   **Q.** And that included a list of passwords, didn't it?

18   **A.** Yes.

19   **Q.** That was in his pocket at the time, right?

20   **A.** I don't recall if it was in his pocket but --

21   **Q.** Okay. But he had it with him?

22   **A.** Yes, sir.

23   **Q.** All right. And he had his computer there when you guys

24   came in, right?

25   **A.** I don't recall.

1    **Q.**  Okay.  You didn't -- he didn't take a computer and throw it

2    across the room or try and throw it out the window or anything?

3    **A.**  No.

4    **Q.**  He didn't bolt for the door?

5    **A.**  No, sir.

6    **Q.**  Okay.  And then after whatever brief interaction you had,

7    he was passed on to other agents; is that right?

8    **A.**  Yes, sir.

9           MR. GREENBERG:  Thank you.  If I get one minute?

10          MS. WELLS:  Nothing from the government, Judge.

11          THE COURT:  Let's make sure he's finished.

12          MS. WELLS:  I'm sorry.  I thought he said he was

13   done.

14   BY MR. GREENBERG:

15   **Q.**  I just want to be clear.

16          You know what was recovered that day from him, right?

17   **A.**  Yes, sir.

18   **Q.**  Okay.  So there was the computer; there was the list of

19   passwords.  And could you tell us what else?

20   **A.**  I don't recall.  I know he had a wallet and some additional

21   items.

22   **Q.**  A cell phone?

23   **A.**  Yeah, a cell phone was there, yes.

24   **Q.**  Okay.  Knife?

25   **A.**  No knife.

1    **Q.**  Gun?

2    **A.**  No, sir.

3    **Q.**  Propaganda?

4    **A.**  No, sir.

5              MR. GREENBERG:  Thank you.  Nothing else.

6              MS. WELLS:  Still nothing further from the

7    government, Your Honor.

8              THE COURT:  All right.  You're excused.  Thank you,

9    sir.

10             THE WITNESS:  Thank you.

11        (Witness excused.)

12             MR. JONAS:  Your Honor, the government rests its

13   case.

14             THE COURT:  Okay.  Let's take a -- I know it's not

15   been all that long, but let's take a short break, please.

16             THE CLERK:  All rise.

17        (Jury out.)

18             THE COURT:  Be seated, folks.

19             Do the defendants have a motion?

20             MR. GREENBERG:  Yes, Judge.  Judge, we would move for

21   an acquittal at the close of the government's evidence.  As the

22   instructions indicate in this case, the government has to show

23   that there was coordination, instructions, some kind of a

24   connection to ISIS, and they really have none here.  They've

25   got, at best, an unofficial group, the Sahr al-Furqan

1   (phonetic) -- and I'm sure I'm not pronouncing it right --

2   which is an unofficial group, according to their own expert,

3   not a designated organization of any kind whatsoever.

4           We have the essence here of independent advocacy.  We

5   have an individual who is getting these materials from the

6   public domain.  They have -- and I know we all know the great

7   resources that the government has and the FBI has to look at

8   things.  He is getting these materials, according to all of the

9   evidence here, from the public domain; and he is simply copying

10  them through the use of this computer script, whatever it is.

11          He might -- it's no different than if he took his

12  mouse and he highlighted them, and he copied and pasted them to

13  another file or he downloaded them like people do.

14          Yes, he's got a method that he wrote to do it faster,

15  more efficiently, maybe better quality.  But, again, there's no

16  evidence that anyone told him to do this.  There's no evidence

17  that he's doing it at anyone's behest.  There's no evidence

18  that he sent it to anyone else.

19          Now, the government is going to say they charged this

20  as an attempt, and so that's what makes it different, that he

21  wanted to do all this.  But if you -- if you think about it,

22  then there could be no independent advocacy.  It would get

23  swallowed by the word "attempt."  Because according to the

24  government, well, any time someone is doing these things,

25  ultimately at the end of the day down the road, they were doing

1  it because they wanted to get in tight, and they wanted to do

2  it at the direction or control of ISIS or they were going to

3  give it to him.  We know this; you know, we're looking in our

4  crystal ball.  But that would extinguish the whole idea of

5  independent advocacy.

6         The fact is that in this country, as we said in our

7  opening and as their own expert confirmed, in this country

8  people can watch these videos; they can download these videos;

9  they can possess these videos; and they can share these videos.

10        And they need something more.  And, you know, we

11  could all say, well, it's good that they stopped him.  Maybe

12  something else, but there's no evidence of something else going

13  on here.

14        So we would ask that you grant our motion.

15        THE COURT:  I'll reserve on it.

16        MR. JONAS:  Thank you, Judge.

17        THE COURT:  You agree that he's made his record?

18        MR. JONAS:  I agree he made his record.  I'm happy to

19  respond if you want, but I'm also happy not to.

20        THE COURT:  Well, I'm going to reserve on it.  I'm

21  sure I'll hear more about that later.

22        MR. GREENBERG:  We don't have a case, Judge.

23        THE COURT:  You're going to rest --

24        MR. GREENBERG:  I mean, we have a case, but it's all

25  there already.  We have no witnesses or evidence.

1    THE COURT:  So we'll bring the jury back.  You'll

2    rest officially?

3    MR. GREENBERG:  Sure.

4    THE COURT:  And then we will send them home, and we

5    can talk about the jury instructions.  And I promised you I

6    wouldn't make you do your closings unless you really feel the

7    urge to do so.

8    MR. JONAS:  No, Judge, we appreciate having the

9    afternoon and the evening to work on that.

10   Judge, do you want to admonish the defendant if he's

11   not going to testify?

12   THE COURT:  Thank you.  I appreciate that.  I always

13   forget that.

14   Could you just stand up, please, Mr. Osadzinski?  You

15   do have a right to testify in your own behalf.  Do you know

16   that?

17   THE DEFENDANT:  Yeah, I know.

18   THE COURT:  Why don't you take your mask off just for

19   a second so I can hear you easier.

20   And you also have a right not to testify.  You

21   understand that?

22   THE DEFENDANT:  (Indicating.)

23   THE COURT:  Have you spoken about your Fifth

24   Amendment rights with your lawyers?

25   THE DEFENDANT:  Yeah, I talked with Josh and Steve

1  about it.

2           THE COURT:  Okay.  And what has your decision been?

3           THE DEFENDANT:  I'm choosing to not testify.

4           THE COURT:  Okay.

5           THE DEFENDANT:  Thank you.

6           THE COURT:  Thank you.  You honor that choice.

7           And the jury will be instructed that you do not have

8  to testify or present any evidence and that no inference of

9  guilt or anything can be drawn from that.  In fact, they're not

10  even supposed to discuss it.  That's the jury instruction.

11           All right.  Well, I guess they're probably going to

12  want to take a little break, but why don't we wait about five

13  minutes, bring them back in here, and send them home.

14           Then I'll go over my little edits with the jury

15  instructions.  We can make those edits in chambers, and we'll

16  have them ready probably by the end of the day, certainly,

17  or --

18           MR. GREENBERG:  What time are you going to want to

19  start tomorrow, Judge?

20           THE COURT:  We have to start a little later because I

21  have a call at 9:30.

22           MR. GREENBERG:  Okay.

23        (Discussion off the record.)

24           THE COURT:  Claire suggested that maybe I should just

25  go through these.  Do you have them with you?

1    MR. JONAS:  I do, Judge.

2    THE COURT:  Does the defense?

3    MR. GREENBERG:  On the computer, yeah.

4    THE COURT:  All right.  As I say, these are really

5    more nit-picks than anything else.

6    MR. GREENBERG:  Will they make a set for us then,

7    Judge?

8    THE COURT:  Yes, we'll make sets for each juror.

9    We'll make sets for you guys.

10    MR. GREENBERG:  Thank you.

11    THE COURT:  So we're a full-service court here.

12    On page 1, I'm going to take some of those brackets

13    out.  So it will read:  "I will now instruct you on the law,"

14    et cetera.  And then we'll take the brackets out of the next

15    sentence.  "I will also give each of you a copy of these

16    instructions to use in the jury room," period, and then strike

17    the next sentence.  So that's how we do it here.

18    The next one I have, we will change page 8, and it

19    will read:  "A defendant has an absolute right not to testify

20    or present evidence."  And we'll take the bracket out of the

21    next sentence as well.

22    On page 9 I always take the brackets out of that last

23    line:  "Inconsistent or consistent statements or conduct."

24    There's been enough cross-examination here for that.

25    MR. JONAS:  Your Honor, I'm sure you've caught this,

1    but just in case you haven't, in the second sentence -- or the

2    second line of that, it says brackets "including that of the

3    defendant."

4            THE COURT:  Oh, thank you so much for pointing that

5    out to me.  We will take that out.  Thanks a lot, Barry.

6    That's -- I didn't catch that.  We see these instructions so

7    often that sometimes we skip through them.  We pick up typos

8    and mistakes like that.

9            My next one is the chart.  Is that Exhibit 721?  What

10   does that mean?

11           MS. WELLS:  Your Honor, Exhibit 721 was a summary

12   chart that came in through Mark Baggett, the computer expert,

13   listing the steps involved in running the computer script.

14           THE COURT:  I think we should say, "Government

15   Exhibit 721."  I'll make sure that people know what that is.

16           And my last one is on page 25, I'm going to call the

17   presiding juror, foreperson.  I've used that term before.  I

18   know it's a little awkward, but "presiding juror" -- the word

19   "presiding" always bothered me a little bit.  So I'm going to

20   use "foreperson."

21           Also "a court security officer" instead of "marshal."

22   We don't use our deputy marshals for that.

23           Again, "foreperson" in that third paragraph.

24           And after the second -- third sentence there, "do not

25   communicate with me except by written note," I always add

1  "Please include the date and time on any such note."

2  And then I did take the brackets off of the second to

3  the last sentence, because we tell them that the transcripts of

4  the trial are not available; otherwise, the first question we

5  get will be for transcripts.

6  Otherwise I think they're a really good, concise set

7  of instructions.  If anybody is proofreading this again and

8  picks up any more -- both Katie and I have done so, so

9  hopefully we've picked them all up.  If you do pick up any

10  typos, let us know by tomorrow morning.  We can always fix

11  them.

12  But we will go ahead and make these changes.  I don't

13  know if we can send you copies.  I guess we could send you

14  copies by PDF or something like that.

15  So before the jury comes out, I just want to tell

16  you, it's been a pleasure for me to deal with lawyers and staff

17  who are as professional and cordial as you people have been.

18  It really has been a pleasure to do that.  It doesn't always

19  happen.

20  I think they're about to come in.

21  Mr. Greenberg, did you want to say "Defense rests"?

22  MR. GREENBERG:  I think Mr. Herman does.

23  THE COURT:  Mr. Herman does.  One of you.  You don't

24  want me to do that.  Okay.

25  (Brief pause.)

```
1              THE CLERK:  All rise.

2         (Jury in.)

3              THE COURT:  Please have a seat, folks.

4              Mr. Herman.

5              MR. HERMAN:  Thank you, Judge.  The defense rests its

6    case.

7              THE COURT:  Thank you.  Ladies and gentlemen, so the

8    good news is that we are done for today.  The evidence is all

9    in.

10             Tomorrow we will begin at 9:30.  We will have closing

11   argument by both sides.  I'll explain very briefly some

12   explanations about that, and then I'll instruct you on the law,

13   and you'll begin your deliberations tomorrow probably in the

14   early afternoon.

15             And, again, don't talk about the case or expose

16   yourself to any publicity, do any research.  We have a nice

17   afternoon ahead of us, so we can enjoy that, I hope.  I really

18   thank all of you for your attention.  You've been a very

19   attentive and responsible group of people that I'm proud to be

20   part of the system that you are in today.

21             So have a great evening, and I'll see you back here

22   at 9:30.

23             THE CLERK:  All rise.

24        (Jury out.)

25             THE COURT:  All right, folks.  I'll see you tomorrow
```

1    morning.

2              MR. JONAS:  Thank you, Judge.

3              MR. HERMAN:  Thank you, Judge.

4              MS. WELLS:  Thank you, Your Honor.

5         (Adjournment at 2:26 p.m. until 9:30 a.m., 10/15/2021.)

C E R T I F I C A T E

I, Nancy L. Bistany, certify that the foregoing is a complete, true, and accurate transcript from the record of proceedings on October 14, 2021, before the HON. ROBERT W. GETTLEMAN in the above-entitled matter.

*/s/ Nancy L. Bistany, CSR, RPR, FCRR*                    December 9, 2021

     Official Court Reporter                    Date
     United States District Court
     Northern District of Illinois
     Eastern Division