```
 1                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3
      UNITED STATES OF AMERICA,            )
 4                                         )
                       Plaintiff,          )
 5                                         )
                 vs.                       )  No. 19 CR 869
 6                                         )
      THOMAS OSADZINSKI,                   )  Chicago, Illinois
 7                                         )  October 18, 2021
                       Defendant.          )  9:49 a.m.
 8

 9             TRANSCRIPT OF PROCEEDINGS - Volume No. 8

10          BEFORE THE HONORABLE ROBERT W. GETTLEMAN

11                          and a Jury

12
      APPEARANCES:
13
      For the Plaintiff:        HON. JOHN R. LAUSCH, JR.
14                              United States Attorney
                                BY:  MR. BARRY JONAS
15                                   MS. MELODY WELLS
                                Assistant United States Attorneys
16                              219 South Dearborn Street, Fifth Floor
                                Chicago, Illinois  60604
17                              (312) 353-5300

18
                                MS. ALEXANDRA HUGHES
19                              Trial Attorney, Department of Justice
                                National Security Division
20                              950 Pennsylvania Avenue, NW
                                Washington, D.C.  20530
21

22

23    Official Court Reporter:  NANCY L. BISTANY, CSR, RPR, FCRR
                                219 South Dearborn Street, Room 1706
24                              Chicago, Illinois 60604
                                (312) 435-7626
25                              nancy_bistany@ilnd.uscourts.gov
```

1  APPEARANCES:  (Continued)

2

3  For the Defendant:          GREENBERG TRIAL LAWYERS
                               BY:  MR. STEVEN GREENBERG
                               53 West Jackson Boulevard, Suite 1260
4                              Chicago, Illinois  60604
                               (312) 879-9500
5

6                              LAW OFFICE OF JOSHUA G. HERMAN
                               BY:  MR. JOSHUA G. HERMAN
7                              53 West Jackson Boulevard, Suite 404
                               Chicago, Illinois  60604
8                              (312) 909-0434

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Jury out.  Proceedings heard in open court:)

2          THE CLERK:  19 CR 869, USA versus Thomas Osadzinski.

3          THE COURT:  All right.  Your appearances are on the

4    record.

5          So we got the note.  You saw the note from the jury

6    asking for definitions of "concerted" and "substantial steps."

7    I think the word "substantial" is the one they were more

8    concerned with.

9          So I've -- in a way I was kind of expecting this

10   earlier, to be honest with you.  I'm waiting for them to ask

11   about "material."  That might be the next one.  We've

12   actually -- I've actually had a similar request in other cases.

13         So here is what I am suggesting we answer the jury's

14   questions by.

15         I was going to say:  The definition of "concerted" --

16   and we got this from the dictionary -- is "jointly arranged,

17   planned, or carried out; coordinated."  That's the dictionary

18   definition of "concerted."

19         The definition of "substantial" is:  "Important or

20   essential."

21         Any problems with that, anybody?

22         MR. JONAS:  I think we're digesting it, Judge.  Can

23   you -- can you -- I'm sorry, Judge.  Can you repeat your

24   definition of "concerted"?

25         THE COURT:  "Jointly arranged, planned or carried

1  out; coordinated."

2        MR. GREENBERG:  That's the same definition we were

3  going to suggest, so we're fine with it.

4        And what was the second one, Judge, for

5  "substantial"?

6        THE COURT:  "Important or essential."

7        MR. JONAS:  Judge, can we have a moment?

8     (Counsel conferring.)

9        MR. JONAS:  Judge, our concern with defining

10  "concerted" is that in the *Humanitarian Law Case* there is,

11  though it is not a definition of "concerted," it is -- it's a

12  statement that's given in conjunction with coordination or

13  direction and control, which is in part of the instructions

14  now.  And I think we're afraid if we define it from the

15  dictionary, it may go afar afield of the *Humanitarian Law Case*

16  in the Supreme Court.

17        And honestly, Judge, you know, we also were wondering

18  how you define "concerted," but I think we're -- we'd rather we

19  just come back to the instructions as given and point them

20  to -- I'm looking for the specific instruction -- on page 22

21  where it a talks about advocacy or activity performed in

22  coordination with or at the direction of a foreign terrorist

23  organization.

24        If you'd like, Judge, we can take another few

25  moments, go back to our office, go back to the case, and look

1    for the specific passage -- we don't have it in front of us --

2    but that may take just a couple minutes.

3         THE COURT:  But there's a disjunctive there, "in

4    coordination with or at the direction."  You don't want them to

5    make that a conjunctive.

6         MR. JONAS:  Not at all.  We want to keep it

7    disjunctive.

8         THE COURT:  Right.  So "coordinated" here is part of

9    the definition.  "Jointly arranged, planned, or carried out" --

10   we could put -- well, the semicolon is "coordinated" means it's

11   a separate definition.

12        So if it's "coordinated" -- now, if they ask for a

13   definition of "coordinated," we're in trouble, but I think that

14   that's more of a common word than "concerted."

15        MR. JONAS:  Right.

16        THE COURT:  So I understand the cases may talk about

17   it in different ways, but I think that is a definition.

18   They're looking for a definition, and this is a good

19   definition.

20        MR. GREENBERG:  The defense agrees, Judge.

21        THE COURT:  I know you do.

22        MR. GREENBERG:  We actually had discussed whether we

23   should separately give an instruction when we were drafting

24   them and before the conference last week.

25        THE COURT:  No, I thought about it, too, but because

1    you all agreed on these instructions, I let it go.  Maybe we
2    should have had at least a discussion about it.
3              And the word "material," too, I've had questions
4    about that word in securities cases, that sort of thing,
5    because that is a statutory word.
6              MR. GREENBERG:  Mr. Herman dissuaded me.
7              THE COURT:  It's all his fault.
8              MR. JONAS:  May we have one more moment, Judge?
9              THE COURT:  Yes.  I'd like to let it go.  I mean,
10   they're working very hard in there, and I'd rather not keep
11   them too long.
12             MR. JONAS:  No.  We understand.  Neither do we.
13        (Counsel conferring.)
14             MR. JONAS:  Ms. Wells is quickly looking up the case,
15   *Humanitarian Law Case*.
16             THE COURT:  You could ask Siri.
17             MS. WELLS:  Do you have a Westlaw subscription?
18             THE COURT:  The fount of all knowledge.
19             MR. GREENBERG:  I think today all Siri will do is
20   tell you to buy the new MacBook Pro, because they're having
21   their unveiling of that, which has a wonderful --
22             THE COURT:  We should go off the record for this sort
23   of thing.  We're burdening the record already.
24             MR. GREENBERG:  Sorry.
25        (Discussion off the record.)

1       MR. JONAS:  Your Honor, if your definition has the

2   semicolon, I think --

3       THE COURT:  Yes.

4       MR. JONAS:  -- after jointly undertaken, can that be

5   replaced with an "or" instead of --

6       THE COURT:  It could be replaced with an "or."

7       MR. JONAS:  I think that would at least make it a

8   little more tenable for the government.

9       THE COURT:  "Jointly arranged, planned, or carried

10  out or coordinated."  Yes, that's fine.

11      MR. GREENBERG:  That's fine.

12      THE COURT:  Because that's what the semicolon is

13  actually there to do.

14      Okay.  We will give that to them.  All right.

15  Hopefully that will satisfy them, and we'll see where we go.

16      They're taking it very seriously.  They've asked

17  for -- they've got a white board in there, and it's a good

18  group of people.  They're getting along really well.  Okay.

19      MR. GREENBERG:  Did they order lunch?

20      THE COURT:  Oh, we'll give them lunch.

21      THE CLERK:  We ordered them lunch.

22      THE COURT:  All right.  Thank you, folks.

23      (Brief pause.)

24      THE LAW CLERK:  We just got another one.

25      THE COURT:  This one was very simple.

1           "We are not able to hear audio from the video

2    evidence."

3           Claire is going in there to make sure that they get

4    it working properly.  So they're obviously watching the videos.

5           MR. GREENBERG:  The defense agrees with that answer.

6           THE COURT:  Good.  They haven't asked for transcripts

7    yet, so that may be coming.  All right.

8       (Recess from 9:58 a.m. to 10:59 a.m.)

9       (Jury in.)

10          THE COURT:  Good morning, everybody.  Please be

11   seated.

12          I understand that the jury has reached a unanimous

13   verdict.  Is that correct, Mr. Foreman?

14          FOREPERSON SHEEHAN:  We have.

15          THE COURT:  Could you please hand the verdict form to

16   the court security officer?

17       (Tendering verdict form.)

18          THE COURT:  Thank you.  The verdict of the jury is as

19   follows:

20          With respect to the defendant, Thomas Osadzinski, the

21   verdict is guilty.  It is signed by the foreman and the other

22   jurors.

23          Do you wish to have the jury polled?

24          MR. GREENBERG:  Yes, please.

25          THE COURT:  Okay.  I'm going to start with the order

```
1   here.
2              Mr. Srivian, is that your verdict, sir?
3              JUROR MUTHUKRISHNAN:  Yes.
4              THE COURT:  I'm just going to ask each of you "Is
5   that your verdict?"
6              JUROR MUTHUKRISHNAN:  Yes, sir.
7              THE COURT:  Thank you.  You can have a seat.
8              Ms. Kirmse -- Mr. Kirmse?  I'm sorry.  I'm looking at
9   a very bad chart here.
10             JUROR KIRMSE:  Yes.
11             THE COURT:  Ms. Green, is that your verdict, ma'am?
12             JUROR GREEN:  Yes.
13             THE COURT:  Ms. Rivera, is that your verdict, ma'am?
14             JUROR RIVERA:  Yes.
15             THE COURT:  Ms. Joyner, is that your verdict?
16             JUROR JOYNER:  Yes.
17             THE COURT:  Ms. Pinta, is that your verdict, ma'am?
18             JUROR PINTA:  Yes.
19             THE COURT:  Mr. Sheehan, is that your verdict?
20             FOREPERSON SHEEHAN:  Yes.
21             THE COURT:  Mr. Foreman.
22             Ms. Torres, is that your verdict, guilty?
23             JUROR TORRES:  Yes.
24             THE COURT:  And Mr. Abell, is that your verdict, sir?
25             JUROR ABELL:  Yes.
```

1    THE COURT:  Mr. Amin, is that your verdict, sir?

2    JUROR AMIN:  Yes.

3    THE COURT:  Ms. Devine, is that your verdict?

4    JUROR DEVINE:  Yes.

5    THE COURT:  Mr. -- I'm sorry.

6    Ms. Kazmier, is that your verdict?

7    JUROR KAZMIER:  Yes.

8    THE COURT:  All right.  I will -- we will enter the

9    verdict on the docket.  And I want to talk to the lawyers.

10   I appreciate all the work and attention you've given

11   to this case.  As I've said before, this is always the hardest

12   part.  But I will discharge the jury.

13   I would like to just thank each of you privately in

14   chambers.  I think we can do that safely if you keep your masks

15   on.  And I just want to talk to the lawyers for a moment before

16   I meet you in chambers.

17   So if the court security officer -- why don't you

18   gather your personal belongings, and then I'll meet you in

19   chambers.

20   THE CLERK:  All rise.

21   (Jury out.)

22   THE COURT:  All right.  It's been a tough case, tough

23   case.  I assume you want to file a post-trial motion?

24   MR. GREENBERG:  Yes.

25   THE COURT:  How long would you like to do that?

1    MR. HERMAN:  Judge, if we could have -- we'd like to
2    see the transcripts as well, and I don't know if -- what the
3    court reporter's schedule is.

4    THE COURT:  I'll ask her right now.  She's right in
5    front of me here.

6    (Discussion off the record.)

7    THE COURT:  Okay.  Today is the 18th.  So if you got
8    it a month from now, I think you could -- I know that you've
9    been taking notes and all that.  Could you -- if we got it on
10   the 18th -- we got the holiday in there -- three weeks from the
11   18th, December 16th?

12   MR. HERMAN:  Judge, I'll do my best.  We're starting
13   another material support trial in front of Judge Blakey.

14   THE COURT:  Right.

15   MR. HERMAN:  If we can keep that schedule and if I
16   can file a motion, so long as we are timely within the rules
17   right now for asking for an extension on our Rule 29 that we
18   made at --

19   THE COURT:  Right.  You combined the two of them,
20   obviously.

21   MR. HERMAN:  Right.

22   THE COURT:  Because the defense rested after the --
23   MR. HERMAN:  Right.

24   THE COURT:  -- government's case.  In a way that's
25   easier than if there was a defense case.

1                Well, I can give you an extra week if you want.

2                MR. HERMAN:  Sure.  That would be great.

3                THE COURT:  That would be the 23rd.

4                And then how long to respond, Mr. Jonas?

5                MR. JONAS:  I would ask for three weeks so that we

6    can do it after our other trial ends, if that's --

7                THE COURT:  Well, you also have the holidays in

8    there.

9                MR. JONAS:  Yes.  And I was hoping to take part of

10   December off.

11               THE COURT:  No rest for the wicked.

12               MR. JONAS:  No, Judge.

13               THE COURT:  Why don't we say January 17.  That's a

14   little more --

15               MR. JONAS:  Great.

16               THE COURT:  -- than three weeks.

17               MR. JONAS:  Thank you, Judge.

18               THE COURT:  And then two weeks to reply, January

19   31st.

20               MR. GREENBERG:  Judge, can we have three weeks?  I'm

21   supposed to start a VICAR murder case on --

22               THE COURT:  All right.  February 7th.  And I'm going

23   to want -- I may want to hear some argument, too, and I've got

24   a pretty big trial schedule.

25               Why don't we say -- let's see.  I'm starting a big

1    trial in -- why don't we say the 18th of February.

2              THE CLERK:  In person, Your Honor?

3              THE COURT:  Yes.

4              MR. JONAS:  I'm sorry, Judge, that was for

5    sentencing?

6              THE COURT:  No, no.  I don't set a sentencing date

7    until I rule on the post-trial motions.  I think that's --

8              MR. JONAS:  That's fine.  I think Ms. Wells would

9    like to be here for sentencing, so that would be the summer or

10   we can address that --

11             THE COURT:  Well, I don't know when Ms. Wells is -- I

12   don't want to ask the question, but good luck to you.

13             MS. WELLS:  Thank you, Your Honor.  I appreciate it.

14   I'll be able to help Mr. Jonas with the response to the motions

15   at least.

16             THE COURT:  Okay.  That's good.

17             THE CLERK:  So what time?

18             THE COURT:  Why don't we say -- I don't know if we

19   have anything set then at all.

20             THE CLERK:  We just have 9:00.

21             THE COURT:  Yes.  Let's say 10:00.  And I may want

22   some argument on it.  I may not need it.  I don't know.

23             All right.  Again, I think everybody did a really

24   great, professional job here.  And I know it's a big

25   disappointment to the defense, and it's a hard thing, but

1    that's the way the system works.

2            Thank you, all, and I'll see you then.  Have a good

3    holiday.

4            MR. JONAS:  Thank you.  Judge.

5            THE CLERK:  All rise.

6        (Adjournment at 11:07 a.m.)

1

C E R T I F I C A T E

2

3

4          I, Nancy L. Bistany, certify that the foregoing is a

5    complete, true, and accurate transcript from the record of

6    proceedings on October 18, 2021, VOLUME NO. 8, before the HON.

7    ROBERT W. GETTLEMAN in the above-entitled matter.

8

9

10   */s/ Nancy L. Bistany, CSR, RPR, FCRR*          December 9, 2021

11        Official Court Reporter                     Date
          United States District Court
12        Northern District of Illinois
          Eastern Division
13

14

15

16

17

18

19

20

21

22

23

24

25