**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:19−cr−00869
                                                            Honorable Robert W. Gettleman

Thomas Osadzinski

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 13, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defense counsel's unopposed e−mailed request for a one−week extension for post−trial motions is granted. The briefing schedule set forth on 12/13/2021 [157] is modified as follows: Defendant's Post−trial motions to be filed by 1/27/2022; Government's response due by 2/17/2022; Defendant reply due 3/7/2022. In person hearing remains set for 3/18/2022 at 11:00 a.m. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.