# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:19−cr−00869
                                                    Honorable Robert W. Gettleman

Thomas Osadzinski

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 7, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the government's request and by agreement, the briefing schedule set forth on 3/23/2022 [169] is modified as follows: Government's response due by 4/28/2022; Defendant reply due 5/26/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.