**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CR 869 |
| | ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

<u>UNOPPOSED MOTION FOR LEAVE TO FILE</u>

NOW COMES the defendant, THOMAS OSADZINSKI, requesting that this Court grant him leave to file a supplemental Rule 33 motion. The government does not object to this request. It requests 21 days to respond.

Respectfully submitted,
THOMAS OSADZINSKI, Defendant
By: /s/ Steven A. Greenberg
One of Defendant's Attorneys

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
53 W. Jackson Blvd., Suite 1260
Chicago, IL 60604
(312) 879-9500
Steve@GreenbergCD.com