# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                                        Case No.: 1:19−cr−00869

                                                                Honorable Robert W. Gettleman

Thomas Osadzinski

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 1, 2022:

      MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's unopposed motion for leave to file [176] is granted. Defendant is directed to file the supplemental Rule 33 motion as a separate docket entry. Government's response to the supplement due by 6/23/2022; defendant's reply due 7/7/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.