# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Thomas Osadzinski

Defendant.

Case No.: 1:19−cr−00869
Honorable Robert W. Gettleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the parties' request, and by agreement, in−court oral argument on defendant's post−trial motions set for 7/13/2022 is stricken and reset to 7/28/2022 at 10:15 a.m. The hearing will be held in Courtroom 1703 unless further ordered. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.