IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19 CR 869 |
| ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO FILE SENTENCING LETTERS
UNDER SEAL PURSUANT TO LOCAL RULE 26.2**

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN A. GREENBERG** and **JOSHUA G. HERMAN,** hereby requests to file sentencing letters under seal pursuant to Local Rule 26.2 in support of his Sentencing Memorandum.

In support of this motion, Defendant, through counsel, shows to the Court as follows:

1. On November 3, 2022, counsel filed his pleading entitled, "Defendant's Sentencing Memorandum." (Dkt. #191).

2. Counsel has also filed as group Exhibit A eleven (11) sentencing character letters submitted in support of Defendant. This group exhibit was filed under seal. (Dkt. #192).

3. Local Rule 26.2 provides that the court may for good cause enter an order directing one or more documents to be filed under seal. While the Sentencing Memorandum quotes extensively from many of the sentencing letters, some contain personal information of the authors that should not be on the public record. As such, counsel respectfully submits that good cause exists to file these documents under seal. The letters will be provided to the government's attorney and the U.S. Probation Officer.

1

WHEREFORE, counsel requests leave to file the sentencing letters submitted as group Exhibit A at Dkt. #192 under seal.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on November 3, 2022, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com