# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19 CR 869 |
| ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO EXCEED LOCAL RULE PAGE LIMIT

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN A. GREENBERG** and **JOSHUA G. HERMAN**, hereby moves for leave to exceed the page limit set forth in Local Rule 7.1.

In support of this Motion, Defendant, through counsel, shows to the Court the following:

1. On November 3, 2022, undersigned counsel filed Defendant's Sentencing Memorandum. (Dkt. #191).

2. That pleading presents extensive material for the Court's review and consideration in advance of Defendant's sentencing hearing. That material includes Defendant's mental health history, circumstances related to his youth, concerns regarding the conditions of confinement, and other matters that must be raised for sentencing. Due to the nature, complexity, and number of the issues that required discussion, the importance of the proceedings, and the need to present the Court with a fulsome presentation of the issues, counsel were unable to provide an adequate presentation of this material within the 15-page limit provided by local rule. Counsel accordingly requests leave to exceed that page limit.

WHEREFORE, counsel respectfully requests leave to Defendant's Sentencing Memorandum in excess of the standard page limit.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on November 3, 2022, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      /s/ Joshua G. Herman
      53 W. Jackson Blvd., Suite 404
      Chicago, IL 60614
      (312) 909-0434
      jherman@joshhermanlaw.com