UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 869 |
| vs. | ) | |
| | ) | Honorable Robert W. Gettleman |
| THOMAS OSADZINSKI | ) | |

**GOVERNMENT'S MOTION TO FILE A SENTENCING MEMO IN EXCESS OF FIFTEEN PAGES**

The UNITED STATES OF AMERICA, through its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves for leave to file a sentencing memo in excess of 15 pages.

On November 3, 2022, the government filed its sentencing memorandum in the above-referenced case. Sentencing in this matter follows a jury trial and involves complex issues. To address the facts of the case and the factors to be considered under Title 18, United States Code, Section 3553(a) the government's sentencing memo exceeded 15 pages. The government respectfully submits that a longer filing in this matter is appropriate to address the matters before the Court.

1

WHEREFORE the government respectfully requests permission to file a sentencing memo in excess of 15 pages.

                Respectfully submitted,
                JOHN R. LAUSCH, JR.
                United States Attorney

By:   */s/Barry Jonas*
       BARRY JONAS
       MELODY WELLS
       Assistant United States Attorneys
       219 South Dearborn Street, 5th Floor
       Chicago, Illinois 60604

       ALEXANDRA HUGHES
       Trial Attorney
       Department of Justice
       National Security Division
       950 Pennsylvania Ave.
       Washington, D.C.

Dated: November 3, 2022