# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Thomas Osadzinski

Defendant.

Case No.: 1:19−cr−00869
Honorable Robert W. Gettleman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 4, 2022:

MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's Motion for Leave to File Sentencing Letters Under Seal Pursuant to Local Rule 26.2 [193] and Motion to Exceed Local Rule Page Limit [194] and Government's Motion to File a Sentencing Memo in Excess of Fifteen Pages [196] are granted. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.