IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CR 869 |
| | ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO LIMITED RESPONSE
TO GOVERNMENT'S SENTENCING MEMORANDUM**

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN A. GREENBERG** and **JOSHUA G. HERMAN,** hereby requests leave to file a limited Response to the Government's Sentencing Memorandum (Dkt. #195), and specifically to its unwarranted disparity argument and authorities.

In support of this motion, Defendant, through counsel, shows to the Court as follows:

1. On November 3, 2022, the government filed its Sentencing Memorandum. (Dkt. #195). The government makes an unwarranted disparity argument under 18 U.S.C. §3553(a)(6). The government asserts that the sentences recommended by the defense (60 months) and Probation (78 months) are "inconsistent, and substantially lower than, other sentences for material support involving similar conduct and with other material support convictions in this district." (Dkt. #195, p. 38). The government then cites five cases.

2. Defense counsel respectfully seek leave to respond to the government's unwarranted disparity argument and to supply additional authority for the Court's consideration. The Court's scheduling order did not provide for responses to the sentencing memoranda. (Dkt. #185). But given the potential significance of this sentencing issue and concerns with the

1

government's cited authorities, counsel would respectfully seek leave to file a limited Response to address this issue and the government's arguments and authorities. A copy of said Response is attached hereto as Exhibit A.

WHEREFORE, counsel respectfully requests leave to file a limited Response to the government's unwarranted disparity argument, attached hereto as Exhibit A.

    Respectfully submitted,

    /s/ Steven A. Greenberg
    **STEVEN A. GREENBERG,**

    /s/Joshua G. Herman
    **JOSHUA G. HERMAN**
    Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on November 10, 2022, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                        /s/ Joshua G. Herman
                                                        **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com