# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19 CR 869 |
| ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, ) | |
| ) | |
| Defendant. ) | |

## DOCKETING STATEMENT

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN GREENBERG** and **JOSHUA G. HERMAN,** respectfully submits the following Docketing Statement in compliance with Seventh Circuit Rule 3(c) and states as follows:

1. This is a direct appeal in a criminal case from the final judgment entered on the District Court's docket on November 17, 2022. (Dkt. #203).

2. Defendant was charged with one count of attempting to provide material support to a foreign terrorist organization in violation of 18 U.S.C. §2339B(a)(1). Defendant proceeded to trial by jury, which returned a verdict of guilty on October 18, 2021. On November 17, 2022, Defendant was sentenced to ninety (90) months imprisonment.

3. The District Court's jurisdiction was based on 18 U.S.C. §3231.

4. The Notice of Appeal was filed on November 28, 2022, within fourteen days of the entry of the final judgment in this case, and in compliance with Rule 4(b)(1) of the Federal Rules of Appellate Procedure.

5. The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. §1291.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com