**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CR 869 |
| | ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN GREENBERG** and **JOSHUA G. HERMAN,** hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in a criminal case that was entered on the District Court's docket on November 17, 2022. (Dkt. #203).

Dated: November 28, 2022                    Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 CR 869 |
| | ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## DOCKETING STATEMENT

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN GREENBERG** and **JOSHUA G. HERMAN,** respectfully submits the following Docketing Statement in compliance with Seventh Circuit Rule 3(c) and states as follows:

1.      This is a direct appeal in a criminal case from the final judgment entered on the District Court's docket on November 17, 2022.  (Dkt. #203).

2.      Defendant was charged with one count of attempting to provide material support to a foreign terrorist organization in violation of 18 U.S.C. §2339B(a)(1). Defendant proceeded to trial by jury, which returned a verdict of guilty on October 18, 2021. On November 17, 2022, Defendant was sentenced to ninety (90) months imprisonment.

3.      The District Court's jurisdiction was based on 18 U.S.C. §3231.

4.      The Notice of Appeal was filed on November 28, 2022, within fourteen days of the entry of the final judgment in this case, and in compliance with Rule 4(b)(1) of the Federal Rules of Appellate Procedure.

5.      The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. §1291.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG,**

/s/Joshua G. Herman
**JOSHUA G. HERMAN**
Attorneys for Defendant

**GREENBERG TRIAL LAWYERS**
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| | ) | |
| THOMAS OSADZINSKI | ) | Case Number:  1:19-CR-00869(1) |
| | ) | |
| | ) | USM Number:  54279-424 |
| | ) | |
| | ) | |
| | ) | Steven Greenberg & Joshua Herman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s)        which was accepted by the court.

☒ was found guilty on count(s) 1 of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| 18 U.S.C. § 2339B (a)(1)   Attempt to Provide Material Support To Foreign Terrorist Organization | 11/30/2019 | 1 |

The defendant is sentenced as provided in pages 2 through 8 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

November 17, 2022
Date of Imposition of Judgment

Signature of Judge
Robert W. Gettleman, United States District Judge

Name and Title of Judge

    November 17, 2022
Date

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 2 – Imprisonment

DEFENDANT:  THOMAS OSADZINSKI
CASE NUMBER:  1:19-CR-00869(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Ninety (90) months as to Count 1.

☒      The court makes the following recommendations to the Bureau of Prisons: the defendant Osadzinski be designated to a facility as close to Chicago, Illinois as possible to permit family visitation.

☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district:

      ☐      at      on

      ☐      as notified by the United States Marshal.

      ☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

      ☐      before 2:00 pm on

      ☐      as notified by the United States Marshal.

      ☐      as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: _____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                             _____
                             UNITED STATES MARSHAL

                    By  _____
                             DEPUTY UNITED STATES MARSHAL

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 3 of 8

DEFENDANT: THOMAS OSADZINSKI
CASE NUMBER: 1:19-CR-00869(1)

## MANDATORY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3583(d)

Upon release from imprisonment, you shall be on supervised release for a term of:
Ten (10) years.

The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☒  (1)  you shall not commit another Federal, State, or local crime.

☒  (2)  you shall not unlawfully possess a controlled substance.

☐  (3)  you shall attend a public, private, or private nonprofit offender rehabilitation program that has been approved by the court, if an approved program is readily available within a 50-mile radius of your legal residence.  [Use for a first conviction of a domestic violence crime, as defined in **§ 3561(b)**.]

☐  (4)  you shall register and comply with all requirements of the Sex Offender Registration and Notification Act (**42 U.S.C. § 16913**).

☒  (5)  you shall cooperate in the collection of a DNA sample if the collection of such a sample is required by law.

☒  (6)  you shall refrain from any unlawful use of a controlled substance AND submit to one drug test within 15 days of release on supervised release and at least two periodic tests thereafter, up to 104 periodic tests for use of a controlled substance during each year of supervised release.  [This mandatory condition may be ameliorated or suspended by the court for any defendant if reliable sentencing information indicates a low risk of future substance abuse by the defendant.]

## DISCRETIONARY CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C § 3563(b) AND 18 U.S.C § 3583(d)

**Discretionary Conditions** — The court orders that you abide by the following conditions during the term of supervised release because such conditions are reasonably related to the factors set forth in **§ 3553(a)(1)** and **(a)(2)(B), (C), and (D);** such conditions involve only such deprivations of liberty or property as are reasonably necessary for the purposes indicated in **§ 3553 (a)(2) (B), (C), and (D);** and such conditions are consistent with any pertinent policy statement issued by the Sentencing Commission pursuant to **28 U.S.C. 994a**.
The court imposes those conditions identified by checkmarks below:

**During the period of supervised release:**

☐  (1)  you shall provide financial support to any dependents if you are financially able to do so.

☐  (2)  you shall make restitution to a victim of the offense under **§ 3556** (but not subject to the limitation of **§ 3663(a)** or **§ 3663A(c)(1)(A)**).

☐  (3)   you shall give to the victims of the offense notice pursuant to the provisions of **§ 3555**, as follows:

☒  (4)  you shall seek, and work conscientiously at, lawful employment, or if you are not gainfully employed, you shall pursue conscientiously a course of study or vocational training that will equip you for employment.

☐  (5)  you shall refrain from engaging in the following occupation, business, or profession bearing a reasonably direct relationship to the conduct constituting the offense, or engage in the following specified occupation, business, or profession only to a stated degree or under stated circumstances; (if checked yes, please indicate restriction(s))

☒  (6)  you shall not knowingly meet or communicate with any person whom you know to be engaged, or planning to be engaged, in criminal activity and shall not:
    ☐  visit the following type of places:    .
    ☒  knowingly meet or communicate with the following persons: Any persons who are, or claim to be, associated with a foreign terrorist organization (as defined in 8 U.S.C. §1189) or who are, or claim to be, involved with violent acts, or advocating for acts of violence; and, communicating with any persons who are located outside of the United States without prior approval of the Probation Office, giving exception to family members and persons previously identified by the Probation Office.

☒  (7)  you shall refrain from ☐ any or ☒ excessive use of alcohol (defined as ☒ having a blood alcohol concentration greater than 0.08; or ☐    ), and from any use of a narcotic drug or other controlled substance, as defined in **§ 102** of the Controlled Substances Act (**21 U.S.C. § 802**), without a prescription by a licensed medical practitioner.

☒  (8)  you shall not possess a firearm, destructive device, or other dangerous weapon.

☒  (9)  ☐  you shall participate, at the direction of a probation officer, in a substance abuse treatment program, which may include urine testing up to a maximum of 104 tests per year.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties
Judgment – Page 4 of 8

DEFENDANT: THOMAS OSADZINSKI
CASE NUMBER: 1:19-CR-00869(1)

- ☒ you shall participate, at the direction of a probation officer, in a mental health treatment program, and shall take any medications prescribed by the mental health treatment provider.
- ☐ you shall participate, at the direction of a probation officer, in medical care; (if checked yes, please specify: ▨ .)

☐ (10) (intermittent confinement): you shall remain in the custody of the Bureau of Prisons during nights, weekends, or other intervals of time, totaling ▨ [no more than the lesser of one year or the term of imprisonment authorized for the offense], during the first year of the term of supervised release (provided, however, that a condition set forth in **§3563(b)(10)** shall be imposed only for a violation of a condition of supervised release in accordance with **§ 3583(e)(2)** and only when facilities are available) for the following period ▨ .

☐ (11) (community confinement): you shall reside at, or participate in the program of a community corrections facility (including a facility maintained or under contract to the Bureau of Prisons) for all or part of the term of supervised release, for a period of ▨ months.

☐ (12) you shall work in community service for ▨ hours as directed by a probation officer.

☐ (13) you shall reside in the following place or area: ▨ , or refrain from residing in a specified place or area: ▨ .

☒ (14) you shall not knowingly leave from the federal judicial district where you are being supervised, unless granted permission to leave by the court or a probation officer. The geographic area of the Northern District of Illinois currently consists of the Illinois counties of Cook, DuPage, Grundy, Kane, Kendall, Lake, LaSalle, Will, Boone, Carroll, DeKalb, Jo Daviess, Lee, McHenry, Ogle, Stephenson, Whiteside, and Winnebago.

☒ (15) you shall report to the probation office in the federal judicial district to which you are released within 72 hours of your release from imprisonment. You shall thereafter report to a probation officer at reasonable times as directed by the court or a probation officer.

☒ (16) ☒ you shall permit a probation officer to visit you ☒ at any reasonable time or ☐ as specified: ▨ ,
- ☒ at home ☐ at work ☐ at school ☐ at a community service location
- ☒ other reasonable location specified by a probation officer
- ☒ you shall permit confiscation of any contraband observed in plain view of the probation officer.

☒ (17) you shall notify a probation officer within 72 hours, after becoming aware of any change in residence, employer, or workplace and, absent constitutional or other legal privilege, answer inquiries by a probation officer. You shall answer truthfully any inquiries by a probation officer, subject to any constitutional or other legal privilege.

☒ (18) you shall notify a probation officer within 72 hours if after being arrested, charged with a crime, or questioned by a law enforcement officer.

☐ (19) (home confinement)
- ☐ (a)(i) (home incarceration) for a period of __ months, you are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court.
- ☐ (a)(ii) (home detention) for a period of __ months, you are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation officer.
- ☐ (a)(iii) (curfew) for a period of __ months, you are restricted to your residence every day.
- ☐ from the times directed by the probation officer; or ☐ from __ to __ .
- ☐ (b) your compliance with this condition, as well as other court-imposed conditions of supervision, shall be monitored by a form of location monitoring technology selected at the discretion of the probation officer, and you shall abide by all technology requirements.
- ☐ (c) you shall pay all or part of the cost of the location monitoring, at the daily contractual rate, if you are financially able to do so.

☐ (20) you shall comply with the terms of any court order or order of an administrative process pursuant to the law of a State, the District of Columbia, or any other possession or territory of the United States, requiring payments by you for the support and maintenance of a child or of a child and the parent with whom the child is living.

☐ (21) (deportation): you shall be surrendered to a duly authorized official of the Homeland Security Department for a determination on the issue of deportability by the appropriate authority in accordance with the laws under the Immigration and Nationality Act and the established implementing regulations. If ordered deported, you shall not remain in or enter the United States without obtaining, in advance, the express written consent of the United States Attorney General or the United States Secretary of the Department of Homeland Security.

☒ (22) you shall satisfy such other special conditions as ordered below.

☒ (23) You shall submit your person, property, house, residence, vehicle, papers [computers (as defined in 18 U.S.C. 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States Probation Officer(s). Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer(s) may conduct a search

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

Judgment – Page 5 of 8

DEFENDANT:  THOMAS OSADZINSKI
CASE NUMBER:  1:19-CR-00869(1)

pursuant to this condition only when reasonable suspicion exists that you have violated a condition of your supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

☐ (24) Other:

## SPECIAL CONDITIONS OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. 3563(b)(22) and 3583(d)

The court imposes those conditions identified by checkmarks below:

**During the term of supervised release:**

☐ (1) if you have not obtained a high school diploma or equivalent, you shall participate in a General Educational Development (GED) preparation course and seek to obtain a GED within the first year of supervision.

☐ (2) you shall participate in an approved job skill-training program at the direction of a probation officer within the first 60 days of placement on supervision.

☐ (3) you shall, if unemployed after the first 60 days of supervision, or if unemployed for 60 days after termination or lay-off from employment, perform at least _____ hours of community service per week at the direction of the probation office until gainfully employed. The total amount of community service required over your term of service shall not exceed _____ hours.

☐ (4) you shall not maintain employment where you have access to other individual's personal information, including, but not limited to, Social Security numbers and credit card numbers (or money) unless approved by a probation officer.

☐ (5) you shall not incur new credit charges or open additional lines of credit without the approval of a probation officer unless you are in compliance with the financial obligations imposed by this judgment.

☒ (6) you shall provide a probation officer with access to any requested financial information requested by the probation officer to monitor compliance with conditions of supervised release.

☐ (7) within 72 hours of any significant change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments, you must notify the probation officer of the change.

☐ (8) you shall file accurate income tax returns and pay all taxes, interest, and penalties as required by law.

☐ (9) you shall participate in a sex offender treatment program.  The specific program and provider will be determined by a probation officer. You shall comply with all recommended treatment which may include psychological and physiological testing. You shall maintain use of all prescribed medications.

     ☐ You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access and to which the probation officer has legitimate access by right or consent.  The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations.  A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

     ☐ The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

     ☐ You shall not possess or use at any location (including your place of employment), any computer, external storage device, or any device with access to the Internet or any online computer service without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system

     ☐ You shall not possess any device that could be used for covert photography without the prior approval of a probation officer.

     ☐ You shall not view or possess child pornography. If the treatment provider determines that exposure to other sexually stimulating material may be detrimental to the treatment process, or that additional conditions are likely to assist the treatment process, such proposed conditions shall be promptly presented to the court, for a determination, pursuant to **18 U.S.C. § 3583(e)(2),** regarding whether to enlarge or otherwise modify the conditions of supervision to include conditions consistent with the recommendations of the treatment provider.

     ☐ You shall not, without the approval of a probation officer and treatment provider, engage in activities that will put you in unsupervised private contact with any person under the age of 18, and you shall not knowingly visit locations where persons under the age of 18 regularly congregate, including parks, schools, school bus stops, playgrounds, and childcare facilities. This condition does not apply to contact in the course of normal commercial business or unintentional incidental contact

     ☐ This condition does not apply to your family members:        [Names]

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties                                                                   Judgment – Page 6 of 8

DEFENDANT:  THOMAS OSADZINSKI
CASE NUMBER:  1:19-CR-00869(1)

    ☐    Your employment shall be restricted to the judicial district and division where you reside or are supervised, unless approval is granted by a probation officer.  Prior to accepting any form of employment, you shall seek the approval of a probation officer, in order to allow the probation officer the opportunity to assess the level of risk to the community you will pose if employed in a particular capacity.  You shall not participate in any volunteer activity that may cause you to come into direct contact with children except under circumstances approved in advance by a probation officer and treatment provider.

    ☐    You shall provide the probation officer with copies of your telephone bills, all credit card statements/receipts, and any other financial information requested.

    ☐    You shall comply with all state and local laws pertaining to convicted sex offenders, including such laws that impose restrictions beyond those set forth in this order.

☐ (10)    you shall pay to the Clerk of the Court any financial obligation ordered herein that remains unpaid at the commencement of the term of supervised release, at a rate of not less than 10% of the total of your gross earnings minus federal and state income tax withholdings**.**

☒ (11)    you shall not enter into any agreement to act as an informer or special agent of a law enforcement agency without the prior permission of the court.

☐ (12)    you shall pay to the Clerk of the Court $_____ as repayment to the United States of government funds you received during the investigation of this offense. (The Clerk of the Court shall remit the funds to _____ (list both Agency and Address.)

☐ (13)    if the probation officer determines that you pose a risk to another person (including an organization or members of the community), the probation officer may require you to tell the person about the risk, and you must comply with that instruction. Such notification could include advising the person about your record of arrests and convictions and substance use. The probation officer may contact the person and confirm that you have told the person about the risk.

☐ (14)    You shall observe one Reentry Court session, as instructed by your probation officer.

☒ (15)    Other: You shall not possess or use at any location (including your place of employment), any external storage device without the prior approval of a probation officer.

    ☒    You shall comply with the requirements of the Computer and Internet Monitoring Program as administered by the United States Probation Office. You shall consent to the installation of computer monitoring software on all identified computers to which you have access. The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, Internet use history, email correspondence, and chat conversations. A notice will be placed on the computer at the time of installation to warn others of the existence of the monitoring software. You shall not remove, tamper with, reverse engineer, or in any way circumvent the software.

    ☒    The cost of the monitoring shall be paid by you at the monthly contractual rate, if you are financially able, subject to satisfaction of other financial obligations imposed by this judgment.

    ☒    You shall not possess or use any device with access to any online computer service at any location (including place of employment) without the prior approval of a probation officer. This includes any Internet service provider, bulletin board system, or any other public or private network or email system.

    ☒    You shall be required to submit to periodic polygraph testing at the direction of the probation office as a means to ensure that you are in compliance with the requirements of your supervision or treatment program.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 5 – Criminal Monetary Penalties

DEFENDANT: THOMAS OSADZINSKI
CASE NUMBER: 1:19-CR-00869(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | $.00 | $.00 | $.00 | $.00 |

☐    The determination of restitution is deferred until     . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

       If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

☐       Restitution amount ordered pursuant to plea agreement $

☐       The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☐       The court determined that the defendant does not have the ability to pay interest and it is ordered that:

         ☐       the interest requirement is waived for the     .

         ☐       the interest requirement for the     is modified as follows:

☐       The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

ILND 245B (Rev. 03/12/2020) Judgment in a Criminal Case
Sheet 6 – Schedule of Payments

Judgment – Page 8 of 8

DEFENDANT:  THOMAS OSADZINSKI
CASE NUMBER:  1:19-CR-00869(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $100.00 due immediately.

    ☐ balance due not later than     , or

    ☐ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal     *(e.g. weekly, monthly, quarterly)* installments of $      over a period of     *(e.g., months or years)*, to commence     *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal     *(e.g. weekly, monthly, quarterly)* installments of $      over a period of     *(e.g., months or years)*, to commence     *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within     *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|

**\*\*See above for Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.\*\***

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

APPEAL,HARJANI,PROTO,TERMED

## United States District Court
## Northern District of Illinois − CM/ECF NextGen 1.6.3 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:19−cr−00869 All Defendants
### *Internal Use Only*

Case title: USA v. Osadzinski

Date Filed: 11/15/2019

Date Terminated: 11/17/2022

Assigned to: Honorable Robert W. Gettleman

**Defendant (1)**

| | | |
|---|---|---|
| **Thomas Osadzinski**<br>*TERMINATED: 11/17/2022* | represented by | **Steven Greenberg**<br>Greenberg Trial Lawyers<br>53 W. Jackson<br>Suite 1260<br>Chicago, IL 60604<br>312 879 9500<br>Email: steve@greenbergcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |
| | | **Joshua G. Herman**<br>Law Office of Joshua G. Herman<br>53 West Jackson Blvd.<br>Suite 404<br>Chicago, IL 60604<br>312−909−0434<br>Email: jherman@joshhermanlaw.com<br>*ATTORNEY TO BE NOTICED*<br>Designation: CJA Appointment |

| **Pending Counts** | **Disposition** |
|---|---|
| PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS (1) | The defendant was found guilty on count(s) 1 of the Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Ninety (90) months as to Count 1. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Ten (10) years. Criminal Monetary Penalties. Schedule of Payments. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2339B.F Providing material support or resources to terrorists | |

---

**Plaintiff**

| **USA** | represented by | **AUSA − Chicago**<br>United States Attorney's Office (NDIL − Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
|---|---|---|
| | | **Pretrial Services**<br>.<br>(312) 435−5793<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pretrial Services* |
| | | **Probation Department**<br>.<br>408−5197<br>Email: Intake_Docket_ILNP@ilnp.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Probation Department* |
| | | **Barry Jonas**<br>United States Attorneys Office<br>219 S. Dearborn<br>Chicago, IL 60604<br>312 886 8027<br>Email: barry.jonas@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Melody Wells**<br>U.S. Attorney"s Office<br>N/A<br>219 South Dearborn Street<br>Chicago, IL 60604<br>(312) 353−1110<br>Email: melody.wells@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Tiffany Ardam**<br>United States Attorney"s Office<br>219 South Dearborn St<br>Room 500<br>Chicago, IL 60604<br>(312) 353−0951<br>Email: tiffany.ardam@usdoj.gov<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|

| 11/15/2019 | 1 | COMPLAINT signed by Honorable Sunil R. Harjani as to Thomas Osadzinski (1) (rp, ) (Entered: 11/15/2019) |
|---|---|---|
| 11/15/2019 | 2 | MOTION by USA to seal complaint, affidavit, and arrest warrant as to Thomas Osadzinski (rp, ) (Entered: 11/15/2019) |
| 11/15/2019 | 3 | ORDER as to Thomas Osadzinski. Signed by the Honorable Sunil R. Harjani on 11/15/2019. (rp, ) (Entered: 11/15/2019) |
| 11/15/2019 | 4 | ORDER as to Thomas Osadzinski. Signed by the Honorable Sunil R. Harjani on 11/15/2019. (rp, ) (Entered: 11/15/2019) |
| 11/15/2019 | 5 | SEALED ARREST WARRANT issued to U.S. Marshal as to Thomas Osadzinski. (rp, ) (Entered: 11/15/2019) |
| 11/18/2019 | | ARREST of defendant Thomas Osadzinski (sxb, ) (Entered: 11/20/2019) |
| 11/19/2019 | | ORAL MOTION by USA to unseal complaint as to Thomas Osadzinski (sxb, ) (Entered: 11/20/2019) |
| 11/19/2019 | 6 | ORDER as to Thomas Osadzinski: Initial appearance proceedings held. Steven Greenberg appears as counsel for defendant. The government's oral motion to unseal the complaint is granted. Defendant appears in response to arrest on November 18, 2019. Defendant informed the charges and of his rights. Government seeks detention. Detention hearing to be held on November 22, 2019 at 9:30 a.m. Defendant is remanded to the custody of the U.S. Marshal. Defendant shall advise the court on November 22, 2019 at 9:30 am if he wishes to have a preliminary examination hearing. Signed by the Honorable Jeffrey Cole on 11/19/2019. Mailed notice. (sxb, ) (Entered: 11/20/2019) |
| 11/20/2019 | 7 | ORDER as to Thomas Osadzinski: Counsel for defendant has advised the court by email that defendant is waiving the detention hearing set for 11/22/2019 without prejudice to defendant's right to move at a later time for release on conditions. Defendant is remanded to the continued custody of the U.S. Marshal. Status hearing is set for November 22, 2019 at 9:30 am for a report on whether defendant wishes to have a preliminary examination. Signed by the Honorable Jeffrey Cole on 11/20/2019. Mailed notice. (sxb, ) (Entered: 11/20/2019) |
| 11/20/2019 | 8 | ATTORNEY Appearance for defendant Thomas Osadzinski by Joshua G. Herman (Herman, Joshua) (Entered: 11/20/2019) |
| 11/20/2019 | 9 | ATTORNEY Appearance for defendant Thomas Osadzinski by Steven Allen Greenberg (Greenberg, Steven) (Entered: 11/20/2019) |
| 11/20/2019 | 11 | EMAIL to Jan Smith from Steve Greenberg by Thomas Osadzinski. (ph, ) (Entered: 11/21/2019) |
| 11/20/2019 | 13 | ORDER as to Thomas Osadzinski : Counsel for defendant has advised the court by email that defendant is waiving the detention hearing set for 11/ 22 / 2019 without prejudice to defendant's right to move at a later time for release on conditions. Defendant is remanded to the continued custody of the U.S. Marshal. Status hearing is set for November 22, 20'19 at 9:30 am for a report on whether defendant wishes to have a preliminary examination. Signed by the Honorable Jeffrey Cole on 11/20/2019.Mailed notice (mc, ) (Entered: 11/25/2019) |
| 11/21/2019 | 10 | PRETRIAL Bail Report as to Thomas Osadzinski (SEALED) (Schroeder, Samuel) (Entered: 11/21/2019) |
| 11/22/2019 | 12 | MINUTE entry before the Honorable Jeffrey Cole:as to Thomas Osadzinski: Status hearing held. Defendant ordered to appear and be transported by U.S. Marshals Service: Preliminary Examination is set for 12/6/2019 at 09:30 AM. Mailed notice (jms, ) (Entered: 11/22/2019) |
| 12/06/2019 | 14 | MINUTE entry before the Honorable Jeffrey Cole as to Thomas Osadzinski: Case called for preliminary examination hearing. The defendant waives his right to a preliminary hearing. Mailed notice (ags, ) (Entered: 12/06/2019) |
| 12/10/2019 | 15 | ARREST WARRANT returned executed as to Thomas Osadzinski on 11/18/2019 (mc, ) (Entered: 12/11/2019) |

| 12/12/2019 | | (Court only) Judge update in case as to Thomas Osadzinski. Judge Honorable Robert W. Gettleman added. (mc, ) (Entered: 12/13/2019) |
|---|---|---|
| 12/12/2019 | 16 | INDICTMENT as to Thomas Osadzinski (1) count(s) 1 (mc, ) (Entered: 12/13/2019) |
| 12/12/2019 | 17 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Thomas Osadzinski. (mc, ) (Entered: 12/13/2019) |
| 12/12/2019 | 18 | DESIGNATION Sheet: FELONY (Category 3). (mc, ) (Entered: 12/13/2019) |
| 12/12/2019 | 19 | MINUTE entry before the Honorable Sidney I. Schenkier: No bond set; Detained by Magistrate Judge. Mailed notice (mc, ) (Entered: 12/13/2019) |
| 12/13/2019 | | (Court only) Judge update in case as to Thomas Osadzinski. Judge Honorable Sunil R. Harjani no longer assigned to case. (daj, ) (Entered: 12/13/2019) |
| 12/13/2019 | 20 | NOTICE of Arraignment as to Thomas Osadzinski before Honorable Sunil R. Harjani on 12/17/2019 at 11:15 AM. (mc, ) (Entered: 12/13/2019) |
| 12/16/2019 | 21 | MINUTE entry before the Honorable Sunil R. Harjani: Defendant ordered to appear and be transported by U.S. Marshals Service: Arraignment set for 12/17/2019 at 11:15 a.m. in Courtroom 1858. Mailed notice (lxs, ) (Entered: 12/16/2019) |
| 12/17/2019 | 22 | MOTION by USA to Designate A Classified Information Security Officer as to Thomas Osadzinski *(Agreed)* (Jonas, Barry) (Entered: 12/17/2019) |
| 12/17/2019 | 23 | MOTION by USA for Pretrial Conference Pursuant to the Classified Information Procedures Act as to Thomas Osadzinski (Jonas, Barry) (Entered: 12/17/2019) |
| 12/17/2019 | 24 | MOTION by USA for protective order as to Thomas Osadzinski *regarding general and sensitive discovery* (Attachments: # 1 Exhibit MOU)(Jonas, Barry) (Entered: 12/17/2019) |
| 12/17/2019 | 25 | MOTION by USA for protective order as to Thomas Osadzinski *pursuant to Section 3 of the Classified Information Procedures Act (Unopposed)* (Attachments: # 1 Exhibit MOU)(Jonas, Barry) (Entered: 12/17/2019) |
| 12/17/2019 | 26 | NOTICE of Motion by Barry Jonas for presentment of motion for miscellaneous relief 23 , motion for protective order 25 , motion for protective order 24 , motion for miscellaneous relief 22 before Honorable Robert W. Gettleman on 1/7/2020 at 09:15 AM. (Jonas, Barry) (Entered: 12/17/2019) |
| 12/17/2019 | 27 | ORDER: Arraignment proceedings held. Defendant informed of his rights. Defendant acknowledges receipt of the Indictment, waives formal reading and enters a plea of not guilty. Rule 16.1(a) conference to be held by 12/23/2019. Status hearing before Judge Gettleman is set for 1/7/2020 at 9 a.m. Government moves for exclusion of time under the Speedy Trial Act, without objection from defendant. For the reasons stated in open court, the Court finds that time shall be excluded through and including 1/7/2020 pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7) because the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial. Signed by the Honorable Sunil R. Harjani on 12/17/2019. Mailed notice (mc, ) (Entered: 12/17/2019) |
| 12/18/2019 | 28 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant ordered to appear and be transported by U.S. Marshals Service for the Status hearing set for 1/7/2020 at 9:00 a.m. Mailed notice (cn). (Entered: 12/18/2019) |
| 12/18/2019 | 29 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Government's unopposed motion for entry of protective order regarding general and sensitive discovery 24 and unopposed motion for protective order pursuant to Section 3 of the Classified Information Procedures Act 25 are granted. Enter Orders. Mailed notice (cn). (Entered: 12/18/2019) |
| 12/18/2019 | 30 | PROTECTIVE Order General and Sensitive Discovery Materials as to Thomas Osadzinski signed by the Honorable Robert W. Gettleman on 12/18/2019. Mailed notice (cn). (Entered: 12/18/2019) |
| 12/18/2019 | 31 | PROTECTIVE Order Pursuant to Section 3 of the Classified Information Procedures Act as to Thomas Osadzinski signed by the Honorable Robert W. Gettleman on 12/18/2019. Mailed notice (cn). (Entered: 12/18/2019) |

| | | |
|---|---|---|
| 01/07/2020 | 32 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Status and motion hearing held on 1/7/2020. Agreed motion to designate a Classified Information Security Officer 22 is granted. The Government is to submit a proposed order. Government's motion for pretrial conference pursuant to the Classified Information Procedures Act 23 is entered and continued generally. Status hearing set for 3/5/2020 at 9:30 a.m. By agreement, the Court deems the period of time from 1/7/2020 through 3/5/2020 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn). (Entered: 01/07/2020) |
| 01/07/2020 | 33 | ORDER To Designate A Classified Information Security Officer: Pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96−456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA, the Court designates Daniel O. Hartenstine as the Classified Information Security Officer (CISO) assigned to this matter. Mr. Hartenstine is to assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, as well as to assist court personnel and defense counsel in obtaining their clearances, and to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice. The Court further designates Debra M. Guerrero−Randall, Joan B. Kennedy, Matthew W. Mullery, Maura L. Peterson, Carli V. Rodriguez−Feo, Harry J. Rucker, and W. Scooter Slade, as Alternate CISOs, to serve in the event Mr. Hartenstine is unavailable. Signed by the Honorable Robert W. Gettleman on 1/7/2020. Mailed notice (cn). (Entered: 01/08/2020) |
| 03/02/2020 | 35 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant ordered to appear and be transported by U.S. Marshals Service for the status hearing set for 3/5/2020 at 9:30 a.m. Mailed notice (cn). (Entered: 03/02/2020) |
| 03/05/2020 | 36 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Status hearing held on 3/5/2020. Defendant's appearance was waived for this hearing. Status hearing set for 5/13/2020 at 9:10 a.m. Defendant ordered to appear and be transported by U.S. Marshals Service. By agreement, the Court deems the period of time from 3/5/2020 through 5/13/2020 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn). (Entered: 03/05/2020) |
| 03/16/2020 | 37 | ORDER as to Thomas Osadzinski Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 16, 2020. All open cases are impacted by this Amended General Order. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/16/2020. Mailed notice. (td, ) (Entered: 03/17/2020) |
| 03/17/2020 | 38 | ORDER as to Thomas Osadzinski On March 17, 2020, Amended General Order 20−0012 was further revised for all criminal matters. Paragraph 3(i) of the Amended Order, related to criminal matters, is hereby replaced with the following language: All other criminal hearings of any kind scheduled from March 17, 2020 until April 3, 2020 are stricken from the calendar, to be re−set by the presiding judge for a date on or after April 6, 2020. Also, any other deadlines, including motions, briefing, and discovery deadlines, whether set by the court or by the Rules of Criminal Procedure or Local Rules, are hereby extended by 21 days from the current deadline set. This 21−day extension is subject to modification by the presiding judge assigned to the case. See attached order. Revisions appear in red text.Signed by the Honorable Rebecca R. Pallmeyer on 3/17/2020. Mailed notice. (tg, ) (Entered: 03/18/2020) |
| 03/30/2020 | 39 | ORDER as to Thomas Osadzinski Seconded Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on March 30, 2020. All open cases are impacted by this Second Amended General Order. Amended General Order 20−0012, entered on March 17, 2020, and General Order 20−0014, entered on March 20, 2020, are vacated and superseded by this Second Amended General. See attached Order for guidance.Signed by the Honorable Rebecca R. Pallmeyer on 3/30/2020. Mailed notice. (docket16, ) (Entered: 03/31/2020) |
| 04/24/2020 | 40 | ORDER as to Thomas Osadzinski Third Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on April 24, 2020. All open cases are impacted by this Third Amended General Order. Parties are must carefully review all obligations under this |

| | | |
|---|---|---|
| | | Order, including the requirement listed in paragraph number 5 to file a joint written status report in most civil cases. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 4/24/2020. Mailed notice. (docket13, ) (Entered: 04/27/2020) |
| 04/29/2020 | 41 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: In light of the Third Amended General Order 20−0012, status hearing set for 5/13/2020 is stricken and reset to 6/24/2020 at 10:30 a.m. Defendant ordered to appear and be transported by U.S. Marshals Service. Pursuant to Subsection (6)(h) of the Third Amended General Order, time under the Speedy Trial Act is excluded through the next status date unless it had already been extended beyond that date. Mailed notice (cn). (Entered: 04/29/2020) |
| 05/26/2020 | 42 | ORDER as to Thomas Osadzinski ORDER Fourth Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on May 26, 2020. This Order does not extend or modify any deadlines set in civil cases. For non−emergency motions, no motion may be noticed for presentment on a date earlier than July 15, 2020. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 5/26/2020. Mailed notice. (docket13, ) (Entered: 05/26/2020) |
| 05/27/2020 | 43 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: The status conference previously set for 6/24/2020 is stricken and reset to 6/23/2020 at 11:15 a.m. and will be held telephonically solely for purposes of scheduling. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that use the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (888) 684−8852 and the access code is 1503395. Counsel of record will receive an email the morning of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. **On or before 5/29/2020, counsel for defendant is directed to file a notification whether the defendant's presence is waived for purposes of this status hearing.** Mailed notice (cn). (Entered: 05/27/2020) |
| 05/29/2020 | 44 | Notification by Thomas Osadzinski *Concerning Defendant's Appearance at June 23, 2020 Status* (Herman, Joshua) (Entered: 05/29/2020) |
| 06/23/2020 | 45 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic status hearing held on 6/23/2020. Status hearing set for 8/24/2020 at 9:15 a.m. By agreement, the Court deems the period of time from 6/23/2020 through 8/24/2020 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn). (Entered: 06/24/2020) |
| 06/25/2020 | 46 | CJA ORDER Appointing Counsel Steven Greenberg Under the Criminal Justice Act. Signed by the Honorable Robert W. Gettleman on 6/25/20. Mailed notice (las, ) (Entered: 06/25/2020) |
| 06/25/2020 | 47 | CJA ORDER Appointing Counsel Joshua G. Herman Under the Criminal Justice Act. Signed by the Honorable Robert W. Gettleman on 6/25/20. Mailed notice (las, ) (Entered: 06/25/2020) |
| 06/25/2020 | 48 | ORDER as to Thomas Osadzinski: This cause coming to be considered on the motion of for Appointment of Counsel under the Criminal Justice Act, it is hereby ordered that STEVEN A. GREENBERG and JOSHUA G. HERMAN are each appointed as counsel for Defendant THOMAS OSADZINSKI under the Criminal Justice Act, *nunc pro tunc* to November 19, 2019. Signed by the Honorable Robert W. Gettleman on 6/25/2020. Mailed notice (cn). (Entered: 06/25/2020) |
| 07/10/2020 | 49 | ORDER as to Thomas Osadzinski Fifth Amended General Order 20−0012 IN RE: CORONAVIRUS COVID−19 PUBLIC EMERGENCY Signed by the Chief Judge Rebecca R. Pallmeyer on July 10, 2020. This Order does not extend or modify any deadlines set in civil cases. No motions may be noticed for in−person presentment; the |

| | | |
|---|---|---|
| | | presiding judge will notify parties of the need, if any, for a hearing by electronic means or in−court proceeding. See attached Order. Signed by the Honorable Rebecca R. Pallmeyer on 7/10/2020. Mailed notice. (clerk1, Docket) (Entered: 07/10/2020) |
| 08/11/2020 | 50 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Status hearing set for 8/24/2020 at 9:15 a.m. will be held telephonically. The call−in number is (888) 684−8852 and the access code is 1503395. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn). (Entered: 08/11/2020) |
| 08/24/2020 | 51 | MINUTE entry before the Honorable Robert W. Gettleman:as to Thomas Osadzinski: Telephonic status hearing held on 8/24/2020. Defendant's presence was waived for this hearing. Telephonic status hearing set for 10/22/2020 at 10:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. By agreement, the Court deems the period of time from 8/24/2020 to 10/22/2020 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn). (Entered: 08/24/2020) |
| 10/22/2020 | 52 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic status hearing held on 10/22/2020. *Voir dire* and Jury trial set for 10/4/2021 at 9:30 a.m. through 10/21/2021. Telephonic status hearing set for 12/28/2020 at 10:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. By agreement, the Court deems the period of time from 10/22/2020 through 10/4/2021 excludable under 18 U.S.C. §3161(h)(7)(A) − interest of justice. Mailed notice (cn). (Entered: 10/22/2020) |
| 11/23/2020 | 54 | MOTION by Thomas Osadzinski for release from custody (Herman, Joshua) (Entered: 11/23/2020) |
| 11/23/2020 | 55 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic hearing on defendant Osadzinski's motion for pre−trial release from custody on conditions 54 set for 12/3/2020 at 10:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: 11/23/2020) |
| 12/02/2020 | 56 | SUPPLEMENTAL Addendum as to Thomas Osadzinski (SEALED) (Reid, Jonathan) (Entered: 12/02/2020) |
| 12/03/2020 | 57 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic hearing held on 12/3/2020. The court sets the following briefing schedule on Defendant's motion for a detention hearing and request for pre−trial release from custody on conditions 54 : government's response due by 12/23/2020. Telephonic hearing on the motion will be during the 12/28/2020 at 10:00 a.m. previously set. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: 12/03/2020) |
| 12/23/2020 | 58 | RESPONSE by USA to MOTION by Thomas Osadzinski for release from custody 54 (Attachments: # 1 Exhibit 1, 2 and 3)(Wells, Melody) (Entered: 12/23/2020) |
| 12/28/2020 | 59 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic motion hearing held on 12/28/2020. For the reasons stated on the record, Defendant's motion for a detention hearing and request for pre−trial release from custody on conditions 54 is denied. Telephonic preliminary pre−trial conference set for 1/25/2021 at 10:00 a.m. The court will address a schedule for pre−trial motions at that hearing. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: 12/28/2020) |
| 01/25/2021 | 60 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic pre−trial conference held on 1/25/2021. Pre−trial motions due by 4/2/2021. Telephonic pre−trial conference set for 4/22/2021 at 10:30 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: |

| | | |
|---|---|---|
| | | 01/25/2021) |
| 03/22/2021 | 61 | NOTICE by Joshua G. Herman of Change of Address (Herman, Joshua) (Entered: 03/22/2021) |
| 03/26/2021 | 62 | MOTION by Thomas Osadzinski for extension of time *to file pretrial motions (unopposed)* (Herman, Joshua) (Entered: 03/26/2021) |
| 03/26/2021 | 63 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's unopposed motion for extension of time to file pretrial motions 62 is granted. Pretrial motions are due on or before 4/12/2021. Telephonic pretrial conference remains set for 4/22/2021 at 10:30 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: 03/26/2021) |
| 04/01/2021 | 64 | MOTION by USA for protective order as to Thomas Osadzinski (Jonas, Barry) (Entered: 04/01/2021) |
| 04/12/2021 | 65 | MOTION by Thomas Osadzinski to dismiss *Indictment For Vagueness and Unconstitutionality as Applied to Defendant Under the First and Fifth Amendments* (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 66 | SEALED Document *Exhibit A to Defendant's Motion to Dismiss Indictment For Vagueness and Unconstitutionality as Applied to Defendant Under the First and Fifth Amendments* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 67 | MOTION by Thomas Osadzinski to suppress *Evidence Obtained as a Direct and Derivative Result of All Orders Issued Pursuant to 18 U.S.C. §2703(d)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 68 | SEALED Document *Exhibit E to Defendant's Motion to Suppress Evidence Obtained as a Direct and Derivative Result of All Orders Issued Pursuant to 18 U.S.C. §2703(d)* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 69 | MOTION by Thomas Osadzinski for disclosure *Motion for Notice and Production of Discovery Relating to Surveillance* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 70 | MOTION by Thomas Osadzinski Defendant's Objection to Secret Ex Parte CIPA Litigation of Fourth Amendment Suppression Issues and Motion for Disclosure to Cleared Counsel (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 71 | MOTION by Thomas Osadzinski for bill of particulars (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 72 | MOTION by Thomas Osadzinski for disclosure *of Favorable Evidence* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 73 | MOTION by Thomas Osadzinski for disclosure *of Expert Material Sixty (60) Days Prior to Trial* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 74 | MOTION by Thomas Osadzinski for disclosure *of Notice and Production of Rule 404(b) Material* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 75 | MOTION by Thomas Osadzinski for leave to file brief in excess of fifteen pages (Herman, Joshua) (Entered: 04/12/2021) |
| 04/12/2021 | 76 | MOTION by Thomas Osadzinski for leave to *File Exhibits Under Seal* (Herman, Joshua) (Entered: 04/12/2021) |
| 04/13/2021 | 77 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's motions to exceed Local Rule page limit 75 and for leave to file sealed documents pursuant to Local Rule 26.2 76 are granted. Mailed notice (cn). (Entered: 04/13/2021) |
| 04/22/2021 | 78 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic pre−trial conference held on 4/22/2021. Government's response to defendant's pretrial motions to dismiss indictment for vagueness and unconstitutionality 65 to suppress evidence 67 for notice and production of discovery |

| | | |
|---|---|---|
| | | relating to surveillance 69 objecting to secret *ex parte* CIPA litigation 70 for a bill of particulars 71 for immediate disclosure of favorable evidence 72 for disclosure of expert material sixty (60) days prior to trial 73 and for notice and production of Rule 404(b) material 74 due by 6/14/2021; defendant's replies due 7/6/2021. Telephonic pre−trial conference continued to 8/3/2021 at 11:00 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Defendant has leave to file an *ex parte*, under seal pleading explaining defense's theories of the case by 6/14/2021. Mailed notice (cn). (Entered: 04/22/2021) |
| 06/02/2021 | 79 | MOTION by Thomas Osadzinski Early Return of Trial Subpoenas (Unopposed) (Herman, Joshua) (Entered: 06/02/2021) |
| 06/03/2021 | 80 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's unopposed motion for early return of trial subpoenas 79 is granted as to both parties. Mailed notice (cn). (Entered: 06/03/2021) |
| 06/09/2021 | 81 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Government's unopposed request for an extension of time to file its response is granted. Government's response to defendant's pretrial motions to dismiss indictment for vagueness and unconstitutionality 65 to suppress evidence 67 for notice and production of discovery relating to surveillance 69 objecting to secret *ex parte* CIPA litigation 70 for a bill of particulars 71 for immediate disclosure of favorable evidence 72 for disclosure of expert material sixty (60) days prior to trial 73 and for notice and production of Rule 404(b) material 74 due by 6/28/2021; defendant's replies due 7/20/2021. Telephonic pre−trial conference set for 8/3/2021 is stricken. The court will set a pre−trial conference after receipt of the reply briefs. Mailed notice (cn). (Entered: 06/09/2021) |
| 06/14/2021 | 82 | SEALED Document (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)(Herman, Joshua) (Entered: 06/14/2021) |
| 06/28/2021 | 83 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski to dismiss *Indictment For Vagueness and Unconstitutionality as Applied to Defendant Under the First and Fifth Amendments* 65 (Jonas, Barry) (Entered: 06/28/2021) |
| 06/28/2021 | 84 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski to suppress *Evidence Obtained as a Direct and Derivative Result of All Orders Issued Pursuant to 18 U.S.C. §2703(d)* 67 (Jonas, Barry) (Entered: 06/28/2021) |
| 06/28/2021 | 85 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski for disclosure *of Favorable Evidence* 72 , MOTION by Thomas Osadzinski for bill of particulars 71 , MOTION by Thomas Osadzinski for disclosure *of Expert Material Sixty (60) Days Prior to Trial* 73 , MOTION by Thomas Osadzinski for disclosure *of Notice and Production of Rule 404(b) Material* 74 , MOTION by Thomas Osadzinski for disclosure *Motion for Notice and Production of Discovery Relating to Surveillance* 69 , MOTION by Thomas Osadzinski Defendant's Objection to Secret Ex Parte CIPA Litigation of Fourth Amendment Suppression Issues and Motion for Disclosure to Cleared Counsel 70 (Jonas, Barry) (Entered: 06/28/2021) |
| 07/09/2021 | 86 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defense counsel's request to extend the time to file its reply brief is granted. Defendant's replies due 7/27/2021. Mailed notice (cn). (Entered: 07/09/2021) |
| 07/09/2021 | 87 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Government's motion for pretrial conference pursuant to the Classified Information Procedures Act ("CIPA") 23 is granted. *Ex parte* in camera CIPA hearing with government counsel set for 8/6/2021 at 2:00 p.m. The hearing will be held in chambers. Mailed notice (cn). (Entered: 07/09/2021) |
| 07/16/2021 | 88 | ORDER: Request for a separate Jury Panel pursuant to Local Rule 47.1(b) Signed by the Honorable Robert W. Gettleman on 07/16/2021. Mailed notice (daj, ) (Entered: 07/16/2021) |

| 07/16/2021 | 89 | ORDER DIRECTING THAT A SEPARATE JURY PANEL BE SUMMONED; Pursuant to Local Rule 47.1(b), it is hereby ordered that a separate jury panel be summoned for trial in 19 CR 869−1, U.S. v. Thomas Osadzinski, a case to be tried before Honorable Robert W. Gettleman. It is further ordered that requests to be excused from service on this jury panel shall be decided by the Honorable Robert W. Gettleman. Signed by the Honorable Rebecca R. Pallmeyer on 07/16/2021. Mailed notice (daj, ) (Entered: 07/16/2021) |
|---|---|---|
| 07/27/2021 | 90 | REPLY by Thomas Osadzinski to response to motion 83 *Reply in Support of Defendant's Motion to Dismiss the Indictment* (Herman, Joshua) (Entered: 07/27/2021) |
| 07/27/2021 | 91 | REPLY by Thomas Osadzinski to response to motion 84 *Reply in Support of Defendant's Motion to Suppress* (Herman, Joshua) (Entered: 07/27/2021) |
| 07/27/2021 | 92 | REPLY by Thomas Osadzinski to response to motion,,, 85 (Herman, Joshua) (Entered: 07/27/2021) |
| 07/29/2021 | 93 | MEMORANDUM Opinion and Order as to Thomas Osadzinski signed by the Honorable Robert W. Gettleman on 7/29/2021: For the reasons set forth in the attached Opinion and Order, and with the limited exceptions discussed, the following motions are denied: 65 ; 67 ; 69 ; 70 ; 71 ; 72 ; and 73 . The § 404(b) motion 74 is withdrawn. Mailed notice (cn). (Entered: 07/29/2021) |
| 08/06/2021 | 94 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: *Ex parte*, in camera, CIPA Section 4 hearing held on 8/6/2021. The Court grants the government's motion for a CIPA Protective Order 64 , pursuant to Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1), as set forth in the related classified orders. The Parties are directed to file and provide a courtesy copy to the court a statement of the case, preliminary witness and exhibit lists, an complete set of jury instructions, including any objections thereto, and a list of proposed *voir dire* questions by 8/25/2021. In person pre−trial conference set for 9/17/2021 at 9:30 a.m. Mailed notice (cn). (Entered: 08/06/2021) |
| 08/06/2021 | 95 | UNCLASSIFIED PROTECTIVE ORDER PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT § 4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(l) as to Thomas Osadzinski signed by the Honorable Robert W. Gettleman on 8/6/2021. Mailed notice (cn). (Entered: 08/06/2021) |
| 08/25/2021 | 96 | PROPOSED Jury Instructions by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 08/25/2021) |
| 08/25/2021 | 97 | PROPOSED Voir Dire by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 08/25/2021) |
| 08/25/2021 | 98 | WITNESS List by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 08/25/2021) |
| 08/25/2021 | 99 | Proposed Statement of the Case by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 08/25/2021) |
| 08/25/2021 | 100 | PROPOSED Jury Instructions by Thomas Osadzinski (Herman, Joshua) (Entered: 08/25/2021) |
| 08/25/2021 | 101 | WITNESS List by Thomas Osadzinski (Herman, Joshua) (Entered: 08/25/2021) |
| 08/25/2021 | 102 | EXHIBIT List by Thomas Osadzinski (Herman, Joshua) (Entered: 08/25/2021) |
| 08/25/2021 | 103 | EXHIBIT List by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 08/25/2021) |
| 09/08/2021 | 104 | MOTION by Thomas Osadzinski in limine *to preclude the testimony of prosecution witness Aaron Zelin* (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 09/08/2021) |
| 09/08/2021 | 105 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Pre−trial conference set for 9/17/2021 will be held by video conference. The call−in number is 650−479−3207. The access code is 1809883385##. Mailed notice (cn). (Entered: 09/08/2021) |

| 09/10/2021 | 106 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Classified status conference, pursuant to Section 2 of the Classified Information Procedures Act, set for 9/20/2021 at 1:30 p.m. Counsel are to report to Courtroom 1703. Mailed notice (cn). (Entered: 09/10/2021) |
|---|---|---|
| 09/13/2021 | 107 | MOTION by Thomas Osadzinski *concerning the government's preliminary exhibit list* (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 09/13/2021) |
| 09/13/2021 | 108 | MOTION by Thomas Osadzinski for leave to *file sealed documents* (Herman, Joshua) (Entered: 09/13/2021) |
| 09/13/2021 | 109 | SEALED Document (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 09/13/2021) |
| 09/17/2021 | 110 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Video pretrial conference held on 9/17/2021. Defendant's motion for leave to file sealed documents pursuant to Local Rule 26.2 108 is granted by agreement. Government's response to Defendant's motion *in limine* to preclude the testimony of prosecution witness Aaron Zelin under federal Rules of Evidence 401, 403, 702 and 704(b) 104 is due by 9/20/2021; defendant's reply due by 9/24/2021. Government's response to Defendant's motion *in limine* concerning the government's preliminary exhibit list 107 is due by 9/24/2021. Video status hearing set for 9/28/2021 at 12:00 p.m. The call−in number is 650−479−3207. The access code is 1809883385##. The court discussed the jury selection process the parties agree to waive application of the procedures in Federal Rule of Criminal Procedure 24(b). Mailed notice (cn). (Entered: 09/17/2021) |
| 09/17/2021 | 111 | MOTION by USA for protective order as to Thomas Osadzinski (Jonas, Barry) (Entered: 09/17/2021) |
| 09/18/2021 | 112 | MOTION by USA for protective order as to Thomas Osadzinski (Wells, Melody) (Entered: 09/18/2021) |
| 09/19/2021 | 113 | RESPONSE by Thomas Osadzinski regarding MOTION by USA for protective order as to Thomas Osadzinski 112 (Herman, Joshua) (Entered: 09/19/2021) |
| 09/20/2021 | 114 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski in limine *to preclude the testimony of prosecution witness Aaron Zelin* 104 *Government's Response to Defendant's Motion to Exclude Expert Testimony* (Attachments: # 1 Exhibit A − Government Expert Notice)(Wells, Melody) (Entered: 09/20/2021) |
| 09/20/2021 | 115 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Classified status conference, pursuant to Section 2 of the Classified Information Procedures Act held on 9/20/2021. For the reasons stated on the record, the Government's second *ex parte, in camera* motion for a protective order pursuant to CIPA Sections 4 and 6(c) and Fed. R. Crim. P. 16(d)(1) 111 and motion for a Protective Order Pertaining to the Trial Testimony of Undercover Employees, Online Covert Employees, and Confidential Human Sources 112 are granted. Enter Order. Mailed notice (cn). (Entered: 09/21/2021) |
| 09/20/2021 | 116 | PROTECTIVE Order as to Thomas Osadzinski signed by the Honorable Robert W. Gettleman on 9/20/2021. Mailed notice (cn). (Entered: 09/21/2021) |
| 09/21/2021 | 117 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Video status hearing set for 9/28/2021 at 12:00 p.m. is reset to 9/28/2021 at 12:30 p.m. (TIME CHANGE ONLY). The call−in number is 650−479−3207. The access code is 1809883385##. Mailed notice (cn). (Entered: 09/21/2021) |
| 09/21/2021 | 118 | PROPOSED Voir Dire by Thomas Osadzinski (Greenberg, Steven) (Entered: 09/21/2021) |
| 09/22/2021 | 119 | Motion to Permit Internet Searches During Voir Dire by Thomas Osadzinski (Greenberg, Steven) (Entered: 09/22/2021) |
| 09/22/2021 | 120 | MINUTE entry before the Honorable Robert W. Gettleman: Government's response to Defendant's motion to permit counsel to conduct internet research into the jurors during *voir dire* 119 due by 9/24/2021. Mailed notice (cn). (Entered: 09/22/2021) |

| 09/24/2021 | 121 | MOTION by USA in limine as to Thomas Osadzinski (Jonas, Barry) (Entered: 09/24/2021) |
|---|---|---|
| 09/24/2021 | 122 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's response to Government's motion *in limine* 121 on or before 9/27/201. Mailed notice (cn). (Entered: 09/24/2021) |
| 09/24/2021 | 123 | REPLY by Thomas Osadzinski to response to motion, 114 (Herman, Joshua) (Entered: 09/24/2021) |
| 09/24/2021 | 124 | MEMORANDUM by USA in Opposition to MOTION by Thomas Osadzinski in limine *concerning the government's preliminary exhibit list* 107 (Wells, Melody) (Entered: 09/24/2021) |
| 09/24/2021 | 125 | MEMORANDUM by USA in Opposition to proposed voir dire 118 , miscellaneous other 119 (Wells, Melody) (Entered: 09/24/2021) |
| 09/26/2021 | 126 | MOTION by Thomas Osadzinski in limine *to Preclude Government Witness "OCE1" From Testifying at Trial* (Herman, Joshua) (Entered: 09/26/2021) |
| 09/26/2021 | 127 | MOTION by Thomas Osadzinski for leave to *file sealed documents* (Herman, Joshua) (Entered: 09/26/2021) |
| 09/26/2021 | 128 | SEALED Document (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2)(Herman, Joshua) (Entered: 09/26/2021) |
| 09/27/2021 | 129 | RESPONSE by Thomas Osadzinski regarding MOTION by USA in limine as to Thomas Osadzinski 121 (Greenberg, Steven) (Entered: 09/27/2021) |
| 09/28/2021 | 130 | MEMORANDUM by USA in Opposition to MOTION by Thomas Osadzinski in limine *to Preclude Government Witness "OCE1" From Testifying at Trial* 126 (Wells, Melody) (Entered: 09/28/2021) |
| 09/28/2021 | 131 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Video pretrial conference held on 9/28/2021. For the reasons stated on the record: defendant's motion *in limine* regarding government's exhibit list 107 is denied with the exception of any 9/11 exhibits; Defendant's motion to permit counsel to conduct internet research into the jurors during *voir dire* 119 and motion *in limine* to preclude government witness OCE1 from testifying at trial 126 are denied; Government's motion *in limine* 121 regarding jury nullification is denied without prejudice to raise specific objections at trial; and Defendant's motion for leave to file sealed documents pursuant to local rule 26.2 127 is granted. The court made the following rulings on which version of jury instructions with the edits stated on the record: Government Instruction 19; Government Instruction 21; Defendant Instruction 22; Government Instruction 23; and Defendant Instruction 1 on the First Amendment. The government is directed to submit a Rule 16 report regarding the testimony of Aaron Zelin by Wednesday, 9/29/2021. Defendant's motion *in limine* to preclude testimony of Aaron Zelin 104 is entered and continued to Friday 10/1/2021. The court provided all counsel with the jury questionnaires. Counsel can pick up a copy of the jury questionnaires from the Courtroom Deputy in room 1703 between 4:00 and 5:00 p.m. on 9/30/2021. Telephonic final pretrial conference set for 10/1/2021 at 1:30 p.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn). (Entered: 09/28/2021) |
| 09/29/2021 | 132 | NOTICE of Supplemental Expert Notice by USA as to Thomas Osadzinski (Wells, Melody) (Entered: 09/29/2021) |
| 09/30/2021 | 133 | Witness List by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 09/30/2021) |
| 10/01/2021 | 134 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Telephonic final pretrial conference held on 10/1/2021. Defendant was present on the telephonic hearing. Jury selection matters were addressed. Defendant's response to the government's Rule 16 report on the testimony of Aaron Zelin 132 due by 10/5/2021; defendant's reply due 10/7/2021. *Voir dire* is set for 10/4/2021 at 9:30 a.m.; jury trial set for 10/5/2021 at 9:00 a.m., and jury trial set for 10/6/2021 at 9:30 a.m. is reset to 9:15 a.m. (TIME CHANGE ONLY). Mailed notice (cn). (Entered: 10/01/2021) |

| | | |
|---|---|---|
| 10/04/2021 | 135 | MOTION by Thomas Osadzinski in limine *(Second)* to Prohibit Cumulative *Prejudicial Evidence* (Greenberg, Steven) (Entered: 10/04/2021) |
| 10/04/2021 | | (Court only) ***Procedural Interval start (P4) as to Thomas Osadzinski (kl, ) (Entered: 10/05/2021) |
| 10/04/2021 | 136 | ORDER as to Thomas Osadzinski: For the reasons stated on the record, Defendant's second motion to prohibit cumulative prejudicial evidence 135 is denied without prejudice. Jury Trial begins. Voir dire held and completed on 10/4/2021. Jury trial continued to 10/5/2021 at 9:00 a.m. Signed by the Honorable Robert W. Gettleman on 10/04/2021. Mailed notice. (kl, ) (Entered: 10/05/2021) |
| 10/05/2021 | 137 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/5/2021. Evidence entered. Jury Trial continued to 10/6/2021 at 09:10 a.m. Mailed notice (cn). (Entered: 10/05/2021) |
| 10/05/2021 | 138 | MOTION by Thomas Osadzinski in limine *to preclude or limit the testimony of government proposed expert Aaron Zelin* (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 10/05/2021) |
| 10/06/2021 | 139 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/6/2021 and continued to 10/7/2021 at 9:30 a.m. Mailed notice (cn). (Entered: 10/06/2021) |
| 10/06/2021 | 140 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski in limine *to preclude or limit the testimony of government proposed expert Aaron Zelin* 138 (Jonas, Barry) (Entered: 10/06/2021) |
| 10/07/2021 | 141 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/7/2021. Evidence entered. For the reasons stated on the record, Defendant's motion *in limine* to preclude the testimony of prosecution witness Aaron Zelin under Federal Rules of Evidence 401, 403 702, and 704(b) 104 and Defendant's supplemental motion *in limine* to preclude or limit the testimony of prosecution witness Aaron Zelin under Federal Rules of Evidence 401, 403 702, and 704(b) 138 are granted in part and denied in part as explained by the court. Jury Trial continued to 10/12/2021 at 9:15 a.m. Mailed notice (cn). (Entered: 10/07/2021) |
| 10/10/2021 | 142 | PROPOSED Jury Instructions by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 10/10/2021) |
| 10/10/2021 | 143 | Memo in support of amended jury instructions by USA as to Thomas Osadzinski (Jonas, Barry) (Entered: 10/10/2021) |
| 10/10/2021 | 144 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's response to Government's proposed amended jury instructions and verdict form 142 due by 5:00 p.m. on 10/12/2021. Mailed notice (cn). (Entered: 10/10/2021) |
| 10/11/2021 | 145 | RESPONSE by Thomas Osadzinski to miscellaneous other 143 (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 10/11/2021) |
| 10/12/2021 | 146 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski : Jury trial held on 10/12/2021. Evidence entered and jury trial continued to 10/13/2021 at 9:00 a.m. Mailed notice (cn). (Entered: 10/12/2021) |
| 10/13/2021 | 147 | MOTION by USA in limine as to Thomas Osadzinski *Admit Federal Register Entries* (Attachments: # 1 Exhibit Al Hayat 2019 Designation, # 2 Exhibit 2014 Designation)(Jonas, Barry) (Entered: 10/13/2021) |
| 10/13/2021 | 148 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/13/2021. Evidence entered. The parties are directed to submit a full set of updated jury instructions conforming to the court's rulings set forth on the record and email a copy to the Courtroom Deputy by 10/14/2021. Jury trial continued to 10/14/2021 at 9:00 a.m. Mailed notice (cn). (Entered: 10/13/2021) |
| 10/14/2021 | 149 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/14/2021. The court reserves ruling on Defendant's oral motion for acquittal. Jury trial continued to 10/15/2021 at 9:30 a.m. Mailed notice (cn). (Entered: 10/14/2021) |

| 10/14/2021 | 150 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Government's motion *in limine* to admit Federal Register entries as official publications and public records 147 is granted without objection. Mailed notice (cn). (Entered: 10/14/2021) |
| --- | --- | --- |
| 10/15/2021 | 151 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Jury trial held on 10/15/2021. Closing arguments heard and jury instructed. Jury deliberations begun and continued to 10/18/2021 at 9:30 a.m. Mailed notice (cn). (Entered: 10/15/2021) |
| 10/15/2021 | 152 | JURY Instructions as to Thomas Osadzinski (cn). (Entered: 10/16/2021) |
| 10/18/2021 | 153 | ORDER as to Thomas Osadzinski: Jury deliberation continued and concluded on 10/18/2021. Jury returns its verdict finding Defendant Thomas Osadzinski is guilty as charged in the Indictment. Jury is discharged. Defendant's Post−trial motions to be filed by 12/23/2021; Government's response due by 1/17/2022; Defendant reply due 2/7/2022. In person hearing set for 2/18/2022 at 10:00 a.m. Signed by the Honorable Robert W. Gettleman on 10/18/2021. Mailed notice. (exr, ) (Entered: 10/18/2021) |
| 10/18/2021 | 154 | JURY Verdict as to Thomas Osadzinski (1) guilty on Count 1. Verdict form emailed to defendant's counsel of record as to Thomas Osadzinski (RESTRICTED.) (exr, ) (Entered: 10/18/2021) |
| 10/18/2021 | 155 | JURY Notes as to Thomas Osadzinski (exr, ) (Entered: 10/18/2021) |
| 10/18/2021 | 156 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: In light of the Jury's verdict 153 all remaining jury trial dates set in this matter are stricken. In person hearing set for 2/18/2022 at 10:00 a.m. stands. Mailed notice (cn). (Entered: 10/18/2021) |
| 12/13/2021 | 157 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defense counsel's unopposed e−mailed request for a 30−day continuance for post−trial motions is granted. The briefing schedule set forth on 10/18/2021 153 is modified as follows: Defendant's Post−trial motions to be filed by 1/20/2022; Government's response due by 2/10/2022; Defendant reply due 2/28/2022. In person hearing set for 3/18/2022 at 11:00 a.m. Mailed notice (cn). Modified on 12/20/2021 (cn). (Entered: 12/13/2021) |
| 12/16/2021 | 158 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 5, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 12/16/2021 | 159 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 6, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany, bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: |

| | | |
|---|---|---|
| | | 12/16/2021) |
| 12/16/2021 | 160 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 7, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 12/16/2021 | 161 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 12, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 12/16/2021 | 162 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 13, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 12/16/2021 | 163 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 14, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |

| | | |
|---|---|---|
| 12/16/2021 | 164 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 15, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 12/16/2021 | 165 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on October 18, 2021, before the Honorable Robert W. Gettleman. Order Number: 41901. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 1/6/2022. Redacted Transcript Deadline set for 1/17/2022. Release of Transcript Restriction set for 3/16/2022. (Bistany, Nancy) (Entered: 12/16/2021) |
| 01/13/2022 | 166 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defense counsel's unopposed e−mailed request for a one−week extension for post−trial motions is granted. The briefing schedule set forth on 12/13/2021 157 is modified as follows: Defendant's Post−trial motions to be filed by 1/27/2022; Government's response due by 2/17/2022; Defendant reply due 3/7/2022. In person hearing remains set for 3/18/2022 at 11:00 a.m. Mailed notice (cn). (Entered: 01/13/2022) |
| 01/27/2022 | 167 | MOTION by Thomas Osadzinski for new trial *Combined Rule 29 and 33*, MOTION by Thomas Osadzinski for judgment of acquittal (Greenberg, Steven) (Entered: 01/27/2022) |
| 02/04/2022 | 168 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the government's request and by agreement, the briefing schedule set forth on 1/13/2022 166 is modified as follows: Government's response due by 3/31/2022; Defendant reply due 4/28/2022. In person hearing set for 3/18/2022 is stricken. The court will reset the hearing after all briefs have been filed. Mailed notice (cn). (Entered: 02/04/2022) |
| 03/23/2022 | 169 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the government's request and by agreement, the briefing schedule set forth on 2/4/2022 168 is modified as follows: Government's response due by 4/14/2022; Defendant reply due 5/12/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn). (Entered: 03/23/2022) |
| 04/07/2022 | 170 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the government's request and by agreement, the briefing schedule set forth on 3/23/2022 169 is modified as follows: Government's response due by 4/28/2022; Defendant reply due 5/26/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn). (Entered: 04/07/2022) |
| 04/12/2022 | 171 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on September 28, 2021, before the Honorable Robert W. Gettleman. Order Number: 42923. Court Reporter Contact Information: Nancy L. Bistany; nancy_bistany@ilnd.uscourts.gov; bistanyofficialtranscripts@gmail.com. |

| | | |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/3/2022. Redacted Transcript Deadline set for 5/13/2022. Release of Transcript Restriction set for 7/11/2022. (Bistany, Nancy) (Entered: 04/12/2022) |
| 04/27/2022 | 172 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski for new trial *Combined Rule 29 and 33* MOTION by Thomas Osadzinski for judgment of acquittal 167 (Jonas, Barry) (Entered: 04/27/2022) |
| 05/02/2022 | 173 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: The government is directed to file an amended response 172 that includes a table of contents and table of cases. Mailed notice (cn). (Entered: 05/02/2022) |
| 05/02/2022 | 174 | RESPONSE by USA to MOTION by Thomas Osadzinski for new trial *Combined Rule 29 and 33* MOTION by Thomas Osadzinski for judgment of acquittal 167 , 173 *Government's Consolidated Response to Defendants' Post−Trial Motions Under Federal Rules of Criminal Procedure 29 and 33* (Jonas, Barry) (Entered: 05/02/2022) |
| 05/19/2022 | 175 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At defense counsel's request and by agreement, the briefing schedule set forth on 4/7/2022 170 is modified as follows: Defendant reply due 6/1/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn). (Entered: 05/19/2022) |
| 06/01/2022 | 176 | MOTION by Thomas Osadzinski for leave to *File Supp. R. 33 Motion, Unopposed* (Attachments: # 1 Exhibit Motion)(Greenberg, Steven) (Entered: 06/01/2022) |
| 06/01/2022 | 177 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's unopposed motion for leave to file 176 is granted. Defendant is directed to file the supplemental Rule 33 motion as a separate docket entry. Government's response to the supplement due by 6/23/2022; defendant's reply due 7/7/2022. The court will set a hearing after all briefs have been filed. Mailed notice (cn). (Entered: 06/01/2022) |
| 06/01/2022 | 178 | MOTION by Thomas Osadzinski for new trial *Supp R. 33* (Greenberg, Steven) (Entered: 06/01/2022) |
| 06/01/2022 | 179 | REPLY by Thomas Osadzinski to response, 174 (Herman, Joshua) (Entered: 06/01/2022) |
| 06/07/2022 | 180 | RESPONSE by USA as to Thomas Osadzinski regarding MOTION by Thomas Osadzinski for new trial *Supp R. 33* 178 (Jonas, Barry) (Entered: 06/07/2022) |
| 06/07/2022 | 181 | MINUTE entry before the Honorable Robert W. Gettleman: In light of the date the government responded to defendant's supplemental motion 178 the briefing schedule set on 6/1/2022 177 is modified as follows: defendant's reply brief due by 6/21/2022. In person oral argument on defendant's post−trial motions set for 7/13/2022 at 10:30 a.m. The hearing will be held in Courtroom 1703 unless further ordered. Mailed notice (cn). (Entered: 06/07/2022) |
| 06/08/2022 | 182 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the parties' request, and by agreement, in−court oral argument on defendant's post−trial motions set for 7/13/2022 is stricken and reset to 7/28/2022 at 10:15 a.m. The hearing will be held in Courtroom 1703 unless further ordered. Mailed notice (cn). (Entered: 06/08/2022) |
| 06/13/2022 | 183 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: At the court's request, and by agreement, in−court oral argument on defendant's post−trial motions set for 7/28/2022 is stricken and reset to 8/16/2022 at 11:00 a.m. The hearing will be held in Courtroom 1703 unless further ordered. Mailed notice (cn). (Entered: 06/13/2022) |

| 06/18/2022 | 184 | REPLY by Thomas Osadzinski to response to motion 180 (Greenberg, Steven) (Entered: 06/18/2022) |
|---|---|---|
| 08/16/2022 | 185 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: In person hearing held on 8/16/2022. Defendant was present. For the reasons stated on the record, Defendant's consolidated post−trial motions for judgment of acquittal under rule 29 or, alternatively, for a new trial under Rule 33 167 and Rule 33 motion 178 are denied. Cause is referred to the Probation Department for a pre−sentence investigation and report. In person sentencing set for 11/17/2022 at 10:00 a.m. Sentencing memoranda due by 11/3/2022. Members of the public and media may listen to these proceedings by dialing (888) 684−8852 and using the access code is 1503395. Counsel of record and other essential case participants will receive an email prior to the start of the telephone hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (cn). (Entered: 08/16/2022) |
| 09/26/2022 | 186 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on August 16, 2022, before the Honorable Robert W. Gettleman. Order Number: 44012. Court Reporter Contact Information: Nancy_Bistany@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 10/17/2022. Redacted Transcript Deadline set for 10/27/2022. Release of Transcript Restriction set for 12/26/2022. (Bistany, Nancy) (Entered: 09/26/2022) |
| 10/11/2022 | 187 | PRESENTENCE Investigation Report as to Thomas Osadzinski (SEALED) (Lopez, Rebecca) (Entered: 10/11/2022) |
| 10/11/2022 | 188 | (Court only) SENTENCING Recommendation as to Thomas Osadzinski (SEALED) UNDISCLOSED(Lopez, Rebecca) (Entered: 10/11/2022) |
| 10/11/2022 | 189 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: The Probation Department is directed to disclose to both the government and defense counsel probation's sentencing recommendation for Defendant Osadzinski. Mailed notice (cn). (Entered: 10/11/2022) |
| 11/03/2022 | 190 | OBJECTION to Presentence Investigation Report by Thomas Osadzinski (Herman, Joshua) (Entered: 11/03/2022) |
| 11/03/2022 | 191 | SENTENCING MEMORANDUM as to Thomas Osadzinski (Attachments: # 1 Exhibit B, # 2 Exhibit C, # 3 Exhibit D)(Herman, Joshua) (Entered: 11/03/2022) |
| 11/03/2022 | 192 | SEALED Document *(Exhibit A to Sentencing Memorandum−−Sentencing Letters)* (Herman, Joshua) (Entered: 11/03/2022) |
| 11/03/2022 | 193 | MOTION by Thomas Osadzinski for leave to *file sentencing letters (Dkt. #192) under seal* (Herman, Joshua) (Entered: 11/03/2022) |
| 11/03/2022 | 194 | MOTION by Thomas Osadzinski for leave to file brief in excess of fifteen pages *(Sentencing Memorandum)* (Herman, Joshua) (Entered: 11/03/2022) |
| 11/03/2022 | 195 | SENTENCING MEMORANDUM as to Thomas Osadzinski (Wells, Melody) (Entered: 11/03/2022) |
| 11/03/2022 | 196 | MOTION by USA for leave to file brief in excess of fifteen pages as to Thomas Osadzinski *Government's Motion to File a Sentencing Memo in Excess of Fifteen Pages* (Wells, Melody) (Entered: 11/03/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 197 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Defendant's Motion for Leave to File Sentencing Letters Under Seal Pursuant to Local Rule 26.2 193 and Motion to Exceed Local Rule Page Limit 194 and Government's Motion to File a Sentencing Memo in Excess of Fifteen Pages 196 are granted. Mailed notice (cn). (Entered: 11/04/2022) |
| 11/10/2022 | 198 | MOTION by Thomas Osadzinski for leave to *file limited response to government's sentencing memorandum* (Attachments: # 1 Exhibit A)(Herman, Joshua) (Entered: 11/10/2022) |
| 11/10/2022 | 199 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Motion for leave to file limited response to Government's sentencing memorandum 198 is granted. Mailed notice (cn). (Entered: 11/10/2022) |
| 11/10/2022 | 200 | RESPONSE by Thomas Osadzinski to sentencing memorandum 195 (Herman, Joshua) (Entered: 11/10/2022) |
| 11/15/2022 | 201 | PRESENTENCE Investigation Report (Supplemental) as to Thomas Osadzinski (SEALED) (Tollison, Regina) (Entered: 11/15/2022) |
| 11/17/2022 | 202 | MINUTE entry before the Honorable Robert W. Gettleman as to Thomas Osadzinski: Sentencing held on 11/17/2022. Criminal Judgment to follow. Mailed notice (cn). (Entered: 11/17/2022) |
| 11/17/2022 | | (Court only) ***Procedural Interval start (P6) count 1 as to Thomas Osadzinski (ak, ) (Entered: 11/17/2022) |
| 11/17/2022 | 203 | JUDGMENT (Sentencing Order) as to Thomas Osadzinski (1), Count(s) 1, The defendant was found guilty on count(s) 1 of the Indictment after a plea of not guilty. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Ninety (90) months as to Count 1. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: Ten (10) years. Criminal Monetary Penalties. Schedule of Payments., (Terminated defendant Thomas Osadzinski). Signed by the Honorable Robert W. Gettleman on 11/17/22. Mailed certified copy to defendant Thomas Osadzinski's counsel of record Steven Greenberg and Joshua Herman. (ak, ) (Entered: 11/17/2022) |
| 11/17/2022 | 204 | STATEMENT of Reasons as to Thomas Osadzinski (SEALED). Mailed certified copy to defendant Thomas Osadzinski's counsel of record Steven Greenberg and Joshua Herman. (ak, ) (Entered: 11/17/2022) |
| 11/17/2022 | | JUDGMENT and Commitment as to Thomas Osadzinski issued to U.S. Marshal via e-mail in PDF format. (ak, ) (Entered: 11/17/2022) |
| 11/17/2022 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Thomas Osadzinski. (ak, ) (Entered: 11/17/2022) |
| 11/28/2022 | 205 | NOTICE OF APPEAL by Thomas Osadzinski regarding judgment,,,, terminated defendant,,,, set/clear flags,,, 203 Receipt number: Y (Herman, Joshua) (Entered: 11/28/2022) |
| 11/28/2022 | 206 | DOCKETING statement by Thomas Osadzinski regarding notice of appeal 205 (Herman, Joshua) (Entered: 11/28/2022) |
| 11/29/2022 | 207 | TRANSCRIPT OF PROCEEDINGS as to Thomas Osadzinski held on November 17, 2022, before the Honorable Robert W. Gettleman. Order Number: 44627. Court Reporter Contact Information: Nancy_Bistany@ilnd.uscourts.gov. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | | Redaction Request due 12/20/2022. Redacted Transcript Deadline set for 12/30/2022. Release of Transcript Restriction set for 2/27/2023. (Bistany, Nancy) (Entered: 11/29/2022) |
| 11/29/2022 | 208 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 205 . (rc, ) (Entered: 11/29/2022) |