# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

November 29, 2022

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-3140
>
> Caption:
> UNITED STATES OF AMERICA,
>             Plaintiff - Appellee
>
> v.
>
> THOMAS OSADZINSKI,
>             Defendant - Appellant
>
> District Court No: 1:19-cr-00869-1
> District Judge Robert W. Gettleman
> Clerk/Agency Rep Thomas G. Bruton
> Court Reporter Nancy L. Bistany
>
> Date NOA filed in District Court: 11/28/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)