## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19 CR 869 |
| ) | Judge Robert W. Gettleman |
| THOMAS OSADZINSKI, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO
SUPPLEMENT ORIGINAL RECORD ON APPEAL**

Defendant, **THOMAS OSADZINSKI**, by and through his attorneys, **STEVEN A. GREENBERG** and **JOSHUA G. HERMAN**, respectfully moves to supplement the original record on appeal to include the material identified below. In support of this motion, Defendant, through counsel, states as follows:

1. On October 4, 2021, Defendant proceeded to trial by jury. A guilty verdict on the sole count in the indictment was returned on October 18, 2021. On November 17, 2022, the Court sentenced Defendant to 90 months' imprisonment and entered final judgment. On November 28, 2022, Defendant filed a timely notice of appeal. At present, Defendant's Appellate brief is due on or before May 10, 2023.

2. Under Rule 10(a) of the Federal Rules of Appellate Procedure, "[t]he original papers and exhibits filed in the district court; . . . the transcript of proceedings, if any; and . . . a certified copy of the docket entries prepared by the district clerk" constitute the record on appeal. If any difference arises between what occurred in the district court and what is reflected in the record on appeal, the district court must decide the matter in the first instance. Fed. R. App. P. 10(e)(1). The district court may supplement the record on appeal to ensure that it reflects what

occurred in the district court. Fed. R. App. P. 10(e)(2); *Gallo v. Mayo Clinic Health Sys.*, 907 F.3d 961, 964-65 (7th Cir. 2018).

3. Numerous exhibits were introduced at Defendant's trial. Those exhibits included digital evidence, recordings, and binders including the online communications between Defendant and law enforcement operatives. While both parties relied on these exhibits at trial, they were not filed with the Clerk for the Northern District of Illinois. Because these exhibits are not included in the original electronic record on appeal, Defendant wishes to supplement the record, so the exhibits are available for consideration by the Seventh Circuit Court of Appeals for appellate review. These exhibits are as follows:

- EX_100-1
- EX_200
- EX_201
- EX_300
- EX_301
- EX_401
- EX_402
- EX_403
- EX_409-1
- EX_409-2
- EX_409-2T
- EX_409-3
- EX_409-4
- EX_409-5
- EX_409-6
- EX_409-7
- EX_409-8
- EX_500
- EX_501
- EX_502
- EX_503
- EX_504
- EX_504-1
- EX_505
- EX_505-1
- EX_505-2
- EX_505-3

- EX_505-4
- EX_506
- EX_506-1
- EX_506-2
- EX_506-3
- EX_506-4
- EX_506-5
- EX_506-6
- EX_506-7
- EX_506-8
- EX_506-9
- EX_506-10
- EX_507
- EX_508
- EX_509-1
- EX_509-2
- EX_510
- EX_511
- EX_603-22
- EX_603-23
- EX_603-23-T
- EX_603-24
- EX_803
- DX_32-1
- DX_32-2
- DX_32-3
- DX_33-1
- DX_33-2
- DX_33-3
- DX_33-4
- DX_33-5
- DX_33-6
- DX_34-1
- DX_34-2
- DX_35-1
- DX_35-2
- DX_35-3
- DX_36-1
- DX_36-2
- DX_36-3
- DX_36-4
- DX_36-5
- DX_36-6
- DX_36-7

- DX_36-8
- DX_36-9
- DX_36-10
- DX_36-11
- DX_37-1
- DX_37-2

4. Should the Court grant this motion, the defense will prepare flash drives with the above-listed exhibits and will deliver copies of the drives to the Clerk of the District Court so they may become part of the record.

5. The undersigned have conferred with counsel for the government, who do not oppose this motion.

WHEREFORE, Defendant respectfully requests that this Court issue an order directing the Clerk for the District Court of the Northern District of Illinois to supplement the original electronic record on appeal with the aforementioned exhibits.

Respectfully submitted,

/s/ Steven A. Greenberg
**STEVEN A. GREENBERG**

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

Steven A. Greenberg
Greenberg Trial Lawyers
53 West Jackson Blvd., Suite 315
Chicago, Illinois 60604
(312) 879-9500
steve@greenbergcd.com

Joshua G. Herman
Law Office of Joshua G. Herman
53 West Jackson Blvd., Suite 404
Chicago, IL 60604
(312) 909-0434
jherman@joshhermanlaw.com

## CERTIFICATE OF SERVICE

      Joshua G. Herman, Attorney at Law, hereby certifies that the foregoing was served on May 2, 2023, in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P.5., LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      /s/ Joshua G. Herman
      **JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com