# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 19 CR 869 |
|---|---|
| v. | |
| OSADZINSKI | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Assistant United States Attorney Tiffany Ardam is no longer assigned to the above-captioned case. The undersigned Assistant United States Attorney, who has appeared in this case, is leaving the employment of the United States Attorney's Office for the Northern District of Illinois.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

By:   */s/ Tiffany Ardam*
    TIFFANY ARDAM
    Assistant United States Attorney
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 353-5300